IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.** | : |
| Plaintiffs, | : |
| v. | : Civ. No. 16-6287 |
| | : |
| **PEDRO A. CORTES,** *in his official capacity capacity as Secretary of the Commonwealth*, **et al.** | : |
| Defendants. | : |

# O R D E R

**AND NOW**, this 6th day of December, 2016, upon consideration of Movants President-Elect Donald Trump, Vice President-Elect Michael Pence, all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence, Donald J. Trump for President, Inc., and the Republican Party of Pennsylvania's Motion to Intervene (Doc. No. 2), it is hereby **ORDERED** that if any Party opposes the Motion, he or she shall file a response **no later than** 4:00 p.m., Tuesday, December 6, 2016.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.