UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN and RANDALL REITZ,

               Plaintiffs,

  -against-

PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

               Defendants.

No. 16-CIV-6287-PD

**PROPOSED ORDER**

AND NOW, this _____ day of 2016, for the reasons set forth _____, it is hereby ORDERED that:

1. The motion of Plaintiffs for a preliminary injunction is GRANTED;

2. Pedro A. Cortes, the Secretary of the Commonwealth of Pennsylvania, and Jonathan Marks, the Commissioner of the Bureau of Commissions, Elections, and Legislation, are preliminarily ENJOINED to direct forthwith all of the County Boards of Elections throughout Pennsylvania to (a) institute an immediate recount of paper ballots in optical scan counties in Pennsylvania; and (b) permitting plaintiffs immediate access to a reasonable sample of the central computers for DRE voting systems in Pennsylvania to do a thorough, forensic examination.

3. Pedro A. Cortes and Jonathan Marks are further preliminary ENJOINED to take all reasonable steps to ensure that all County Boards of Elections throughout Pennsylvania comply with the above directive.

BY THE COURT,

Dated: December __, 2016

_____
Paul S. Diamond, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN and RANDALL REITZ,

                Plaintiffs,

-against-

PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

                Defendants.

No. 16-CIV-6287-PD

**MOTION FOR AN EXPEDITED/ EMERGENCY HEARING FOR A PRELIMINARY INJUNCTION**

NOW COME THE PLAINTIFFS, based upon their Complaint, Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, Declaration of Ilann Maazel, dated December 6, 2016, and all exhibits and declarations attached thereto, move this Court, for an emergency hearing on a preliminary injunction, pursuant to Federal Rule of Civil Procedure 65, preliminarily enjoining Defendants, their agents, officers, and employees, and all persons acting in concert or cooperation with them to: (a) institute an immediate recount of paper ballots in optical scan counties in Pennsylvania; and (b) permitting plaintiffs immediate access to a reasonable sample of the central computers for DRE voting systems in Pennsylvania to do a thorough, forensic examination.

Dated: December 6, 2016

*/s/ Gregory M. Harvey*

Gregory M. Harvey
PA Attorney ID 4445
Montgomery McCracken Walker & Rhoads LLP
123 South Broad Street
Philadelphia, PA 19109
Phone: 215-772-7684
Fax: 215-772-7620
Email: gharvey@mmwr.com

Ilann M. Maazel*
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Phone: 212-763-5000
Fax: 212-763-5001
Email: imaazel@ecbalaw.com

Of counsel:
Andrew G. Celli*
Alison E. Frick*
Douglas E. Lieb*

*\* Not admitted in E.D. Pa.; motion for pro hac vice admission forthcoming*