# Exhibit 4

## AFFIDAVIT and DECLARATION OF RICHARD P. ALMQUIST, JR.

RICHARD P. ALMQUIST, JR. being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Exeter Township, Pennsylvania, in Berks County.

2. I voted in the 2016 general election in the 6th Precinct.

3. I work in land development.

4. On November 28, 2016, I went to the Berks County Courthouse in Reading, PA to file a petition with affidavits seeking a recount on behalf of myself, my wife, and my daughter.

5. When I arrived at the courthouse at around 2 p.m., I went to Elections Services, and I was told to go file my petition with the County Clerk's Office.

6. I went to the County Clerk's Office and told an administrator that I wanted to file the affidavits. I was told that I needed to speak with the County Solicitor directly about what to do, but that he was at Elections Services and I had to return there. At that point, the Solicitor walked through the door holding a large pile of statutes. I asked him where I was supposed to file the affidavits.

7. The Solicitor told me that I needed to go Prothonotary's Office because I was trying to make a court filing. I told him that I believed that I was in the right place because the applicable regulations stated to file with the Clerk, but at his insistence, I walked over to the old courthouse where the Prothonotary's Office is located to again attempt to file my affidavits.

8. When I arrived at the Prothonotary's Office, I had to wait in line with other people making regular court filings. When I arrived at the counter and stated that I wanted to file a petition for election recount, the administrators started rolling their eyes. I learned from the administrators that other people had been the Prothonotary's Office earlier that day to file their affidavits, and they were sent back to Election Services.

9. I told the administrators that I had already been to Elections Services, and that I needed to find out where to file the affidavits. At that point, another person entered the room and conferred with the administrative staff. Then, someone told me that they had received an email saying that it was proper for me to file at the Prothonotary's Office.

10. Glad to finally have an answer, I told the administrator that I wanted to proceed with my filing. She told me I would need a Pennsylvania Supreme Court cover sheet, a proposed order for the Judge, $324 in filing fees (including a $197 filing fee and a $50 bond)—payable only in cash or cashier's check, and three copies of each of the 80-page petition for myself, my wife, and my daughter. She told me that the law library was on the 11th floor if I needed help with a proposed order, and that there were signs posted around the room with information about the nearest ATM machines. There were no photocopiers around. She told me that I needed all of these materials by 4 p.m. when the office closed.

11. At this point, it was 3:30 p.m. and I realized there was no way I was going to get everything I needed to file on time. I filled out the cover sheet, went to the law library and paid 25 cents to print a blank proposed order. But I still needed to make copies of my documents and obtain cash. The nearest copy center was miles from the courthouse, and I knew I would not make it in time.

12. I decided to go back to Elections Services. I told an Elections Services administrator that I was getting the runaround with respect to my filing. I said that the statute did not include any of the requirements that the Prothonotary's Office had given me. I asked to speak to her manager, but he refused to speak with me. She told me that the email from the Pennsylvania Secretary of State said I had to file with the Court of Common Pleas and, therefore with the Prothonotary, and that was it.

13. I left the building without filing my petition, feeling frustrated and disenfranchised.

14. I decided to become involved in the recount effort in Pennsylvania because I believe that the vote in Pennsylvania usually reflects the opinion of the majority of voters, but that was not the case in the 2016 presidential election. I believe that there is a likelihood that the Pennsylvania vote was interfered with, and I want to ensure the integrity of the vote.

15. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make sure the vote had integrity and every vote was counted.

16. I am concerned that, due to the absence of paper ballots or receipts, the electronic voting systems in Pennsylvania do not adequately record the votes of all those who voted in the election.

17. Attached as Exhibit A is a blank copy of the form that I attempted to file.

Dated:       December _4th_, 2016
             _Reading_____, Pennsylvania

                                              _____
                                                        [signature]

Sworn to and subscribed

before me this _____ day

of _____, 2016.

_____
NOTARY PUBLIC

3

# EXHIBIT A

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF _____

PETITION TO RECOUNT AND/OR RECANVASS
AND AFFIDAVIT OF [your name] _____

TO THE _____ COUNTY BOARD OF ELECTIONS, [name of county]_____, PENNSYLVANIA:

_____, verifies, deposes and says the following under penalty of perjury:

    1.    My name is _____. I am a registered voter in City, Borough, Township of _____, Precinct [insert number] _____, _____ County, Pennsylvania. I voted in this district in the election on November 8, 2016. I live at [insert complete street address] _____, _____ County, Pennsylvania.

    2.    Pursuant to 25 P.S. § 3154, I request a recount and recanvass of the vote for President of the United States and for United States Senate in the November 8, 2016 election in this district.

    3.    I believe that an error, although not apparent on the face of the returns, has been committed in the vote in this district. I also believe there is a discrepancy in the returns of this district.

    4.    My belief is based, in part, on the attached Affidavit of Alex Halderman, which raises grave concerns about the integrity of DRE voting machines used in this district. *See* Ex. A (attached).

5. I request that the county board not just recanvass the votes cast on the DRE machines, but do a forensic analysis of the software and media inside the machines, to determine whether the machines have been hacked or tampered with. As the Halderman affidavit makes clear, merely recanvassing the votes on the machines will not detect whether the machines have been compromised.

6. At minimum, I request that a reasonable subset of the DRE machines be forensically analyzed by appropriate computer experts for potential tampering, malware, and/or hacking.

7. As a voter, and as a citizen of this country, I believe it is extremely important that votes are counted accurately in this election.

8. I hereby verify under penalty of perjury that the facts contained in this petition and affidavit are true and correct to the best of my knowledge or information and belief.

_____<br>[signature]

Sworn to before me this _____ day of November 2016.

_____
Notary Public

## VERIFICATION

I hereby depose and say that the statements in the foregoing Petition to Recount and/or Recanvass are true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties of 18 Pa. C. S. Sec 4904 relating to unsworn falsification to authorities.

_____<br>[signature]