# Exhibit 6

## AFFIDAVIT and DECLARATION OF ROBERT WOODRUFF

ROBERT WOODRUFF being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Buckingham Township, Pennsylvania, in Bucks County.

2. I voted in the 2016 general election in Buckingham Township, Upper 1.

3. I am a chemist by training, but I am currently retired. I previously served as the Vice President of Research at Rohmax Oil Additives, a division of Evonik Industries.

4. On Monday November 28, 2016, I filed a petition with affidavits seeking a recount of the presidential election vote with the Prothonotary's Office in Doylestown, Pennsylvania. My petition contained affidavits on behalf of myself, Ms. Robin Rosenthal, and her son, Mr. Sam Rosenthal.

5. When I arrived at the Bucks County Courthouse, I went to the Board of Elections to file my petition. I encountered a crowd of 5-10 fellow filers who were waiting outside the Board of Elections and trying to figure out what to do with their petitions.

6. The administrator at the Board of Elections told me that she did not know anything about the petitions or how to deal with them. She said that the Board of Elections had communicated with Harrisburg about what to do, but they were still waiting to hear back with instructions.



7. In the meantime, the Board of Elections had decided that they would not accept or stamp our petitions, but they agreed to let people leave them in a pile on the desk. I decided that I would leave my petition in the pile and tried to take a photograph of it, but was instructed that photographs were not allowed. I then decided to take my petition back because I did not want to leave it in the pile without any documentation of it whatsoever.

8. At that point, someone in the crowd suggested that we should try to file our petitions at the Prothonotary's Office. I walked across the street to the Prothonotoary's Office, and an administrator accepted my petition and stamped it. I had to pay a $50 filing fee. It was about 3 p.m. when I filed my petition.

9. After I filed my petition, I communicated to others still at the Board of Elections that they should come to the Prothonotary's Office. A group of people came over, bringing the petitions which had been left there, and we sorted the affidavits by precinct, since three affidavits per precinct were required for filing. After the sorting, we determined that we had about 13 additional complete petitions. I filed those petitions and paid $50 for each.

10. After filing the additional petitions, I left the Prothonotary's Office. A woman from the Bucks County League of Women Voters stayed behind with the remaining partial petitions, just in case other affidavits came in.

11.     On December 3, 2016, I received a letter from the President Judge of the Bucks County Court informing me that a hearing would be held on Tuesday morning at 9 a.m., and instructing me that, as a petitioner, I am required to give notice to all of the candidates for office. I am not able to provide such notice in a timely manner, but I now believe that notice has been provided from legal counsel to the Jill Stein campaign.

12.     I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make sure the vote had integrity and every vote counted.

13.     Attached as Exhibit A is a blank copy of the form that I filed on November 28, 2016.

*/s/ Robert A Woodruff*

Dated:     December _4_, 2016

_Doylestown_, Pennsylvania

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF** _____

**PETITION TO RECOUNT AND/OR RECANVASS**
**AND AFFIDAVIT OF** [your name] _____

**TO THE** _____**COUNTY BOARD OF ELECTIONS,** [name of county]_____, **PENNSYLVANIA:**

_____, verifies, deposes and says the following under penalty of perjury:

1. My name is _____. I am a registered voter in City, Borough, Township of_____, Precinct [insert number] _____, _____ County, Pennsylvania. I voted in this district in the election on November 8, 2016. I live at [insert complete street address] _____, _____ County, Pennsylvania.

2. Pursuant to 25 P.S. § 3154, I request a recount and recanvass of the vote for President of the United States and for United States Senate in the November 8, 2016 election in this district.

3. I believe that an error, although not apparent on the face of the returns, has been committed in the vote in this district. I also believe there is a discrepancy in the returns of this district.

4. My belief is based, in part, on the attached Affidavit of Alex Halderman, which raises grave concerns about the integrity of DRE voting machines used in this district. *See* Ex. A (attached).

5. I request that the county board not just recanvass the votes cast on the DRE machines, but do a forensic analysis of the software and media inside the machines, to determine whether the machines have been hacked or tampered with. As the Halderman affidavit makes clear, merely recanvassing the votes on the machines will not detect whether the machines have been compromised.

6. At minimum, I request that a reasonable subset of the DRE machines be forensically analyzed by appropriate computer experts for potential tampering, malware, and/or hacking.

7. As a voter, and as a citizen of this country, I believe it is extremely important that votes are counted accurately in this election.

8. I hereby verify under penalty of perjury that the facts contained in this petition and affidavit are true and correct to the best of my knowledge or information and belief.

_____<br>[signature]

Sworn to before me this _____ day of November 2016.

_____
Notary Public

### VERIFICATION

I hereby depose and say that the statements in the foregoing Petition to Recount and/or Recanvass are true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties of 18 Pa. C. S. Sec 4904 relating to unsworn falsification to authorities.

_____<br>[signature]