# Exhibit 8

## <u>AFFIDAVIT and DECLARATION OF</u> JOANNE TOSTI-VASEY

JOANNE TOSTI-VASEY being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Bellefonte, Pennsylvania, in Centre County.

2. I voted in the 2016 general election in Precinct 5.

3. I am a community organizer, the former Pennsylvania state president of NOW (the National Organization for Women), and an elected member of the Bellefonte Borough Council.

4. I am a longtime advocate for voter integrity. For approximately 10-12 years, I have been an active member of Concerned Voters of Centre County and Votes PA. In 2006, as a poll observer, I witnessed firsthand the serious malfunctions of DRE machines, including vote-flipping. Following that experience, I successfully worked and advocated to convert Centre County to a paper ballot county.

5. In 2016, I served as an election judge at my local precinct. At the end of the day, I noticed that one provisional ballot had been incorrectly scanned and included with the regular ballots. I made multiple attempts to alert elections officials to this issue, and to ensure that the stray vote was not counted without being properly verified. Despite my efforts, I was ultimately told by Joyce McKinley, director at the Office of Elections, that the vote was counted but never verified because "once votes are scanned they are counted." This is just one of many reasons that I believe a statewide hand recount of votes is necessary in Pennsylvania.

6. On November 28, 2016, at approximately 11:15 a.m., I went to the county seat in Bellefonte, PA to file a packet of affidavits seeking a recount with the Board of Elections in my county. I brought affidavits on behalf of myself, my husband, and a third person.

7.      When I arrived at the Board of Elections, I learned from other people there that there was a lot of confusion and difficulty earlier in the day with respect to filing affidavits. When I arrived to file my affidavits, however, the Assistant Director/Supervisor of Elections accepted them and time-stamped my packet.  My affidavit was accepted by the county Elections Office at 11:28:41 a.m. according to my time-stamped receipt.

8.      I did not think that there were any issues, and I believed that the affidavits were successfully filed.

9.      After filing the affidavits, I stayed at the Board of Elections as a volunteer to assist other people with their filings.  I sat at a desk across from the Board of Elections office and answered questions from other people seeking to file.  I observed approximately 30 people go into the Board of Elections office and have their affidavits time-stamped and accepted.  A total of about 100 affidavits were filed during the day. Several people also gave me the copies of their time-stamped affidavits after filing.

10.     At approximately 4:45 p.m. on November 28, 2016, Ms. McKinley came out of the Board of Elections office and informed me that all of the affidavits filed today were too late because they needed to be filed within 5 calendar days—not 5 business days—of the vote certification.  I told her that I believed that she was incorrect, and that the proper deadline was November 28.

11.     The next day, I found out that the Board of Elections denied the recount for my county because of their interpretation of the 5-day rule.  Even though I and many others filed affidavits that were accepted and time-stamped, they were ignored by the Board of Elections and no recount happened.

12.     I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

13.     Attached as Exhibit A to my affidavit is a blank copy of the form that I filed with the Board of Elections on November 28, 2016.

Dated:          December 4, 2016
                Unionville, Pennsylvania


                                        _Joanne L. Tosti-Vasey_
                                              [signature]


 Sworn to and subscribed

before me this 4 day

of December, 2016.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Susan M. Lucas, Notary Public
Unionville Boro, Centre County
My Commission Expires Oct. 13, 2018

_____
NOTARY PUBLIC

3

# INVOICE

941625

| SOLD TO | | | | | | | |
|---|---|---|---|---|---|---|---|
| ADDRESS Jeanne Tosti-Vasey | | | SHIP TO | | | | |
| CITY, STATE, ZIP Bellefonte Pa 16823 | | | ADDRESS | | | | |
| CUSTOMER ORDER NO. | | SOLD BY | CITY, STATE, ZIP | | | | |

| ORDERED | SHIPPED | | | TERMS | F.O.B. | DATE | |
|---|---|---|---|---|---|---|---|
| | | DESCRIPTION | | | PRICE | UNIT | AMOUNT |
| | | 1 Notary | | | | | 5 — |
| | | Pd Cash | | | | | |
| | | 12-4-16 | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | Cash | | | | | 5 — |

adams 5840