# Exhibit 11

# AFFIDAVIT and DECLARATION OF REBECCA LUZI

REBECCA LUZI, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Havertown, Pennsylvania, in Delaware County.

2. I voted in the 2016 general election in my precinct, #4-2.

3. I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4. I submit this affidavit/declaration to explain the hurdles I have faced in trying to seek a recount of votes in Delaware County.

5. On Tuesday, November 22, 2016, I heard from a fellow Delaware County resident, Janet Lee, that she had called the Pennsylvania Department of State to request an audit of the election results, and that the Department told her she needed to take her request to the County Board of Elections. Ms. Lee was told that the Board was meeting the following morning, November 23.

6. I decided to attend the Delaware County Board of Elections meeting on November 23 so that I could join in the request for an audit of the vote, particularly the votes coming from electronic voting machines.

7. At the meeting, there were approximately 10 other observers present, in addition to the three Board members, a clerk and a solicitor.

8. At the start of the meeting, an observer raised her hand to request an audit of the vote, but was told that questions would be addressed at the end.

9. At that point, the Board proceeded to "certify" the vote. It was not clear to us exactly what was happening, but the clerk read off vote totals, and the Board members announced, in sum and substance, that the vote was "certified."

10. At the end of the meeting, Ms. Lee explained that she had been instructed to by the Department of State to take her request for an audit to the County Board itself. A Board member stated that there was "no such thing" as an audit of the vote, only a recount request.

11. It was clear that the Board members were annoyed by our presence, our concerns about the security of the vote, and our request for an audit. When Ms. Lee expressed her concerns about the security and integrity of the vote, given the vulnerabilities of the electronic voting machines, the Board said that her concern was "paranoid."

12. The following day, I heard about the recount efforts led by the Jill Stein campaign. I volunteered to get involved.

13. During a conference call later that week with volunteers organized through the Stein campaign, I told the group that I had seen the vote being "certified" in Delaware County. Accordingly, it was decided on that call that it was too late to file petitions seeking a recount.

14. Late on Sunday evening, I was in touch with a volunteer attorney who told me that there might be time still to seek a recount in Delaware County. I gathered petitions from myself, my husband, and a neighbor, and found a notary to notarize them. This happened sometime around 10 p.m. on Sunday night.

15. I gave the three petitions to a volunteer who was able to submit them to the Board of Elections on Monday, November 28. Attached as Exhibit A is a blank sample of the petitions we signed seeking a forensic evaluation of the electronic voting machines.

16. On Thursday, December 1, my husband and I received a letter, attached as Exhibit B, from the Delaware County Board of Elections, explaining that it did "not have the authority to consider" our petitions. The letter was dated November 29. I have not heard anything else from the County about how to proceed.

2

17.   I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated:        December _4_, 2016
              _Havertown_ , Pennsylvania


                                        _Rebecca Luzi_
                                        REBECCA LUZI


Sworn to and subscribed before me
this _4th_ day of _DECEMBER_ 2016.


_Murray J. Cohen_
NOTARY PUBLIC

COMMONWEALTH
NOTARIAL SEAL
MURRAY J. COHEN, Notary Public
Marple Township, Delaware County
My Commission Expires October 29, 2020