# Exhibit 13

**AFFIDAVIT and DECLARATION OF TIMOTHY JOHN RUNKLE**

TIMOTHY JOHN RUNKLE, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Elizabethtown, Pennsylvania, in Lancaster County.

2. I voted in the 2016 general election in my district: District Number 1601 and Voting District Elizabethtown Borough 1-W.

3. I have a B.S. in geology from Millersville University and work as a geologist.

4. I submit this affidavit/declaration to explain the hurdles I have faced in trying to seek a recount of votes in Lancaster County.

5. On Monday, November 28, 2016, I personally went to the Lancaster County Board of Elections office in Lancaster, PA with three notarized affidavits, including my own, from voters in my precinct, along with the required supporting documents to request a recount. I arrived at the office before it first opened in the morning.

6. I met with Randall O. Wenger, Chief Clerk, Lancaster County Board of Elections, shortly after the office first opened at 8:30 a.m. on November 28, 2016. I gave Mr. Wenger the three affidavits with supporting documents and he time stamped each affidavit at 8:37 a.m.. Attached as Exhibit A is the first page of each affidavit with the time stamp. Mr. Wenger told me that the Board of Elections would review the petitions.

7. When we met, Mr. Wenger told me that the Board had not yet certified the final voting results. He explained that he had just come from delivering the results to the Board members that morning to be reviewed and signed by them. Based on what he told me, I believed the computation of the returns was not yet complete for Lancaster County when I filed the request for a recount in my district.

8. On Friday December 2, 2106, I received a letter, dated November 30, 2016, from Mr. Wenger. The letter stated that the Board met on Wednesday November 30, 2016 and rejected my petition for a recount because it had completed its computation on November 23, 2016. The letter further stated that any petition for recount would need to be filed with the Lancaster County Court of Common Pleas. Attached as Exhibit B is the November 30, 2016 Wenger letter.

9. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election. I would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania done to make sure the vote had integrity and every vote counted.

Dated: December 4, 2016
211 N Poplar St, Elizabethtown Pennsylvania

Timothy J Runkle
TIMOTHY JOHN RUNKLE

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Kathy A. Yordy, Notary Public
Mount Joy Twp., Lancaster County
My Commission Expires June 25, 2018
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

Sworn to and subscribed before me

this 4th day of December 2016.

Kathy A Yordy
NOTARY PUBLIC

# Exhibit A

EX. A

2016 NOV 23 AM 8 36

2016 NOV 28 AM 8 27

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER

PETITION TO RECOUNT AND/OR RECANVASS
AND AFFIDAVIT OF [your name] Alisha Runkle

TO THE LANCASTER COUNTY BOARD OF ELECTIONS, [name of county] LANCASTER, PENNSYLVANIA:

Alisha Runkle, verifies, deposes and says the following under penalty of perjury:

1. My name is Alisha Runkle I am a registered voter in City, Borough, Township of ELIZABETHTOWN, Precinct [insert number] ELIZABETHTOWN BORO 1ST WARD (1601) LANCASTER County, Pennsylvania. I voted in this district in the election on November 8, 2016. I live at [insert complete street address] 211 N Poplar St. ELIZABETHTOWN, LANCASTER County, Pennsylvania.

2. Pursuant to 25 P.S. § 3154, I request a recount and recanvass of the vote for President of the United States and for United States Senate in the November 8, 2016 election in this district.

3. I believe that an error, although not apparent on the face of the returns, has been committed in the vote in this district. I also believe there is a discrepancy in the returns of this district.

4. My belief is based, in part, on the attached Affidavit of Alex Halderman, which raises grave concerns about the integrity of optical scan voting machines used in this district. *See* Ex. A (attached).

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER

2016 NOV 28 PM 8 37

PETITION TO RECOUNT AND/OR RECANVASS
AND AFFIDAVIT OF [your name] Timothy John Runkle

TO THE LANCASTER COUNTY BOARD OF ELECTIONS, [name of county] LANCASTER, PENNSYLVANIA:

Timothy John Runkle, verifies, deposes and says the following under penalty of perjury:

1. My name is Timothy John Runkle I am a registered voter in City/Borough/Township of ELIZABETHTOWN, Precinct [insert number] ELIZABETHTOWN Boro - 1ST WAR[D] LANCASTER County, Pennsylvania. I voted in this district in the election on November 8, 2016. I live at [insert complete street address] 211 N Poplar St., ELIZABETHTOWN, LANCASTER County, Pennsylvania.

2. Pursuant to 25 P.S. § 3154, I request a recount and recanvass of the vote for President of the United States and for United States Senate in the November 8, 2016 election in this district.

3. I believe that an error, although not apparent on the face of the returns, has been committed in the vote in this district. I also believe there is a discrepancy in the returns of this district.

4. My belief is based, in part, on the attached Affidavit of Alex Halderman, which raises grave concerns about the integrity of optical scan voting machines used in this district. *See* Ex. A (attached).

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LANCASTER

2016 NOV 28 AM 8 37

**PETITION TO RECOUNT AND/OR RECANVASS AND AFFIDAVIT OF** [your name] Sherrie Lowden

**TO THE** LANCASTER **COUNTY BOARD OF ELECTIONS,** [name of county] LANCASTER, **PENNSYLVANIA:**

Sherrie Lowden, verifies, deposes and says the following under penalty of perjury:

1. My name is Sherrie Lowden. I am a registered voter in City/Borough/ Township of ELIZABETHTOWN, Precinct [insert number] ELIZABETHTOWN BORO 1ST WARD (160' LANCASTER County, Pennsylvania. I voted in this district in the election on November 8, 2016. I live at [insert complete street address] 210 E. Park St. Apt. 1P Elizabethtown, PA, LANCASTER County, Pennsylvania.

2. Pursuant to 25 P.S. § 3154, I request a recount and recanvass of the vote for President of the United States and for United States Senate in the November 8, 2016 election in this district.

3. I believe that an error, although not apparent on the face of the returns, has been committed in the vote in this district. I also believe there is a discrepancy in the returns of this district.

4. My belief is based, in part, on the attached Affidavit of Alex Halderman, which raises grave concerns about the integrity of optical scan voting machines used in this district. *See* Ex. A (attached).

# Exhibit B

EX. B



## Board of Elections and Registration Commission

150 North Queen Street
Suite 117
Lancaster, PA 17603-3562
Phone: 717-299-8293
Fax: 717-209-3076
www.co.lancaster.pa.us/elections

Joshua G. Parsons, Chairman
Dennis P. Stuckey, Vice-Chairman
Craig E. Lehman

Randall O. Wenger
Chief Clerk
Chief Registrar

November 30, 2016

Timothy John Runkle
211 N. Poplar St.
Elizabethtown, PA 17022

Dear Timothy:

The Lancaster County Board of Elections met on Wednesday, November 30 and has rejected your petition for recount based upon the following section of the PA Election Code.

*"Title 25 P.S. 3154*
(e) Provision for Recount or Recanvass of Vote.—Whenever it shall appear that there is a discrepancy in the returns of any election district, or, upon petition of three voters of any district, verified by affidavit, that an error, although not apparent on the face of the returns, has been committed therein, or of its own motion or under subsection (g), the county board shall at **any time prior to the completion of the computation of all of the returns** for the county, summon the election officers of the district, and said officers, in the presence of said board, shall conduct a recount or recanvass of all ballots cast…."

The Lancaster County Board of Elections completed its computation and first signing on Wednesday, November 23. As such, any petition for recount after that date would need to be filed with the Lancaster County Court of Common Pleas, as confirmed by the Pennsylvania Department of State.

Best regards,

Randall O. Wenger
Chief Clerk, Lancaster County Board of Elections.

