# Exhibit 14

## AFFIDAVIT and DECLARATION OF TOBY LEE BALLEN AYASH

Toby Lee Ballen Ayash, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Elkins Park, Pennsylvania, in Montgomery County.

2. I am the Recruitment and Marketing Coordinator for Ramah Israel. I have a home office in Elkins Park, PA. The national North American office of Ramah Israel is in New York, NY.

3. When voting in the November 8, 2016 election I encountered the following problems: I applied for an absentee ballot for the 2016 general election in early September because I knew I was going to be abroad on November 8, 2016. I did not receive my absentee ballot by the date I was going to depart from the United States (October 13, 2016). After calling the Montgomery County Voter Registration office multiple times to inquire about my ballot before my departure, I was told that I would be able to vote online since I was going to be abroad. The office confirmed that my request arrived on time and that there should be no problem voting online. They confirmed my address and email address. I did not receive my ballot on time, nor did I ever receive any communication via email as to how I was to vote online. Upon my return to the United States on November 13, 2016, the paper absentee ballot was waiting for me at my home address.

4. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make sure the vote had integrity and every vote counted.

Dated: December 4, 2016

_____
Toby Lee Ballen Ayash