# Exhibit 20

## AFFIDAVIT and DECLARATION OF SHANNON K. KNIGHT

**Shannon K. Knight**, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Wynnewood, Pennsylvania, in Montgomery County.

2. I voted in the 2016 general election in my precinct, 14-2.

3. I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4. I am an independent consultant, supporting the technology needs of various arts and cultural organization.

5. When voting in the November 8, 2016 election I encountered the following problems: The "choose not to vote" button was lit up green even though I had chosen specific options for all races and had made a choice for the question on the ballot. When I tried to unselect the "choose not to vote" button, it would not unselect. It remained lit up green along with all of my other selections when I hit "submit."

6. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 4, 2016

_Shannon K. Knight_
Shannon K. Knight