# Exhibit 21

## **AFFIDAVIT and DECLARATION OF KIMBERLY KUPKA**

KIMBERLY KUPKA, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Gladwyne, Pennsylvania, in Montgomery County.

2. I voted in the 2016 general election in my precinct, Lower Merion 2-1.

3. I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4. I believe that <u>my vote was not accurately recorded or counted</u> as a result of the issue set forth in Paragraph 6 below.

5. I am a commercial real estate attorney and run my own law practice with my husband.

6. When voting in the November 8, 2016, election I encountered the following problems:

    a. When I was done selecting the candidates for whom I wanted to vote, the "I do not want to vote on any office, candidate or issue" box on the right also had a green light in it, as did all of the candidates. I went back and unselected a candidate (the green light went out) and reselected the candidate (the green light became lit again) to confirm whether the light in the "no vote" box would disappear. It did not; despite having selected candidates, the "I do not want to vote on any office, candidate or issue" box was still lit on the right hand side. I cast my vote with the candidates <u>and</u> the "no vote" box lit.

    b. Four "no votes" were recorded in Lower Merion 2-1, and I believe that my vote was inaccurately recorded as a "no vote" because of a faulty electronic voting machine or a voting machine hack.

    c. Notably, there are 4,062 "no votes" in Montgomery County, Pennsylvania alone, which means that 4,062 people in Montgomery County came to their voting place on November 8 and either did not lodge a vote for any candidate, which I believe to be <u>highly</u> unlikely, or this extraordinary large number of "no votes" is a result of electronic voting machine errors or hacks.

    d. In some precincts, the percentage of "no votes" is greater than 2.5% of the cartridge turnout, such as Norristown 2-3, which registered a 2.8% "no vote" in a precinct that voted 91.5% for Clinton.

7. In addition to the voting issue above, I attempted to file a petition for recount/rencanvass with the Montgomery County Board of Elections on Monday, November 28, 2016, and the county Board of Elections rejected my petition as "untimely" even though I attempted to file my petition, along with two others from my precinct in Lower Merion 2-1, within five days following completed computation of the votes in accordance with 25 PA C.S. 3154(e).

8. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 4, 2016

                                                                Kimberly Kupka