# Exhibit 32-A

RE: urgent/recounts/list of counties

# RE: urgent/recounts/list of counties

**Marks, Jonathan [jmarks@pa.gov]**

| | |
|---|---|
| **Sent:** | Monday, November 28, 2016 2:55 PM |
| **To:** | Ilann M. Maazel |
| **Cc:** | Doug Lieb; Ali Frick |
| **Attachments:** | Copy of 2016 Gen Election~1.xlsx (11 KB) |

Mr. Maazel,

Attached is the updated information we obtained from counties to this point. We will send updates as they become available.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov



---

**From:** Ilann M. Maazel [mailto:imaazel@ecbalaw.com]
**Sent:** Sunday, November 27, 2016 6:55 PM
**To:** Marks, Jonathan <jmarks@pa.gov>
**Cc:** Doug Lieb <dlieb@ecbalaw.com>; Ali Frick <africk@ecbalaw.com>; Ilann M. Maazel <imaazel@ecbalaw.com>
**Subject:** urgent/recounts/list of counties

Dear Mr. Marks,

My law firm has been retained by the Jill Stein campaign in connection with request for recounts of the U.S. presidential election, to be filed in various counties throughout Pennsylvania. We expect that many voters will file recounts with boards of elections tomorrow, pursuant to 25 P.S. 3154(e).

I understand that different counties finished the computing the vote at different times, others have yet to finish, and yet others have certified the vote. To ensure that these voters go to the appropriate counties (i.e., counties where they can file timely recount requests), could you send me a list of all the counties, whether they finished computing the vote, and if so, the date on which they finished computing the vote.

Many thanks in advance,
Ilann M. Maazel

Ilann M. Maazel
Partner
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue at Rockefeller Center, 10th Floor
New York, NY 10020
phone: 212-763-5000
fax: 212-763-5001
imaazel@ecbalaw.com

www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff & Abady LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (jmaazel@ecbalaw.com) immediately.

| County | Computation Complete | Computation in Progress | Expiration Date of 5-Day Period After Computation | Certification Date |
|---|---|---|---|---|
| ADAMS | 16-Nov | | 21-Nov | 23-Nov |
| ALLEGHENY | 23-Nov | | 28-Nov | |
| ARMSTRONG | | | | |
| BEAVER | 18-Nov | | 23-Nov | 28-Nov |
| BEDFORD | | | | |
| BERKS | 17-Nov | | 28-Nov | |
| BLAIR | | | | |
| BRADFORD | 16-Nov | | 28-Nov | 21-Nov |
| BUCKS | 23-Nov | | 28-Nov | |
| BUTLER | | | | |
| CAMBRIA | 16-Nov | | 28-Nov | 22-Nov |
| CAMERON | 14-Nov | | 21-Nov | 23-Nov |
| CARBON | 28-Nov | | 5-Dec | 5-Dec |
| CENTRE | 17-Nov | | 23-Nov | 29-Nov |
| CHESTER | | In Progress | | |
| CLARION | | | | |
| CLEARFIELD | | | | 28-Nov |
| CLINTON | 14-Nov | | 21-Nov | 21-Nov |
| COLUMBIA | 15-Nov | | 21-Nov | 21-Nov |
| CRAWFORD | 18-Nov | | 21-Nov | 23-Nov |
| CUMBERLAND | | | | |
| DAUPHIN | 16-Nov | | 21-Nov | 23-Nov |
| DELAWARE | | | | |
| ELK | | | | |
| ERIE | 16-Nov | | 23-Nov | |
| FAYETTE | | | | |
| FOREST | 14-Nov | | 21-Nov | 21-Nov |
| FRANKLIN | 15-Nov | | 21-Nov | 22-Nov |
| FULTON | | | | |
| GREENE | | | | 28-Nov |

| | | | |
|---|---|---|---|
| HUNTINGDON | 16-Nov | 21-Nov | 23-Nov |
| INDIANA | 18-Nov | 21-Nov | 22-Nov |
| JEFFERSON | 18-Nov | 21-Nov | 23-Nov |
| JUNIATA | | | |
| LACKAWANNA | 16-Nov | 21-Nov | 22-Nov |
| LANCASTER | 23-Nov | 28-Nov | 28-Nov |
| LAWRENCE | | | |
| LEBANON | 14-Nov | 21-Nov | |
| LEHIGH | 23-Nov | 28-Nov | |
| LUZERNE | 15-Nov | 21-Nov | 21-Nov |
| LYCOMING | 15-Nov | 21-Nov | 28-Nov |
| MCKEAN | 14-Nov | 21-Nov | 21-Nov |
| MERCER | 23-Nov | 21-Nov | |
| MIFFLIN | 15-Nov | 21-Nov | 23-Nov |
| MONROE | 14-Nov | 21-Nov | 21-Nov |
| MONTGOMERY | | | |
| MONTOUR | 11-Nov | 21-Nov | 16-Nov |
| NORTHAMPTON | 22-Nov | 21-Nov | 29-Nov |
| NORTHUMBERLAND | | | |
| PERRY | | | |
| PHILADELPHIA | In Progress | | |
| PIKE | | | |
| POTTER | | | |
| SCHUYLKILL | 18-Nov | 21-Nov | 28-Nov |
| SNYDER | 14-Nov | 21-Nov | 21-Nov |
| SOMERSET | | | |
| SULLIVAN | 14-Nov | 21-Nov | 21-Nov |
| SUSQUEHANNA | 15-Nov | 21-Nov | 23-Nov |
| TIOGA | | | |
| UNION | 14-Nov | 21-Nov | 23-Nov |
| VENANGO | | | |
| WARREN | 15-Nov | 21-Nov | 18-Nov |
| WASHINGTON | | | |
| WAYNE | 15-Nov | 21-Nov | 23-Nov |

| | | | | |
|---|---|---|---|---|
| WESTMORELAND | 15-Nov | | 21-Nov | 22-Nov |
| WYOMING | 14-Nov | | 28-Nov | |
| YORK | 21-Nov | | 28-Nov | |
| 67 | 42 | 2 | | 35 |