# Exhibit 32-B

Reply  Reply All  Forward

# RE: urgent/recounts/list of counties

## Marks, Jonathan [jmarks@pa.gov]

| | |
|---|---|
| **To:** | Ilann M. Maazel |
| **Cc:** | Doug Lieb; Ali Frick |
| **Attachments:** | Copy of 2016 Gen Election~1.xlsx (12 KB) [Open as Web Page] |

Monday, November 28, 2016 5:12 PM

You forwarded this message on 11/29/2016 2:00 PM.

Mr. Maazel,

Attached is the updated list of information we've received from the counties at this point.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov



**From:** Ilann M. Maazel [mailto:imaazel@ecbalaw.com]
**Sent:** Monday, November 28, 2016 3:20 PM
**To:** Marks, Jonathan <jmarks@pa.gov>
**Cc:** Doug Lieb <dlieb@ecbalaw.com>; Ali Frick <africk@ecbalaw.com>
**Subject:** Re: urgent/recounts/list of counties

Thank you.

Sent from my iPhone

On Nov 28, 2016, at 2:56 PM, Marks, Jonathan <jmarks@pa.gov> wrote:

> Mr. Maazel,
>
> Attached is the updated information we obtained from counties to this point. We will send updates as they become available.
>
> Kind regards,
>
> Jonathan M. Marks | Commissioner
> Department of State
> Bureau of Commissions, Elections and Legislation
> 210 North Office Building | Harrisburg, PA 17120
> Phone: 717.787.9201 | Fax: 717.705.0721
> Email: jmarks@pa.gov

| County | Computation Complete | Computation in Progress | Expiration Date of 5-Day Period After Computation | Certification Date |
|---|---|---|---|---|
| ADAMS | 16-Nov | | 21-Nov | 23-Nov |
| ALLEGHENY | 23-Nov | | 28-Nov | |
| ARMSTRONG | | | | |
| BEAVER | 18-Nov | | 23-Nov | 28-Nov |
| BEDFORD | | | | |
| BERKS | 17-Nov | | 28-Nov | |
| BLAIR | | | | |
| BRADFORD | 16-Nov | | 28-Nov | 21-Nov |
| BUCKS | 23-Nov | | 28-Nov | |
| BUTLER | | | | 28-Nov |
| CAMBRIA | 16-Nov | | 28-Nov | 22-Nov |
| CAMERON | 14-Nov | | 21-Nov | 23-Nov |
| CARBON | 28-Nov | | 5-Dec | 5-Dec |
| CENTRE | 17-Nov | | 23-Nov | 29-Nov |
| CHESTER | | In Progress | | |
| CLARION | | | | |
| CLEARFIELD | | | | 28-Nov |
| CLINTON | 14-Nov | | 21-Nov | 21-Nov |
| COLUMBIA | 15-Nov | | 21-Nov | 21-Nov |
| CRAWFORD | 18-Nov | | 21-Nov | 23-Nov |
| CUMBERLAND | | | | 22-Nov |
| DAUPHIN | 16-Nov | | 21-Nov | 23-Nov |
| DELAWARE | | | | 23-Nov |
| ELK | | | | 22-Nov |
| ERIE | 16-Nov | | 23-Nov | |
| FAYETTE | 17-Nov | | | 23-Nov |
| FOREST | 14-Nov | | 21-Nov | 21-Nov |
| FRANKLIN | 15-Nov | | 21-Nov | 22-Nov |
| FULTON | | | | |
| GREENE | | | | 28-Nov |

| County | | | |
|---|---|---|---|
| HUNTINGDON | 16-Nov | 21-Nov | 23-Nov |
| INDIANA | 18-Nov | 21-Nov | 22-Nov |
| JEFFERSON | 18-Nov | 21-Nov | 23-Nov |
| JUNIATA | | | 21-Nov |
| LACKAWANNA | 16-Nov | 21-Nov | 22-Nov |
| LANCASTER | 23-Nov | 28-Nov | 28-Nov |
| LAWRENCE | 16-Nov | | 22-Nov |
| LEBANON | 14-Nov | 21-Nov | |
| LEHIGH | 23-Nov | 28-Nov | |
| LUZERNE | 15-Nov | 21-Nov | 21-Nov |
| LYCOMING | 15-Nov | 21-Nov | 28-Nov |
| MCKEAN | 14-Nov | 21-Nov | 21-Nov |
| MERCER | 23-Nov | 28-Nov | 30-Nov |
| MIFFLIN | 15-Nov | 21-Nov | 23-Nov |
| MONROE | 14-Nov | 21-Nov | 21-Nov |
| MONTGOMERY | | | |
| MONTOUR | 11-Nov | 21-Nov | 16-Nov |
| NORTHAMPTON | 22-Nov | 21-Nov | 29-Nov |
| NORTHUMBERLAND | 23-Nov | 30-Nov | 30-Nov |
| PERRY | | | 21-Nov |
| PHILADELPHIA | In Progress | | |
| PIKE | | | |
| POTTER | | | |
| SCHUYLKILL | 18-Nov | 21-Nov | 28-Nov |
| SNYDER | 14-Nov | 21-Nov | 21-Nov |
| SOMERSET | | | |
| SULLIVAN | 14-Nov | 21-Nov | 21-Nov |
| SUSQUEHANNA | 15-Nov | 21-Nov | 23-Nov |
| TIOGA | | | 23-Nov |
| UNION | 14-Nov | 21-Nov | 23-Nov |
| VENANGO | | | |
| WARREN | 15-Nov | 21-Nov | 18-Nov |
| WASHINGTON | 22-Nov | 28-Nov | 29-Nov |
| WAYNE | 15-Nov | 21-Nov | 23-Nov |

| | | | | |
|---|---|---|---|---|
| WESTMORELAND | 15-Nov | | 21-Nov | 22-Nov |
| WYOMING | 14-Nov | | 28-Nov | |
| YORK | 21-Nov | | 28-Nov | |
| | 67 | 46 | 2 | 47 |