# Exhibit 32-C

Reply   Reply All   Forward

# RE: urgent/recounts/list of counties

## Marks, Jonathan [jmarks@pa.gov]

| | |
|---|---|
| **To:** | Ilann M. Maazel |
| **Cc:** | Doug Lieb; Ali Frick; Lowell Finley [lfinley51@gmail.com] |
| **Attachments:** | (2) Download all attachments |
| | DOS Email - Update regarding …; DOS Email - Additional Update… |

Tuesday, November 29, 2016 6:36 PM

Mr. Maazel,

Attached is an updated tracking spreadsheet.  We made changes to Bradford, Cambria, Montour and Warren counties to address typos and one misunderstanding about of the questions.  I am also attaching a copiers of two emails I sent to the counties yesterday.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov



**From:** Ilann M. Maazel [mailto:imaazel@ecbalaw.com]
**Sent:** Tuesday, November 29, 2016 1:00 PM
**To:** Marks, Jonathan <jmarks@pa.gov>
**Cc:** Doug Lieb <dlieb@ecbalaw.com>; Ali Frick <africk@ecbalaw.com>; Lowell Finley <lfinley51@gmail.com>; Ilann M. Maazel <imaazel@ecbalaw.com>
**Subject:** RE: urgent/recounts/list of counties

Thank you.  A few followup questions:

-Could you forward us an updated list, if you have one?

-We were unclear about some of the dates in the attachment.  Some of them, for example, Cambria, have a 5-day expiration date after the certification date.  Others are before the certification date.  Are these perhaps typographical errors?

-Finally, I read that your office sent an email to the county boards with some guidance yesterday.  Could you forward that email to us as well?

Many thanks,
Ilann Maazel

---

**From:** Marks, Jonathan [jmarks@pa.gov]
**Sent:** Monday, November 28, 2016 5:12 PM
**To:** Ilann M. Maazel
**Cc:** Doug Lieb; Ali Frick

# DOS Email - Update regarding Recount Requests

**Marks, Jonathan [jmarks@pa.gov]**

**Sent:** Monday, November 28, 2016 2:50 PM
**To:** Adams - Crouse, Angie [acrouse@adamscounty.us]; Adams - Dutko, Monica [mdutko@adamscounty.us]; Allegheny - Wolosik, Mark [mwolosik@county.allegheny.pa.us]; Armstrong - Bellas, Jennifer B. [jbbellas@co.armstrong.pa.us]; Beaver - Mandity, Dorene [dmandity@beavercountypa.gov]; Bedford - Brown, Debra [DBrown@bedfordcountypa.org]; Bedford - Ferguson, Andrea [aferguson@bedfordcountypa.org]; Berks - Barsoum, Karen [KBarsoum@countyofberks.com]; Berks - Olivieri, Deborah [dolivieri@countyofberks.com]; Blair - Clapper, Virginia [vclapper@blairco.org]; Blair - Seymour, Sarah [sseymour@blairco.org]; Bradford - Smithkors, Renee [smithkorsr@bradfordco.org]; Bucks - Dean, Deena K. [dkdean@buckscounty.org]; Butler - Brewer, Shari [sbrewer@co.butler.pa.us]; Cambria - Crowl, Shirley [scrowl@co.cambria.pa.us]; Cameron - Lupro, Misty [mlupro@cameroncountypa.com]; Cameron - Munz, Brenda [brenda@cameroncountypa.com]; Carbon - Dart, Lisa [LisaDart@carboncounty.net]; Carbon - Elections Account [carbonelections@carboncounty.net]; Centre - McKinley, Joyce [jemckinley@centrecountypa.gov]; Centre - Neidig, Jodi [jlneidig@centrecountypa.gov]; Centre - Stefanko, Tisha [lmstefanko@centrecountypa.gov]; Chester - Christman, Bill [wchristman@chesco.org]; Chester - Rahn, Kara C. [krahn@chesco.org]; Clarion - Callihan, Cindy [ccallihan@co.clarion.pa.us]; Clarion - Moore, Sally [smoore@co.clarion.pa.us]; Clearfield - Bumbarger, Donna [voterreg@clearfieldco.org]; Clearfield - Graham, Dawn E. [elections@clearfieldco.org]; Clinton - Boileau, Maria [mboileau@clintoncountypa.com]; Columbia - Repasky, Matthew [mrepasky@columbiapa.org]; Crawford - Chatfield, Gina [gchatfield@co.crawford.pa.us]; Crawford - Teuta, Stacey [steuta@co.crawford.pa.us]; Cumberland - Orris, Megan [morris@ccpa.net]; Cumberland - Salzarulo, Bethany [bsalzarulo@ccpa.net]; Dauphin - Feaser, Gerald [jfeaser@dauphinc.org]; Dauphin - Roach, Taryll [troach@dauphinc.org]; Delaware - Hagan, Laureen [haganLT@co.delaware.pa.us]; Delaware - Headley, Mary Jo [headleym@co.delaware.pa.us]; Elk - Frey, Kim [elkvoter@countyofelkpa.com]; Erie - Alexander, Kim [kalexander@eriecountygov.org]; Erie - Smith, Doug [Dsmith@eriecountygov.org]; Fayette - Blosser, Larry [lblosser@fayettepa.org]; Forest - Hitchcock, Jean Ann [jahitchcock@co.forest.pa.us]; Franklin - Aines, Jennie M. [voter@co.franklin.pa.us]; Franklin - Aines, Jennie M. [jaines@co.franklin.pa.us]; Franklin - Hart, John A. [commissioners@co.franklin.pa.us]; Fulton - Beatty, Lisa [lbeatty@co.fulton.pa.us]; Fulton - Hann, Karen [khann@co.fulton.pa.us]; Greene - Kiger, Tina [tkiger@co.greene.pa.us]; Huntingdon - Barnett, Michelle [mbarnett@huntingdoncounty.net]; Huntingdon - Cerett, Michelle [mcerett@huntingdoncounty.net]; Indiana - Maryai, Robin [robin@countyofindiana.org]; Indiana-Streams, Debra [dstreams@countyofindiana.org]; Jefferson - Lupone, Karen [klupone@jeffersoncountypa.com]; Jefferson - Truitt, Wendy [wktruitt@jeffersoncountypa.com]; Juniata - Stong, Eva M. [estong@co.juniata.pa.us]; Lackawanna - Medalis, Marion [medalism@lackawannacounty.org]; Lancaster - Skilling, Diane [dskilling@co.lancaster.pa.us]; Lancaster - Wenger, Randall [rwenger@co.lancaster.pa.us]; Lawrence - Ed Allison [lcvote@co.lawrence.pa.us]; Lebanon - Anderson, Michael L. [manderson@lebcnty.org]; Lebanon - Sohn, Jo-Ellen [jsohn@lebcnty.org]; Lehigh - Benyo, Timothy A [TimothyBenyo@lehighcounty.org]; Lehigh - Harkins, Terry [TerriHarkins@lehighcounty.org]; Luzerne - Crispell, Marisa [Marisa.Crispell@luzernecounty.org]; Luzerne - Parsnik, Dave [David.Parsnik@luzernecounty.org]; Luzerne - Steininger, Mary Beth [Marybeth.steininger@luzernecounty.org]; Lycoming - Lehman, Forrest [flehman@lyco.org]; Lycoming - Shuman, Jill [jshuman@lyco.org]; McKean - Gallegos, Dianne [DLGallegos@mckeancountypa.org]; McKean - Pratt, Lisa M. [lmpratt@mckeancountypa.org]; Mercer - Greenburg, Jeff [jgreenburg@mcc.co.mercer.pa.us]; Mifflin - Clever, Harry [hclever@co.mifflin.pa.us]; Mifflin - Ganoe, Rebecca [rganoe@co.mifflin.pa.us]; Monroe - May-Silfee, Sara [smay-silfee@co.monroe.pa.us]; Montgomery - Forzato, Nicole [NForzato@montcopa.org]; Montgomery - Macekura, Matt [mmacekur@montcopa.org]; Montgomery - Proietto, Sharon [sproiett@montcopa.org]; Montgomery - Sisler, Karley [KSisler@montcopa.org]; Montour - Brandon, Holly A. [hbrandon@montourco.org]; Montour - Dyer, Darlis [ddyer@montourco.org]; Montour - Woodruff, Theresa [twoodruff@montourco.org]; Northampton - Rumsey, Debi [drumsey@northamptoncounty.org]; Northumberland - Dick, Melanie [Melanie.Dick@norrycopa.net]; Northumberland - Herb, Alisha [alisha.herb@norrycopa.net]; Perry - Delancey, Bonnie L. [bdelancey@perryco.org]; Philadelphia - Deeley, Lisa [Lisa.deeley@phila.gov]; Philadelphia - Dowling, Tim [Tim.Dowling@phila.gov]; Philadelphia - Irving, Greg [Gregory.Irving@phila.gov]; Philadelphia - Kelly, Kevin [kevin.kelly@phila.gov]; Philadelphia - Lynch, Joe [Joseph.j.lynch@phila.gov]; Philadelphia - Schmidt, Al [Al.Schmidt@phila.gov]; Philadelphia - Vito, Richard [Richard.Vito@phila.gov]; Philadelphia - Voigt, Fred [Fred.Voigt@phila.gov]; Pike - Manzoni, Nadeen [nmanzoni@pikepa.org]; Pike - Orben, Gary R. [gorben@pikepa.org]; Potter - Lewis, Sandra [slewis@pottercountypa.net]; Schuylkill - Brennan, Frannie [fbrennan@co.schuylkill.pa.us]; Schuylkill - Kuperavage, Gerry [Gkuperavage@co.schuylkill.pa.us]; Snyder - Guyer, Stacy [sguyer@snydercounty.org]; Snyder - Nace, Patricia [pnace@snydercounty.org]; Somerset - Pritts, Tina [voter@co.somerset.pa.us]; Sullivan - Doyle, Francine [fdoyle@sullivancounty-pa.org]; Susquehanna - Quattrocchi, Diane [dquattrocchi@susqco.com]; Tioga - Johnson, Shaun [sjohnson@tiogacountypa.us]; Tioga - Whipple, Penny [pwhipple@tiogacountypa.us]; Union - Katherman, Gregory A [gkatherman@unionco.org]; Union - Radel, Glenda [gradel@unionco.org]; Union - Zerbe, Kim [kzerbe@unionco.org]; Venango - Hartle, Michelle A. [shartle@co.venango.pa.us]; Venango - McGuiness, Gerry [GMcGuinness@co.venango.pa.us]; Warren - Rivett, Lisa [lzuck@warren-county.net]; Washington - Parry, Wes [parrywes@co.washington.pa.us]; Washington - Spahr, Larry [spahrl@co.washington.pa.us]; Wayne - Furman, Cindy [cfurman@co.wayne.pa.us]; Westmoreland - Lechman, Beth [blechman@co.westmoreland.pa.us]; Westmoreland - Wright, Shari [swright@co.westmoreland.pa.us]; Wyoming - Ball, Florence [fball@wycopa.org]; York - Kohlbus, Sally [swkohlbus@yorkcountypa.gov]; York - Suchanic, Nikki [snsuchanic@yorkcountypa.gov]

**Importance:** High

Good afternoon everyone,

You may have received petitions for recounts today. We are providing this guidance on what you should do with the petitions.

As an initial matter, all counties should time stamp each document to indicate the date and time it was received in your office. All counties should do regardless of whether the county is accepting or rejecting

the petitions.

If your county had finished its computation, prepared a certification, waited 5 days from the date of finishing your computation and that five day period has expired, you may reject the petitions and communicate that to the filer. We recommend that you keep a copy of the stamped petition and any written documentation you may provide to the petitioner setting forth the reason(s) for rejection, if applicable.

If your county has finished its computation, prepared a certification, and the five day period expires today or later, you may inform the filer that during this five-day period, the petition for recount must be filed with the court of common pleas. If a county is directing the filer to the Court of Common Pleas, we recommend that you stamp the petition and keep a copy for your records, as this information may prove helpful later.

If your county has not completed its initial computation of the returns, under 25 P.S. § 3154, a petition for recount is appropriately directed to the county board of elections and must be accepted.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov



# DOS Email - Additional Update regarding Recount Requests

Marks, Jonathan [jmarks@pa.gov]

**Sent:** Monday, November 28, 2016 4:21 PM
**To:** Adams - Crouse, Angie [acrouse@adamscounty.us]; Adams - Dutko, Monica [mdutko@adamscounty.us]; Allegheny - Wolosik, Mark [mwolosik@county.allegheny.pa.us]; Armstrong - Bellas, Jennifer B. [jbbellas@co.armstrong.pa.us]; Beaver - Mandity, Dorene [dmandity@beavercountypa.gov]; Bedford - Brown, Debra [DBrown@bedfordcountypa.org]; Bedford - Ferguson, Andrea [aferguson@bedfordcountypa.org]; Berks - Barsoum, Karen [KBarsoum@countyofberks.com]; Berks - Olivieri, Deborah [dolivieri@countyofberks.com]; Blair - Clapper, Virginia [vclapper@blairco.org]; Blair - Seymour, Sarah [sseymour@blairco.org]; Bradford - Smithkors, Renee [smithkorsr@bradfordco.org]; Bucks - Dean, Deena K. [dkdean@buckscounty.org]; Butler - Brewer, Shari [sbrewer@co.butler.pa.us]; Cambria - Crowl, Shirley [scrowl@co.cambria.pa.us]; Cameron - Lupro, Misty [mlupro@cameroncountypa.com]; Cameron - Munz, Brenda [brenda@cameroncountypa.com]; Carbon - Dart, Lisa [LisaDart@carboncounty.net]; Carbon - Elections Account [carbonelections@carboncounty.net]; Centre - McKinley, Joyce [jemckinley@centrecountypa.gov]; Centre - Neidig, Jodi [jlneidig@centrecountypa.gov]; Centre - Stefanko, Tisha [lmstefanko@centrecountypa.gov]; Chester - Christman, Bill [wchristman@chesco.org]; Chester - Rahn, Kara C. [krahn@chesco.org]; Clarion - Callihan, Cindy [ccallihan@co.clarion.pa.us]; Clarion - Moore, Sally [smoore@co.clarion.pa.us]; Clearfield - Bumbarger, Donna [voterreg@clearfieldco.org]; Clearfield - Graham, Dawn E. [elections@clearfieldco.org]; Clinton - Boileau, Maria [mboileau@clintoncountypa.com]; Columbia - Repasky, Matthew [mrepasky@columbiapa.org]; Crawford - Chatfield, Gina [gchatfield@co.crawford.pa.us]; Crawford - Teuta, Stacey [steuta@co.crawford.pa.us]; Cumberland - Orris, Megan [morris@ccpa.net]; Cumberland - Salzarulo, Bethany [bsalzarulo@ccpa.net]; Dauphin - Feaser, Gerald [jfeaser@dauphinc.org]; Dauphin - Roach, Taryll [troach@dauphinc.org]; Delaware - Hagan, Laureen [haganLT@co.delaware.pa.us]; Delaware - Headley, Mary Jo [headleym@co.delaware.pa.us]; Elk - Frey, Kim [elkvoter@countyofelkpa.com]; Erie - Alexander, Kim [kalexander@eriecountygov.org]; Erie - Smith, Doug [Dsmith@eriecountygov.org]; Fayette - Blosser, Larry [lblosser@fayettepa.org]; Forest - Hitchcock, Jean Ann [jahitchcock@co.forest.pa.us]; Franklin - Aines, Jennie M. [voter@co.franklin.pa.us]; Franklin - Aines, Jennie M. [jaines@co.franklin.pa.us]; Franklin - Hart, John A. [commissioners@co.franklin.pa.us]; Fulton - Beatty, Lisa [lbeatty@co.fulton.pa.us]; Fulton - Hann, Karen [khann@co.fulton.pa.us]; Greene - Kiger, Tina [tkiger@co.greene.pa.us]; Huntingdon - Barnett, Michelle [mbarnett@huntingdoncounty.net]; Huntingdon - Cerett, Michelle [mcerett@huntingdoncounty.net]; Indiana - Maryai, Robin [robin@countyofindiana.org]; Indiana-Streams, Debra [dstreams@countyofindiana.org]; Jefferson - Lupone, Karen [klupone@jeffersoncountypa.com]; Jefferson - Truitt, Wendy [wktruitt@jeffersoncountypa.com]; Juniata - Stong, Eva M. [estong@co.juniata.pa.us]; Lackawanna - Medalis, Marion [medalism@lackawannacounty.org]; Lancaster - Skilling, Diane [dskilling@co.lancaster.pa.us]; Lancaster - Wenger, Randall [rwenger@co.lancaster.pa.us]; Lawrence - Ed Allison [lcvote@co.lawrence.pa.us]; Lebanon - Anderson, Michael L. [manderson@lebcnty.org]; Lebanon - Sohn, Jo-Ellen [jsohn@lebcnty.org]; Lehigh - Benyo, Timothy A [TimothyBenyo@lehighcounty.org]; Lehigh - Harkins, Terry [TerriHarkins@lehighcounty.org]; Luzerne - Crispell, Marisa [Marisa.Crispell@luzernecounty.org]; Luzerne - Parsnik, Dave [David.Parsnik@luzernecounty.org]; Luzerne - Steininger, Mary Beth [Marybeth.steininger@luzernecounty.org]; Lycoming - Lehman, Forrest [flehman@lyco.org]; Lycoming - Shuman, Jill [jshuman@lyco.org]; McKean - Gallegos, Dianne [DLGallegos@mckeancountypa.org]; McKean - Pratt, Lisa M. [lmpratt@mckeancountypa.org]; Mercer - Greenburg, Jeff [jgreenburg@mcc.co.mercer.pa.us]; Mifflin - Clever, Harry [hclever@co.mifflin.pa.us]; Mifflin - Ganoe, Rebecca [rganoe@co.mifflin.pa.us]; Monroe - May-Silfee, Sara [smay-silfee@co.monroe.pa.us]; Montgomery - Forzato, Nicole [NForzato@montcopa.org]; Montgomery - Macekura, Matt [mmacekur@montcopa.org]; Montgomery - Proietto, Sharon [sproiett@montcopa.org]; Montgomery - Sisler, Karley [KSisler@montcopa.org]; Montour - Brandon, Holly A. [hbrandon@montourco.org]; Montour - Dyer, Darlis [ddyer@montourco.org]; Montour - Woodruff, Theresa [twoodruff@montourco.org]; Northampton - Rumsey, Debi [drumsey@northamptoncounty.org]; Northumberland - Dick, Melanie [Melanie.Dick@norrycopa.net]; Northumberland - Herb, Alisha [alisha.herb@norrycopa.net]; Perry - Delancey, Bonnie L. [bdelancey@perryco.org]; Philadelphia - Deeley, Lisa [Lisa.deeley@phila.gov]; Philadelphia - Dowling, Tim [Tim.Dowling@phila.gov]; Philadelphia - Irving, Greg [Gregory.Irving@phila.gov]; Philadelphia - Kelly, Kevin [kevin.kelly@phila.gov]; Philadelphia - Lynch, Joe [Joseph.j.lynch@phila.gov]; Philadelphia - Schmidt, Al [Al.Schmidt@phila.gov]; Philadelphia - Vito, Richard [Richard.Vito@phila.gov]; Philadelphia - Voigt, Fred [Fred.Voigt@phila.gov]; Pike - Manzoni, Nadeen [nmanzoni@pikepa.org]; Pike - Orben, Gary R. [gorben@pikepa.org]; Potter - Lewis, Sandra [slewis@pottercountypa.net]; Schuylkill - Brennan, Frannie [fbrennan@co.schuylkill.pa.us]; Schuylkill - Kuperavage, Gerry [Gkuperavage@co.schuylkill.pa.us]; Snyder - Guyer, Stacy [sguyer@snydercounty.org]; Snyder - Nace, Patricia [pnace@snydercounty.org]; Somerset - Pritts, Tina [voter@co.somerset.pa.us]; Sullivan - Doyle, Francine [fdoyle@sullivancounty-pa.org]; Susquehanna - Quattrocchi, Diane [dquattrocchi@susqco.com]; Tioga - Johnson, Shaun [sjohnson@tiogacountypa.us]; Tioga - Whipple, Penny [pwhipple@tiogacountypa.us]; Union - Katherman, Gregory A [gkatherman@unionco.org]; Union - Radel, Glenda [gradel@unionco.org]; Union - Zerbe, Kim [kzerbe@unionco.org]; Venango - Hartle, Michelle A. [shartle@co.venango.pa.us]; Venango - McGuiness, Gerry [GMcGuinness@co.venango.pa.us]; Warren - Rivett, Lisa [lzuck@warren-county.net]; Washington - Parry, Wes [parrywes@co.washington.pa.us]; Washington - Spahr, Larry [spahrl@co.washington.pa.us]; Wayne - Furman, Cindy [cfurman@co.wayne.pa.us]; Westmoreland - Lechman, Beth [blechman@co.westmoreland.pa.us]; Westmoreland - Wright, Shari [swright@co.westmoreland.pa.us]; Wyoming - Ball, Florence [fball@wycopa.org]; York - Kohlbus, Sally [swkohlbus@yorkcountypa.gov]; York - Suchanic, Nikki [snsuchanic@yorkcountypa.gov]

**Importance:** High

Good afternoon everyone,

Please read the updates in the following paragraphs carefully.

In response to requests for clarification that we have received from a couple of counties, we want to provide you with this additional clarification regarding the effect of filing a petition for recount/recanvass.

Specifically, we have been asked whether a county may finalize certification today if the 5-day period is set to expire today. If a county's 5-day recount window expires today and the county knows that a recount petition has been filed, then the county CANNOT complete certification of its election returns at this time.

We also wanted to notify you that the Department released the following statement in response to questions we have received:

STATEMENT:

"The Department of State is working to gather information from the 67 counties regarding their progress in certifying election returns. We've learned that many counties have completed their certification, thereby closing the 5-day window to petition at the county level for a recount.

"The Department of State is also providing guidance to the counties on the process for handling recount petitions. We are aware of petitions filed in Berks, Bucks, Centre, Montgomery, and Philadelphia. However, we are not aware of how many have been filed in each county. We have been working to gather that information from the counties. Because the Department is not the filing agency, we are relying on reports from the counties."

BACKGROUND:

The Department of State sent the following guidance to counties today:

*You may have received petitions for recounts today. We are providing this guidance on what you should do with the petitions.*

*As an initial matter, all counties should time stamp each document to indicate the date and time it was received in your office. All counties should do regardless of whether the county is accepting or rejecting the petitions.*

*If your county had finished its computation, prepared a certification, waited 5 days from the date of finishing your computation and that five day period has expired, you may reject the petitions and communicate that to the filer. We recommend that you keep a copy of the stamped petition and any written documentation you may provide to the petitioner setting forth the reason(s) for rejection, if applicable.*

*If your county has finished its computation, prepared a certification, and the five day period expires today or later, you may inform the filer that during this five-day period, the petition for recount must be filed with the court of common pleas. If a county is directing the filer to the Court of Common Pleas, we recommend that you stamp the petition and keep a copy for your records, as this information may prove helpful later.*

*If your county has not completed its initial computation of the returns, under 25 P.S. § 3154, a petition for recount is appropriately directed to the county board of elections and must be accepted.*


Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov



**From:** Marks, Jonathan
**Sent:** Monday, November 28, 2016 2:51 PM
**To:** 'Adams - Crouse, Angie' <acrouse@adamscounty.us>; 'Adams - Dutko, Monica' <mdutko@adamscounty.us>; 'Allegheny - Wolosik, Mark' <mwolosik@county.allegheny.pa.us>; 'Armstrong - Bellas, Jennifer B.' <jbbellas@co.armstrong.pa.us>; 'Beaver - Mandity, Dorene' <dmandity@beavercountypa.gov>; 'Bedford - Brown, Debra' <DBrown@bedfordcountypa.org>; 'Bedford - Ferguson, Andrea' <aferguson@bedfordcountypa.org>; 'Berks - Barsoum, Karen' <KBarsoum@countyofberks.com>; 'Berks - Olivieri, Deborah' <dolivieri@countyofberks.com>; 'Blair - Clapper, Virginia' <vclapper@blairco.org>; 'Blair - Seymour, Sarah' <sseymour@blairco.org>; 'Bradford - Smithkors, Renee' <smithkorsr@bradfordco.org>; 'Bucks - Dean, Deena K.' <dkdean@buckscounty.org>; 'Butler - Brewer, Shari' <sbrewer@co.butler.pa.us>; 'Cambria - Crowl, Shirley' <scrowl@co.cambria.pa.us>; 'Cameron - Lupro, Misty' <mlupro@cameroncountypa.com>; 'Cameron - Munz, Brenda' <brenda@cameroncountypa.com>; 'Carbon - Dart, Lisa' <LisaDart@carboncounty.net>; 'Carbon - Elections Account' <carbonelections@carboncounty.net>; 'Centre - McKinley, Joyce' <jemckinley@centrecountypa.gov>; 'Centre - Neidig, Jodi' <jlneidig@centrecountypa.gov>; 'Centre - Stefanko, Tisha' <lmstefanko@centrecountypa.gov>; 'Chester - Christman, Bill' <wchristman@chesco.org>; 'Chester - Rahn, Kara C.' <krahn@chesco.org>; 'Clarion - Callihan, Cindy' <ccallihan@co.clarion.pa.us>; 'Clarion - Moore, Sally' <smoore@co.clarion.pa.us>; 'Clearfield - Bumbarger, Donna' <voterreg@clearfieldco.org>; 'Clearfield - Graham, Dawn E.' <elections@clearfieldco.org>; 'Clinton - Boileau, Maria' <mboileau@clintoncountypa.com>; 'Columbia - Repasky, Matthew' <mrepasky@columbiapa.org>; 'Crawford - Chatfield, Gina' <gchatfield@co.crawford.pa.us>; 'Crawford - Teuta, Stacey' <steuta@co.crawford.pa.us>; 'Cumberland - Orris, Megan' <morris@ccpa.net>; 'Cumberland - Salzarulo, Bethany' <bsalzarulo@ccpa.net>; 'Dauphin - Feaser, Gerald' <jfeaser@dauphinc.org>; 'Dauphin - Roach, Taryll' <troach@dauphinc.org>; 'Delaware - Hagan, Laureen' <haganLT@co.delaware.pa.us>; 'Delaware - Headley, Mary Jo' <headleym@co.delaware.pa.us>; 'Elk - Frey, Kim' <elkvoter@countyofelkpa.com>; 'Erie - Alexander, Kim' <kalexander@eriecountygov.org>; 'Erie - Smith, Doug' <Dsmith@eriecountygov.org>; 'Fayette - Blosser, Larry' <lblosser@fayettepa.org>; 'Forest - Hitchcock, Jean Ann' <jahitchcock@co.forest.pa.us>; 'Franklin - Aines, Jennie M.' <voter@co.franklin.pa.us>; 'Franklin - Aines, Jennie M.' <jaines@co.franklin.pa.us>; 'Franklin - Hart, John A.' <commissioners@co.franklin.pa.us>; 'Fulton - Beatty, Lisa' <lbeatty@co.fulton.pa.us>; 'Fulton - Hann, Karen' <khann@co.fulton.pa.us>; 'Greene - Kiger, Tina' <tkiger@co.greene.pa.us>; 'Huntingdon - Barnett, Michelle' <mbarnett@huntingdoncounty.net>; 'Huntingdon - Cerett, Michelle' <mcerett@huntingdoncounty.net>; 'Indiana - Maryai, Robin' <robin@countyofindiana.org>; 'Indiana-Streams, Debra' <dstreams@countyofindiana.org>; 'Jefferson - Lupone, Karen' <klupone@jeffersoncountypa.com>; 'Jefferson - Truitt, Wendy' <wktruitt@jeffersoncountypa.com>; 'Juniata - Stong, Eva M.' <estong@co.juniata.pa.us>; 'Lackawanna - Medalis, Marion' <medalism@lackawannacounty.org>; 'Lancaster - Skilling, Diane' <dskilling@co.lancaster.pa.us>; 'Lancaster - Wenger, Randall' <rwenger@co.lancaster.pa.us>; 'Lawrence - Ed Allison' <lcvote@co.lawrence.pa.us>; 'Lebanon - Anderson, Michael L.' <manderson@lebcnty.org>; 'Lebanon - Sohn, Jo-Ellen' <jsohn@lebcnty.org>; 'Lehigh - Benyo, Timothy A' <TimothyBenyo@lehighcounty.org>; 'Lehigh - Harkins, Terry' <TerriHarkins@lehighcounty.org>; 'Luzerne - Crispell, Marisa' <Marisa.Crispell@luzernecounty.org>; 'Luzerne - Parsnik, Dave' <David.Parsnik@luzernecounty.org>; 'Luzerne - Steininger, Mary Beth' <Marybeth.steininger@luzernecounty.org>; 'Lycoming - Lehman, Forrest' <flehman@lyco.org>; 'Lycoming - Shuman, Jill' <jshuman@lyco.org>; 'McKean - Gallegos, Dianne' <DLGallegos@mckeancountypa.org>; 'McKean - Pratt, Lisa M.' <lmpratt@mckeancountypa.org>; 'Mercer - Greenburg, Jeff' <jgreenburg@mcc.co.mercer.pa.us>; 'Mifflin - Clever, Harry' <hclever@co.mifflin.pa.us>; 'Mifflin - Ganoe, Rebecca' <rganoe@co.mifflin.pa.us>; 'Monroe - May-Silfee, Sara' <smay-silfee@co.monroe.pa.us>; 'Montgomery - Forzato, Nicole' <NForzato@montcopa.org>; 'Montgomery - Macekura, Matt' <mmacekur@montcopa.org>; 'Montgomery - Proietto, Sharon' <sproiett@montcopa.org>; 'Montgomery - Sisler, Karley' <KSisler@montcopa.org>; 'Montour - Brandon, Holly A.' <hbrandon@montourco.org>; 'Montour - Dyer, Darlis' <ddyer@montourco.org>; 'Montour - Woodruff, Theresa' <twoodruff@montourco.org>; 'Northampton - Rumsey, Debi' <drumsey@northamptoncounty.org>; 'Northumberland - Dick, Melanie' <Melanie.Dick@norrycopa.net>; 'Northumberland - Herb, Alisha' <alisha.herb@norrycopa.net>; 'Perry - Delancey, Bonnie L.' <bdelancey@perryco.org>; 'Philadelphia - Deeley, Lisa' <Lisa.deeley@phila.gov>; 'Philadelphia - Dowling, Tim' <Tim.Dowling@phila.gov>; 'Philadelphia - Irving, Greg' <Gregory.Irving@phila.gov>; 'Philadelphia - Kelly, Kevin' <kevin.kelly@phila.gov>; 'Philadelphia - Lynch, Joe' <Joseph.j.lynch@phila.gov>; 'Philadelphia - Schmidt, Al'

<Al.Schmidt@phila.gov>; 'Philadelphia - Vito, Richard' <Richard.Vito@phila.gov>; 'Philadelphia - Voigt, Fred' <Fred.Voigt@phila.gov>; 'Pike - Manzoni, Nadeen' <nmanzoni@pikepa.org>; 'Pike - Orben, Gary R.' <gorben@pikepa.org>; 'Potter - Lewis, Sandra' <slewis@pottercountypa.net>; 'Schuylkill - Brennan, Frannie' <fbrennan@co.schuylkill.pa.us>; 'Schuylkill - Kuperavage, Gerry' <Gkuperavage@co.schuylkill.pa.us>; 'Snyder - Guyer, Stacy' <sguyer@snydercounty.org>; 'Snyder - Nace, Patricia' <pnace@snydercounty.org>; 'Somerset - Pritts, Tina' <voter@co.somerset.pa.us>; 'Sullivan - Doyle, Francine' <fdoyle@sullivancounty-pa.us>; 'Susquehanna - Quattrocchi, Diane' <dquattrocchi@susqco.com>; 'Tioga - Johnson, Shaun' <sjohnson@tiogacountypa.us>; 'Tioga - Whipple, Penny' <pwhipple@tiogacountypa.us>; 'Union - Katherman, Gregory A' <gkatherman@unionco.org>; 'Union - Radel, Glenda' <gradel@unionco.org>; 'Union - Zerbe, Kim' <kzerbe@unionco.org>; 'Venango - Hartle, Michelle A.' <shartle@co.venango.pa.us>; 'Venango - McGuiness, Gerry' <GMcGuiness@co.venango.pa.us>; 'Warren - Rivett, Lisa' <lzuck@warren-county.net>; 'Washington - Parry, Wes' <parrywes@co.washington.pa.us>; 'Washington - Spahr, Larry' <spahrl@co.washington.pa.us>; 'Wayne - Furman, Cindy' <cfurman@co.wayne.pa.us>; 'Westmoreland - Lechman, Beth' <blechman@co.westmoreland.pa.us>; 'Westmoreland - Wright, Shari' <swright@co.westmoreland.pa.us>; 'Wyoming - Ball, Florence' <fball@wycopa.org>; 'York - Kohlbus, Sally' <swkohlbus@yorkcountypa.gov>; 'York - Suchanic, Nikki' <snsuchanic@yorkcountypa.gov>
**Subject:** DOS Email - Update regarding Recount Requests
**Importance:** High

Good afternoon everyone,

You may have received petitions for recounts today. We are providing this guidance on what you should do with the petitions.

As an initial matter, all counties should time stamp each document to indicate the date and time it was received in your office. All counties should do regardless of whether the county is accepting or rejecting the petitions.

If your county had finished its computation, prepared a certification, waited 5 days from the date of finishing your computation and that five day period has expired, you may reject the petitions and communicate that to the filer. We recommend that you keep a copy of the stamped petition and any written documentation you may provide to the petitioner setting forth the reason(s) for rejection, if applicable.

If your county has finished its computation, prepared a certification, and the five day period expires today or later, you may inform the filer that during this five-day period, the petition for recount must be filed with the court of common pleas. If a county is directing the filer to the Court of Common Pleas, we recommend that you stamp the petition and keep a copy for your records, as this information may prove helpful later.

If your county has not completed its initial computation of the returns, under 25 P.S. § 3154, a petition for recount is appropriately directed to the county board of elections and must be accepted.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov

