# Exhibit 32-D

Reply | Reply All | Forward

# RE: urgent/recounts/list of counties

### Marks, Jonathan [jmarks@pa.gov]

| | |
|---|---|
| **To:** | Ilann M. Maazel |
| **Cc:** | Doug Lieb; Ali Frick; Lowell Finley [lfinley51@gmail.com] |
| **Attachments:** | 2016 Gen Election Computa~1.xlsx (11 KB) [Open as Web Page] |

Thursday, December 01, 2016 7:59 AM

Flag for follow up

Mr. Maazel,

Attached is an updated tracking sheet. We received additional information from a few counties yesterday afternoon, which are highlighted in green.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov



**From:** Ilann M. Maazel [mailto:imaazel@ecbalaw.com]
**Sent:** Wednesday, November 30, 2016 6:09 PM
**To:** Marks, Jonathan <jmarks@pa.gov>
**Cc:** Doug Lieb <dlieb@ecbalaw.com>; Ali Frick <africk@ecbalaw.com>; Lowell Finley <lfinley51@gmail.com>
**Subject:** RE: urgent/recounts/list of counties

I am just realizing now that the updated tracking spreadsheet was not attached. Would you mind sending?

**From:** Marks, Jonathan [jmarks@pa.gov]
**Sent:** Tuesday, November 29, 2016 6:36 PM
**To:** Ilann M. Maazel
**Cc:** Doug Lieb; Ali Frick; Lowell Finley
**Subject:** RE: urgent/recounts/list of counties

Mr. Maazel,

Attached is an updated tracking spreadsheet. We made changes to Bradford, Cambria, Montour and Warren counties to address typos and one misunderstanding about of the questions. I am also attaching a copiers of two emails I sent to the counties yesterday.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120

| County | Computation Complete | Computation in Progress | Expiration Date of 5-Day Period After Computation | Certification Date |
|---|---|---|---|---|
| ADAMS | 16-Nov | | 21-Nov | 23-Nov |
| ALLEGHENY | 23-Nov | | 28-Nov | |
| ARMSTRONG | 18-Nov | | 23-Nov | 23-Nov |
| BEAVER | 18-Nov | | 23-Nov | 28-Nov |
| BEDFORD | 18-Nov | | 23-Nov | 29-Nov |
| BERKS | 17-Nov | | 28-Nov | |
| BLAIR | 16-Nov | | | 23-Nov |
| BRADFORD | 16-Nov | | 21-Nov | 28-Nov |
| BUCKS | 23-Nov | | 28-Nov | |
| BUTLER | | | | 28-Nov |
| CAMBRIA | 16-Nov | | | 22-Nov |
| CAMERON | 14-Nov | | 21-Nov | 23-Nov |
| CARBON | 28-Nov | | 5-Dec | 5-Dec |
| CENTRE | 17-Nov | | 23-Nov | 29-Nov |
| CHESTER | | In Progress | | |
| CLARION | | | | |
| CLEARFIELD | 15-Nov | | | 28-Nov |
| CLINTON | 14-Nov | | 21-Nov | 21-Nov |
| COLUMBIA | 15-Nov | | 21-Nov | 21-Nov |
| CRAWFORD | 18-Nov | | 21-Nov | 23-Nov |
| CUMBERLAND | | | | 22-Nov |
| DAUPHIN | 16-Nov | | 21-Nov | 23-Nov |
| DELAWARE | | | | 23-Nov |
| ELK | | | | 22-Nov |
| ERIE | 16-Nov | | 23-Nov | |
| FAYETTE | 17-Nov | | | 23-Nov |

| County | | | |
|---|---|---|---|
| FOREST | 14-Nov | 21-Nov | 21-Nov |
| FRANKLIN | 15-Nov | 21-Nov | 22-Nov |
| FULTON | | | |
| GREENE | | | 28-Nov |
| HUNTINGDON | 16-Nov | 21-Nov | 23-Nov |
| INDIANA | 18-Nov | 21-Nov | 22-Nov |
| JEFFERSON | 18-Nov | 21-Nov | 23-Nov |
| JUNIATA | 14-Nov | | 22-Nov |
| LACKAWANNA | 16-Nov | 21-Nov | 22-Nov |
| LANCASTER | 23-Nov | 28-Nov | 28-Nov |
| LAWRENCE | 16-Nov | | 22-Nov |
| LEBANON | 14-Nov | 21-Nov | |
| LEHIGH | 23-Nov | 28-Nov | |
| LUZERNE | 15-Nov | 21-Nov | 21-Nov |
| LYCOMING | 15-Nov | 21-Nov | 28-Nov |
| MCKEAN | 14-Nov | 21-Nov | 21-Nov |
| MERCER | 23-Nov | 28-Nov | 30-Nov |
| MIFFLIN | 15-Nov | 21-Nov | 23-Nov |
| MONROE | 14-Nov | 21-Nov | 21-Nov |
| MONTGOMERY | | | |
| MONTOUR | 11-Nov | | 16-Nov |
| NORTHAMPTON | 22-Nov | 21-Nov | 29-Nov |
| NORTHUMBERLAND | 23-Nov | 30-Nov | 30-Nov |
| PERRY | 14-Nov | | 21-Nov |
| PHILADELPHIA | In Progress | | |
| PIKE | | | |
| POTTER | | | 29-Nov |
| SCHUYLKILL | 18-Nov | 21-Nov | 28-Nov |
| SNYDER | 14-Nov | 21-Nov | 21-Nov |
| SOMERSET | 18-Nov | | 23-Nov |
| SULLIVAN | 14-Nov | 21-Nov | 21-Nov |
| SUSQUEHANNA | 15-Nov | 21-Nov | 23-Nov |
| TIOGA | | | 23-Nov |
| UNION | 14-Nov | 21-Nov | 23-Nov |

| County | Col2 | Col3 | Col4 | Col5 |
|---|---|---|---|---|
| VENANGO | | | | |
| WARREN | 15-Nov | | | 21-Nov |
| WASHINGTON | 22-Nov | | 28-Nov | 29-Nov |
| WAYNE | 15-Nov | | 21-Nov | 23-Nov |
| WESTMORELAND | 15-Nov | | 21-Nov | 22-Nov |
| WYOMING | 14-Nov | | 28-Nov | |
| YORK | 21-Nov | | 28-Nov | |
| | 67 | 53 | 2 | 52 |