# Exhibit 33

Reply | Reply All | Forward

## RE: urgent/recounts/list of counties

### Ilann M. Maazel

**To:** Marks, Jonathan [jmarks@pa.gov]
**Cc:** Doug Lieb; Ali Frick; Lowell Finley [lfinley51@gmail.com]

Friday, December 02, 2016 11:08 AM

Mr. Marks,

Looking at the updated tracking sheet, it seems that there are still many counties for which you don't have information: when the vote computation ended (if it ended), when the 5-day "expiration period" ended, or when votes were certified. Could you update with whatever information you have currently?

A few other questions: why is the 5-day period after computation, depending on the county, sometimes only 3 days (e.g., Crawford, Indiana, Jefferson) or even before computation (Northampton)? There doesn't seem to be any rhyme or reason to the "expiration date of 5-day period after computation."

I am also confused by the certification dates: some are the same day as the 5-day "expiration date," others are 1, 2, 5, 6, 7, or 8 days after, any many other certification dates are missing. If a county has no certification date on the chart, does that mean those counties have not yet certified the vote?

Finally, is there a website, publication, or anyplace where voters or the Stein campaign can go to in order to find out what is happening/has happened in with respect to vote count/the 5-day period/certification in these 67 counties? Voters have tried calling county boards of elections across the state and received either no information, conflicting information, or confusing information.

I don't see how voters can know when or where to request recounts if they do not have this basic information, and in the meantime, they may be missing statutory deadlines to request recounts both at the county board level and in court.

Many thanks,
Ilann Maazel

---

**From:** Marks, Jonathan [jmarks@pa.gov]
**Sent:** Thursday, December 01, 2016 7:59 AM
**To:** Ilann M. Maazel
**Cc:** Doug Lieb; Ali Frick; Lowell Finley
**Subject:** RE: urgent/recounts/list of counties

Mr. Maazel,

Attached is an updated tracking sheet. We received additional information from a few counties yesterday afternoon, which are highlighted in green.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov

