# Exhibit 34

Good afternoon everyone,

You may have received petitions for recounts today. We are providing this guidance on what you should do with the petitions.

As an initial matter, all counties should time stamp each document to indicate the date and time it was received in your office. All counties should do regardless of whether the county is accepting or rejecting the petitions.

If your county had finished its computation, prepared a certification, waited 5 days from the date of finishing your computation and that five day period has expired, you may reject the petitions and communicate that to the filer. We recommend that you keep a copy of the stamped petition and any written documentation you may provide to the petitioner setting forth the reason(s) for rejection, if applicable.

If your county has finished its computation, prepared a certification, and the five day period expires today or later, you may inform the filer that during this five-day period, the petition for recount must be filed with the court of common pleas. If a county is directing the filer to the Court of Common Pleas, we recommend that you stamp the petition and keep a copy for your records, as this information may prove helpful later.

If your county has not completed its initial computation of the returns, under 25 P.S. § 3154, a petition for recount is appropriately directed to the county board of elections and must be accepted.

Kind regards,

Jonathan M. Marks | Commissioner
Department of State
Bureau of Commissions, Elections and Legislation
210 North Office Building | Harrisburg, PA 17120
Phone: 717.787.9201 | Fax: 717.705.0721
Email: jmarks@pa.gov



pennsylvania
DEPARTMENT OF STATE