# Exhibit 39

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

In Re:  Matter of the 2016                    :
Presidential Election                         :
                                              :
Petition of: One Hundred (100)                :
or more unnamed registered voters of          :
the Commonwealth of Pennsylvania              :     No. 659 M.D. 2016

**PER CURIAM**

## O R D E R

AND NOW, this 2nd day of December, 2016, upon consideration of Petitioners' request that the Court set the statutory bond required in this matter in the amount of $25,000, and the response thereto filed by the Pennsylvania Electors of President-Elect Donald J. Trump and Vice-President-Elect Michael Pence, *et al.*, that the bond be set at $10,000,000, it is hereby ORDERED as follows:

1.   By no later than 5:00 p.m. on Monday, December 5, 2016, Petitioners must file a bond in the amount of $1,000,000 that complies with Section 1759 of the Pennsylvania Election Code, Act of June 3, 1937, *as amended*, P.L. 1333, 25 P.S. §3459.

2.   Upon good cause shown, the amount of the bond may be modified by the Court.

Certified from the Record

DEC 0 2 2016

And Order Exit