# Exhibit 42

**Court of Common Pleas of Montgomery County--Civil Action**

Glen Gaddy, et al.,                      :    No. 2016-28344 (consolidated)
         Petitioners                :
                                  :    **In re:  Petitions to Recount and/or**
      vs.                         :    **Re-Canvass Votes**
                                    :
Montgomery County Board of Elections,    :
              Respondent             :

## ORDER

*And now*, this 30th day of November, 2016, upon considering the Montgomery County voters' petitions listed in the attached Exhibit "A," which we hereby incorporate in this order as fully as if a part hereof, to recount and or re-canvass votes cast in certain County electoral districts in the November 8, 2016, general election, for the offices of President of the United States, Vice President of the United States, and United States Senator, citing the authority of the Pennsylvania Election Code, 25 P.S. §§ 3154, 3262, and after hearing counsel for the parties and other interested parties in open Court, the Court hereby *orders* and *decrees* as follows:  (1) By agreement of the parties, we hereby *grant* the motion of the Montgomery County Board of Elections to consolidate the petitions; all petitions listed by lead petitioner and docket number in Exhibit "A" are hereby *consolidated* for all purposes pursuant to Pa.R.C.P. 213(a), at the docket number listed in the caption above (No. 16-28344).  (2) The Court hereby further *orders* that the petitions to recount and re-canvass votes, as so consolidated, are *denied*.

                                     **BY THE COURT:**

                                     **BERNARD A. MOORE, S.J.**

Copies mailed 12/1/16 to:
Ilann M. Maazèl, Esq.
Lawrence Otter, Esq.
Nicole Forzato, Esq.
Lawrence Tabas, Esq.
Jonathan S. Goldstein, Esq.
Rebecca L. Warren, Esq.
Bradford Richman, Esq.

Secretary

2016-28344-0006  12/1/2016 10:04 AM   # 11064258
Order
Rcpt#Z2957940  Fee:$0.00
Mark Levy - MontCo Prothonotary

THIS DOCUMENT WAS DOCKETED AND SENT ON 12/01/2016