# Exhibit 46



**Montgomery County, Pennsylvania**
**2016 GENERAL ELECTION**
November 8, 2016
**Unofficial Results**

## List of Contests

- [Registration & Turnout](#)
- [President of the United States](#)
- [United States Senator](#)
- [Attorney General](#)
- [Auditor General](#)
- [State Treasurer](#)
- [Representative in Congress District 2](#)
- [Representative in Congress District 6](#)
- [Representative in Congress District 7](#)
- [Representative in Congress District 8](#)
- [Representative in Congress District 13](#)
- [Senator in the General Assembly District 7](#)
- [Senator in the General Assembly District 17](#)
- [Representative in the General Assembly Dist. 26](#)
- [Representative in the General Assembly Dist. 53](#)
- [Representative in the General Assembly Dist. 61](#)
- [Representative in the General Assembly Dist. 70](#)
- [Representative in the General Assembly Dist. 131](#)
- [Representative in the General Assembly Dist. 146](#)
- [Representative in the General Assembly Dist. 147](#)
- [Representative in the General Assembly Dist. 148](#)
- [Representative in the General Assembly Dist. 149](#)
- [Representative in the General Assembly Dist. 150](#)
- [Representative in the General Assembly Dist. 151](#)

|  | Vote Count | Percent |
|---|---|---|
| NP - Yes | 118,310 | 42.08% |
| NP - No | 162,835 | 57.92% |
| Total | 281,145 | 100.00% |

**Lower Moreland Township**
7/7 100.00%

| Under Votes | 2432 |
|---|---|
| Over Votes | 0 |

|  | Vote Count | Percent |
|---|---|---|
| NP - Yes | 1,837 | 35.19% |
| NP - No | 3,383 | 64.81% |
| Total | 5,220 | 100.00% |

**Upper Providence Township**
5/5 100.00%

| Under Votes | 2353 |
|---|---|
| Over Votes | 0 |