IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN , et al. | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| PEDRO A. CORTÉS, in his capacity as Secretary of the Commonwealth, et al. | : : | NO. 16-6287 |
| Defendants. | : | |

**NOTICE OF ENTRY OF APPEARANCE**

To the Prothonotary

Kindly enter my appearance on behalf of Secretary Pedro A. Cortés and Commissioner of the Bureau of Commissions, Elections, and Legislation Jonathan Marks.

          Respectfully submitted,

          BRUCE R. BEEMER

          Attorney General

          /s/ Sue Ann Unger
          Sue Ann Unger
Office of Attorney General      Attorney I.D. No. 39009
21 South 12th Street, 3d Floor    Senior Deputy Attorney General
Philadelphia, PA 19107
 215 560 2127; fx: 717

Case 2:16-cv-06287-PD   Document 17   Filed 12/06/16   Page 2 of 3

CERTIFICATE OF SERVICE

I, Sue Ann Unger, Sr. Deputy Attorney General, hereby certify that on December 6, 2016, I caused to be served a true and correct copy of the foregoing Notice ofEntry of Appearance via the method identified below:

VIA E-SERVICE

Gregory M. Harvey
Mongtomery, McCracken, Walker & Rhoads
123 South broad Street
Philadelphia, PA 19109
215 772-7684; fx 215 772-7620
Counsel for Plaintiffs

Lawrence J. Tabas
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Ctr 19th Fl.
1617 J.F.Kennedy Blvd.
Philadelphia, PA 19103-3165
215 665-3158, Fx 215 665-3165
Lawrence.tabas@obermayer.com
Counsel for Movants

VIA FIRST CLASS MAIL (prepaid)

Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave., 10th Fl.
New York, NY 10020
212 763-5000
Counsel for plaintiffs

|  |  |
|---|---|
|  | /s/ Sue Ann Unger |
|  | Sue Ann Unger |
| Office of Attorney General | Attorney I.D. No. 39009 |
| 21 South 12th Street, 3d Floor | Senior Deputy Attorney General |
| Philadelphia, PA 19107 |  |
|  215 560 2127; fx: 717 |  |