APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jill Stein and Randall Reitz | : | CIVIL ACTION |
| | : | |
| v. | : | |
| Pedro A. Cortés and Jonathan Marks | : | NO. 16-CV-8287 |

ORDER

AND NOW, this _____ Day of _____, _____, it is hereby

ORDERED that the application of _Alison Frick_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                    J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 16-CV-8287

### APPLICANT'S STATEMENT FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Alison Frick__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __4813__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| NY | 01/24/2013 | 510378 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SDNY | 11/05/2013 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 10/25/2013 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Second Circuit | 09/12/2014 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for Plaintiffs

(Applicant's Signature)

12/05/2016
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Emery Cell Brinckerhoff & Abady, LLP

600 Fifth Ave, 10th Floor, New York, NY 10020

212-763-5000

Sworn and subscribed before me this
5th Day of December, 2016

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Patricia A. Hamer, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires April 6, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jill Stein and Randall Reitz | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Pedro A. Cortés and Jonathan Marks | : | NO.  16-CV-8287 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___Alison Frick___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Bureau of Commissions, Elections and Legislation

210 North Office Building, 401 North Street

Harrisburg, PA 17120


_____
Signature of Attorney

Alison Frick
Name of Attorney


_____
Name of Moving Party

12/05/2016
Date

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Alison Frick____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Gregory M. Harvey | *[signature]* | 04/22/1963 | 4445 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery McCracken Walker & Rhoads LLP

123 South Broad Street, Philadelphia, PA 19100

215-772-7684

Sworn and subscribed before me this

5th Day of DEC, 2016

*[signature]*
Notary Public

```
COMMONWEALTH OF PENNSYLVANIA
        NOTARIAL SEAL
    Barbara Fabik, Notary Public
City of Philadelphia, Philadelphia County
  My Commission Expires Jan. 30, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES
```