APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jill Stein and Randall Reitz | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Pedro A. Cortés and Jonathan Marks | : | NO. 16-CV-8287 |

ORDER

AND NOW, this           Day of                 ,         , it is hereby

ORDERED that the application of <u>Douglas E. Lieb</u>         , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 16-CV-8287

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, _____Douglas E. Lieb_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __4814__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| NY | 03/28/2016 | 5425079 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| CA | 12/02/2013 | 293066 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SDNY | 04/26/2015 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 05/17/2016 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for      Plaintiffs

_____
(Applicant's Signature)

12/05/2016
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Emery Cell Brinckerhoff & Abady, LLP

600 Fifth Ave, 10th Floor, New York, NY 10020

212-763-5000

Sworn and subscribed before me this
5th Day of December, 2016

_____
Notary Public

ALISON ELLIS FRICK
Notary Public, State of New York
No. 02FR6291607
Qualified in New York County
Commission Expires October 15, 2017

10/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jill Stein and Randall Reitz | : | CIVIL ACTION |
| v. | : | |
| Pedro A. Cortés and Jonathan Marks | : | NO.   16-CV-8287 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Douglas E. Lieb__

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Bureau of Commissions, Elections and Legislation

210 North Office Building, 401 North Street

Harrisburg, PA 17120

_[signature]_
Signature of Attorney

Douglas E. Lieb
Name of Attorney

Name of Moving Party

12/05/2016
Date

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Douglas E. Lieb___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Gregory M. Harvey | *[signature]* | 04/22/1963 | 4445 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery McCracken Walker & Rhoads LLP

123 South Broad Street, Philadelphia, PA 19100

215-772-7684

Sworn and subscribed before me this

5th Day of DEC, 2016

*[signature]* Barbara Fabik
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barbara Fabik, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Jan. 30, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES