**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JILL STEIN** and **RANDALL REITZ,** | : | **No. 2:16-CV-6287** |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | **Electronically Filed Document** |
| **PEDRO A. CORTÉS** and **JONATHAN** | : | |
| **MARKS,** | : | *Complaint Filed 12/05/16* |
| **Defendants** | : | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Pedro A. Cortés and

Jonathan Marks in the above-captioned case.

**Respectfully submitted,**

**BRUCE R. BEEMER**
**Attorney General**

By:   *s/ Kenneth L. Joel*

**KENNETH L. JOEL**
**Chief Deputy Attorney General**
**Attorney ID 72370**

**Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Phone: (717) 787-8106**

**SUE ANN UNGER**
**Senior Deputy Attorney General**
**Attorney ID 39009**

kjoel@attorneygeneral.gov

**Date:  December 6, 2016**

**Counsel for Defendants**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL STEIN** *and* **RANDALL REITZ,** | : | No. 2:16-CV-6287 |
| **Plaintiffs** | : | |
| | : | |
| **v.** | : | |
| | : | **Electronically Filed Document** |
| **PEDRO A. CORTÉS** *and* **JONATHAN** | : | |
| **MARKS,** | : | *Complaint Filed 12/05/16* |
| **Defendants** | : | |

### CERTIFICATE OF SERVICE

I, Kenneth L. Joel, Chief Deputy Attorney General for the Commonwealth

of Pennsylvania, Office of Attorney General, hereby certify that on December 6,

2016, I caused to be served a true and correct copy of the foregoing document

titled Entry of Appearance to the following:

| **VIA ELECTRONIC FILING** | **VIA U.S. MAIL** |
|---|---|
| **Gregory M. Harvey, Esquire** | **Ilann M. Maazel, Esquire** |
| **Montgomery McCracken Walker** | **Emery Celli Brinckerhoff &** |
| **& Rhoads** | **Abady** |
| **123 South Broad Street** | **660 Fifth Avenue, 10th Floor** |
| **Philadelphia, PA 19109** | **New York, NY 10020** |
| gharvey@mmwr.com | *Counsel for Plaintiffs* |
| *Counsel for Plaintiffs* | |
| | |
| **Lawrence J. Tabas, Esquire** | |
| **Obermayer Rebmann Maxwell** | |
| **&Hippel** | |
| **One Penn Center, 19th Floor** | |
| **1617 J.F. Kennedy Boulevard** | |

**Philadelphia, PA  19103-1895**
**Lawrence.tabas@obermayer.com**
*Counsel for Movants*

 *s/Kenneth L. Joel*
**KENNETH L. JOEL**
Chief Deputy Attorney General