IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al.            :<br>            Plaintiffs,    :<br>    v.                      :<br>                             :<br>                             :<br>PEDRO A. CORTES, *in his official capacity* :<br>*capacity as Secretary of the* :<br>*Commonwealth*, et al.       :<br>            Defendants.     :<br>                             : | Civ. No. 16-6287 |

# O R D E R

On December 5, 2016, President-Elect Donald Trump, Vice President-Elect Michael Pence, all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence, Donald J. Trump for President, Inc., and the Republican Party of Pennsylvania moved to intervene as a matter of right, or, in the alternative, for permissive intervention.  (Doc. No. 2.)  Movants have certainly demonstrated that they have an immediate and substantial interest in this litigation that may not adequately be protected absent their participation.  See Kleissler v. U.S. Forest Serv., 157 F.3d 964, 974 (3d Cir. 1998); Hoblock v. Albany Cty. Bd. of Elections, 233 F.R.D. 95, 99 (N.D.N.Y. 2005).  Plaintiffs do not oppose intervention.  Defendants believe that they can adequately protect Movants' interest and that intervention should not be granted as a matter of right.  (Doc. No. 18.)  Defendants take no position as to whether permissive intervention should be allowed.  (Id.)

**AND NOW**, this 6th day of December, 2016, upon consideration of Movants President-Elect Donald Trump, Vice President-Elect Michael Pence, all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence, Donald J. Trump for President, Inc., and the Republican Party of Pennsylvania's Motion to Intervene (Doc. No. 2) and

Defendants' Response (Doc. No. 18), it is hereby **ORDERED** that the Motion is **GRANTED**. President-Elect Trump, Vice President-Elect Michael Pence, all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence, Donald J. Trump for President, Inc., and the Republican Party of Pennsylvania may intervene as Parties to this action.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.