# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.** | : |
|       **Plaintiffs,** | : |
| v. | :  **Civ. No. 16-6287** |
| | : |
| | : |
| **PEDRO A. CORTES,** *in his official capacity* | : |
| *capacity as Secretary of the* | : |
| ***Commonwealth****, et al.* | : |
|       **Defendants.** | : |
| | : |

## SCHEDULING ORDER

**AND NOW**, this 6th day of December, 2016, it is hereby **ORDERED** as follows:

1. Defendants and Intervenors shall each file a Response to Plaintiffs' Motion for a Preliminary Injunction (Doc. No. 4) **no later than** **3:00 p.m.** on **Thursday, December 8, 2016**. Motion papers must be double-spaced and in 14-point, Times New Roman font.

2. Plaintiffs shall deliver to my Chambers hard copies of all materials submitted in support of their Motion for a Preliminary Injunction (Doc. No. 4) **no later than** **12:00 noon** on **Wednesday, December 7, 2016**. Defendants and Intervenors shall deliver to my Chambers hard copies of all materials filed in response to Plaintiff's Motion **no later than** **6:00 p.m.** on **Thursday, December 8, 2016**. Materials shall be placed in three-ring binders, with an index and with each item of evidence separated by tab dividers on the right side.

3. A hearing is scheduled before me for **1:30 p.m.** on **Friday, December 9, 2016** in Courtroom 6-B, 6th floor, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106. Plaintiffs shall have one hour to make their presentation. Defendants shall have forty-five minutes to make their presentation. Intervenors shall have forty-five to make their presentation.

4. Absent Court permission, the Parties shall not make any additional filings.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.