IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN AND RANDALL REITZ<br>Plaintiffs,<br><br>v.<br><br>PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation<br>            Defendants. | Docket No. 2:16-CV-06287 |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance in the above-captioned matter on behalf of Defendant Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania and Johnathan Marks, Commissioner of the Bureau of Commissions, Elections, and Legislation.

                                        Respectfully submitted,

Date:  December 6, 2016        By:   /s/ Timothy E. Gates
                                        TIMOTHY E. GATES
                                        Chief Counsel
                                        Attorney I.D. # 202305
                                        PA Department of State
                                        306 North Office Building
                                        Harrisburg, PA 17120
                                        Tel:  717-783-0736
                                        Fax: 717-214-9899
                                        Email:  tgates@pa.gov

## CERTIFICATE OF SERVICE

I, Timothy E. Gates, hereby certify that on December 6, 2016, I caused to be served a true and correct copy of the foregoing Notice of Entry of Appearance via the method identified below:

**VIA NOTICE BY DOCKET ACTIVITY SENT AUTOMATICALLY BY CM/ECF:**

Gregory M. Harvey
Mongtomery, McCracken, Walker & Rhoads
123 South broad Street
Philadelphia, PA 19109
215 772-7684; fx 215 772-7620
Counsel for Plaintiffs

Lawrence J. Tabas
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Ctr 19th Fl.
1617 J.F.Kennedy Blvd.
Philadelphia, PA 19103-3165
215 665-3158, Fx 215 665-3165
Lawrence.tabas@obermayer.com
Counsel for Movants

**VIA FIRST CLASS MAIL**
Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Ave., 10th Fl.
New York, NY 10020
212 763-5000
Counsel for plaintiffs


Date:  December 6, 2016                    By:   /s/Timothy E. Gates
                                                  TIMOTHY E. GATES