APPENDIX  X

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO. |

<u>ORDER</u>

AND NOW, this       Day of       , 20    , it is hereby

ORDERED that the application of <u>David M. Morrell</u>, Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

   ☐   GRANTED.

   ☐   DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:16-cv-06287

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____David M. Morrell_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __59450__, for the $40.00 admission fee.

A.      *I state that I am currently admitted to practice in the following state jurisdictions:*

| District of Columbia | 04/01/2013 | 1013411 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| Texas | 05/05/2014 | 24090277 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| California | 09/02/2011 | 277559 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.      *I state that I am currently admitted to practice in the following federal jurisdictions:*

| U.S. Supreme Court | 11/28/2016 | 300036 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Appeals 2nd Cir | 08/07/2015 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| U.S. Dist Ct of D.C. | 02/12/2016 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.      *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for

President-Elect Donald Trump
Vice President-Elect Michael Pence
Donald J. Trump for President, In

_____
(Applicant's Signature)

12/6/16
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Jones Day

51 Louisiana Avenue, N.W.

Washington, D.C. 20001   Phone: (202) 879-3717

Sworn and subscribed before me this

6 Day of December, 2016

Jamie M. Tanis
Notary Public

JAMIE M. TANIS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires January 1, 2018

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____David M. Morrell_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good.  I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Lawrence J. Tabas | _(signature)_ | 10/6/1978 | 27815 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

## SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Obermayer Rebmann Maxwell & Hippel LLP

Centre Square West, 1500 Market Street, Suite 3400

Philadelphia, PA 19102   Phone:  (215) 665-3165

Sworn and subscribed before me this

6th Day of Dec - , 2016

_(signature)_

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LINDA M. COSTELLO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 8, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
|  | : | NO. |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of ___David M. Morrell___

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Jeffrey Cutler (Courtesy Copy)          Ilann M. Maazel
P.O. Box 2806                           Emery Celli Brinckerhoff & Abady
York, PA 17405                          LLP
                                        600 Fifth Avenue 10th Floor
                                        New York, NY 10020


_____
Signature of Attorney

David Morrell
_____
Name of Attorney

Lawrence Tabas
_____
Name of Moving Party

12/7/16
_____
Date