APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jill Stein, et. al, | : | CIVIL ACTION |
|     Plaintiffs, | : | |
| | : | |
| v. | : | |
| Pedro A. Cortes, in his | : | |
| official capacity as | : | NO. 16-6287 |
| Secretary of the Commonwealth, et.al, | | |
|     Defendants. | | **ORDER** |

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Chad A. Readler</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

    ☐ GRANTED.

    ☐ DENIED.

 

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __16-6287__

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Chad A. Readler__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __29449__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| Ohio | 11/10/1997 | 0068394 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| S.D. Ohio | 11/14/1997 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Sixth Circuit | 06/01/1998 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Supreme Court | 03/26/2011 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for   Donald J. Trump, Michael Pence, and Donald J. Trump for President, Inc.

_(signature)_
(Applicant's Signature)

12/07/2016
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Jones Day
325 John H. McConnell Blvd., Suite 600
Columbus, Ohio 43215

Sworn and subscribed before me this
7th Day of December, 2016

_(signature)_
Notary Public

Mary Ann Yoho-Smith
Notary Public, State of Ohio
My Commission Expires
11/11/18

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Chad A. Readler____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Lawrence J. Tabas | *[signature]* | 10/06/1978 | 27815 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Obermayer Rebmann Maxwell & Hippel LLP

Centre Square West, 1500 Market Street, Suite 3400

Philadelphia, PA 19102   Phone: 215-665-3158

Sworn and subscribed before me this

6 Day of Dec, 2016

*[signature]*

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LINDA M. COSTELLO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires July 8, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Jill Stein, et. al, | CIVIL ACTION |
| Plaintiffs, | |
| v. | |
| Pedro A. Cortes, in his official capacity as Secretary of the Commonwealth, et al., | NO. 16-6287 |
| Defendants. | |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Chad A. Readler** Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Jeffrey Cutler (Courtesy Copy)
P.O. Box 2906
York, PA 17405

Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020

_[signature]_
Signature of Attorney

CHAD A. READLER
Name of Attorney

Lawrence Tabas
Name of Moving Party

12/7/16
Date