APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN and RANDALL REITZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTÉS and JONATHAN MARKS | : | NO. 16-CV-8287 |

ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of <u>Andrew G. Celli, Jr.</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
                                                                J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 16-CV-8287

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, __Andrew G. Celli, Jr.__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __4815__, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| NY | 09/19/1991 | 243402 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| EDNY | 07/21/1992 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| SDNY | 07/21/1992 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 2nd Circuit | 01/25/1999 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Jill Stein/Randall Reitz

_(Applicant's Signature)_

12/07/2016
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Emery Celli Brinckerhoff & Abady, LLP

600 Fifth Ave, 10th Floor, New York, NY 10020

212-763-5000

Sworn and subscribed before me this

7 Day of December, 2016

_____
Notary Public

DENISE EDWARDS
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ED6344734
Qualified in Nassau County
My Commission Expires 07-11-2020

10/04

## Rider to Pro Hac Vice Admission Form for Andrew G. Celli, Jr.

**Admitted to Federal Jurisdictions:**

| Court | Admission Date |
|---|---|
| U.S. Supreme | 1996 |
| 6th Circuit | 02/06/2009 |
| D.C. Circuit of Appeals | 04/27/2010 |
| MDDC | 09/19/2006 |
| FLMD | 03/15/2007 |
| NYSD Bankruptcy | 07/12/2010 |

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Andrew G. Celli____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Gregory M. Harvey | _[signature]_ | 04/22/1963 | 4445 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery McCracken Walker & Rhoads LLP

123 South Broad Street, Philadelphia, PA 19100

215-772-7684

Sworn and subscribed before me this

____ Day of _DEC_, 2016

_[signature]_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Barbara Fabik, Notary Public
City of Philadelphia, Philadelphia County
My Commission Expires Jan. 30, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN and RANDALL REITZ | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTÉS and JONATHAN MARKS | : | NO.  16-CV-8287 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _Andrew G. Celli, Jr._ Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was mailed today with postage prepaid to:

Bureau of Commissions, Elections and Legislation

210 North Office Building, 401 North Street

Harrisburg, PA 17120

_____
Signature of Attorney

Andrew G. Celli, Jr.
Name of Attorney

Gregory Harvey
Name of Moving Party

12/7/2016
Date