IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| **PEDRO A. CORTES,** *in his official capacity* | : | |
| *as the Secretary of the Commonwealth*, **et al.,** | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 7th day of December, 2016, it is hereby **ORDERED** that the **UNITED STATES MARSHAL** shall:

1. **REQUIRE** all persons attending the hearing in the above-captioned matter (excluding attorneys in this case) scheduled for 1:30 p.m. on December 9, 2016 to turn off all cellular telephones and electronic devices and to leave such items with the security screening station in the courthouse lobby before entering Courtroom 6-B; and

2. **SET UP** and **OPERATE** a magnetometer device outside Courtroom 6-B and **REQUIRE** all persons attending the hearing in the above-captioned matter scheduled for 1:30 p.m. on December 9, 2016 to pass through the magnetometer before entering Courtroom 6-B.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.