

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Jill Stein, et. al,                :    CIVIL ACTION
            Plaintiffs,            :
                                   :
        v.                         :
Pedro A. Cortes, in his            :
official capacity as               :    NO.   16-6287
Secretary of the Commonwealth, et.al, :
            Defendants.            : ORDER

AND NOW, this 7ᵗʰ Day of December , 2016, it is hereby

ORDERED that the application of Chad A. Readler____ , Esquire, to practice in this

court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.

☐  DENIED.

_____Paul S. Diamond_____
                                              J.

FILED
DEC -7 2016
LUCY V. OHIN, Interim Cler
By___X___ Dep. Cler

12/7/16 mail:
Readler Mowell

12/7/16 mailed
ECF