

PD

APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Stein

v.                                    : CIVIL ACTION

Cortes                                : NO. 16-6287

## ORDER

AND NOW, this 7th Day of December, 2016, it is hereby

ORDERED that the application of David M. Morrell, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
                                    J.

**FILED**
DEC - 7 2016
LUCY V. CHIN, Interim Clerk
By_____ Dep. Clerk

12/7/16 mail:
Neadla Morrell

12/7/16 mailed
ECF