IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

JILL STEIN AND RANDALL REITZ,

        Plaintiff,

   -against-

PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

        Defendants.

---

No. 16-cv-06287

## ENTRY OF APPEARANCE

     Kindly enter my appearances in the above-captioned matter on behalf of Intervenor Defendants President-Elect Donald Trump; Vice President-Elect Michael Pence; all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence; Donald J. Trump for President, Inc.; and the Republican Party of Pennsylvania.

                                       Respectfully submitted,

                                       /s/ *Lawrence J. Tabas*
                                       Lawrence J. Tabas, I.D. No. 27815
                                       OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                       Centre Square West
                                       1500 Market Street, Suite 3400
                                       Philadelphia, PA  19102
                                       Phone: 215 665 3158

Dated: December 7, 2016

5105557

## CERTIFICATE OF SERVICE

 I hereby certify that a true and correct copy of the foregoing Entry of Appearance was electronically filed with the Clerk of Court on December 7, 2016 using CM/ECF, which will send notification of such filing to counsel of record.

 I hereby certify that a true and correct copy of the foregoing Entry of Appearance will be served by first-class mail, postage prepaid, on December 7, 2016 on the following individuals at the following addresses:

Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Phone: 212-763-5000
Fax: 212-763-5001
Email: imaazel@ecbalaw.com


Jeffrey Cutler
P.O. BOX 2806
YORK, PA 17405
215 872-5715
*(Movant)*
PRO SE

        /s/ *Lawrence J. Tabas*
        Lawrence J. Tabas, I.D. No. 27815
        OBERMAYER REBMANN MAXWELL & HIPPEL LLP
        Centre Square West
        1500 Market Street, Suite 3400
        Philadelphia, PA 19102
        Phone: 215-665-3158
        Email: lawrence.tabas@obermayer.com

Dated: December 7, 2016

5105557