IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JILL STEIN AND RANDALL REITZ, | : <br> : <br> : No. 16-cv-06287 <br> : |
| Plaintiff, | : |
| -against- | : <br> : |
| PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation, | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | |

**ENTRY OF APPEARANCE**

    Kindly enter my appearances in the above-captioned matter on behalf of Intervenor Defendants President-Elect Donald Trump; Vice President-Elect Michael Pence; all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence; Donald J. Trump for President, Inc.; and the Republican Party of Pennsylvania.

                                                Respectfully submitted,

                                                /s/ *Rebecca L. Warren*
                                                Rebecca L. Warren, I.D. No. 63669
                                                OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                                                Centre Square West
                                                1500 Market Street, Suite 3400
                                                Philadelphia, PA  19102
                                                Phone: 717 221 1602

Dated: December 7, 2016

5105559

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Entry of Appearance was electronically filed with the Clerk of Court on December 7, 2016 using CM/ECF, which will send notification of such filing to counsel of record.

      I hereby certify that a true and correct copy of the foregoing Entry of Appearance will be served by first-class mail, postage prepaid, on December 7, 2016 on the following individuals at the following addresses:

Ilann M. Maazel  
Emery Celli Brinckerhoff & Abady LLP  
600 Fifth Avenue, 10th Floor  
New York, NY 10020  
Phone: 212-763-5000  
Fax: 212-763-5001  
Email: imaazel@ecbalaw.com

Jeffrey Cutler  
P.O. BOX 2806  
YORK, PA 17405  
215 872-5715  
*(Movant)*  
PRO SE

      /s/ *Rebecca L. Warren*  
      Rebecca L. Warren, I.D. No. 63669  
      OBERMAYER REBMANN MAXWELL & HIPPEL LLP  
      Centre Square West  
      1500 Market Street, Suite 3400  
      Philadelphia, PA  19102  
      Phone: 717 221 1602

Dated:  December 7, 2016

5105559