IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
| : | |
| **Plaintiffs,** : | |
| : | |
| v. : | Civ. No. 16-6287 |
| : | |
| **PEDRO A. CORTÉS,** *in his official* : | |
| *capacity as Secretary of the* : | |
| *Commonwealth*, **et al.,** : | |
| : | |
| **Defendants.** : | |

## ORDER

NOW, this ____ day of December, 2016, upon consideration of Movant the American Center for Law and Justice's Motion for Leave to File its *Amicus Curiae* Brief, it is hereby **ORDERED** that the Motion is **GRANTED**.

The American Center for Law and Justice may participate as *Amicus Curiae* and file its *Amicus Curiae* Brief.

**AND IT IS SO ORDERED.**

_____
Paul S. Diamond, J.