APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, ET AL., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTES, ET AL. | : | NO. 2:16-cv-6287-PD |

ORDER

AND NOW, this _____ Day of _____, 2016, it is hereby

ORDERED that the application of <u>Jay Alan Sekulow</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:16-cv-6287-PD

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Jay Alan Sekulow_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __45474__, for the $40.00 admission fee.

A.   *I state that I am currently admitted to practice in the following state jurisdictions:*

| Georgia | 06/05/1980 | 634900 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| District of Columbia | 02/03/2006 | 496335 |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|  |  |  |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   *I state that I am currently admitted to practice in the following federal jurisdictions:*

| 1st Circuit | 02/01/2000 | 17457 |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 2nd Circuit | 04/01/1988 |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| 4th Circuit | 10/30/1987 |  |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for      Amicus Curiae, The ACLJ

_(signature)_
(Applicant's Signature)

12-7-16
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

American Center for Law and Justice

201 Maryland Avenue, NE  Washington, D.C. 20002

(202) 546-8890

Sworn and subscribed before me this
7th Day of December, 2016

_Joseph Williams_
Notary Public

[Notary Seal: JOSEPH WILLIAMS, STATE OF TENNESSEE NOTARY PUBLIC, WILLIAMSON COUNTY, My Comm. Expires April 22, 2018]

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Jay Alan Sekulow____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| JOSHUA A. REED | [signature] | 2-1-12 | 307666 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

4303 Derry Street

Harrisburg, PA 17111

(717) 238-0434

Sworn and subscribed before me this

8th Day of December, 2016

[signature]
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LILA RESSLER, Notary Public
Swatara Twp., Dauphin County
My Commission Expires September 29, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, ET AL., | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTES, ET AL. | : | NO.   2:16-cv-6287-PD |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Jay Alan Sekulow

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

All parties/counsel of record identified on this Court's EM/ECF

civil docket sheet.


_____
Signature of Attorney

Joshua A. Reed
Name of Attorney

Amicus Curiae the ACLJ
Name of Moving Party

12/8/16
Date

# SUPPLEMENTAL INFORMATION TO JAY ALAN SEKULOW'S APPLICATION PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

Jay Alan Sekulow also admitted to practice in the following jurisdictions and courts:

a. United States Supreme Court (November 1989)

b. United States Court of Appeals for the Fifth Circuit (January 5, 1989)

c. United States Court of Appeals for the Sixth Circuit (October 10, 1989)

d. United States Court of Appeals for the Seventh Circuit (October 28, 1989)

e. United States Court of Appeals for the Ninth Circuit (August 18, 1987)

f. United States Court of Appeals for the Tenth Circuit (July 13, 1988)

g. United States Court of Appeals for the Eleventh Circuit (November 23, 1993)

h. United States District Court for the Northern District of Georgia (April 19, 1982)

i. United States District Court for the Northern District of California (June 13, 1998)

j. State of Georgia Court of Appeals (January 12, 1990)

k. State of Georgia Supreme Court (October 5, 1986)