IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al. : | |
|       Plaintiffs, : | |
| v. : | Civ. No. 16-6287 |
| : | |
| PEDRO A. CORTES, *in his official* : | |
| *capacity as Secretary of the* : | |
| *Commonwealth*, et al, : | |
|       Defendants. : | |

## O R D E R

**AND NOW**, this 8th day of December, 2016, upon consideration of Movant The American Center for Law and Justice's Motion for Leave to File an *Amicus Curiae* Brief (Doc. No. 34), it is hereby **ORDERED** that the Motion is **GRANTED**. The **Clerk of Court** shall **DOCKET** the *Amicus Curiae* Brief (Doc. No. 34-1.)

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    _____
                                                    Paul S. Diamond, J.