# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN AND RANDALL REITZ, | CIVIL ACTION |
| Plaintiffs, | |
| v. | NO. 16-CV-06287 |
| PEDRO A. CORTÉS, *et al.*, | |
| Defendants, | |
| and | |
| President-Elect Donald Trump, *et al.*, | |
| Defendant-Intervenors. | |

**PRESIDENT-ELECT DONALD TRUMP; VICE PRESIDENT-ELECT MICHAEL PENCE; ALL OF THE PENNSYLVANIA ELECTORS OF PRESIDENT-ELECT DONALD TRUMP AND VICE PRESIDENT-ELECT MICHAEL PENCE; DONALD J. TRUMP FOR PRESIDENT, INC.; AND THE REPUBLICAN PARTY OF PENNSYLVANIA RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

President-Elect Donald Trump; Vice President-Elect Michael Pence; all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence, Donald J. Trump for President, Inc., and the Republican Party of Pennsylvania (collectively, the "Intervenors"), by and through their undersigned counsel, hereby respond in opposition to Plaintiffs' Motion for

Preliminary Injunction. In support of their Response, Intervenors incorporate the attached Memorandum of Law in Opposition to the Plaintiffs' Motion for Preliminary Injunction, which is incorporated by reference as if set forth herein.

                    Respectfully submitted,

                    /s/ *Lawrence J. Tabas*
                    Lawrence J. Tabas, I.D. No. 27815
                    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                    Centre Square West
                    1500 Market Street, Suite 3400
                    Philadelphia, PA  19102
                    Phone: 215-665-3158
                    Email: lawrence.tabas@obermayer.com

                    /s/ *Rebecca L. Warren*
                    Rebecca L. Warren, I.D. No. 63669
                    OBERMAYER REBMANN MAXWELL & HIPPEL LLP
                    Centre Square West
                    1500 Market Street, Suite 3400
                    Philadelphia, PA  19102
                    Phone: 717-221-1602
                    Email: rebecca.warren@obermayer.com

                    */s/ Chad Readler**
                    Chad A. Readler
                    JONES DAY
                    325 John H. McConnell Blvd., Suite 600
                    Columbus, OH  43215
                    Phone: 614-469-3939
                    careadler@jonesday.com
                    *admitted *pro hac vice*

5106047

                                         */s/ David M. Morrell\**  
                                         David M. Morrell  
                                         JONES DAY  
                                         51 Louisiana Avenue, N.W.  
                                         Washington, D.C.  20001  
                                         Phone: (202) 879-3717 (direct)  
                                         Email: dmorrell@jonesday.com  
                                         \*admission *pro hac vice*

                                         Donald F. McGahn II I.D. No. 73796  
                                         JONES DAY  
                                         51 Louisiana Avenue, N.W.  
                                         Washington, D.C.  20001  
                                         Phone: (202) 879-3748 (direct)  
                                         Email: dmcgahn@jonesday.com

Dated:    December 8, 2016

5106047