# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN AND RANDALL REITZ, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | NO. 16-CV-06287 |
| PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation, | : | |
| Defendants, | : | |
| and | : | |
| President-Elect Donald Trump; Vice President-Elect Michael Pence; all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence; Donald J. Trump for President, Inc.; and the Republican Party of Pennsylvania | : | |
| Defendant-Intervenors. | : | |

## ORDER

AND NOW, this ____ day of _____ 2016, upon consideration of Plaintiffs Jill Stein and Randall Reitz' Motion for Preliminary Injunction, and the Response in Opposition by President-Elect Donald Trump; Vice President-Elect

5106047

Michael Pence; all of the Pennsylvania Electors of President-Elect Donald Trump and Vice President-Elect Michael Pence; Donald J. Trump for President, Inc.; and the Republican Party of Pennsylvania, it is hereby ORDERED that Plaintiffs' Motion for Preliminary Injunction is DENIED.  It is FURTHER ORDERED Plaintiff's Complaint is DISMISSED with prejudice.

                BY THE COURT:

                _____
                Paul S. Diamond, J.

5106047