## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Proposed Order, Response, and Memorandum of Law were electronically filed with the Clerk of Court on December 8, 2016 using CM/ECF, which will send notification of such filing to counsel of record.

I hereby certify that a true and correct copy of the foregoing Proposed Order, Response, and Memorandum of Law will be served by first-class mail, postage prepaid, on December 8, 2016 on the following individuals at the following addresses:

Ilann M. Maazel
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Phone: 212-763-5000
Fax: 212-763-5001
Email: imaazel@ecbalaw.com

Jeffrey Cutler
P.O. BOX 2806
YORK, PA 17405
215-872-5715
*(Movant)*

38

/s/ *Lawrence J. Tabas*
Lawrence J. Tabas, I.D. No. 27815
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Phone: 215-665-3158
Email: lawrence.tabas@obermayer.com

/s/ *Rebecca L. Warren*
Rebecca L. Warren, I.D. No. 63669
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA  19102
Phone: 717-221-1602
Email: rebecca.warren@obermayer.com

*/s/ Chad Readler*
Chad A. Readler*
JONES DAY
325 John H. McConnell Blvd., Suite 600
Columbus, OH  43215
Phone: 614-469-3939
careadler@jonesday.com
* Admitted *pro hac vice*

*/s/ David M. Morrell*
David M. Morrell*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001
Phone: (202) 879-3717 (direct)
Email: dmorrell@jonesday.com
*Admitted *pro hac vice*

39

                                            Donald F. McGahn II (I.D. No. 73796)
                                            JONES DAY
                                            51 Louisiana Avenue, N.W.
                                            Washington, D.C.  20001
                                            Phone: (202) 879-3748 (direct)
                                            Email: dmcgahn@jonesday.com

Dated:       December 8, 2016