

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al. | : |
|       Plaintiffs, | : |
| v. | :    Civ. No. 16-6287 |
| | : |
| PEDRO A. CORTES, *in his official capacity as Secretary of the Commonwealth*, et al, | : |
|       Defendants. | : |

**FILED**
DEC - 8 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## O R D E R

**AND NOW**, this 8th day of December, 2016, upon consideration of Movant Edwin D. Schindler's Motion for Leave to File an *Amicus Curiae* Brief, it is hereby **ORDERED** that the Motion is **GRANTED.** The **Clerk of Court** shall **DOCKET** the attached *Amicus Curiae* Brief.

AND IT IS SO ORDERED.

_____
Paul S. Diamond, J.