

Electronic Voting Systems for PA Counties
Updated 4/27/2016

Direct Recording Electronic (DRE) = 50 Counties   Optical Scan = 13 Counties   DRE & Optical Scan = 4

- ES&S M 100/AutoMark (11)
- ES&S M650/AutoMark (2)
- Danaher ELECTronic 1242 (6)
- ES&S M100/iVotronic (1)
- ES&S iVotronic (24)
- ES&S M650/iVotronic (1)
- Hart eScan/eSlate (3)
- Hart eSlate (1)
- Premier TSX (16)
- Sequoia Advantage (2)
- Sequoia Edge II (1)

# Electronic Voting Systems for PA Counties
## Updated 4/27/2016

Danaher ELECTronic 1242 (6): This is a full face DRE. This system has accessible components.

ES&S M650/AutoMark (2): The M650 is a central count optical scan system. The AutoMark is a touch-screen ballot marking device primarily used by disabled voters in this county.

ES&S M100/AutoMark (11): The M100 is a precinct count optical scan system. The AutoMark is a touch-screen ballot marking device primarily used by disabled voters in these counties.

ES&S M100/iVotronic (1): The M100 is a precinct count optical scan system. The iVotronic is a touch-screen DRE system primarily used by disabled voters in this county.

ES&S iVotronic (25): This is a touch-screen DRE. This system has accessible components.

Hart eSlate (1): This is a DRE that uses a "selection wheel" to operate the system. It is not a touch-screen. This system has accessible components.

# Electronic Voting Systems for PA Counties
## Updated 4/27/2016

Hart eScan/eSlate (3): The eScan is a precinct count optical scan system. The eSlate a DRE that uses a "selection wheel" to operate the system. It is not a touch-screen. The eSlate is primarily used by disabled voters in these counties.

Premier AccuVote TSX (16): This system is a touch-screen DRE. This system has accessible components. (Note- Premier is formerly Diebold)

Sequoia Advantage (2): This is a full face DRE. This system has accessible components.

Sequoia Edge II (1): This is a touch-screen DRE. This system has accessible components.

| System | # of Machines Statewide |
|---|---|
| Danaher 1242 | 6,139 |
| ES&S iVotronic | 10,844 |
| Hart eSlate | 717 |
| AccuVote TSX | 3,326 |
| Sequoia Advantage | 1,330 |
| Sequoia Edge II | 624 |
| ES&S Model 100 | 855 |
| (w/AutoMark) | |
| ES&S Model 650 | 65 |
| (w/AutoMark) | |
| Hart eScan | 403 |
| TOTAL: | 24,303 |