# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| JILL STEIN, et al. | : |
| | : |
| Plaintiffs, | : |
| v. | : No.: 2:16-cv-06287-PD |
| | : |
| PEDRO A. CORTES, in his official capacity as Secretary of the Commonwealth, et al. | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Joshua J. Voss on behalf of amicus curiae Pennsylvania Senate Majority Caucus.

                                                  Respectfully submitted

Dated: December 8, 2016

                                            s/ Joshua J. Voss
                                            Joshua J. Voss, Esq. (No. 306853)
                                            KLEINBARD LLC
                                            One Liberty Place, 46th Floor
                                            1650 Market Street
                                            Philadelphia, PA 19103
                                            Ph: (215) 568-2000 / Fax: (215) 568-0140
                                            Eml:  jvoss@kleinbard.com

                                            *Attorney for Pennsylvania Senate Majority Caucus*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing Entry of Appearance to be served on all parties of record via the Court's CM/ECF system.

Dated: December 8, 2016

                                                                s/ Joshua J. Voss
                                                               Joshua J. Voss, Esq. (No. 306853)
                                                               KLEINBARD LLC
                                                               One Liberty Place, 46th Floor
                                                               1650 Market Street
                                                               Philadelphia, PA 19103
                                                               Ph: (215) 568-2000 / Fax: (215) 568-0140
                                                               Eml:  jvoss@kleinbard.com

                                                               *Attorney for Pennsylvania Senate Majority Caucus*