

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN, et al.
        Plaintiffs,

v.                            Civ. No. 16-6287

PEDRO A. CORTES, *in his official capacity as Secretary of the Commonwealth*, et al,
        Defendants.

## O R D E R

AND NOW, this 8th day of December, 2016, upon consideration of Movant Pennsylvania Senate Majority Caucus's Motion for Leave to File an *Amicus Curiae* Brief (Doc. No. 43), it is hereby **ORDERED** that the Motion is **GRANTED**. The **Clerk of Court** shall **DOCKET** the *Amicus Curiae* Brief (Doc. No. 43.)

                                          AND IT IS SO ORDERED.

                                          _____
                                          Paul S. Diamond, J.