APPENDIX X



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN and RANDALL REITZ | CIVIL ACTION |
| v. | |
| PEDRO A. CORTÉS and JONATHAN MARKS | NO. 16-CV-6287 |

**FILED**
DEC - 9 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 8th Day of December, 2016, it is hereby

ORDERED that the application of **Ilann M. Maazel**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____ J.

12/9/16 mailed
ECF