PD

APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN and RANDALL REITZ　　　　:　　CIVIL ACTION
　　　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　　　:　　NO. 16-CV-8287　　16-6287
　　　　　　　　　　　　　　　　　　　:
PEDRO A. CORTÉS and JONATHAN　　　　:
MARKS　　　　　　　　　　　　　　　　:

FILED
DEC - 9 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

ORDER

AND NOW, this 8th Day of December, 2016, it is hereby

ORDERED that the application of Andrew G. Celli, Jr._____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
　　　　　　　　　　　　J.

12/9/16 mailed
ECF