APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jill Stein and Randall Reitz | : | CIVIL ACTION |
| v. | : | |
| Pedro A. Cortés and Jonathan Marks | : | NO. ~~16-CV-8287~~ 16-6287 |

FILED
DEC - 9 2016
LUCY V. CHIN, Interim Clerk
By JL Dep. Clerk

## ORDER

AND NOW, this 8th Day of December, 2016, it is hereby

ORDERED that the application of Alison Frick, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

Paul S. Diamond
J.

12/9/16 mailed
ECF forms