

APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Jill Stein and Randall Reitz | : | CIVIL ACTION |
| v. | : | NO. ~~16-CV-8287~~ 16-6287 |
| Pedro A. Cortés and Jonathan Marks | : | |

**ORDER**

AND NOW, this ___ Day of December, 2016, it is hereby

ORDERED that the application of Douglas E. Lieb, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____, J.

FILED
DEC - 9 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

12/9/16 mailed
ECF