UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN and RANDALL REITZ,<br><br>               Plaintiffs,<br><br>-against-<br><br>PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br>               Defendants. | No. 16-CIV-6287-PD |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Plaintiffs Jill Stein and Randall Reitz in the above-captioned case.

Respectfully submitted,

Date:   December 9, 2016

By: *Andrew D. Celli, Jr. /gmh*
Andrew G. Celli, Jr.
NY ID:   243402
Emery Cell Brinckerhoff & Abady, LLP
600 Fifth Avenue, 10th Floor
New York, NY   10020
(212) 763-5000
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN and RANDALL REITZ,<br><br>Plaintiffs,<br><br>-against-<br><br>PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>Defendants. | No. 16-CIV-6287-PD |

## CERTIFICATE OF SERVICE

I, Gregory M. Harvey, hereby certify that on December 9, 2016, I caused to be served a true and correct copy of the foregoing Entry of Appearance to the following by electronic filing:

Lawrence J. Tabas, Esquire
Obermayer Rebmann Maxwell & Hippell
One Penn Center, 19th Floor
1617 J.F. Kennedy Boulevard
Philadelphia, PA   19103-1895
Lawrence.tabas@obermayer.com

Kenneth L. Joel, Esquire
Chief Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA   17120
kjoel@attorneygeneral.gov

_/s/ Gregory M. Harvey_
Gregory M. Harvey