UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN and RANDALL REITZ,<br><br>　　　　　　　Plaintiffs,<br><br>　-against-<br><br>PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br>　　　　　　　Defendants. | No. 16-CIV-6287-PD |

**ENTRY OF APPEARANCE**

Please enter my appearance on behalf of Plaintiffs Jill Stein and Randall Reitz in the above-captioned case.

Respectfully submitted,

Date:  December 9, 2016

By: /s/ Douglas E. Lieb
Douglas E. Lieb
NY ID: 5425079
Emery Cell Brinckerhoff & Abady, LLP
600 Fifth Avenue, 10th Floor
New York, NY  10020
(212) 763-5000
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN and RANDALL REITZ,

             Plaintiffs,

   -against-

PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,
             Defendants.

No. 16-CIV-6287-PD

## CERTIFICATE OF SERVICE

I, Gregory M. Harvey, hereby certify that on December 9, 2016, I caused to be served a true and correct copy of the foregoing Entry of Appearance to the following by electronic filing:

    Lawrence J. Tabas, Esquire
    Obermayer Rebmann Maxwell & Hippell
    One Penn Center, 19th Floor
    1617 J.F. Kennedy Boulevard
    Philadelphia, PA  19103-1895
    Lawrence.tabas@obermayer.com

    Kenneth L. Joel, Esquire
    Chief Deputy Attorney General
    Office of Attorney General
    15th Floor, Strawberry Square
    Harrisburg, PA  17120
    kjoel@attorneygeneral.gov

    */s/ Gregory M. Harvey*
    Gregory M. Harvey