UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN and RANDALL REITZ,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br>                    Defendants. | No. 16-CIV-6287-PD |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Plaintiffs Jill Stein and Randall Reitz in the above-captioned case.

Respectfully submitted,

Date:  December 9, 2016

By: *Ilann M. Maazel* /gush/
Ilann M. Maazel
NY ID:  2899425
Emery Cell Brinckerhoff & Abady, LLP
600 Fifth Avenue, 10th Floor
New York, NY  10020
(212) 763-5000
Attorney for Plaintiffs

—1—

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN and RANDALL REITZ,<br><br>    Plaintiffs,<br><br>-against-<br><br>PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br>    Defendants. | No. 16-CIV-6287-PD |

### CERTIFICATE OF SERVICE

I, Gregory M. Harvey, hereby certify that on December 9, 2016, I caused to be served a true and correct copy of the foregoing Entry of Appearance to the following by electronic filing:

>   Lawrence J. Tabas, Esquire
>   Obermayer Rebmann Maxwell & Hippell
>   One Penn Center, 19th Floor
>   1617 J.F. Kennedy Boulevard
>   Philadelphia, PA   19103-1895
>   Lawrence.tabas@obermayer.com
>
>   Kenneth L. Joel, Esquire
>   Chief Deputy Attorney General
>   Office of Attorney General
>   15th Floor, Strawberry Square
>   Harrisburg, PA   17120
>   kjoel@attorneygeneral.gov

_/s/ Gregory M. Harvey_
Gregory M. Harvey