# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al.,           : | |
|       Plaintiffs,   : | |
|   v.                            : | Civ. No. 16-6287 |
| PEDRO A. CORTÉS,       : | |
| *in his official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
|       Defendants.   : | |

## O R D E R

**AND NOW**, this 12th day of December, 2016, upon consideration of Plaintiffs' Motion for a Preliminary Injunction (Doc. Nos. 4, 5), Defendants' Response (Doc. No. 42), Intervenors' Response (Doc. Nos. 38, 38-1), and all related submissions, as well as the evidence and arguments presented at the hearing held on Friday, December 9, 2016, it is hereby **ORDERED** that Plaintiffs' Motion (Doc. No. 4) is **DENIED** for the reasons set forth in the accompanying Memorandum.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.