IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA

| JILL STEIN and RANDALL REITZ | ) No.: 2:16-cv-06287-PD |
| --- | --- |
| Plaintiffs, | ) |
| v. | ) |
| PEDRO A. CORTES, et al. | ) |
| Defendants | ) |

FILED
DEC 1 2 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## MOTION FOR SUMMARY JUDGEMENT

NOW COME, Jeffrey Cutler, Plaintiff in a related case and a visitor in the court room on 09NOV2016 states he overheard an individual behind him discussing STRATEGY, after the judge left the court. The individual identified himself as representing "Clinton". Mr. Cutler believes this entire case is a fraud on the court, and trying to change the outcome of the election, after the voting has been completed. Mr. Cutler was elected to the office of Tax Collector by one write in vote using an "optical scanning" type voting machine in an election in November 2013. The optical voting machines have a LCD display which displays the vote count of the machine, as the paper ballot is inserted. This coupled with the serial number of the paper ballot (the stub is retained by the voter) allows the voter a 100% reference to the exact vote made. The remedies proposed by the plaintiff will do nothing to rectify any injury that is alleged to occurred, with the use of "DRE" type voting machines. In Pennsylvania, first time voters use a polling location, must show some type of voter ID, or given a provisional ballot if it is not available. However deceased voters do not have to show any type of voter ID and since Mr. Cutler has been told of organized voter fraud approximately 41 years ago, this type of voter fraud is still possible, and it violates voters equal protection.

equal protection. Because of lack of Standing, Jurisdictional Defect and fraud on the court this case should be dismissed.

Respectfully submitted:

By: *Jeffrey Cutler*
P.O. Box 2806
York, PA 17405-2806
(215) 872-5715

12 Dec 2016

GOD SPEED JOHN GLENN

Date: 12DECEMBER2016

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JILL STEIN and RANDALL REITZ**

          **Plaintiffs,**

v.

**PEDRO A. CORTES, et al.**

          **Defendants**

) No.: 2:16-cv-06287-PD

## DEFENDANT'S PROPOSED ORDER FOR SUMMARY JUDGMENT

AND NOW, this_____ day of _____, 2016 upon consideration Defendant's Motion for Summary Judgment and for good cause shown, it is hereby ORDERED the Motion is GRANTED.

    SO ORDERED.

a. Dismiss the case JILL STEIN and RANDALL REITZ v. PEDRO A. CORTES, et al.

b. Order the commonwealth of Pennsylvania to alter all "DRE" type voting machines to display and record a random serial number that is displayed as each vote is cast, that allows the voter to record this information of the vote.

c. Order the commonwealth of Pennsylvania to periodically adjust the status of voters indicated as deceased and require they produce voter ID equivalent to that required of all first time voters at a voting location.

d. Order a federal Jury trial for the Mandamus action from the case of # CI-15-05424, because Mr. Hutchinson made a false statement to the court in his verification 12/8/2015 which was delivered to defendant by United States Mail.

e. Order East Lampeter Township/Lancaster County to pay for Health Care Insurance of Tax Collector in compliance with the Affordable Care Act, since the filing of all the legal challenges by East Lampeter Township makes the office of Tax Collector a full time job exceeding 40 hours per week..

f. Order East Lampeter Township/Lancaster County to pay all current and past due postage of Tax Collector as required by law and all future postage by postage meter or first class permit owned by East Lampeter Township.

g. Order a continuance of at least a minimum of 30 days, or 30 days after East Lampeter Township has produced supporting documents for their claim of legal costs.

h. Order all discovery to not be limited to an arbitrary period but no longer than the discovery period of the emails in the server incident of Hillary Clinton.

i. Order all parties to acknowledge to the court they had no prior knowledge of a recorded incident of illegal trespass and entry at the apartment of Jeffrey Cutler at 67 Cambridge Village on 10JAN2016 at approximately

2:45 PM, and any other incident illegal trespass in to the apartment of Jeffrey Cutler.

j. Provide all surveillance documentation of Jeffrey Cutler made from 57 Cambridge Village by the East Lampeter Township Police Department.

k. Provide documentation to the court of how much all court costs and legal fees have been to date, and list cost or legal hours and **ALL LEGAL FIRMS** used to try to change the outcome of a certified election in all future actions with the court by East Lampeter Township. Legal fee documentation should start with the actions of the solicitor on and East Lampeter Township starting in 05NOV2013.

l. Order East Lampeter Township to pay the legal costs of Tax Collector or at minimum Order East Lampeter Township to pay the legal costs of Tax Collector defending the first 2 claims of this Mandamus action which were withdrawn.

m. Order East Lampeter Township to reveal all persons or individuals that have expressed interest in this case, especially any officials of the United States Government.

n. Order Susan Peipher Esquire, East Lampeter Township and unnamed others show cause why they should not be charged with violations of the RiCCO ACT.

o. Order the Democratic National Committee to also show why they are not a party to Religious discrimination.

p. Order the United States Government to stop collecting or accessing penalties **FOR FAILURE** to comply *with established tenets or teachings of such sect or division of ANY religion* <u>in violation of the U.S. Constitution amendment 1</u>

Dated: ____, 2016_____

                                                                    _____
                                                                           BY THE COURT

No. 15-632 [14-5183]

# In the Supreme Court of the United States

JEFFREY CUTLER,
*Petitioner,*

v.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, *et al.*,
*Respondents.*

*On Petition for Writ of Certiorari to the United States
Court of Appeals for the District of Columbia Circuit*

## PETITION FOR WRIT OF CERTIORARI

ROBERT JOSEPH MUISE
  *Counsel of Record*
American Freedom Law Center
P.O. Box 131098
Ann Arbor, MI 48113
(734) 635-3756
rmuise@americanfreedomlawcenter.org

DAVID YERUSHALMI
American Freedom Law Center
1901 Pennsylvania Ave. N.W. Suite 201
Washington, D.C. 20006
(646) 262-0500
dyerushalmi@americanfreedomlawcenter.org

*Counsel for Petitioner*

Becker Gallagher · Cincinnati, OH · Washington, D.C. · 800.890.5001

1

## PETITION FOR WRIT OF CERTIORARI

### OPINIONS BELOW

The opinion of the court of appeals appears at App. 1 and is reported at 2015 U.S. App. LEXIS 14268. The opinion of the district court appears at App. 23 and is reported at 52 F. Supp. 3d 27.

### JURISDICTION

The opinion of the court of appeals was entered on August 14, 2015. App. 1. The jurisdiction of this Court is invoked under 28 U.S.C. § 1254(1).

### CONSTITUTIONAL PROVISIONS INVOLVED

The Establishment Clause of the First Amendment provides, "Congress shall make no law respecting an establishment of religion." U.S. Const. amend. I.

The Fifth Amendment provides, in relevant part, "No person shall . . . be deprived of life, liberty, or property, without due process of law." U.S. Const. amend. V.