# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| PEDRO A. CORTÉS, | : | |
| *in his official capacity as Secretary of the Commonwealth of Pennsylvania*, et al., | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 13th day of December, 2016, upon consideration of *pro se* non-party Jeffrey Cutler's Motion to Consolidate (Doc. No. 16), it is hereby **ORDERED** that the Motion is **DENIED**. It is further **ORDERED** that Mr. Cutler's Motion for Summary Judgment (Doc. No. 59) is **DENIED as moot**. The Clerk of Court shall **REMOVE** Mr. Cutler from the docket.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.