IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORETES | : | |
| *IN HIS OFFICIAL CAPACITY AS* | : | NO. 16-6287 |
| *SECRETARY OF THE* | | |
| *COMMONWEALTH*, *et al.* | : | |
| Defendants. | : | |

NOTICE

A settlement conference will be held on <u>December 22, 2016</u>, at <u>1:30 P.M.</u>, before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106.

- Please notify the Court if settlement is not a real possibility.

- <u>The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference</u>.  Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[1]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, <u>defendant should arrange a telephone conference with chambers and counsel for plaintiff</u>.

Please complete the attached summary and email it to chambers_of_magistrate_judge_timothy_rice@paed.uscourts.gov or fax to (267) 299-5064 <u>on or before December 19, 2016.</u>

                                                                                                 */s/ Chavela M. Settles*
                                                                                                  Chavela M. Settles
                                                                                                  Deputy Clerk to the
                                                                                                  Honorable Timothy R. Rice
                                                                                                  U.S. Magistrate Judge     (267) 299-7660

Date:   December 15, 2016
Cc:     Counsel of record

---

[1] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference.  In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend.  Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____   JURY / NONJURY

                                               (Circle One)

TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE:

    Name: _____

    Address: _____

    Phone: _____
    Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

    Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

_____

MOTIONS PENDING:

_____
_____
_____

OTHER RELEVANT MATTERS:

_____
_____
_____

PRIOR OFFERS / DEMANDS:

_____
_____

## ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE –TWO PAGES)