IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. No. 16-6287 |
| : | |
| PEDRO A. CORTÉS, : | |
| *in his official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
| Defendants. : | |
| : | |

# O R D E R

**AND NOW**, this 15th day of December, 2016, it is hereby **ORDERED** that this matter is referred to United States Magistrate Judge Timothy R. Rice for a settlement conference on **Thursday, December 22, 2016**, at **1:30 p.m.** Judge Rice will determine who must attend the conference.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.