# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,**    Plaintiffs, | : : |
| v. | : : Civ. No. 16-6287 |
| **PEDRO A. CORTÉS,** *in his official capacity as Secretary of the Commonwealth of Pennsylvania*, **et al.,**    Defendants. | : : : : : |

## O R D E R

**AND NOW**, this 20th day of December, 2016, it is hereby **ORDERED** that Defendants Pedro A. Cortés and Jonathan Marks, and Intervenors All of the Pennsylvania Electors of President-elect Donald Trump and Vice-President-elect Michael Pence, President-elect Donald Trump, Vice-President-elect Michael Pence, and the Republican Party of Pennsylvania shall answer or otherwise respond to Plaintiffs' Complaint **no later than** Tuesday, January 10, 2017 at **5:00 p.m.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.