

APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, ET AL., | : | CIVIL ACTION |
| v. | : | |
| PEDRO A. CORTES, ET AL. | : | NO. 2:16-cv-6287-PD |

FILED
DEC 28 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 28th Day of December, 2016, it is hereby

ORDERED that the application of <u>Jay Alan Sekulow</u>, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
                    J.

xc: 12/28/16 mail
ECF