IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| **PEDRO A. CORTÉS,** | : | |
| *in his official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 9th day of January, 2017, upon consideration of Intervenors All of the Pennsylvania Electors of President-Elect Donald Trump and Vice-President-Elect Michael Pence, President-Elect Donald Trump, Vice-President-Elect Michael Pence, Donald J. Trump For President, Inc., and the Republican Party of Pennsylvania's Motion to Withdraw (Doc. No. 66), it is hereby **ORDERED** that Intervenors' Motion is **GRANTED**. The Clerk of Court shall **REMOVE** Intervenors All of the Pennsylvania Electors of President-Elect Donald Trump and Vice-President-Elect Michael Pence, President-Elect Donald Trump, Vice-President-Elect Michael Pence, Donald J. Trump For President, Inc., and the Republican Party of Pennsylvania from the docket.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.