RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
HAYLEY HOROWITZ
DOUGLAS E. LIEB
ALANNA SMALL
JESSICA CLARKE

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK  10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

January 24, 2017

*Via ECF*

The Honorable Paul Diamond
United States District Judge
Eastern District of Pennsylvania
Philadelphia, PA 19106-1797

> Re:   *Stein et al. v. Cortes et al.*, No. 16-CV-6287

Your Honor:

Attached please find a stipulation, pursuant to Fed. R. Civ. P. 15(a)(2), extending Plaintiffs' time to file an amended complaint until February 14, 2017.

In light of the anticipated amended complaint, Plaintiffs respectfully submit that Defendants' motion to dismiss will be moot.

Respectfully Submitted,

/s/

Ilann M. Maazel*
* *Admitted pro hac vice*

c.      All counsel of record (via ECF)