IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al. | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| PEDRO A. CORTÉS, in his capacity as | : | |
| Secretary of the Commonwealth, et al. | : | NO. 16-6287 |
| Defendants. | : | |

## STIPULATION

Counsel for plaintiffs and defendants hereby stipulate that plaintiffs' time to amend the complaint as of right is extended to February 14, 2017. The parties also stipulate that the defendants reserve all arguments and defenses in this litigation and to the amended pleading.

/s/ Ilann M. Maazel
Ilann M. Maazel*
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
Counsel for Plaintiffs
*Admitted *pro hac vice*

/s/ Kenneth L. Joel
Kenneth L. Joel
Chief Deputy Attorney General
Attorney ID 72370
Office of Attorney General
Strawberry Square, 15th Floor
Harrisburg, PA 17120
Counsel for Commonwealth Defendants

Approved

BY THE COURT

_____
PAUL DIAMOND, J.