# Exhibit 7

### AFFIDAVIT and DECLARATION OF CAROLYN M. SMITH

CAROLYN M. SMITH, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Valencia Borough, Pennsylvania, in Butler County.

2. I voted in the 2016 general election in my district: Valencia Borough.

3. I am a retired elementary school teacher.

4. I submit this affidavit/declaration to explain the problems I have faced in trying to seek a recount of votes in Butler County.

5. On Monday, November 28, 2016, I went to the office of the Bureau of Elections at 124 West Diamond Street, Butler, PA to file notarized affidavits seeking a recount. I met with the Bureau Director, Shari Brewer, who informed me that her office was told not to accept affidavits. She told me that I had to get an attorney and go through a legal process in court. I asked Ms. Brewer who told her office not to accept affidavits and she said it was the Bureau's solicitor, Mike English.

6. I then went upstairs to Mr. English's office and met with him. Mr. English confirmed that the Bureau of Elections was not accepting any affidavits seeking a recount. He told me that the reason for this was so that the Board of Elections would be "neutral" on the issue of any recount and not "get involved" in the process. He told me that I should submit the affidavits to the prothonotary office and warned me that I might incur a several hundred dollar fee. I explained to him how concerned I was that the Bureau was not accepting affidavits and that he was giving out different information than the Bureau Director who made no effort to direct me to the proper office to submit the affidavits.

7. Our conversation ended at approximately 3:50 pm. Since Butler County offices usually close at 4:00 pm I decided not to try to go to the prothonotary office that same day since the office is located in a different building across the street.

8. Later that same day, I learned that Monday November 28 was the last day for filing affidavits to request a recount. Therefore, I did not go to the prothonotary office to file the affidavits on any subsequent day.

9. Because I was given incorrect and conflicting information by the Director of the Bureau of Elections and the Bureau's solicitor – two people who should have known the correct process – I was unable to submit affidavits requesting a recount. I am concerned that the Bureau treated the process as a discretionary or optional one that it was not required to participate in and had no responsibility to provide correct information about the process to the voters.

10. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make sure the voting process had integrity and every vote counted.

Dated: December 4, 2016

Allegheny County, Pennsylvania

*Carolyn M. Smith*
CAROLYN M. SMITH

Sworn to and subscribed before me
this 4th day of December, 2016.

*Donald A. Zenewicz Jr.*
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Thomas G. Zenewicz Jr., Notary Public
Richland Twp., Allegheny County
My Commission Expires Nov. 14, 2017
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

2