# Exhibit 9

# **AFFIDAVIT and DECLARATION OF MARY VOLLERO**

MARY VOLLERO, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Fleming, Pennsylvania, in Centre County. I am an instructor of art at Penn State University.

2. I voted in the 2016 general election in my district of Unionville #35.

3. I helped to organize the collection of petitions for a recount in Centre County.

4. I worked almost non-stop for three days to collect petitions, and ultimately we collected nearly 100 petitions representing approximately 31 separate districts in Centre County.

5. Because the petitions needed to be notarized, I hired a notary, for $25, to be available to notarize petitions. Each petitioner had to pay that notary $5.

6. On Monday, November 28, I and other volunteers delivered the petitions seeking a recount and forensic audit of the electronic voting machines to the County Board of Elections. The Board originally accepted our petitions.

7. Attached as Exhibit A is a blank sample of the petitions that we filed.

8. But when the Board members met the next day, on Tuesday, they announced that, on guidance from the State and the County, the petitions were too late to be accepted. I was present for the meeting of the Board on Tuesday and heard this announcement.

9. Prior to Monday, I had asked the County Commissioner when the vote would be

certified on Tuesday, November 29. Accordingly, I believed that our petitions on Monday, November 28 were timely.

9. However, it was not until Tuesday, November 29, that I learned that the Board conducts what it calls the first signing or computation earlier, and it is at that date that the five-day clock begins to run. I had never heard of this first signing, and there was no notice about it provided to the public, as far as I am aware.

10. It is not clear to me how a voter is supposed to know when they can make timely petitions for a recount under 25 P.S. § 3154, because there does not appear to be any public notice about when the votes in the county are being tabulated or when the first computation has been completed.

11. There was and is no guidance online or anywhere else from Centre County or the Board of Elections about when the County had completed its computation of the vote or when the five days to seek a recount began to be counted or expired.

12. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December _3_, 2016        _Fleming_, Pennsylvania

_____
MARY VOLLERO

Sworn to and subscribed before me
this ____ day of _____, 2016

_____
NOTARY PUBLIC

2

# Exhibit A

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF** _____

**PETITION TO RECOUNT AND/OR RECANVASS
AND AFFIDAVIT OF** [your name] _____

**TO THE** _____**COUNTY BOARD OF ELECTIONS,** [name of county]_____, **PENNSYLVANIA:**

_____, verifies, deposes and says the following under penalty of perjury:

    1.    My name is _____. I am a registered voter in City, Borough, Township of_____, Precinct [insert number] _____, _____ County, Pennsylvania. I voted in this district in the election on November 8, 2016. I live at [insert complete street address] _____, _____ County, Pennsylvania.

    2.    Pursuant to 25 P.S. § 3154, I request a recount and recanvass of the vote for President of the United States and for United States Senate in the November 8, 2016 election in this district.

    3.    I believe that an error, although not apparent on the face of the returns, has been committed in the vote in this district. I also believe there is a discrepancy in the returns of this district.

    4.    My belief is based, in part, on the attached Affidavit of Alex Halderman, which raises grave concerns about the integrity of optical scan voting machines used in this district. *See* Ex. A (attached).

5. Because this election district "uses an electronic voting system utilizing paper ballots," the "county board shall recount all ballots using manual, mechanical or electronic devices of a different type used for the specific election." 25 P.S. § 3154(e)(3)(i).

6. I request that the county board manually count all of the paper ballots for President of the United States and United States Senate in the district, and compare those tallies to the optical scan results. As the Halderman Affidavit makes clear, the only way to ensure the integrity and accuracy of the vote is to count all of the paper ballots manually.

7. As a voter, and as a citizen of this country, I believe it is extremely important that votes are counted accurately in this election.

8. I hereby verify under penalty of perjury that the facts contained in this petition and affidavit are true and correct to the best of my knowledge or information and belief.

_____
[Signature]

Sworn to before me this _____ day of November 2016.

_____
Notary Public

## VERIFICATION

I hereby depose and say that the statements in the foregoing Petition to Recount and/or Recanvass are true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties of 18 Pa. C. S. Sec 4904 relating to unsworn falsification to authorities.

_____
[signature]