# Exhibit 15

## AFFIDAVIT and DECLARATION OF CYNTHIA C. BAGOLA

Cynthia C. Bagola, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.      I am a resident of Trappe Borough, Pennsylvania, in Montgomery County.

2.      I voted in the 2016 general election in my precinct, Trappe Borough.

3.      I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4.      I am an Enterprise Architect for Quest Diagnostics.

5.      When voting in the November 8, 2016 election I encountered the following problems:

      a.   There was no way for me to verify that the electronic voting machine recorded my election choices correctly.

      b.   There was no way for me to verify the electronic voting machine recorded my vote.

      c.   Extremely long lines / wait time

      d.   All of the Hillary Clinton campaign signs were removed

      e.   Most of the Democratic campaign signs were removed

6.      I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 4, 2016

*Cynthia C. Bagola*

Cynthia C. Bagola