# Exhibit 17

## AFFIDAVIT and DECLARATION OF COURTNEY R. HOWE

Courtney R. Howe, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.  I am a resident of Harleysville, Pennsylvania, in Montgomery County.

2.  I voted in the 2016 general election in my precinct, Lower Salford Precinct 6.

3.  I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4.  I am Front Office Manager at The Rittenhouse Hotel, 210 West Rittenhouse Squre, Philadelphia, PA 19103.

5.  When voting in the November 8, 2016 election I encountered the following problems: I entered my polling station at 9:00am. When I entered the polling booth, I selected "Straight Democratic". At that moment, all candidates for this party were lit with a green arrow. As I was about to cast my vote, I noticed that on the bottom right corner of the voting screen, the green arrow was also lit in the box to indicate "I Do Not Want To Vote On Any Office, Candidate or Issue". I was hesitant to cast my vote because of the green arrow lit in this box, but I did cast my vote and exited the booth. I immediately inquired with a gentleman sitting at the table assisting voters to sign in. I pointed to a sample ballot that was on the wall and asked if the light was supposed to have been lit. He could not answer the question and referred me to the woman who he said was running the polling station. She was on the

station and was very busy and walked away. I felt unsatisfied and upset that these individuals, who should have reasonable knowledge of voter questions and concerns, could not assist me or answer my questions.

6. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic

examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 4, 2016

_____
Courtney R. Howe

3