# Exhibit 18

## AFFIDAVIT and DECLARATION OF JAMES A. HOWE

James A. Howe, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.　　　　　　　　　　I am a resident of Harleysville, Pennsylvania, in Montgomery County.

2.　　　　　　　　　　I voted in the 2016 general election in my precinct, Lower Salford Precinct 6.

3.　　　　　　　　　　I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4.　　　　　　　　　　I am a business owner / photographer. I work full time at our family owned business, Sports Net Action Photos, LLC, 414 Main Street, Harleysville, Pa 19438.

5.　　　　　　　　　　When voting in the November 8, 2016 election I encountered the following problems: When I voted (straight Democratic), there was a statement on the ballot form that read "I DO NOT WANT TO VOTE ON ANY OFFICE, CANDIDATE OR ISSUE". Alongside this statement was a box the had the words "NO VOTE". When I cast my vote, this box lit up as if to indicate "No Vote" and remained lit as I confirmed my vote and finished voting.

6.　　　　　　　　　　I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic

examination of the electronic voting systems in Pennsylvania to make the vote had integrity and

every vote counted.

Dated: December 4, 2016

James A. Howe