# Exhibit 19

## AFFIDAVIT and DECLARATION OF ROBIN T. HOWE

Robin T. Howe, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.       I am a resident of Harleysville, Pennsylvania, in Montgomery County.

2.       I voted in the 2016 general election in my precinct, Lower Salford Precinct 6.

3.       I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4.       I am a business owner / manager. I work full time at our family owned business, Sports Net Action Photos, LLC, 414 Main Street, Harleysville, Pa 19438.

5.       When voting in the November 8, 2016 election I encountered the following problems: When I voted (straight Democratic), there was a statement on the ballot form that read "I DO NOT WANT TO VOTE ON ANY OFFICE, CANDIDATE OR ISSUE". Alongside this statement was a box the had the words "NO VOTE". When I cast my vote, this box lit up as if to indicate "No Vote" and remained lit as I confirmed my vote and finished voting. I asked a poll worker why that box was lit and was told they did not know. The poll worker was on the phone with another polling station and did not show any interest in providing further clarification.

6.                              I am concerned that my vote and the votes of my fellow

citizens were not counted accurately in the election, and would like a manual recount of every

paper ballot and a forensic

examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 4, 2016

Robin T. Howe