# Exhibit 22

## AFFIDAVIT and DECLARATION OF Douglas T. Ross

Douglas T. Ross being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of North Wales Borough, Pennsylvania, in Montgomery County.

2. I voted in the 2016 general election in my precinct, North Wales Borough Ward 2.

3. I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4. I am a self-employed pharmaceutical development scientist at DT Ross Consulting, LLC.

5. When voting in the November 8, 2016 election I encountered the following problems: I had a valid poll Watcher certificate issued by Montgomery County PA for Joe Toresella, candidate for State Treasurer and was present when the two voting machines for North Wales Ward 2 were canvassed after voting ended at 8PM on Tuesday 8 November 2016. The vote count of Presidential electors from the first machine showed 164 votes for the Clinton/Kaine Ticket and the second machine count indicated 160 votes for the Clinton/Kaine ticket. There were 9 absentee ballots all of which included votes for the Clinton/Kaine ticket. There was only a small undervote for Presidential Electors of $n=5$ on the first machine and $n=7$ for the second machine. Yesterday, 3 Dec 2016 while reviewing the pdf of the Montgomery County Unofficial Precinct report online I was surprised to find that the Count for the Clinton/Kaine ticket included only the 324 votes registered on the two machine cartridges and did not include the 9 votes for Clinton/Kaine on absentee ballots. Instead these 9 votes appeared to have been added to the undervote count, Undervote = (Turnout-Total POTUS elector votes)= (566-545)=21). Given the small apparent margin of victory in this election, approximately 46,435 votes, and the number of

polling districts in the Commonwealth, approximately 9000, this margin represents less than 6 votes per Election District. A systemic software error that excluded Democratic absentee votes for the Clinton/Kaine ticket from the total vote and added them instead to the undervote may very well have misrepresented the result of the election and the will of the Commonwealth's citizens.

6. I attempted to file a petition for recount/rencanvass with my county Board of Elections and encountered the following problems: At about 9:30AM on Monday 28 November 2016 I was the first petitioner to the counter at the Montgomery County Voter Services Division and when I explained to a clerk that I was there to file a petition to recount/recanvass for North Wales Borough Ward 2 she said she'd have to get someone to help. She returned with Nicole Forzato, Esq., the Solicitor for the Election Board. I explained that I wanted to file a petition for recount/recanvass as part of the Jill Stein election challenge, acknowledged that I was not an attorney myself but a voter whose affidavit was included in the petition and asked Ms. Forzato what the procedure was to file this type of petition she informed me. "I am not your attorney, I represent the Montgomery County Election Board." An attorney with the Stein effort was a witness to this exchange (Teri R. Simon, Esq) and upon asking Ms Forzato to accept and time-stamp the petitions pursuant to 25 P.S. § 3154 was told that she would not accept them, that they must be filed with the prothonotary. It appeared to me that Ms Forzato's allegiance was not to the conduct of fair and accurate elections and bore animus to the Stein effort right from the start.

7. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic

examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 4, 2016

_____
Douglas T. Ross