# Exhibit 24

## AFFIDAVIT and DECLARATION OF BEVERLY A. DESIGNOR

Beverly A. DeSignor, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Northampton County, Pennsylvania.

2. I voted in the 2016 general election in my district at the Bushkill Center precinct.

3. On Monday, November 28, 2016, I went to the offices of the Northampton County Election Board, along Angela Trilli-Braun and Jade Braun. Each of us had filled out a signed and notarized affidavit seeking a recount of the vote for president in our precinct.

4. Election technician Jenna Gerbino, who was working in the office, welcomed us and told us we were not the first people to have filed similar affidavits that day. Apparently, another group had come in the morning.

5. I asked the staff at the Election Board to time-stamp our affidavits. The young woman charged us each a copying fee of twenty-five cents, and then she time-stamped them.

6. At that point, a man who had been working in the back of the office came out and began busying himself nearby, but did not say anything.

7. We asked if we needed to pay a fee to file our affidavits and were told we did not. Our affidavits were accepted, and we left. While the staff did mention that they were waiting for guidance from the State, as far as I know, our affidavits were filed. We were told that a recount would be performed on Wednesday.

8. On the way home, we heard that a group of voters from the neighboring Cherry Hill precinct had been told by the same office we had just left that their affidavits could not be accepted there and would have to be filed in court for a fee of about $150

each.

9. I was never told anything about what became of the affidavits that we submitted.

10. To my knowledge, no recount was conducted based on the affidavits we submitted.

11. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 4, 2016
Nazareth, Pennsylvania

_____
Beverly A. DeSignor

Sworn to and subscribed

before me this _____ day

of _____, 2016.

_____
NOTARY PUBLIC

2