# Exhibit 25

## AFFIDAVIT and DECLARATION OF ANGELA R. TRILLI-BRAUN

Angela R. Trilli-Braun, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Wind Gap, Pennsylvania, in Northampton County.

2. I voted in the 2016 general election in my district at the Bushkill Center precinct.

3. I work for the United States Postal Service as a maintenance support clerk.

4. On Monday, November 28, 2016, I went to the offices of the Northampton County Election Board, along with my daughter, Jade Braun, and another woman named Beverly DeSignor, both of whom also voted in the Bushkill Center precinct. Each of us had filled out a signed and notarized affidavit seeking a recount of the vote for president in our precinct.

5. The staff at the Election Board accepted our affidavits and time-stamped them. They told us that they did not know how they were supposed to proceed and were waiting to hear back from the State. It seemed clear that they did not have experience dealing with anything like this before.

6. Once the staff accepted our affidavits, we left.

7. No more than thirty minutes later, I heard from an acquaintance of mine, who voted in the neighboring Cherry Hill precinct, that she had gone to the Northampton County Election Board's offices to submit three substantively identical affidavits from voters in her precinct requesting a recount. Election Board staff told my acquaintance that they could not accept affidavits calling for a recount, and that any such requests would have to be made in a court filing. My acquaintance was escorted to the courthouse, where she was told that a fee of $147.50 per person would be required to file each recount request.

8. I was never told anything about what became of the affidavits that Beverly, my daughter and I submitted. I assumed I would receive some kind of information in the mail because my affidavit included my address, but I have not received anything.

9. To my knowledge, no recount was conducted based on the affidavits we submitted. I was never contacted and told that no recount would be performed based on the affidavits that Beverly, my daughter and I submitted. Nor was I told that I needed to file anything in court, or do anything else, to request a recount.

10. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make sure the vote had integrity and every vote counted.

Dated: December 5, 2016
Wind Gap, Pennsylvania

*[signature]*

Sworn to and subscribed before me this 5 day of December, 2016.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Emily Phillips, Notary Public
North Whitehall Twp., Lehigh County
My Commission Expires Sept. 23, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

NOTARY PUBLIC

2