# Exhibit 29

## AFFIDAVIT and DECLARATION OF RITA DRAPKIN

RITA DRAPKIN, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

- I am a resident of Murrysville, Pennsylvania, in Westmoreland County.

- I voted in the 2016 general election in my district, Sardis #35012.

- I cast my ballot on an touch-screen electronic voting machine that had no paper ballot or receipt for me to review. As such, I cannot be sure that my vote was accurately recorded and counted.

- I work as a psychologist and a professor at Indiana University of Pennsylvania.

- I submit this affidavit/declaration to explain the hurdles I have faced in trying to seek a recount of votes in Westmoreland County.

- On the morning of November 28, 2016, I called the Westmoreland County Board of Elections to check whether the Board would be able to accept petitions seeking a recount of the vote, including a forensic evaluation of the electronic voting machines.

- The employee at the Board of Elections could not answer my questions, and repeatedly promised to call me back later with an answer.

- I called multiple times. Around 11:30 a.m., I was told that I needed to speak to the County Solicitor, but that she was in a meeting.

- Finally, around 1:30 or 2:00 p.m., I received a call from an employee of the County Solicitor's Office, who told me that she was not allowed to provide me with any advice regarding filing recount petitions.

- I asked whether the County was eligible for and would accept petitions for a

recount. She responded, "We can't answer any questions."

- The County Solicitor gave me no guidance as to whether and where I could serve petitions for a recount.

- I was not able to file petitions for a recount.

- There was no notice or guidance available to the public regarding when the Westmoreland County Board was conducting its computation of the vote, when it would certify the vote, and when and where voters could submit petitions for a recount of the vote.

- It seems clear to me that Pennsylvania's system does not allow an ordinary voter, unassisted by a lawyer, to vindicate her statutory right to request a recount of the vote.

- I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated:       December 5, 2016
             Indiana, Pennsylvania

_____
NAME

Sworn to and subscribed before me
this 5 day of December, 2016.   _Kristen F. Stiles_

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KRISTEN F. STILES, NOTARY PUBLIC
WHITE TOWNSHIP, INDIANA COUNTY
MY COMMISSION EXPIRES JULY 3, 2017