# Exhibit 30

# AFFIDAVIT and DECLARATION OF RACHEL PREIBISCH

RACHEL PREIBISCH, being duly sworn, declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am a resident of Seven Valleys, Pennsylvania, in York County.

2. I voted in the 2016 general election in my district, Springfield Township.

3. I voted on an electronic voting machine that had no paper receipt for me to review, so I cannot be sure that my vote was accurately recorded or counted.

4. I submit this affidavit/declaration to explain the hurdles I have faced in trying to seek a recount of votes in York County.

5. I had heard from other volunteers that the other York County petitions had been filed with the Prothonotary, and so that is where I went to file my petition. I arrived around 3:30 p.m. on Monday, November 28, 2016.

6. Attached as Exhibit A is a blank example of the petition I filed.

7. The Prothonotary's office told me that I was in the wrong place, and directed me to the County Board of Elections.

8. When I arrived at the County Board of Elections, the employees there were confused. They had not received any petitions that day. There were two other voters trying to file petitions at the same time as I.

9. The County Board of Elections workers told us that the Board had already certified the final vote around noon that day.

10. Eventually, after making some calls, a supervisor at the office took our petitions. She told us she would time-stamp them but we were not able to stay to watch. She took our petitions sometime after 4 p.m.

11. The experience was very frustrating and confusing. No one, including County officials, appeared to know the proper procedure.

12. Since filing my petition, I have not heard anything further from the Board of Elections or anyone else about whether our petitions were accepted and whether and when a recount will take place.

13. I am concerned that my vote and the votes of my fellow citizens were not counted accurately in the election, and would like a manual recount of every paper ballot and a forensic examination of the electronic voting systems in Pennsylvania to make the vote had integrity and every vote counted.

Dated: December 5, 2016
York, Pennsylvania

*Rachel Preibisch*
RACHEL PREIBISCH

Sworn to and subscribed before me
this 5th day of December, 2016.

*Cindy J Eaton*
NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cindy Eaton, Notary Public
York, York County
My Commission Expires August 4, 2019