# Exhibit 31

IN THE COURT OF COMMON PLEAS IN AND FOR

THE COUNTY OF MONTGOMERY, PENNSYLVANIA

CIVIL DIVISION


- - -

GLEN GADDY, et al          :          NO. 2016-28344
                           :
                           :
       vs.                 :
                           :
                           :
MONTGOMERY COUNTY BOARD    :
ELECTIONS


- - -


PETITION TO RECOUNT AND/OR RECANVASS


- - -

Wednesday, November 30, 2016
Commencing at 1:40 p.m.
- - -

Courtroom C
Montgomery County Courthouse
Norristown, Pennsylvania

- - -

BEFORE:  THE HONORABLE BERNARD A. MOORE, SENIOR JUDGE

- - -

COUNSEL APPEARED AS FOLLOWS:

       ILANN M. MAAZEL, ESQUIRE
       LAWRENCE M. OTTER, ESQUIRE
         for the Petitioners

       NICOLE FORZATO, ESQUIRE
         for the Montgomery County Election Board

       LAWRENCE J. TABAS, ESQUIRE
         for President-Elect Donald J. Trump,
         Vice-President Michael R. Pence, Twenty
         Electors, the Republican Party of
         Pennsylvania

       JONATHAN S. GOLDSTEIN, ESQUIRE
         for the Republican Party

- - -

2                                    THE COURT:  At this point, we a

3     have a number of requests in regard to the recount;

4     but I noticed there is a preliminary motion for

5     permission to have an attorney admitted pro hac vice?

6                                    MR. OTTER:  That's correct.

7                                    THE COURT:  Mr. Otter, is that

8     your motion?

9                                    MR. OTTER:  Yes, it is.

10                                   THE COURT:  Very well.  Would

11    you briefly state your position and then I will hear

12    from the other attorneys.

13                                   MR. OTTER:  It is in the

14    motion --

15                                   THE COURT:  Sure.

16                                   MR. OTTER:  -- the supporting

17    documents that Mr. Maazel is my cocounsel in this

18    matter.  He is from Manhattan, an esteemed member of

19    the bar of New York among other bars, which are listed

20    in his verification.  He has paid the proper fees and

21    I would verify that at my motion.

22                                   THE COURT:  All right.  If I can

23    inquire, did any of the other attorneys have any

24    objections to the pro hac vice?

25                                   MS. FORZATO:  No objection.

2                          MR. TABAS:  No, Your Honor.

3                          MR. GOLDSTEIN: No, objection.

4                          THE COURT:  Very well.

5    Accordingly, your motion is granted and counsel will

6    be admitted pro hac vice.

7                          MR. OTTER:  Thank you, Your

8    Honor.

9                          THE COURT:  Mr. Otter, I believe

10   you are the moving party in regard to these petitions.

11   Perhaps, you could set your legal analysis and then I

12   will give all the other attorneys an opportunity to be

13   heard.

14                         MR. OTTER:  I would defer to

15   counsel.

16                         THE COURT:  Sure.  Co-counsel,

17   certainly.

18                         MR. MAAZEL:  Yes.  Good

19   afternoon, Your Honor.

20                         THE COURT:  Is that Mr. Maazel?

21                         MR. MAAZEL:  Mr. Maazel.

22                         THE COURT:  Mr. Maazel.  Very

23   well.  Why don't we hear your analysis and then we

24   will hear from the other attorneys.

25                         MR. MAAZEL:  Thank you, Your

2    Honor.

3                        So we are here on behalf of Jill

4    Stein, the presidential candidate Green Party, in this

5    year's presidential race in support of these petitions

6    by over two hundred voters in the County of Montgomery

7    who have come forward and, I believe, seventy-eight

8    separate precincts, election districts, requesting

9    recount, recanvass of the vote in their districts.

10                        It is just an outpouring of

11   support from people who want to make sure their votes

12   are accurately counted.

13                        We are here on what is now a

14   3262 petition.  They originally gotten the County

15   Board on 3154.  They were told to go to court.  They

16   went to court.  And I think there's no question that

17   they have satisfied all of the prerequisites under

18   3262.

19                        Three qualified electors in

20   every one of the seventy-eight precincts, and some

21   precincts I believe more than three qualified

22   electors, all notarized, all verified, all of them

23   allege an error in the counts in Montgomery County.

24   Actually, they allege in their petition more than what

25   is required under the 3262.

2                         And in addition, the

3    prothonotary demanded that each division pay a fee of

4    two hundred and sixty-nine dollars and fifty cents,

5    which adds up to a total fee of twenty-one thousand,

6    twenty-one dollars for all of these petitions, which

7    is well in excess of the fifty dollar requirement set

8    forth in 3262.

9                         So for whatever reason -- and

10   Miss Stein actually paid those fees on these

11   petitioners' behalf, so whatever reason, we paid much

12   more than the required fee.

13                        Under the circumstances, there's

14   no discretion here for the Board of Elections not to

15   recanvass the vote.  All the statutory environments

16   have been made; and if they are met, they must

17   recanvass.

18                        The issue that is before the

19   Court today --

20                        THE COURT:  Counsel, let me just

21   ask you preliminarily --

22                        MR. MAAZEL:  Yes.

23                        THE COURT:  -- under 25 Purdon's

24   Statute 3263 --

25                        MR. MAAZEL:  Yes.

2                    THE COURT:  -- they talk about

3    any recount or recanvass shall include all election

4    districts in which the ballots were cast in the office

5    in question.  Wouldn't that mean the entire State of

6    Pennsylvania?  Can you have an isolated recount in a

7    handful of precincts, you know, with candidates for

8    the president statewide and the candidates to the U.S.

9    Senate statewide?

10                   MR. MAAZEL:  Yes.  Yes, I

11   believe we can, Your Honor.

12                   I don't think it is conceivable

13   that the State of Pennsylvania would require -- there

14   are over nine thousand election districts in the State

15   of Pennsylvania.  It is absolutely inconceivable that

16   anyone could have imagined that it would be necessary

17   for over twenty-seven thousand people throughout the

18   State of Pennsylvania to file in over nine thousand

19   districts just to have a recount in any district.

20                   It would be an extraordinary --

21   there's no -- there would be -- it would be an

22   imposition.

23                   THE COURT:  Isn't that the law?

24                   MR. MAAZEL:  No.  I don't

25   believe it is, Your Honor.

2                     I think what this -- I think

3   what this section means is that any petition must be

4   filed in accordance with the requirements of the acts,

5   a fifty dollar fee, the three voters per precinct,

6   notarization, et cetera.

7                     That they have done.  And so

8   whichever districts they have sought a recount or

9   recanvass those are the districts where there should

10  be a recount or recanvass.

11                    THE COURT:  What about the

12  language of the statute where it says recounts shall

13  include all districts in which ballots were cast for

14  the office in question?  I mean doesn't the law --

15  doesn't the Court have to follow that law?

16                    MR. MAAZEL:  We certainly

17  wouldn't object, if the Court ordered a statewide

18  recount.  I mean, there's no objection from our side.

19                    THE COURT:  Well, individual

20  county court doesn't have the authority to order a

21  statewide recount, do they?

22                    MR. MAAZEL:  Well, if -- even if

23  we read Section A of countywide, then we certainly

24  wouldn't object to a Montgomery wide recount, if

25  that's what the law requires.

2                     But it is certainly -- I do not

3    believe and I don't think it possibly could mean that

4    there's a requirement with the State of Pennsylvania.

5    And I have never seen any court that says it requires

6    over twenty-seven thousand people in nine thousand

7    districts to request a recount for there to be a

8    recount in a single district.  That would deny all of

9    these hundreds of voters their ability to seek

10   recounts and make sure their votes are counted

11   accurately.

12                    It would deny the rights of

13   voters in counties throughout the state that have

14   requested recounts and recanvassing of the vote.  So

15   can it be there's only one precinct in one county

16   anywhere in Pennsylvania that doesn't have three

17   electors, that every single other voter throughout the

18   entire State of Pennsylvania is not allowed to request

19   a recount?

20                    I mean to me that's an

21   impossible reading of the law.  I don't think there's

22   any intention in this law for that reading.

23   Certainly, I have not seen any court case that

24   supports that to you, which would make it absolutely

25   impossible for there ever to be a recount, a recanvass

2    anywhere in Pennsylvania from a statewide race.

3                         THE COURT:  Well, certainly, we

4    will hear further argument on all of these issues.

5                         MR. MAAZEL:  Sure.

6                         THE COURT:  Let me ask you this:

7    What do you perceive the scope of the recount you are

8    requesting?

9                         MR. MAAZEL:  Sure.  So we

10   have -- I don't know if Your Honor had a chance to see

11   our brief yet which we only filed recently, but there

12   are a couple of things that we know in this election

13   which I think are very important to inform Your

14   Honor's consideration.

15                        The first is that this was an

16   election and an election process that has been subject

17   for an interference.  We know that the Department of

18   Intelligence, the Department of Homeland Security has

19   said -- and I quoting from an exhibit to the Halderman

20   Affidavit in support of the petition.

21                        They have said there, quote,

22   competent that a foreign government has hacked emails

23   in the United States, quote, to interfere with the

24   U.S. election process.

25                        We also know -- and this is in

2    our papers or the petitions' papers -- we know that

3    hackers infiltrated voter registration systems in

4    Arizona, Illinois, and they stole voter data in those

5    states.

6                    We also have evidence that

7    hackers have attempted to breach election offices in

8    at least twenty states in this country.  This is all

9    as part of the 2068 Presidential Election.

10                    So we know there's an enormous

11   effort to interfere with the most important process in

12   our country, which is the right to vote.  That's the

13   first thing.

14                    The second thing we know is that

15   these machines, the DRE machines, used in Pennsylvania

16   and in particular the DRE machines used in Montgomery

17   County are extremely vulnerable to malware and to

18   hacking and to interference.  They are easy to

19   compromise.

20                    It is easier to hack into a DRE

21   machine in Montgomery County than to hack into an

22   I-phone.  And this is supported by the Affidavits we

23   have submitted to the Court, the Affidavit of

24   Mr. Halderman, who is one of the leading computer

25   scientists in the country; the Affidavit of

2  Mr. Lopresti, who was the one of the founders of the

3  research at Information Technology Laboratory in

4  Princeton; and also the Affidavit of Harri Hursti, who

5  did a peer review leading study on the vulnerability

6  of the very machine used in this county.

7                    As Your Honor knows, there are

8  no paper ballots in Montgomery County.  There's no way

9  to look at a paper ballot.

10                    THE COURT:  But isn't the

11  statutory recount under the Election Code limited to

12  recomputing the numbers?  It doesn't really go beyond

13  that, does it?

14                    MR. MAAZEL:  I think the Supreme

15  Court of Pennsylvanian and the McCracken case tells us

16  we can go beyond that; and not only we can, but we

17  must.

18                    And the McCracken case, which we

19  have cited in our papers, has held squarely that in

20  the computation in the vote, the Board's functions --

21  and I am quoting here from the Supreme Court -- are

22  not limited to those of the human eyes adding machine.

23  The Board is not a multiple Comptometer.

24                    And the Court went on to say

25  that the Election Code is a fraud remedial statute

2   designed to vindicate the right of voters to able to

3   make sure the votes were counted accurately.

4                           In fact, the Supreme Court said

5   there could be any duty more apparent and impellent of

6   the election board than that of ascertaining for whom

7   votes were cast.

8                           And then the Supreme Court said

9   that the Board of Elections has discretion.  It has

10  discretion to not strictly construe the Election Code

11  only to just count numbers.  They have the discretion

12  to make sure that votes were counted the way they were

13  actually cast.

14                          There's absolutely no way to do

15  that in Montgomery County unless we do a forensic

16  audit of those machines and of the central election --

17                          THE COURT:  Well, are there any

18  cases in Pennsylvania which authorized forensic

19  analysis of the voting equipment?

20                          MR. MAAZEL:  There is no case

21  where it has been asked.  There's no case where it has

22  been denied.  There is no case where it has been

23  litigated to my knowledge.

24                          I have not seen a case squarely

25  on point.  I think this Court would be the first to

2  address this issue.

3                              I would suggest to the Court

4  that, you know, this Election Code largely from, I

5  believe, the 1930's this was written before the

6  internet.  It was written before people even knew

7  about the possibility of interfering with the vote or

8  such a thing as hacking.

9                              I mean, it is -- what we know is

10  that these machines, they all have cartridges that

11  certainly -- they all come from the same place.  And

12  the place they come from, the central management

13  system of the County of Montgomery, is on the

14  internet.  And these experts have laid out very stark

15  terms just how easy it is, how unbelievably it is to

16  interfere with those machines.

17                              You press the button.  You think

18  you are voting for Donald Trump.  You are actually

19  voting for Hillary Clinton and you don't even know it.

20                              Or the machine just changed some

21  subset set of the votes, maybe three percent, maybe

22  five percent in the favor of one candidate or the

23  other.  It is not difficult to do.  These experts have

24  done it to these machines.  It wasn't hard for them.

25  It wasn't even remotely hard.

2                              And in the context of an

3    election, where the Department of Homeland Security is

4    telling us we have a foreign actor trying to interfere

5    in our election process and where we have actual

6    evidence that there has been interference in the

7    election process, given what the Supreme Court said in

8    McCracken where the Board has discretion, where we

9    have to vindicate the right to vote, I can see no

10   reason why we would not allow, indeed, almost require

11   an analysis by computer experts of the software, of

12   the removable media.  It is not a hard thing to do.

13                              I will represent to the Court

14   that the Stein campaign is in touch with a number of

15   these experts.  We could have -- will pay for these

16   experts to do this work.  We will do it under the

17   supervision of the Board and can start as soon as

18   tomorrow.

19                              We are ready, willing and able

20   to do this work on behalf of the voters in Montgomery

21   County and the State of Pennsylvania to make sure that

22   the votes were accurately counted.  There's absolutely

23   nothing more important in our democracy than making

24   sure the votes were counted and with the extraordinary

25   evidence that these machines, that never should have

2  been used in the first place, that they are so easy to

3  hack and so vulnerable, and when we know about this

4  foreign interference, I think it is really the only

5  responsible measure to ensure, not just for voters of

6  Montgomery, but to have voters of Montgomery and

7  Pennsylvania and the country know that their vote

8  mattered, and that whoever they voted for on Election

9  Day was the person to receive that vote.

10                    And so following the case law of

11  the Supreme Court and the broad remedial purpose of

12  the election law, I do believe that the Board of

13  Elections and Your Honor has a discretion, the power,

14  and perhaps even the obligation to make sure that

15  these votes were counted correctly, so we don't just

16  trust these vulnerable, inadequate machines.

17                    And that is why we are here

18  today.  That's why over two hundred voters in the

19  County of Montgomery came forward to request this.

20  That's why the Stein Campaign paid over twenty-one

21  thousand just for this right.  It is the most precious

22  right and we respectfully request that the Court

23  authorize our -- these voters this request for this

24  relief.

25                    THE COURT:  Very well.  Ms.

2  Forzato, on behalf of the Election Board, do you have

3  any comment on any of these issues?

4                    MS. FORZATO:  I do, Your Honor.

5  Actually, on several of them.

6                    If I may, I'm going to hand up,

7  which I handed to counsel earlier, the Election Board

8  preliminary objections.

9                    THE COURT:  Give our court

10  reporter a moment.

11                    Sure.  You may proceed.

12                    MS. FORZATO:  If I could start

13  back up a little bit.  Preliminary, I believe that all

14  seventy-eight of these petitions should be

15  consolidated into one action.  So that way we can

16  proceed under one docket number and move forward.  I

17  think that would be the cleanest in light of the fact

18  that we are currently proceeding under --

19                    THE COURT:  Maybe I could deal

20  with that issue preliminarily.  Would all counsel be

21  agreeable to that?

22                    MS. FORZATO:  Yes.

23                    MR. TABAS:  Yes.

24                    MR. MAAZEL:  Yes.

25                    MR. GOLDSTEIN:  Yes.

2                    MR. OTTER:  Yes, Your Honor.

3                    THE COURT:  Very well.  And I

4   noticed there was a number on the pro hac vice motion.

5   Is that the term and number we want to go with?

6   Combine them?

7                    MS. FORZATO:  That would be

8   great.

9                    THE COURT:  Is that agreeable to

10  everyone?

11                   MR. MAAZEL:  Yes.

12                   MR. TABAS:  Yes, Your Honor.

13                   THE COURT:  Very well.

14  Accordingly, at this point, we will consolidate all of

15  these petitions under the term and number listed on

16  the pro hac vice petition, so that these matters are

17  now consolidated.

18                   MS. FORZATO:  Thank you, Your

19  Honor.

20                   The second thing I would like to

21  do is I did not hear counsel ask to amend those

22  seventy-eight petitions.  The Affidavits of Daniel

23  Lopresti, Poorvi L Vor, P-O-O-R-V-I, L, V-O-R, the

24  affidavits of Daniel Wallach, W-A-L-L-A-C-H, were not

25  attached to any of those seventy-eight petitions,

2    since they have not moved to amend them nor would it

3    be timely to amend them, I would ask they not be

4    considered in these proceedings today.

5                        That would leave us with the

6    original Affidavits of J. Alex Halderman.  And I

7    believe that is not sufficient to get us over the

8    hurdle but I will get back to that in a moment.

9                        To start under 3154E, that

10   would -- they would have had to have filed that action

11   with the Board of Elections while the official

12   computation was actually occurring.  They did not do

13   that.  They then wrote on every single one of the

14   petitions on the coversheet that they are filing under

15   3262.  That is the only two statutes that are

16   referenced anywhere in any of those seventy-eight

17   petitions are 3154 and 3262.

18                       Why that is going to become

19   tremendously important is because under 3262 in

20   addition to filing fees, what the prothonotary does as

21   an independently elected official, in terms of costs

22   and fees are one thing, but they also had an

23   obligation under 3262A.1 to file either fifty dollars

24   in cash or one hundred dollar bond signed by those

25   three petitioners and with the corporate surety for

2  every single one of those cases.  That would have been

3  additional thirty-nine hundred dollars if it was the

4  fifty dollars cash or seventy-eight hundred dollars if

5  they filed the bonds.

6                          Those actions were not taken.

7  As a results of that, it is our opinion that the Court

8  doesn't have the ability to proceed further because

9  they have failed to conform to the requirements of the

10 law.

11                         Taking it another step forward,

12 if they are filing under 3262, the only thing they are

13 asking for is the recanvass of our machines.  They

14 aren't asking for a recount of the entire election.

15 That makes no sense.

16                         Here is what is important to

17 know.  If this gets to the point where we have

18 evidence, I will bring in our expert from Dominion,

19 who is our company that provides our software for our

20 voting machines.

21                         Those machines cannot be hacked.

22 The Affidavit that these petitioners are relying on is

23 very speculative.  He speaks to his rationale being

24 that the DNC emails were hacked, that John Podesta's

25 emails were hacked, that Donald Trump has a

2    relationship with Mr. Putin, and then goes on to say

3    because the results were different than what the poles

4    suggested they should be, it ought to believed that

5    they were hacked.

6                        And he continues to say that

7    they would have been hacked by either our staff or

8    other individuals who put some special spyware or

9    malware on those machines which magically erased

10   itself by the end of election night; and as a result

11   of that speculative at best statement, they are asking

12   for a recount.

13                       You can ask for a recount if you

14   believe there's an error, but mere speculation based

15   on additional speculation is not enough.  I ask you to

16   factor that in here because in Mr. Halderman's

17   Affidavit, he blanketly says Pennsylvania, he does not

18   speak to our Sequoia voting machine, he does not speak

19   -- he speaks generally and that this possibly

20   happened.  And you know what, his resume also says

21   that he has a patent for electronic auditing of voting

22   machines.  Something to consider.

23                       We are not allowed to do

24   anywhere in this state, and Your Honor knows this, is

25   to force a fishing expedition to try to get somewhere.

2  It is just not the way the law works.

3              THE COURT:  Ms. Forzato, I will

4  just ask you, in your opinion, are these timely

5  petitions -- what about this five-day requirement

6  under the statute?

7              MS. FORZATO:  Under the statute,

8  I believe Mr. Goldstein is going to address that.  It

9  would have been five days -- would have been Sunday so

10  we are supposed to certify after the fifth day which

11  would have been Monday.  So I am not raising an issue

12  as to timing.

13              THE COURT:  All right.

14              MS. FORZATO:  But I am certainly

15  raising an issue as to 3262A1 not being complied with

16  and, therefore, this should be thrown out on its face,

17  if that's what they are proceeding under.

18              Alternatively, if they are

19  proceeding under 3154, then this Court is without

20  jurisdiction because it was supposed to go in front of

21  the Board and they didn't take that step in a timely

22  fashion.

23              Finally, I would like to make a

24  point that Your Honor brought up.  Under 3263, without

25  question, you are a hundred percent correct, there's

2  an obligation in the federal election, especially, if

3  you are going to cause a recount, it has to be a

4  recount of all of those districts.

5                    And this gentleman, Mr. Tabas,

6  is going to speak to that in much more detail.  So I

7  will save that for him; but you are a hundred percent

8  correct.  If they wanted a recount, they could not

9  cherry-pick those municipalities because that's where

10  they got volunteers to petition from.

11                    They have an obligation to put

12  it before this Board in full form so that it would be

13  a fair recount and it would be an accurate recount.

14  But, again, they are not even actually asking for a

15  recount under the statutes that they are trying to

16  proceed under.  They are just for a recanvass.

17                    And you know this, they

18  typically go and you file under 3261 and 3262 so that

19  you would have a check of all of the votes.  They have

20  not asked for that.  So what they are asking for is

21  not even making sense.

22                    As to your point of a forensic

23  analysis of our voting machines, that is in complete

24  contradiction of the election code.  Those voting

25  machines are not to be touched.  They are not to be

2   searched or manipulated in any way.  But if this gets

3   to the point where we present evidence, I will bring

4   in our expert, and he will tell you those voting

5   machines would shut down if someone tried to put some

6   type of spyware or malware on them because they don't

7   have the capacity to read that.

8                THE COURT:  Very well.  Thank

9   you, Ms. Forzato.

10               At this point, would Mr. Tabas

11   or Mr. Goldstein like to be heard, or I will give you

12   both an opportunity to comment.

13               MR. TABAS:  Thank you, Your

14   Honor.  I am Lawrence Tabas.  I'm chief counsel in

15   Pennsylvania for the 20 electors for President-Elect

16   Donald Trump, Vice President Elect Mike Pence, also on

17   behalf as general counsel of the Republic Party of

18   Pennsylvania, on behalf of all Republican candidates

19   on the ballot have standing under the decisions of the

20   Supreme Court of Pennsylvania.  Mr. Goldstein's firm

21   is serving as cocounsel for me as these matters are

22   throughout the state at this particular time.

23               Your Honor, I agree with the

24   county solicitor's procedural arguments and the points

25   that she has made.  Just one other point on the

2    requirement of the fifty dollar cash deposit or the

3    one hundred dollar bond is completely a separate

4    requirement from that of a prothonotary's finding fee,

5    because under the statute, under section 3262, if it

6    is determined that there was no fraud or error in

7    recanvass, the fifty dollars goes to the treasurer of

8    the county.  If it turns out there was, the fifty

9    dollar goes back to the petitioner.  That is a

10   separate item altogether from a prothonotary's filing

11   fee.  So there's absolutely on the face of this a

12   fatal defect to the petition.

13                      And in that regard, Your Honor,

14   I first refer to the Commonwealth Court's decision,

15   which is still very good law here in Pennsylvania of

16   Rinaldi versus Ferrett.  It was the opinion by then

17   President Leadbetter in which she summarized and

18   referenced the jurisdictional basis for any proceeding

19   to contest the outcome of the election, whether it

20   would be a recount, recanvass, or an election contest.

21                      Your Honor, with the Court's

22   permission, Judge Leadbetter stated that jurisdiction

23   to resolve election disputes is not of common law

24   origin but is founded entirely upon statute and cannot

25   be extended beyond the limits defined by the general

2   assembly.

3                          She went on to say, the

4   statutory provisions set forth at length above

5   constitute the exclusive means for challenging the

6   accuracy of the election result.

7                          So in the case of Rinaldi versus

8   Ferrett, there was a defect in the number of the

9   petitioners and the filing company.  That was a fatal

10  defect just as is the failure to post either the cash

11  deposit or the one hundred dollar bond would also be

12  an absolute fatal defect which would divest this Court

13  of jurisdiction to proceed any further because there

14  is no common law despite Mr. Maazel's reference to the

15  McCracken case.  There's no common law that applies to

16  the jurisdiction of this Court.

17                         Your Honor, then I would like to

18  address briefly, also, the issue that the county

19  solicitor raised as well and it goes to your question

20  about the cherry-picking.  The 3263, which was amended

21  actually 2004, and the internet, Your Honor, did exist

22  in 2004, when 3263 was amended to put in the provision

23  requiring that you have to recount or recanvass in all

24  of the districts for the candidate or for the

25  candidate's office, and that if you were going to

2    select a few, you had to meet the standards of that

3    section.

4                        But even Your Honor if they had

5    pled sufficient grounds to not recount all of the

6    districts, either in Montgomery County, or the state

7    as a whole, and I would argue for the President of the

8    United States and the United States citizens is

9    absolutely the district is the state of the whole.

10                       The United States Supreme Court

11   in Bush versus Gore recognized that the federal

12   statute on point Entitled Three of the United States

13   Code Section 5 requires that in these type of

14   situations there must be equal protection applied so

15   that every single vote that is passed is treated the

16   same.

17                       In Florida, as Your Honor I'm

18   sure recalls, they cherry-picked.  They picked a few

19   counties and now even within the counties, they picked

20   various different types of ballots to count, some that

21   were paper, some that weren't, some that used chads,

22   some that used other methods.

23                       The Supreme Court made it clear

24   in Bush versus Gore applying historical Supreme Court

25   decision and referencing the Title Three of the United

2   States Code Section Five that the right to vote is

3   protected in more than the initial allocation of the

4   franchise.  Equal protection applies as well to the

5   manner of its exercise.  Having once granted the right

6   to vote on equal terms, the State may not later

7   arbitrarily allow district treatment to value one

8   person's vote over that of another.

9                        That would be exactly what would

10  be happening here if they just picked to look at

11  certain of the votes, not even in the state as a

12  whole, which I do believe they have to all ninety-one

13  hundred plus districts; but within even the county, it

14  is going to be district treatment and unequal

15  protection of the law.

16                       Furthermore, Bush versus Gore

17  made it clear, and it is the President of the United

18  States, that in a Presidential Election, there is a

19  federal safe harbor that would absolutely supersede

20  any right to cherry-pick under Pennsylvania Statute.

21  Whether that cherry-picking would be allowed in a case

22  for the Audit General or somebody running for the

23  State Senate is a different issue all together.

24                       But for the President of the

25  United States, which Bush versus Gore recognized, is

2   the only office, that and vice president, for which

3   the electors of the United States as a whole cast a

4   ballot.

5              The requirement of the United

6   States code and the constitution demands that safe

7   harbor apply.  So for the first step there's a

8   jurisdictional fatal defect for this Court under

9   Pennsylvania Election Code.  The recanvass petition

10  should be dismissed and also I incorporate, as I said,

11  the county solicitor's references, too, it should

12  absolutely be dismissed because it violates the

13  federal, state -- federal safe harbor applicable to

14  Presidential Elections; and as a result, the

15  petitioner should not be able to proceed.

16             And then dealing with this other

17  issue that was raised by Mr. Maazel.  Your Honor, he

18  is raising arguments relating to the machines and

19  whether or not some unnamed foreign government may

20  have hacked the DNC, which last I looked, I don't

21  think Montgomery County stores its voting machines at

22  the DNC.

23             But that's an election contest

24  issue.  That is not the same as a recanvass under

25  section 3262.  So he is arguing even the wrong section

2    of the Election Code when he makes those particular

3    references.

4                          Furthermore, Your Honor, the

5    Montgomery County machines, just like all of the

6    voting machines in Pennsylvania, as reinforced by the

7    Secretary of the Commonwealth on October 20th of this

8    year when he issued a public statement are not

9    connected to the internet.  They are not even

10   connected to each other.

11                          So all of these allegations

12   about hacking and malware and so forth, which are

13   completely unsubstantiated, don't even reference

14   Pennsylvania let alone Montgomery County, but even the

15   Secretary of the Commonwealth has said, that these are

16   absolutely not only wrong allegations, they are

17   uninformed and they are actually dangerous.

18                          So I probably should go no

19   further on that because that's an election contest

20   issue, but I just want to address that particular

21   point as well.  Thank you.

22                          THE COURT:  Very well.  Thank

23   you, Mr. Tabas.

24                          Mr. Goldstein, do you wish to

25   make any comment?

2                         MR. GOLDSTEIN:  Yes, Your Honor,

3    quite briefly.

4                         I'm grateful for the opportunity

5    to be here with you today.

6                         Mr. Tabas made reference to a

7    case earlier and we happen to have a copy of it here,

8    if I may introduce it to the Court.

9                         THE COURT:  Sure.

10                        MR. GOLDSTEIN:  I have given a

11   copy to opposing counsel.

12                        THE COURT:  Do you have a copy

13   for the Clerk?

14                        MR. GOLDSTEIN:  Yes.  The motion

15   contains a couple of bases which don't apply any

16   longer because I want to make sure we are very clear

17   our learned colleague from New York made it abundantly

18   clear when he rose that they are here on the basis of

19   3262.  It was not clear from the face of the petition

20   whether they were here on that basis or another basis.

21   So for the parts of our motion to dismiss addressing

22   the other 3662 may no longer be applicable.

23                        So on that basis, I rest on the

24   comments made my by learned colleague Mr. Tabas, and I

25   offer that motion for the Court's consideration.

2                              THE COURT:  Very well.

3       Mr. Maazel, would you like to respond to counsels'

4       argument?

5                              MR. MAAZEL:  Thank you, Your

6       Honor.

7                              THE COURT:  Sure.

8                              MR. MAAZEL:  And many points

9       were made, and I will try to address them quickly and

10      in turn.

11                             First, some of the technical

12      arguments.

13                             First, I should just have a

14      general response, which is somewhat really depressing

15      that the Republican Party and County Board of

16      Elections have placed any possible robot they can to

17      prevent voters from seeking a recount.  That's what we

18      are hearing; every single, possible, technical

19      argument they can to stop voters from learning their

20      votes were counted accurately.  I just think that it

21      is disturbing.

22                             In terms of those arguments in

23      turn, this fifty dollar requirement is beyond dispute,

24      that these voters paid more than fifty dollars.  They

25      have paid the fee demanded by the prothonotary, which

2  was well in excess of the fifty dollar requirement.

3                        Now, if there are additional

4  court filing fees that we need to pay in order to meet

5  the fifty dollar requirement and whatever fees being

6  imposed, the Stein Campaign, if it is thirty-nine

7  hundred dollars, we will be happy to pay that on

8  behalf of these petitioner's as well.

9                        But the idea that voters must

10  not only pay fifty dollars, as set forth in the

11  statute, but must pay almost twice that, which is what

12  is happening in this case, it is really incredible and

13  there's no statutory support for it.

14                        I don't think I had ever seen a

15  case where a petitioner has paid too much and the

16  other side said you have not met the dollar

17  requirement.  So that's the fifty dollar issue.

18                        The County Board of Elections

19  said the Court should disregard all of the Affidavits

20  not in the original petition, that we need to move to

21  amend.  I don't see anything in the statute that

22  requires all of the supporting materials in a case to

23  be filed on the deadline anymore than when you file a

24  regular civil complaint you need to file a hundred

25  Affidavits in support on that day.

2                              The filing was made on time.

3    Supporting materials can be added at any time; and if

4    we need to move to amend all of these other

5    Affidavits, then we --

6                              THE COURT:  What about the issue

7    that a forensic review would not be encompassed in the

8    election code under the recount provisions?  That's

9    one of the arguments opposing counsel is advancing.

10                             MR. MAAZEL:  Sure.  Based on the

11   Rinaldi case, which is a Commonwealth Court case, we

12   cited the McCracken case, which is a Supreme Court

13   case, and we think it is the Supreme Court Case and

14   other Supreme Court cases that we cited in our papers

15   that control.

16                             Those cases that say you are not

17   restricted to the strict letter of the election code

18   and the Board of Elections is not just a human adding

19   machine.  They want just to have these machines, press

20   a button, and have the machine come out the way -- the

21   way that the person voted.

22                             They are advocating the very

23   human adding machine approach that the Supreme Court

24   of Pennsylvania said is not the purpose of the Board

25   of Election.  That this Board of Election has

2   discretion and Court certainly has discretion and

3   power to go beyond the strict letter of the statute.

4   That is absolutely necessary here under the

5   circumstances of this case.

6                    THE COURT:  What about the

7   section 3263, which requires that the recount be

8   called to the election precincts, where the election

9   was held, and here we are talking about a statewide

10  raise for president and statewide race of the United

11  States Senate?

12                   MR. MAAZEL:  I find it really

13  quite incredible that the Republican Party is coming

14  here and saying we have to have over twenty-seven

15  thousand voters in this amazing short period of time

16  come forward in nine thousand districts just to have a

17  right to a recount.

18                   In most states, a candidate asks

19  for a recount and it happens.  That's what is

20  happening in Wisconsin and Michigan.  It cannot be

21  that there's this absolutely impossible requirement

22  that three voters in every single district in every

23  single county need to demand a recount in order for

24  there to be recount anywhere.

25                   So I have seen no case, no case

2     that supports that proposition.  I cannot believe that

3     such a case would be either an accurate reading of the

4     statute or would be constitutional under the

5     Pennsylvania --

6                         THE COURT:  The language is in

7     in statute.

8                         MR. MAAZEL:  The way I harmonize

9     the language with what the national intent of the

10    statute must be is that this Court can do a recount of

11    the entire county.  We would support that.  We have no

12    objection to -- I don't know if the other job would

13    object.  I think they probably would.  We would like

14    to have a recount of this county.  We would like to

15    have a recount of every county.

16                         And so if that's what the

17    statute means, then let's have a recount of the entire

18    county.  But I see nothing in the statute that says

19    that we need three people in every single district in

20    the county in order to have that county-wide recount.

21                         I think all this means is that

22    if you come forward in the district you need to

23    fulfill the statutory requirements, the fee, the

24    notarization, et cetera.

25                         Then we have an argument from

2   the other side that Bush v Gore argument, that we are

3   sometimes cherry-picking within the county and within

4   the state.  It is an amazing argument because, first,

5   their interpretation makes it impossible to seek a

6   statewide recount, and then they blame us for not

7   having a statewide recount.

8                    You know, if Bush v Gore means

9   what they say it means, then this state has violated

10  the protection clause in many ways.  Some counties use

11  obstacle scan, or use DRE's.  Is that a Bush v Gore

12  violation?  They are being treated differently.

13                    Some counties use some type of

14  the DRE machines and others use other types of DRE

15  machines.  Are they being treated differently?  Is

16  that a violation of Bush v Gore?  Is that really their

17  argument that every voter in the country needs to be

18  treated exactly the same way because the entire

19  election system would fall down in a minute?

20                    So there's certainly no equal

21  protection violation in allowing voters their right to

22  seek a recount.  And if we take their equal protection

23  argument seriously, then the Republican Party should

24  stipulate to a statewide recount.

25                    Let's treat every single voter

2    in this state exactly the same and have a recount for

3    everybody.  We would agree to that.  We would advocate

4    for that. I would like to hear the Republican Party's

5    position on that.  I doubt they would agree to that.

6    But we are certainly willing to satisfy their Bush v

7    Gore argument to advocate for that position.

8                          I do want to address this

9    question of timeliness.  I don't think there is any

10   questioned under 3662F, voters have twenty days from

11   the election.  That was yesterday.  Under the In Re

12   Canopy Case of the Supreme Court, they actually have

13   the later of twenty days from the election or five

14   days canvassing.  In any event, I think it is plain

15   that they have filed timely petitions.

16                          And on this question of -- the

17   Board of Elections said these machines cannot be

18   hacked.  Well, we don't just have the Affidavit of

19   Mr. Halderman.  We have the Affidavit of Mr. Hursti,

20   who did the leading peer review study of the

21   vulnerability of the very machine used in this county,

22   the Sequoia AVC voting machine.  Mr. Hursti did that

23   peer review study and here is what Mr. Hursti said,

24   and I think respectfully we should trust what he says

25   more than what counsel says.

2                        At paragraph ten of his

3   Affidavit, quote, the AVC Advantage is easily hacked

4   by tampering with the machine's firmware.

5                        And then paragraph eleven,

6   without even touching a single AVC Advantage, an

7   attacker can install fraudulent firmware in machines

8   by viral propagation through audio valid cartridges.

9                        Now, we heard Mr. Tabas make

10  what I think is a comment that is just incorrect which

11  is the machines are not connected to the internet.

12  Well, the cartridges in the machines telling them what

13  to do all came from the same place, the Central

14  Election Management System of the county, and that is

15  connected to the internet.

16                       So it is the simplest thing to

17  have a virus or malware that gets into -- via the

18  internet into these Election Management Systems

19  headquarters, which is the nerve center of this

20  operation and then send it out through the cartridges

21  into the machines.  That's just one way it can be

22  done.  There are many ways it can be done.

23                       So the machines are

24  unfortunately hackable.  I don't believe they ever

25  should have been used in the first place.

2    Unfortunately, we have no paper ballot.  The one and

3    only way to really make sure the votes were accurately

4    counted is this audit and it can be done at least

5    initially without looking at machines by accessing the

6    central election board software -- the Election

7    Management System without evening touching the

8    machine.

9                         There could be a tremendous

10   amount of work done by computer scientist by just

11   looking at the software, the central system, and

12   detecting was there interference, was there malware of

13   some kind.

14                        That's something that can be

15   done without the slightest worry about interfering

16   with the machine.  That would tell us a lot of

17   information that I think is very important to the

18   voters.

19                        So for all these reasons, Your

20   Honor, I think the Supreme Court of Pennsylvania

21   authorized this relief.  The circumstances of this

22   case upheld this relief and we really need to

23   vindicate the right of the voters.  For those reasons,

24   we request this petition be granted.

25                        THE COURT:  Very well.  Ms.

2    Forzato, any further comment?

3                         MS. FORZATO:  Yes, Your Honor.

4    Very briefly.

5                         The petitioner cites the appeal

6    from McCracken from 370 PA 562.  It is a 1952 case.

7    It is Supreme Court case, but also our Supreme Court

8    case is the Jones Election Contest, which is

9    docketed -- which is cited at 376 PA 456.  That's a

10   1954 case.  And then appeal of Flood appeal, 372 PA

11   486, that's a 1953 case, so those are both after the

12   appeals of McCracken.

13                        And the reason they are

14   important is they both stand for the proposition that

15   neither this Common Pleas Court nor Election Board has

16   the power to reason to an Election Code that which is

17   not specifically founded in that code.  So that

18   defeats the whole argument made by him on that point.

19                        Additionally, and probably most

20   importantly, the Election Board had an open official

21   tabulation with every citizen of Montgomery County,

22   was invited to attend.  We published that in the

23   newspaper.  We want our process to be open.  We want

24   our citizens involved.  But we also want it to be fair

25   and for a legitimate purpose; not for a fishing

2   expedition.  Thank you, Your Honor.

3                      THE COURT:  Very well.  Mr.

4   Tabas, any further comment?

5                      MR. TABAS:  Yes, briefly Your

6   Honor.

7                      First, get back to the Rinaldi

8   decision.  While it is a Commonwealth Court decision,

9   it actually cited two Supreme Court decisions of the

10  State of Pennsylvania as the authority for it in two

11  other decisions of the Commonwealth Court, which have

12  been long-standing law in this state, that the

13  jurisdiction of election challenges are absolutely

14  solely within the jurisdiction of the Court only if

15  the statutory requirements are being met.

16                      To even suggest that they would

17  supply the cash deposit or the bond after the

18  statutory deadline is an absolute again failure to

19  meet the statutory requirement divesting this Court of

20  jurisdiction.

21                      The other point that I would

22  like to make is, and I hesitate a little bit to go

23  into it, but since we are here and it was addressed by

24  Mr. Maazel a second time is, this is not an election

25  contest under 3456.  This is a recanvass petition

2   under 3262.

3                        In fact, interestingly enough,

4   it is not even a request for a recount under 3261.  So

5   they cherry-picked -- cherry-picking actually in this

6   particular situation.

7                        But I will make available to the

8   Court it is a public record and I would ask the Court

9   to accept it as a public record of the Secretary of

10  the Commonwealth in which he said -- it was his quote;

11  not mine -- that voting machines in Pennsylvania are

12  not connected to the internet.  In fact, they are not

13  even connected to one another.

14                        And if Mr. Maazel and the

15  petitioners had reviewed the thorough research

16  analysis and the security work that was done by the

17  secretary of the Commonwealth in working with the

18  Department of Homeland Security of the United States,

19  their searches about our machines, would have no basis

20  whatsoever I believe even in their own minds.

21                        And then, finally, Your Honor,

22  the county solicitor correctly made reference to the

23  official tabulation, the computation and canvassing of

24  all of the ballots as provided for in the Election

25  Code.

2                    And the Election Code gives

3   every single candidate, every political party, whether

4   it is a state one, a county one, a local political

5   matter, the right to have a watcher at those

6   tabulations and an attorney also present by statutory

7   right.

8                    So there were numerous

9   opportunities, if the petitioners had reviewed the law

10  and seen what their rights and opportunities were to

11  have gone through this particular process.

12                   The fact that Mr. Maazel

13  believes that Pennsylvania should have a statewide

14  recount because they have it in Michigan or Iowa or

15  Colorado or somewhere else completely ignores the

16  issue and is totally irrelevant.  This is the

17  Pennsylvania statute.  It has set forth procedures.

18                   This Court -- and I say this

19  with all due respect -- I do not believe has

20  jurisdiction over this matter any further for the

21  failure to comply with the statutory requirements as

22  upheld by the Courts of Pennsylvania.  Thank you, Your

23  Honor.

24                   THE COURT:  Very well.

25  Mr. Goldstein, anything further?

2                    MR. GOLDSTEIN:  Yes, Your Honor.

3  Briefly.

4                    Mr. Maazel was admitted pro hac

5  vice two hours ago.  He came to know the law in

6  Pennsylvania.  Under the law in Pennsylvania, he had a

7  burden.  He had a burden to pay a fee to file a

8  petition of this nature.  He failed to file the

9  petition with the proper fees and he tried to make

10  much of a lot of other arguments and lay that at the

11  feet of the Republican Party who has done this, that

12  and the other.

13                    But really it is a failure of

14  the petitioners to meet the very simple burden laid

15  out clearly in the statute to file the appropriate

16  documents with the appropriate fees on a timely basis.

17  And the fact they failed to do that gives us

18  everything we need to dismiss this matter and we hope

19  the Court will do so.  Thank you very much.

20                    THE COURT:  Very well.

21  Mr. Maazel, I will give you an opportunity to make a

22  further comment.

23                    MR. MAAZEL:  Very briefly, Your

24  Honor.

25                    Each one of these petitioners

2   paid more than the required fee.  It is not disputed,

3   much more than the required fee.  So that -- much more

4   than fifty dollars.

5                         As to Mr. Tabas' point that

6   people can watch the tabulation, that's meaningless.

7   It is meaningless to watch someone press a button and

8   just recanvass the vote.  That's not going to

9   discovery what happens in the code of the software of

10  the machine.  That was for another century.  The 21st

11  Century we need to do more than just stand there and

12  watch the tabulation.  We need to get inside the

13  machine.

14                        That leaves me to the final and

15  most important point I think of this entire

16  proceeding.  We heard the county board election say

17  something very important, quote, we want our process

18  to be open.  We agree with that.  We want this process

19  to be open.  Open up the software to the people who

20  are experts so that we can all have one hundred

21  percent confidence in the integrity of the Election of

22  Montgomery County and so the voters know their votes

23  count.  Thank you, Your Honor.

24                        THE COURT:  Very well.  Well, at

25  this point, I think everyone had an opportunity to

2    state their legal position, and there's nothing else

3    to be presented by the parties at this point, is

4    there?

5                          MR. MAAZEL:  No, Your Honor.

6                          MR. OTTER:  No, Your Honor.

7                          MS. FORZATO:  No, Your Honor.

8                          MR. TABAS:  No, Your Honor.

9                          THE COURT:  Very well.  I have

10   heard all of the arguments of the counsel ably

11   presented to the Court, and I had an opportunity to in

12   advance of the hearing thoroughly review all of these

13   issues.  And considering all of the circumstances, it

14   is the Court's determination to deny all of the

15   petitions to recount/recanvass and the Court will sign

16   an appropriate order in that regard.

17                          Very well.  Thank you.

18                          MS. FORZATO:  Thank you, Your

19   Honor.

20                          MR. TABAS:  Thank you, Your

21   Honor.

22                          (At 2:30 p.m., the proceedings

23   were concluded.)

24                               - - -

25

2                    C E R T I F I C A T E

3

4                    I hereby certify that the

5    proceedings and evidence are contained fully and

6    accurately in the notes taken by me in the above cause

7    and that this is a correct transcript of the same.

8

9

10                    _____

11                    PAULA D. MESZAROS,

12                    Official Court Reporter

13                       - - -

14

15

16

17

18

19

20

21

22

23

24

25

**1**

1930's [1] 14/5
1952 [1] 41/6
1953 [1] 41/11
1954 [1] 41/10
1:40 [1] 1/17

**2**

20 [1] 24/15
2004 [2] 26/21 26/22
2016 [1] 1/17
2016-28344 [1] 1/7
2068 [1] 11/9
20th [1] 30/7
21st [1] 46/10
25 [1] 6/23
28344 [1] 1/7
2:30 [1] 47/22

**3**

30 [1] 1/17
3154 [3] 5/15 19/17 22/19
3154E [1] 19/9
3261 [2] 23/18 43/4
3262 [13] 5/14 5/18 5/25 6/8 19/15 19/17
 19/19 20/12 23/18 25/5 29/25 31/19 43/2
3262A.1 [1] 19/23
3262A1 [1] 22/15
3263 [5] 6/24 22/24 26/20 26/22 35/7
3456 [1] 42/25
3662 [1] 31/22
3662F [1] 38/10
370 [1] 41/6
372 [1] 41/10
376 [1] 41/9

**4**

456 [1] 41/9
486 [1] 41/11

**5**

562 [1] 41/6

**A**

ability [2] 9/9 20/8
able [3] 13/2 15/19 29/15
ably [1] 47/10
about [12] 7/2 8/11 14/7 16/3 22/5 26/20
 30/12 34/6 35/6 35/9 40/15 43/19
above [2] 26/4 48/6
absolute [2] 26/12 42/18
absolutely [12] 7/15 9/24 13/14 15/22
 25/11 27/9 28/19 29/12 30/16 35/4 35/21
 42/13
abundantly [1] 31/17
accept [1] 43/9
accessing [1] 40/5
accordance [1] 8/4
Accordingly [2] 4/5 18/14
accuracy [1] 26/6
accurate [2] 23/13 36/3
accurately [7] 5/12 9/11 13/3 15/22
 32/20 40/3 48/6
action [2] 17/15 19/10
actions [1] 20/6
actor [1] 15/4
acts [1] 8/4
actual [1] 15/5
actually [12] 5/24 6/10 13/13 14/18 17/5
 19/12 23/14 26/21 30/17 38/12 42/9 43/5
added [1] 34/3
adding [3] 12/22 34/18 34/23
addition [2] 6/2 19/20
additional [3] 20/3 23/15 33/6
Additionally [1] 41/19
address [6] 14/2 22/8 26/18 30/20 32/9
 38/8
addressed [1] 42/23
addressing [1] 31/21
adds [1] 6/5
admitted [3] 3/5 4/6 45/4
advance [1] 47/12
advancing [1] 34/9
Advantage [2] 39/3 39/6
advocate [2] 38/3 38/7
advocating [1] 34/22
Affidavit [9] 10/20 11/23 11/25 12/4
 20/22 21/17 38/18 38/19 39/3
affidavits [7] 11/22 18/22 18/24 19/6
 33/19 33/25 34/5
after [3] 22/10 41/11 42/17
afternoon [1] 4/19
again [2] 23/14 42/18
ago [1] 45/5
agree [4] 24/23 38/3 38/5 46/18
agreeable [2] 17/21 18/9
al [1] 1/7
Alex [1] 19/6
all [41] 3/22 4/12 5/17 5/22 5/22 5/22 6/6
 6/15 7/3 8/13 9/8 10/4 11/8 14/10 14/11
 17/13 17/20 18/14 22/13 23/4 23/19
 24/18 26/23 27/5 28/12 28/23 30/5 30/11
 33/19 33/22 34/4 36/21 39/13 40/19
 43/24 44/19 46/20 47/10 47/12 47/13
 47/14
allegations [2] 30/11 30/16
allege [2] 5/23 5/24
allocation [1] 28/3
allow [2] 15/10 28/7
allowed [2] 9/18 21/23 28/21
allowing [1] 37/21
almost [2] 15/10 33/11
alone [1] 30/14
also [12] 10/25 11/6 12/4 19/22 21/20
 24/16 26/11 26/18 29/10 41/7 41/24 44/6
Alternatively [1] 22/18
altogether [1] 25/10
am [4] 12/21 22/11 22/14 24/14
amazing [2] 35/15 37/4
amend [5] 18/21 19/2 19/3 33/21 34/4
amended [2] 26/20 26/22
among [1] 3/19
amount [1] 40/10
analysis [6] 4/11 4/23 13/19 15/11 23/23
 43/16
AND/OR [1] 1/14
another [5] 20/11 28/8 31/20 43/13
 46/10
any [27] 3/23 3/23 7/3 7/19 8/3 9/5 9/22
 9/23 13/5 13/17 17/3 17/13 18/25 19/16
 24/2 25/18 26/13 28/20 30/25 31/15
 32/16 34/3 38/9 38/14 41/2 42/4 44/20
anymore [1] 33/23
anyone [1] 7/16
anything [2] 33/21 44/25
anywhere [5] 9/16 10/2 19/16 21/24
 35/24
apparent [1] 13/5
appeal [3] 41/5 41/10 41/10
appeals [1] 41/12
APPEARED [2] 2/2
applicable [2] 29/13 31/22
applied [1] 27/14
applies [2] 26/15 28/4
apply [2] 29/7 31/15
applying [1] 27/24
approach [1] 34/23
appropriate [3] 3/15 45/15 47/16
arbitrarily [1] 28/7
are [76]
aren't [1] 20/14
argue [1] 27/7
arguing [1] 29/25
argument [10] 10/4 32/4 32/19 36/25
 37/2 37/4 37/17 37/23 38/7 41/18
arguments [7] 24/24 29/18 32/12 32/22
 34/9 45/10 47/10
Arizona [1] 11/4
as [34] 2/2 11/9 12/7 14/8 15/17 15/17
 19/20 20/7 21/10 22/12 22/15 23/22
 24/17 24/21 24/21 26/10 26/19 27/7
 27/17 28/4 28/11 29/3 29/10 29/14 29/24
 30/6 30/21 33/8 33/10 42/10 43/9 43/24
 44/21 46/5
ascertaining [1] 13/6
ask [8] 6/21 10/6 18/21 19/3 21/13 21/15
 22/4 43/8
asked [2] 13/21 23/20
asking [5] 20/13 20/14 21/11 23/14
 23/20
asks [1] 35/18
assembly [1] 26/2
at [24] 1/17 3/2 3/21 11/8 12/3 12/9
 18/14 21/11 24/10 24/22 26/4 28/10
 29/21 34/3 39/2 40/4 40/5 40/11 41/9
 44/5 45/10 46/24 47/3 47/22
attached [1] 18/25
attacker [1] 39/7
attempted [1] 11/7
attend [1] 41/22
attorney [2] 3/5 44/6
attorneys [4] 3/12 3/23 4/12 4/24
audio [1] 39/8
audit [3] 13/16 28/22 40/4
auditing [1] 21/21
authority [2] 8/20 42/10
authorize [1] 16/23
authorized [2] 13/18 40/21
available [1] 43/7
AVC [3] 38/22 39/3 39/6

**B**

back [4] 17/13 19/8 25/9 42/7
ballot [4] 12/9 24/19 29/4 40/2
ballots [5] 7/4 8/13 12/8 27/20 43/24
bar [1] 3/19
bars [1] 3/19
based [2] 21/14 34/10
bases [1] 31/15
basis [7] 25/18 31/18 31/20 31/20 31/23
 43/19 45/16
be [64]
because [15] 19/19 20/8 21/3 21/16
 22/20 23/9 24/6 25/5 26/13 29/12 30/19
 31/16 37/4 37/18 44/14
become [1] 19/18
been [14] 6/16 10/16 13/21 13/22 13/22
 15/6 16/2 20/2 21/7 22/9 22/9 22/11
 39/25 42/12
before [5] 1/22 6/18 14/5 14/6 23/12
behalf [7] 5/3 6/11 15/20 17/2 24/17
 24/18 33/8
being [6] 20/23 22/15 33/5 37/12 37/15
 42/15
believe [17] 4/9 5/7 5/21 7/11 7/25 9/3
 14/5 16/12 17/13 19/7 21/14 22/8 28/12
 36/2 39/24 43/20 44/19
believed [1] 21/4
believes [1] 44/13
BERNARD [1] 1/22
best [1] 21/11

**B**

beyond [5] 12/12 12/16 25/25 32/23
 35/3
bit [2] 17/13 42/22
blame [1] 37/6
blanketly [1] 21/17
board [25] 1/10 2/6 5/15 6/14 12/23 13/6
 13/9 15/8 15/17 16/12 17/2 17/7 19/11
 22/21 23/12 32/15 33/18 34/18 34/24
 34/25 38/17 40/6 41/15 41/20 46/16
Board's [1] 12/20
bond [4] 19/24 25/3 26/11 42/17
bonds [1] 20/5
both [3] 24/12 41/11 41/14
breach [1] 11/7
brief [1] 10/11
briefly [3] 3/11 26/18 31/3 41/4 42/5
 45/3 45/23
bring [2] 20/18 24/3
broad [1] 16/11
brought [1] 22/24
burden [3] 45/7 45/7 45/14
Bush [9] 27/11 27/24 28/16 28/25 37/2
 37/8 37/11 37/16 38/6
but [29] 3/4 9/2 10/11 12/10 12/16 16/6
 19/8 19/22 21/14 22/14 23/7 23/14 24/2
 25/24 27/4 28/13 28/24 29/23 30/14
 30/20 33/9 33/11 36/18 38/6 41/7 41/24
 42/23 43/7 45/13
button [3] 14/17 34/20 46/7

**C**

called [1] 35/8
came [3] 16/9 39/13 45/5
campaign [3] 15/14 16/20 33/6
can [21] 3/22 7/6 7/11 9/15 12/16 12/16
 15/9 15/17 17/15 21/13 32/16 32/19 34/3
 36/10 39/7 39/21 39/22 40/4 40/14 46/6
 46/20
candidate [5] 5/4 14/22 26/24 35/18
 44/3
candidate's [1] 26/25
candidates [3] 7/7 7/8 24/18
cannot [5] 20/21 25/24 35/20 36/2 38/17
Canopy [1] 38/12
canvassing [2] 38/14 43/23
capacity [1] 24/7
cartridges [4] 14/10 39/8 39/12 39/20
case [31] 9/23 12/15 12/18 13/20 13/21
 13/22 13/24 16/10 26/7 26/15 28/21 31/7
 33/12 33/15 33/22 34/11 34/11 34/12
 34/13 34/13 35/5 35/25 35/25 36/3 38/12
 40/22 41/6 41/7 41/8 41/10 41/11
cases [4] 13/18 20/2 34/14 34/16
cash [5] 19/24 20/4 25/2 26/10 42/17
cast [5] 7/4 8/13 13/7 13/13 29/3
cause [2] 23/3 48/6
center [1] 39/19
central [5] 13/16 14/12 39/13 40/6 40/11
cents [1] 6/4
century [2] 46/10 46/11
certain [1] 28/11
certainly [11] 4/17 8/16 8/23 9/2 9/23
 10/3 14/11 22/14 35/2 37/20 38/6
certify [2] 22/10 48/4
cetera [2] 8/6 36/24
chads [1] 27/21
challenges [1] 42/13
challenging [1] 26/5
chance [1] 10/10
changed [1] 14/20
check [1] 23/19
cherry [8] 23/9 26/20 27/18 28/20 28/21

cherry-pick [2] 23/9 28/20
cherry-picked [2] 27/18 43/5
cherry-picking [4] 26/20 28/21 37/3
 43/5
chief [1] 24/14
circumstances [4] 6/13 35/5 40/21
 47/13
cited [5] 12/19 34/12 34/14 41/9 42/9
cites [1] 41/5
citizen [1] 41/5
citizens [2] 27/8 41/24
civil [2] 1/4 33/24
clause [1] 37/10
cleanest [1] 17/17
clear [5] 27/23 28/17 31/16 31/18 31/19
clearly [1] 45/15
Clerk [1] 31/13
Clinton [1] 14/19
Co [1] 4/16
Co-counsel [1] 4/16
cocounsel [2] 3/17 24/21
code [17] 12/11 12/25 13/10 14/4 23/24
 27/13 28/22 29/6 29/9 30/2 34/8 34/17
 41/16 41/17 43/25 44/2 46/9
colleague [2] 31/17 31/24
Colorado [1] 44/15
Combine [1] 18/6
come [6] 5/7 14/11 14/12 34/20 35/16
 36/22
coming [1] 35/13
Commencing [1] 1/17
comment [7] 17/3 24/12 30/25 39/10
 41/2 42/4 45/22
comments [1] 31/24
common [5] 1/2 25/23 26/14 26/15
 41/15
Commonwealth [8] 25/14 30/7 30/15
 34/11 42/8 42/11 43/10 43/17
company [2] 20/19 26/9
competent [1] 10/22
complaint [1] 33/24
complete [1] 23/23
completely [3] 25/3 30/13 44/15
complied [2] 22/15
comply [1] 44/21
compromise [1] 11/19
Comptometer [1] 12/23
computation [3] 12/20 19/12 43/23
computer [1] 11/24 15/11 40/10
conceivable [1] 7/12
concluded [1] 47/23
confidence [1] 46/21
conform [1] 20/9
connected [6] 30/9 30/10 39/11 39/15
 43/12 43/13
consider [1] 21/22
consideration [2] 10/14 31/25
considered [1] 19/4
considering [1] 47/13
consolidate [1] 18/14
consolidated [2] 17/15 18/17
constitute [1] 26/5
constitution [1] 29/6
constitutional [1] 36/4
construe [1] 13/10
contained [1] 48/5
contains [1] 31/15
contest [6] 25/19 25/20 29/23 30/19
 41/8 42/25
context [1] 15/2
continues [1] 21/6
contradiction [1] 23/24
control [1] 34/15

cherry-pick [2] 23/9 28/20 — *(see note)*
corporate [1] 19/25
correct [4] 3/6 22/25 23/8 48/7
correctly [2] 16/15 43/22
costs [1] 19/21
could [9] 4/11 7/16 9/3 13/5 15/15 17/12
 17/19 23/8 40/9
counsel [14] 2/2 4/5 4/15 4/16 6/20 17/7
 17/20 18/21 24/14 24/17 31/11 34/9
 38/25 47/10
counsels' [1] 32/3
count [3] 13/11 27/20 46/23
counted [9] 5/12 9/10 13/3 13/12 15/22
 15/24 16/15 32/20 40/4
counties [5] 9/13 27/19 27/19 37/10
 37/13
country [5] 11/8 11/12 11/25 16/7 37/17
counts [1] 5/23
county [43] 1/3 1/10 1/20 2/6 5/6 5/14
 5/23 8/20 9/15 11/17 11/21 12/6 12/8
 13/15 14/13 15/21 16/19 24/24 25/8
 26/18 27/6 28/13 29/11 29/21 30/5 30/14
 32/15 33/18 35/23 36/11 36/14 36/15
 36/18 36/20 36/20 37/3 38/21 39/14
 41/21 43/22 44/4 46/16 46/22
county-wide [1] 36/20
countywide [1] 8/23
couple [2] 10/12 31/15
court [58]
Court's [4] 25/14 25/21 31/25 47/14
Courthouse [1] 1/20
Courtroom [1] 1/19
Courts [1] 44/22
coversheet [1] 19/14
currently [1] 17/18

**D**

dangerous [1] 30/17
Daniel [2] 18/22 18/24
data [1] 11/4
day [4] 16/9 22/5 22/10 33/25
days [4] 22/9 38/10 38/13 38/14
deadline [2] 33/23 42/18
deal [1] 17/19
dealing [1] 29/16
decision [4] 25/14 27/25 42/8 42/8
decisions [2] 24/19 42/9 42/11
defeats [1] 41/18
defect [5] 25/12 26/8 26/10 26/12 29/8
defer [1] 4/14
defined [1] 25/25
demand [1] 35/23
demanded [2] 6/3 32/25
demands [1] 29/6
democracy [1] 15/23
denied [1] 13/22
deny [3] 9/8 9/12 47/14
Department [4] 10/17 10/18 15/3 43/18
deposit [3] 25/2 26/11 42/17
depressing [1] 32/14
designed [1] 13/2
despite [1] 26/14
detail [1] 23/6
detecting [1] 40/12
determination [1] 47/14
determined [1] 25/6
did [7] 3/23 12/5 18/21 19/12 26/21
 38/20 38/22
didn't [1] 22/21
different [3] 21/3 27/20 28/23
differently [2] 37/12 37/15
difficult [1] 14/23
discovery [1] 46/9
discretion [8] 6/14 13/9 13/10 13/11

## D

discretion... [4] 15/8 16/13 35/2 35/2
dismiss [2] 31/21 45/18
dismissed [2] 29/10 29/12
dispute [1] 32/23
disputed [1] 46/2
disputes [1] 25/23
disregard [1] 33/9
district [8] 7/19 9/8 27/9 28/7 28/14
 35/22 36/19 36/22
districts [14] 5/8 5/9 7/4 7/14 7/19 8/8
 8/9 8/13 9/7 23/4 26/24 27/6 28/13 35/16
disturbing [1] 32/21
divest [1] 26/12
divesting [1] 42/19
division [2] 1/4 6/3
DNC [3] 20/24 29/20 29/22
do [26] 8/21 9/2 10/7 13/14 13/15 14/23
 15/12 15/16 15/16 15/20 16/12 17/2 17/4
 18/21 19/12 21/23 28/12 30/24 31/12
 36/10 38/8 39/13 44/19 45/17 45/19
 46/11
docket [1] 17/16
docketed [1] 41/9
documents [2] 3/17 45/16
does [4] 12/13 19/20 21/17 21/18
doesn't [6] 8/14 8/15 8/20 9/16 12/12
 20/8
dollar [12] 6/7 8/5 19/24 25/2 25/3 25/9
 26/11 32/23 33/2 33/5 33/16 33/17
dollars [11] 6/4 6/6 19/23 20/3 20/4 20/4
 25/7 32/24 33/7 33/10 46/4
Dominion [1] 20/18
don't [18] 4/23 7/12 7/24 9/3 9/21 10/10
 14/19 16/15 24/6 29/20 30/13 31/15
 33/14 33/21 36/12 38/9 38/18 39/24
Donald [4] 2/7 14/18 20/25 24/16
done [9] 8/7 14/24 39/22 39/22 40/4
 40/10 40/15 43/16 45/11
doubt [1] 38/5
down [2] 24/5 37/19
DRE [5] 11/15 11/16 11/20 37/14 37/14
DRE's [1] 37/11
due [1] 44/19
duty [1] 13/5

## E

each [1] 6/3 30/10 45/25
earlier [2] 17/7 31/7
easier [1] 11/20
easily [1] 39/3
easy [3] 11/18 14/15 16/2
effort [1] 11/11
eight [7] 5/7 5/20 17/14 18/22 18/25
 19/16 20/4
either [5] 19/23 21/7 26/10 27/6 36/3
Elect [3] 2/7 24/15 24/16
elected [1] 19/21
election [59]
ELECTIONS [10] 1/10 6/14 13/9 16/13
 19/11 29/14 32/16 33/18 34/18 38/17
electors [6] 2/8 5/19 5/22 9/17 24/15
 29/3
electronic [1] 21/21
eleven [1] 39/5
else [2] 44/15 47/2
emails [3] 10/22 20/24 20/25
encompassed [1] 34/7
end [1] 21/10
enormous [1] 11/10
enough [2] 21/15 43/3
ensure [1] 16/5
entire [7] 7/5 9/18 20/14 36/11 36/17

entirely [1] 25/24
Entitled [1] 27/12
environments [1] 6/15
equal [5] 27/14 28/4 28/6 37/20 37/22
equipment [1] 13/19
erased [1] 21/9
error [3] 5/23 21/14 25/6
especially [1] 23/2
ESQUIRE [5] 2/3 2/4 2/5 2/7 2/10
esteemed [1] 3/18
et [3] 1/7 8/6 36/24
even [20] 8/22 14/6 14/19 14/25 16/14
 23/14 23/21 27/4 27/19 28/11 28/13
 29/25 30/9 30/13 30/14 39/6 42/16 43/4
 43/13 43/20
evening [1] 40/7
event [1] 38/14
ever [3] 9/25 33/14 39/24
every [15] 5/20 9/17 19/13 20/2 27/15
 32/18 35/22 35/22 36/15 36/19 37/7
 37/25 41/21 44/3 44/3
everybody [1] 38/3
everyone [2] 18/10 46/25
everything [1] 45/18
evidence [6] 11/6 15/6 15/25 20/18 24/3
 48/5
exactly [3] 28/9 37/18 38/2
excess [2] 6/7 33/2
exclusive [1] 26/5
exercise [1] 28/5
exhibit [1] 10/19
exist [1] 26/21
expedition [2] 21/25 42/2
expert [2] 20/18 24/4
experts [6] 14/14 14/23 15/11 15/15
 15/16 46/20
extended [1] 25/25
extraordinary [2] 7/20 15/24
extremely [1] 11/17
eyes [1] 12/22

## F

face [3] 32/16 25/11 31/19
fact [6] 13/4 17/17 43/3 43/12 44/12
 45/17
factor [1] 21/16
failed [2] 20/9 45/8 45/17
failure [4] 26/10 42/18 44/21 45/13
fair [2] 23/13 41/24
fall [1] 37/19
fashion [1] 22/22
fatal [4] 25/12 26/9 26/12 29/8
favor [1] 14/22
federal [5] 23/2 27/11 28/19 29/13 29/13
fee [11] 6/3 6/5 6/12 8/5 25/4 25/11
 32/25 36/23 45/7 46/2 46/3
fees [8] 3/20 6/10 19/20 19/22 33/4 33/5
 45/9 45/16
feet [1] 45/11
Ferrett [2] 25/16 26/8
few [2] 27/2 27/18
fifth [1] 22/10
fifty [15] 6/4 6/7 8/5 19/23 20/4 25/2
 25/7 25/8 32/23 32/24 33/2 33/5 33/10
 33/17 46/4
file [8] 7/18 19/23 23/18 33/23 33/24
 45/7 45/8 45/15
filed [6] 8/4 10/11 19/10 20/5 33/23
 38/15
filing [7] 19/14 19/20 20/12 25/10 26/9
 33/4 34/2
final [1] 46/14
finally [2] 22/23 43/21

finding [1] 25/4
firm [1] 24/20
firm [1] 39/4 39/7
firmware [2] 39/4 39/7
first [11] 10/15 11/13 13/25 16/2 25/14
 29/7 32/11 32/13 37/4 39/25 42/7
fishing [2] 21/25 41/25
five [5] 14/22 22/5 22/9 28/2 38/13
five-day [1] 22/5
Flood [1] 41/10
Florida [1] 27/17
follow [1] 8/15
following [1] 16/10
FOLLOWS [1] 2/2
force [1] 21/25
foreign [4] 10/22 15/4 16/4 29/19
forensic [4] 13/15 13/18 23/22 34/7
form [1] 38/14
forth [5] 6/8 26/4 30/12 33/10 44/17
forward [6] 5/7 16/19 17/16 20/11 35/16
 36/22
FORZATO [5] 2/5 17/2 22/3 24/9 41/2
founded [2] 25/24 41/17
founders [1] 12/2
franchise [1] 28/4
fraud [2] 12/25 25/6
fraudulent [1] 39/7
front [1] 22/20
fulfill [1] 36/23
full [1] 23/12
fully [1] 48/5
functions [1] 12/20
further [9] 10/4 20/8 26/13 30/19 41/2
 42/4 44/20 44/25 45/22
Furthermore [2] 28/16 30/4

## G

GADDY [1] 1/7
general [4] 24/17 25/25 28/22 32/14
generally [1] 21/19
gentleman [1] 23/5
get [5] 19/7 19/8 21/25 42/7 46/12
gets [3] 20/17 24/2 39/17
give [4] 4/12 17/9 24/11 45/21
given [2] 15/7 31/10
gives [2] 44/2 45/17
GLEN [1] 1/7
go [9] 5/15 12/12 12/16 18/5 22/20 23/18
 30/18 35/3 42/22
goes [4] 21/2 25/7 25/9 26/19
going [8] 17/6 19/18 22/8 23/3 23/6
 26/25 28/14 46/8
GOLDSTEIN [11] 2/10 4/3 17/25 22/8
 24/11 30/24 31/2 31/10 31/14 44/25 45/2
Goldstein's [1] 24/20
gone [1] 44/11
good [2] 4/18 25/15
Gore [9] 27/11 27/24 28/16 28/25 37/2
 37/8 37/11 37/16 38/7
got [1] 23/10
gotten [1] 5/14
government [2] 10/22 29/19
granted [3] 4/5 28/5 40/24
grateful [1] 31/4
great [1] 18/8
Green [1] 5/4
grounds [1] 27/5

## H

hac [2] 3/5 3/24 4/6 18/4 18/16 45/4
hack [3] 11/20 11/21 16/3
hackable [1] 39/24
hacked [9] 10/22 20/21 20/24 20/25 21/5
 21/7 29/20 38/18 39/3

hackers [2] 11/3 11/7
hacking [3] 11/18 14/8 30/12
had [13] 10/10 19/10 19/22 27/2 27/4
  33/14 41/20 43/15 44/9 45/6 45/7 46/25
  47/11
Halderman [4] 10/19 11/24 19/6 38/19
Halderman's [1] 21/16
hand [1] 17/6
handed [1] 17/7
handful [1] 7/7
happen [1] 31/7
happened [1] 21/20
happening [3] 28/10 33/12 35/20
happens [2] 35/19 46/9
happy [1] 33/7
harbor [3] 28/19 29/7 29/13
hard [3] 14/24 14/25 15/12
harmonize [1] 36/8
Harri [1] 12/4
has [26] 3/20 10/16 10/18 10/22 12/19
  13/9 13/9 13/21 13/21 13/22 15/6 15/8
  16/13 20/25 21/21 23/3 24/25 30/15
  33/15 34/25 35/2 37/9 41/15 44/17 44/19
  45/11
have [90]
having [2] 28/5 37/7
he [22] 3/18 3/20 20/23 21/6 21/17 21/17
  21/18 21/19 21/21 24/4 29/7 29/25 30/2
  30/8 31/18 38/24 43/10 45/5 45/6 45/7
  45/8 45/9
headquarters [1] 39/19
hear [6] 3/11 4/23 4/24 10/4 18/21 38/4
heard [5] 4/13 24/11 39/9 46/16 47/10
hearing [2] 32/18 47/12
held [2] 12/19 35/9
here [18] 5/3 5/13 6/14 12/21 16/17
  20/16 21/16 25/15 28/10 31/5 31/7 31/18
  31/20 35/4 35/9 35/14 38/23 42/23
hereby [1] 48/4
hesitate [1] 42/22
Hillary [1] 14/19
him [2] 23/7 41/18
his [5] 3/20 20/23 21/20 39/2 43/10
historical [1] 27/24
Homeland [3] 10/18 15/3 43/18
Honor [42] 4/2 4/8 4/19 5/2 7/11 7/25
  10/10 12/7 16/13 17/4 18/2 18/12 18/19
  21/24 22/24 24/14 24/23 25/13 25/21
  26/17 26/21 27/4 27/17 29/17 30/4 31/2
  32/6 40/20 41/3 42/2 42/6 43/21 44/23
  45/2 45/24 46/23 47/5 47/6 47/7 47/8
  47/19 47/21
Honor's [1] 10/14
HONORABLE [1] 1/22
hope [1] 45/18
hours [1] 45/5
how [2] 14/15 14/15
human [3] 12/22 34/18 34/23
hundred [14] 5/6 6/4 16/18 19/24 20/3
  20/4 22/25 23/7 25/3 26/11 28/13 33/7
  33/24 46/20
hundreds [1] 9/9
hurdle [1] 19/8
Hursti [4] 12/4 38/19 38/22 38/23

**I**

I'm [4] 17/6 24/14 27/17 31/4
I-phone [1] 11/22
idea [1] 33/9
if [37] 3/22 6/16 8/17 8/22 8/22 8/24
  10/10 17/6 17/12 20/3 20/4 20/12 20/17
  21/13 22/17 22/18 23/2 23/8 24/2 24/5

ignores [1] 44/15
ILANN [1] 2/3
Illinois [1] 11/4
imagined [1] 7/16
impellent [1] 13/5
important [9] 10/13 11/11 15/23 19/19
  20/16 40/17 41/14 46/15 46/17
importantly [1] 41/20
imposed [1] 33/6
imposition [1] 7/22
impossible [4] 9/21 9/25 35/21 37/5
in [168]
inadequate [1] 16/16
include [2] 7/3 8/13
inconceivable [1] 7/15
incorporate [1] 29/10
incorrect [1] 39/10
incredible [2] 33/12 35/13
indeed [1] 15/10
independently [1] 19/21
individual [1] 8/19
individuals [1] 21/8
infiltrated [1] 11/3
inform [1] 10/13
information [2] 12/3 40/17
initial [1] 28/3
initially [1] 40/5
inquire [1] 3/22
inside [1] 46/12
install [1] 7/17
integrity [1] 46/21
Intelligence [1] 10/18
intent [1] 36/9
intention [1] 9/22
interestingly [1] 43/3
interfere [4] 10/23 11/11 14/16 15/4
interference [5] 10/17 11/18 15/6 16/4
  40/12
interfering [2] 14/7 40/15
internet [8] 14/6 14/14 26/21 30/9 39/11
  39/15 39/18 43/12
interpretation [1] 37/5
into [7] 11/20 11/21 17/15 39/17 39/18
  39/21 42/23
introduce [1] 3/19 18/15
invited [1] 41/22
involved [1] 41/24
Iowa [1] 44/14
irrelevant [1] 44/16
is [145]
isn't [2] 7/23 12/10
isolated [1] 7/6
issue [13] 6/18 14/2 17/20 22/11 22/15
  26/18 28/23 29/17 29/24 30/20 33/17
  34/6 44/16
issued [1] 30/8
issues [3] 10/4 17/3 47/13
it [99]
item [1] 25/10
its [3] 22/16 28/5 29/21
itself [1] 21/10

**J**

Jill [1] 5/3
job [1] 36/12
John [1] 20/24
JONATHAN [1] 2/10
Jones [1] 41/8
JUDGE [2] 1/22 25/22
jurisdiction [8] 22/20 25/22 26/13 26/16
  42/13 42/14 42/20 44/20

just [28] 5/10 6/20 7/19 13/11 14/15
  14/20 16/5 16/15 16/21 22/2 22/4 23/15
  24/25 26/10 28/10 30/5 30/20 32/13
  32/20 34/18 34/19 35/16 38/18 39/10
  39/21 40/10 46/8 46/11

**K**

kind [1] 40/13
knew [1] 14/6
know [20] 7/7 10/10 10/12 10/17 10/25
  11/2 11/10 11/14 14/4 14/9 14/19 16/3
  16/7 20/17 21/20 23/17 36/12 37/8 45/5
  46/22
knowledge [1] 13/23
knows [2] 12/7 21/24

**L**

Laboratory [1] 12/3
laid [2] 14/14 45/14
language [3] 8/12 36/6 36/9
largely [1] 14/4
last [1] 29/20
later [2] 28/6 38/13
law [19] 7/23 8/14 8/15 8/25 9/21 9/22
  16/10 16/12 20/10 22/2 25/15 25/23
  26/14 26/15 28/15 42/12 44/9 45/5 45/6
LAWRENCE [3] 2/4 2/7 24/14
lay [1] 45/10
Leadbetter [2] 25/17 25/22
leading [3] 11/24 12/5 38/20
learned [2] 31/17 31/24
learning [1] 32/19
least [2] 11/8 40/4
leave [1] 19/5
leaves [1] 46/14
legal [2] 4/11 47/2
legitimate [1] 41/25
length [1] 26/4
let [6] 6/20 10/6 30/14
let's [2] 36/17 37/25
letter [2] 34/17 35/3
light [1] 17/17
like [10] 18/20 22/23 24/11 26/17 30/5
  32/3 36/13 36/14 38/4 42/22
limited [2] 12/11 12/22
limits [1] 25/25
listed [2] 3/19 18/15
litigated [1] 13/23
little [2] 17/13 42/22
local [1] 44/4
long [1] 42/12
long-standing [1] 42/12
longer [2] 31/16 31/22
look [2] 12/9 28/10
looked [1] 29/20
looking [2] 40/5 40/11
Lopresti [2] 12/2 18/23
lot [2] 40/16 45/10

**M**

MAAZEL [13] 2/3 3/17 4/20 4/21 4/22
  17/24 29/17 32/3 42/24 43/14 44/12 45/4
  45/21
Maazel's [1] 26/14
machine [14] 11/21 12/6 12/22 14/20
  21/18 34/19 34/20 34/23 38/21 38/22
  40/8 40/16 46/10 46/13
machine's [1] 39/4
machines [33] 11/15 11/15 11/16 13/16
  14/10 14/16 14/24 15/25 16/16 20/13
  20/20 20/21 21/9 21/22 23/23 23/25 24/5
  29/18 29/21 30/5 30/6 34/19 37/14 37/15
  38/17 39/7 39/11 39/12 39/21 39/23 40/5

**M**

machines... [2] 43/11 43/19
made [11] 6/16 24/25 27/23 28/17 31/6
31/17 31/24 32/9 34/2 41/18 43/22
magically [1] 21/9
make [16] 5/11 9/10 9/24 13/3 13/12
15/21 16/14 22/23 30/25 31/16 39/9 40/3
42/22 43/7 45/9 45/21
makes [3] 20/15 30/2 37/5
making [2] 15/23 23/21
malware [6] 11/17 21/9 24/6 30/12
39/17 40/12
management [4] 14/12 39/14 39/18 40/7
Manhattan [1] 3/18
manipulated [1] 24/2
manner [1] 28/5
many [3] 32/8 37/10 39/22
materials [2] 33/22 34/3
matter [4] 3/18 44/5 44/20 45/18
mattered [1] 16/8
matters [2] 18/16 24/21
may [6] 17/6 17/11 28/6 29/19 31/8
31/22
maybe [3] 14/21 14/21 17/19
McCracken [7] 12/15 12/18 15/8 26/15
34/12 41/6 41/12
me [6] 6/20 9/20 10/6 24/21 46/14 48/6
mean [6] 7/5 8/14 8/18 9/3 9/20 14/9
meaningless [2] 46/6 46/7
means [6] 8/3 26/5 36/17 36/21 37/8
37/9
measure [1] 16/5
media [1] 15/12
meet [4] 27/2 33/4 42/19 45/14
member [1] 3/18
mere [1] 21/14
MESZAROS [1] 48/11
met [3] 6/16 33/16 42/15
methods [1] 27/22
Michael [1] 2/8
Michigan [2] 35/20 44/14
Mike [1] 24/16
minds [1] 43/20
mine [1] 43/11
minute [1] 37/19
Miss [1] 6/10
moment [2] 17/10 19/8
Monday [1] 22/11
MONTGOMERY [22] 1/3 1/10 1/20 2/6
5/6 5/23 8/24 11/16 11/21 12/8 13/15
14/13 15/20 16/6 16/6 16/19 27/6 29/21
30/5 30/14 41/21 46/22
MOORE [1] 1/22
more [13] 5/21 5/24 6/12 13/5 15/23
23/6 28/3 32/24 38/25 46/2 46/3 46/3
46/11
most [5] 11/11 16/21 35/18 41/19 46/15
motion [9] 3/4 3/8 3/14 3/21 4/5 18/4
31/14 31/21 31/25
move [3] 17/16 33/20 34/4
moved [1] 19/2
moving [1] 4/10
Mr [24] 3/7 4/2 4/3 4/21 4/22 17/23
17/24 17/25 18/2 18/12 21/2 24/13 26/14
29/17 30/24 31/2 31/10 31/14 31/24 42/3
42/5 42/24 47/8 47/20
Mr. [26] 3/17 4/9 4/20 11/24 12/2 21/16
22/8 23/5 24/10 24/11 24/20 30/23 31/6
32/3 38/19 38/19 38/22 38/23 39/9 42/24
43/14 44/12 44/25 45/4 45/21 46/5
Mr. Goldstein [3] 22/8 24/11 44/25
Mr. Goldstein's [1] 24/20
Mr. Halderman [2] 11/24 38/19

**M**

Mr. Halderman's [1] 31/16
Mr. Hursti [3] 38/19 38/22 38/23
Mr. Lopresti [1] 12/2
Mr. Maazel [8] 3/17 4/20 32/3 42/24
43/14 44/12 45/4 45/21
Mr. Otter [1] 4/9
Mr. Tabas [5] 23/5 24/10 30/23 31/6
39/9
Mr. Tabas' [1] 46/5
Ms [4] 16/25 22/3 24/9 40/25
much [7] 6/11 23/6 33/15 45/10 45/19
46/3 46/3
multiple [1] 12/23
municipalities [1] 23/9
must [6] 6/16 8/3 12/17 27/14 33/9
33/11 36/10
my [4] 3/17 3/21 13/23 31/24

**N**

national [1] 36/9
nature [1] 45/8
necessary [2] 7/16 35/4
need [11] 33/4 33/20 33/24 34/4 35/23
36/19 36/22 40/22 45/18 46/11 46/12
needs [1] 37/17
neither [1] 41/15
nerve [1] 39/19
never [2] 9/5 15/25
New [2] 3/19 31/17
newspaper [1] 41/23
NICOLE [1] 2/5
night [1] 21/10
nine [7] 6/4 7/14 7/18 9/6 20/3 33/6
35/16
ninety [1] 28/12
ninety-one [1] 28/12
no [33] 1/7 3/25 4/2 4/3 5/16 6/14 7/21
7/24 8/18 12/8 12/8 13/14 13/20 13/21
13/22 15/9 20/15 25/6 26/14 26/15 30/18
31/22 33/13 35/25 35/25 36/11 37/20
40/2 43/19 47/5 47/6 47/7 47/8
nor [2] 19/2 41/15
Norristown [1] 1/20
not [63]
not speak [1] 21/18
notarization [2] 8/6 36/24
notarized [1] 5/22
notes [1] 48/6
nothing [3] 15/23 36/18 47/2
noticed [2] 3/4 18/4
November [1] 1/17
now [5] 5/13 18/17 27/19 33/3 39/9
number [7] 3/3 15/14 17/16 18/4 18/5
18/15 26/8
numbers [2] 12/12 13/11
numerous [1] 44/8

**O**

object [3] 8/17 8/24 36/13
objection [4] 3/25 4/3 8/18 36/12
objections [2] 3/24 17/8
obligation [4] 16/14 19/23 23/2 23/11
obstacle [1] 37/11
occurring [1] 19/12
October [1] 30/7
October 20th [1] 30/7
offer [1] 31/25
office [4] 7/4 8/14 26/25 29/2
offices [1] 11/7
official [5] 19/11 19/21 41/20 43/23
48/12
on [47] 5/3 5/13 5/15 6/10 10/4 12/5
12/24 13/25 14/13 15/20 16/8 17/2 17/3
17/5 18/4 18/15 19/13 19/14 20/22 21/2

21/9 21/15 23/16 24/6 24/16 24/18 24/19
24/25 25/11 26/3 27/12 28/6 30/7 30/19
31/18 31/20 31/23 31/23 33/7 33/23
33/25 34/2 34/10 38/5 38/16 41/18 45/16
once [1] 28/5
one [28] 5/20 6/5 6/6 9/15 9/15 11/24
12/2 14/22 16/20 17/15 17/16 19/13
19/22 19/24 20/2 24/25 25/3 26/11 28/7
28/12 34/9 39/21 40/2 43/13 44/4 44/4
45/25 46/20
only [12] 9/15 10/11 12/16 13/11 16/4
19/15 20/12 29/2 30/16 33/10 40/3 42/14
open [5] 41/20 41/23 46/18 46/19 46/19
operation [1] 39/20
opinion [3] 20/7 22/4 25/16
opportunities [2] 44/9 44/10
opportunity [6] 4/12 24/12 31/4 45/21
46/25 47/11
opposing [2] 31/11 34/9
or [34] 1/14 7/3 8/8 8/10 11/2 14/7 14/20
14/22 19/24 20/4 21/7 21/8 24/2 24/6
24/11 24/11 25/2 25/6 25/20 26/11 26/23
26/24 27/6 28/22 29/19 31/20 36/4 37/11
38/13 39/17 42/17 44/14 44/14 44/15
order [5] 8/20 33/4 35/23 36/20 47/16
ordered [1] 8/17
origin [1] 25/24
original [2] 19/6 33/20
originally [1] 5/14
other [23] 3/12 3/19 3/23 4/12 4/24 9/17
14/23 21/8 24/25 27/22 29/16 30/10
31/22 33/16 34/4 34/14 36/12 37/2 37/14
42/11 42/21 45/10 45/12
others [1] 37/14
OTTER [4] 2/4 3/7 4/9 18/2
ought [1] 21/4
our [27] 8/18 10/11 11/2 11/12 12/19
15/5 15/23 16/23 17/9 20/7 20/13 20/18
20/19 20/19 20/19 21/7 21/18 23/23 24/4
31/17 31/21 34/14 41/7 41/23 41/24
43/19 46/17
out [6] 14/14 22/16 25/8 34/20 39/20
45/15
outcome [1] 25/19
outpouring [1] 5/10
over [11] 5/6 7/14 7/17 7/18 9/6 16/18
16/20 19/7 28/8 35/14 44/20
own [1] 43/20

**P**

P-O-O-R-V-I [1] 18/23
p.m [2] 1/17 47/22
PA [3] 41/6 41/9 41/10
paid [8] 3/20 6/10 6/11 16/20 32/24
32/25 33/15 46/2
paper [4] 12/8 12/9 27/21 40/2
papers [4] 11/2 11/2 12/19 34/14
paragraph [2] 39/2 39/5
part [1] 11/9
particular [6] 11/16 24/22 30/2 30/20
43/6 44/11
parties [1] 47/3
parts [1] 31/21
party [10] 2/8 2/10 4/10 5/4 24/17 32/15
35/13 37/23 44/3 45/11
Party's [1] 38/4
passed [1] 27/15
patent [1] 21/21
PAULA [1] 48/11
pay [7] 6/3 15/15 33/4 33/7 33/10 33/11
45/7
peer [3] 12/5 38/20 38/23
Pence [2] 2/8 24/16
PENNSYLVANIA [34] 1/3 1/20 2/9 7/6

Case 2:16-cv-06287-PD   Document 162-14   Filed 03/24/19   Page 146 of 149

**P**

PENNSYLVANIA... [30] 7/13 7/15 7/18
9/4 9/16 9/18 10/2 11/15 13/18 15/21
16/7 21/17 24/15 24/18 24/20 25/15
28/20 29/9 30/6 30/14 34/24 36/5 40/20
42/10 43/11 44/13 44/17 44/22 45/6 45/6
Pennsylvanian [1] 12/15
people [7] 5/11 7/17 9/6 14/6 36/19 46/6
46/19
per [1] 8/5
perceive [1] 10/7
percent [5] 14/21 14/22 22/25 23/7
46/21
perhaps [2] 4/11 16/14
period [1] 35/15
permission [2] 3/5 25/22
person [2] 16/9 34/21
person's [1] 28/8
petition [15] 1/14 5/14 5/24 8/3 10/20
18/16 23/10 25/12 29/9 31/19 33/20
40/24 42/25 45/8 45/9
petitioner [4] 25/9 29/15 33/15 41/5
petitioner's [1] 33/8
petitioners [8] 2/4 19/25 20/22 26/9
43/15 44/9 45/14 45/25
petitioners' [1] 6/11
petitions [12] 4/10 5/5 6/6 17/14 18/15
18/22 18/25 19/14 19/17 22/5 38/15
47/15
petitions' [1] 11/2
phone [1] 11/22
pick [2] 23/9 28/20
picked [5] 27/18 27/18 27/19 28/10 43/5
picking [4] 26/20 28/21 37/3 43/5
place [5] 14/11 14/12 16/2 39/13 39/25
placed [1] 32/16
plain [1] 38/14
PLEAS [2] 1/2 41/15
pled [1] 27/5
plus [1] 28/13
Podesta's [1] 20/24
point [17] 3/2 13/25 18/14 20/17 22/24
23/22 24/3 24/10 24/25 27/12 30/21
41/18 42/21 46/5 46/15 46/25 47/3
points [2] 24/24 32/8
poles [1] 21/3
political [2] 44/3 44/4
Poorvi [1] 18/23
position [4] 3/11 38/5 38/7 47/2
possibility [1] 14/7
possible [2] 32/16 32/18
possibly [2] 9/3 21/19
post [1] 26/10
power [3] 16/13 35/3 41/16
precinct [2] 8/5 9/15
precincts [5] 5/8 5/20 5/21 7/7 35/8
precious [1] 16/21
preliminarily [2] 6/21 17/20
preliminary [3] 3/4 17/8 17/13
prerequisites [1] 5/17
present [2] 24/3 44/6
presented [2] 47/3 47/11
president [11] 2/7 2/8 7/8 24/15 24/16
25/17 27/7 28/17 28/24 29/2 35/10
President-Elect [2] 2/7 24/15
presidential [5] 5/4 5/5 11/9 28/18 29/14
press [3] 14/17 34/19 46/7
prevent [1] 32/17
Princeton [1] 12/4
pro [6] 3/5 3/24 4/6 18/4 18/16 45/4
probably [3] 30/18 36/13 41/19
procedural [1] 24/24
procedures [1] 44/17

proceeding [6] 17/11 17/16 20/8 23/16
26/13 29/15
proceeding [5] 17/18 22/17 22/19 25/18
46/16
proceedings [3] 19/4 47/22 48/5
process [9] 10/16 10/24 11/11 15/5 15/7
41/23 44/11 46/17 46/18
propagation [1] 39/8
proper [2] 3/20 45/9
proposition [2] 36/2 41/14
protected [1] 28/3
protection [6] 27/14 28/4 28/15 37/10
37/21 37/22
prothonotary [3] 6/3 19/20 32/25
prothonotary's [2] 25/4 25/10
provided [1] 43/24
provides [1] 20/19
provision [1] 26/22
provisions [2] 26/4 34/8
public [3] 30/8 43/8 43/9
published [1] 41/22
Purdon's [1] 6/23
purpose [3] 16/11 34/24 41/25
put [4] 21/8 23/11 24/5 26/22
Putin [1] 21/2

**Q**

qualified [2] 5/19 5/21
question [7] 5/16 7/5 8/14 22/25 26/19
38/9 38/16
questioned [1] 38/10
quickly [1] 32/9
quite [2] 31/3 35/13
quote [5] 10/21 10/23 39/3 43/10 46/17
quoting [2] 10/19 12/21

**R**

race [3] 5/5 10/2 35/10
raise [1] 35/10
raised [2] 26/19 29/17
raising [3] 22/11 22/15 29/18
rationale [1] 20/23
Re [1] 38/11
read [2] 8/23 24/7
reading [3] 9/21 9/22 36/3
ready [1] 15/19
really [9] 12/12 16/4 32/14 33/12 35/12
37/16 40/3 40/22 45/13
reason [5] 6/9 6/11 15/10 41/13 41/16
reasons [2] 40/19 40/23
recalls [1] 27/18
recanvass [18] 1/14 5/9 6/15 6/17 7/3
8/9 8/10 9/25 20/13 23/16 25/7 25/20
26/23 29/9 29/24 42/25 46/8 47/15
recanvassing [1] 9/14
receive [1] 16/9
recently [1] 10/11
recognized [2] 27/11 28/25
recomputing [1] 12/12
record [2] 43/8 43/9
recount [49]
recount/recanvass [1] 47/15
recounts [3] 8/12 9/10 9/14
refer [1] 25/14
reference [4] 26/14 30/13 31/6 43/22
referenced [2] 19/16 25/18
references [2] 29/11 30/3
referencing [1] 27/25
regard [4] 3/3 4/10 25/13 47/16
registration [1] 11/3
regular [1] 33/24
reinforced [1] 30/6
relating [1] 29/18
relationship [1] 21/2

relief [3] 4/24 45/21 46/22
relying [1] 20/22
remedial [2] 12/25 16/11
remotely [1] 14/25
removable [1] 15/12
reporter [2] 17/10 48/12
represent [1] 15/13
Republic [1] 24/17
Republican [8] 2/8 2/10 24/18 32/15
35/13 37/23 38/4 45/11
request [7] 9/7 9/18 16/19 16/22 16/23
40/24 43/4
requested [1] 9/14
requesting [2] 5/8 10/8
requests [1] 3/3
require [2] 7/13 15/10
required [4] 5/25 6/12 46/2 46/3
requirement [12] 6/7 9/4 22/25 25/2 25/4
29/5 32/23 33/2 33/5 33/17 35/21 42/19
requirements [5] 8/4 20/9 36/23 42/15
44/21
requires [5] 8/25 9/5 27/13 33/22 35/7
requiring [1] 26/23
research [2] 12/3 43/15
resolve [1] 25/23
respect [1] 44/19
respectfully [2] 16/22 38/24
respond [1] 32/3
response [2] 32/14
responsible [1] 16/5
rest [1] 31/23
restricted [1] 34/17
result [3] 21/10 26/6 29/14
results [2] 20/7 21/3
resume [1] 21/20
review [5] 12/5 34/7 38/20 38/23 47/12
reviewed [2] 43/15 44/9
right [15] 3/22 11/12 13/2 15/9 16/21
16/22 22/13 28/2 28/5 28/20 35/17 37/21
40/23 44/5 44/7
rights [2] 9/12 44/10
Rinaldi [4] 25/16 26/7 34/11 42/7
robot [2] 32/16
rose [1] 31/18
running [1] 28/22

**S**

safe [3] 28/19 29/6 29/13
said [13] 10/19 10/21 13/4 13/8 15/7
29/10 30/15 33/16 33/19 34/24 38/17
38/23 43/10
same [7] 14/11 27/16 29/24 37/18 38/2
39/13 48/7
satisfied [1] 5/17
satisfy [1] 38/6
save [1] 23/7
say [8] 12/24 21/2 21/6 26/3 34/16 37/9
44/18 46/16
saying [1] 35/14
says [7] 8/12 9/5 21/17 21/20 36/18
38/24 38/25
scan [1] 37/11
scientist [1] 40/10
scientists [1] 11/25
scope [1] 10/7
searched [1] 24/2
searches [1] 43/19
second [3] 11/14 18/20 42/24
secretary [4] 30/7 30/15 43/9 43/17
section [9] 8/3 8/23 25/5 27/3 27/13
28/2 29/25 29/25 35/7
security [4] 10/18 15/3 43/16 43/18
see [4] 10/10 15/9 33/21 36/18
seek [3] 9/9 37/5 37/22

seeking [1] 32/17
seen [6] 9/5 9/23 13/24 33/14 35/25 44/10
select [1] 27/2
Senate [3] 7/9 28/23 35/11
send [1] 39/20
SENIOR [1] 1/22
sense [2] 20/15 23/21
separate [3] 5/8 25/3 25/10
Sequoia [2] 21/18 38/22
seriously [1] 37/23
serving [1] 24/21
set [6] 4/11 6/7 14/21 26/4 33/10 44/17
seven [3] 7/17 9/6 35/14
seventy [7] 5/7 5/20 17/14 18/22 18/25 19/16 20/4
seventy-eight [7] 5/7 5/20 17/14 18/22 18/25 19/16 20/4
several [1] 17/5
shall [2] 7/3 8/12
she [3] 24/25 25/17 26/3
short [1] 35/15
should [15] 8/9 15/25 17/14 21/4 22/16 29/10 29/11 29/15 30/18 32/13 33/19 37/23 38/24 39/25 44/13
shut [1] 24/5
side [3] 8/18 33/16 37/2
sign [1] 47/15
signed [1] 19/24
simple [1] 45/14
simplest [1] 39/16
since [2] 19/2 42/23
single [12] 9/8 9/17 19/13 20/2 27/15 32/18 35/22 35/23 36/19 37/25 39/6 44/3
situation [1] 43/6
situations [1] 27/14
sixty [1] 6/4
sixty-nine [1] 6/4
slightest [1] 40/15
so [44] 5/3 6/9 6/11 8/7 9/14 10/9 11/10 16/2 16/3 16/10 16/15 17/15 18/16 22/9 22/11 23/6 23/12 23/18 23/20 25/11 26/7 27/14 29/7 29/25 30/11 30/12 30/18 31/21 31/23 33/17 35/25 36/16 37/20 39/16 39/23 40/19 41/11 41/17 43/4 44/8 45/19 46/3 46/20 46/27
software [6] 15/11 20/19 40/6 40/11 46/9 46/19
solely [1] 42/14
solicitor [2] 26/19 43/22
solicitor's [2] 24/24 29/11
some [14] 5/20 14/20 21/8 24/5 27/20 27/21 27/21 27/22 29/19 32/11 37/10 37/13 37/13 40/13
somebody [1] 28/22
someone [2] 24/5 46/7
something [3] 21/22 40/14 46/17
sometimes [1] 37/3
somewhat [1] 32/14
somewhere [2] 21/25 44/15
soon [1] 15/17
sought [1] 8/8
speak [3] 21/18 21/18 23/6
speaks [2] 20/23 21/19
special [1] 21/8
specifically [1] 41/17
speculation [2] 21/14 21/15
speculative [2] 20/23 21/11
spyware [2] 21/8 24/6
squarely [2] 12/19 13/24
staff [1] 21/7
stand [2] 41/14 46/11
standards [1] 27/2
standing [2] 24/19 42/12
stark [1] 14/14
start [3] 15/17 17/12 19/9
state [24] 3/11 7/5 7/13 7/14 7/18 9/4 9/13 9/18 15/21 21/24 24/22 27/6 27/9 28/6 28/11 28/23 29/13 37/4 37/9 38/2 42/10 42/12 44/4 47/2
stated [1] 25/22
statement [2] 21/11 30/8
states [10] 3/23 11/5 11/8 27/8 27/8 27/10 27/12 28/2 28/18 28/25 29/3 29/6 35/11 35/18 43/18
statewide [11] 7/8 7/9 8/17 8/21 10/2 35/9 35/10 37/6 37/7 37/24 44/13
statute [19] 6/24 8/12 12/25 22/6 22/7 25/5 25/24 27/12 28/20 33/11 33/21 35/3 36/4 36/7 36/10 36/17 36/18 44/17 45/15
statutes [2] 19/15 23/15
statutory [10] 6/15 12/11 26/4 33/13 36/23 42/15 42/18 42/19 44/6 44/21
Stein [5] 5/4 6/10 15/14 16/20 33/6
step [3] 20/11 22/21 29/7
still [1] 25/15
stipulate [1] 37/24
stole [1] 11/4
stop [1] 32/19
stores [1] 29/21
strict [2] 34/17 35/3
strictly [1] 13/10
study [3] 12/5 38/20 38/23
subject [1] 10/16
submitted [1] 11/23
subset [1] 14/21
such [2] 14/8 36/3
sufficient [2] 19/7 27/5
suggest [2] 14/3 42/16
suggested [1] 21/4
summarized [1] 25/17
Sunday [1] 22/9
supersede [1] 28/19
supervision [1] 15/17
supply [1] 42/17
support [6] 5/5 5/11 10/20 33/13 33/25 36/11
supported [1] 11/22
supporting [3] 3/16 33/22 34/3
supports [2] 9/24 36/2
supposed [2] 22/10 22/20
Supreme [19] 12/14 12/21 13/4 13/8 15/7 16/11 24/20 27/10 27/23 27/24 34/12 34/13 34/14 34/23 38/12 40/20 41/7 41/7 42/9
sure [18] 3/15 4/16 5/11 9/10 10/5 10/9 13/3 13/12 15/21 15/24 16/14 17/11 27/18 31/9 31/16 32/7 34/10 40/3
surety [1] 19/25
system [5] 14/13 37/19 39/14 40/7 40/11
systems [2] 11/3 39/18

T

TABAS [16] 2/7 4/2 17/23 18/12 23/5 24/10 24/13 24/14 30/23 31/6 31/24 39/9 42/4 42/5 47/8 47/20
Tabas' [1] 46/5
tabulation [1] 41/21 43/23 46/6 46/12
tabulations [1] 44/6
take [2] 22/21 37/22
taken [2] 20/6 48/6
Taking [1] 20/11
talk [1] 7/2
talking [1] 35/9
tampering [1] 39/4
technical [2] 32/11 32/18
tell [2] 24/4 40/16
telling [2] 15/4 39/12
tells [1] 12/15
ten [1] 39/2
term [2] 18/5 18/15
terms [4] 14/15 19/21 28/6 32/22
than [15] 5/21 5/24 6/12 11/21 13/6 15/23 21/3 28/3 32/24 33/23 38/25 46/2 46/3 46/4 46/11
Thank [15] 4/7 4/25 18/18 24/8 24/13 30/21 30/22 32/5 42/2 44/22 45/19 46/23 47/17 47/18 47/20
that [215]
that's [21] 3/6 8/25 9/20 11/12 16/18 16/20 22/17 23/9 29/23 30/19 32/17 33/17 34/8 35/19 36/16 39/21 40/14 41/9 41/11 46/6 46/8
their [17] 5/9 5/11 5/24 9/9 9/10 16/7 32/19 37/5 37/16 37/21 37/22 38/6 43/19 43/20 44/10 46/22 47/2
them [9] 5/22 14/24 17/5 18/6 19/2 19/3 24/6 32/9 39/12
then [21] 3/11 4/11 4/23 8/23 13/8 19/13 21/2 22/19 25/16 26/17 29/16 34/5 36/17 36/25 37/6 37/9 37/23 39/5 39/20 41/10 43/21
there [31] 3/4 7/13 7/21 8/9 9/7 9/25 10/11 10/21 12/7 13/5 13/17 13/20 13/22 15/6 18/4 25/6 25/8 26/8 26/13 27/14 28/18 33/3 35/24 38/9 39/22 40/9 40/12 40/12 44/8 46/11 47/4
there's [21] 5/16 6/13 7/21 8/18 9/4 9/15 9/21 11/10 12/8 13/14 13/21 15/22 21/14 22/25 25/11 26/15 29/7 33/13 35/21 37/20 47/2
therefore [1] 22/16
these [37] 4/10 5/5 6/6 6/10 9/9 10/4 11/15 14/10 14/14 14/23 14/24 15/15 15/15 15/25 16/15 16/16 16/23 17/3 17/14 18/15 18/16 19/4 20/22 22/4 24/21 27/13 30/11 30/15 32/24 33/8 34/4 34/19 38/17 39/18 40/19 45/25 47/12
they [84]
thing [8] 11/13 11/14 14/8 15/12 18/20 19/22 20/12 39/16
things [1] 10/12
think [26] 5/16 7/12 8/2 8/2 9/3 9/21 10/13 12/14 13/25 14/17 16/4 17/17 29/21 32/20 33/14 34/13 36/13 36/21 38/9 38/14 38/24 39/10 40/17 40/20 46/15 46/25
thirty [2] 20/3 33/6
thirty-nine [2] 20/3 33/6
this [84]
thorough [1] 43/15
thoroughly [1] 47/12
those [24] 6/10 8/9 11/4 12/22 13/16 14/16 18/21 18/25 19/16 19/24 20/6 20/21 21/9 23/4 23/9 23/24 24/4 30/2 32/22 34/16 40/23 41/11 44/5
thousand [9] 6/5 7/14 7/17 7/18 9/6 9/6 16/21 35/15 35/16
three [10] 5/19 5/21 8/5 9/16 14/21 19/25 27/12 27/25 35/22 36/19
three percent [1] 14/21
through [3] 39/8 39/20 44/11
throughout [4] 7/17 9/13 9/17 24/22
thrown [1] 22/16
time [5] 24/22 34/2 34/3 35/15 42/24
timeliness [1] 38/9
timely [5] 19/3 22/4 22/21 38/15 45/16
timing [1] 22/12
Title [1] 27/25

**T**

today [4]  6/19 16/18 19/4 31/5
together [1]  28/23
told [1]  5/15
tomorrow [1]  15/18
too [2]  29/11 33/15
total [1]  6/5
totally [1]  44/16
touch [1]  15/14
touched [1]  23/25
touching [2]  39/6 40/7
transcript [1]  48/7
treasurer [1]  25/7
treat [1]  37/25
treated [4]  27/15 37/12 37/15 37/18
treatment [2]  28/7 28/14
tremendous [1]  40/9
tremendously [1]  19/19
tried [2]  24/5 45/9
Trump [4]  2/7 14/18 20/25 24/16
trust [2]  16/16 38/24
try [2]  21/25 32/9
trying [2]  15/4 23/15
turn [2]  32/10 32/23
turns [1]  25/8
twenty [10]  2/8 6/5 6/6 7/17 9/6 11/8
 16/20 35/14 38/10 38/13
twenty-one [3]  6/5 6/6 16/20
twenty-seven [3]  7/17 9/6 35/14
twice [1]  33/11
two [7]  5/6 6/4 16/18 19/15 42/9 42/10
 45/5
type [3]  24/6 27/13 37/13
types [2]  27/20 37/14
typically [1]  23/18

**U**

U.S [2]  7/8 10/24
unbelievably [1]  14/15
under [37]  5/17 5/25 6/13 6/23 12/11
 15/16 17/16 17/18 18/15 19/9 19/14
 19/19 19/23 20/12 22/6 22/7 22/17 22/19
 22/24 23/15 23/16 23/18 24/19 25/5 25/5
 28/20 29/8 29/24 34/8 35/4 36/4 38/10
 38/11 42/25 43/2 43/4 45/6
unequal [1]  28/14
unfortunately [2]  39/24 40/2
uninformed [1]  30/17
United [12]  10/23 27/8 27/8 27/10 27/12
 27/25 28/17 28/25 29/3 29/5 35/10 43/18
unless [1]  13/15
unnamed [1]  29/19
unsubstantiated [1]  30/13
up [5]  6/5 17/6 17/13 22/24 46/19
upheld [2]  40/22 44/22
upon [1]  25/24
us [7]  12/15 15/4 19/5 19/7 37/6 40/16
 45/17
use [4]  37/10 37/11 37/13 37/14
used [8]  11/15 11/16 12/6 16/2 27/21
 27/22 38/21 39/25

**V**

V-O-R [1]  18/23
valid [1]  39/8
value [1]  28/7
various [1]  27/20
verification [1]  3/20
verified [1]  5/22
verify [1]  3/21
versus [6]  25/16 26/7 27/11 27/24 28/16
 28/25
very [30]  3/10 4/4 4/22 10/13 12/6 14/14

15/25 18/3 18/13 20/23 24/8 25/1 30/22 33/15 35/8
31/16 32/2 34/22 38/21 40/17 40/25 41/4
42/3 44/24 45/14 45/19 45/20 45/23
46/17 46/24 47/9 47/17
via [1]  39/17
vice [9]  2/8 3/5 3/24 4/6 18/4 18/16
 24/16 29/2 45/5
Vice-President [1]  2/8
vindicate [3]  13/2 15/9 40/23
violated [1]  37/9
violates [1]  29/12
violation [3]  37/12 37/16 37/21
viral [1]  39/8
virus [1]  39/17
volunteers [1]  23/10
Vor [1]  39/17
vote [14]  5/9 6/15 9/14 11/12 12/20 14/7
 15/9 16/7 16/9 27/15 28/2 28/6 28/8 46/8
voted [2]  16/8 34/21
voter [5]  9/17 11/3 11/4 37/17 37/25
voters [21]  5/6 8/5 9/9 9/13 13/2 15/20
 16/5 16/6 16/18 16/23 32/17 32/19 32/24
 33/9 35/15 35/22 37/21 38/10 40/18
 40/23 46/22
votes [14]  5/11 9/10 13/3 13/7 13/12
 14/21 15/22 15/24 16/15 23/19 28/11
 32/20 40/3 46/22
voting [13]  13/19 14/18 14/19 20/20
 21/18 21/21 23/23 23/24 24/4 29/21 30/6
 38/22 43/11
vulnerability [2]  12/5 38/21
vulnerable [3]  11/17 16/3 16/16

**W**

W-A-L-L-A-C-H [1]  18/24
Wallach [1]  18/24
want [11]  5/11 18/5 30/20 31/16 34/19
 38/8 41/23 41/23 41/24 46/17 46/18
wanted [1]  23/8
was [30]  10/15 12/2 14/5 14/6 16/9 18/4
 19/12 20/3 22/20 25/6 25/8 25/16 26/8
 26/9 26/20 26/22 29/17 31/19 33/2 34/2
 35/9 38/11 40/12 40/12 41/22 42/23
 43/10 43/16 45/4 46/10
wasn't [2]  14/24 14/25
watch [3]  46/6 46/7 46/12
watcher [1]  44/5
way [12]  12/8 13/12 13/14 17/15 22/2
 24/2 34/20 34/21 36/8 37/18 39/21 40/3
ways [2]  37/10 39/22
we [91]
Wednesday [1]  1/17
well [29]  3/10 4/4 4/23 6/7 8/19 8/22
 10/3 13/17 16/25 18/3 18/13 24/8 26/19
 28/4 30/21 30/22 32/2 33/2 33/8 38/18
 39/12 40/25 42/3 44/24 45/20 46/24
 46/24 47/9 47/17
went [3]  5/16 12/24 26/3
were [25]  5/15 7/4 8/13 13/3 13/7 13/12
 13/12 15/22 15/24 16/15 18/24 20/6
 20/24 20/25 21/3 21/5 26/25 27/21 31/20
 32/9 32/20 40/3 44/8 44/10 47/23
weren't [1]  27/21
what [32]  5/13 5/24 8/2 8/3 8/11 8/25
 10/7 14/9 15/7 19/20 20/16 21/3 21/20
 22/5 22/17 23/20 28/9 32/17 33/11 34/6
 35/6 35/19 36/9 36/16 37/9 38/23 38/24
 38/25 39/10 39/12 44/10 46/9
whatever [3]  6/9 6/11 33/5
whatsoever [1]  43/20
when [6]  16/3 26/22 30/2 30/8 31/18
 33/23
where [14]  8/9 8/12 13/21 13/21 13/22
 15/3 15/5 15/8 15/8 20/17 23/9 24/3

whether [5]  25/19 28/21 29/19 31/20
 44/3
which [37]  3/19 6/5 6/6 7/4 8/13 9/24
 10/11 10/13 11/12 12/18 13/18 17/7 21/9
 22/10 25/15 25/17 26/12 26/20 28/12
 28/25 29/2 29/20 30/12 31/15 32/14
 32/25 33/11 34/11 34/12 35/7 39/10
 39/19 41/8 41/9 41/16 42/11 43/10
whichever [1]  8/8
while [2]  19/11 42/8
who [10]  5/7 5/11 11/24 12/2 12/4 20/19
 21/8 38/20 45/11 46/19
whoever [1]  16/8
whole [5]  27/7 27/9 28/12 29/3 41/18
whom [1]  13/6
why [6]  4/23 15/10 16/17 16/18 16/20
 19/18
wide [2]  8/24 36/20
will [22]  3/11 4/5 4/12 4/24 10/4 15/13
 15/15 15/16 18/14 19/8 20/18 22/3 23/7
 24/3 24/4 24/11 32/9 33/7 43/7 45/19
 45/21 47/15
willing [2]  15/19 38/6
Wisconsin [1]  35/20
wish [1]  30/24
within [5]  27/9 28/13 37/3 37/3 42/14
without [6]  22/19 22/24 39/6 40/5 40/7
 40/15
work [4]  15/16 15/20 40/10 43/16
working [1]  43/17
works [1]  22/2
worry [1]  40/15
would [62]
wouldn't [3]  7/5 8/17 8/24
written [2]  14/5 14/6
wrong [2]  29/25 30/16
wrote [1]  19/13

**Y**

year [1]  30/8
year's [1]  5/5
Yes [18]  3/9 4/18 6/22 6/25 7/10 7/10
 17/22 17/23 17/24 17/25 18/2 18/11
 18/12 31/2 31/14 41/3 42/5 45/2
yesterday [1]  38/11
yet [1]  10/11
York [2]  3/19 31/17
you [61]
your [51]