# Exhibit 35

## In The Court of Common Pleas Of Allegheny County, Pennsylvania
### Civil Division

| | |
|---|---|
| IN RE: RECOUNT AND/OR RECANVASS OF THE VOTE FOR PRESIDENT OF THE UNITED STATES AND FOR UNITED STATES SENATE IN THE NOVEMBER 8, 2016 GENERAL ELECTION | No. G.D. 16-22954<br><br>**ORDER OF COURT** |

Filed On Behalf Of:
The Honorable Joseph M. James

Copies Sent To:

Ronald L. Hicks, Jr., Esquire
Stuart C. Gaul, Jr., Esquire
Allan J. Opsitnick, Esquire

## IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
### CIVIL DIVISION

| | |
|---|---|
| IN RE: RECOUNT AND/OR RECANVASS OF THE VOTE FOR PRESIDENT OF THE UNITED STATES AND FOR UNITED STATES SENATE IN THE NOVEMBER 8, 2016 GENERAL ELECTION | NO. G.D. 16-22954<br><br>JAMES, J. |

### ORDER OF COURT

And now, to-wit this 2nd day of December 2016, after a review of the Emergency Petition to Quash the decision of the Allegheny County Elections Division to grant the recount and recanvass of certain voting districts, the Petition is denied. The recount and recanvass shall take place on Monday, December 5, 2016 at 10:00 AM.

BY THE COURT,

_Joseph James_ J.