# Exhibit 40

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

HARRSIBURG, PENNSYLVANIA

In re: The matter of the 2016 Presidential Election: Docket No: 659 MD 2016

: ELECTION MATTER

PRAECIPE TO DISCONTINUE AND WITHDRAW

TO THE PROTHONOTARY:

Petitioners are regular citizens of ordinary means.  They cannot afford to post the $1,000,000 bond required by the Court.  Accordingly, kindly mark the above captioned matter withdrawn and discontinued.

    Respectfully submitted,

    /s/ LAWRENCE M. OTTER, ESQ.

    _____

    LAWRENCE M. OTTER, ESQUIRE
    ATTORNEY FOR PETITIONERS
    PA ATTORNEY ID  31383
    PO Box 575
    SILVERDALE, PA 18901
    267-261-2984
    Email: larryotter@hotmail.com

Date:  December 3, 2016

Of counsel:  Emery Celli Brimcerhoff & Abady, LLP

    600 Fifth Avenue
    New York NY 10019
    212-763-5000
    by:   Andrew G. Celli, Jr.*
          Ilann M. Maazel*
    Alison Frick*
    Douglas Lieb*

  * pro hac vice pending