# Exhibit 46

# Montgomery County, Pennsylvania
## 2016 GENERAL ELECTION
### November 8, 2016
### Official Results

**Last Updated: December 7, 2016 12:11 PM**

Registration & Turnout

575,645 Voters

|  | Vote Count | Percent |
|---|---|---|
| Cartridge Turnout | 424,311 | 73.71% |
| Absentee Turnout | 22,658 | 3.94% |
| Total | 446,969 | 77.65% |

---

President of the United States

429/429 100.00%

| Under Votes | 7389 |
|---|---|
| Over Votes | 0 |

|  | Vote Count | Percent |
|---|---|---|
| Dem - HILLARY CLINTON/TIM KAINE | 256,082 | 58.91% |
| Rep - DONALD J TRUMP/MICHAEL R PENCE | 162,731 | 37.44% |
| Con - DARRELL L CASTLE/SCOTT N BRADLEY | 1,236 | 0.28% |
| Grn - JILL STEIN/AJAMU BARAKA | 3,704 | 0.85% |
| Lib - GARY JOHNSON/WILLIAM WELD | 10,934 | 2.52% |
| Total | 434,687 | 100.00% |

---

United States Senator

429/429 100.00%

| Under Votes | 13492 |
|---|---|
| Over Votes | 0 |

|  | Vote Count | Percent |
|---|---|---|
| Dem - KATIE MCGINTY | 237,353 | 54.90% |
| Rep - PAT TOOMEY | 189,574 | 43.85% |
| Lib - EDWARD T CLIFFORD III | 5,431 | 1.26% |
| Total | 432,358 | 100.00% |

---

Attorney General
429/429 100.00%

Under Votes                     15816
Over Votes                          0

|                        | Vote Count | Percent |
|------------------------|-----------:|--------:|
| Dem - JOSH SHAPIRO     | 254,710    | 59.35%  |
| Rep - JOHN RAFFERTY    | 174,428    | 40.65%  |
| Total                  | 429,138    | 100.00% |

Auditor General
429/429 100.00%

Under Votes                     22239
Over Votes                          0

|                            | Vote Count | Percent |
|----------------------------|-----------:|--------:|
| Dem - EUGENE A DEPASQUALE  | 229,623    | 54.37%  |
| Rep - JOHN BROWN           | 183,244    | 43.39%  |
| Grn - JOHN J SWEENEY       | 4,636      | 1.10%   |
| Lib - ROY A MINET          | 4,826      | 1.14%   |
| Total                      | 422,329    | 100.00% |

State Treasurer
429/429 100.00%

Under Votes                     20957
Over Votes                          0

|                        | Vote Count | Percent |
|------------------------|-----------:|--------:|
| Dem - JOE TORSELLA     | 244,045    | 57.60%  |
| Rep - OTTO VOIT        | 170,720    | 40.30%  |
| Grn - KRISTIN COMBS    | 4,277      | 1.01%   |
| Lib - JAMES BABB       | 4,623      | 1.09%   |
| Total                  | 423,665    | 100.00% |

Representative in Congress District 2
46/46 100.00%

Under Votes                              1512
Over Votes                                  0

|                        | Vote Count | Percent  |
|------------------------|-----------:|----------|
| Dem - DWIGHT EVANS     |     27,547 | 71.11%   |
| Rep - JAMES A JONES    |     11,194 | 28.89%   |
| Total                  |     38,741 | 100.00%  |

---

Representative in Congress District 6
61/61 100.00%

Under Votes                              3780
Over Votes                                  0

|                        | Vote Count | Percent  |
|------------------------|-----------:|----------|
| Dem - MIKE PARRISH     |     36,680 | 43.99%   |
| Rep - RYAN COSTELLO    |     46,696 | 56.01%   |
| Total                  |     83,376 | 100.00%  |

---

Representative in Congress District 7
73/73 100.00%

Under Votes                              3236
Over Votes                                  0

|                             | Vote Count | Percent  |
|-----------------------------|-----------:|----------|
| Dem - MARY ELLEN BALCHUNIS  |     34,720 | 44.97%   |
| Rep - PATRICK L MEEHAN      |     42,492 | 55.03%   |
| Total                       |     77,212 | 100.00%  |

---

Representative in Congress District 8
38/38 100.00%

Under Votes                              1549
Over Votes                                  0

|                            | Vote Count | Percent  |
|----------------------------|-----------:|----------|
| Dem - STEVE SANTARSIERO    |     17,028 | 40.38%   |
| Rep - BRIAN FITZPATRICK    |     25,143 | 59.62%   |

Total                              42,171 100.00%

---

Representative in Congress District 13
211/211 100.00%

| | Under Votes | 60617 |
| Over Votes | 0 |

| | Vote Count | Percent |
| --- | --- | --- |
| Dem - BRENDAN F BOYLE | 130,410 | 100.00% |
| Total | 130,410 | 100.00% |

---

Senator in the General Assembly District 7
36/36 100.00%

| Under Votes | 11262 |
| Over Votes | 0 |

| | Vote Count | Percent |
| --- | --- | --- |
| Dem - VINCENT HUGHES | 21,212 | 100.00% |
| Total | 21,212 | 100.00% |

---

Senator in the General Assembly District 17
107/107 100.00%

| Under Votes | 4589 |
| Over Votes | 0 |

| | Vote Count | Percent |
| --- | --- | --- |
| Dem - DAYLIN LEACH | 62,675 | 66.82% |
| Rep - BRIAN GONDEK | 31,125 | 33.18% |
| Total | 93,800 | 100.00% |

---

Representative in the General Assembly Dist. 26
5/5 100.00%

| Under Votes | 2071 |
| Over Votes | 0 |

|  | Vote Count | Percent |
|---|---|---|
| Rep - TIM HENNESSEY | 974 | 100.00% |
| Total | 974 | 100.00% |

---

Representative in the General Assembly Dist. 53

34/34 100.00%

| | Vote Count |
|---|---|
| Under Votes | 1449 |
| Over Votes | 0 |

|  | Vote Count | Percent |
|---|---|---|
| Dem - LEON ANGELICHIO | 12,205 | 40.46% |
| Rep - ROBERT W GODSHALL | 17,964 | 59.54% |
| Total | 30,169 | 100.00% |

---

Representative in the General Assembly Dist. 61

34/34 100.00%

| | Vote Count |
|---|---|
| Under Votes | 1498 |
| Over Votes | 0 |

|  | Vote Count | Percent |
|---|---|---|
| Dem - ROBERT WILKINSON | 15,732 | 43.47% |
| Rep - KATE M HARPER | 20,458 | 56.53% |
| Total | 36,190 | 100.00% |

---

Representative in the General Assembly Dist. 70

29/29 100.00%

| | Vote Count |
|---|---|
| Under Votes | 1438 |
| Over Votes | 0 |

|  | Vote Count | Percent |
|---|---|---|
| Dem - MATT BRADFORD | 18,433 | 66.99% |
| Rep - CHUCK SPRINGER | 9,084 | 33.01% |
| Total | 27,517 | 100.00% |

---

Representative in the General Assembly Dist. 131

6/6 100.00%

Under Votes                                374

Over Votes                                   0

|                          | Vote Count | Percent |
|--------------------------|-----------:|--------:|
| Dem - JOANNE JACKSON      | 2,695 | 36.25% |
| Rep - JUSTIN J SIMMONS    | 4,739 | 63.75% |
| Total                     | 7,434 | 100.00% |

---

Representative in the General Assembly Dist. 146

21/21 100.00%

Under Votes                               1213

Over Votes                                   0

|                          | Vote Count | Percent |
|--------------------------|-----------:|--------:|
| Dem - JOE CIRESI          | 14,381 | 48.85% |
| Rep - THOMAS J QUIGLEY    | 15,060 | 51.15% |
| Total                     | 29,441 | 100.00% |

---

Representative in the General Assembly Dist. 147

22/22 100.00%

Under Votes                               1582

Over Votes                                   0

|                          | Vote Count | Percent |
|--------------------------|-----------:|--------:|
| Dem - RACHEL HENDRICKS    | 11,597 | 36.65% |
| Rep - MARCY TOEPEL        | 20,045 | 63.35% |
| Total                     | 31,642 | 100.00% |

---

Representative in the General Assembly Dist. 148

42/42 100.00%

Under Votes                               1744

Over Votes                                   0

|                          | Vote Count | Percent |
|--------------------------|-----------:|--------:|
| Dem - MARY JO DALEY       | 24,669 | 63.48% |

Rep - ED FLOCCO          14,193   36.52%
Total                    38,862 100.00%

---

Representative in the General Assembly Dist. 149
38/38 100.00%

Under Votes              1551
Over Votes                  0

|                      | Vote Count | Percent |
|----------------------|-----------:|--------:|
| Dem - TIM BRIGGS     | 22,393     | 66.86%  |
| Rep - CHIRA SMITH    | 11,097     | 33.14%  |
| Total                | 33,490     | 100.00% |

---

Representative in the General Assembly Dist. 150
23/23 100.00%

Under Votes              1322
Over Votes                  0

|                       | Vote Count | Percent |
|-----------------------|-----------:|--------:|
| Dem - LINDA WEAVER    | 14,352     | 45.68%  |
| Rep - MICHAEL N CORR  | 17,065     | 54.32%  |
| Total                 | 31,417     | 100.00% |

---

Representative in the General Assembly Dist. 151
34/34 100.00%

Under Votes              1260
Over Votes                  0

|                       | Vote Count | Percent |
|-----------------------|-----------:|--------:|
| Dem - JIMMY FAGAN JR  | 13,119     | 39.19%  |
| Rep - TODD STEPHENS   | 20,358     | 60.81%  |
| Total                 | 33,477     | 100.00% |

---

Representative in the General Assembly Dist. 152
33/33 100.00%

Under Votes                                          1420
Over Votes                                              0

|                              | Vote Count | Percent  |
|------------------------------|-----------:|---------:|
| Dem - ALBERT J DERMOVSESIAN  |     11,420 |   36.52% |
| Rep - THOMAS P MURT          |     19,854 |   63.48% |
| Total                        |     31,274 |  100.00% |

Representative in the General Assembly Dist. 153
44/44 100.00%

Under Votes                                          1670
Over Votes                                              0

|                           | Vote Count | Percent  |
|---------------------------|-----------:|---------:|
| Dem - MADELEINE DEAN      |     24,496 |   66.25% |
| Rep - ANTHONY SCALFARO    |     12,478 |   33.75% |
| Total                     |     36,974 |  100.00% |

Representative in the General Assembly Dist. 154
45/45 100.00%

Under Votes                                          1865
Over Votes                                              0

|                          | Vote Count | Percent  |
|--------------------------|-----------:|---------:|
| Dem - STEVE MCCARTER     |     27,067 |   77.75% |
| Rep - THOM ESTILOW       |      7,747 |   22.25% |
| Total                    |     34,814 |  100.00% |

Representative in the General Assembly Dist. 157
3/3 100.00%

Under Votes                                           266
Over Votes                                              0

|                          | Vote Count | Percent  |
|--------------------------|-----------:|---------:|
| Dem - HANS VAN MOL       |      2,556 |   40.27% |
| Rep - WARREN KAMPF       |      3,791 |   59.73% |

Total                           6,347 100.00%

---

Representative in the General Assembly Dist. 166
8/8 100.00%
Under Votes                     256
Over Votes                        0

|                       | Vote Count | Percent  |
|-----------------------|-----------:|---------|
| Dem - GREG VITALI     | 4,611      | 78.78%  |
| Rep - JIM KNAPP       | 1,242      | 21.22%  |
| Total                 | 5,853      | 100.00% |

---

Representative in the General Assembly Dist. 172
1/1 100.00%
Under Votes                      56
Over Votes                        0

|                       | Vote Count | Percent  |
|-----------------------|-----------:|---------|
| Dem - KEVIN J BOYLE   | 661        | 48.35%  |
| Rep - JIM PIO         | 706        | 51.65%  |
| Total                 | 1,367      | 100.00% |

---

Representative in the General Assembly Dist. 194
7/7 100.00%
Under Votes                     248
Over Votes                        0

|                       | Vote Count | Percent  |
|-----------------------|-----------:|---------|
| Dem - PAM DELISSIO    | 4,475      | 75.01%  |
| Rep - BILL POUNDS     | 1,491      | 24.99%  |
| Total                 | 5,966      | 100.00% |

---

Special Election Representative in Congress Dist.2
46/46 100.00%
Under Votes                    2270

Over Votes                              0

|                     | Vote Count | Percent  |
|---------------------|-----------:|---------:|
| Dem - DWIGHT EVANS  | 26,973     | 71.47%   |
| Rep - JAMES A JONES | 10,765     | 28.53%   |
| Total               | 37,738     | 100.00%  |

---

Special Election Whitemarsh Supervisor

10/10 100.00%

Under Votes                           494

Over Votes                              0

|                        | Vote Count | Percent  |
|------------------------|-----------:|---------:|
| Dem - MICHAEL DROSSNER | 6,345      | 58.04%   |
| Rep - JOHN L WILLIAMS  | 4,587      | 41.96%   |
| Total                  | 10,932     | 100.00%  |

---

Proposed Constitutional Amendment

429/429 100.00%

Under Votes         156372

Over Votes               0

|           | Vote Count | Percent  |
|-----------|-----------:|---------:|
| NP - Yes  | 121,567    | 42.33%   |
| NP - No   | 165,634    | 57.67%   |
| Total     | 287,201    | 100.00%  |

---

Lower Moreland Township

7/7 100.00%

Under Votes         2432

Over Votes             0

|           | Vote Count | Percent  |
|-----------|-----------:|---------:|
| NP - Yes  | 1,865      | 35.22%   |
| NP - No   | 3,431      | 64.78%   |
| Total     | 5,296      | 100.00%  |

Upper Providence Township
5/5 100.00%
Under Votes          2353
Over Votes              0

|            | Vote Count | Percent |
|------------|-----------|---------|
| NP - Yes   | 4,813     | 51.32%  |
| NP - No    | 4,565     | 48.68%  |
| Total      | 9,378     | 100.00% |

Choose not to Vote
429/429 100.00%
Under Votes          420279
Over Votes              0

|               | Vote Count | Percent |
|---------------|-----------|---------|
| NP - No Vote  | 4,087     | 100.00% |
| Total         | 4,087     | 100.00% |