# Exhibit 47

MEETING OF THE RETURN BOARD

- - - - -

December 1, 2016

- - - - -

COMMISSIONERS PRESENT:

  ANTHONY CLARK, CHAIRMAN
  AL SCHMIDT, VICE CHAIRMAN
  LISA DEELEY, COMMISSIONER
  CARLA MOSS, DEPUTY COMMISSIONER
  DON GARECHT, DEPUTY COMMISSIONER
  SETH BLUESTEIN, DEPUTY COMMISSIONER
  TIM DOWLING, DEPUTY COMMISSIONER

PRESENT:

  FRED VOIGT, LEGAL COUNSEL
  JOSEPH LYNCH, ELECTION MATERIAL
  KEVIN KELLY

ALSO PRESENT:

  LAWRENCE TABAS, ESQUIRE,
  REBECCA WARREN, ESQUIRE
  ILANN MAAZEL, ESQUIRE
  DAVE DAVIES, WHYY-FM SENIOR REPORTER

    HELD AT: Delaware and Spring Garden Streets
         Philadelphia, Pennsylvania

    REPORTED BY: Serena A. Spotts

    Strehlow & Associates, Inc.

    (215)504-4622

Meeting of the Return Board
December 1, 2016

Page 2

1      - - - - -
2           (Whereupon, the meeting of the
3      Return Board began at 10:00 a.m.)
4      - - - - -
5           CHAIRMAN CLARK:  Good morning,
6      everyone.  It is 10 o'clock a.m., Thursday,
7      December 1st, 2016.  This is the meeting of
8      the Return Board.
9           COMMISSIONER SCHMIDT:
10     Commissioner Deeley will now address the
11     recanvass petitions submitted to the board
12     prior to the announcement of computation.
13     After the proceedings, we'll provide an
14     opportunity for statements by counsel, if
15     they wish.
16          COMMISSIONER DEELEY:  Thank you,
17     Commissioners.  The staff at the County
18     Board of Elections have evaluated the
19     petitions submitted prior to the
20     announcement of the computation and has
21     recommended to the Return Board, in
22     accordance with the provisions of the
23     Pennsylvania Election Code, that 297
24     affiance executed petitions for recanvass

Page 3

1      and recount and brought those before the
2      board, 282 of the affidavits were found to
3      be in conformity with the requirements of
4      the Pennsylvania Election Code.  And 15 of
5      the affidavits were found not to be in
6      conformity with the requirements of the
7      Pennsylvania Election Code.
8           The County Board of Elections
9      recommends that the following divisions be
10     subject to recanvass and recount because
11     there were at least three affiance for each
12     request for recanvass or recount in
13     conformity with the requirements of the
14     Pennsylvania Election Code from each
15     division.
16          The divisions are Ward 1,
17     Divisions 11, 12, 14, 20;
18          Ward 2, Divisions 7, 11, 15, 16,
19     19, 20, 24, 25, 26;
20          Ward 3, Division 4;
21          Ward 5, Divisions 1, 3, 4, 8,
22     14, 22, 27;
23          Ward 8, Divisions 7, 9;
24          Ward 9, Divisions 2, 3, 4, 6, 9,

Page 4

1      12, 14, 15;
2           Ward 12, Division 22;
3           Ward 15, Divisions 6, 9, 16, 17;
4           Ward 18, Division 10;
5           Ward 21, Divisions 11, 18, 22,
6      24, 29, 30, 31, 44;
7           Ward 22, Divisions 1, 2, 5, 6,
8      and 10;
9           Ward 27, Divisions 5, 7, 15;
10          Ward 30, Divisions 1, 5, 6, 7,
11     13, 14, 15;
12          Ward 36, Divisions 29, 37, 41;
13          Ward 38, Division 11;
14          Ward 39, Division 45;
15          Ward 46, Divisions 1, 2, 10, 16,
16     19;
17          Ward 53, Division 16;
18          Ward 54, Division 6;
19          Ward 59, Divisions 10 and 19;
20          Ward 66, Division 9.
21          Counsel and representatives of
22     the candidates may obtain copies of the
23     petitions from the County Board of
24     Elections, Room 142, City Hall.  It is

Page 5

1      recommended that we not conduct a forensic
2      audit of the machines as required by the
3      petitioners, as such an examination is
4      beyond the scope of the recanvass and
5      recount provisions of the Pennsylvania
6      Election Code.
7           The recanvass and recount
8      process will be conducted as set forth in
9      the Pennsylvania Election Code T -- 25 P.S.
10     Section 3154.  The recanvass and recount
11     will include a recanvass of the machine
12     vote and a recanvass of all paper ballots
13     to include absentee, provisional, and such
14     emergency ballots as there are for each of
15     the previously identified divisions.
16          The recanvass and recount will
17     commence at 1 p.m. on Friday, December 2,
18     2016 at the Board of Elections voting
19     machine warehouse, 4700 Wissahickon Avenue,
20     Philadelphia, Pennsylvania 19144.  Based on
21     the recommendations of the staff of the
22     County Board of Elections, 282 petitions
23     were found to be in conformity with the
24     requirements of the Pennsylvania Election

Page 6

1  Code.
2           And pursuant to the requirements
3  of the code, I move that those divisions we
4  have enumerated as having at least three
5  petitioners request in conformity with the
6  requirements of the Pennsylvania Election
7  Code be subject to a recanvass and recount
8  by this board in the manner we have
9  discussed.
10          All in favor?
11          COMMISSIONER SCHMIDT: I second
12 the motion. I vote in favor.
13          CHAIRMAN CLARK: I vote in
14 favor.
15          COMMISSIONER DEELEY: The motion
16 carries.
17          COMMISSIONER SCHMIDT: We'll now
18 open the record for brief comments from
19 Counsel, if they wish.
20          MR. MAAZEL: Morning.
21          COMMISSIONER SCHMIDT: Would you
22 mind stating your name for the record?
23          MR. MAAZEL: Ilann Maazel, from
24 Emery, Celli, Brinckerhoff & Abady,

Page 7

1  appearing on behalf of presidential
2  candidate Jill Stein.
3           Would you all prefer if I stand
4  or sit?
5           COMMISSIONER SCHMIDT: Whatever
6  is convenient for you.
7           MR. MAAZEL: I'm used to
8  standing. Yesterday evening we submitted
9  to the board a request on behalf of
10 Ms. Stein, one of the presidential
11 candidates, for a forensic examination of
12 the DRE electronic voting system in
13 Philadelphia. And attached to that letter
14 were five affidavits by leading computer
15 scientists and experts throughout the
16 country describing the vulnerabilities of
17 the area machines and, in particular, the
18 area machines here in Philadelphia.
19          What I want to start with is a
20 basic proposition, which is that Ms. Stein,
21 as a candidate, has a right under the
22 Pennsylvania Election Code to do this
23 forensic audit. She has a right under
24 multiple sections of the election code.

Page 8

1  But the one I'd like to start with is
2  Section 2650, which provides that any
3  candidate present at any recount of ballots
4  of recanvass of voting shall be entitled to
5  examine the voting machine and raise any
6  objections regarding the same.
7           Now, examine is not defined in
8  the Election Code. But examination plainly
9  includes something more than just standing
10 there and watching people press a button
11 and recanvass the machines. It means being
12 able to look inside the software to do a
13 search and examination, to do an
14 inspection. That's the Merriam-Webster
15 definition of examination.
16          There is only one way for any
17 candidate to do any competent examination
18 of the DRE system. And that is to look
19 inside the software, to look inside the
20 media, to see if there is anything in the
21 code that switch votes, to see if votes
22 were accurately counted. It's the only
23 way.
24          We can't simply look at a

Page 9

1  machine from the outside and determine if
2  it's working the way it should. To examine
3  it means to look inside it. And,
4  certainly, in the old-fashioned voting
5  machine context, that means potentially
6  looking inside the machine. In the
7  electronic voting system context, it means
8  looking inside the software.
9           You know, if a -- if a doctor is
10 seeing a patient and just looks at the
11 patient, that is not an examination. That
12 doctor cannot give the patient a clean bill
13 of health. You have to check their heart.
14 You have to check their lungs. You have to
15 take a blood test. That's an examination.
16 And if a doctor saw a patient and said, oh,
17 you look fine, the examination's over, that
18 would be medical malpractice.
19          And for us to simply stand there
20 and watch a re-canvassing would be election
21 malpractice. That's not an examination.
22 So just under the plain language of the
23 Election Code 25 P.S. 2650 Section C, any
24 candidate, including Ms. Stein, is entitled

3 (Pages 6 to 9)

Page 10

1  to this examination.  And we would like to
2  do that as part of this recanvass.
3       It's the one and only way to
4  make sure that the vote in Philadelphia had
5  integrity, that the votes were accurately
6  counted.  In a paper ballot county, we
7  would look at the paper.  That would be the
8  best examination we could do.  But we don't
9  have any paper record at all in
10 Philadelphia.  We just have machines.
11      So given that -- that is a
12 request by Ms. Stein.  And I believe it's
13 not optional.  I believe it's absolutely
14 required that the board permit this
15 examination.  That's my first point.
16      The second point, should there
17 be no doubt about what the Board can do,
18 because the Board has broad powers here not
19 just to recanvass but to do something more.
20 The Election Code speaks -- does not
21 actually define exactly what the Board
22 should do in the case of electronic voting
23 systems.  It speaks in 35 -- I'm sorry --
24 25 P.S. 315484 to using a method similar to

Page 11

1  a method used for voting machines.
2       It doesn't define what similar
3  is.  But we know that voting machines can
4  be opened up so long as it doesn't -- so
5  long as it doesn't effect the vote tally
6  itself.  And, similarly, an electronic
7  voting system can be opened up so that it
8  doesn't effect the vote tally itself.
9       And here is how it would work:
10 Computer experts can access the central
11 electronic management system, first,
12 without even going into any machines.  And
13 this is not difficult to do.  You can
14 just -- you can attach an external hard
15 drive to the central electronic management
16 system, and you duplicate the software.
17 They can then take that to a lab, and they
18 can examine it.  It doesn't effect a single
19 voting machine.
20      And computer scientists can
21 learn a great deal about whether there's a
22 malware, about whether there has been
23 hacking there, about whether there is
24 something in that code, that software code,

Page 12

1  that effected the central electronic
2  management system that was then sent to the
3  machines.
4       This is not difficult to do.
5  And we've represented in our letter that
6  Ms. Stein is willing to pay computer
7  experts to do this.  They could be here as
8  soon as tomorrow to do this and -- because
9  she is so committed to making sure that the
10 votes were accurately counted.
11      I can see no conceivable
12 objection to this approach because it's
13 simply ensuring that the votes were counted
14 accurately.  And so I won't spend too much
15 time going into what we all know, which is
16 that the United States government, director
17 of national intelligence, homeland
18 security, they have said that foreign
19 powers tried many times to interfere with
20 this election.
21      We know that in Illinois and
22 Arizona the voter rolls were hacked.  We
23 know that voter data was stolen.  We know
24 that -- we believe that at least 20 states

Page 13

1  have been targeted.  We know these things.
2  And so when we have that evidence of
3  foreign interference in an election and
4  then when we have the evidence of the
5  vulnerability of these machines and then
6  when we have the Election Code that says
7  you have not just the power but the
8  obligation to let us examine the machines
9  in this way, we think it's clear that this
10 forensic examination should take place.
11      And given the exigencies of
12 time, we ask that happen immediately.  We
13 would like to start this as soon as
14 possible and are able to do business
15 tomorrow.  Again, it wouldn't effect any of
16 the votes, the tally.  It's just an
17 examination to make sure the votes were
18 counted accurately.
19      There can be absolutely nothing
20 more important.  After all, the most
21 important thing in this country is
22 democracy and the right to vote.  And the
23 way to make sure the votes were accurately
24 counted is to look in these machines.

4 (Pages 10 to 13)

Meeting of the Return Board
December 1, 2016

Page 14

1   These machines are the only thing standing
2   between voters and the election result.
3           So let's examine the machines
4   and -- and make the process open and
5   transparent and fair to all the voters in
6   the County of Philadelphia -- City of
7   Philadelphia.
8           Thank you very much.
9           COMMISSIONER SCHMIDT:  Thank
10  you.
11          CHAIRMAN CLARK:  Okay.  This
12  meeting is adjourned --
13          COMMISSIONER SCHMIDT:  Are there
14  any other comments from counsel?
15          MR. TABAS:  Yes.  Good morning,
16  Commissioners.  I am Lawrence Tabas.  I am
17  Counsel for the electors for President
18  Elect Donald Trump, Vice President Elect
19  Mike Pence, and on behalf of the Republican
20  Party of Pennsylvania, and the candidates
21  on the ballot -- the republican ballot in
22  the November 8th, 2016 election.
23          First of all, I would like to
24  just start -- I have a few points I'd like

Page 15

1   to make today before the commissioners.  I
2   want to start by saying that these
3   petitions that have been filed that the
4   Board of Commissioners is preparing to
5   accept for a recount, recanvass absolutely
6   violate the federal provisions that do not
7   permit cherrypicking of recounts in a race
8   for the president and vice president of the
9   United States.
10          As the Supreme Court's decision
11  in Bush versus Gore made quite clear, votes
12  cast in an election for president in the --
13  in an election for president, vice
14  president must be treated equally under the
15  14th Amendment, the Equal Protection
16  Clause.  A state must treat them equally,
17  and cherrypicking divisions to do a recount
18  or a recanvass is absolutely violating the
19  14th Amendment because some voters in the
20  City of Philadelphia's votes will not be
21  re-canvassed and recounted.
22          Therefore, some of these votes
23  that are going to be the subject of these
24  282 petitions will be getting unfair

Page 16

1   weight, which is a violation of the United
2   States Supreme Court precedent, which is
3   binding in a presidential election on this
4   Board of Commissioners.  In addition, there
5   is the Federal Safe Harbor that exists for
6   the presidency and the vice presidency
7   under the United States code, which, again,
8   the Supreme Court recognized and which
9   Pennsylvania participates in.  So it is a
10  violation of the United States constitution
11  to permit this cherrypicking of these
12  petitions today.
13          In addition, just a couple of
14  comments that Counsel for Stein met.  First
15  of all, the machines are absolutely secure.
16  It's not just don't take my word for it.
17  But take the word of the secretary of the
18  commonwealth, Pedro Cortés, who has
19  actually held that office for many years
20  before this current term of his.  He stated
21  in a public statement on October 20th --
22  and I have a copy that I would like the
23  commissioners to include within the record.
24          He stated, among other things

Page 17

1   today in that statement, that our voting
2   systems are secure.  He further went on to
3   state that the voting machines in
4   Pennsylvania are not connected to the
5   internet.  In fact, he said they are not
6   even connected to one another.  There is no
7   opportunity to hack these machines.  There
8   is no opportunity to corrupt them.  He
9   further went on to say that, in addition,
10  the voting machines are kept under a strict
11  chain of custody.
12          Prior to the election, they are
13  tested for logic and accuracy.  The
14  machines are locked down.  And the tapes
15  are locked and applied so that, if there
16  was any tampering, it would be detected.
17  This is the secretary of the commonwealth
18  who has made this statement and made it
19  public long before the election took place.
20          The opportunity for Jill Stein
21  or any other candidate, under the Election
22  Code, to exam the machines gave her that
23  opportunity prior to November 8th.  She
24  chose not to take it.  The County Board of

5 (Pages 14 to 17)

Meeting of the Return Board
December 1, 2016

Page 18

1  Elections, the commissioners here in
2  Philadelphia, you make a public
3  announcement of the day when people can
4  come in and examine the machines prior to
5  election day as allowed under the Election
6  Code.  She did not come forward.
7          Now she's only coming forward
8  for reasons that are completely beyond
9  comprehension.  She sat on her right.  She
10 didn't exercise it.  She made no challenge
11 before.  These allegations from this
12 supposed expert, who by the way has a
13 patented product that he claims would solve
14 these problems -- so I question his actual
15 independence here -- all reference things
16 that occurred prior to election day.
17         So she knew about these issues
18 before November 8th, but she chose not to
19 do anything about it because she thought
20 that the results on election day would be
21 different.
22         In addition, the counsel for
23 Ms. Stein said that the election code has
24 no guidance on how to handle the voting

Page 19

1  machines as part of a recount or recanvass.
2  That's absolutely not true.  Not only does
3  the code itself have specific provisions,
4  but the Department of State has annually
5  reinforced and reissued its directive on
6  electronic voting machines in this state.
7          Finally, there has been no
8  allegation whatsoever, either in the
9  affidavit of this alleged expert or in the
10 comments of Counsel for Mr. Stein [sic]
11 today or anywhere else, that there has been
12 any tampering or any interference with any
13 of the machines in the entire Commonwealth
14 of Pennsylvania, let alone Philadelphia
15 County.
16         The references are to Arizona,
17 Illinois, and the Democratic National
18 Committee.  And the last I checked, the
19 City of Philadelphia does not store its
20 voting machines at the Democratic National
21 Committee headquarters.  There is
22 absolutely no factual basis whatsoever.
23         This is not even a fishing
24 expedition.  This is nothing more than

Page 20

1  trying to interfere with the dually
2  electoral process of president and vice
3  president of the United States.
4          So I would just ask the
5  commissioners to take into account the 14th
6  Amendment controls here.  Equal protection
7  is one of our most cherished rights.  The
8  binding precedent of the United States
9  Supreme Court in Bush versus Gore and the
10 Federal Safe Harbor statute, which
11 Pennsylvania has absolutely opted in,
12 demand that these petitions be dismissed as
13 violating the constitution of the United
14 States.
15         COMMISSIONER SCHMIDT:  Thank
16 you, Mr. Tabas.
17         MR. TABAS:  I'll leave the
18 statement from Secretary Cortés here for
19 the record.
20         MR. MAAZEL:  May I be just very
21 briefly just to respond?
22         COMMISSIONER SCHMIDT:  If it's
23 very brief.  So it's not a -- this is not a
24 conversarial situation.  It's to put

Page 21

1  comments on the record.
2          MR. MAAZEL:  I just want to
3  complete the record with a couple of those
4  points quickly.  Just responding to this
5  Bush/Gore argument, we would be happy to do
6  a recount throughout all of Philadelphia.
7  We would be happy to do a recount
8  throughout all of the state.  It's the
9  republican party that does not want that.
10         So if they are claiming that
11 we're cherrypicking, that's just an insult
12 to the volunteers and citizens who came
13 forward to demand a recount.  There is no
14 cherrypicking.  We would like a recount
15 everywhere.  If they agree to that, we'll
16 be happy to do that.  They don't want a
17 recount anywhere.
18         The allegation that Ms. Stein
19 slept on her rights, she has a right today
20 under 2650 C as part of the recount and the
21 recanvass to examine the DRE voting system.
22 That's in the statute today and tomorrow
23 not months ago.  So she's exercising her
24 right in a timely way, and she's exercising

6 (Pages 18 to 21)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Meeting of the Return Board
December 1, 2016

Page 22

1  it now.
2        And, finally, we all know that
3  the central voting system is connected to
4  the internet.  And the machines are then
5  connected to -- all the information on the
6  machines comes from that central location.
7  The idea that the machines can't be hacked
8  is absurd.  And there is no top computer
9  scientist who will say that these machines
10 are impregnable.  That's an absurd comment.
11 We have five experts -- not one but five --
12 who all said the same thing.
13       So we would respectfully request
14 a vote on our request for this forensic
15 examination.  And I thank you very much for
16 your time.
17       CHAIRMAN CLARK:  And we're going
18 to let Mr. Davis [sic] respond to that and
19 then if there's any other questions or
20 comments.
21       MR. TABAS:  I'll give the board
22 an early Christmas present.  I have no
23 response.
24       CHAIRMAN CLARK:  Thank you.

Page 23

1        COMMISSIONER SCHMIDT:  Are there
2  any other comments from counsel?
3        (No response.)
4        CHAIRMAN CLARK:  Okay.  It
5  appears that that's it.  This meeting is
6  adjourned at the Call of -- this meeting is
7  adjourned at the -- I'm sorry.  The Return
8  Board is adjourned.  Thank you very much
9  for coming.
10       - - - - -
11       (At this time, Exhibit-1 has been
12 marked for identification.)
13       - - - - -
14       (Whereupon, the meeting of the
15 Return Board was adjourned at the Call of
16 the Chair at 10:24 a.m.)
17       - - - - -

Page 24

1
2        C E R T I F I C A T I O N
3
4        I, hereby, certify that the
5  proceedings and evidence noted are
6  contained fully and accurately in the
7  stenographic notes taken by me in the
8  foregoing matter, and that this is a
9  correct transcript of the same.
10
11
12       _____
13       Court Reporter - Notary Public
14
15
16
17
18       (The foregoing certification of
19 this transcript does not apply to any
20 reproduction of the same by any means,
21 unless under the direct control and/or
22 supervision of the certifying reporter.)

7 (Pages 22 to 24)

STREHLOW & ASSOCIATES, INC.
(215) 504-4622

Meeting of the Return Board
December 1, 2016

Page 1

**A**
a.m 2:3,6 23:16
Abady 6:24
able 8:12 13:14
absentee 5:13
absolutely 10:13 13:19 15:5,18 16:15 19:2 19:22 20:11
absurd 22:8 22:10
accept 15:5
access 11:10
account 20:5
accuracy 17:13
accurately 8:22 10:5 12:10,14 13:18,23 24:6
actual 18:14
addition 16:4 16:13 17:9 18:22
address 2:10
adjourned 14:12 23:6 23:7,8,15
affiance 2:24 3:11
affidavit 19:9
affidavits 3:2 3:5 7:14
ago 21:23
agree 21:15
AL 1:8
allegation 19:8 21:18
allegations 18:11
alleged 19:9
allowed 18:5
Amendment 15:15,19 20:6
and/or 24:21
announcem... 2:12,20 18:3

annually 19:4
ANTHONY 1:8
appearing 7:1
appears 23:5
applied 17:15
apply 24:19
approach 12:12
area 7:17,18
argument 21:5
Arizona 12:22 19:16
Associates 1:23
attach 11:14
attached 7:13
audit 5:2 7:23
Avenue 5:19

**B**
ballot 10:6 14:21,21
ballots 5:12 5:14 8:3
Based 5:20
basic 7:20
basis 19:22
began 2:3
behalf 7:1,9 14:19
believe 10:12 10:13 12:24
best 10:8
beyond 5:4 18:8
bill 9:12
binding 16:3 20:8
blood 9:15
BLUESTEIN 1:10
board 1:1 2:3 2:8,11,18 2:21 3:2,8 4:23 5:18 5:22 6:8 7:9 10:14,17,18 10:21 15:4 16:4 17:24 22:21 23:8 23:15

brief 6:18 20:23
briefly 20:21
Brinckerhoff 6:24
broad 10:18
brought 3:1
Bush 15:11 20:9
Bush/Gore 21:5
business 13:14
button 8:10

**C**
C 9:23 21:20 24:2,2
Call 23:6,15
candidate 7:2 7:21 8:3,17 9:24 17:21
candidates 4:22 7:11 14:20
CARLA 1:9
carries 6:16
case 10:22
cast 15:12
Celli 6:24
central 11:10 11:15 12:1 22:3,6
certainly 9:4
certification 24:18
certify 24:4
certifying 24:22
chain 17:11
Chair 23:16
CHAIRMAN 1:8,8 2:5 6:13 14:11 22:17,24 23:4
challenge 18:10
check 9:13,14
checked 19:18
cherished 20:7
cherrypicki...

15:7,17 16:11 21:11 21:14
chose 17:24 18:18
Christmas 22:22
citizens 21:12
City 4:24 14:6 15:20 19:19
claiming 21:10
claims 18:13
CLARK 1:8 2:5 6:13 14:11 22:17 22:24 23:4
Clause 15:16
clean 9:12
clear 13:9 15:11
code 2:23 3:4 3:7,14 5:6,9 6:1,3,7 7:22 7:24 8:8,21 9:23 10:20 11:24,24 13:6 16:7 17:22 18:6 18:23 19:3
come 18:4,6
comes 22:6
coming 18:7 23:9
commence 5:17
comment 22:10
comments 6:18 14:14 16:14 19:10 21:1 22:20 23:2
Commissio... 1:9,9,10,10 1:11 2:9,10 2:16 6:11 6:15,17,21 7:5 14:9,13 20:15,22 23:1
commission...

1:7 2:17 14:16 15:1 15:4 16:4 16:23 18:1 20:5
committed 12:9
Committee 19:18,21
commonwe... 16:18 17:17 19:13
competent 8:17
complete 21:3
completely 18:8
comprehen... 18:9
computation 2:12,20
computer 7:14 11:10 11:20 12:6 22:8
conceivable 12:11
conduct 5:1
conducted 5:8
conformity 3:3,6,13 5:23 6:5
connected 17:4,6 22:3 22:5
constitution 16:10 20:13
contained 24:6
context 9:5,7
control 24:21
controls 20:6
convenient 7:6
conversarial 20:24
copies 4:22
copy 16:22
correct 24:9
corrupt 17:8
Cortés 16:18 20:18
commission...

counsel 1:13 2:14 4:21 6:19 14:14 14:17 16:14 18:22 19:10 23:2
counted 8:22 10:6 12:10 12:13 13:18 13:24
country 7:16 13:21
county 2:17 3:8 4:23 5:22 10:6 14:6 17:24 19:15
couple 16:13 21:3
Court 16:2,8 20:9 24:13
Court's 15:10
current 16:20
custody 17:11

**D**
data 12:23
DAVE 1:17
DAVIES 1:17
Davis 22:18
day 18:3,5,16 18:20
deal 11:21
December 1:4 2:7 5:17
decision 15:10
Deeley 1:9 2:10,16 6:15
define 10:21 11:2
defined 8:7
definition 8:15
Delaware 1:19
demand 20:12 21:13
democracy 13:22
Democratic 19:17,20
Department

19:4
DEPUTY 1:9 1:10,10,11
describing 7:16
detected 17:16
determine 9:1
different 18:21
difficult 11:13 12:4
direct 24:21
directive 19:5
director 12:16
discussed 6:9
dismissed 20:12
division 3:15 3:20 4:2,4 4:13,14,17 4:18,20
divisions 3:9 3:16,17,18 3:21,23,24 4:3,5,7,9,10 4:12,15,19 5:15 6:3 15:17
doctor 9:9,12 9:16
DON 1:10
Donald 14:18
doubt 10:17
DOWLING 1:11
DRE 7:12 8:18 21:21
drive 11:15
dually 20:1
duplicate 11:16

**E**
E 24:2
early 22:22
effect 11:5,8 11:18 13:15
effected 12:1
either 19:8
Elect 14:18 14:18
election 1:13

2:23 3:4,7 3:14 5:6,9 5:24 6:6 7:22,24 8:8 9:20,23 10:20 12:20 13:3,6 14:2 14:22 15:12 15:13 16:3 17:12,19,21 18:5,5,16 18:20,23
Elections 2:18 3:8 4:24 5:18 5:22 18:1
electoral 20:2
electors 14:17
electronic 7:12 9:7 10:22 11:6 11:11,15 12:1 19:6
emergency 5:14
Emery 6:24
ensuring 12:13
entire 19:13
entitled 8:4 9:24
enumerated 6:4
Equal 15:15 20:6
equally 15:14 15:16
ESQUIRE 1:16,16,17
evaluated 2:18
evening 7:8
evidence 13:2 13:4 24:5
exactly 10:21
exam 17:22
examination 5:3 7:11 8:8 8:13,15,17 9:11,15,21 10:1,8,15 13:10,17 22:15

**examinatio...** 9:17
**examine** 8:5,7 9:2 11:18 13:8 14:3 18:4 21:21
**executed** 2:24
**exercise** 18:10
**exercising** 21:23,24
**Exhibit-1** 23:11
**exigencies** 13:11
**exists** 16:5
**expedition** 19:24
**expert** 18:12 19:9
**experts** 7:15 11:10 12:7 22:11
**external** 11:14

**F**
**F** 24:2
**fact** 17:5
**factual** 19:22
**fair** 14:5
**favor** 6:10,12 6:14
**federal** 15:6 16:5 20:10
**filed** 15:3
**finally** 19:7 22:2
**fine** 9:17
**first** 10:15 11:11 14:23 16:14
**fishing** 19:23
**five** 7:14 22:11,11
**following** 3:9
**foregoing** 24:8,18
**foreign** 12:18 13:3
**forensic** 5:1 7:11,23 13:10 22:14
**forth** 5:8

**forward** 18:6 18:7 21:13
**found** 3:2,5 5:23
**FRED** 1:13
**Friday** 5:17
**fully** 24:6
**further** 17:2 17:9

**G**
**Garden** 1:19
**GARECHT** 1:10
**getting** 15:24
**give** 9:12 22:21
**given** 10:11 13:11
**going** 11:12 12:15 15:23 22:17
**Good** 2:5 14:15
**Gore** 15:11 20:9
**government** 12:16
**great** 11:21
**guidance** 18:24

**H**
**hack** 17:7
**hacked** 12:22 22:7
**hacking** 11:23
**Hall** 4:24
**handle** 18:24
**happen** 13:12
**happy** 21:5,7 21:16
**Harbor** 16:5 20:10
**hard** 11:14
**headquarters** 19:21
**health** 9:13
**heart** 9:13
**held** 1:19 16:19
**homeland** 12:17

**I**
**idea** 22:7
**identification** 23:12
**identified** 5:15
**Ilann** 1:17 6:23
**Illinois** 12:21 19:17
**immediately** 13:12
**important** 13:20,21
**impregnable** 22:10
**include** 5:11 5:13 16:23
**includes** 8:9
**including** 9:24
**independence** 18:15
**information** 22:5
**inside** 8:12,19 8:19 9:3,6,8
**inspection** 8:14
**insult** 21:11
**integrity** 10:5
**intelligence** 12:17
**interfere** 12:19 20:1
**interference** 13:3 19:12
**internet** 17:5 22:4
**issues** 18:17

**J**
**Jill** 7:2 17:20
**JOSEPH** 1:13

**K**
**KELLY** 1:14
**kept** 17:10
**KEVIN** 1:14
**knew** 18:17
**know** 9:9 11:3 12:15

12:21,23,23 13:1 22:2

**L**
**lab** 11:17
**language** 9:22
**Lawrence** 1:16 14:16
**leading** 7:14
**learn** 11:21
**leave** 20:17
**LEGAL** 1:13
**let's** 14:3
**letter** 7:13 12:5
**LISA** 1:9
**location** 22:6
**locked** 17:14 17:15
**logic** 17:13
**long** 11:4,5 17:19
**look** 8:12,18 8:19,24 9:3 9:17 10:7 13:24
**looking** 9:6,8
**looks** 9:10
**lungs** 9:14
**LYNCH** 1:13

**M**
**Maazel** 1:17 6:20,23,23 7:7 20:20 21:2
**machine** 5:11 5:19 8:5 9:1 9:5,6 11:19
**machines** 5:2 7:17,18 8:11 10:10 11:1,3,12 12:3 13:5,8 13:24 14:1 14:3 16:15 17:3,7,10 17:14,22 18:4 19:1,6 19:13,20 22:4,6,7,9
**making** 12:9
**malpractice**

9:18,21
**malware** 11:22
**management** 11:11,15 12:2
**manner** 6:8
**marked** 23:12
**MATERIAL** 1:13
**matter** 24:8
**means** 8:11 9:3,5,7 24:20
**media** 8:20
**medical** 9:18
**meeting** 1:1 2:2,7 14:12 23:5,6,14
**Merriam-...** 8:14
**met** 16:14
**method** 10:24 11:1
**Mike** 14:19
**mind** 6:22
**months** 21:23
**morning** 2:5 6:20 14:15
**MOSS** 1:9
**motion** 6:12 6:15
**move** 6:3
**multiple** 7:24

**N**
**N** 24:2
**name** 6:22
**national** 12:17 19:17 19:20
**Notary** 24:13
**noted** 24:5
**notes** 24:7
**November** 14:22 17:23 18:18

**O**
**O** 24:2
**o'clock** 2:6
**objection** 12:12

**objections** 8:6
**obligation** 13:8
**obtain** 4:22
**occurred** 18:16
**October** 16:21
**office** 16:19
**oh** 9:16
**Okay** 14:11 23:4
**old-fashioned** 9:4
**open** 6:18 14:4
**opened** 11:4,7
**opportunity** 2:14 17:7,8 17:20,23
**opted** 20:11
**optional** 10:13
**outside** 9:1

**P**
**p.m** 5:17
**P.S** 5:9 9:23 10:24
**paper** 5:12 10:6,7,9
**part** 10:2 19:1 21:20
**participates** 16:9
**particular** 7:17
**party** 14:20 21:9
**patented** 18:13
**patient** 9:10 9:11,12,16
**pay** 12:6
**Pedro** 16:18
**Pence** 14:19
**Pennsylvania** 1:19 2:23 3:4,7,14 5:5 5:9,20,24 6:6 7:22 14:20 16:9 17:4 19:14 20:11

**people** 8:10 18:3
**permit** 10:14 15:7 16:11
**petitioners** 5:3 6:5
**petitions** 2:11 2:19,24 4:23 5:22 15:3,24 16:12 20:12 23:4
**Philadelphia** 1:19 5:20 7:13,18 10:4,10 14:6,7 18:2 19:14,19 21:6
**Philadelphi...** 15:20
**place** 13:10 17:19
**plain** 9:22
**plainly** 8:8
**point** 10:15 10:16
**points** 14:24 21:4
**possible** 13:14
**potentially** 9:5
**power** 13:7
**powers** 10:18 12:19
**precedent** 16:2 20:8
**prefer** 7:3
**preparing** 15:4
**present** 1:7 1:12,15 8:3 22:22
**presidency** 16:6,6
**president** 14:17,18 15:8,8,12 15:13,14 20:2,3
**presidential** 7:1,10 16:3
**press** 8:10

**previously** 5:15
**prior** 2:12,19 17:12,23 18:4,16
**problems** 18:14
**proceedings** 2:13 24:5
**process** 5:8 14:4 20:2
**product** 18:13
**proposition** 7:20
**protection** 15:15 20:6
**provide** 2:13
**provides** 8:2
**provisional** 5:13
**provisions** 2:22 5:5 15:6 19:3
**public** 16:21 17:19 18:2 24:13
**pursuant** 6:2
**put** 20:24

**Q**
**question** 18:14
**questions** 22:19
**quickly** 21:4
**quite** 15:11

**R**
**R** 24:2
**race** 15:7
**raise** 8:5
**re-canvassed** 15:21
**re-canvassi...** 9:20
**reasons** 18:8
**REBECCA** 1:16
**recanvass** 2:11,24 3:10,12 5:4 5:7,10,11 5:12,16 6:7

Meeting of the Return Board
December 1, 2016

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8:4,11 10:2 10:19 15:5 15:18 19:1 21:21 | requirements 3:3,6,13 5:24 6:2,6 respectfully 22:13 | see 8:20,21 12:11 seeing 9:10 **SENIOR** 1:17 | 2:14 states 12:16 12:24 15:9 16:2,7,10 20:3,8,14 | taken 24:7 tally 11:5,8 13:16 tampering 17:16 19:12 | **V** versus 15:11 20:9 vice 1:8 14:18 15:8,13 | **WARREN** 1:16 watch 9:20 watching 8:10 | **13** 4:11 **14** 3:17,22 4:1,11 **142** 4:24 **14th** 15:15,19 20:5 |
| recognized 16:8 | respond 20:21 22:18 | sent 12:2 Serena 1:21 | stating 6:22 statute 20:10 | tapes 17:14 targeted 13:1 | 16:6 20:2 violate 15:6 | way 8:16,23 9:2 10:3 | **15** 3:4,18 4:1 4:3,9,11 |
| recommend... 5:21 | responding 21:4 | set 5:8 **SETH** 1:10 | 21:22 Stein 7:2,10 | term 16:20 test 9:15 | violating 15:18 20:13 | 13:9,23 18:12 21:24 | **16** 3:18 4:3 4:15,17 |
| recommend... 2:21 5:1 | response 22:23 23:3 | sic 19:10 22:18 | 7:20 9:24 10:12 12:6 | tested 17:13 thank 2:16 | violation 16:1 16:10 | we'll 2:13 6:17 21:15 | **17** 4:3 **18** 4:4,5 |
| recommends 3:9 | result 14:2 results 18:20 | similar 10:24 11:2 | 16:14 17:20 18:23 19:10 | 14:8,9 20:15 22:15 | **VOIGT** 1:13 volunteers | we're 21:11 22:17 | **19** 3:19 4:16 4:19 |
| record 6:18 6:22 10:9 16:23 20:19 21:1,3 | Return 1:1 2:3,8,21 23:7,15 | similarly 11:6 simply 8:24 9:19 12:13 | 21:18 stenographic 24:7 | 22:24 23:8 thing 13:21 14:1 22:12 | 21:12 vote 5:12 6:12,13 | we've 12:5 weight 16:1 went 17:2,9 | **19144** 5:20 **1st** 2:7 |
| recount 3:1 3:10,12 5:5 5:7,10,16 6:7 8:3 15:5 15:17 19:1 21:6,7,13 21:14,17,20 | right 7:21,23 13:22 18:9 21:19,24 rights 20:7 21:19 rolls 12:22 Room 4:24 | single 11:18 sit 7:4 situation 20:24 slept 21:19 software 8:12 8:19 9:8 11:16,24 | stolen 12:23 store 19:19 Streets 1:19 Strehlow 1:23 strict 17:10 subject 3:10 6:7 15:23 | things 13:1 16:24 18:15 think 13:9 thought 18:19 three 3:11 6:4 Thursday 2:6 | 10:4 11:5,8 13:22 22:14 voter 12:22 12:23 voters 14:2,5 15:19 | whatsoever 19:8,22 **WHYY-FM** 1:17 willing 12:6 wish 2:15 6:19 | **2** **2** 3:18,24 4:7 4:15 5:17 **20** 3:17,19 12:24 **2016** 1:4 2:7 |
| recounted 15:21 | **S** | solve 18:13 | submitted 2:11,19 7:8 | **TIM** 1:11 | votes 8:21,21 10:5 12:10 | Wissahickon 5:19 | 5:18 14:22 **20th** 16:21 |
| recounts 15:7 reference 18:15 | Safe 16:5 20:10 sat 18:9 | soon 12:8 13:13 sorry 10:23 | supervision 24:22 supposed | time 12:15 13:12 22:16 23:11 | 12:13 13:16 13:17,23 15:11,20,22 | word 16:16 16:17 work 11:9 | **21** 4:5 **215)504-4622** 1:24 |
| references 19:16 | saw 9:16 saying 15:2 | 23:7 speaks 10:20 | 18:12 Supreme | timely 21:24 times 12:19 | voting 5:18 7:12 8:4,5 | working 9:2 wouldn't | **22** 3:22 4:2,5 4:7 |
| regarding 8:6 reinforced 19:5 | says 13:6 **SCHMIDT** 1:8 2:9 6:11 | 10:23 specific 19:3 spend 12:14 | 15:10 16:2 16:8 20:9 sure 10:4 | today 15:1 16:12 17:1 19:11 21:19 | 9:4,7 10:22 11:1,3,7,19 17:1,3,10 | 13:15 **X** | **24** 3:19 4:6 **25** 3:19 5:9 9:23 10:24 |
| reissued 19:5 **REPORTED** 1:21 | 6:17,21 7:5 14:9,13 20:15,22 | Spotts 1:21 Spring 1:19 staff 2:17 | 12:9 13:17 13:23 switch 8:21 | 21:22 tomorrow 12:8 13:15 | 18:24 19:6 19:20 21:21 22:3 | **Y** years 16:19 | **26** 3:19 **2650** 8:2 9:23 21:20 |
| reporter 1:17 24:13,22 | 23:1 scientist 22:9 | 5:21 stand 7:3 | system 7:12 8:18 9:7 | 21:22 top 22:8 | vulnerabilit... 7:16 | Yesterday 7:8 | **27** 3:22 4:9 **282** 3:2 5:22 |
| representat... 4:21 | scientists 7:15 11:20 | 9:19 standing 7:8 | 11:7,11,16 12:2 21:21 | transcript 24:9,19 | vulnerability 13:5 | **Z** | 15:24 **29** 4:6,12 |
| represented 12:5 | scope 5:4 search 8:13 | 8:9 14:1 start 7:19 8:1 | 22:3 systems 10:23 | transparent 14:5 | **W** | **0** | **297** 2:23 |
| reproduction 24:20 | second 6:11 10:16 | 13:13 14:24 15:2 | 17:2 | treat 15:16 treated 15:14 | want 7:19 15:2 21:2,9 | **1** | **3** |
| republican 14:19,21 21:9 | secretary 16:17 17:17 20:18 | state 15:16 17:3 19:4,6 21:8 | **T** **T** 5:9 24:2,2 | tried 12:19 true 19:2 Trump 14:18 | 21:16 Ward 3:16,18 3:20,21,23 | **1** 1:4 3:16,21 4:7,10,15 5:17 | **3** 3:20,21,24 **30** 4:6,10 **31** 4:6 |
| request 3:12 6:5 7:9 | Section 5:10 8:2 9:23 | stated 16:20 16:24 | Tabas 1:16 14:15,16 | trying 20:1 | 3:24 4:2,3,4 4:5,7,9,10 | **10** 2:6 4:4,8 4:15,19 | **3154** 5:10 **315484** 10:24 |
| 10:12 22:13 22:14 | sections 7:24 secure 16:15 | statement 16:21 17:1 | 20:16,17 22:21 | **U** unfair 15:24 | 4:12,13,14 4:15,17,18 | **10:00** 2:3 **10:24** 23:16 | **35** 10:23 **36** 4:12 |
| required 5:2 10:14 | 17:2 security 12:18 | 17:18 20:18 statements | take 9:15 11:17 13:10 16:16,17 17:24 20:5 | United 12:16 15:9 16:1,7 16:10 20:3 20:8,13 | 4:19,20 warehouse 5:19 | **11** 3:17,18 4:5,13 **12** 3:17 4:1,2 | **37** 4:12 **38** 4:13 **39** 4:14 |

Meeting of the Return Board
December 1, 2016

Page 4

| | |
|---|---|
| **4** | |
| **4** | 3:20,21,24 |
| **41** | 4:12 |
| **44** | 4:6 |
| **45** | 4:14 |
| **46** | 4:15 |
| **4700** | 5:19 |
| **5** | |
| **5** | 3:21 4:7,9 4:10 |
| **53** | 4:17 |
| **54** | 4:18 |
| **59** | 4:19 |
| **6** | |
| **6** | 3:24 4:3,7 4:10,18 |
| **66** | 4:20 |
| **7** | |
| **7** | 3:18,23 4:9 4:10 |
| **8** | |
| **8** | 3:21,23 |
| **8th** | 14:22 17:23 18:18 |
| **9** | |
| **9** | 3:23,24,24 4:3,20 |