# Exhibit 50

1

IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA

IN RE:  RECOUNT AND/OR

RECANVASS OF THE VOTE

FOR PRESIDENT OF THE

UNITED STATES AND FOR

THE UNITED STATES

SENATE IN THE NOVEMBER

8, 2016 GENERAL

ELECTION

CIVIL DIVISION

2016-22954

MOTION TRANSCRIPT
FILED BY:
Jennifer Cox
Official Court Reporter

DATE:
December 2, 2016

BEFORE:
Honorable Joseph James

COUNSEL OF RECORD:
For the Republican State
Committee of Pennsylvania
t/d/b/a Republican Party of
Pennsylvania; Republican
Committee of Allegheny County

Ronald J. Hicks & Nicholas
Bell, Esq
Meyer, Unkovic & Scott, LLP
1300 Oliver Building
Pittsburgh, PA 15222

For Dr. Jill Stein and the
Stein Campaign for President
of the United States:

Doug Lieb, Esq
Emery, Celli, Brinckerhoff &
Abady, LLP
600 5th Avenue
New York, NY 10020
Stuart Gall, Esq.
Gall Legal, LLC
100 Ross Street, Ste 510
Pittsburgh, PA 15219

For Allegheny County:
Allan Opsitnick, Esq.
564 Forbes Avenue Ste 1301
Pittsburgh, PA 15219

REPRODUCTION OF THIS TRANSCRIPT IN WHOLE OR IN PART IS GOVERNED
BY THE PA RULES OF JUDICIAL ADMINISTRATION
AND APPLICABLE LOCAL RULES AND SHALL NOT BE
EMPLOYED FOR ANY OFFICIAL CAPACITY

## I-N-D-E-X.

| WITNESS | PAGE |
|---|---|
| *Mark Wolosik* | |
| Direct Examination by Mr. Opsitnick | 25 |
| Cross Examination by Mr. Hicks | 28 |
| Cross Examination by Mr. Lieb | 37 |
| Redirect Examination by Mr. Opsitnick | 46, 53 |
| Recross Examination by Mr. Hicks | 51, 54 |
| Recross Examination by Mr. Lieb | 50 |

25                    P-R-O-C-E-E-D-I-N-G-S

1          THE COURT:  All right.  We scheduled a

2     hearing this morning.  There was a notice of an

3     appeal filed in opposition.  An emergency petition

4     to quash, a notice  of appeal of the decision of

5     the Allegheny County Board of Elections.

6          We have an array of people sitting here.

7     Let's see who is representing whom.

8          MR. HICKS:  Good morning, Your Honor.  Ron

9     Hicks and Nick Bell for the Republican State

10     Committee of Pennsylvania and the Republican

11     Committee of Allegheny County.

12          THE COURT:  Good morning, Mr. Hicks.

13          MR. GAUL:  Your Honor, Stuart Gall on behalf

14     of the Jill Stein for President Campaign and Jill

15     Stein.

16          With me today is Douglas Lieb, whose

17     admission we will seek pro hac vice.  He is with

18     the firm Emery, Celli, Brinckerhoff & Abday, and

19     he's here as well.

20          MR. OPSITNICK:  Judge, Allan Opsitnick,

21     Assistant County Solicitor on behalf of

22     Allegheny County for the district.

23          THE COURT:  I guess we should start with

24     the motion for admission pro hac vice.  That's

25     your motion, Mr. Gaul.

1            MR. GAUL:  It is our motion, Your Honor.

2     This is the original receipt we received back

3     from the Department of Court Records.

4            Mr. Lieb, as I mentioned earlier, is with

5     the Emery, Celli firm.  He is admitted to

6     practice the bar in the state of New York and

7     California.

8            He indicated he would be willing to abide

9     by the rules of this Court, and he has submitted

10    the required fee and certification to the IOLTA

11    Board.

12            I have indicated that I will supervise and

13    monitor his work in this action, and I will.

14            On that basis, Your Honor, I ask that he

15    be admitted pro hac vice.

16            THE COURT:  Any objections?

17            MR. OPSITNICK:  None, Your Honor.

18            MR. HICKS:  None, Your Honor.

19            THE COURT:  Well, let's see how you

20    monitor his behavior.  Sounds like a tall order,

21    Mr. Gaul.  Motion is granted.

22            Mr. Lieb, you're admitted pro hac vice to

23    argue this matter before this Court.

24            There's a second petition, Mr. Gaul, that

25    you filed, and also Mr. Lieb, assuming that he

1      had been admitted, but that petition is for
2      intervention in opposition to this appeal filed
3      on behalf of Jill Stein for President and Jill
4      Stein as an individual.
5              It's your motion, Mr. Gaul.
6              MR. GAUL:  That's correct, Your Honor.
7      Dr. Stein, is, in fact, interested in the
8      results of the election in Pennsylvania, having
9      appeared on the ballot, having received votes,
10     and in that sense, we have essentially the same
11     argument that the Republican Committee has.
12             We would like to make sure that all the
13     votes are counted fully and fairly.  We believe
14     that the petition that has been presented by the
15     petitioner here carries that process, and we
16     would respectfully ask the Court --
17             THE COURT:  To be fair, Mr. Gaul, it would
18     have be thrown out of Court, if it was granted,
19     but be that as it may.  Okay.  You believe you
20     have standing?
21             MR. GAUL:  We do.
22             THE COURT:  Anyone want to speak to this
23     motion for intervention in opposition?
24             MR. OPSITNICK:  No, Your Honor.
25             THE COURT:  You're two for two, Mr. Gaul.

1          MR. GAUL:  Here is the original petition

2     from the Department of Court records.

3          THE COURT:  Okay.  We are ready to proceed

4     on the underlying motion, which was filed on

5     behalf of the Republican Party, and that would

6     be your motion, Mr. Hicks.

7          MR. HICKS:  Yes, Your Honor.  From a

8     procedural standpoint, does your file have a

9     copy of the Affidavit of Service that was filed

10    yesterday?

11         THE COURT:  Probably not.

12         MR. HICKS:  I will hand that up to you.

13    So setting that issue aside then, there are

14    basically two ways we want to present this, Your

15    Honor.

16         This morning, we spent the morning going

17    through a stipulation of facts, and I have that

18    here, and I would like to present that to the

19    Court.

20         It's been signed by counsel for all the

21    parties.  Let me just explain how it's been

22    formatted.

23         So you'll see on the first page, the first

24    several pages, there are stipulations and there

25    are several handwritten notations on it.  Those

1    are the changes that we made, based on our

2    meeting this morning, with Counsel.

3         You can see that there are certain

4    paragraphs that have been stricken from the

5    stipulations.  Those are paragraphs two, three

6    five and six.

7         Paragraph two and three are issues that

8    Mr. Opsitnick is going to raise with regard to

9    our standing, which I believe is more of a legal

10   issue.

11        Then paragraph five and six is the only

12   ones where we need to take some testimony on an

13   issue as to what constitutes signing by the

14   board.

15        Other than that, the rest of the

16   stipulations have been changed to reflect the

17   agreement of the parties, and just so we're

18   clear as to what some of those changes were, so

19   that you know there is no dispute as to what the

20   handwriting says, I'll read some of those

21   changes.

22        So in Paragraph 7, Paragraph 7 should now

23   read:  At no time prior to November 23, 2016 did

24   any voter file a petition for recount or

25   recanvass with the Election Division.  Under the

1    Elections Code, Section 1404(c), 25 PS, Section

2    3154(c), contending that there was an error

3    committed during the Election Board's Election

4    Code Section 1404 canvass.

5         Paragraph 8, that should now read:  On

6    November 23, 2016, the Elections Division posted

7    on its website, and then the rest of the

8    paragraph, there should be -- there would be a

9    paren and it is actually the URL for the

10   website.

11        Both summary and detailed reports of the

12   unofficial results for Allegheny County.  Those

13   reports indicate the "run date" and the "end

14   times" were "November 23, 2016 and 2:32 am."

15        THE COURT:  I think it says 10:32 a.m.

16        MR. HICKS:  Yes.

17        THE COURT:  I don't think they were

18   running this at 2:00 in the morning.

19        MR. HICKS:  I am sorry.  Paragraph 10

20   should now read --

21        THE COURT:  Nine is in tact?

22        MR. HICKS:  Nine is in tact.  Paragraph 10

23   should now read:  On the same website, the

24   Elections Board provided the following notice in

25   bold print and in separately boarded box.  That

1    quote is:  "These results will become official
2    on Monday, November 28, unless a petition for
3    recanvass or recount has been filed with the
4    appropriate Court awaiting disposition."
5         In Paragraph 11, the two changes were the
6    Election Board should be changed to Election
7    Division and that the number should be 305
8    instead of 304.
9         Paragraph 12 should now read:  Some of --
10        THE COURT:  I apologize for interrupting,
11   but it reads the petition to recount and/or
12   recanvass an affidavit of blank, and I assume
13   they were filled in or were they just left
14   blank?
15        MR. HICKS:  They were filled in.
16        THE COURT:  So it's 305.  So you agree we
17   have 305 names?
18        MR. HICKS:  That is correct.  Paragraph 12
19   now reads:  Some of the 305 documents were
20   presented and received by the Elections Division
21   as a group of three or more from a single
22   election district, and others were presented
23   singularly.
24        Then Paragraph 13 says:  When the 305
25   documents were presented and received by the

1    Elections Division, the same duplicate copy of

2    the November 25, 2016 sworn affidavit of J.

3    Alex Halderman, beginning to be called the

4    Halderman Affidavit, was submitted with them.

5        In Paragraph 14, it should now read:  The

6    305 documents were a formed document, which a

7    long with the Halderman Affidavit, were made

8    available on line and by a third parties at the

9    Allegheny County Elections Division Office on

10    the Sixth Floor of the County Office Building,

11    542 Forbes Avenue, Pittsburgh, PA, and then were

12    completed by the voters before presentment and

13    received by the Elections Division.

14        Paragraph 15 should now read:  On November

15    29, 2016, the Elections Division examined the

16    305 documents received on November 28, 2016 and

17    determined which collectively involved an

18    elections district where at least three voter

19    affidavits were presented to and received by the

20    Elections Division.

21        Paragraph 16 should now read:  On November

22    29th, the Elections Division announced that of

23    the 305 documents received on November 28, 2016,

24    only those attached collectively hereto as

25    Exhibit 1A and 1B contained the required three

1    voters per affidavit Election Districts, and on

2    December 5th, 2016, the Elections Division would

3    conduct a machine recanvass of the 52 election

4    districts covered by those documents.

5        You will see, Your Honor, we've attached

6    Exhibit 1A are all of the petitions pages that

7    were filled in by the voters and pertain to

8    those 52 election districts.

9        1B is just a single copy of the Halderman

10   affidavit.

11       Paragraphs 18 and 19 are just particular

12   paragraphs out of the Exhibit 1A, the forms

13   petitions, and in particular, they indicate that

14   they are being brought pursuant to Section 3154

15   of the Election Code, and they're asking for the

16   recanvass of the machines.

17       The last change that we have made from

18   Paragraphs 20 and 21, we've agreed that the

19   documents were not filed with the Allegheny

20   County Clerk of Courts.

21       In Paragraph 21, we've agreed --

22       THE COURT:  Office of Court Records.

23       MR. HICKS:  Office of Court Records.  We

24   agree in Paragraph 21 no cash deposit or surety

25   were provided, including a $50 cash deposit or a

1    $100 surety bond for voting machines to be

2    canvassed in each election district.

3         If I haven't highlighted any of the other

4    ones we didn't agree on, or that we did agree

5    on, they are set forth in the pleadings as typed

6    and we would offer those as a stipulation of the

7    facts and exhibits for purposes of this hearing.

8         THE COURT:  Okay.  Let's go in order.  Mr.

9    Gaul, you were first in.

10        MR. GAUL:  Let me defer to Mr. Lieb, Your

11   Honor.

12        THE COURT:  Certainly.  Mr. Lieb?

13        MR. LIEB:  Just a cleanup matter, Your

14   Honor, I think in paragraph 17 Election Board

15   should be changed to Election Division.

16        THE COURT:  It was.

17        MR. LIEB:  Okay.  And then Paragraph 21, I

18   believe it should read including and without

19   limitation, a $50 cash deposit or $100 surety

20   bond per voting machine can be canvassed at each

21   election district.

22        THE COURT:  That's how it reads.

23        MR. LIEB:  Thank you, Your Honor.

24        THE COURT:  Mr. Opsitnick?

25        MR. OPSITNICK:  By the time it gets to me,

1    everything is fine.

2         THE COURT:  So we have a stipulation as to

3    the timeline and what happened and what went on.

4    We have a dispute as to paragraph -- Mr.

5    Opsitnick, you object to standing; is that

6    correct?

7         MR. OPSITNICK:  I do, Your Honor.

8         THE COURT:  That's in Paragraph 2 and 3?

9         MR. OPSITNICK:  Well, Paragraph 2, I don't

10   think that the County can agree that the

11   Republican State Committee of Pennsylvania

12   represents, for purposes of this litigation, the

13   interest of all republican voters and

14   candidates.

15        My real thrust is, Judge, I don't think

16   that the appellants here, the entity, the

17   Republican State Committee of Pennsylvania, has

18   standing.

19        As the Court knows, we are operating under

20   Section 3157 of the Elections Code that starts

21   at any person agreed by anyone or one and on and

22   on and on.

23        The Elections Code has no definition of

24   persons in Section 2602.  So Mr. Hicks, I think,

25   acknowledges this standing issue in his appeal,

1       because he uses to support his standing the

2       Commonwealth cases, and I have copies and I will

3       pass them out, a 2003 case, canvass of absentee

4       ballots, where I think Mr. Hicks was wearing my

5       brogue at the time where he was opposing

6       standing.

7              In that case, there was standing in 3157,

8       an appeal, but it's a requirement, Judge.  The

9       basis for standing in this case was under 2650.

10      There were watchers, and this was a case -- the

11      Court probably recalls this situation.

12             THE COURT:  It was my case.

13             MR. OPSITNICK:  But there was

14      disenfranchisement, potential disenfranchisement

15      for absentee ballots that we, the Board of

16      Elections, did not count because of how they

17      were delivered.

18             Again, I submit to the Court, that this

19      case is a carve out, because without the party

20      having standing in this type of case, the power

21      that emanates from the watchers certificate in

22      that section of the code would be nullity.

23             That's not the case here.  The case here

24      is no voters are going to be disenfranchised.

25      Everything has been tabulated.  This is a

1  canvass looking at aggregates.  Looking at
2  total.  I think for that, you need an actual
3  person and this entity, the State Republican
4  Committee of Pennsylvania, or however it's
5  phrased, is not a person.
6       I think you have to read 3157 two ways.
7  One, literally, considering there is no
8  definition of a person or elsewhere in the
9  election code; and two, distinguishing the
10 canvas of the absentee ballots case from 2003,
11 given that the circumstances are very different.
12      Then I think the Commonwealth Court's
13 opinion, again, treats it as a carve out, and
14 exception to the rule.  That's not the facts we
15 have here.
16      Nobody is claiming that the votes aren't
17 going be counted individually.  There might be
18 contention that the votes weren't added right,
19 but we are talking about, as the Court knows,
20 post return board totals.
21      So I think the matter should be dismissed,
22 because the appellant from the board's decision
23 has no standing.  Thank you.
24           THE COURT:  Thank you.  Mr. Hicks?
25           MR. HICKS:  Well, Your Honor, you and I

1       have argued this back in 2003.

2               THE COURT:  This was a long time ago, Mr.

3       Hicks.

4               MR. HICKS:  That was a long time ago, and

5       I have gotten wiser and I have come around to

6       your points of view.

7               THE COURT:  Unfortunately, not the same

8       point of view as the Supreme Court had, but

9       that's okay.

10              MR. HICKS:  As you know, Your Honor, I had

11      argued that, in fact, the parties did not have

12      standing.  You had indicated that because

13      political parties have the ability to appoint

14      watchers not only to participate not only

15      pre-election, but most importantly

16      post-election, and in a --

17              THE COURT:  At the time of canvass?

18              MR. HICKS:  And also not only during the

19      initial canvasses, but also the recount and

20      recanvass that may be ordered that without the

21      ability for the political parties to, in fact,

22      appeal, because watchers themselves have no

23      power to, in fact, file an appeal other than

24      being a normal voter.

25              So there is no question that as a

1      political party, the Republican State Committee,

2      as well as the Republican Committee of Allegheny

3      County appoint watchers.  More importantly, we

4      represent all the candidates on the ballot.

5      That's, in fact, our function as political

6      parties.

7              More importantly, I wound point out this

8      is an appeal with regard to an attempt under

9      3154(e) to do a recount or recanvass, and under

10     that, before any such recount or recanvass can

11     be done, notice has to be given to various

12     persons.  Not only to candidates, but most

13     importantly, the county chairman of the

14     political party or body.

15             So if we weren't intended to have some

16     interest in it, why is notice being provided to

17     us under 3154(e), which, in fact, was provided

18     to us and that's what prompted this appeal.

19             So I believe that not only do we have

20     standing because we are a political body, we

21     have the ability to appoint watchers.  We are,

22     in fact, entitled to notice of this particular

23     recount.

24             So, therefore, when we believe that the

25     board has made a decision effecting outside of

1    its authority, nobody but us had the ability to

2    be a party.

3           Obviously, candidates could file and also

4    join in us, but that doesn't deprive us of the

5    ability.  We are a party in accordance not only

6    the lower Court's decision, but also the

7    Commonwealth Court's decision, which affirms

8    that decision, and the Supreme Court did not

9    address that because nobody indicated beyond

10   that point.

11          THE COURT:  The Supreme Court reversed on

12   other grounds.  I believe Chief Justice Castille

13   wrote that.

14          MR. HICKS:  That is correct.  We took an

15   appeal on that issue, but we did not take an

16   appeal at the standing issue.

17          THE COURT:  Anyone else wish to speak to

18   the issue of standing in terms of the parties?

19          MR. LIEB:  No, Your Honor.

20          THE COURT:  So your position that you have

21   standing is that, one, you're given notice of

22   any petition for recanvass or recount; and, two,

23   you have the power to appoint watchers if such a

24   recount or recanvass takes place?

25          MR. HICKS:  That is correct, Your Honor.

1     In fact, we have appointed watchers before the

2     election and as part of the election.

3          As you recall, Your Honor, that I was here

4     during our pre-election meeting on behalf of the

5     Republican Party and all candidates, including

6     Donald Trump.

7          I still serve in that capacity, and more

8     importantly, I still the solicitor for the

9     Republican Party of Allegheny County.

10         So I believe that we have acted

11    consistently throughout this election both pre,

12    during and now post and we have standing.

13         THE COURT:  Mr. Opsitnick, why does the

14    legislature require you to give notice of any

15    petition for recanvass to the political parties,

16    if the political parties can't participate in

17    this some way?  Don't tell me it's a swapping of

18    because of the legislative act.

19         We have to give some meaning to these

20    words.  Why are they put on notice when a

21    petition for recount takes place?

22         MR. OPSITNICK:  Well, Judge, I think there

23    is an overall transparency thrust here.  But you

24    say give meaning to the legislative language and

25    why is 3157 limited to any person that reads

1    unlike the watchers section 2650, which says:
2    Any party or political body or citizen or
3    candidate can get watchers.
4         I think you will agree, Judge, that the
5    Election Code, having a couple of decades plus
6    of dealing with the Election Board, is not
7    always consistent.
8         THE COURT:  I think we can agree just the
9    opposite after a patchwork of amended Supreme
10   Court decisions it's become inconsistent.
11        MR. OPSITNICK:  Judge, just to circle
12   back, the statute that permits the appeal to be
13   filed to get us here is limited to persons and
14   not political parties.  It doesn't say persons
15   agreed or parties or political bodies.  Limited
16   to persons agreed, I must assume that's for a
17   particular purpose, and that is to limit
18   entities that can bring an appeal to this Court.
19        THE COURT:  I am satisfied that there is
20   standing based, number one, on the language,
21   which gives them notice; number two, the ability
22   to appoint watchers for any recanvass or
23   recount.
24        So that I have this straight, this is a
25   petition by the Stein group, the people that

1    have filed for a recanvass?  Because you

2    scratched out recount in the various sections of

3    the stipulations.

4         MR. OPSITNICK:  It is limited to

5    recanvass.

6         MR. LIEB:  I am not sure we would

7    technically agree with that, Your Honor, to the

8    extent that --

9         THE COURT:  Well, that's what your

10    stipulation says, Mr. Lieb.

11         MR. LIEB:  Well, I think the stipulation

12    says, if I am not mistaken, that the Board

13    announced they are going to conduct a recanvass,

14    not necessarily that's what the petition were

15    for that or that is exactly what it has required

16    by law.

17         It's just at question to the extent there

18    are any absentee ballots that are not conducted

19    by electronic voting machines that I think would

20    qualify as a recount, rather than a recanvass,

21    if you're not seeking the recanvass of the

22    machine, but the petition is for recount and for

23    recanvass.

24         THE COURT:  I am satisfied that you have

25    standing, based not only on those two sections

1          of the second language of the poll watchers

2          information, and also by the decision written by

3          the then President Judge Pellegrini, which

4          confirmed standing and was not appealed to the

5          Supreme Court.

6                    So we're going to grant them standing in

7          the case, Mr. Opsitnick, over your objection.

8                    All right.  You may proceed at this point,

9          Mr. Hicks.

10                   MR. HICKS:  Your Honor, at this point, as

11         I said, with regard to the stipulations, there

12         was only two particular sections of the

13         stipulations that are controverted, and perhaps

14         with Counsels' permission, maybe I could overlay

15         what the issue is.

16                   There's no dispute between the parties

17         that post-election, the Elections Division, as

18         the administrative arm of the Election Board,

19         conducted a computation and canvas of all the

20         returns of Allegheny County.

21                   As you know, there are 1,322 election

22         precincts in Allegheny County, and all of those

23         returns were reviewed, canvassed, tabulated and

24         the results were posted on line.

25                   The issue that is being raised by both Dr.

1    Stein and her candidacy is whether or not that

2    unofficial result was ever signed by all three

3    members of the Elections Board.

4        THE COURT:  That would be the County

5    Executive and two at-large council members?

6        MR. HICKS:  Correct.  So we thought it be

7    pertinent to have Mr. Wolosik, who I have under

8    subpoena, to come to the stand to testify as to

9    what the Elections Division is, their

10   administrative authority, what they have been

11   designated to do on behalf of the board, and the

12   process that they engage in when they do the

13   canvassing and compilation that occurred from

14   post election up to November 23, 2016.  Unless

15   you want to take judicial notice of it.

16       THE COURT:  Well, I have been supervising

17   the elections in the county since 2000.  I kind

18   of know what they do.  I suppose we need to make

19   a record, because no one is going abide by my

20   ruling.

21       MR. HICKS:  So I was going to ask Mr.

22   Wolosik to come to the stand.  Mr. Opsitnick has

23   agreed to take the first whack at the testimony,

24   and then Dr. Stein's Counsel would fill in any

25   information that might be needed after that.

1              THE COURT:  All right.  Mr. Wolosik.  Good

2      morning.

3              The Court would note for anybody who has

4      not been here before, Mr. Wolosik has testified

5      in my Courtroom probably a hundred times.  He's

6      not a stranger to this room.

7              Mr. Opsitnick, you're going to conduct a

8      direct examination of the proceedings?

9              MR. OPSITNICK:  I am.

10             THE COURT:  Would you, please.

11             MARK WOLOSIK, called as a witness herein,

12      having been first duly sworn, was examined and

13      testified as follows:

14             DIRECT EXAMINATION

15 BY MR. OPSITNICK:

16  Q.   Mark, would you briefly indicate your job title,

17       your length of time in the Elections Division and

18       what your current duties involve?

19  A.   I am the Elections Division Manager for the County

20       of Allegheny.  I started there as a temporary

21       employee in the fall of 1970.

22             I was appointed Elections Director July

23       1st of 1991, and when my department became a

24       division, I became a division manager.

25  Q.   One of the things stipulated to, Mark, is that a

1  report and percentage calculations were completed

2  and made public on the internet on November 23,

3  2016.

4     Are you familiar with that document?

5 A. Yes.

6 Q. Would you describe for the Court how that document

7  was generated?

8 A. I suppose you want me to go through the return board

9  procedure?

10 Q. Maybe you should quickly.

11 A. On the third day following the election, under the

12  election code, we're required to canvass the results

13  of the election.

14     We have compared the records returned by

15  the Election Board to how many people presented

16  themselves to vote.  We compare that against the

17  voting machine totals of how many people were

18  admitted to vote and resolve any discrepancies.

19     We compare the number of absentee ballots

20  to each polling place and county at each polling

21  place compared to the number of absentee ballots

22  that were scanned on election night and resolve any

23  discrepancies.

24     We research any provisional ballot that

25  was cast and make a determination of whether the

1    ballots should be fully counted, partially counted

2    or not counted.

3         All of those operations result in any

4    necessary changes in the election tabulation data

5    base, which are made.

6         Then the conclusions of any changes that

7    need to be made, we produce a set of elections

8    results that we term unofficial or preliminary

9    election results.

10   Q.   In your job, is that what is traditionally called a

11        preliminary certification?

12   A.   Yes.

13   Q.   It's under the Election Code that there has to be a

14        five day period between that and when the Board of

15        Election would certify the result, the final result?

16   A.   Yes, that is correct.

17   Q.   Traditionally, does the Board of Elections sign off

18        on any fashion, the individual members of the board

19        sign off on the preliminary certification?

20   A.   They do not.

21   Q.   What type, if any, signing off on and notation is

22        made by your employees of the return board prior to

23        the preliminary certification being complete?

24   A.   Each clerk, who performs an operation that I

25        described as part of the return board, he initials

1         whatever document they have duties on.

2    Q.   So there's no cumulative -- there's no cover sheet

3         with everybody's signatures?

4    A.   There is not.

5    Q.   Everybody that participated initials the small part

6         of the growing certification that they did?

7    A.   Well, it's the actual documents that they reviewed

8         as part of the return board.

9             MR. OPSITNICK:  That's all I have, Your

10        Honor.

11             CROSS EXAMINATION

12   BY MR. HICKS:

13    Q.   Mr. Wolosik, good morning.

14    A.   Good morning.

15    Q.   With regard to the computation and canvassing that

16         you're about, when did the return board complete

17         that operation?

18    A.   It was the day before Thanksgiving, Wednesday

19         morning.  That was the 23rd.

20    Q.   November 23rd.  Once that computation and canvassing

21         was completed, the results were then posted?

22    A.   That is correct.

23    Q.   If you take a look in terms of the stipulation, I

24         will show you Exhibit 2.

25             The parties have stipulated that the first

1           page of this exhibit is a copy of the Allegheny

2           County Election Division Website, and on the this

3           particular page, there is information regarding the

4           summary and two detailed reports; do you see that?

5     A.    Yes.

6     Q.    Above that, there is the first block.  There is a

7           block there that says these results will be become

8           official?

9     A.    Yes.

10    Q.    That is information that the Election Division posts

11          to the public, correct?

12    A.    Yes.

13    Q.    With respect to that notice, where do you indicate

14          that any petition for recanvass or recount has to be

15          filed?

16    A.    It's the first line of the notice.

17    Q.    Where do you inform the public where these petitions

18          for recount or recanvass are to be filed?

19    A.    The wording says:  These results will become

20          official on Monday, November 28th unless a petition

21          for recanvass or recount has been filed with the

22          appropriate Court awaiting disposition.

23    Q.    The page that follows that are three pages of a

24          document that is referred to as a summary report.

25          Is that the summary report that would pop up if you

1        clicked on the first page of the website?

2    A.   Yes.

3    Q.   According to the summary report, it has a run date

4         of November 23, 2016 and a run time of 10:32 a.m?

5    A.   Correct.

6    Q.   What does the summary report reflect?

7    A.   The final compilation of all the votes casted for

8         all the candidates that were on the ballot.

9    Q.   Would this be the adding up of all the returns that

10        had been initialed by the return board when they

11        went through each one of the election districts?

12              MR. LIEB:  Objection.  That

13           mischaracterize the testimony.

14              MR. HICKS:  I'll re-ask the question.

15   BY MR. HICKS:

16   Q.   Does the summary report that's prepared here, how is

17        it prepared?  On what data does it rely upon?

18   A.   The actions of the return board.

19   Q.   When you say the actions of the return board, is

20        that what you were describing to Mr. Opsitnick as

21        the sheets of paper that have been initialed by each

22        of the employees who examined each of the returns

23        from those election districts?

24   A.   Yes.

25   Q.   So let's just talk about what is on those initial

1           pages.

2                       What information appears on those that is

3           then transferred over to the summary report?

4    A.     I don't quite understand the question.

5    Q.     What information is on the page that is initialed by

6           each of return board when they are doing a

7           computation and the recanvassing?  What information

8           shows up there and how does it get to the summary

9           report in terms of a tabulation?

10   A.     It's the votes cast for each candidate in every

11          election district in which their name is on the

12          ballot, and then that information is checked for any

13          necessary corrections that are made to the election

14          database and then a tabulation report gets run and

15          it's posted to the internet.

16   Q.     I assume this summary report is generated by

17          computers that are used by the Elections Division?

18   A.     Yes.

19   Q.     The report that's presented here, is that a report

20          that the elections Division has been using during

21          your entire tenure as the division manager?

22   A.     Yes, since 2006 when we purchased the voting system.

23   Q.     Now, you mentioned that your department switched

24          between a division to a department?

25   A.     The other way.

1    Q.   What do you mean by that?

2    A.   The county did a type of reorganization that I think

3         prior to the Homewood Charter, there were 32 or 33

4         individual departments that reported directly to the

5         county commissioners.

6              Then there a reorganization that the

7         county was placed into five departments, and the

8         previous departments were called divisions, and it

9         was just a grouping of people.

10   Q.   You're under the administrative service portion of

11        the county?

12   A.   That is correct.

13   Q.   As an administrative portion, what does the

14        Elections Division, what is its relationship to the

15        Election Board, the three county commissioners that

16        determine that board?  What is the relationship

17        between those two?

18   A.   They delegate the overall supervision of the

19        elections process to me.

20   Q.   So you've talked about the summary report.  Let's

21        talk about the last two pages of Exhibit 2.

22              It would be the fourth page of the

23        exhibit.  It's called a precinct report, and it

24        still has same date November 23, 2016.  Run time of

25        10:32 a.m.  What is a precinct report?

1    A.    It denotes the tabulation of votes cast for every

2           candidate by the district.

3    Q.    If we look at the first page of Exhibit 2, going

4           back to the website, would that be the detailed

5           district report portion of the website?

6    A.    Yes.

7    Q.    This report is several hundred pages, correct, Mr.

8           Wolosik?

9    A.    I think so, yes.

10    Q.    This represents the first page of that multi-page

11           report, correct?

12    A.    Yes.

13    Q.    Would it be accurate to say that the information

14           from the detailed report eventually is part of the

15           tabulation that shows up on the summary report that

16           we just identified?

17    A.    Yes.

18    Q.    Let's talk about the last page of Exhibit 2 then.

19           That report is called a number key canvas.  What is

20           that report?

21    A.    This is a report that sorts the tabulation turn out

22           and votes cast by a particular office on the ballot.

23    Q.    If we look at the first page of the website where it

24           underneath it says:  The detailed reports available

25           and the detailed canvass report hyperlink, would

1           this be the first page that would show up when you

2           would click on that particular report?

3     A.    Yes.

4     Q.    Again, is this particular report a multipage report?

5     A.    Yes.

6     Q.    Several hundred pages?

7     A.    Yes.

8     Q.    Is the information from that number key canvass

9           report carried over into the summary report?

10    A.    Yes.

11    Q.    Like the summary report, are the precinct report and

12          the number key canvas report generated through the

13          computer program that the Elections Division

14          maintains?

15    A.    Yes.

16    Q.    These reports, are they tied to the recanvassing

17          that was concluded by November 23rd?

18                    MR. LIEB:  Objection, form.

19                    THE COURT:  Overruled.  We'll allow it.

20    BY MR. HICKS:

21    A.    Yes.

22    Q.    After November 23, 2016, did the return board do any

23          other activities with regard to the November 8, 2016

24          election in terms tallying results or tabulating

25          results?

1   A.   No.

2   Q.   Now, you mentioned during the computation and
3        canvassing that occurred post election, the third
4        day following the election on November 23rd, that
5        there were adjustments made, correct?

6   A.   Yes.

7   Q.   Those adjustments were done by whom?

8   A.   By the members of the clerks that serve on the
9        return board.

10  Q.   Did any voter ever file a recount or recanvass
11       petition during the third day following the election
12       up until November 23, 2016 before these unofficial
13       results were announced?

14  A.   None.

15  Q.   Why do you announce the unofficial results?  Why do
16       you post them on the website?

17  A.   The Election Code requires it.

18  Q.   So the Election Code requires the Election Division
19       to announce those results; is that correct?

20  A.   That is correct.

21  Q.   Now, according to your website, you say there's a
22       five day period to file a recount or recanvass with
23       the Court.  What does that refer to?

24  A.   That would be filing a petition with the Court of
25       Common Pleas to either recount paper ballots or

1       recanvass the voting machine or voting machines.

2   Q.  Under that procedure, is it required to not only

3       file with Court, but also pay cash deposit or post a

4       surety bond?

5               MR. LIEB:  Objection.  Calls for a legal

6           conclusion.

7               THE COURT:  I think it required a reading

8           of the statute probably.  I will overrule that

9           objection, Mr. Lieb.  It's in the statute.  I

10          don't think you need to be a lawyer to read it.

11  BY MR. HICKS:

12  Q.  From your experience, with regard to recount

13      petitions and recanvass petitions that are filed

14      after your unofficial results are announced, is it

15      typical that a cash deposit or surety bond be

16      posted?

17  A.  Yes.

18              THE COURT:  Excuse me.  What would be the

19          authorities for that is that?  Is that your

20          rule or is that the election --

21              THE WITNESS:  It's in the Election Code.

22              THE COURT:  Thank you.

23  BY MR. HICKS:

24  Q.  With respect to the documents that were filed on

25      November 28, 2016, we have stipulated that there

1    were no cash bonds or surety deposits that were

2    posted with regard to that, correct?

3  A.   Correct.

4  Q.   During your tenure, has the Elections Division ever

5    asked the Election Board, each member of the

6    Election Board to sign the unofficial results before

7    they are posted on the website?

8  A.   No.

9  Q.   Why is that?

10  A.   Well, we present a document at -- when the board

11    meets to certify that the results are official, and

12    we present a single sheet that we call the

13    preliminary certification, and they sign that.

14  Q.   That's when the certification is presented when?

15  A.   At the meeting of the Board of Elections to certify

16    the official results.

17  Q.   That meeting of the board occurs how many days after

18    the unofficial results are published on the website

19    to the public?

20  A.   Five days.

21           MR. HICKS:   No further questions.

22           CROSS EXAMINATION

23  BY MR. LIEB:

24  Q.   So the Board of Elections members do sign a

25    preliminary certification, as a matter of course,

1       correct?

2   A.  They do.

3   Q.  They just do it at the same meeting where they

4       certify the final results?

5   A.  Correct.

6   Q.  That meeting happens as a matter of course five days

7       after the unofficial results are compiled, correct?

8   A.  Correct.

9   Q.  So the members of the Board of Elections would

10      essentially sign the results that are reflected in

11      this thing you discussed with Mr. Hicks, correct?

12  A.  Correct.

13  Q.  They just haven't done it yet?

14  A.  That is correct.

15  Q.  Why do the members of the Board of Election sign

16      those results?

17  A.  Why?

18  Q.  Yeah.

19  A.  The statute requires it.

20  Q.  So there is a statutory requirement that the members

21      of Board of Election sign the preliminary

22      certification, correct?

23  A.  Correct.

24  Q.  The return board that you referred to in earlier

25      testimony consists of employees of the Election