## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civ. No. 16-6287** |
| | : | |
| **PEDRO A. CORTÉS,** | : | |
| *in his official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 15th day of February, 2017, upon consideration of Plaintiffs' Amended Complaint (Doc. No. 71), it is hereby **ORDERED** as follows:

1.  Defendants' Motion to Dismiss the Complaint for Failure to State a Claim (Doc. No. 68) is **DENIED as moot**.

2.  Defendants shall answer or move to dismiss to the Amended Complaint **no later than** **Wednesday, March 8, 2017** at **5:00 p.m.**

3.  If Defendants move to dismiss, Plaintiffs shall respond **no later than** **Wednesday, March 29, 2017** at **5:00 p.m.**

4.  All discovery is **STAYED** pending further order of this Court.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.