# Exhibit 41

**VOTING MACHINES IN PENNSYLVANIA COUNTIES**

| County | Precincts | Total Registration | Make | Model | Equipment Type | VVPAT |
|---|---|---|---|---|---|---|
| Armstrong | 68 | 39962 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Bradford | 61 | 35220 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Carbon | 51 | 38775 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Clarion | 42 | 22818 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Lehigh | 153 | 213666 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Lycoming | 86 | 64195 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Northumberland | 74 | 53509 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Pike | 18 | 35226 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Potter | 33 | 10351 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Schuylkill | 125 | 82438 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Somerset | 68 | 47378 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Sullivan | 15 | 4222 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Tioga | 43 | 24795 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Union | 27 | 22214 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Warren | 33 | 28963 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Washington | 184 | 127783 | Premier/Diebold (Dominion) | AccuVote TSX | DRE-Touchscreen | No |
| Adams | 49 | 60039 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Centre | 91 | 106765 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Franklin | 75 | 88698 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Fulton | 13 | 9073 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Huntingdon | 58 | 28185 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Indiana | 69 | 47640 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Juniata | 18 | 13200 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Lackawanna | 163 | 139041 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Mifflin | 25 | 24275 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Montour | 15 | 12156 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Snyder | 25 | 21235 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Susquehanna | 43 | 24765 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |
| Wayne | 36 | 31075 | Election Systems & Software | AutoMARK | Ballot Marking Device/System | N/A |

| County | | | Vendor | Model | Type | |
|---|---|---|---|---|---|---|
| Montgomery | 425 | 531545 | Sequoia (Dominion) | AVC Advantage | DRE-Push Button | No |
| Northampton | 149 | 196484 | Sequoia (Dominion) | AVC Advantage | DRE-Push Button | No |
| York | 159 | 272227 | Sequoia (Dominion) | AVC Edge | DRE-Touchscreen | No |
| Bedford | 40 | 32391 | Hart InterCivic | eScan | Optical Scan | N/A |
| Fayette | 83 | 78114 | Hart InterCivic | eScan | Optical Scan | N/A |
| Lancaster | 242 | 306928 | Hart InterCivic | eScan | Optical Scan | N/A |
| Bedford | 40 | 32391 | Hart InterCivic | eSlate | DRE-Dial | No |
| Blair | 97 | 73039 | Hart InterCivic | eSlate | DRE-Dial | No |
| Fayette | 83 | 78114 | Hart InterCivic | eSlate | DRE-Dial | No |
| Lancaster | 242 | 306928 | Hart InterCivic | eSlate | DRE-Dial | No |
| Allegheny | 1319 | 885231 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Beaver | 129 | 106137 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Butler | 89 | 118742 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Cambria | 133 | 81321 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Cameron | 10 | 3114 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Chester | 226 | 321417 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Clearfield | 70 | 50939 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Clinton | 34 | 20361 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Columbia | 42 | 36887 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Crawford | 68 | 51921 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Cumberland | 118 | 152170 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Elk | 33 | 19148 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Erie | 152 | 178728 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Forest | 9 | 3300 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Greene | 44 | 22050 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Jefferson | 37 | 28733 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Lawrence | 75 | 53490 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Lebanon | 55 | 79444 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Luzerne | 189 | 189930 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| McKean | 42 | 24201 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Mercer | 100 | 72817 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Perry | 31 | 26627 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |

| County | | | Vendor | Model | Type | VVPAT |
|---|---|---|---|---|---|---|
| Venango | 49 | 30839 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Westmoreland | 306 | 239461 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Wyoming | 31 | 16178 | Election Systems & Software | iVotronic | DRE-Touchscreen | No |
| Adams | 49 | 60039 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Centre | 91 | 106765 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Chester | 226 | 321417 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Columbia | 42 | 36887 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Franklin | 75 | 88698 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Fulton | 13 | 9073 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Huntingdon | 58 | 28185 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Indiana | 69 | 47640 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Juniata | 18 | 13200 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Lackawanna | 163 | 139041 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Mifflin | 25 | 24275 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Montour | 15 | 12156 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Snyder | 25 | 21235 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Westmoreland | 306 | 239461 | Election Systems & Software | Model 100 | Optical Scan | N/A |
| Centre | 91 | 106765 | Election Systems & Software | Model 650 | Optical Scan | N/A |
| Cumberland | 118 | 152170 | Election Systems & Software | Model 650 | Optical Scan | N/A |
| Luzerne | 189 | 189930 | Election Systems & Software | Model 650 | Optical Scan | N/A |
| Susquehanna | 43 | 24765 | Election Systems & Software | Model 650 | Optical Scan | N/A |
| Wayne | 36 | 31075 | Election Systems & Software | Model 650 | Optical Scan | N/A |
| Westmoreland | 306 | 239461 | Election Systems & Software | Model 650 | Optical Scan | N/A |
| Berks | 199 | 238729 | Danaher | Shouptronic 1242 | DRE-Push Button | No |
| Bucks | 307 | 434371 | Danaher | Shouptronic 1242 | DRE-Push Button | No |
| Dauphin | 162 | 173470 | Danaher | Shouptronic 1242 | DRE-Push Button | No |
| Delaware | 426 | 380182 | Danaher | Shouptronic 1242 | DRE-Push Button | No |
| Monroe | 50 | 98522 | Danaher | Shouptronic 1242 | DRE-Push Button | No |
| Philadelphia | 1686 | 990877 | Danaher | Shouptronic 1242 | DRE-Push Button | No |