IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JILL STEIN, et al.,**
        **Plaintiffs,**

    v.                                                        Civ. No. 16-6287

**PEDRO A. CORTÉS,**
*in his official capacity as Secretary of the*
*Commonwealth of Pennsylvania*, **et al.,**
        **Defendants.**

### [PROPOSED] ORDER

**AND NOW**, this _____ day of _____, 2017, Defendants' motion to dismiss the Amended Complaint having been converted into a motion for summary judgment, upon consideration of Defendants' motion and Plaintiffs' cross-motion for summary judgment, it is hereby **ORDERED** that Plaintiffs' motion is **GRANTED** and Defendants' motion is **DENIED**.  Judgment as to liability on all four causes of action in the Amended Complaint is hereby **GRANTED** in Plaintiffs' favor.  The parties are hereby **ORDERED** to submit simultaneous briefs on _____, 2017 concerning the appropriate remedy in this case.

                                                                **AND IT IS SO ORDERED.**

                                                                _____
                                                                Paul S. Diamond, J.