# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
|        Plaintiffs, : | |
|    v. : | Civ. No. 16-6287 |
| : | |
| PEDRO A. CORTÉS, : | |
| *in his official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
|        Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 3rd day of April, 2017, it is hereby **ORDERED** that Defendants Pedro A. Cortés and Jonathan Marks shall respond Plaintiffs' Cross-Motion for Summary Judgment (Doc. No. 75) <u>**no later than**</u> Friday, April 14, 2017 at **5:00 p.m.**

                                   **AND IT IS SO ORDERED.**

                                   */s/ Paul S. Diamond*

                                   _____

                                   Paul S. Diamond, J.