# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. No. 16-6287 |
| : | |
| PEDRO A. CORTÉS, : | |
| *in his official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
| Defendants. : | |

## O R D E R

**AND NOW**, this 7th day of December, 2017, upon consideration of Plaintiffs' Amended Complaint (Doc. No. 71) and the relief requested therein, it is hereby **ORDERED** as follows:

1. The Parties shall each **FILE** a Memorandum addressing whether Plaintiffs' Amended Complaint (Doc. No. 71) should be denied as moot, **no later than** Monday, January 22, **2018**; and

2. Defendants' Motion to Dismiss Amended Complaint (Doc. No. 74) and Plaintiffs' Cross Motion for Summary Judgment (Doc. No. 75) are **DENIED without prejudice**. They may renew their Motions with their January 22 filings.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.