RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO
ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
JESSICA CLARKE
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TELEPHONE
(212) 763-5000
FACSIMILE
(212) 763-5001
WEB ADDRESS
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
DIANE L. HOUK

January 3, 2018

**By ECF**

The Honorable Paul S. Diamond
United States District Judge
Eastern District of Pennsylvania
Philadelphia, PA 19106

   Re: *Stein v. Cortes*, No. 2:16-CV-6287-PD

Your Honor:

   We write on behalf of Plaintiffs in response to the Court's December 8, 2017 Order directing the parties to file briefs concerning mootness. There is no reason we are aware of to believe this case is moot. To the extent Defendants claim that it is, Plaintiffs should be given an opportunity to respond.

   "A case becomes moot . . . only when it is impossible for a court to grant any effectual relief whatever to the prevailing party." *Campbell-Ewald v. Gomez*, 136 S. Ct. 663, 669 (2016) (quotation marks omitted). Plaintiffs are unaware of any recent event that would make it impossible for the Court to grant any, let alone all, of Plaintiffs' requested relief.

   If Defendants file a brief arguing that some intervening development has mooted this case, Plaintiffs respectfully request that they be given two weeks to respond.

E<small>MERY</small> C<small>ELLI</small> B<small>RINCKERHOFF</small> & A<small>BADY</small> <small>LLP</small>
Page 2

                                        Respectfully,

                                        /s/

                                        Ilann M. Maazel
                                        Alison Frick
                                        Douglas E. Lieb

c.       All Counsel of Record (by ECF)