IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al., | : | No. 2:16-CV-6287 |
| **Plaintiffs** | : | |
| | : | |
| v. | : | |
| | : | Electronically Filed Document |
| PEDRO A. CORTÉS *and* JONATHAN MARKS, | : | |
| | : | *Complaint Filed 12/05/16* |
| **Defendants** | : | |

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance in the above-captioned matter. Sue Ann Unger will remain as counsel for the defendants.

Respectfully submitted,

JOSH SHAPIRO
Attorney General

By: *s/ Kenneth L. Joel*
KENNETH L. JOEL
Chief Deputy Attorney General
Attorney ID 72370

**Office of Attorney General**
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 787-8106

SUE ANN UNGER
Senior Deputy Attorney General
Attorney ID 39009

kjoel@attorneygeneral.gov

**Date:  January 12, 2018**     Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN et al., : | No. 2:16-CV-6287 |
| Plaintiffs : | |
| : | |
| v. : | |
| : | Electronically Filed Document |
| PEDRO A. CORTÉS and JONATHAN : | |
| MARKS, : | Complaint Filed 12/05/16 |
| Defendants : | |

## CERTIFICATE OF SERVICE

I, Kenneth L. Joel, Chief Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on January 12, 2018, I caused to be served a true and correct copy of the foregoing document titled Withdrawal of Appearance to the following:

## VIA ELECTRONIC FILING

**Gregory M. Harvey, Esquire**
Montgomery McCraken Walker & Rhoads
123 South Broad Street
Philadelphia, PA 19109
gharvey@mmwr.com
*Counsel for Plaintiffs*

**Ilann M. Maazel, Esquire**
Emery Celli Brinckerhoff & Abady
660 Fifth Avenue, 10th Floor
New York, NY 10020
*Counsel for Plaintiffs*

**Jay Alan Sekulow**
American Center for Law & Justice
201 Maryland Ave, NE
Washington, DC 20002
sekulow@aclj.org
*Counsel for Movant The American Center for Law and Justice*

**Edwin D. Schindler**
4 High Oaks Court
P.O. Box 4259
Huntington, NY 11743-0777
*Counsel for Movant Edwin D. Schindler*

**Matthew H. Haverstick**
**Joshua Voss**
**One Liberty Place, 46th Floor**
**1650 Market Street**
**Philadelphia, PA 19103**
**mhaverstick@kleinbard.com**
**jvoss@kleinbard.com**
*Counsel Movant Pennsylvania State*
*Majority Caucus*

                                              *s/Kenneth L. Joel*
                                              **KENNETH L. JOEL**
                                              Chief Deputy Attorney General