

COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

January 16, 2018

21 South 12th Street, 3rd Floor
Philadelphia, PA 19107
215-560-2127; Fx: 717-772-4526
sunger@attorneygeneral.gov

The Honorable Paul S. Diamond
United States District Court
 For the Eastern District of Pennsylvania
6613 U.S. Courthouse
Sixth and Market Streets
Philadelphia, PA
Fax: 267 299 5069

Re: *Stein, et al v. Cortés, et al*, No. 16-cv-6287

Dear Judge Diamond:

With Chief Deputy Ken Joel's departure from our office and his withdrawal from the above matter, I have just become lead counsel for the defendants. Also, my office is in the process of moving. I have already packed all my paper files in many bins which will be removed later this week. (Please see attached letter to Chief Judge Stengel). Our office will re-open on February 5th at our new address: the Phoenix Building, 1600 Arch Street, Philadelphia, PA. I expect it will take a couple days to unpack and get organized in my new office, assuming everything is properly and timely delivered and installed.

In light of the above, I respectfully request an extension until February 9th to address mootness in the above matter. Plaintiff's counsel, Mr. Maazel, consents to my request.

Respectfully,

SUE ANN UNGER
Senior Deputy Attorney General



COMMONWEALTH OF PENNSYLVANIA
OFFICE OF ATTORNEY GENERAL

JOSH SHAPIRO
ATTORNEY GENERAL

January 4, 2018

21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107
Tel.: 215-560-1581
Fax: 717-772-4526
bkramer@attorneygeneral.gov

The Honorable Lawrence F. Stengel
United States District Court
14613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1725

Re: Re-location of
Office of Attorney General, Eastern Regional Office

Dear Chief Judge Stengel:

The Office of Attorney General, Eastern Regional Office, will be moving from the above-noted address to The Phoenix, 1600 Arch Street, Third Floor, Philadelphia, PA, 19103. We will occupy the new office space effective February 5, 2018.

The attorneys and administrative staff are responsible for much of the packing and unpacking themselves. There will also be a short time period when the attorneys will be required to work from home due to moving constraints in both the old and new locations. I am afraid that we will be pretty much out of operation from approximately January 22 to February 5. I have asked the attorneys to meet all deadlines and scheduled assignments. However, in light of the re-location, that may prove difficult from January 22 to February 5, 2018.

I only request that you circulate copies of this letter to the court and that the court be sympathetic to requests from this Office's attorneys for extensions of time and rescheduling of events during this period.

Please feel free to contact me if you have questions.

Thank you for your consideration in this matter.

Very truly yours,

Barry N. Kramer
Chief Deputy Attorney General
Director of the Eastern Regional Office