# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
JESSICA CLARKE
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN

January 16, 2018

***By ECF***

The Honorable Paul S. Diamond
United States District Judge
Eastern District of Pennsylvania
Philadelphia, PA 19106

     *Re:*    *Stein v. Cortes*, No. 2:16-CV-6287-PD

Your Honor:

Defendants' letter neglected to mention that plaintiffs' consent was based on a joint schedule, to which both parties consent, in which defendants will file their mootness brief on February 9, and plaintiffs will file an opposition on February 23.

Therefore, on consent of all parties, we jointly request that defendants' mootness brief be submitted on February 9, and plaintiffs' opposition on February 23.

          Respectfully,

          /s/

          Ilann M. Maazel

c.    All Counsel of Record (by ECF)