**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civ. No. 16-6287** |
| | : | |
| **PEDRO A. CORTÉS,** | : | |
| *in his official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| **Defendants.** | : | |

## <u>O R D E R</u>

**AND NOW**, this 17th day of January 2018, upon consideration of Plaintiffs' Unopposed Letter Requests (Doc. Nos. 82, 85) dated January 3 and January 16, 2018, and Defendants' Unopposed Letter Request (Doc. No. 84) dated January 16, 2018, it is hereby **ORDERED** that the Parties' Letter Requests (Doc. No. 82, 84, 85) are **GRANTED**.  The Order (Doc. No. 81) dated December 8, 2017, is **AMENDED** as follows:

1. Defendants shall **FILE** a Renewed Motion to Dismiss <u>**no later than**</u> **February 9, 2018**; and

2. Plaintiffs shall **RESPOND** to Defendants' Motion <u>**no later than**</u> **February 23, 2018**.

                                              **AND IT IS SO ORDERED.**

                                        */s/ Paul S. Diamond*
                                        _____
                                        Paul S. Diamond, J.