RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

# EMERY CELLI BRINCKERHOFF & ABADY LLP

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN

DANIEL TREIMAN

July 24, 2018

**By ECF**

The Honorable Paul S. Diamond
United States District Judge
Eastern District of Pennsylvania
Philadelphia, PA 19106

    Re:    *Stein v. Cortes*, No. 2:16-CV-6287-PD

Your Honor:

    We write on behalf of Plaintiffs to request an initial pretrial conference under Federal Rule of Civil Procedure 16(a).

    As the Court is aware, the Complaint in this action was filed on December 5, 2016, and the operative First Amended Complaint was filed on February 14, 2017. Defendants' motion to dismiss and Plaintiffs' motion for summary judgment are pending.

    Respectfully,

    /s/

    Ilann M. Maazel
    Alison Frick
    Douglas E. Lieb

c.    All counsel of record (by ECF)