### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
| : | |
| Plaintiffs, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 16-6287 |
| PEDRO A. CORTES, et al., : | |
| : | |
| Defendants. : | |

### **ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of John G. Papianou, Esquire, of Montgomery McCracken Walker & Rhoads LLP, as counsel on behalf of Plaintiffs Jill Stein, Randall Reitz, Robin Howe, Shannon Knight, Emily Cook, and Kimberly Kupka.


Dated:  August 28, 2018             */s/ John G. Papianou*
                                    John G. Papianou, Esquire (I.D. No. 88149)
                                    Montgomery McCracken Walker &
                                       Rhoads LLP
                                    1735 Market Street, 21st Floor
                                    Philadelphia, PA  19103
                                    Phone: 215-772-7389
                                    Fax:    215-772-7620
                                    jpapianou@mmwr.com

**CERTIFICATE OF SERVICE**

I, John G. Papianou, hereby certify that on the 28th day of August, 2018, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that I caused a true and correct copy of same to be served upon all counsel of record via electronic filing.

Date: August 28, 2018                                    */s/ John G. Papianou*
                                                         John G. Papianou