**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JILL STEIN, et al., | : |
| | : |
| Plaintiffs, | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 16-6287 |
| PEDRO A. CORTES, et al., | : |
| | : |
| Defendants. | : |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter the appearance of Brett M. Waldron, Esquire, of Montgomery McCracken Walker & Rhoads LLP, as counsel on behalf of Plaintiffs Jill Stein, Randall Reitz, Robin Howe, Shannon Knight, Emily Cook, and Kimberly Kupka.

Dated:  August 28, 2018        */s/ Brett M. Waldron*
                                Brett M. Waldron, Esquire (I.D. No. 316773)
                                Montgomery McCracken Walker &
                                   Rhoads LLP
                                1735 Market Street, 21st Floor
                                Philadelphia, PA  19103
                                Phone: 215-772-7536
                                Fax:    215-731-3691
                                bwaldron@mmwr.com

## CERTIFICATE OF SERVICE

I, Brett M. Waldron, hereby certify that on the 28th day of August, 2018, a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF system. I further certify that I caused a true and correct copy of same to be served upon all counsel of record via electronic filing.


Date:  August 28, 2018                             */s/ Brett M. Waldron*
                                                   Brett M. Waldron