UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, EMILY COOK, and KIMBERLY KUPKA,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>                    Defendants. | No. 16-CV-6287 (PD)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), Plaintiff Kimberly Kupka dismisses her claims in this action without prejudice.

**[Signature on following page]**

Dated: August 29, 2018

        MONTGOMERY McCRACKEN WALKER & RHOADS LLP

        John Papianou
        123 South Broad Street
        Philadelphia, PA 19109
        Phone: 215-772-7684
        Fax: 215-772-7620
        Email: gharvey@mmwr.com

        EMERY CELLI BRINCKERHOFF & ABADY LLP

        _____/s/_____
        Ilann M. Maazel*
        Andrew G. Celli, Jr.*
        Alison E. Frick*
        Douglas E. Lieb*
        600 Fifth Avenue, 10th Floor
        New York, NY 10020
        Phone: 212-763-5000
        Fax: 212-763-5001
        Email: imaazel@ecbalaw.com

        * *Admitted pro hac vice*