*Please Docket*



# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

**Brett M. Waldron**
Associate
Admitted in Pennsylvania

1735 Market Street
Philadelphia, PA 19103-7505
Tel. 215-772-1500

Direct Dial:  215-772-7536
Fax:  215-731-3691
Email:  bwaldron@mmwr.com

August 29, 2018

**Via First Class Mail**

Clerk's Office
ATTN: Aida Ayala
United States District Court
Eastern District of Pennsylvania
601 Market Street
2609 U.S. Courthouse
Philadelphia, PA 19106-1797

FILED
AUG 30 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

RECEIVED
AUG 30 2018

Re:   Stein, et al., v. Cortes, et al.
      **Civil Action No. 16-6287**

Dear Ms. Ayala:

My firm represents Plaintiffs in the above-captioned matter. It is with great sadness that I inform you that our colleague, Gregory M. Harvey, Esquire, has passed away. As Mr. Harvey had entered an appearance in this matter, kindly mark his appearance as withdrawn or terminated. Thank you for your attention to this matter.

Respectfully submitted,

Brett M. Waldron

cc:   All counsel of record (via email)

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
JOHN J. LEVY  NEW JERSEY RESPONSIBLE PARTNER