APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTES, in his official capacity as Secretary of the Commonwealth of Pennsylvania, et al. | : | NO.  16-6287 |

**ORDER**

AND NOW, this _____ Day of _____, 20__, it is hereby

ORDERED that the application of _Jonathan S. Abady_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 16-6287

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Jonathan S. Abady_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.  I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 05/06/1991 | 2415222 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.  I state that I am currently admitted to practice in the following federal jurisdictions:

| SDNY | 07/25/1995 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 11/08/1995 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Second Circuit | 10/29/1997 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.  *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

*I am entering my appearance for*   Plaintiffs

(Applicant's Signature)

9-11-18
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Emery Celli Brinckerhoff & Abady LLP

600 Fifth Avenue, 10th Floor, New York, New York 10020

(212)763-5000

Sworn and subscribed before me this

11th Day of September 2018

_Geraldine Mejia_
Notary Public

GERALDINE MEJIA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ME6295280
Qualified in New York County
My Commission Expires 12-30-2021

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Jonathan S. Abady___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| John G. Papianou | _[signature]_ | December 2001 | 88149 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery McCracken Walker & Rhoads LLP

1735 Market Street, Philadelphia, PA 19103-7505

215-772-7389

Sworn and subscribed before me this
12th Day of Sept., 2018

_[signature]_
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
PAULETTE HASSEY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 3, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORTES, in his official capacity as Secretary of the Commonwealth of Pennsylvania, et al. | : | NO.   16-6287 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of _____Jonathan S. Abady_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was served as follows:

Sue Ann Unger, Sr. Deputy Attorney General

PA Office of Attorney General, 1600 Arch Street, Suite 300, Phila., PA 1910

215-560-2127

_____
Signature of Attorney

_John G. Papirou_
Name of Attorney

_Jill Stein_
Name of Moving Party

_9/12/18_
Date