# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. No. 16-6287 |
| : | |
| **PEDRO A. CORTÉS,** : | |
| *in his official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
| Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 12th day of September, 2018, it is hereby **ORDERED** that Plaintiffs' Application for Admission *Pro Hac Vice* of Jonathan S. Abady, Esquire (Doc. No. 100) is **GRANTED**.

                                       **AND IT IS SO ORDERED.**

                                       */s/ Paul S. Diamond*

                                       _____
                                       Paul S. Diamond, J.