IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| PEDRO A. CORTÉS, | : | |
| *in his official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 14th day of September, 2018, it is hereby **ORDERED** as follows:

1. The Parties shall propound all interrogatories and requests for document production **no later than** October 14, 2018. The Parties shall respond to all written discovery requests **no later than** November 13, 2018.  THESE RESPONSES SHALL INCLUDE ALL INITIAL DISCLOSURES CONTEMPLATED BY RULE 26(a)(1).  All discovery shall proceed and continue in such manner as will assure that all requests for, and responses to, discovery will be noticed, served, and completed **no later than** January 12, 2019;

2. Defendants shall Answer the Amended Complaint **no later than** November 13, 2018;

3. Any summary judgment motion or other dispositive motion, together with supporting brief, shall be filed **no later than** February 1, 2019.  Responses shall be filed **no later than** February 15, 2019;

4. This matter is referred to United States Magistrate Judge Timothy R. Rice for a settlement conference on or about **February 22, 2018**.  PLAINTIFF'S COUNSEL SHALL CONTACT DEFENDANT'S COUNSEL, AND THEN THE PARTIES SHALL JOINTLY CONTACT JUDGE RICE'S CHAMBERS TO ARRANGE THIS CONFERENCE.  If the Parties believe that a settlement conference would be helpful at an earlier time, they are directed to contact Judge Rice to schedule the same.  Judge Rice will require that lead counsel and Parties with full settlement authority attend the conference; and

5.  If the Parties require expert discovery, they may move to amend this Order after the end of fact discovery.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.