IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al. | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| PEDRO A. CORETES | : | |
| IN HIS OFFICIAL CAPACITY AS | : | NO. 16-6287 |
| SECRETARY OF THE | : | |
| COMMONWEALTH, et al. | : | |
| Defendants. | : | |

NOTICE

FILED
SEP 17 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

A settlement conference will be held on <u>October 11, 2018 at 1:30 P.M.</u> before the Honorable Timothy R. Rice, United States Magistrate Judge, in Room 3029, U.S. District Courthouse, 601 Market Street, Philadelphia, PA 19106.

- Please notify the Court if settlement is not a real possibility.

- <u>The conference will not be held unless counsel has clients with full and complete settlement authority physically present for the duration of the conference.</u> Full and complete authority means the party's representative must possess authority consistent with the most recent demand.[*]

- If the defendant does not intend to make a settlement offer, or intends to offer only a nuisance value, <u>defendant should arrange a telephone conference with chambers and counsel for plaintiff</u>.

**Please complete the attached summary and email** it to chambers_of_magistrate_judge_timothy_rice@paed.uscourts.gov or fax to (267) 299-5064 **on or before September 27, 2018.**

/s/ Chavela M. Settles
Chavela M. Settles
Deputy Clerk to the
Honorable Timothy R. Rice
U.S. Magistrate Judge     (267) 299-7660

Date: September 17, 2018
Cc:   Counsel of record

---

[*] Parties include all persons, corporations or other business entities, and insurance companies with an interest in the case, and each entity with an interest in the case <u>must</u> attend the conference. In the case of corporate or other business entities, the corporate official with ultimate settlement authority is required to attend. Where an insurance company is involved, a representative with full and complete settlement authority is also required to attend.

# SETTLEMENT CONFERENCE SUMMARY

CAPTION: _____

DISTRICT COURT JUDGE: _____    JURY / NONJURY
                              (Circle One)
    TRIAL/POOL DATE: _____

COUNSEL ATTENDING SETTLEMENT CONFERENCE.

  Name: _____

  Address: _____

  Phone: _____
  Client: _____

CLIENT ATTENDING SETTLEMENT CONFERENCE:

  Name of Individual with Ultimate Settlement Authority who will be present at the settlement conference (include company and position where applicable):

  _____

MOTIONS PENDING:

  _____
  _____
  _____

OTHER RELEVANT MATTERS:

  _____
  _____
  _____

PRIOR OFFERS / DEMANDS:

  _____
  _____

ATTACH SYNOPSIS OF CASE  (LIMITED TO ONE –TWO PAGES)