# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. No. 16-6287 |
| : | |
| **PEDRO A. CORTÉS,** : | |
| *in his official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
| Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 15th day of October, 2018, it is hereby **ORDERED** that the **CLERK OF COURT** shall **PLACE** this case in the Civil Suspense Docket pending further Order of Court.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.