# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

CHARLES J. OGLETREE, JR.
EMERITUS

DIANE L. HOUK
JESSICA CLARKE

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
ASHOK CHANDRAN

DANIEL TREIMAN

November 29, 2018

**By ECF**

The Honorable Paul S. Diamond
United States District Judge
Eastern District of Pennsylvania
Philadelphia, PA 19106

    Re:    *Stein v. Cortes*, No. 2:16-CV-6287-PD

Your Honor:

    On behalf of all parties, attached is a proposed Stipulation and Order dismissing the case but retaining the Court's jurisdiction to enforce the terms of the Settlement Agreement. *See* Ex. A.

    Respectfully,

    /s/

    Ilann M. Maazel

c.    All counsel of record (by ECF)