# Exhibit A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, EMILY COOK, and KIMBERLY KUPKA,**

　　　　　　　　**Plaintiffs,**

　　　　　　　　　　　　　　　　　　　No. 16-CV-6287

**v.**

**PEDRO A. CORTÉS, in his official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,**

　　　　　　　　**Defendants.**

## STIPULATION AND ORDER

**WHEREAS** Plaintiffs and Defendants have agreed to settle this action (Dkt. #108-1);

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties as follows:

1. All claims asserted by Plaintiffs against Defendants and any claims and affirmative defenses Defendants may have asserted against Plaintiffs shall be dismissed;

2. The Court shall retain jurisdiction to enforce the terms of the private Settlement Agreement (Dkt. # 108-1) until the Expiration Date of December 31, 2022.

Counsel for Plaintiffs:

/s

_____
Ilann M. Maazel, Esq.
Douglas E. Lieb, Esq.
Emery Celli Brinckerhoff & Abady LLP
600 Fifth Avenue, 10th Floor
New York, NY 10020
(212) 763-5000

Date: November 29, 2018


/s

_____
John G. Papianou, Esq.
Montgomery McCracken Walker & Rhoads
1735 Market Street
Philadelphia, PA 19103
(215) 772-7389

Date: November 29, 2018

Counsel for Defendants:

/s

_____
Sue Ann Unger, Esq.
Senior Deputy Attorney General
Stephen Kovatis, Esq.
Senior Deputy Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(215) 560-2127

Date: November 29, 2018


/s

_____
Timothy Gates, Esq.
Chief Counsel
Kathleen Kotula, Esq.
Executive Deputy Chief Counsel
Pennsylvania Department of State
306 North Office building
401 North Street
Harrisburg, PA 17120
(717) 783-0736

Date: November 29, 2018


SO ORDERED


_____
PAUL DIAMOND,   J.