IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al.,<br>       Plaintiffs,<br>v.<br><br>PEDRO A. CORTÉS,<br>*in his official capacity as Secretary of the Commonwealth of Pennsylvania*, et al.,<br>       Defendants. | Civ. No. 16-6287 |

**O R D E R**

**AND NOW**, this 29th day of November, 2018, upon consideration of the Parties' Settlement Agreement (Doc. No. 108) and the Parties' Stipulation (Doc. No. 109), it is hereby **ORDERED** that:

1. The Parties' Stipulation (Doc. No. 109) is **APPROVED and ADOPTED**;

2. Plaintiffs' Complaint against Defendants is **DISMISSED with prejudice**. Fed. R. Civ. P. 41(a)(1)(A)(ii);

3. By consent of the Parties, I shall retain jurisdiction to enforce this settlement. See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381 (1994); and

4. The **CLERK OF COURT** shall **CLOSE** this case.

                                         **AND IT IS SO ORDERED.**

                                         */s/ Paul S. Diamond*
                                         _____
                                         Paul S. Diamond, J.