IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN , et al. | : | |
|    Plaintiffs, | : | CIVIL ACTION |
|    v. | : | |
| PEDRO A. CORTÉS, in his capacity as | : | |
| Secretary of the Commonwealth, et al. | : | NO. 16-6287 |
|    Defendants. | : | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned, Sue Ann Unger, Senior Deputy Attorney General, hereby withdraws her appearance on behalf of defendants Pedro A. Cortes in his official capacity as Secretary of the Commonwealth and Jonathan Marks in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation.

                                                           Respectfully submitted,

                                                           JOSH SHAPIRO
                                                           Attorney General

                                                       /s/ Sue Ann Unger

| | |
|---|---|
| | Sue Ann Unger |
| Office of Attorney General | Senior Deputy Attorney General |
| 1600 Arch Street, Suite 300 | Attorney I.D. No. 39009 |
| Philadelphia, PA 19103 | Karen M. Romano |
| 215-560-2127; fx: 717-772-4526 | Acting Chief Deputy Attorney General |

## CERTIFICATE OF SERVICE

I, Sue Ann Unger, hereby certify that the attached document has been filed electronically on November 1, 2019, and is available for viewing and downloading from the Court's Electronic Case Filing System.  All  counsel are electronic filers and have thus been served.

|  | By: | /s/ Sue Ann Unger |
|---|---|---|
|  |  | Sue Ann Unger |
| Office of Attorney General |  | Senior Deputy Attorney General |
| 1600 Arch Street, Suite 300 |  | Attorney I.D. No. 39009 |
| Philadelphia, PA  19103 |  |  |
| Telephone:  (215) 560-2127 |  |  |
| Fax:  717-772-4526 |  |  |