UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,<br><br>                  Plaintiffs,<br><br>  -against-<br><br>KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>                  Defendants. | No. 16-CV-6287 (PD) |

### DECLARATION OF RICH GARELLA IN SUPPORT OF
### PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT

RICH GARELLA declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. My name is Rich Garella. I reside in Philadelphia County, Pennsylvania, where I am a registered voter.

2. I am also a citizen activist who helped to found Protect Our Vote Philly, a coalition working to bring accurate, accessible, and secure voting systems to Philadelphia.

3. I make this declaration in support of Plaintiffs' motion to enforce the settlement agreement in the above-captioned case.

4. During the general election held on November 5, 2019, I voted in Philadelphia County using the Election Systems & Software Election ExpressVote XL.

5. Under real-life voting conditions, I found the voter summary card printed by the ExpressVote XL difficult to read. The printed card is displayed to the voter behind a

piece of glass. The text on the card is very small, and the lighting in the polling place was not optimal. The screen is set deep into the machine so part of the ballot was in very dark shadow.

6. As part of its work, Protect Our Vote Philly conducted a survey of voters who voted using the ExpressVote XL to understand their impressions of the system. We asked each of approximately 150 surveyed voters whether they had any difficulty viewing the printed voter summary card.

7. Approximately half of the surveyed voters said that they did have difficulty. The two most common complaints, by far, were that the print was too small and that the lighting in the polling place was too dark, making it difficult to see the print behind the glass.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2019
       Philadelphia, Pennsylvania

_/s/ Rich Garella_
RICH GARELLA