UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,<br><br>Plaintiffs,<br><br>-against-<br><br>KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>Defendants. | No. 16-CV-6287 (PD) |

## PROPOSED ORDER

WHEREAS, having considered Plaintiffs' motion to enforce the Settlement Agreement in the above-captioned case, and all papers filed in support of and opposition thereto,

IT IS HEREBY ORDERED THAT:

1. The Court finds that the Election Systems & Software ExpressVote XL does not comply with the Settlement Agreement in the above-captioned case and therefore finds Defendants in breach of the Settlement Agreement.

2. Defendants are hereby ordered to immediately rescind the certification of the Election Systems & Software ExpressVote XL for use in the Commonwealth of Pennsylvania.

3. Defendants are hereby enjoined from certifying the ExpressVote XL for use in the Commonwealth of Pennsylvania until after the expiration date of the Settlement Agreement.

SO ORDERED:

_____