## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN, et al.,             :
           **Plaintiffs,**      :
                       :
   **v.**                      :    Civ. No. 16-6287
                       :
**KATHY BOOCKVAR,**         :
*in her official capacity as Secretary of the*   :
*Commonwealth of Pennsylvania*, et al.,  :
          **Defendants.**     :
                       :

FILED



## ORDER

**AND NOW**, this 26th day of November, 2019, upon consideration of Plaintiffs' Motion to Enforce the Settlement Agreement (Doc. No. 112), it is hereby **ORDERED** that Defendants respond to Plaintiffs' Motion **no later than December 12, 2019 at 5:00 p.m.**

                           **AND IT IS SO ORDERED.**

                           Paul S. Diamond, J.

ENT'D NOV 2 6 2019