UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth, and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation, <br><br> Defendants. | CIVIL ACTION <br><br> No. 16-cv-6287(PD) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Michele D. Hangley of the law firm Hangley Aronchick Segal Pudlin & Schiller as counsel on behalf of defendants Kathy Boockvar, in her official capacity as Acting Secretary of the Commonwealth, and Jonathan Marks, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation.

                                          HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

Dated: December 3, 2019        By:   */s/ Michele D. Hangley*
                                                  Michele D. Hangley (I.D. No. 82779)
                                                  One Logan Square, 27th Floor
                                                  Philadelphia, PA 19103
                                                  (215) 568-6200

                                                  *Attorney for Defendants Kathy Boockvar, in her official capacity as Acting Secretary of the Commonwealth, and Jonathan Marks, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2019, I caused the foregoing Entry of Appearance to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel and parties of record.

                                         */s/ Michele D. Hangley*
                                         Michele D. Hangley