IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
| Plaintiffs, : | |
| v. : | Civ. No. 16-6287 |
| : | |
| KATHY BOOCKVAR, : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
| Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 4th day of December, 2019, it has come to my attention that Michele Hangley of the Hangley Aronchick Segal Pudlin & Schiller firm has entered her appearance in this matter.  Beginning in 2014, I have appointed Ms. Hangley's father, William T. Hangley (also of the Hangley Aronchick firm) to serve as special discover master and receiver in matters before me. (See Johnson v. SmithKline Beecham Corp., 11-cv-5782, Doc. No. 256; KeyBank Nat'l Ass'n v. Fleetway Leasing Co., 18-cv-667, Doc. No. 96.)  In light of those appointments, to ensure the appearance of impartiality I have not and will not allow Mr. Hangley to appear before me.  That question is not implicated, however, by the appearance of the Hangley Aronchick firm before me, which I have allowed.

Although the appearance of Ms. Hangley before me would in no way be improper, in an abundance of caution and again to ensure the appearance of impartiality, I have directed that Ms. Hangley's appearance be **WITHDRAWN** in the instant case.

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*

                                                _____

                                                Paul S. Diamond, J.