# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
| Plaintiffs, : | |
| v.  : | Civ. No. 16-6287 |
|   : | |
| **KATHY BOOCKVAR,** : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
| Defendants.  : | |
|   : | |

## O R D E R

**AND NOW**, this 10th day of December, 2019, upon consideration of Election Systems & Software, LLC and the City of Philadelphia's unopposed letter request (Doc. No. 119), it is hereby **ORDERED** that ES&S, the City of Philadelphia, and the Philadelphia Board of Elections may file an *amicus* brief or move to intervene by **December 17, 2019.**

           **AND IT IS SO ORDERED.**

           */s/ Paul S. Diamond*
           _____
           Paul S. Diamond, J.