IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN and RANDALL REITZ,<br><br>      Plaintiffs<br><br>v.<br><br>PEDRO A. CORTES, *in his official capacity as Secretary of Commonwealth*, and JONATHAN MARKS, *in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation*,<br><br>      Defendants | Civil Action<br><br>No. 16-6287 |

## NOTICE OF APPEARANCE

**TO THE PROTHONOTARY:**

  Kindly enter the appearances of Joe H. Tucker, Esquire, as counsel for Defendants, PEDRO A. CORTES, *in his official capacity as Secretary of Commonwealth*, and JONATHAN MARKS, *in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation*, in the above-referenced matter.

Dated: December 12, 2019　　　　　/s/Joe H. Tucker, Jr.
　　　　　　　　　　　　　　　　Joe H. Tucker, Esquire
　　　　　　　　　　　　　　　　Dimitrios Mavroudis, Esquire
　　　　　　　　　　　　　　　　**TUCKER LAW GROUP, LLC**
　　　　　　　　　　　　　　　　Ten Penn Center
　　　　　　　　　　　　　　　　1801 Market Street, Suite 2500
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　(215) 875-0609
　　　　　　　　　　　　　　　　Attorneys for Defendants

## CERTIFICATE OF SERVICE

    I, Joe H. Tucker, Jr., Esquire, hereby certify that a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                         **TUCKER LAW GROUP**

Dated: December 12, 2019        /s/Joe H. Tucker, Jr.
                                           Joe H. Tucker, Esquire