# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al.,      :  <br>       Plaintiffs,      :  <br>   v.           :  <br>            :  <br> KATHY BOOCKVAR,      :  <br> *in her official capacity as Secretary of the*   :  <br> *Commonwealth of Pennsylvania*, et al.,    :  <br>       Defendants.      :  <br>            : | Civ. No. 16-6287 |

## O R D E R

**AND NOW**, this 13th day of December, 2019, it is hereby **ORDERED** that Plaintiffs reply to Defendants' Response (Doc. No. 123) to Plaintiffs' Motion to Enforce the Settlement Agreement (Doc. No. 112) **no later than Wednesday, December 16, 2019 at 12:00 p.m.**

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.