# EMERY CELLI BRINCKERHOFF & ABADY LLP

RICHARD D. EMERY
ANDREW G. CELLI, JR.
MATTHEW D. BRINCKERHOFF
JONATHAN S. ABADY
EARL S. WARD
ILANN M. MAAZEL
HAL R. LIEBERMAN
DANIEL J. KORNSTEIN
O. ANDREW F. WILSON
ELIZABETH S. SAYLOR
KATHERINE ROSENFELD
DEBRA L. GREENBERGER
ZOE SALZMAN
SAM SHAPIRO

ATTORNEYS AT LAW
600 FIFTH AVENUE AT ROCKEFELLER CENTER
10TH FLOOR
NEW YORK, NEW YORK 10020

TEL: (212) 763-5000
FAX: (212) 763-5001
www.ecbalaw.com

DIANE L. HOUK

ALISON FRICK
DAVID LEBOWITZ
DOUGLAS E. LIEB
ALANNA KAUFMAN
EMMA L. FREEMAN
DAVID BERMAN
HARVEY PRAGER
SCOUT KATOVICH
NICK BOURLAND
ANDREW K. JONDAHL

December 16, 2019

**By ECF**

The Honorable Paul S. Diamond
United States District Judge
Eastern District of Pennsylvania

   Re:  *Stein v. Cortes*, No. 2:16-CV-6287 (PD)

Your Honor:

   We write on behalf of Plaintiffs to request a 36-hour extension of the deadline to submit Plaintiffs' reply in support of their motion to enforce the settlement agreement, from 12:00 pm on Wednesday, December 18 to 11:59 pm on Thursday, December 19.  Undersigned counsel are both in all-day depositions early in the week and require some extra time to prepare the reply papers.  Defendants consent to this request.  We thank the Court for its consideration.

          Respectfully submitted,

          /s/

          Ilann M. Maazel*
          Douglas E. Lieb*

          * *Admitted pro hac vice*

c.  All counsel of record (by ECF)