IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,<br>*Plaintiffs,*<br><br>v.<br><br>KATHY BOOCKVAR, in her official capacity as Secretary for the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>*Defendants.* | Civil No: 16-cv-06287 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of non-parties the City of Philadelphia and Philadelphia County Board of Elections.

> CITY OF PHILADELPHIA
> LAW DEPARTMENT
>
> BY:   /s/ Benjamin H. Field
>           Divisional Deputy City Solicitor
>           Affirmative and Special Litigation Unit
>           Attorney I.D. No. 204569
>           1515 Arch Street, 15th Floor
>           Philadelphia, PA 19102
>           Phone: (215) 683-5024
>           Fax: (215) 683-5299
>           Benjamin.Field@phila.gov

DATED: December 16, 2019

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Notice of Appearance upon all counsel of record via ECF system and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

                                BY:    /s/ Benjamin Field
                                                  Deputy City Solicitor

Dated: December 16, 2109