# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| **KATHY BOOCKVAR,** | : | |
| *in her official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| Defendants. | : | |
| | : | |

## O R D E R

**AND NOW**, this 16th day of December, 2019, upon consideration of Plaintiffs' unopposed letter request (Doc. No. 125) for an extension of time to file a reply to Defendants' Response (Doc. No. 124), it is hereby **ORDERED** that Plaintiffs' request is **GRANTED in part**. Plaintiffs **SHALL** reply <u>no later than Thursday, December 19, 2019 at 12:00 p.m.</u>

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.