IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK, *Plaintiffs,* v. KATHY BOOCKVAR, in her official capacity as Secretary for the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation, *Defendants.* | Civil No: 16-cv-06287 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of non-parties the City of Philadelphia and Philadelphia County Board of Elections.

                                CITY OF PHILADELPHIA
                                LAW DEPARTMENT

          BY:      /s/ Michael Pfautz
                         Assistant City Solicitor
                         Affirmative and Special Litigation Unit
                         Attorney I.D. No. 325323
                         1515 Arch Street, 15th Floor
                         Philadelphia, PA 19102
                         Phone: (215) 683-5233
                         Fax:  (215) 683-5299
                         Michael.Pfautz@phila.gov

DATED:  December 16, 2019

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Notice of Appearance upon all counsel of record via ECF system and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

                                                  BY:   /s/ Michael Pfautz
                                                                  Assistant City Solicitor

Dated: December 16, 2109