IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation, <br><br> Defendants. | Civ. No. 16-6287 (PD) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of non-party Election Systems & Software, LLC.

                          Respectfully submitted,

                           **DUANE MORRIS LLP**

Dated: December 16, 2019        /s/ Luke P. McLoughlin
                                        Alan C. Kessler (22230)
                                         John J. Soroko (25987)
                                         Luke P. McLoughlin (312769)
                                         Andrew R. Sperl (311467)
                                         30 South 17th Street
                                         Philadelphia, PA 19103
                                         215.979.1000 / 215.979.1020 (fax)

                                         *Counsel for Election Systems & Software, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Notice of Appearance upon all counsel of record via the Court's ECF system. The foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP 5(b) and Local Civil Rule 5.1.2.

                                    */s/ Luke P. McLoughlin*

                                      Luke P. McLoughlin

Dated: December 16, 2019