IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
|         **Plaintiffs,** : | |
|     v. : | Civ. No. 16-6287 |
| : | |
| **KATHY BOOCKVAR,** : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
|         **Defendants.** : | |
| : | |

## O R D E R

**AND NOW**, this 18th day of December, 2019, it is hereby **ORDERED** that Plaintiffs **SHALL RESPOND**, **by Friday, December 20, 2019 at 10:00 a.m.**, to: (1) Election Systems & Software's Motion for Leave (Doc. No. 130) to file an *amicus* brief, and (2) the City of Philadelphia and Philadelphia County Board of Elections' Motion to Intervene (Doc. No. 131) as Defendants.  If Plaintiffs do not oppose one or both Motions, they shall notify me accordingly as soon as possible.

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    _____
                                                    Paul S. Diamond, J.