UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,

              Plaintiffs,

  -against-

KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

              Defendants.

No. 16-CV-6287 (PD)

---

**REPLY DECLARATION OF ILANN M. MAAZEL IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT**

      ILANN M. MAAZEL declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.     I am a partner in the firm of Emery Celli Brinckerhoff & Abady LLP, counsel for Plaintiffs in this matter. I am admitted *pro hac vice* in this action. I submit this declaration in support of Plaintiffs' motion to enforce the settlement agreement.

      2.     Attached as Exhibit A is a copy of an email exchange between Dr. J. Alex Halderman and officials of the Pennsylvania Department of State, spanning January 29 to April 17, 2019.

      3.     Attached as Exhibit B is a copy of an email exchange between Plaintiffs' counsel and officials of the Pennsylvania Department of State, spanning May 9 to May 21, 2019.

4. Attached as Exhibit C is a copy of emails from Dr. J. Alex Halderman to Kathleen Kotula, dated May 28 and June 4, 2019.

5. Attached as Exhibit D is a copy of an email from Kathleen Kotula to Dr. J. Alex Halderman and others, dated June 5, 2019.

Dated: December 19, 2019
New York, New York

_____/s/_____
ILANN M. MAAZEL