# Exhibit B

# FW: Alex Halderman

**Ilann M. Maazel** <imaazel@ecbalaw.com>  Tue, May 21, 2019 at 1:12 PM
To: "Kotula, Kathleen" <kkotula@pa.gov>, "Gates, Timothy" <tgates@pa.gov>
Cc: "J. Alex Halderman" <halderman@gmail.com>

Hi Kat,

Feel free to forward the videos for ES&S and other election systems directly to Dr. Halderman (copied here).

Thanks,

Ilann

Ilann M. Maazel

Partner

Emery Celli Brinckerhoff & Abady LLP

600 Fifth Avenue at Rockefeller Center, 10th Floor

New York, NY 10020

phone: 212-763-5000

fax: 212-763-5001

imaazel@ecbalaw.com

www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff & Abady LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (imaazel@ecbalaw.com) immediately.

**From:** Kotula, Kathleen <kkotula@pa.gov>
**Sent:** Thursday, May 16, 2019 10:49 PM
**To:** Ilann M. Maazel <imaazel@ecbalaw.com>; Gates, Timothy <tgates@pa.gov>
**Subject:** RE: [External] Alex Halderman

Ilann –

The Dominion Democracy Suite 5.5 examination videos can be accessed at the below SFTP site. I will send the password separately.

FTP site at:  https://copaftp.state.pa.us

User id : ST-Dominion

Please let me know when Dr. Halderman has downloaded the files.

My client will work to load the ES&S videos next.

Thanks,

Kat

---

**From:** Kotula, Kathleen
**Sent:** Wednesday, May 15, 2019 7:16 PM
**To:** Ilann M. Maazel <imaazel@ecbalaw.com>; Gates, Timothy <tgates@pa.gov>
**Subject:** RE: [External] Alex Halderman

Ilann –

I spoke to the program area.  We should have something available before the end of the week.  I'll send a link for a secure FTP site.

Thanks,

Kat

---

**From:** Ilann M. Maazel <imaazel@ecbalaw.com>
**Sent:** Tuesday, May 14, 2019 8:46 PM
**To:** Kotula, Kathleen <kkotula@pa.gov>; Gates, Timothy <tgates@pa.gov>
**Cc:** Ilann M. Maazel <imaazel@ecbalaw.com>
**Subject:** RE: [External] Alex Halderman

Thanks – do we have any update?

Ilann M. Maazel

Partner

Emery Celli Brinckerhoff & Abady LLP

600 Fifth Avenue at Rockefeller Center, 10th Floor

New York, NY 10020

phone: 212-763-5000

fax: 212-763-5001

imaazel@ecbalaw.com

www.ecbalaw.com

This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff& Abady LLP which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (imaazel@ecbalaw.com) immediately.

**From:** Kotula, Kathleen <kkotula@pa.gov>
**Sent:** Thursday, May 09, 2019 3:38 PM
**To:** Ilann M. Maazel <imaazel@ecbalaw.com>; Gates, Timothy <tgates@pa.gov>
**Subject:** RE: [External] Alex Halderman

Ilann,

I'll check in with the program area.

Thanks,

Kat

**From:** Ilann M. Maazel <imaazel@ecbalaw.com>
**Sent:** Thursday, May 9, 2019 2:49 PM
**To:** Kotula, Kathleen <kkotula@pa.gov>; Gates, Timothy <tgates@pa.gov>
**Subject:** [External] Alex Halderman

**ATTENTION:** This email message is from an external sender. Do not open links or attachments from unknown sources. To report suspicious email, forward the message as an attachment to CWOPA_SPAM@pa.gov.

Hi Kat,

On a few occasions, Dr. Halderman has unsuccessfully requested access to testing videos for new voting systems, including for tests he witnessed in person. He needs to see those videos to perform the role set forth in Section II(4) of the Settlement Agreement, as Plaintiffs' designee.

Could you see that this issue is promptly addressed, so that Dr. Halderman can, per the settlement, "observe the certification process"?

Thanks,

Ilann


Ilann M. Maazel

Partner

Emery Celli Brinckerhoff & Abady LLP

600 Fifth Avenue at Rockefeller Center, 10th Floor

New York, NY 10020

phone: 212-763-5000

fax: 212-763-5001

imaazel@ecbalaw.com

www.ecbalaw.com


This electronic message transmission contains information from the law firm of Emery Celli Brinckerhoff& Abady LLP which may be confidential or privileged.  The information is intended to be for the use of the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you have received this electronic transmission in error, please notify us by telephone (212-763-5000) or by electronic mail (imaazel@ecbalaw.com) immediately.