# Exhibit C

## Voting equipment videos

**J. Alex Halderman** <jhalderm@eecs.umich.edu>  Tue, May 28, 2019 at 2:44 PM
To: "Kotula, Kathleen" <kkotula@pa.gov>

Hi Kathleen,

Thank you for the videos available from the Dominion testing. Ilaan mentioned that you were going to upload the ES&S videos next. Can you let me know when I can retrieve them?

Best,
Alex

--
J. Alex Halderman
Professor, Computer Science and Engineering
Director, Center for Computer Security and Society
University of Michigan
https://jhalderm.com
734-647-1806

**J. Alex Halderman** <jhalderm@eecs.umich.edu>  Tue, Jun 4, 2019 at 3:17 PM
To: "Kotula, Kathleen" <kkotula@pa.gov>

Just wanted to ask again about downloading the other videos. Will they be available soon? Thanks.

[Quoted text hidden]