# Exhibit D

## ES& Exam - PA (1)

**Kotula, Kathleen** <kkotula@pa.gov>  Wed, Jun 5, 2019 at 3:59 PM
To: "J. Alex Halderman" <halderman@gmail.com>
Cc: "Gates, Timothy" <tgates@pa.gov>, "Hartzell, John" <johhartzel@pa.gov>, "McMurry, Jason" <jmcmurry@pa.gov>

Dr. Halderman –

Here's the link to the ES&S examination videos.  I will send the password separately.

FTP site at:   https://copaftp.state.pa.us

User id : ST-ES&S

Please note the videos were redacted at the request of the vendor to remove any confidential proprietary information or trade secrets regarding the voting systems.

**Kathleen M. Kotula** | Executive Deputy Chief Counsel

PA Department of State | Office of Chief Counsel

306 North Office Building | Harrisburg, PA 17120
Phone: 717.783.0736 | Fax: 717.214.9899

www.dos.state.pa.us

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

*The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.*