UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN, RANDALL REITZ, ROBIN HOWE,
SHANNON KNIGHT, and EMILY COOK,

        Plaintiffs,

-against-

KATHY BOOCKVAR, in her official capacity as
Acting Secretary of the Commonwealth; and
JONATHAN MARKS, in his official capacity as
Commissioner of the Bureau of Commissions,
Elections, and Legislation,

        Defendants.

No. 16-CV-6287 (PD)

### DECLARATION OF KEVIN SKOGLUND IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT

KEVIN SKOGLUND declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. On May 22, 2019, I participated in a Skype Meeting call held between representatives of the Pennsylvania Department of State and members of the Protect Our Vote Philly Coalition.

2. Some participants joined via speaker phone, but I believe the attendees included:

    - Kathy Boockvar, Acting Secretary of the Commonwealth
    - Jonathan Marks, Deputy Secretary for Elections and Commissions
    - Mike Moser, Director of Election Security and Technology
    - Jessica Myers, Director of Policy

- Sindhu Ramachandran, Voting System Analyst

- Gloria Gilman, Protect Our Vote Philly Coalition

- Jamie Mogil, Protect Our Vote Philly Coalition

- Kevin Skoglund, Protect Our Vote Philly Coalition

3. During the call, I asked whether the Pennsylvania Department of State considers the piece of paper on which an ExpressVote prints to be a "paper ballot" or a "ballot card."

4. Jonathan Marks responded that the Department of State considers the paper to be a "ballot card."

Dated: December 17, 2019

Wynnewood, Pennsylvania

KEVIN SKOGLUND