# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
| Plaintiffs, : | |
| v. : | Civ. No. 16-6287 |
| : | |
| **KATHY BOOCKVAR,** : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
| Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 20th day of December, 2019, upon consideration of Defendants' Motion for Leave (Doc. No. 135) to file a sur-reply in opposition to Plaintiff's Motion (Doc. No. 112) to Enforce the Settlement Agreement, it is hereby **ORDERED** that Defendants' Motion (Doc. No. 135) is **GRANTED**. It is further **ORDERED** that the **CLERK OF COURT** shall docket the sur-reply attached as Exhibit A to Defendants' Motion for Leave (Ex. A. to Doc. No. 135), and that the sur-reply shall be deemed filed as of December 20, 2019.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.