IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KATHY BOOCKVAR, in her official capacity as Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation, <br><br> Defendants. | Civ. No. 16-6287 (PD) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of non-party Election Systems & Software, LLC.

    Respectfully submitted,

    **DUANE MORRIS LLP**

Dated: December 23, 2019

/s/ Alan C. Kessler
Alan C. Kessler (22230)
John J. Soroko (25987)
Luke P. McLoughlin (312769)
Andrew R. Sperl (311467)
30 South 17th Street
Philadelphia, PA  19103
215.979.1000 / 215.979.1020 (fax)

*Counsel for Election Systems & Software, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Notice of Appearance upon all counsel of record via the Court's ECF system. The foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP 5(b) and Local Civil Rule 5.1.2.

*/s/ Luke P. McLoughlin*

Luke P. McLoughlin

Dated: December 23, 2019