APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation | : | NO.  16 -CV-6287 (PD) |

**ORDER**

AND NOW, this _____ Day of _____, 2020 , it is hereby

ORDERED that the application of _Zoe Salzman_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐  GRANTED.

☐  DENIED.

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 16 -CV-6287 (PD)

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, _____Zoe Salzman_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| New York | 05/27/2009 | 4663308 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| SDNY | 06/09/2010 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| EDNY | 06/09/2010 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| NDNY | 10/08/2010 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for          Plaintiffs

*(Applicant's Signature)*

01/10/2020
(Date)

APPLICANT'S FIRM NAME / ADDRESS / TELEPHONE NUMBER:

Emery Celli Brinckerhoff & Abady LLP

600 Fifth Ave., 10th Floor, New York, NY 10020

(212)763-5000

Sworn and subscribed before me this
10th Day of January, 2020

Notary Public

AVANIKA SHARDA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SH6365179
Qualified in Kings County
My Commission Expires 10-02-2021

10/04

## RIDER TO PRO HAC VICE APPLICATION

Zoe Salzman is also admitted to practice in the following jurisdictions and courts:

1. Second Circuit Court of Appeals, 9/15/2010
2. Eastern District of Michigan, 9/23/2019

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ___Zoe Salzman___ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| John G. Papianou | [signature] | 12/01 | 88149 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Montgomery McCracken Walker & Rhoads LLP

1735 Market Street, Philadelphia, PA  19103-7505

215-772-7389

Sworn and subscribed before me this

_10_ Day of _January_ 200_0_

[signature] Paulette Hassey
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAULETTE HASSEY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 3, 2021

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK : | CIVIL ACTION |
| v. : | |
| KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth, and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation : | NO.  16 -CV-6287 (PD) |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Zoe Salzman  Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Via ECF Filing

Sue Ann Unger, Sr. Deputy Attorney General

PA Office of Attorney General, 1600 Arch Street, Suite 300, Phila., PA 1910

215-560-2127

[signature]
Signature of Attorney

John Papianou
Name of Attorney

Jill Stein, et al.
Name of Moving Party

1/13/20
Date