UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,<br><br>                    Plaintiffs,<br><br>   -against-<br><br>KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>                    Defendants. | No. 16-CV-6287 (PD) |

## AMENDED CERTIFICATE OF SERVICE

I, John G. Papianou, hereby certify that on the 13th day of January, 2020, a true and correct copy of the foregoing Application for Admission Pro Hac Vice of Zoe Salzman (ECF No. 144) has been filed electronically and is available for viewing and downloading from the ECF system. This system will provide electronic notice to all counsel of record.

Date: January 13, 2020

/s/ *John G. Papianou*
John G. Papianou
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street
Philadelphia, PA 19103
Phone: 215-772-7389