**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
|         **Plaintiffs,** : | |
|     v. : | **Civ. No. 16-6287** |
| : | |
| **KATHY BOOCKVAR,** : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
|         **Defendants.** : | |
| : | |

## O R D E R

**AND NOW**, this 13th day of January, 2020, it is hereby **ORDERED** that Plaintiffs' Application for Admission *Pro Hac Vice* of Zoe Salzman, Esquire (Doc. No. 144) is **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.