# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
|       Plaintiffs, : | |
|   v. : | Civ. No. 16-6287 |
| : | |
| KATHY BOOCKVAR, : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
|       Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 13th day of January, 2020, it is hereby **ORDERED** that an on-the-record conference call is tentatively scheduled for **Thursday, January 16, 2020, at 11:00 A.M.** The Court will determine whether a call will be necessary after considering the Parties' submissions due on January 15, 2020. (See Order, Doc. No. 136 ¶ 7.)

                                          **AND IT IS SO ORDERED.**

                                          */s/ Paul S. Diamond*
                                          _____
                                          Paul S. Diamond, J.