# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : No. 16-cv-6287(PD) |
| KATHY BOOCKVAR, in her official capacity as Secretary of the Commonwealth, and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation, | : |
| Defendants. | : |

## INTERVENORS' SUBMISSION PURSUANT TO PARAGRAPH 7 OF THE DECEMBER 20, 2019 ORDER AND JOINDER IN DEFENDANTS' SUBMISSION

In its Order entered December 20, 2019 [ECF 136] (the "Order"), the Court directed the parties to "address whether hearing testimony will be required from the lawyers who negotiated the Agreement and subsequently monitored and addressed compliance questions." (Order ¶ 7.) The Court also directed the parties to "address whether testifying would disqualify those lawyers and their firms from serving as counsel in these proceedings." (*Id.*)

Intervenors the Philadelphia Board of Elections and the City of Philadelphia join in the response filed by Defendants [ECF 148] and adopt Defendants' response as if set forth fully herein.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
Marcel S. Pratt, City Solicitor

Date: January 15, 2020

By: /s/ Benjamin H. Field
BENJAMIN H. FIELD (PA ID No. 204569)
Divisional Deputy City Solicitor
DANIELLE WALSH (PA ID No. 312438)
Deputy City Solicitor
MICHAEL PFAUTZ (PA ID No. 325323)
Assistant City Solicitor
Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
Phone:   (215) 683-5024

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2020, I served a true and correct copy of the foregoing Submission Pursuant to Paragraph 7 of the December 20, 2019 Order and Joinder in Defendants' Submission upon all counsel of record via ECF system and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.


BY:   /s/ Michael Pfautz
      Assistant City Solicitor