IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : No. 16-cv-6287(PD) |
| KATHY BOOCKVAR, in her official capacity as Secretary of the Commonwealth, and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation, | : |
| Defendants. | : |

**NOTICE OF DEFENDANTS' JOINDER IN INTERVENORS' MOTION *IN LIMINE***

Please take notice that Defendants Kathy Boockvar, Secretary of the Commonwealth, and Jonathan Marks, Deputy Secretary for Elections and Commissions, in their official capacities, hereby join in Intervenors' Motion *in Limine* to Preclude Testimony and Evidence Regarding the Substance of and Controller's Investigation and Report Concerning Philadelphia's Selection of the ExpressVote XL [ECF 152], which was filed on January 15, 2020

HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

By: /s/ Robert A. Wiygul
    Mark A. Aronchick
    Robert A. Wiygul
    Christina C. Matthias
    One Logan Square, 27th Floor
    Philadelphia, PA 19103
    (215) 568-6200

        TUCKER LAW GROUP
           Joe H. Tucker
           Dimitrios Mavroudis
           1801 Market Street, Suite 2500
           Philadelphia, PA  19103
           (215) 875-0609

        *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 15, 2020, I caused the foregoing Notice of Defendants' Joinder in Intervenors' Motion in Limine to be filed with the United States District Court for the Eastern District of Pennsylvania via the Court's CM/ECF system, which will provide electronic notice to all counsel of record.

                                                  /s/ Robert A. Wiygul
                                                  Robert A. Wiygul