# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : No. 16-cv-6287(PD) |
| KATHY BOOCKVAR, in her official capacity as Secretary of the Commonwealth, and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections and Legislation, | : |
| Defendants. | : |

## **INTERVENORS' JOINDER IN DEFENDANTS' MOTION IN LIMINE**

Intervenors the Philadelphia Board of Elections and the City of Philadelphia join Defendants' Motion in Limine to Preclude Unidentified Rebuttal Witnesses, Individual Voter Testimony, and Evidence of ExpressVote XL Performance During the November 2019 Elections in Northampton County [ECF 150] and adopt Defendants' arguments as if set forth fully herein.

Respectfully submitted,

CITY OF PHILADELPHIA LAW DEPARTMENT
Marcel S. Pratt, City Solicitor

Date: January 15, 2020

By: /s/ Benjamin H. Field
BENJAMIN H. FIELD (PA ID No. 204569)
Divisional Deputy City Solicitor
DANIELLE WALSH (PA ID No. 312438)
Deputy City Solicitor
MICHAEL PFAUTZ (PA ID No. 325323)
Assistant City Solicitor
Affirmative & Special Litigation
CITY OF PHILADELPHIA LAW DEPARTMENT
1515 Arch Street, 15th Floor

Philadelphia, PA 19102
Phone:   (215) 683-5024

*Counsel for Intervenors*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 15, 2020, I served a true and correct copy of the foregoing Intervenors' Joinder in Defendants' Motion In Limine upon all counsel of record via ECF system and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

BY: /s/ Michael Pfautz
Assistant City Solicitor