# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
|       **Plaintiffs,** : | |
|    v. : | Civ. No. 16-6287 |
| **KATHY BOOCKVAR,** : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
|       **Defendants.** : | |

## O R D E R

**AND NOW**, this 15th day of January, 2020, it is hereby **ORDERED** that an on-the-record conference call is scheduled for **Thursday, January 16, 2020, at 11:00 A.M.** Only Plaintiffs, Defendants, and Intervenors shall participate. The Parties shall jointly telephone my Chambers once all are on the call.

                                          **AND IT IS SO ORDERED.**

                                          */s/ Paul S. Diamond*
                                          _____
                                          Paul S. Diamond, J.