

# HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

One Logan Square
27th Floor
Philadelphia, PA 19103-6933
215.568.0300/facsimile
www.hangley.com

Robert A. Wiygul
Direct Dial: 215-496-7042
E-mail: rwiygul@hangley.com

January 15, 2020

**VIA HAND DELIVERY**

The Honorable Paul S. Diamond
United States District Court for the
   Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Stein v. Boockvar*, Civil Action No. 16-6287(PD)

Dear Judge Diamond:

This firm represents Defendants Kathy Boockvar, Secretary of the Commonwealth, and Jonathan Marks, Deputy Secretary for Elections and Commissions, in their official capacities (together, "Defendants"). I write to notify the Court that lead counsel for Defendants, Mark Aronchick, is attached this week for an arbitration hearing. Mr. Aronchick will participate as lead counsel in the evidentiary hearing on Tuesday, January 21, 2020. I will participate in tomorrow's telephone conference on behalf of Defendants, along with my colleague, Christina Matthias.

Respectfully,

Robert A. Wiygul

cc:   Ilann M. Maazel, Esquire
      Douglas E. Lieb, Esquire
      Benjamin Field, Esquire
      Mark A. Aronchick, Esquire
      Christina C. Matthias, Esquire
      Joe H. Tucker, Esquire
      Dimitrios Mavroudis, Esquire
            (all via email)