IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,<br>*Plaintiffs,*<br><br>v.<br><br>KATHY BOOCKVAR, in her official capacity as Secretary for the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>*Defendants.* | Civil No: 16-cv-06287 |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of non-parties the City of Philadelphia and Philadelphia County Board of Elections.

                                  CITY OF PHILADELPHIA
                                  LAW DEPARTMENT

          BY:     /s/ Danielle E. Walsh
                        Deputy City Solicitor
                        Affirmative and Special Litigation Unit
                        Attorney I.D. No. 312438
                        1515 Arch Street, 15th Floor
                        Philadelphia, PA 19102
                        Phone: (215) 686-0464
                        Fax: (215) 683-5299
                        Danielle.Walsh@phila.gov

DATED: January 16, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the date set forth below, I served a true and correct copy of the foregoing Notice of Appearance upon all counsel of record via ECF system and the foregoing document is available for viewing and/or downloading pursuant to the Court's ECF system and is served pursuant to FRCP Rule 5(b) and Local Civil Rule 5.1.2.

      BY:   /s/ Danielle E. Walsh
               Deputy City Solicitor

Dated: January 16, 2020