UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,

    Plaintiffs,

  -against-

KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

    Defendants.

No. 16-CV-6287 (PD)

**PLAINTIFFS' REVISED WITNESS LIST FOR EVIDENTIARY HEARING**

1. J. Alex Halderman.  Dr. Halderman is available to attend the hearing on February 18.
2. Jonathan Marks (potentially adverse).
3. Timothy Gates (potentially adverse).
4. Kathleen Kotula (potentially adverse).
5. Kathy Boockvar (potentially adverse).
6. Joseph Lynch (potentially adverse).
7. Monique Nesmith-Joyner (potentially adverse).
8. Vienna Linderman*
9. Joni Lipson*
10. Scott McCarthy*

\* *Potential rebuttal witness, subject to reconsideration by the Court of* in limine *ruling.*

Dated: January 21, 2020

          EMERY CELLI BRINCKERHOFF & ABADY LLP

          _____/s/_____

          Ilann M. Maazel, Esq.*
          Douglas E. Lieb, Esq.*
          600 Fifth Avenue, 10th Floor
          New York, NY 10020
          Phone: 212-763-5000
          Fax: 212-763-5001
          Email: imaazel@ecbalaw.com

\* *Admitted pro hac vice*

MONTGOMERY McCRACKEN WALKER & RHOADS LLP

John G. Papianou, Esq.
Brett Waldron, Esq.
1735 Market Street
Philadelphia, PA 19103
Phone: 215-772-7389

*Attorneys for Plaintiffs*