

**Marcel S. Pratt**
**City Solicitor**

Benjamin H. Field
Divisional Deputy
City Solicitor
Affirmative & Special
Litigation Unit
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
215-683-5024 (direct)
215-683-5299 (fax)
Benjamin.Field@phila.gov

February 11, 2020

**VIA ECF**

Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**RE:** *Stein v. Boockvar*, **Civil Action No. 16-6287(PD)**

  During the January 16, 2020 telephone conference in the above referenced matter, Your Honor indicated that it would be helpful for the Court to have a voting machine in the courtroom for the February 18th hearing. Accordingly, Defendants and Intervenors are writing to request the Court's permission to allow ExpressVote XL voting equipment to be delivered to the James A. Byrne U.S. Courthouse on Friday, February 14, 2020. The equipment would be delivered by Jason Elliott and Neil Blunt from the Philadelphia County Board of Elections. Defendants and Intervenors also respectfully request the Court's assistance in securing this equipment up until the time of the hearing on Tuesday, February 18, 2020. The ExpressVote XL will be set up in the courtroom by the Philadelphia County Board of Elections to provide Your Honor with the opportunity to observe the record in the machine first hand.

  Lastly, Defendants and Intervenors respectfully request that on the day of the hearing Joseph Lynch, from the Philadelphia County Board of Elections, be permitted to enter the courthouse with a technician's kit to ensure that any necessary tools are available on location should the voting machine require maintenance. The items contained in the technician's kit are as follows:

- cleaning kit
- Phillips head screw driver
- T10 security screw driver

- wire cutters
- pliers
- outlet tester
- multimeter
- ratchet wrench with socket
- flashlight
- machine keys

Respectfully,

/s/ *Benjamin H. Field*
Benjamin H. Field
Danielle Walsh
Michael Pfautz
*Counsel for Intervenors*

/s/ *Mark A. Aronchick*
Mark A. Aronchick
Robert A. Wiygul
Christina C. Matthias
*Counsel for Defendants*

cc: Ilann M. Maazel
Douglas E. Lieb
John G. Papianou
Brett Waldron
Joe H. Tucker
Dimitrios Mavroudis
    (all via ECF)

2