### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
|         Plaintiffs, : | |
|   v. : | Civ. No. 16-6287 |
| KATHY BOOCKVAR, : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
|         Defendants. : | |

## O R D E R

**AND NOW**, this 14th day of February, 2020, upon consideration of Defendants' correspondence (Doc. No. 169) raising administrative matters, it is hereby **ORDERED** as follows:

(1) **Sequestration.** No witness will be sequestered.

(2) **Witness Order.** I encourage the Parties to exchange this information as described in Defendants' letter.

(3) **Scope of Examination.** All but one of Plaintiffs' witnesses are City or Commonwealth officials—including the Secretary of the Commonwealth—and have been designated as potentially adverse. To spare these officials a full day in Court, the cross-examination of these witnesses by Defendants and Intervenors will not be limited to the scope of their direct examinations. The cross-examination of all other witnesses (including Dr. Halderman) will be limited by the scope of their direct examinations.

(4) **Exhibits.** The Parties may at the hearing submit their additional exhibits, marked in the manner described. I will gladly receive any available exhibits before Tuesday's hearing.

(5)     **Allocation of Time.**  The Parties are best able to estimate the hearing's likely duration.  I have cleared my calendar for the day and plan to conclude the hearing only after all evidence is presented and all testimony is heard.  I will not impose time limits on either side.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.