# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| **KATHY BOOCKVAR,** | : | |
| *in her official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 21st day of February, 2020, as I stated at the close of the evidentiary hearing this morning, it is hereby **ORDERED** that the Parties file proposed findings of fact and conclusions of law **no later than** March 13, 2020 by 5:00 p.m.  The conclusions of law shall not exceed twenty-five double spaced pages.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.