1     THANK YOU.

2                    (LUNCH RECESS TAKEN.)

3                    (CLERK OPENS COURT.)

4          THE COURT:  PLEASE BE SEATED, EVERYBODY.

5          MY DEPUTY HAS TOLD ME THAT YOU ANTICIPATE

6   GOING THROUGH THREE WITNESSES BETWEEN NOW AND 5:30,

7   WHICH IS FINE IF YOU CAN DO IT.  AND YOU WANT TO

8   CONTINUE TOMORROW.  I AM PREPARED TO MOVE WHAT I HAVE

9   TOMORROW.  I HAVE A FINAL PRETRIAL IN A CRIMINAL CASE

10  THAT I'LL MOVE TO THE END OF THE DAY AND A BAIL HEARING

11  THAT I CAN -- I HAVE NOT APPOINTED NEW COUNSEL ANYWAY,

12  SO I CAN PUT THAT OFF.  SO I CAN CERTAINLY ACCOMMODATE

13  YOU.

14          MR. ARONCHICK:  WE ARE HOPING 5:30 WILL

15  DO IT, IT MIGHT BE 6:00, BUT --

16          THE COURT:  OKAY.

17          MR. ARONCHICK:  SO WE NEED TO KNOW

18  WHETHER OR NOT THE WITNESS WHO IS GOING TO FLY OUT

19  TONIGHT CAN STAY OVER UNTIL TOMORROW, NOW THAT WE KNOW

20  YOU ARE AVAILABLE.  SO WE WILL CHECK.

21          THE COURT:  THAT'S FINE.  WE CAN MOVE THE

22  HEARING AND YOU CAN CALL THE WITNESSES IN WHATEVER ORDER

23  YOU WANT.

24          MR. KESSLER:  YOUR HONOR, ALAN KESSLER,

25  REPRESENTING ES&S.

1    THE COURT:  I DON'T THINK THE

2    STENOGRAPHER CAN HEAR YOU.  I CAN'T.  BUT NICE TO SEE

3    YOU, MR. KESSLER.

4    MR. KESSLER:  NICE TO SEE YOU, YOUR

5    HONOR.  YOUR HONOR, I REPRESENT ES&S, WE'RE THE AMICUS.

6    AND IT'S OUR WITNESS.  IT'S AN ES&S EMPLOYEE WHO FLEW UP

7    ON SUNDAY WHO HAS A 9 O'CLOCK FLIGHT BACK TONIGHT.  SO

8    WE ARE GOING TO HAVE TO SEE --

9    THE COURT:  HE WAS GOING TO BE A DEFENSE

10   WITNESS?

11   MR. KESSLER:  YES.

12   THE COURT:  RECOGNIZING THAT AT LEAST AS

13   OF THE CONFERENCE CALL YOU WEREN'T SURE YOU WERE GOING

14   TO PUT ON ANY EVIDENCE AT ALL, DO YOU WANT TO CALL THIS

15   PERSON IF WE HAVE TIME TODAY?

16   MR. WIYGUL:  WE CAN DO THAT, YOUR HONOR.

17   ABSOLUTELY.

18   THE COURT:  WHY DON'T WE SEE WHERE WE

19   ARE.  IF -- I DON'T HAVE A PROBLEM SITTING PAST

20   6 O'CLOCK, BUT THERE IS A LARGE SUPPORT STAFF IN THE

21   BUILDING THAT WILL.  AND SO THAT I WOULD LIKE TO RECESS

22   NO LATER THAN 6:00 IF POSSIBLE.  AND HOW LONG DO YOU

23   ANTICIPATE THE DIRECT TESTIMONY OF THAT WITNESS WOULD

24   BE, MR. WIYGUL?

25   MR. WIYGUL:  IT DEPENDS A LITTLE BIT

1    ABOUT WHAT OTHER WITNESSES SAY, YOUR HONOR, BUT I WOULD

2    SAY PROBABLY 30 TO 40 MINUTES.

3                   THE COURT:  ALL RIGHT.  THEN IF THE THREE

4    WITNESSES ARE NOT DONE BY 4:30 OR 4:45, WE WILL JUST

5    HAVE TO TAKE THAT WITNESS, YOUR WITNESS, MR. KESSLER,

6    OUT OF TURN.

7                   MR. KESSLER:  WELL, YOUR HONOR, WE WILL

8    CHECK NOW TO SEE WHETHER HE CAN STAY THROUGH TOMORROW.

9                   THE COURT:  WELL, THAT WOULD BE A GOOD

10   THING.  OKAY.  THAT WOULD BE FINE, THANK YOU.

11                  ALL RIGHT.  WOULD YOU LIKE TO CALL YOUR

12   NEXT WITNESS, MR. MAAZEL?

13                  MR. MAAZEL:  YES, YOUR HONOR.  JUST

14   QUICKLY, DO YOU WANT TO MAKE SURE YOU HAVE THE

15   STIPULATIONS IN FRONT OF YOU?

16                  THE COURT:  I KNOW I DO.  I JUST -- I

17   HAVE FOUR LOOSELEAF BOOKS AND I'M NOT SURE --

18                  MR. MAAZEL:  I HAVE AN EXTRA COPY.

19                  THE COURT:  OH, THAT WOULD BE WONDERFUL.

20   THANK YOU.  IT MIGHT GET LOST AMONG THE FOUR BOOKS, BUT

21   I'LL TRY.  THANK YOU.

22                  MR. MAAZEL:  AND JUST FOR A POINT OF

23   CLARIFICATION, YOUR HONOR, AND THIS WAS MENTIONED IN OUR

24   REPLY BRIEF, GIVEN WHERE WE ARE, THAT IT IS NOW

25   FEBRUARY, WE ARE NOT SEEKING THE DECERTIFICATION OF THE

1    SYSTEM FOR THE PRIMARY THIS YEAR.  I WANT TO MAKE THAT

2    CLEAR.

3                      THE COURT:  OKAY.  I WAS UNAWARE OF THAT,

4    BUT OKAY.

5                      MR. MAAZEL:  WE SAID IN THE END OF OUR

6    REPLY BRIEF THAT WE WERE HOPING THIS WOULD HAPPEN BY THE

7    GENERAL ELECTION, SO...

8                      THE COURT:  OKAY.

9                      MR. MAAZEL:  I WANTED TO CLARIFY THAT.

10                     THE COURT:  THAT'S FINE.  I APPRECIATE

11   THE CLARIFICATION, AS I AM SURE THE CITY DOES.

12                     MR. MAAZEL:  TIMOTHY GATES, WE CALL

13   TIMOTHY GATES, YOUR HONOR.

14                     THE COURT:  VERY WELL.

15                     (WITNESS SWORN.)

16                     THE WITNESS:  TIMOTHY GATES,

17   T-I-M-O-T-H-Y, GATES, G-A-T-E-S.

18                     DIRECT EXAMINATION

19   BY MR. MAAZEL:

20   Q.      GOOD AFTERNOON, MR. GATES.

21   A.      GOOD AFTERNOON.

22   Q.      YOU ARE THE CHIEF COUNSEL TO THE DEPARTMENT OF

23   STATE, CORRECT?

24   A.      I AM, YES.

25   Q.      YOU HAVE BEEN SINCE 2015?

1   A.      THAT'S CORRECT.

2   Q.      AND SO THAT WAS YOUR ROLE THROUGHOUT THE COURSE

3   OF THIS CASE?

4   A.      YES.

5   Q.      AND THE ROLE OF CHIEF COUNSEL PROVIDES LEGAL

6   ADVICE AND COUNSEL TO THE SECRETARY OF THE COMMONWEALTH?

7   A.      THAT'S CORRECT.

8   Q.      AND YOU PARTICIPATED IN SETTLEMENT DISCUSSIONS

9   IN THIS CASE?

10   A.      I DID.

11   Q.      AND YOU ATTENDED THE SETTLEMENT CONFERENCE WITH

12   JUDGE RICE?

13   A.      I DID.

14   Q.      AND YOU PARTICIPATED IN THE MEET AND CONFER THAT

15   WE HAD IN ADVANCE OF THIS MOTION?

16   A.      I DID, YES.

17   Q.      AND YOU REMAIN COUNSEL OF RECORD FOR DEFENDANTS

18   IN THE CASE AS OF TODAY?

19   A.      CORRECT.

20   Q.      YOU ARE, OF COURSE, FAMILIAR WITH THE SETTLEMENT

21   AGREEMENT?

22   A.      I AM, YES.

23   Q.      AND YOU SIGNED IT PERSONALLY?

24   A.      I DID.

25   Q.      ON BEHALF OF THE DEFENDANTS?

1    A.      I DID.

2    Q.      AND YOU REVIEWED IT CAREFULLY?

3    A.      I DID.

4    Q.      AND WE AGREE THAT THAT SETTLEMENT AGREEMENT

5    REFLECTS THE AGREEMENT AMONG THE PARTIES THAT WE'RE

6    DISCUSSING TODAY?

7    A.      WE DID.

8    Q.      AND JUST TO CLARIFY, FROM SECRETARY BOOCKVAR'S

9    TESTIMONY, IT WAS THE DEFENDANTS WHO SENT THE FIRST

10   DRAFT OF THE SETTLEMENT AGREEMENT, THAT IS CORRECT, YES?

11   A.       IT WAS -- YES AND NO.  THE SETTLEMENT AGREEMENT

12   THAT WE SENT OVER TO YOU WAS A DRAFT THAT CONTAINED THE

13   TERM SHEET, THE AGREED-UPON TERMS THAT WE HAD NEGOTIATED

14   AND AGREED UPON BEFORE JUDGE RICE.  THERE WERE OTHER

15   PROVISIONS THAT WE NEEDED TO INCLUDE FROM THE

16   COMMONWEALTH'S PERSPECTIVE.  SO WE TOOK OWNERSHIP OF THE

17   DOCUMENT AT THAT POINT, BECAUSE WE WERE DECIDING ON THE

18   FRAMEWORK OR THE SHAPE OF THAT DOCUMENT, WHETHER IT

19   WOULD BE A CONSENT AGREEMENT AND WHY IT COULDN'T BE A

20   CONSENT AGREEMENT, WHETHER THERE WERE OTHER PROVISIONS

21   WE NEEDED TO INCORPORATE AS WELL.

22   Q.      IN ANY EVENT, THE SETTLEMENT AGREEMENT ITSELF,

23   THE FIRST DRAFT OF THAT AGREEMENT YOU DRAFTED AND SENT

24   TO US IN ADVANCE OF SIGNING?

25             THE COURT:  MY UNDERSTANDING, AND CORRECT

1    ME IF I'M WRONG, THE TERM SHEET WAS INITIALLY DRAFTED BY

2    THE PLAINTIFFS.  THE DEFENDANTS THEN TOOK THE TERM

3    SHEET.  AND BASED ON WHAT WAS -- WHAT HAD BEEN

4    NEGOTIATED IN THE TERM SHEET, CREATED THE SETTLEMENT

5    AGREEMENT, WHICH LARGELY INCLUDED WHAT HAD ALREADY BEEN

6    DONE IN THE TERM SHEET, IS THAT CORRECT?

7                    THE WITNESS:  YES, IT IS, YOUR HONOR.

8                    THE COURT:  OKAY.

9    BY MR. MAAZEL:

10   Q.        AND THERE WERE A NUMBER OF CLAUSES THAT THE

11   DEFENDANTS ADDED TO THE SETTLEMENT AGREEMENT THAT HAD

12   NOT BEEN ON THE TERM SHEET, CORRECT?

13   A.        THAT'S CORRECT.

14   Q.        FOR EXAMPLE, THE CHOICE OF LAW CLAUSE?

15   A.        CORRECT.

16   Q.        NOW, VERY BRIEFLY, IF YOU LOOK AT JX 30.

17   A.        OKAY.

18   Q.        AND THE SETTLEMENT AGREEMENT REQUIRES PAPER

19   BALLOTS FOR EVERY VOTER, CORRECT?

20   A.        WHAT IS REQUIRED BY THE SETTLEMENT AGREEMENT IS

21   SPELLED OUT IN PARAGRAPH 2 AND PARAGRAPH 3.

22   Q.        YES.  VOTER-VERIFIABLE PAPER BALLOTS FOR EVERY

23   VOTER, CORRECT?

24   A.        PARAGRAPH 2 MENTIONS THAT IN ORDER FOR THE

25   SECRETARY TO CERTIFY THE MACHINE, IT HAS TO HAVE A

1    BALLOT IN WHICH EACH VOTE IS RECORDED AS PAPER, WITH THE

2    EXCLUSION OF THE VD PATH THAT IS CREATED BY SOME DRE

3    MACHINES.  B, THEY PRODUCE A VOTER-VERIFIABLE RECORD OF

4    EACH VOTE.  AND THEY ARE CAPABLE OF SUPPORTING A ROBUST

5    PRECERTIFICATION AUDIT -- I DIDN'T READ THAT ENTIRELY.

6    AUDITING PROCESS, EXCUSE ME.

7    Q.      NOW, IN THE MEET AND CONFER PROCESS, YOU

8    AUTHORED AND SENT A COUPLE OF LETTERS TO THE PLAINTIFFS,

9    YES?

10   A.      YOU ARE GOING TO HAVE TO SPECIFY WHEN YOU ARE

11   TALKING, BECAUSE THERE WERE A BUNCH OF MEET AND CONFERS.

12   ARE YOU TALKING ABOUT BEFORE THE EXECUTED SETTLEMENT

13   AGREEMENT?  AFTER YOU TALKING ABOUT AFTER WHERE WE MET

14   AND CONFERRED --

15   Q.      TO CLARIFY, IF WE COULD LOOK AT JX 47.

16   A.      SURE.  OKAY.

17   Q.      AND THIS IS A LETTER THAT YOU SENT ON

18   SEPTEMBER 12, 2019 TO THE PLAINTIFFS?

19   A.      THAT'S CORRECT.

20   Q.      AND THIS IS PART OF THE MEET AND CONFER PROCESS

21   THAT PRECEDED THIS MOTION, YES?

22   A.      YES.

23   Q.      AND IN THE LETTER, YOU REFER TO THE XL SYSTEM?

24   A.      I DID, YES.

25   Q.      AND YOU WROTE IN THE FOURTH LINE, QUOTE, THE XL

1   DEVICE PRINTS A PAPER VOTE SUMMARY RECORD WHERE THE

2   VOTER'S SELECTION IS RECORDED IN BOTH A BARCODE AND AS

3   HUMAN READABLE TEXT.

4   A.    I THINK THE ENTIRE SENTENCE SAYS THAT:  THIS

5   LETTER WILL SERVE AS A RESPONSE TO YOUR LETTER DATED

6   JULY 29, 2019, WHEREIN YOU ALLEGE THAT MY CLIENT IS IN

7   VIOLATION OF THE PARTIES' SETTLEMENT AGREEMENT IN THIS

8   MATTER.  IN PARTICULAR, YOU ALLEGE THAT THE ES&S

9   EXPRESSVOTE XL DOES NOT PRODUCE A VOTER-VERIFIABLE

10   RECORD OF EACH VOTE.  WE DISAGREE.  THE XL DEVICE PRINTS

11   A PAPER VOTE SUMMARY RECORD WITH THE VOTER'S SELECTIONS

12   RECORDED IN BOTH A BARCODE AND A HUMAN READABLE TEXT.

13   Q.    YES.

14         AND THAT WAS ACCURATE, WHAT YOU WROTE,

15   CORRECT?

16   A.    IT WAS.

17   Q.    AND IN THE NEXT SENTENCE, YOU WROTE:  AFTER

18   PRINTING, THE XL ALLOWS THE VOTER TO VIEW, VERIFY AND,

19   IF NECESSARY, SPOIL HIS OR HER PAPER RECORD IF IT DOES

20   NOT ACCURATELY REFLECT HIS OR HER CHOICES.

21   A.    THAT'S WHAT I WROTE.

22   Q.    AND THEN IN THE NEXT SENTENCE YOU REFER TO THE

23   DOCUMENT CREATED BY THE XL AGAIN AS A PAPER RECORD?

24   A.    IN THAT SENTENCE, I SAY:  IN ADDITION, THE PAPER

25   RECORD IS CAPABLE OF SUPPORTING A ROBUST

1    PRECERTIFICATION AUDIT PROCESS.  AND I SAY:  THEREFORE,

2    THE XL DEVICE FULLY COMPLIES WITH THE THREE REQUIREMENTS

3    IN THE SETTLEMENT AGREEMENT.

4    Q.    OKAY.  MY LIMITED POINT IS SIMPLY THAT YOU

5    REFERRED REPEATEDLY TO THE PIECE OF PAPER AS EITHER A

6    PAPER RECORD OR A VOTE SUMMARY RECORD.  IS THAT FAIR?

7    A.    I THINK I SAID THAT.  AND I THINK THAT'S

8    CONSISTENT WITH THE WAY THE SECRETARY, WITH THE WAY THE

9    DEPUTY SECRETARY AND OTHERS HAVE REFERRED TO THESE

10   PIECES OF PAPER THAT ARE PRODUCED BY THESE MACHINES.

11   AND THIS ONE, THE XL IN PARTICULAR.

12   Q.    OKAY.  IN ANYWHERE IN YOUR LETTER DID YOU EVER

13   CALL THIS DOCUMENT THAT THE XL CREATES A PAPER BALLOT?

14   A.    I'LL HAVE TO REVIEW IT.  IT'S BEEN A LITTLE BIT

15   SINCE SEPTEMBER.

16   Q.    ALL RIGHT.

17   A.    OKAY.  CAN YOU ASK ME THE QUESTION AGAIN?

18   Q.    ANYWHERE IN YOUR LETTER DO YOU REFER TO THE

19   DOCUMENT CREATED BY THE XL AS A PAPER BALLOT?

20   A.    I DID NOT.

21   Q.    DO YOU EVER REFER TO IT AS A BALLOT?

22   A.    I DID NOT.

23   Q.    AND IF YOU COULD TURN NOW TO JX 49.

24   A.    SURE.

25   Q.    AND THIS IS ANOTHER LETTER YOU WROTE TO THE

1    PLAINTIFFS, THIS IS DATED OCTOBER 30, 2019, CORRECT?

2    A.      THAT'S CORRECT.

3    Q.      AND, AGAIN, THIS IS PART OF THE MEET AND CONFER

4    PROCESS THAT PRECEDED THIS MOTION TO ENFORCE THE

5    SETTLEMENT AGREEMENT, YES?

6    A.      YES.

7    Q.      AND AT THE END OF THE FIRST PARAGRAPH, YOU

8    WROTE, QUOTE, IN ADDITION, YOU NOW ALLEGE THAT THE

9    SUMMARY CARD IS NOT A PAPER BALLOT AS REQUIRED BY THE

10   AGREEMENT.

              DO YOU SEE THAT SENTENCE?

11

12   A.      I DO SEE THAT SENTENCE.

13   Q.      IN THE NEXT PARAGRAPH, YOU SAID OR YOU STATED,

14   QUOTE, THE XL DEVICE PRINTS A PAPER VOTE SUMMARY RECORD,

15   RIGHT?

16   A.      WHERE ARE YOU IN THE PARAGRAPH?

17   Q.      IN THE TOP OF THE SECOND PARAGRAPH.

18   A.      IT SAYS:  FIRST, THE XL DEVICE PRINTS A PAPER

19   VOTE SUMMARY RECORD WITH THE VOTER'S SELECTIONS RECORDED

20   IN BOTH BARCODE AND AS HUMAN READABLE TEXT.

21   Q.      AND IN THE NEXT SENTENCE, YOU AGAIN REFER TO

22   THAT PIECE OF PAPER PRODUCED BY THE XL AS A VOTE SUMMARY

23   RECORD, CORRECT?

24   A.      CORRECT.

25   Q.      AND THEN FIVE LINES DOWN, YOU REFER TO IT AGAIN

1 AS A PAPER RECORD.

2 A. CORRECT.

3 Q. AND SEVEN LINES DOWN, YOU CALL IT A PAPER RECORD

4 AGAIN.

5 A. YES.

6 Q. AT ANY POINT -- I'M SORRY.

7    AND THEN ON THE NEXT PAGE, FOUR LINES

8 DOWN, YOU WROTE, QUOTE, THE XL PRINTS THE VOTER'S

9 CHOICES ON A PAPER VOTE SUMMARY RECORD USING A THERMAL

10 PRINTER, YES?

11 A. I CAN READ THAT, YES.

12 Q. WHAT YOU WROTE IS TRUE AND ACCURATE?

13 A. THAT'S WHAT I WROTE.

14 Q. AND WHAT YOU WROTE IS TRUE AND ACCURATE?

15 A. IT DOES PRINT A RECORD USING A THERMAL PRINTER,

16 YES.

17 Q. OKAY.  AND YOU CALL IT A PAPER VOTE SUMMARY

18 RECORD?

19 A. YES.

20 Q. IN THE NEXT LINE, YOU AGAIN CALL IT A VOTE

21 SUMMARY RECORD?

22 A. CORRECT.

23 Q. AND TWO LINES DOWN, CALL IT A VOTE SUMMARY

24 RECORD AGAIN?

25 A. CORRECT.

1    Q.        AND TWO LINES DOWN, CALL IT A VOTE SUMMARY

2    RECORD AGAIN?

3    A.        CORRECT.   AND THAT'S CONSISTENT WITH THE

4    SECRETARY'S REEXAMINATION OF THE MACHINE, WHERE WE WERE

5    USING PHRASEOLOGY THAT WAS USED BY THE VENDOR.   WE WERE

6    USING IT BOTH IN THE RECERTIFICATION REPORT AND WE WERE

7    ALSO USING IT HERE AS WELL, TO BE CONSISTENT WITH THE

8    SECRETARY'S USE OF THE TERM.

9                    THE COURT:   MR. GATES, HE DIDN'T ASK YOU

10   THAT.

11                   THE WITNESS:   YES, YOUR HONOR.

12                   THE COURT:   GO ON.

13   BY MR. MAAZEL:

14   Q.        AT ANY POINT IN THIS LETTER -- WITHDRAWN.

15                   AT THIS POINT, YOU KNOW THAT THERE IS A

16   POTENTIAL RESUMPTION OF THE LITIGATION.   YOU KNOW THAT

17   THERE IS A POTENTIAL THAT WE MAY GO TO COURT TO MOVE TO

18   ENFORCE THE AGREEMENT, YES?

19   A.        CERTAINLY.

20   Q.        AND SO YOU CHOSE YOUR WORDS CAREFULLY, I

21   PRESUME, IN RESPONSE TO THE LETTERS FROM THE PLAINTIFFS?

22   A.        I CHOSE MY WORDS CAREFULLY BECAUSE THERE WERE A

23   COUPLE OF THINGS GOING ON AT THE TIME.   THERE WAS THE

24   THREAT OF POTENTIAL ENFORCEMENT ACTION FROM YOU.   THERE

25   WAS ALSO A REQUEST FOR REEXAMINATION OF THE MACHINE BY

1    ANOTHER PARTY, SO -- AND THEN THERE WAS ALSO THE

2    REEXAMINATION BY THE SECRETARY IN TERMS OF THE

3    PHRASEOLOGY THAT SHE USED AS WELL.

4    Q.    AT ANY POINT IN YOUR OCTOBER 30TH LETTER DID YOU

5    CALL THE DOCUMENT CREATED BY THE XL A PAPER BALLOT?

6    A.    ANYWHERE IN THIS DOCUMENT?

7    Q.    YES.

8    A.    NO.

9    Q.    OR JUST A BALLOT?

10    A.    NO.

11    Q.    ARE YOU FAMILIAR WITH THE NIST, OR NATIONAL

12    INSTITUTE OF STANDARDS AND TECHNOLOGIES?

13    A.    I AM NOT.

14    Q.    WERE YOU FAMILIAR AT THE TIME OF THE SETTLEMENT

15    AGREEMENT?

16    A.    I WAS NOT.

17              THE COURT:  I FIGURE THE PEOPLE AT NIST

18    ARE REALLY GOING TO BE BLUE WHEN THEY HEAR HOW UNFAMOUS

19    THEY ARE, AT LEAST IN PHILADELPHIA.

20    BY MR. MAAZEL:

21    Q.    CAN YOU NOW TURN TO -- WELL, WITHDRAWN.

22              BEFORE THE SETTLEMENT CONFERENCE, WE HAD

23    A CALL WITH JUDGE RICE.  DO YOU REMEMBER THAT?

24    A.    WITH JUDGE RICE?  YOU WILL HAVE TO -- I CAN'T

25    RECALL THE DATE, BUT I DO REMEMBER HAVING A CALL, YES.

1   Q.       WELL, DO YOU RECALL JUDGE RICE ASKING BOTH

2   PARTIES TO PREPARE A MEDIATION MEMO IN ADVANCE OF THE

3   CONFERENCE?

4   A.       I DO RECALL THAT.  WHICH IS TYPICAL, YES.  SO

5   YES.

6   Q.       AND IF YOU COULD -- AND JUDGE RICE ASKED BOTH

7   PARTIES TO STATE THEIR SETTLEMENT POSITIONS AND WHAT

8   THEY HOPED TO ACHIEVE AT THE CONFERENCE, RIGHT?

9   A.       SURE.  AND THAT'S -- AGAIN, THAT'S TYPICAL.

10  Q.       IF YOU COULD LOOK AT JOINT EXHIBIT 23, PLEASE.

11  A.       OKAY.

12  Q.       AND DO YOU SEE HERE AN E-MAIL FROM MY COLLEAGUE,

13  DOUG LIEB, TO JUDGE RICE ON SEPTEMBER 26, 2018, SAYING:

14  PLEASE FIND ATTACHED PLAINTIFFS' COMPLETED SETTLEMENT

15  CONFERENCE SUMMARY?

16  A.       I DO SEE THE E-MAIL FROM DOUG LIEB TO THE

17  CHAMBERS OF JUDGE RICE.  I SEE COPIED ON THE E-MAIL ME,

18  MR. MAAZEL, ALI FRICK, MR. PAPIANOU AND MR. WALDRON.

19  Q.       OKAY.  AND DO YOU SEE ATTACHED TO THAT A

20  CONFIDENTIAL EX PARTE SETTLEMENT COMMUNICATION, I.E.,

21  PLAINTIFFS' SETTLEMENT MEMO?

22  A.       I SEE IN THIS PARTICULAR E-MAIL THERE'S A

23  REFERENCE TO THAT -- AN ATTACHMENT THAT SAYS:

24  PLAINTIFFS' EX PARTE SETTLEMENT CONFERENCE SUMMARY.  AND

25  THEN THERE'S A NUMBER THAT IDENTIFIES IT AND THEN

1    THERE'S A PDF EXTENSION THERE AS WELL.

2    Q.       OKAY.   AND IF YOU CAN JUST TURN TO THAT ACTUAL

3    ATTACHMENT.

4                        MR. ARONCHICK:   OBJECTION.

5                        THE COURT:   HAVE YOU EVER SEEN THIS

6    BEFORE?

7                        THE WITNESS:   I HAVE SEEN NOT, YOUR

8    HONOR.   ACTUALLY, I HAVE SEEN IT, BECAUSE IT IS NOW PART

9    OF THE JOINT EXHIBITS, BUT THIS IS THE FIRST THAT I AM

10   SEEING IT --

11                       THE COURT:   BEFORE YOU PREPARED FOR YOUR

12   TESTIMONY TODAY, HAD YOU EVER SEEN IT?

13                       THE WITNESS:   NO, YOUR HONOR.

14                       THE COURT:   IS THERE ANY POINT IN

15   QUESTIONING HIM ABOUT IT?

16                       MR. MAAZEL:   I JUST WANT TO ASK HIM ABOUT

17   ONE LINE, YOUR HONOR, AND THEN --

18                       THE COURT:   WELL, ONE LINE, 100 LINES,

19   HE'S NEVER SEEN IT BEFORE.   IT IS YOUR POSITION, IT IS

20   YOUR EX PARTE MEMO.

21                       MR. MAAZEL:   OKAY.

22   BY MR. MAAZEL:

23   Q.       DID THE DEFENDANTS PREPARE A MEDIATION MEMO FOR

24   JUDGE RICE AS ORDERED?

25   A.       WE DID, YES.

1    Q.      AND DID YOU EVER PRODUCE THAT TO THE PLAINTIFFS?

2    A.      WE DID NOT.

3    Q.      HAVE YOU LISTED YOUR MEDIATION MEMO AS AN

4    EXHIBIT IN THIS PROCEEDING HERE TODAY?

5    A.      I DON'T BELIEVE WE DID.  I'M NOT SURE ON THAT

6    ONE.

7    Q.      DO YOU STILL HAVE A COPY OF THAT MEDIATION MEMO

8    SETTING FORTH YOUR SETTLEMENT POSITION AND YOUR

9    UNDERSTANDING AT THE TIME OF WHAT YOU WERE TRYING TO

10   ACHIEVE?

11              MR. ARONCHICK:  OBJECTION.

12              THE WITNESS:  I AM SURE I HAVE A RECORD

13   OF IT SOMEWHERE.

14              THE COURT:  ASKED AND ANSWERED.  HAS IT

15   BEEN MARKED AS AN EXHIBIT FOR THIS PROCEEDING?

16              MR. ARONCHICK:  NO.  IT'S AN EX PARTE

17   DOCUMENT WE DIDN'T THINK APPROPRIATE TO MARK.

18              MR. MAAZEL:  OKAY.

19   BY MR. MAAZEL:

20   Q.      DO YOU INTEND, AS COUNSEL FOR DEFENDANTS, TO

21   SHARE WITH THE COURT YOUR MEDIATION MEMO SETTING FORTH

22   YOUR CONTEMPORANEOUS UNDERSTANDING OF WHAT YOU WERE

23   TRYING TO ACHIEVE, JUST LIKE THE PLAINTIFFS HAVE SET

24   FORTH --

25              MR. ARONCHICK:  OBJECTION.

1              THE COURT:  YOU ARE FIGHTING WITH THE

2    WITNESS.  IF YOU WANT ME TO CONSTRUE THEIR FAILURE TO

3    PRODUCE IT AS INDICATING THERE IS SOMETHING IN THERE

4    THEY DON'T WANT ME TO SEE, YOU MAY ARGUE THAT.  OR YOU

5    COULD SUBPOENA IT, I SUPPOSE.

6    BY MR. MAAZEL:

7    Q.      WE HAD A NUMBER OF DISCUSSIONS BEFORE THE

8    SETTLEMENT AGREEMENT WAS SIGNED, YES?

9    A.      WE DID, YES.

10   Q.      MEANING PLAINTIFFS' COUNSEL AND DEFENSE COUNSEL?

11   A.      INITIALLY, IT WAS MOSTLY THROUGH OUR ATTORNEY,

12   SUE ANN UNGER FROM THE ATTORNEY GENERAL'S OFFICE, BUT

13   THEN EVENTUALLY WE DID HAVE SOME CONVERSATIONS, YES.

14   Q.      YOU RECALL THAT IN EARLY SEPTEMBER OF 2018 JUDGE

15   DIAMOND RESOLVED THE MOTION TO DISMISS?

16   A.      I DO RECALL THAT, YES.

17   Q.      AND DENIED MUCH OF THE MOTION TO DISMISS?

18   A.      I AGREE THAT JUDGE DIAMOND DENIED SOME OF THE

19   MOTION TO DISMISS.

20   Q.      AND THEN SET FORTH A SETTLEMENT -- I'M SORRY --

21   A DISCOVERY CONFERENCE?

22   A.      YES, I DO REMEMBER THAT.

23   Q.      AND YOU ATTENDED THAT DISCOVERY CONFERENCE?

24   A.      I DID.

25   Q.      AND SO DID MS. UNGER?

1  A.  SHE DID.

2  Q.  AND SO DID PLAINTIFFS' COUNSEL?

3  A.  YES.  IT DEPENDS -- YOU WERE THERE, I THINK MR.

4 LIEB WAS THERE.  I FORGET WHO ELSE WAS THERE.  BUT, YES,

5 THERE WERE PLAINTIFFS' COUNSEL THERE.

6  Q.  AND DO YOU REMEMBER THERE WAS A CONVERSATION IN

7 THE HALLWAY OUTSIDE OF JUDGE DIAMOND'S CHAMBERS ABOUT

8 SETTLEMENT?

9      MR. ARONCHICK:  OBJECTION.

10     THE COURT:  MR. MAAZEL, YOU ARE MAKING IT

11 CLEARER AND CLEARER YOU ARE GOING TO HAVE TO BE A

12 WITNESS HERE, BUT YOU ARE FREE TO ANSWER.

13     THE WITNESS:  I AM NOT SURE WHICH

14 CONVERSATION YOU'RE TALKING ABOUT.

15 BY MR. MAAZEL:

16  Q.  WELL, DO YOU REMEMBER CONVERSATIONS OUTSIDE OF

17 JUDGE DIAMOND'S CHAMBERS IN WHICH SETTLEMENT WAS

18 DISCUSSED?

19  A.  I REMEMBER THAT WE HAD CONVERSATIONS ALONG THE

20 SAME LINES THAT WE HAD BEEN HAVING, WHICH IS THAT THE

21 DEPARTMENT IS MOVING IN THE DIRECTION THAT I THINK YOU

22 GUYS ARE GOING TO BE PLEASED WITH.  AND I THINK WE HAD

23 AN OPPORTUNITY TO SETTLE THIS CASE BECAUSE, ONE, WE ARE

24 GETTING RID OF THE DRE MACHINES, WHICH I KNOW THAT YOU

25 HATE.  AND, TWO, WE ARE MOVING INTO SYSTEMS THAT PROVIDE

1    A VOTER-VERIFIABLE RECORD THAT CAN BE AUDITED.

2    Q.        IN ANY OF THE DISCUSSIONS THAT YOU HAD WITH

3    PLAINTIFFS' COUNSEL BEFORE THE SETTLEMENT CONFERENCE,

4    DID YOU OR ANY OF YOUR COLLEAGUES WRITE THAT

5    PENNSYLVANIA WOULD NOT USE PAPER BALLOTS?

6    A.        I AM NOT SURE I UNDERSTAND THE QUESTION.  DID I

7    OR ANY OF MY COLLEAGUES WRITE THAT PENNSYLVANIA WOULD

8    NOT USE PAPER BALLOTS?

9                    THE COURT:  WHY DON'T WE JUST START WITH

10   YOU.

11                   THE WITNESS:  YEAH.  I --

12   BY MR. MAAZEL:

13   Q.        DID YOU EVER WRITE A DOCUMENT BEFORE THE

14   SETTLEMENT CONFERENCE THAT SAID WE ARE NOT GOING TO

15   AGREE TO PAPER BALLOTS AS PART OF THE SETTLEMENT?

16   A.        NO.  BUT I THINK WHAT WE COMMUNICATED TO ALL OF

17   YOU WAS PRETTY CLEAR, WHAT WE WERE EXPECTING FROM THE

18   SETTLEMENT NEGOTIATIONS.

19   Q.        DID ANY OF YOUR COLLEAGUES WRITE TO THE

20   PLAINTIFFS' COUNSEL THAT THE DEPARTMENT WOULD NOT AGREE

21   TO PAPER BALLOTS, TO YOUR KNOWLEDGE?

22   A.        AGAIN, WE DIDN'T NECESSARILY SAY THOSE WORDS.

23   BUT THE POINT WAS, AND WE MADE IT REPEATEDLY, WAS THAT

24   THE DEPARTMENT WAS ON A PATH, AND MY GOAL, AS DIRECTED

25   BY MY CLIENTS, WAS TO EDUCATE YOU AND YOUR CLIENTS THE

1   DIRECTION THAT WE WERE HEADED.  BECAUSE WE THOUGHT THAT

2   WE WERE HEADING IN THE SAME DIRECTION.  SO WE PROVIDED

3   YOU WITH DOCUMENTS, WE TALKED TO YOU ABOUT THE DIRECTION

4   THAT WE WERE IN, WE PROVIDED YOU AMPLE INFORMATION TO

5   UNDERSTAND WHAT MACHINES THAT WE WERE CERTIFYING IN

6   PENNSYLVANIA AND WHAT THEY PRODUCED.

7       Q.      AT ANY POINT DID YOU OR, TO YOUR KNOWLEDGE, ANY

8   OF YOUR COLLEAGUES SAY THAT PENNSYLVANIA WOULD USE

9   SUMMARY RECORDS AS PART OF THE SETTLEMENT AGREEMENT?

10      A.      SIMILAR TO THE LAST QUESTION, I AM NOT SURE THAT

11  WE EVER SAID THAT WORD OR WE SAID PAPER BALLOT.  I AM

12  NOT SURE OF THE WORDS THAT WE USED, BECAUSE WE USED SOME

13  OF THAT STUFF INTERCHANGEABLY.

14      Q.      WELL, DO YOU HAVE ANY MEMORY OF EVER USING THE

15  WORDS "SUMMARY RECORDS" IN THE CONTEXT OF SETTLEMENT

16  DISCUSSIONS?

17      A.      THAT I DON'T.

18      Q.      DO YOU HAVE ANY MEMORY OF ANYONE SAYING ANYTHING

19  ABOUT BARCODES IN ANY OF THE SETTLEMENT DISCUSSIONS?

20      A.      THAT I DON'T.

21      Q.      YOU ATTENDED THE SETTLEMENT CONFERENCE, YES?

22      A.      I DID, YES.

23      Q.      AND YOU RECALL THAT THERE WAS -- WITHDRAWN.

24              WAS THERE A BRIEF MEETING AMONG THE

25  PARTIES BEFORE WE WERE PUT INTO DIFFERENT ROOMS AT THE

1        BEGINNING OF THE CONFERENCE?

2        A.        A MEETING WITH JUDGE RICE?

3        Q.        YES.

4        A.        YES.

5        Q.        AND DID THE BULK OF THE CONFERENCE TAKE PLACE

6 WITH US IN DIFFERENT ROOMS?

7        A.        NO.    THE BULK OF -- OH, YOU MEAN -- I

8 MISUNDERSTOOD YOUR QUESTION. YOU ARE ASKING ME WHETHER

9 OR NOT THE BULK OF THE CONVERSATIONS TOOK PLACE WHERE WE

10 WERE EACH IN OUR SEPARATE ROOMS, YES.

11        Q.        AND DO YOU REMEMBER THE PLAINTIFFS' COUNSEL

12 BROUGHT A TERM SHEET?

13        A.        YES.

14        Q.        AND DISTRIBUTED THAT AT THE BEGINNING OF THE

15 CONFERENCE?

16                  MR. ARONCHICK: OBJECTION.

17                  THE COURT: OVERRULED.

18                  THE WITNESS: I DO. IT WAS THE SAME TERM

19 SHEET THAT WE HAD BEEN GIVEN PRIOR TO THE NEGOTIATION, I

20 BELIEVE.

21 BY MR. MAAZEL:

22        Q.        AND THEN OVER THE COURSE OF THE CONFERENCE, WAS

23 THAT TERM SHEET EDITED TO REFLECT THE NEGOTIATIONS?

24        A.        I DON'T BELIEVE THAT PARAGRAPH 2 WAS EDITED VERY

25 MUCH, WITH THE EXCEPTION OF MAYBE C. WE DID EDIT

1    SIGNIFICANTLY PARAGRAPH 3, WHERE WE WANTED TO MAKE SURE

2    THAT WE INCLUDED THAT WE WERE CONTINUING TO DIRECT

3    COUNTIES TO USE THESE TYPES OF SYSTEMS RATHER THAN

4    DIRECT COUNTIES TO USE THESE SYSTEMS.  BECAUSE, AGAIN,

5    WE THOUGHT IT WAS IMPORTANT TO CAPTURE THAT CONCEPT IN

6    THE AGREEMENT THAT WE WERE MOVING IN THE SAME DIRECTION

7    THAT WE HAD ALREADY BEEN MOVING.

8              THE COURT:  MR. MAAZEL, IT'S OFTEN THE

9    CASE WITH LAWYER WITNESSES THAT THEY STILL THINK THEY

10   ARE LAWYERS AND NOT WITNESSES.

11             THE WITNESS:  SORRY, YOUR HONOR.  I WILL

12   TRY HARDER.

13             THE COURT:  THAT'S, PERHAPS, WHY YOU ARE

14   GETTING MORE THAN YOU ASK.

15             THE WITNESS:  I WILL TRY HARDER.

16   BY MR. MAAZEL:

17   Q.     WAS THERE ANY DISCUSSION ABOUT THE XL SYSTEM AT

18   THE SETTLEMENT CONFERENCE?

19   A.     NO, NOT THAT I RECALL.

20   Q.     WAS THERE ANY DISCUSSION ABOUT ANY PARTICULAR

21   VOTING SYSTEM AT THE SETTLEMENT CONFERENCE?

22   A.     NO, NOT THAT I RECALL.  THE ONLY -- I HATE, I'M

23   SORRY TO JUMP IN.  BUT THE ONE SYSTEM THAT WE DID

24   DISCUSS WAS RIGHT BEFORE WE WERE TALKING ABOUT THE DRE'S

25   AND THE VVPAT DRE'S.  SO THAT WAS A MACHINE WE TALKED

1      ABOUT SPECIFICALLY, TYPE OF MACHINE.

2      Q.      A MACHINE THAT USED THE VVPAT?

3      A.      CORRECT.   A DRE THAT USES THE VVPAT.

4      Q.      CAN YOU LOOK AT THE STIPULATIONS, PLEASE,

5      STIPULATION NUMBER 44.

6      A.      IS THIS THE LOOSE?

7      Q.      YES.

8      A.      YOU SAID 44?

9      Q.      YES.

10     A.      OKAY.

11     Q.      ARE YOU LOOKING AT THE STIPULATION NUMBER 44?

12     A.      I HAVE IT HERE IN FRONT OF ME, YES.

13     Q.      AND THE LAST SENTENCE OF THE STIPULATION WE

14     DISCUSSED EARLIER SAYS:   THE DEFENDANTS DID NOT

15     COMMUNICATE THE CERTIFICATION OF THE EVS 6021 SYSTEM TO

16     PLAINTIFFS.

17              DO YOU SEE THAT?

18     A.      THE FULL STIPULATION SAYS THAT DEFENDANTS --

19              THE COURT:  DO YOU SEE --

20              THE WITNESS:  I DO SEE IT, YOUR HONOR.

21              THE COURT:  I HAVE READ THE FULL

22     STIPULATION.

23              THE WITNESS:  OKAY.

24              THE COURT:  GO ON.

25     BY MR. MAAZEL:

1    Q.       AND THAT IS A TRUE STATEMENT, CORRECT?   THAT

2    LAST SENTENCE?

3    A.       I'M NOT SURE THAT I NECESSARILY AGREE WITH THAT,

4    BUT WE DID NOT DIRECTLY COMMUNICATE WITH YOU ABOUT THE

5    CERTIFICATION OF THE SYSTEM.

6    Q.       WELL, DID YOU HAVE ANY ROLE IN PREPARING THESE

7    STIPULATIONS?

8    A.       I DID REVIEW THEM, YES.

9    Q.       ALL RIGHT.   DID YOU APPROVE THEM?

10   A.       I DON'T KNOW IF I APPROVED THEM, BUT I REVIEWED

11   THEM, YES.

12   Q.       AS COUNSEL, YOU UNDERSTAND THE STIPULATION BINDS

13   BOTH PARTIES?

14   A.       I DO, YES.

15   Q.       OKAY.   AND SO IT IS A FACT THAT YOU NEVER

16   COMMUNICATED THE CERTIFICATION OF THE 6021 SYSTEM AT ANY

17   POINT TO THE PLAINTIFFS, YES?

18   A.       I DON'T RECALL DOING THAT, YES.

19   Q.       AND YOU'RE NOT AWARE OF ANYONE ELSE WHO EVER DID

20   THAT, RIGHT?

21   A.       NOT THAT I AM AWARE OF.

22   Q.       AND THE 6021 SYSTEM, THAT'S THE SYSTEM THAT WE

23   NOW KNOW CONTAINS THIS XL, RIGHT?

24   A.       THAT'S CORRECT.

25   Q.       AND WHEN THE DEFENDANTS DID NOT COMMUNICATE THE

1          CERTIFICATION TO THE PLAINTIFFS, THAT INCLUDES BOTH

2          PLAINTIFFS' COUNSEL AND DR. HALDERMAN, CORRECT?

3          A.          I PERSONALLY DID NOT NOTIFY YOU OR DR.

4          HALDERMAN.

5          Q.          ARE YOU AWARE OF ANYONE WHO EVER TOLD DR.

6          HALDERMAN THAT THIS XL SYSTEM OR THIS 6021 SYSTEM HAD

7          BEEN CERTIFIED?

8          A.          NOT DIRECTLY.

9          Q.          THIS CERTIFICATION DOCUMENT, CAN YOU LOOK AT JX

10         34, PLEASE, JOINT EXHIBIT 34?

11         A.          SURE.  OKAY.

12         Q.          THIS IS THE CERTIFICATION DOCUMENT THAT THE

13         SECRETARY TESTIFIED EARLIER WAS DONE ON NOVEMBER 30,

14         2018, YES?

15         A.          THAT'S WHAT THIS DOCUMENT IS, YES.

16         Q.          BUT THE DEFENDANTS NEVER ACTUALLY SENT THIS

17         CERTIFICATION TO THE PLAINTIFFS EVER, CORRECT?

18         A.          NOT THAT I RECALL.

19         Q.          THE FIRST TIME THE CERTIFICATION EVER POPPED UP

20         IN THE COMMUNICATION TO PLAINTIFFS WAS AFTER YOU POSTED

21         IT ON ECF AFTER WE FILED THE MOTION TO ENFORCE, CORRECT?

22                     MR. ARONCHICK:  OBJECTION.

23                     THE COURT:  WELL, YOU MAY HAVE TO TESTIFY

24         TO IT, MR. MAAZEL.

25                     DO YOU KNOW?

1           THE WITNESS:  DO I KNOW?  I DID NOT

2      PERSONALLY PROVIDE THIS DOCUMENT TO MR. MAAZEL.

3           THE COURT:  NO, NO.  YOU DON'T KNOW WHEN

4      IT WAS PROVIDED TO THE PLAINTIFFS, IF AT ALL.

5           THE WITNESS:  I DON'T KNOW THAT.

6           THE COURT:  OKAY.

7      BY MR. MAAZEL:

8      Q.      NOW, CAN YOU LOOK AT THE STIPULATIONS AGAIN?

9      SPECIFICALLY NUMBER 71.  DO YOU SEE THAT IT'S STIPULATED

10     THAT ON JULY 16, 2019, THE DEPARTMENT RECEIVED A

11     PETITION TO REEXAMINE THE EXPRESSVOTE XL?

12     A.      I DO SEE THAT, YES.

13     Q.      THAT IS TRUE, CORRECT?

14     A.      THAT'S WHAT WE STIPULATED TO, YES.

15     Q.      AND THIS WAS A PETITION BROUGHT BY AN

16     ORGANIZATION CALLED CITIZENS FOR BETTER ELECTIONS?

17     A.      THAT'S CORRECT.

18     Q.      AND ANOTHER ORGANIZATION CALLED FREE SPEECH FOR

19     PEOPLE?

20     A.      CORRECT.

21     Q.      AND THEY SUBMITTED A WHOLE NUMBER OF CHALLENGES

22     TO THE XL SYSTEM, CORRECT?

23     A.      THEY DID, YES.

24     Q.      TEN SEPARATE CHALLENGES, APPROXIMATELY?

25     A.      SOUNDS ABOUT RIGHT.

1    Q.        AND AS A RESULT OF THAT PETITION TO REEXAMINE

2    THAT YOU RECEIVED IN JULY 16, YOUR DEPARTMENT HAD TO

3    DETERMINE WHETHER OR NOT TO RECERTIFY THE SYSTEM,

4    CORRECT?

5    A.        THE DEPARTMENT, BASED ON THE PETITION, HAD TO

6    REEXAMINE THE SYSTEM TO DETERMINE WHETHER OR NOT IT

7    COULD CONTINUE TO BE CERTIFIED, YES.

8    Q.        AND UNTIL YOU DID THE REEXAMINATION, YOU DIDN'T

9    KNOW WHAT -- WHETHER THE SYSTEM WOULD BE RECERTIFIED OR

10   NOT, CORRECT?

11   A.        THAT'S CORRECT.

12   Q.        AND SO YOU HAD TO DO THE TESTING FIRST AND THE

13   ANALYSIS LATER?

14   A.        WE HAD TO DETERMINE WHAT TYPE OF TESTING WAS

15   NECESSARY FIRST.  THEN WE DID THE TESTING.  AND THEN WE

16   DID THE ANALYSIS.

17   Q.        AND IF AS A RESULT OF THIS PETITION TO REEXAMINE

18   THAT WAS FILED IN MID-JULY THE DEPARTMENT DECIDED NOT TO

19   RECERTIFY, THEN NEITHER PHILADELPHIA NOR ANY OTHER

20   COUNTY COULD USE THE SYSTEM, CORRECT?

21   A.        IF THE SECRETARY HAD DECERTIFIED THE MACHINE,

22   THAT'S CORRECT.

23   Q.        AND SO IN THAT EVENT, PHILADELPHIA COULD NOT

24   HAVE USED THE XL SYSTEM LAST NOVEMBER, CORRECT?

25   A.        IF THE SECRETARY DECERTIFIED THE MACHINE, THE

1    COUNTY COULD NOT USE IT.

2    Q.      LAST NOVEMBER?

3    A.      LAST NOVEMBER.

4    Q.      OR THIS APRIL FOR THE PRIMARY?

5    A.      ON THIS APRIL.

6    Q.      OR THIS NOVEMBER FOR THE GENERAL?

7    A.      THAT'S CORRECT.

8    Q.      AND IF THE DEPARTMENT DECIDED NOT TO RECERTIFY

9    THE XL, THIS MOTION TO ENFORCE WOULD HAVE BEEN MOOT,

10   CORRECT?

11                  MR. ARONCHICK:  OBJECTION.

12                  THE COURT:  SUSTAINED.  ALTHOUGH I HAPPEN

13   TO AGREE WITH YOU IT WOULD HAVE BEEN.  I DON'T KNOW THAT

14   IT WOULD HAVE BEEN MOOT, BUT A BIG CHUNK OF IT WOULD

15   HAVE BEEN MOOT.

16   BY MR. MAAZEL:

17   Q.      AND NOTWITHSTANDING THIS OUTSTANDING PETITION TO

18   REEXAMINE WHICH COULD HAVE RESULTED IN DECERTIFICATION

19   OF THE SYSTEM, YOU DID RECEIVE A MEET AND CONFER LETTER

20   FROM THE PLAINTIFFS ON JULY 29, 2019, IS THAT RIGHT?

21   A.      I DON'T RECALL THE EXACT DATE.  IF YOU TELL ME

22   WHAT EXHIBIT IT IS, I WILL CONFIRM.

23   Q.      SURE.  IF YOU COULD LOOK AT JOINT EXHIBIT 43.

24   A.      SURE.  OKAY.

25   Q.      SO 12 DAYS OR 13 DAYS AFTER THE PETITION TO

1    REEXAMINE, PLAINTIFFS SENT YOU A MEET AND CONFER LETTER?

2    A.        ON JULY 29TH.  AND I WILL JUST TAKE YOUR WORD

3    FOR THIS NINE DAYS AFTER.  WE DID RECEIVE A LETTER FROM

4    YOU AND IT WOULD HAVE BEEN NOTICE THAT YOU BELIEVE WE

5    WERE VIOLATING THE AGREEMENT, YES.

6    Q.        AND UNDER THE SETTLEMENT AGREEMENT, IT WAS

7    REQUIRED TO GIVE YOU WRITTEN NOTICE OF ANY ALLEGED

8    DEFICIENCIES BEFORE FILING A MOTION TO ENFORCE, CORRECT?

9    A.        THAT'S WHAT WE AGREED TO, YES.

10   Q.        AND UNDER THE SETTLEMENT AGREEMENT, YOU HAD

11   30 DAYS TO RESPOND IN WRITING TO PLAINTIFFS' ALLEGATION?

12   A.        CORRECT.

13   Q.        AND SO THAT GAVE YOU UNTIL AUGUST 28, 2019 TO

14   RESPOND UNDER THE SETTLEMENT AGREEMENT?

15   A.        THAT'S CORRECT.

16   Q.        NOW, YOU RESPONDED -- YOUR FIRST RESPONSE TO

17   THIS MEET AND CONFER LETTER WAS JX 44, YES?

18   A.        I HAVE TO LOOK AT IT.

19   Q.        SURE.

20   A.        AND YOU ARE ASKING IF IT WAS RESPONSE FROM ME?

21   Q.        WELL, THERE'S A LETTER HERE FROM KATHLEEN

22   KOTULA -- BY THE WAY, MS. KOTULA WAS YOUR DEPUTY?

23   A.        SHE IS MY DEPUTY, YES.

24   Q.        OKAY.  AND SHE WAS BACK IN AUGUST?

25   A.        CORRECT.

1   Q.      AND SO MS. KOTULA WROTE AN E-MAIL THAT YOU WERE

2   COPIED ON THAT SAID:  COUNSEL, ON BEHALF OF CHIEF

3   COUNSEL TIM GATES, PLEASE SEE THE ATTACHED LETTER

4   SEEKING AN EXTENSION OF TIME TO RESPOND TO PLAINTIFFS'

5   NOTICE OF NONCOMPLIANCE.  RIGHT?

6   A.      MS. KOTULA DID SEND THIS E-MAIL ON MY BEHALF,

7   YES.

8   Q.      AND SO YOUR FIRST RESPONSE TO PLAINTIFFS' MEET

9   AND CONFER LETTER WAS TO SEEK AN EXTENSION?

10  A.      THAT'S CORRECT.

11  Q.      AND TO SEEK AN EXTENSION BEYOND THE 30 DAYS YOU

12  WERE ENTITLED TO UNDER THE SETTLEMENT AGREEMENT?

13  A.      THAT'S CORRECT.

14  Q.      AND IN THE LETTER ATTACHED TO THAT E-MAIL IS A

15  LETTER WRITTEN BY YOU?

16  A.      THAT'S CORRECT.

17  Q.      AND THAT LETTER NOTES THAT THERE WAS A PENDING

18  PETITION FOR REEXAMINATION AND, BY LAW, THE SECRETARY IS

19  REQUIRED TO CONDUCT THE REEXAMINATION IN RESPONSE?

20  A.      YES.

21  Q.      AND YOU WROTE, QUOTE, PLAINTIFFS' NOTICE OF

22  COMPLIANCE -- I'M SORRY.  YOU WROTE, QUOTE, PURSUANT TO

23  THE TERMS OF THE SETTLEMENT AGREEMENT, MY CLIENTS ARE TO

24  PROVIDE A RESPONSE TO PLAINTIFFS' NOTICE OF

25  NONCOMPLIANCE NO LATER THAN AUGUST 28, 2019.  GIVEN THAT

1    THE VOTING SYSTEM IS CURRENTLY BEING REEXAMINED, MY

2    CLIENTS ARE SEEKING AN EXTENSION OF 15 DAYS UNTIL

3    SEPTEMBER 12TH?  YES?

4    A.        THAT'S WHAT IT SAYS, YES.

5    Q.        NOW, SO -- JUST SO I UNDERSTAND YOUR THINKING,

6    IS PART OF THE REASON YOU ASKED FOR AN EXTENSION BECAUSE

7    YOU THOUGHT, WE DON'T KNOW WHAT'S GOING TO HAPPEN WITH

8    THE REEXAMINATION, WE MAY NOT RECERTIFY THIS MACHINE

9    ANYWAY?

10   A.        REALLY TWO FOLD.  ONE, WE HAD A GOOD IDEA WHAT

11   THE RESULT WAS GOING TO BE AT THAT POINT.  AND WE WERE

12   FORMULATING A RESPONSE, BUT WE WEREN'T READY TO RESPOND

13   TO YOU JUST YET.  WE DID WANT TO SEE THE REPORT.

14   Q.        THE REEXAMINATION REPORT?

15   A.        CORRECT.

16   Q.        NOW, AT ANY POINT IN YOUR CORRESPONDENCE, YOUR

17   RESPONSE TO OUR FIRST NONCOMPLIANCE LETTER, DID YOU

18   WRITE THAT PLAINTIFFS HAD DELAYED SEEKING RELIEF?

19   A.        DID I WRITE TO YOU?

20   Q.        YES.

21   A.        I DON'T -- NO, I DID NOT.

22   Q.        DID YOU WRITE THAT ANY -- THAT THE TIMING OF

23   PLAINTIFFS' MEET AND CONFER LETTER WOULD CAUSE ANYONE

24   ANY PREJUDICE?

25   A.        THAT WASN'T PART OF A CONVERSATION THAT WE HAD,

1      NO.

2      Q.      OKAY.  DID YOU EVER WRITE THAT TIME WAS OF THE

3      ESSENCE TO FILE A MOTION?

4      A.      NO.

5      Q.      DID YOU SAY ANYTHING ABOUT WHAT PHILADELPHIA WAS

6      DOING OR THAT -- DID YOU WRITE ANYTHING ABOUT

7      PHILADELPHIA AT ALL?

8      A.      NO, I DID NOT.

9      Q.      DID YOU WRITE THAT THERE WAS ANY HURRY AT ALL TO

10     RESOLVE THIS ISSUE?

11     A.      I DID NOT.

12     Q.      INSTEAD, YOU ASKED FOR AN EXTENSION?

13     A.      I DID.  BECAUSE, AGAIN, WE WANTED TO SEE THE

14     REPORT SO WE COULD MAKE SURE THAT OUR RESPONSE WAS

15     CONSISTENT WITH THE REEXAMINATION REPORT.

16     Q.      AND IN RESPONSE TO YOUR REQUEST FOR EXTENSION,

17     THE PLAINTIFFS GRANTED IT TO YOU?

18     A.      YES.

19     Q.      WHICH I AM SURE YOU APPRECIATED.

20     A.      I DID.  THANK YOU.

21     Q.      AND DO YOU RECALL THAT IN LATE AUGUST YOU HAD A

22     MEET AND CONFER CALL WITH PLAINTIFFS' COUNSEL?

23     A.      I REMEMBER HAVING A CALL.  I'M NOT SURE EXACTLY

24     WHEN THAT WAS.  WE HAD A FEW CALLS, I BELIEVE.

25     Q.      WELL, DO YOU REMEMBER AT LEAST ON ONE OF THE

1      MEET AND CONFER CALLS THAT PLAINTIFFS' COUNSEL ASKED YOU

2      WHETHER THE BARCODE WAS ACTUALLY COUNTED AS THE VOTE?

3                          MR. ARONCHICK:   OBJECTION.

4                          THE COURT:   OVERRULED.

5                          THE WITNESS:   I DO, YES.

6      BY MR. MAAZEL:

7      Q.      AND YOUR RESPONSE WAS YES, THE BARCODE IS

8      COUNTED AS A VOTE?

9      A.      I PROBABLY SAID SOMETHING ALONG THOSE LINES.   I

10     DON'T REMEMBER EXACTLY WHAT I SAID.

11     Q.      BUT THAT IS THE TRUTH, THE BARCODE IS COUNTED AS

12     THE VOTE BY THE MACHINE?

13     A.      WELL, THE CONVERSATION WAS ABOUT TABULATION AND

14     WHAT IS TABULATED WITH THE MACHINE.   AND THE BARCODE IS

15     WHAT THE MACHINE USES TO TABULATE THE RESULT.

16     Q.      AND DO YOU REMEMBER THAT PLAINTIFFS' COUNSEL

17     ALSO ASKED YOU JUST ABOUT PENNSYLVANIA'S OVERALL

18     COMPLIANCE WITH THE SETTLEMENT AGREEMENT, WHAT WAS

19     HAPPENING IN THE VARIOUS COUNTIES?   DO YOU REMEMBER

20     THAT?

21     A.      YES, I DO.

22     Q.      AND EITHER IN THAT CALL, OR IN ANY CALL, DID YOU

23     SUGGEST TO THE PLAINTIFFS THAT THE PLAINTIFFS HAD

24     DELAYED OR THAT TIME WAS OF THE ESSENCE OR THAT THIS WAS

25     CALLING PREJUDICE TO ANYONE, IS THAT CORRECT?

1   A.      I DON'T RECALL HAVING THAT CONVERSATION WITH

2   YOU, NO.

3                   THE COURT:  MR. MAAZEL, WHEN YOU ARE

4   TALKING ABOUT PLAINTIFFS' COUNSEL, YOU ARE TALKING ABOUT

5   YOURSELF?

6                   MR. MAAZEL:  AMONG OTHERS, YOUR HONOR.

7                   THE COURT:  WERE YOU SPEAKING WITH TWO OR

8   THREE LAWYERS?  WERE YOU SPEAKING -- WHO WERE YOU

9   SPEAKING WITH?

10                  THE WITNESS:  YOUR HONOR, GENERALLY

11  DURING TELEPHONE CONVERSATIONS WITH PLAINTIFFS' COUNSEL,

12  I HANDLED MOST OF THE CONVERSATION FROM OUR PERSPECTIVE,

13  AND MR. MAAZEL HANDLED THE CONVERSATION FROM THEIR

14  PERSPECTIVE.

15                  THE COURT:  MY -- YOU ARE PERFECTLY

16  ENTITLED TO ASK LEADING QUESTIONS, BUT YOU'RE BASICALLY

17  SAYING, DIDN'T I SAY THIS, DIDN'T I SAY THAT, YOU NEVER

18  TOLD ME X, YOU NEVER TOLD ME Y.  DO YOU SEE THE CORNER

19  YOU ARE PAINTING YOURSELF IN WITH THIS?  FAIR WARNING,

20  IF I HAVEN'T GIVEN IT TO YOU BEFORE.

21  BY MR. MAAZEL:

22  Q.      NOW, IF YOU LOOK AT JX 46.

23  A.      SURE.  OKAY.

24  Q.      DO YOU SEE ON THE FIRST PAGE AN E-MAIL DATED

25  SEPTEMBER 10, 2019 FROM MYSELF TO MS. KOTULA, COPYING

1       YOU?

2       A.       THE FIRST E-MAIL THAT I SEE HERE IS AN E-MAIL

3       FROM MS. KOTULA TO YOU, COPYING ALI FRICK, DOUG LIEB,

4       ME, MYSELF, AND SUE ANN UNGER.

5       Q.       I'M SORRY.  BUT IF YOU LOOK AT THE E-MAIL IN THE

6       MIDDLE OF THE PAGE, YOU SEE THERE'S AN E-MAIL FROM OUR

7       SIDE SEPTEMBER 10TH AT 10:01 A.M.?

8       A.       I DO SEE THAT, YES.

9       Q.       AND I'M SAYING --

10                    THE COURT:  I'M SORRY.

11                    THE WITNESS:  I WAS JUST MENTIONING WHO

12      THE FOLKS THAT ARE COPIED THERE.  IT WAS TO KATHLEEN

13      KOTULA DIRECTLY AND COPIED TO A WHOLE BUNCH OF FOLKS,

14      INCLUDING MYSELF.

15      BY MR. MAAZEL:

16      Q.       AND THE E-MAIL SAID, QUOTE, I WAS INFORMED BY A

17      REPORTER THAT THE DEPARTMENT REEXAMINED THE ES&S SYSTEM

18      AND REAPPROVED IT.  CAN YOU GIVE US MORE INFORMATION ON

19      THAT?

20                    DO YOU SEE THAT?

21      A.       I DO SEE THAT, YES.

22      Q.       AND WAS IT, IN FACT, TRUE THAT SOMETIME BEFORE

23      SEPTEMBER 10 THE DEPARTMENT HAD REEXAMINED AND

24      RECERTIFIED THE XL?

25      A.       I DON'T REMEMBER THE EXACT DATES ON THAT, BUT

1  THAT SOUNDS ABOUT RIGHT.

2  Q.      AND THEN IN RESPONSE TO MY E-MAIL, MS. KOTULA

3  PROVIDED A LINK TO THAT REEXAMINATION REPORT, RIGHT?

4  A.      SHE DID, YES.

5  Q.      AND THEN IF YOU TURN TO JX 47.

6  A.      OKAY.

7  Q.      IS THIS -- THIS IS A SEPTEMBER 12, 2019 E-MAIL

8  FROM YOU AS PART OF THE MEET AND CONFER PROCESS, RIGHT?

9  A.      THAT'S OUR RESPONSE TO YOU, YES.

10  Q.      AND THIS IS YOUR FORMAL RESPONSE TO PLAINTIFFS'

11  MEET AND CONFER LETTER FROM JULY?

12  A.      YES, IT WAS.

13  Q.      AND IT'S YOUR FIRST FORMAL RESPONSE, CORRECT?

14  A.      IT WAS, YES.

15  Q.      AND, AGAIN, IN YOUR LETTER HERE IN

16  SEPTEMBER 12TH, YOU NEVER SAID ANYTHING ABOUT DELAY OR

17  PREJUDICE OR LACHES OR TIMING OF ESSENCE OR ANYTHING

18  LIKE THAT, CORRECT?

19  A.      I DID NOT.

20  Q.      AND THEN ON OCTOBER 1ST YOU RECEIVED ANOTHER

21  LETTER FROM PLAINTIFFS' COUNSEL --

22  A.      OKAY.

23  Q.      -- WHICH IS JX 48, YES?

24  A.      I SEE THAT HERE, YES.

25  Q.      AND IT DISCUSSED THE ISSUE OF

1    VOTER-VERIFIABILITY AND DISCUSSED THE ISSUE OF THE

2    DEFINITION OF PAPER BALLOTS, AMONG OTHER ISSUES, YES?

3    A.       THAT AMONG -- IT SAYS OTHER THINGS AS WELL, BUT

4    YES.

5    Q.       AND THEN IF YOU LOOK AT JX 49, THIS WAS YOUR

6    FORMAL RESPONSE, WHICH IS OCTOBER 30, 2019, YES?

7    A.       YES.

8    Q.       SO YOU TOOK A FULL 29 DAYS TO RESPOND TO THIS

9    MEET AND CONFER LETTER?

10   A.       I WILL HAVE TO DO THE MATH HERE.  SO YOUR LETTER

11   WAS SENT ON OCTOBER 1ST, 2019, AND OUR RESPONSE WAS SENT

12   ON OCTOBER 30, 2019.  SO, YES, THAT APPEARS TO BE

13   ACCURATE.

14   Q.       OKAY.  AND NOT TO BELABOR THE POINT, BUT, AGAIN,

15   IN THIS LETTER YOU SAY NOTHING ABOUT DELAY OR PREJUDICE

16   OR ANYTHING LIKE THAT, YES?

17   A.       THAT'S CORRECT.

18   Q.       DO YOU REMEMBER AFTER THIS LETTER THERE WAS --

19   WELL, WITHDRAWN.

20            DID YOU UNDERSTAND THAT THE PURPOSE OF

21   THIS MEET AND CONFER WAS FOR THE PARTIES TO TRY TO WORK

22   THIS ISSUE OUT IN GOOD FAITH?

23   A.       WORK OUT THIS ISSUE OR WORK OUT -- THIS

24   PARTICULAR ISSUE OR GENERAL ISSUES.  THE IDEA OF THE

25   MEET AND CONFER WAS TO RESOLVE DISPUTES OUTSIDE OF

1    ACTUALLY GOING TO COURT AND ASKING FOR RESOLUTION.

2    Q.     AND SO DID YOU WELCOME THIS BACK AND FORTH

3    EXCHANGE OF LETTERS AND CONVERSATIONS AS OPPOSED TO

4    HAVING THE PLAINTIFF RUN TO COURT?

5    A.     IT WAS CERTAINLY PART OF THE AGREEMENT, YES.

6    Q.     AND AS PART OF THIS BACK AND FORTH, THIS MEET

7    AND CONFER, WERE YOU TRYING TO PERSUADE THE PLAINTIFFS'

8    SIDE OF YOUR POSITION?

9    A.     CERTAINLY.

10   Q.     AND WERE THE PLAINTIFFS TRYING TO PERSUADE YOU

11   OF THEIR ISSUE?

12   A.     YES.

13   Q.     AFTER THIS OCTOBER 30TH LETTER, DO YOU REMEMBER

14   A CALL IN WHICH YOU PARTICIPATED, ALONG WITH A NUMBER OF

15   THE FOLKS ON YOUR SIDE, AND I PARTICIPATED ALONG WITH

16   PEOPLE ON MY SIDE?

17   A.     I DO REMEMBER A CALL AFTER THIS LETTER WAS SENT,

18   YES.

19   Q.     AND DO YOU REMEMBER THAT PLAINTIFFS' COUNSEL,

20   I.E. MYSELF, HAD QUESTIONS ABOUT WHAT HAPPENED TO THE

21   PIECE OF PAPER AFTER THE VOTER VERIFIED?

22              MR. ARONCHICK:  OBJECTION.

23              THE COURT:  OVERRULED.

24              THE WITNESS:  I DO REMEMBER THAT YOU

25   ASKED ME A QUESTION.  AND THE QUESTION REALLY, I WILL

1    JUST KIND OF SUMMARIZE, HAD TO DO WITH THE PATH OF THE

2    PAPER BALLOT THAT WAS GOING THROUGH THE XL.

3    BY MR. MAAZEL:

4    Q.        AND WHETHER A PRINTHEAD -- WHETHER THE PAPER

5    WENT PAST A PRINTHEAD BEFORE IT WAS COUNTED?

6    A.        YES, YOU DID ASK ME THAT QUESTION.

7    Q.        AND DID YOU SAY IN RESPONSE TO THAT THAT YOU

8    WOULD LOOK FURTHER INTO THE ISSUE AND LET US KNOW?

9    A.        I DID SAY THAT, YES.

10   Q.        AND IF YOU CAN TURN TO JX 50.

11   A.        OKAY.

12   Q.        AND IF YOU TURN TO THE LAST PAGE, THAT'S A

13   NOVEMBER 8TH E-MAIL FROM YOU TO ME?

14   A.        YES.

15   Q.        AND HERE YOU PROVIDED MORE INFORMATION ABOUT --

16   IN THE END OF THE FIRST PARAGRAPH, YOU PROVIDE

17   INFORMATION ABOUT WHAT HAPPENS TO THE PIECE OF PAPER

18   WITH RESPECT TO THE PRINTHEAD, YES?

19   A.        I DID SAY, DURING OUR CALL EARLIER THIS WEEK,

20   YOU ASKED A QUESTION REGARDING CONTACT BETWEEN THE

21   PRINTER HEAD AND THE VOTE SUMMARY CARD.  OUR RESPONSE IS

22   AS FOLLOWS.

23             DO YOU WANT ME TO READ THE RESPONSE?

24             THE COURT:  I CAN READ IT.

25             THE WITNESS:  OKAY.

1    BY MR. MAAZEL:

2    Q.        AND ESSENTIALLY WHAT YOU SAID IS THAT THE PAPER

3    WOULD GO PAST THE PRINTHEAD BEFORE IT WAS COUNTED,

4    RIGHT?

5    A.        LET ME READ WHAT I SAID HERE.   THAT DOES NOT

6    SOUND LIKE WHAT YOU SAID I SAID.   I THINK IT'S JUST

7    EASIER FOR ME TO READ IT.

8                        I MEAN, WE HAD OUR EXAMINERS EXAMINE THIS

9    ISSUE.   AND THEY SAID THAT WHEN THEY OBSERVED IT, THE

10   ONE TIME THAT THE PRINTER HAD MADE CONTACT WITH THE VOTE

11   SUMMARY CARD IS AFTER THEY MADE THAT -- THE VOTER MADE

12   THE SELECTIONS.   AND THEN THE PRINTER HAD LIFTS AND THEN

13   IT'S DEPOSITED IN THE BALLOT BOX.

14   Q.        AND JUST SO WE UNDERSTAND SORT OF HOW THIS

15   WORKS.   THERE ARE BALLOT-MARKING DEVICES THAT PRODUCE A

16   PIECE OF PAPER THAT THE VOTER THEN HAS IN HIS OR HER

17   HAND, YES?

18   A.        THERE ARE BMDS THAT DO THAT, YES.

19   Q.        WHERE THE VOTER CAN THEN TAKE THAT PIECE OF

20   PAPER AND STICK IT IN THE SCANNER, IT'S A SEPARATE

21   DEVICE, AND THE VOTE IS COUNTED?

22   A.        WE DO HAVE MACHINES THAT DO THAT.

23   Q.        FOR THIS PARTICULAR SYSTEM, THE XL, FIRST, I

24   GATHER THAT THE PIECE OF PAPER NEVER ENTERS THE VOTER'S

25   HANDS, IT STAYS BEHIND A PIECE OF GLASS?

1    A.        THAT'S CORRECT.  UNLESS THEY DON'T AGREE WITH

2    THE SELECTIONS THAT THEY ARE ATTEMPTING TO VERIFY, THEN

3    THEY CAN GET THE BALLOT BACK.

4    Q.        AND THEN AFTER THE VOTER LOOKS AT HIS OR HER

5    SELECTIONS AND AT LEAST IN THEORY VERIFIES THEM, THE

6    PAPER THEN GOES PAST THE PRINTHEAD ON THE WAY THROUGH

7    THE MACHINE, YES?

8    A.        THE PRINTHEAD LIFTS AND THEN THE BALLOT IS THEN

9    DEPOSITED IN THE BALLOT BOX OF THAT MACHINE.

10   Q.        THE PRINTHEAD LIFTS, BUT IT GOES PAST THE

11   PRINTHEAD IS MY POINT?

12   A.        IT DOES, YES.

13   Q.        ALL RIGHT.  IN THIS LETTER, JX 50, YOU AGAIN

14   REFER TO --

15            THE COURT:  IF I MAY INTERRUPT.  AND YOU

16   MAY NOT KNOW THE ANSWER TO THIS, BUT I GATHER THAT SOME

17   COUNTIES, THERE ARE 67 COUNTIES IN THE COMMONWEALTH,

18   SOME COUNTIES HAVE THE SYSTEM THAT MR. MAAZEL DESCRIBED

19   A SECOND AGO, WHICH IS THE VOTER HOLDS THE PAPER BALLOT

20   IN HIS OR HER HAND, IS THAT RIGHT?  THAT SUBSEQUENTLY

21   GETS SCANNED?

22            THE WITNESS:  THERE ARE MANY SYSTEMS THAT

23   DO THAT, YOUR HONOR.  SO, YES, THERE ARE SYSTEMS OUT

24   THERE WHERE THE VOTER CAN HANDLE -- KATHLEEN KOTULA IS

25   IN THE AUDIENCE, SHE IS PROBABLY THE BETTER EXPERT ON

1       THIS, BUT, YES, THERE ARE MACHINES THAT --

2                   THE COURT:  MY UNDERSTANDING IS, SAY, IN

3       MONTGOMERY COUNTY, THE -- AND IF I AM WRONG, THIS IS ALL

4       ANECDOTAL, IF I AM WRONG, TELL ME.  AND IF YOU DON'T

5       KNOW, THAT'S OKAY, TOO.  THE VOTER MARKS HIS OR HER

6       BALLOT AND THEN BRINGS IT OVER TO SOMEBODY AND IT GETS

7       SCANNED.  THAT'S THE LAST TIME THE VOTER LOOKS --

8       PRESUMABLY LOOKS AT HIS OR HER OWN BALLOT AND HANDS IT

9       OVER?

10                  THE WITNESS:  I AM NOT SURE IF THAT'S THE

11      SYSTEM THEY USE IN MONTGOMERY COUNTY, YOUR HONOR.  THERE

12      ARE SYSTEMS THAT DO THAT, YES.

13                  THE COURT:  IT WOULD APPEAR TO ME THAT

14      THAT WOULD TAKE A LOT LONGER TO DO.  EACH VOTE WOULD

15      TAKE A LOT LONGER TO CAST AND TABULATE THAN THE XL

16      SYSTEM.

17                  THE WITNESS:  CERTAINLY, YOUR HONOR.

18                  THE COURT:  MIGHT THAT BE A REASON WHY A

19      BIG CITY WITH LOTS AND LOTS OF VOTERS WOULD WANT TO HAVE

20      THE XL SYSTEM?

21                  THE WITNESS:  YOUR HONOR, I THINK THAT'S

22      ONE OF MANY CONSIDERATIONS I THINK PHILADELPHIA

23      CONSIDERED.  I KNOW WE HAVE WITNESSES HERE FROM

24      PHILADELPHIA.  I THINK THAT HAS BEEN --

25                  THE COURT:  AND THEY HAVE ALL HEARD THE

1    QUESTION SO THEY WILL ALL BE PREPARED TO ANSWER IT IF I

2    ASK IT AGAIN, BUT I WAS JUST WONDERING.

3              THE WITNESS:  YES, YOUR HONOR.  AND,

4    AGAIN, PHILADELPHIA CAN SPEAK FOR THEMSELVES.  THAT'S

5    ONE BIG INITIATIVE, IF YOU CARE, FOR THE GOVERNOR'S

6    LIEN.  PART OF THE LIEN PROCESS IS MAKING SURE THAT YOU

7    ELIMINATE UNNECESSARY STEPS, TO MAKE IT AS EFFICIENT A

8    PROCESS AS YOU CAN.  THAT WOULD SEEM TO MAKE SENSE IN

9    THIS CONTEXT.  ALSO FROM A SECURITY PERSPECTIVE NOT

10   HAVING FOLKS HANDLE BALLOTS IS SOMETHING THAT I WOULD

11   THINK A LARGE COUNTY WOULD CONSIDER AS WELL, BUT, AGAIN,

12   PHILADELPHIA IS THE EXPERT ON THIS.

13             THE COURT:  OKAY.

14   BY MR. MAAZEL:

15   Q.      YOU KNOW, SIR, THAT IN NEW YORK CITY -- NEW YORK

16   CITY IS A LOT BIGGER THAN PHILADELPHIA, RIGHT?

17   A.      I COULDN'T TELL YOU THAT.  I GUESS I WILL TAKE

18   YOUR WORD FOR IT.

19   Q.      AND NEW YORK CITY --

20             MR. ARONCHICK:  YOUR HONOR, OBJECTION,

21   YOUR HONOR, TO NEW YORK CITY QUESTIONS.

22             THE COURT:  IT'S OKAY.  HE IS FROM NEW

23   YORK.  HE IS FEELING HOMESICK.

24             GO AHEAD.

25   BY MR. MAAZEL:

1   Q.      YOU KNOW THAT IN NEW YORK CITY THAT'S EXACTLY

2   THE SYSTEM THAT IS USED.  THERE IS A -- VOTERS FILL OUT

3   OVALS IN ONE SPOT AND THEN THEY GO TO A SCANNER IN

4   ANOTHER SPOT.  ARE YOU AWARE OF THAT?

5   A.      NO, I AM NOT AWARE OF THAT.

6              THE COURT:  I'M FROM NEW YORK AND I

7   WASN'T AWARE OF IT EITHER.  THANK YOU.

8              THE WITNESS:  I HAVE BEEN THERE TO NEW

9   YORK, I LOVE IT, BUT I DON'T KNOW WHAT VOTING SYSTEMS

10  THEY ARE USING IN NEW YORK.

11             MR. MAAZEL:  AT LEAST NEW YORKERS CAN

12  FEEL GOOD ABOUT IT TODAY.

13  BY MR. MAAZEL:

14  Q.      DID YOU SPEAK WITH MS. BOOCKVAR WHILE YOU WERE

15  PREPARING FOR THESE MEET AND CONFER CONVERSATIONS?

16             THE COURT:  ARE WE GETTING INTO A

17  PRIVILEGED AREA HERE?

18             MR. MAAZEL:  SECRETARY BOOCKVAR THIS

19  MORNING WAIVED THE PRIVILEGE WHEN SHE DESCRIBED WHAT SHE

20  DIRECTED MS. UNGER TO DO AS PART OF THE SETTLEMENT

21  DISCUSSIONS.  SHE SAID, I DIRECTED HER TO DO THIS, TO DO

22  THAT.

23             THE COURT:  WELL, THIS ISN'T MS. UNGER,

24  THIS IS MR. GATES.  AND I DON'T KNOW THAT THEY -- IF

25  THERE IS A WAIVER, I BELIEVE IT'S MY OBLIGATION TO

1    CONSTRUE IT NARROWLY.  AND YOU MAY FIND THAT TO BE TRUE

2    WHEN MR. ARONCHICK CROSS-EXAMINES YOU, IF HE DOES.  WHY

3    DON'T YOU FINISH YOUR QUESTION.

4                 MR. MAAZEL:  WELL, I AM NOT GOING TO ASK

5    THE QUESTION, YOUR HONOR.  WE DON'T BELIEVE THE

6    PRIVILEGE HAS BEEN WAIVED, BUT --

7                 THE COURT:  I HAVE NOT RULED.  I JUST

8    ASKED THE QUESTION.

9                 MR. MAAZEL:  OKAY.

10   BY MR. MAAZEL:

11   Q.       DID YOU SPEAK WITH MS. KOTULA -- I'M SORRY.

12                 DID YOU SPEAK WITH SECRETARY BOOCKVAR --

13   LET ME ASK IT THIS WAY.

14                 WITHOUT ASKING THE SUBSTANCE OF ANY

15   CONVERSATIONS, DID YOU HAVE CONVERSATIONS WITH SECRETARY

16   BOOCKVAR DURING THE MEET AND CONFER PROCESS?

17   A.       I HAVE CONVERSATIONS WITH SECRETARY BOOCKVAR

18   EVERY DAY, MULTIPLE TIMES PER DAY.  SO, YES, THE ANSWER

19   IS PROBABLY YES ON THAT ONE.

20   Q.       SO DID YOU HAVE DISCUSSIONS WITH SECRETARY

21   BOOCKVAR IN AND AROUND THE TIME THAT YOU WROTE YOUR MEET

22   AND CONFER LETTERS?

23                 MR. ARONCHICK:  OBJECTION.

24                 THE COURT:  SUSTAINED.

25                 DO YOU EVER ACT IN YOUR OFFICIAL CAPACITY

1    WITHOUT YOUR CLIENT'S APPROVAL?

2                    THE WITNESS:  I DON'T, YOUR HONOR.

3                    THE COURT:  DOES THAT ANSWER YOUR

4    QUESTION, MORE OR LESS?

5                    MR. MAAZEL:  I THINK THAT CAPTURES THE

6    SUBSTANTIVE, YOUR HONOR.

7    BY MR. MAAZEL:

8    Q.      IN RESPONSE TO YOUR NOVEMBER 8TH E-MAIL, YOU

9    RECEIVED AN E-MAIL NOVEMBER 10TH FROM MYSELF, YES?

10   THAT'S STILL JX 50.

11   A.      WHAT WAS THE DATE OF YOUR E-MAIL?

12   Q.      NOVEMBER 10TH.

13   A.      YES, I DO SEE THAT HERE.

14   Q.      AND THERE HAD BEEN A GENERAL ELECTION ON

15   NOVEMBER 5, 2019, CORRECT?

16   A.      YES.

17   Q.      AND IN THIS PARTICULAR E-MAIL, I WROTE YOU:

18   THANKS, TIM.  ARE YOU WILLING TO RECONSIDER YOUR

19   POSITION IN LIGHT OF THE ES&S DISASTER AT NORTHAMPTON

20   COUNTY LAST TUESDAY?  THE SYSTEM IS NOT WORTHY OF

21   PENNSYLVANIA VOTERS OR OUR SETTLEMENT AGREEMENT.

22                    DID YOU RECEIVE THAT E-MAIL?

23                    MR. ARONCHICK:  OBJECTION.

24                    THE COURT:  IF THERE IS AN OBJECTION, IT

25   IS OVERRULED.

1          THE WITNESS:  YES, I DO REMEMBER

2     RECEIVING IT.  YES.

3     BY MR. MAAZEL:

4     Q.          AND THEN ON NOVEMBER 13TH, YOU WROTE:  OUR

5     POSITION REMAINS, THE ES&S EXPRESSVOTE XL FULLY COMPLIES

6     WITH SECTION 2 OF THE SETTLEMENT AGREEMENT, YES?

7     A.          YES, THAT'S WHAT I WROTE.

8     Q.          AND THEN IF YOU TURN TO STIP NUMBER 83, IT WAS

9     NOVEMBER 26TH WHEN THE PLAINTIFF MOVED TO ENFORCE THE

10    AGREEMENT, YES?

11    A.          YES, THAT'S WHAT WE STIPULATED TO.

12    Q.          SO ABOUT TWO WEEKS AFTER OUR LAST MEET AND

13    CONFER EXCHANGE?

14    A.          THAT'S ABOUT RIGHT, YES.

15    Q.          YOU TESTIFIED A COUPLE OF TIMES THAT YOU

16    INFORMED THE PLAINTIFFS IN ADVANCE OF THE SETTLEMENT

17    CONFERENCE THAT YOU WERE HEADING IN A DIRECTION THAT YOU

18    THOUGHT THE PLAINTIFFS WOULD BE HAPPY WITH?

19    A.          YES.

20    Q.          AND YOU WERE NOT THERE YET, YOU WERE STILL

21    HEADING THERE, RIGHT?

22    A.          IT DEPENDS ON WHICH FRONT YOU ARE TALKING ABOUT.

23    Q.          ON THE PAPER BALLOT FRONT.  YOU WERE STILL

24    HEADING THERE, RIGHT?

25    A.          ON THE PAPER BALLOT FRONT, YES, BECAUSE WE STILL

1   HAD TO CERTIFY MACHINES.  YES.

2   Q.      AM I CORRECT THAT THE VERY FIRST TIME THE

3   DEFENDANTS EVER SAID ANYTHING ABOUT DELAY OR PREJUDICE

4   WAS AFTER PLAINTIFFS FILED THE MOTION TO ENFORCE THE

5   AGREEMENT?

6   A.      NO.  ACTUALLY, I THINK THAT I WAS -- I WASN'T

7   SURPRISED THAT I HEARD FROM YOU IN JULY OF 2019, BUT I

8   WAS SURPRISED THAT I HAD NOT HEARD FROM YOU BEFORE THEN.

9   SO WE DIDN'T SAY TO YOU THAT WE WERE CONCERNED ABOUT A

10  DELAY, BUT THAT WAS CERTAINLY SOMETHING I WAS THINKING

11  ABOUT.

12  Q.      WELL, MY QUESTION IS, IS THE VERY FIRST TIME YOU

13  ACTUALLY SAID -- YOU OR ANYONE ON THE DEFENSE SIDE SAID

14  THAT YOU WERE CONCERNED ABOUT DELAY OR LACHES OR

15  PREJUDICE, THE FIRST TIME ANY OF YOU ACTUALLY SAID ANY

16  OF THAT WAS AFTER WE FILED A MOTION TO ENFORCE, CORRECT?

17  A.      YEAH, THAT'S CORRECT.  THAT WAS PART OF OUR

18  ARGUMENT.

19  Q.      AND THAT WAS AFTER YOU HIRED NEW COUNSEL TO

20  REPRESENT THE DEFENDANTS, YES?

21  A.      I THINK IT WAS AFTER I TRIED TO CONVINCE YOU OF

22  OUR POSITION FIRST, AND YOU TRIED TO CONVINCE ME OF

23  YOURS, YES.

24          MR. MAAZEL:  NO FURTHER QUESTIONS, YOUR

25  HONOR.

1         CROSS EXAMINATION

2  BY MR. ARONCHICK:

3  Q.  MR. GATES, LET ME TAKE YOU BACK TO THE BEGINNING

4  OF THE SETTLEMENT DISCUSSIONS IN SEPTEMBER 2018.  WHAT

5  WAS THE IMPETUS, WHAT WAS THE GOAL THAT THE DEPARTMENT

6  HAD IN INITIATING THOSE SETTLEMENT DISCUSSIONS?

7  A.  THE GOAL WAS TO SETTLE THE CASE, GIVEN THE

8  FRAMEWORK AND THE POSITION THAT THE SECRETARY HAD TAKEN

9  AND THE ACTING SECRETARY AND MS. BOOCKVAR HAD TAKEN.

10  AND THE IDEA WAS, IF WE CAN SETTLE THE CASE FOR THE

11  INITIATIVE AND THE THINGS THAT WE WERE ALREADY DOING,

12  WHY NOT?  WHY NOT TRY TO SETTLE THE CASE.

13  Q.  AND AT THAT POINT, PART OF THE INITIATIVE WAS

14  PHASING OUT DRE'S, CORRECT?

15  A.  THAT WAS ONE OF THE MOST IMPORTANT, YES.

16  Q.  AND WAS THE STEIN LITIGATION ABOUT GETTING RID

17  OF DRE'S?

18  A.  PRECISELY ABOUT THAT.

19  Q.  HAD THE JUDGE IN THE STEIN LITIGATION JUST

20  ENTERED A DISCOVERY ORDER IN SEPTEMBER -- A DISCOVERY

21  SCHEDULE IN DECEMBER -- SEPTEMBER OF 2018?

22  A.  HE DID, YES.

23  Q.  DID THE COURT ALSO SCHEDULE A RULE 16

24  CONFERENCE?

25  A.  YES.

1    Q.      DID YOU APPROACH THE PLAINTIFFS ABOUT SETTLEMENT

2    AT OR AROUND THAT TIME?

3    A.      I THINK IT WAS ABOUT AROUND THAT TIME WE ALSO

4    HAD THE CONFERENCE WITH THE JUDGE WHERE WE WERE TALKING

5    ABOUT IT AS WELL.

6    Q.      WHO WAS THE TEAM, YOUR NEGOTIATING TEAM AT THAT

7    POINT?

8    A.      SO IT WAS THE -- SUE ANN UNGER WAS OUR ATTORNEY,

9    BUT I WAS THE PRIMARY NEGOTIATOR.  WE HAD -- JOHN

10   HARTZELL WAS ANOTHER ONE OF MY DEPUTIES.  AND THEN WE

11   ADDED KATHY BOOCKVAR LATER, TO THE ACTUAL NEGOTIATING

12   TEAM.  WE HAD CERTAINLY CONSULTED WITH HER.  SO SHE WAS

13   PART OF THE TEAM, TOO.

14   Q.      AND WHAT WAS SUE ANN UNGER'S ROLE?

15   A.      IN THE BEGINNING, SUE ANN UNGER WAS THE

16   INTERMEDIARY BETWEEN PLAINTIFFS' COUNSEL, MR. MAAZEL AND

17   MYSELF, WHO WAS THE INTERMEDIARY BETWEEN THE CLIENTS AND

18   MS. UNGER.

19   Q.      AND AT THE OUTSET, WHAT DID YOU ASK OR DID YOU

20   PROVIDE TO MR. MAAZEL IN ORDER TO START THE SETTLEMENT

21   NEGOTIATIONS?

22   A.      IN ORDER TO START THE NEGOTIATIONS, AGAIN, WE,

23   AS A TEAM THOUGHT IT WAS IMPORTANT TO EDUCATE MR. MAAZEL

24   AND HIS CLIENTS ABOUT THE PATH THAT WE WERE ON, BECAUSE

25   WE WERE CONVINCED THAT THEY WOULD BE PLEASED WITH THE

1      DIRECTION THAT WE WERE HEADED, MAINLY NO DRE'S AND

2      MACHINES THAT HAD PAPER THAT COULD BE VERIFIED.

3      Q.      AND I'M NOT GOING TO GO OVER -- YOU WERE HERE

4      FOR SECRETARY BOOCKVAR'S TESTIMONY ABOUT THE SUE ANN

5      UNGER E-MAIL OF SEPTEMBER 28TH THIS MORNING?

6      A.      I WAS HERE FOR THAT, YES.

7      Q.      AND THE MATERIALS THAT WERE PRODUCED OR PROVIDED

8      TO MR. MAAZEL?

9      A.      YES, I WAS HERE FOR THAT.

10     Q.      WERE YOU INVOLVED IN DIRECTING THAT THOSE

11     MATERIALS BE PROVIDED?

12     A.      I WAS, YES.

13     Q.      AND YOU'RE FAMILIAR WITH WHAT WAS BEING PROVIDED

14     TO MR. MAAZEL?

15     A.      I WAS, YES.

16     Q.      ALL RIGHT.  SHORTLY AFTER THAT, OR AT OR AROUND

17     THAT TIME, DID YOU HAVE AN INITIAL TELEPHONE

18     CONVERSATION WITH MR. MAAZEL?

19     A.      YES.

20     Q.      AND DO YOU RECALL WHEN THAT WAS?

21     A.      SOMETIME IN OCTOBER, I BELIEVE, MAYBE OCTOBER

22     5TH.

23     Q.      BEFORE THEN -- WOULD YOU TURN TO JOINT EXHIBIT

24     17.

25     A.      SURE.  AND YOU SAID JOINT EXHIBIT 17?

1    Q.        I'M SORRY, YES.  LET ME GET THE NUMBER RIGHT, JX

2    11.

3                    DO YOU RECALL GETTING THIS E-MAIL ON OR

4    AROUND -- A COPY OF THIS E-MAIL ON OR AROUND

5    SEPTEMBER 17TH?

6    A.        YES.

7    Q.        AROUND THE 19TH, I GUESS IT IS, SEPTEMBER 19TH

8    IT IS?

9    A.        YES.  I DO, YES.

10   Q.        ALL RIGHT.  AND WHAT IS MR. MAAZEL ASKING YOU

11   FOR?

12   A.        HE IS ASKING US IF WE CAN PROVIDE HIM WITH A

13   LIST OF MACHINES THAT ARE UNDER CONSIDERATION.  AND HE

14   IS ASKING FOR IT IN THE NEXT COUPLE OF WEEKS.

15   Q.        AND TURN TO JX 12, EXHIBIT 12.

16   A.        OKAY.

17   Q.        IS THAT THE LIST OF MACHINES THAT WERE UNDER

18   CONSIDERATION AT THE TIME THAT WAS SENT TO MR. MAAZEL?

19   A.        YES.  AS OF SEPTEMBER 21, 2018.

20   Q.        RIGHT.  AND YOU WERE -- YOU HEARD THE TESTIMONY

21   THIS MORNING FROM MS. BOOCKVAR ABOUT THE EVS 6000/6021

22   NOTATION ON THIS DOCUMENT?

23   A.        I DID HEAR THAT, YES.

24   Q.        AND FROM YOUR KNOWLEDGE, DID THE EVS 6000/6021

25   INCLUDE AS PART OF THE SUITE THE XL?

1    A.        IT DID, YES.

2    Q.        THE EXPRESSVOTE XL?

3    A.        YES, IT DID.

4    Q.        AND YOU WERE AWARE ALSO THAT ON PAGE 3, THAT

5    VERY SYSTEM WAS BEING TESTED A COUPLE OF DAYS LATER,

6    SEPTEMBER 24TH AND SEPTEMBER 28TH?

7             MR. MAAZEL:   OBJECTION TO LEADING, YOUR

8    HONOR.

9             THE COURT:   IT'S RIGHT THERE IN FRONT OF

10   HIM.

11            WERE YOU AWARE OF THAT?

12            THE WITNESS:   I WAS AWARE.

13   BY MR. ARONCHICK:

14   Q.        NOW, YOU DISCUSSED SUBSEQUENTLY, AFTER THIS

15   MATERIAL WAS SENT TO MR. MAAZEL ON THE 28TH, ON

16   OCTOBER 1ST, THAT YOU HAD A TELEPHONE CALL WITH HIM.

17   DID YOU RECALL THE DATE OF THAT PHONE CALL?

18   A.        YES.  AND I THINK IT WAS REFERENCED IN THIS

19   PREVIOUS E-MAIL WE WERE PREPARING FOR A CALL ON OCTOBER

20   5TH.

21   Q.        DID, IN FACT, YOU HAVE A CALL WITH MR. MAAZEL ON

22   OCTOBER 5TH?

23   A.        YES.

24   Q.        CAN YOU RECALL THE SUBSTANCE OF THAT TELEPHONE

25   CALL?

1    A.       YES, I DO RECALL THE SUBSTANCE OF THE CALL.

2    Q.       OKAY.

3    A.       DO YOU WANT ME TO GO INTO THAT?

4    Q.       TELL ME WHAT YOU RECALL.

5    A.       SO WHAT I RECALL ABOUT THAT TELEPHONE

6    CONVERSATION IS WE THEN HAD DISCUSSIONS ABOUT THE

7    MACHINES THAT WERE CERTIFYING HERE IN PENNSYLVANIA AND

8    THE TYPES THAT THEY WERE.  WE DIDN'T GET INTO THE

9    SPECIFICS ABOUT THE INTIMATE DETAILS OF THE MACHINES,

10   BUT THEY WEREN'T DRE'S.  MADE IT CLEAR THAT WE WERE

11   MOVING AWAY FROM THE DIRECTION THAT THE COMMONWEALTH HAD

12   BEEN WITH THE PAPERLESS MACHINES AND NOW WE WERE WORKING

13   TOWARDS MACHINES THAT PROVIDED PAPER AS EVIDENCED BY THE

14   LIST OF MACHINES THAT WE PROVIDED, AND THAT THOSE

15   MACHINES WERE ON THE PATH OF CERTIFICATION IN

16   PENNSYLVANIA.

17   Q.       ALL RIGHT.  AND DO YOU RECALL ANY RESPONSE FROM

18   MR. MAAZEL?

19   A.       I THINK INITIALLY HE WAS VERY PLEASES THAT --

20   AND I THINK HE SAID SO, THAT HE WAS VERY PLEASED WITH

21   THE DIRECTION THAT WE WERE MOVING IN PENNSYLVANIA.

22   Q.       AND DID HE SAY ANYTHING ABOUT THE LIST OF

23   MACHINES THAT YOU HAD SENT OVER?

24   A.       I DON'T RECALL IF IT WAS HERE OR LATER, BUT

25   THERE WAS A POINT WHERE I KNOW THAT HE WANTED HIS

1    EXPERT, WHO WAS MR. HALDERMAN, TO TAKE A LOOK AT THE

2    MACHINES AND WE AGREED.  SO WE PROVIDED THE LIST.  AND

3    MR. HALDERMAN CAN REVIEW THE MACHINES AND DO WHAT WE

4    PHRASED AS A -- WHAT HE PHRASED AS A LEMON CHECK, TO

5    DETERMINE WHETHER OR NOT THESE MACHINES WERE THE TYPES

6    OF MACHINES THAT THEY WERE OKAY WITH.  I DON'T KNOW IF

7    THAT WAS THAT CONVERSATION OR IT WAS A SUBSEQUENT

8    CONVERSATION, BUT THAT WAS PART OF A CONVERSATION.

9    Q.      AND WHAT WAS -- WHAT DID YOU UNDERSTAND HE MEANT

10   BY A LEMON CHECK?

11   A.      NO DRE'S, IS REALLY WHAT I THOUGHT WE WERE

12   TALKING ABOUT.  AGAIN, THE CONVERSATIONS THAT WE HAD

13   BEEN HAVING WAS REALLY MOVING FROM DRE'S.  THERE WAS AN

14   EXPRESS CONCERN ABOUT CERTAIN TYPES OF DRE'S AND THEY

15   WERE MAKING SURE THAT WE WERE MOVING AWAY FROM THOSE.

16   SO THE IDEA WAS TO HAVE THEIR EXPERT PROVIDE THAT LEMON

17   CHECK TO TELL US WHETHER OR NOT HE WAS OKAY WITH THOSE

18   MACHINES.

19   Q.      DID YOU UNDERSTAND THAT MR. HALDERMAN WAS THE

20   EXPERT HE WAS TALKING ABOUT?

21   A.      YES, I DID.

22   Q.      AND THAT MR. HALDERMAN WAS GOING TO BE REVIEWING

23   THE LIST OF MACHINES THAT YOU HAD PROVIDED?

24   A.      YES.

25   Q.      IN THIS CONVERSATION ABOUT A LEMON CHECK, WAS

1      THERE ANY CONVERSATION FROM MR. MAAZEL THAT HE WAS --

2      THAT LEMONS WOULD INCLUDE BALLOT-MARKING DEVICES?

3      A.      NEVER.

4      Q.      WAS THERE ANY CONVERSATION FROM MR. MAAZEL THAT

5      LEMONS WOULD INCLUDE MACHINES THAT PRODUCED PAPER

6      RECORDS OF VOTES THAT DIDN'T LOOK LIKE CHOICE BALLOTS?

7      A.      NO.

8      Q.      OTHER THAN MR. MAAZEL'S COMMENT TO YOU THAT

9      LEMONS WOULD BE DRE MACHINES, WAS THERE ANYTHING ELSE HE

10     SAID THAT MIGHT QUALIFY AS A LEMON?  SOMETHING THAT MR.

11     HALDERMAN OR HE WERE NOT GOING TO AGREE TO?

12     A.      NOT AT THAT TIME.  AT SOME POINT, THERE WAS A

13     DISCUSSION ABOUT -- AGAIN, I MENTIONED THIS EARLIER, A

14     DRE WITH THE VVPAT.  I WOULDN'T CLASSIFY IT AS A LEMON

15     BECAUSE IT WASN'T PART OF THIS CONVERSATION, BUT I WOULD

16     HAVE TAKEN THAT TO BE A LEMON, FROM THAT PERSPECTIVE.

17     Q.      THAT'S A DRE.

18     A.      CORRECT.

19     Q.      I ASKED YOU ABOUT ANY KINDS OF MACHINES OTHER

20     THAN DRE'S ON THIS PHONE CALL WITH MR. MAAZEL.

21     A.      NO.

22     Q.      COULD YOU TURN TO JOINT EXHIBIT NUMBER 20?

23              THE COURT:  20?

24              MR. ARONCHICK:  20.

25              THE WITNESS:  OKAY.

1    BY MR. ARONCHICK:

2    Q.        HAD THERE BEEN SET UP -- THIS IS AN E-MAIL DATED

3    OCTOBER 9, 2018.  HAD THERE ALREADY BEEN SET UP A PHONE

4    CALL WITH MR. MAAZEL FOR THE AFTERNOON OF OCTOBER 9,

5    2018?

6    A.        YES.

7    Q.        AND WAS THAT PHONE CALL FOLLOWING UP ON THE

8    PHONE CALL ABOUT THE LEMON CHECKS?

9    A.        YES, IT WAS.

10   Q.        AND WAS THAT ONE OF THE PURPOSES OF THE PHONE

11   CALL?

12   A.        YES.

13   Q.        TO FIND OUT WHAT MR. HALDERMAN THOUGHT ABOUT THE

14   MACHINES UNDER CONSIDERATION?

15   A.        YES.  I THINK IT WAS IMPORTANT TO BOTH PARTIES,

16   AT LEAST MR. MAAZEL AND MYSELF, TO FIND OUT WHAT MR.

17   HALDERMAN THOUGHT OF THESE MACHINES.

18   Q.        ALL RIGHT.  SO --

19   A.        DR. HALDERMAN, I'M SORRY.  SORRY ABOUT THAT.

20   Q.        BEFORE THE PHONE CALL, JOINT EXHIBIT 20, IS THIS

21   THE E-MAIL YOU RECEIVED FROM MR. MAAZEL BEFORE THAT

22   PHONE CALL?

23   A.        YES.

24   Q.        CAN WE START THE PHONE CALL -- WELL, I MEAN THE

25   E-MAIL, IT'S ADDRESSED TO SUE UNGER.  DID SUE UNGER

1      PROVIDE WITH YOU THIS E-MAIL?

2      A.      THAT SAME DAY.

3      Q.      AND IT SAYS, IT STARTS:  HERE IS SOME FEEDBACK

4      BEFORE OUR CALL THIS AFTERNOON.

5                   DO YOU SEE THAT?

6      A.      YES, I DO.

7      Q.      ALL RIGHT.  CAN YOU GO ON AND READ WHAT MR.

8      MAAZEL IS PROVIDING YOU AS FEEDBACK?

9      A.      SURE.  SO THE FIRST PART IS FROM MR. MAAZEL.

10     AND HE SAYS:  THE BIG POINT IS THAT THE LIST OF MODELS

11     IN THE PA SYSTEMS AND ELECTRONIC POLL BOOK REPORT, WHICH

12     IS THE REPORT WE JUST TALKED ABOUT.

13     Q.      THAT'S THE SEPTEMBER 21, 2018 REPORT THAT YOU

14     HAD PREVIOUSLY PROVIDED?

15     A.      YES.  THE LIST OF VOTING SYSTEMS THAT HE ASKED

16     FOR.

17                   INCLUDES A SUITE OF ELECTION SYSTEMS,

18     SOME OF WHICH DON'T USE PAPER BALLOTS AND SOME OF WHICH

19     DO.  FOR EXAMPLE, I AM TOLD THE HART INTERCIVIC VERITY

20     VOTING INCLUDES THE VERITY TOUCH, A PAPERLESS DRE

21     SYSTEM.  SO I THINK WE AND YOU, IN PARENTHESES, NEED A

22     MORE GRANULAR LIST OF WHICH PARTICULAR MACHINES/

23     ELECTION SYSTEMS ARE BEING PROPOSED FOR CERTIFICATION.

24     Q.      AND WHAT DID YOU UNDERSTAND MR. MAAZEL TO BE

25     SAYING AT THIS POINT?

1    A.        THAT THEY WERE CONCERNED THAT WE WERE LOOKING AT

2    CERTAIN TYPES OF DRE SYSTEMS.

3    Q.        AND IN ASKING YOU FOR A GRANULAR LIST OF WHICH

4    SYSTEM, WHAT DID YOU UNDERSTAND THAT HE WANTED?

5    A.        AGAIN, WANTED TO MAKE SURE THAT WE WEREN'T

6    ENTERTAINING DRE PAPERLESS SYSTEMS.

7    Q.        LET'S GO ON AND SEE WHAT ELSE HE PROVIDED YOU TO

8    SEE IF THIS SUPPORTS YOUR UNDERSTANDING.

9    A.        SURE.

10   Q.        WHAT FOLLOWS FROM THIS?

11   A.        SO THE -- WHAT FOLLOWS IS, IT LOOKS LIKE AN

12   E-MAIL FROM DR. HALDERMAN FORWARDED TO US FROM MR.

13   MAAZEL.  AND IT SAYS, AGAIN, ASSUMING THIS IS DR.

14   HALDERMAN:  I REVIEWED THE VOTING SYSTEMS THAT PA IS

15   CONSIDERING AND I DON'T DISAPPROVE OF ANY OF THEM IN

16   THEIR ENTIRETY.

17   Q.        ALL RIGHT.  NOW, THESE ARE, AS YOU'RE

18   UNDERSTANDING, THE VOTING SYSTEMS THAT YOU HAD PROVIDED

19   ON THE SEPTEMBER 21 VOTING REPORT?

20   A.        THE FIVE SYSTEMS, INCLUDING THE ES&S SYSTEMS.

21   Q.        OKAY.  GO AHEAD.

22   A.        WHERE WAS I HERE?

23             ALL OF THEM, IN PARENTHESES, THAT USE

24   PAPER BALLOTS, CLOSE PARENTHESES, CAN BE USED WITH

25   REASONABLE SECURITY IF IMPLEMENTED WITH VOTER-VERIFIABLE

1     PAPER BALLOTS AND ROBUST MANUAL AUDITS.  THAT SAID,

2     THERE ARE FEATURES OF EACH OF THESE SYSTEMS THAT CAN

3     RENDER THEM UNSAFE IF ACTIVATED.  PERHAPS YOU CAN URGE

4     PA TO CERTIFY THEM WITH RESTRICTIONS THAT PROVIDE

5     THESE -- PROHIBIT THESE DANGEROUS FUNCTIONS.

6     Q.      ALL RIGHT.  AND LET'S -- FOR THE MOMENT, LET'S

7     GO TO THE PARAGRAPH THAT IS DIRECTED TO THE MACHINE IN

8     THIS CASE, THE ES&S PARAGRAPH.  CAN YOU READ THAT?

9     A.      YES.

10                    MR. MAAZEL:  CAN I JUST OBJECT TO THAT

11    CHARACTERIZATION OF COUNSEL.

12                    THE COURT:  OVERRULED.

13                    THE WITNESS:  SO THE SECOND BULLET HERE

14    REFERENCES THE ES&S EXPRESSVOTE.  AND IT SAYS:  THE ES&S

15    EXPRESSVOTE MACHINES CAN WORK AS TRADITIONAL

16    BALLOT-MARKING DEVICES, BUT IT'S ALSO POSSIBLE TO

17    CONFIGURE THEM IN WAYS THAT DEFEAT THE PURPOSE OF THE

18    PAPER TRAIL.  I HAVE SEEN THEM SET UP TO PRINT THE

19    BALLOT, BUT NOT SHOW IT TO THE VOTE -- I AM GUESSING IT

20    SAYS VOTER HERE -- VOTER, ET AL., PARENTHESES, THE

21    MACHINE JUST SCANS IT INTERNALLY AND STORES IT IN A

22    BALLOT BOX, CLOSE PARENTHESES.  THIS MEANS THERE'S A

23    PAPER, BUT IT'S NOT VOTER-VERIFIED, SO IT'S OF NO USE IN

24    AN AUDIT.

25                    ANDREW APPEL RECENTLY WROTE ABOUT ANOTHER

1    CONFIGURATION OF THE EXPRESSVOTE IN WHICH IT ASKS VOTERS

2    WHETHER THEY WANT TO VERIFY THEIR BALLOTS BEFORE

3    PRINTING THEM AND ONLY ALLOWS THE VOTER TO INSPECT THE

4    PAPER IF THEY SAY YES.  AS ANDREW EXPLAINS IN THIS --

5    LOOKS LIKE A BLOG, FREEDOM TO TINKER -- THIS ALSO

6    DEFEATS THE VALUE OF AN AUDIT, SINCE MALWARE COULD BE

7    PROGRAMMED TO CHEAT, ONLY IF THE VOTER OPTS NOT TO SEE

8    THE PAPER.  PA SHOULD REQUIRE THESE MACHINES -- THE

9    MACHINES TO BE CONFIGURED SO THAT EVERY VOTER HAS AN

10   OPPORTUNITY TO SEE THEIR COMPLETED BALLOT AFTER IT HAS

11   BEEN PRINTED.

12   BY MR. ARONCHICK:

13   Q.        COMPLETED AFTER IT HAS BEEN -- DID YOU LOOK AT

14   THE FREEDOM TO TINKER ARTICLE THAT MR. -- THAT MR.

15   HALDERMAN IS REFERENCING IN THIS E-MAIL?

16   A.        I DID, YES.

17   Q.        AND IS THAT JOINT EXHIBIT 21?

18   A.        YES, IT IS.

19   Q.        WOULD YOU GO TO THE TOP OF THE SECOND PAGE TO --

20   AND READ WHAT IT IS -- THE MACHINE THAT MR. APPEL IS

21   ADDRESSING IN THIS ARTICLE?  WHAT DOES IT SAY?

22   A.        ARE YOU TALKING ABOUT THE SENTENCE THAT STARTS

23   WITH UNION COUNTY?

24   Q.        YES.  TOP OF THE SECOND PAGE.

25   A.        UNION COUNTY, NEW JERSEY AND THE ENTIRE STATE OF

1      DELAWARE ARE, PARENTHESES, TO THE BEST OF MY KNOWLEDGE,

2      CLOSE PARENTHESES, IN THE PROCESS OF PURCHASING

3      EXPRESSVOTE XL MACHINES, WHICH ARE LIKE THE TOUCHSCREENS

4      SHOWN IN THE VIDEO, BUT WITH A MUCH LARGER SCREEN THAT

5      CAN SHOW THE WHOLE BALLOT AT ONCE.  NEW JERSEY AND

6      DELAWARE SHOULD NOT BUY THESE MACHINES.  IF THEY INSIST

7      ON BUYING THEM, THEY MUST DISABLE THE PERMISSION TO

8      CHEAT FEATURE.

9      Q.      WAS THERE ANY DOUBT TO YOU WHEN YOU READ THIS

10     THAT MR. HALDERMAN WAS REFERRING TO THE VERY MACHINE

11     THAT IS AT ISSUE IN THIS CASE, THE EXPRESSVOTE XL?

12     A.      NO, I THINK THAT'S THE POINT THAT HE WAS TRYING

13     TO MAKE.

14     Q.      AND WHAT IS THE FEATURE THAT MR. HALDERMAN IS

15     SUGGESTING OR ASKING THAT THE COMMONWEALTH BE URGED TO

16     REQUIRE IF THEY ARE GOING TO CERTIFY THE XL MACHINE?

17     A.      I INTERPRET IT AS THE AUTO CAST FUNCTION, I

18     THINK WE DID, THERE'S A FUNCTION WITH THE XL THAT, IF

19     ENABLED, AUTOMATICALLY CASTS THE BALLOTS WITHOUT THE

20     VOTER HAVING AN OPPORTUNITY TO REVIEW THE BALLOT.

21     THAT'S NOT A CERTIFIED FUNCTION OF THE EXPRESSVOTE XL.

22     Q.      THAT FEATURE WAS, IN FACT, REMOVED?

23     A.      YES.

24     Q.      AND IS NOT PART OF THE XL SYSTEM?

25     A.      IT IS NOT.

1   Q.      IS THERE ANY OTHER OBJECTION TO THE XL SYSTEM

2   THAT MR. HALDERMAN IS RAISING IN THIS PARAGRAPH ON

3   OCTOBER 9TH?

4   A.      IN JOINT EXHIBIT 20.

5   Q.      IN JOINT EXHIBIT 20.

6   A.      NO.

7                   THE COURT:   SO THIS WAS SOMETHING THE

8   COMMONWEALTH HAD DECIDED TO REMOVE BEFORE DR. HALDERMAN

9   OPINED ON IT?

10                  THE WITNESS:   I THINK IT WAS NOT QUITE

11  SIMULTANEOUS, BUT WE WERE BOTH THINKING THE SAME THING,

12  WHICH GOES ALONG WITH, I THINK WE WERE BOTH HEADING IN

13  THE SAME DIRECTION.   IT WAS ONE OF THOSE PLACES WHERE WE

14  WERE ON THE SAME PATH, YOUR HONOR.

15                  THE COURT:   NO, NO.   I -- YOU DIDN'T DO

16  IT IN RESPONSE TO HIS E-MAIL.   IT WAS ALREADY -- IT HAD

17  ALREADY BEEN REMOVED.   WHEN YOU SAW THIS E-MAIL, THAT

18  FEATURE HAD ALREADY BEEN -- HAD NOT BEEN CERTIFIED.

19                  THE WITNESS:   THE MACHINE ITSELF WASN'T

20  CERTIFIED AT THIS POINT.

21                  THE COURT:   BUT WHAT YOU WERE EXAMINING

22  FOR CERTIFICATION DID NOT HAVE THE FEATURE THAT DR.

23  HALDERMAN COMPLAINED ABOUT.

24                  THE WITNESS:   I DON'T KNOW THE ANSWER TO

25  THAT, YOUR HONOR.

1                           THE COURT:  OKAY.

2                           THE WITNESS:  I DON'T RECALL THAT IT DID.

3       BUT, AGAIN, IT WAS AROUND THE SAME TIME WE WERE

4       CONSIDERING --

5                           THE COURT:  IF YOU DID IT IN RESPONSE TO

6       DR. HALDERMAN'S ADMONITION, I WOULD LIKE TO KNOW IT.  IF

7       YOU DID IT INDEPENDENTLY, I WOULD LIKE TO KNOW THAT.

8                           THE WITNESS:  WE CERTAINLY PASSED THIS

9       INFORMATION ON TO OUR CLIENT, WHO WAS GOING TO THE

10      CERTIFICATION PROCESS OF THE MACHINE, WHO HAD NOT YET

11      PROVIDED THE CERTIFICATION REPORT.  AND THE

12      FUNCTIONALITY OF THAT MACHINE WOULD HAVE BEEN DETAILED

13      IN THE REPORT THAT WE ISSUED ON NOVEMBER 30TH, WHICH

14      WOULD HAVE BEEN SUBSEQUENT TO DISCUSSIONS THAT WE WOULD

15      HAVE HAD AS A TEAM THAT WOULD HAVE CONSIDERED THESE

16      COMMENTS.  AND THAT WOULD HAVE CONSIDERED OTHER ARTICLES

17      AND OTHER THINGS THAT WE HAD SEEN ON THE AUTO CAST

18      FUNCTION.

19      BY MR. ARONCHICK:

20      Q.      LET ME ASK IT THIS WAY:  AFTER YOU RECEIVED THIS

21      E-MAIL, DID YOU HAVE A CONVERSATION THAT AFTERNOON WITH

22      MR. MAAZEL?

23      A.      YES, WE DID.

24      Q.      DO YOU RECALL IF YOU ASSURED HIM THAT ES&S

25      EXPRESSVOTE XL WILL NOT HAVE THAT AUTO CAST FUNCTION?

1        MR. MAAZEL:  OBJECTION, LEADING.

2        THE COURT:  DO YOU RECALL -- WHAT, IF

3  ANYTHING, DO YOU RECALL ABOUT WHAT YOU SAID WITH RESPECT

4  TO WHETHER THE EXPRESSVOTE XL MACHINE WOULD HAVE THAT

5  PERMISSION TO CHEAT FEATURE?

6        THE WITNESS:  IT WAS KIND OF A

7  COMBINATION DISCUSSION, YOUR HONOR.  WE HAD TALKED, I

8  THINK TWO QUICK CALLS ON THE 5TH AND THEN ANOTHER ONE ON

9  THE 9TH, BUT WE WERE TALKING ABOUT THE DRE'S, WE WERE

10  TALKING ABOUT THIS E-MAIL.  AND AFTER I CONFERRED WITH

11  THE FOLKS THAT WERE CERTIFYING, I WAS ASSURED THAT NOT

12  ONLY WERE THEY CONSIDERING THIS, BUT THEY WERE NOT --

13  THIS COMMENT IN THIS DISCUSSION, THAT THEY WERE NOT

14  GOING TO CERTIFY THAT FUNCTION.  SO I DID RELAY THAT TO

15  MR. MAAZEL ON THE TELEPHONE CALL OF OCTOBER 9TH.

16  BY MR. ARONCHICK:

17  Q.      ON THAT OCTOBER 9TH CALL, DID YOU HAVE A

18  DISCUSSION WITH MR. MAAZEL ABOUT WHETHER THERE WOULD BE

19  ANY DRE'S THAT WOULD BE CERTIFIED OR PART OF THE

20  ELECTION SUITES THAT WERE BEING CERTIFIED IN THE

21  COMMONWEALTH?

22  A.      AND THAT WAS OUR THEME MOVING UP TO OCTOBER 9TH,

23  JUST AS -- PROVIDING ASSURANCES THAT THE DRE MACHINES

24  WERE NOT GOING TO BE SYSTEMS THAT WE WERE GOING TO

25  CERTIFY HERE IN PENNSYLVANIA.  I THINK THAT'S ABOUT THE

1    TIME THAT MAYBE THE DRE, THE VVPAT CAME UP.  BUT, AGAIN,

2    EVEN DRE'S WITH VVPATS -- I THINK SECRETARY BOOCKVAR

3    EXPLAINED WHAT THE DRE WITH THE VVPAT IS, OR PROVIDED

4    THE DETAILS OF IT, BUT EVEN THAT MACHINE WOULD NOT BE

5    CONSIDERED A MACHINE THAT WE SHOULD BE CERTIFYING THAT

6    WOULD COMPLY WITH THE AGREEMENT.

7    Q.    ALL RIGHT.  ON THAT CALL IN THE AFTERNOON ON

8    OCTOBER 9TH, FOLLOWING THIS E-MAIL, DID MR. MAAZEL SAY

9    TO YOU ANYTHING ABOUT HIS REFERENCES OR DR. HALDERMAN'S

10   REFERENCES TO PAPER BALLOTS, BALLOTS, COMPLETED BALLOTS,

11   PRINTED BALLOTS, BALLOT BOXES, ALL THE WORDS THAT ARE ON

12   THIS E-MAIL, THAT THEY DO NOT INCLUDE THE KIND OF PAPER

13   THAT THE BALLOT-MARKING DEVICE MACHINES, PARTICULARLY

14   THE XL, WAS PRINTING?

15   A.    NO.  IN FACT, MY IMPRESSION WAS THAT THEY WERE

16   OKAY WITH ALL OF THOSE MACHINES, EXPLICITLY THE XL,

17   BECAUSE IT WAS PART OF THE SUITE OF MACHINES THAT WE HAD

18   LAID OUT IN THAT SUMMARY REPORT TO THEM AND THAT DR.

19   HALDERMAN HAD TAKEN A LOOK AT.

20   Q.    IN FACT, GOING BACK TO THE ARTICLE THAT WAS SENT

21   TO YOU ON JOINT EXHIBIT 21, MR. APPEL'S ARTICLE.

22   A.    OKAY.

23   Q.    THE ARTICLE THAT MR. HALDERMAN WANTED YOU TO

24   READ.

25   A.    YES.

1    Q.        CAN YOU GO TO THE FIRST PAGE AND LOOK AT THE

2    PARAGRAPH IN THE MIDDLE WHICH STARTS WITH:  THIS VIDEO.

3    A.        OKAY.

4    Q.        ARE THERE -- DO YOU SEE REFERENCES FROM MR.

5    APPEL THERE CALLING THE PAPER BALLOTS OR -- THAT PAPER

6    THAT GOES INTO BALLOT BOXES?

7    A.        IT SAYS THAT THIS VIDEO SHOWS A DEMONSTRATION OF

8    THE EXPRESSVOTE ALL ON ONE TOUCHSCREEN PURCHASED BY

9    JOHNSON COUNTY, KANSAS.  THE VOTER BRINGS A BLANK BALLOT

10   TO THE MACHINE, INSERTS IT INTO A SLOT, CHOOSES THE

11   CANDIDATES, AND THE MACHINE PRINTS THOSE CHOICES ONTO

12   THE BLANK BALLOT AND SPITS IT OUT FOR THE VOTER TO

13   INSPECT.

14   Q.        ALL RIGHT.  SO NOT ONLY -- WHEN YOU SAW THIS,

15   NOT ONLY MR. MAAZEL AND DR. HALDERMAN BUT MR. APPEL, OR

16   DR. APPEL, ARE USING THE WORDS BALLOT, PAPER BALLOT,

17   BALLOT, PRINTED BALLOT, VARIOUS WORDS, IN THEIR OWN

18   COMMUNICATIONS TO YOU?

19                  MR. MAAZEL:  OBJECTION.

20   BY MR. ARONCHICK:

21   Q.        IS THAT TRUE?

22   A.        THAT IS TRUE.  IN OUR DIFFERENT COMMUNICATIONS

23   AND IN THE VERBAL COMMUNICATIONS, AGAIN, I THINK WE WERE

24   TALKING ABOUT THE SAME THINGS.  FROM OUR PERSPECTIVE, WE

25   WERE TALKING ABOUT PIECES OF PAPER, WHETHER YOU CALL

1    THEM BALLOTS, WHETHER YOU CALL THEM SUMMARY CARDS, THE

2    PIECES OF PAPER THAT WERE PRODUCED BY THESE MACHINES

3    THAT WE WERE CERTIFYING AND THAT WE HAD ASKED THEM TO

4    TAKE A LOOK AT.

5    Q.      FROM THIS POINT ON OCTOBER 9TH FORWARD UNTIL THE

6    SIGNING OF THE SETTLEMENT AGREEMENT, HAD YOU HEARD FROM

7    MR. MAAZEL OR DR. HALDERMAN OR ANYONE ON THE PLAINTIFFS'

8    TEAM THAT THEY HAD ANY OTHER THOUGHTS ABOUT THE USE OF

9    THE WORD PAPER BALLOT OR BALLOT OR PAPER, VERIFIABLE

10   PAPER, THAT THEY HAD ANY OTHER THOUGHTS THAT CAUSED YOU

11   TO RECONSIDER THE SETTLEMENT AGREEMENT?

12   A.      NO.

13   Q.      DID YOU HEAR ANYTHING FROM THEM ABOUT THEIR USE

14   OF THE WORD PAPER, PAPER BALLOT, BALLOTS AND THE LIKE

15   THAT SAID TO YOU YOU NEEDED TO ELIMINATE FROM YOUR

16   INITIATIVE THE BALLOT-MARKING DEVICES THAT WERE UNDER

17   REVIEW AND SOME OF THEM CERTIFIED?

18   A.      NO.  AND, AGAIN, I TOOK IT AS THEY BLESSED THEM

19   WITH THEIR LEMON CHECK AND TOLD US THAT THEY WEREN'T

20   LEMONS.

21   Q.      ALL RIGHT.  AND, AGAIN, THE LEMON CHECK WAS

22   DIRECTED TO WHAT?

23   A.      THE LEMON CHECK WAS DIRECTED TO THE LIST OF

24   MACHINES THAT WE PROVIDED THEM IN ADVANCE OF THE

25   CONVERSATION WE HAD ON THE TELEPHONE AND IN ADVANCE OF

1    THE DRAFTING OF THE TERMS BY PLAINTIFFS' COUNSEL IN THE

2    TERM SHEET.

3    Q.    AND THE LEMONS BEING?

4    A.    THE LEMONS BEING THE DRE'S.

5    Q.    THE DRE'S.

6    A.    EVEN A DRE WITH A VVPAT, WHICH IS STILL A DRE.

7    Q.    RIGHT.  NOW FOLLOWING THE OCTOBER 9TH

8    CONVERSATION WITH MR. MAAZEL, ON THE PORTION OF THE

9    SETTLEMENT DISCUSSIONS THAT DEAL WITH THE MACHINES, NOT

10    THE PORTION ABOUT THE AUDITS OR SOME OF THE OTHER

11    ADDITIONS LATER ON ABOUT CONSENT AND THINGS LIKE THAT.

12    BUT THE PORTION THAT DEALS WITH MACHINES, DID YOU

13    BELIEVE YOU HAD AN UNDERSTANDING AND AN AGREEMENT ON HOW

14    THOSE MACHINES THAT WERE IN YOUR INITIATIVE WOULD BE

15    DEFINED IN THE SETTLEMENT AGREEMENT?

16    A.    I DID, YES.

17    Q.    AND DID YOU -- DID MR. MAAZEL OFFER OR DID YOU

18    SUGGEST THAT HE THEN WRITE UP A TERM SHEET THAT CAPTURED

19    AT LEAST THAT PART OF YOUR UNDERSTANDING?

20    A.    I BELIEVE THEY OFFERED.

21    Q.    THEY OFFERED.

22    AND DID THEY, IN FACT, WRITE UP A TERM

23    SHEET?

24    A.    THEY DID, YES.

25    Q.    AND LET'S GO TO JOINT EXHIBIT 24.

1    A.      OKAY.

2    Q.      SECTION 2 IN THIS TERM SHEET PROVIDED BY MR.

3    MAAZEL, SECTION 2.  IS THAT THE LANGUAGE -- I THINK YOU

4    SAID WITH THE EXCEPTION OF A LITTLE CHANGE TO C, TO

5    SECTION C, WHICH WE CAN ADDRESS -- BUT IS THAT THE

6    LANGUAGE THAT REFLECTED THE AGREEMENT YOU BELIEVED YOU

7    HAD WITH MR. MAAZEL ABOUT HOW THE MACHINES WOULD BE

8    REFERRED TO IN THE SETTLEMENT AGREEMENT?

9    A.      YES.

10   Q.      AND DID -- LET'S SEE WHAT -- LET'S BE CLEAR

11   HERE.  WHAT CHANGED IN SECTION C?  LET'S GO TO THE

12   EXHIBIT 25, WHICH IS ALSO FROM MR. MAAZEL, THAT FOLLOWED

13   THE SETTLEMENT CONFERENCE IN FRONT OF MAGISTRATE RICE

14   THE NEXT DAY, OCTOBER 12TH.  DO YOU SEE THAT?

15   A.      I DO.

16   Q.      ALL RIGHT.  FOCUSING ON WHAT IS NOW PARAGRAPH 1

17   IN THAT SETTLEMENT.  IN OTHER WORDS, IT WAS RENUMBERED,

18   IT'S PARAGRAPH 1.

19              DO YOU SEE THAT?

20   A.      I DO.

21   Q.      ALL RIGHT.  WHAT IS THE CHANGE THAT WAS MADE TO

22   SUBSECTION C?

23   A.      SO THE ORIGINAL SAYS:  THEY ARE CAPABLE OF

24   SUPPORTING THE ROBUST PRECERTIFICATION AUDIT PROCESS

25   DESCRIBED IN PARAGRAPH NUMBER 6 BELOW, INCLUDING

1    BALLOT-LEVEL COMPARISON AUDITS.

2              THE VERSION -- THE SUBSEQUENT VERSION

3    READS:  THEY ARE CAPABLE OF SUPPORTING A ROBUST

4    PRECERTIFICATION AUDITING PROCESS.

5    Q.      ALL RIGHT.  SO THE DESCRIPTION OF THE AUDITING

6    PROCESS IN PARAGRAPH 6, THAT DESCRIPTION WAS REMOVED AND

7    THIS BECAME THE DEFINITION OF THE MACHINES THAT WERE

8    PART OF THIS SETTLEMENT AGREEMENT?

9    A.      THAT'S CORRECT.

10   Q.      ALL RIGHT.  AND LOOKING AT TERM SHEET -- JOINT

11   EXHIBIT 25, THAT VERSION OF THE TERM SHEET.  AND THEN

12   LOOKING AHEAD TO THE FINAL SETTLEMENT, JOINT EXHIBIT 30,

13   WHERE THE PARAGRAPH CONCERNING THESE MACHINES IS NOW

14   PARAGRAPH 2, IS THAT CORRECT?

15   A.      IT IS, YES.

16   Q.      ALL RIGHT.  IS THERE ANY CHANGE WHATSOEVER FROM

17   WHAT MR. MAAZEL PROVIDED ON OCTOBER 12TH FOLLOWING THE

18   SETTLEMENT CONFERENCE CONCERNING THESE MACHINES INTO THE

19   FINAL SETTLEMENT AGREEMENT THAT WAS SIGNED BY THE

20   PARTIES?

21   A.      NO.

22   Q.      WAS -- DO YOU RECALL IN THE DRAFTING PROCESS,

23   WAS MR. MAAZEL'S DRAFT DESCRIPTION THAT WAS AGREED TO

24   JUST LIFTED AND PUT INTO THE FINAL SETTLEMENT AGREEMENT?

25   A.      IT WAS, YES.

1    Q.       ALL RIGHT.   NOW, THE -- DOES THE -- LET'S LOOK

2    AT EXHIBIT 57.   DO YOU RECOGNIZE THAT, JOINT EXHIBIT 57?

3    A.       OKAY.

4    Q.       WHAT IS THAT?

5    A.       THAT'S A COPY OF THE PIECE OF PAPER THAT THE XL

6    MACHINE PRINTS FOR THE VOTER TO VERIFY.

7    Q.       DOES THAT PIECE OF PAPER -- LET'S CALL IT THAT,

8    EXHIBIT 57.   DOES THAT MEET THE DEFINITION IN THE

9    SETTLEMENT AGREEMENT WHICH IS NOW IN EXHIBIT 30, JOINT

10   EXHIBIT 30, WHICH IS SECTION 2?

11   A.       YES, IT DOES.

12   Q.       CAN YOU EXPLAIN HOW YOU SEE IT?

13   A.       SURE.   SO PARAGRAPH 2A, MY IDEA OF WHAT THAT IS,

14   IS THE ANTI-DRE PROVISION THAT SAYS THAT THE BALLOT ON

15   WHICH EACH VOTE IS RECORDED IS PAPER.

16   Q.       DID YOU SAY THAT'S THE ANTI-DRE?

17   A.       THE ANTI-DRE PROVISION.   THE BIG DIFFERENCE

18   BETWEEN THE DRE AND THESE MACHINES IS THAT THE DRE

19   REGISTERS AND RECORDS VOTES ELECTRONICALLY.   THE

20   DIFFERENCE BETWEEN THESE MACHINES AND THE DRE IS THAT

21   THEY REGISTER ELECTRONICALLY, BUT THEY RECORD ON PAPER.

22   SO THAT'S WHAT THIS PROVISION PROVIDES.   THAT'S WHAT

23   THIS DOCUMENT DOES.

24            B, THEY PRODUCE A VOTER-VERIFIABLE RECORD

25   OF EACH VOTE.   THERE IS CERTAINLY A PORTION HERE ON THIS

1    PIECE OF PAPER, BALLOT, WHATEVER YOU WANT TO CALL IT,

2    THAT HAS HUMAN READABLE TEXT THAT THE VOTER CAN VERIFY.

3               AND THEN C, CERTAINLY CAPABLE OF

4    SUPPORTING A ROBUST PRECERTIFICATION AUDIT, BECAUSE, IN

5    FACT, WE WENT THROUGH A COUPLE OF AUDITS IN THIS PAST

6    ELECTION, THE TEXT WAS USED FOR AN AUDIT.  SO IT'S

7    CERTAINLY CAPABLE OF BEING AUDITED.

8               SO, YES, IT MEETS THE DEFINITION OF

9    PARAGRAPH 2A THROUGH C.

10    Q.      AND IN PARAGRAPH 3 OF THE SETTLEMENT AGREEMENT,

11    DID THE LANGUAGE THAT YOU WORKED OUT WITH MR. MAAZEL

12    CHANGE TO HIS DRAFT, THE SECRETARY WILL CONTINUE, DID

13    THAT STAY IN THE FINAL SETTLEMENT AGREEMENT?

14    A.      IT DID.  AND IT WAS -- AGAIN, I MENTIONED THIS

15    BEFORE, VERY IMPORTANT, BECAUSE THIS IS SOMETHING WE

16    WERE ALREADY DOING.  WE BELIEVED THAT WE WERE ON THE

17    PATH.  WE BELIEVED THAT MR. MAAZEL AND HIS CLIENTS WERE

18    PLEASED WITH THE PATH AS WELL.  THIS IS THE LANGUAGE

19    THAT WE AGREED TO AND THEN WE MOVED ON.  WE DIDN'T HAVE

20    ANY CONVERSATIONS ABOUT PARAGRAPH 2 OR PARAGRAPH 3.  WE

21    WERE MOVING INTO AUDITS DISCUSSIONS, WE WERE TALKING

22    ABOUT CONSENT AGREEMENTS.  WHETHER OR NOT IT WAS OR WAS

23    NOT A CONSENT AGREEMENT, WHETHER OR NOT THIS COURT COULD

24    ENFORCE THE AGREEMENT OR THEY SHOULD, MONEY.  WE STARTED

25    TALKING ABOUT OTHER THINGS UNRELATED TO THE MACHINES AND

235

1    THE TYPES OF PAPER BALLOT, PAPER RECEIPTS, WHATEVER --

2    THEY ARE NOT RECEIPTS, BUT THEY ARE PAPER BALLOTS THAT

3    WERE PRODUCED BY THIS MACHINE.

4        Q.      RIGHT.  AND IN PARAGRAPH 3, AT THE END, THE

5    WORDS ARE:  SO THAT EVERY PENNSYLVANIA VOTER IN 2020

6    USES A VOTER-VERIFIABLE PAPER BALLOT.

7                WHY WERE THOSE WORDS USED THERE?

8        A.      I MEAN, IT'S A LITTLE BACKWARDS.  BUT I THINK

9    THAT THE POINT OF PARAGRAPH 3 WAS, THIS IS WHAT WE MEAN

10    BY PAPER BALLOT IN THIS AGREEMENT.  IT IS 2A, B AND C.

11    AND IT'S NOT FOOTNOTE 3, WHICH IS A VVPAT WITH -- A DRE

12    WITH A VVPAT.  SO THIS IS OUR CLEAR ATTEMPT TO DEFINE

13    WHAT WE MEANT IN THIS AGREEMENT BY A PIECE OF PAPER, IN

14    THIS CASE A PAPER BALLOT, SINCE WE USE IT THERE, THAT

15    COMPLIES WITH THE SETTLEMENT AGREEMENT.

16        Q.      NOW, WAS THERE ANY DISCUSSION ON OCTOBER 11TH OR

17    THEREAFTER THAT THE DEFINITION OF PAPER BALLOT IN THE

18    ELECTION CODE WAS AN OPERABLE PROVISION OR REQUIRED IN

19    THIS SETTLEMENT AGREEMENT?

20        A.      NEVER.  AND WE WOULDN'T HAVE HAD THAT

21    CONVERSATION, BECAUSE THIS IS AN ELECTRONIC VOTING

22    SYSTEM -- AGAIN, I MENTIONED IT BEFORE -- THAT REGISTERS

23    VOTES ELECTRONICALLY.  THE DEFINITION OF A PAPER BALLOT

24    IN THE ELECTION CODE IS INAPPLICABLE, BECAUSE IT IS NOT

25    REQUIRED OF THIS TYPE OF MACHINE.  WHAT WE MEAN BY PAPER

1    BALLOT, MIND YOU, IS WHAT WE PRINT IN THIS PIECE OF

2    PAPER, 2A THROUGH C.

3    Q.    "THIS PIECE OF PAPER" MEANING?

4    A.    THIS DOCUMENT, THIS SETTLEMENT DOCUMENT.

5    Q.    JOINT EXHIBIT 30?

6    A.    CORRECT, THE SETTLEMENT DOCUMENT.

7    Q.    WHAT YOU PRINTED AS, 2A, B AND C?

8    A.    YES.  2A, B AND C, SUMMARIZED IN PARAGRAPH 3.

9    Q.    AND THE AUTHORITY TO ADD PAPER RECORDS TO

10   ELECTRONIC VOTING MACHINES, THAT AUTHORITY IS AVAILABLE

11   TO THE SECRETARY?

12   A.    CERTAINLY.

13   Q.    AND -- AS PART OF WHAT, HER SECURITY PROVISIONS?

14   A.    WELL, AGAIN, I WOULD NOT SAY THAT SHE HAS THE

15   AUTHORITY TO CALL IT, YOU KNOW, A PAPER BALLOT OR CALL

16   IT ANYTHING.  THIS MACHINE DOES NOT REQUIRE A PAPER

17   BALLOT.  BUT IS SHE AUTHORIZED TO ENTER AN AGREEMENT OR

18   AM I AUTHORIZED ON HER BEHALF TO ENTER AN AGREEMENT AND

19   WE DEFINE PAPER BALLOT A CERTAIN WAY?  I DO BELIEVE SO,

20   YES.

21   Q.    AND THE PROVISIONS THAT THIS DOCUMENT WILL BE

22   GOVERNED BY PENNSYLVANIA LAW, WHAT DID YOU TAKE THAT TO

23   MEAN?

24   A.    THAT'S A TYPICAL -- THAT'S A PROVISION THAT WE

25   PUT IN THERE.  THAT'S ONE I TYPICALLY PUT IN THE

1   PROBABLY 100 OR SO AGREEMENTS THAT I HAVE ENTERED.  BUT

2   THE POINT IS, WE DON'T WANT TO GO TO NEW JERSEY, WE

3   DON'T WANT TO GO TO ANOTHER STATE, WE DON'T WANT TO USE

4   OTHER STATE LAW WHEN WE ARE DETERMINING THE TERMS OF THE

5   CONTRACT AND WHETHER OR NOT -- AND WHERE IT SHOULD BE

6   ENFORCED.  THE CONTRACT SHOULD BE ENFORCED IN

7   PENNSYLVANIA, BUT IF THERE IS AN INCONSISTENCY IN

8   PENNSYLVANIA LAW THAT'S APPLICABLE, THEN PENNSYLVANIA

9   LAW GOVERNS.

10             IN THIS CASE, I KNOW MR. MAAZEL TRIED TO

11  TALK ABOUT THE FACT THAT THE ELECTION CODE DEFINES PAPER

12  BALLOT, BUT JUST BECAUSE WE SAY THAT PENNSYLVANIA LAW

13  CONTROLS DOES NOT MEAN THAT IT CONTROLS FOR A

14  DEFINITION, AND IT DOESN'T APPLY TO THIS AGREEMENT.

15  Q.      BUT THE PENNSYLVANIA LAW ABOUT INTERPRETING A

16  CONTRACT WOULD APPLY?

17  A.      ABSOLUTELY.

18             MR. MAAZEL:  OBJECTION TO LEADING.

19             MR. ARONCHICK:  I THINK HE JUST SAID IT.

20             THE COURT:  I THINK THIS IS KIND OF

21  BELABORING THE OBVIOUS HERE, SO WHY DON'T YOU GO ON.

22             MR. ARONCHICK:  OKAY.

23  BY MR. ARONCHICK:

24  Q.      AFTER OCTOBER 11TH, I JUST WANT TO BRIEFLY GO

25  OVER WHAT MS. BOOCKVAR TESTIFIED.  THERE WAS ANOTHER

1    POLLING LIST OF -- POLLING MACHINE LIST MADE AVAILABLE

2    PUBLICLY?

3    A.    YES.

4    Q.    AND IS THAT DX M?

5    A.    DX.

6    Q.    DEFENSE EXHIBIT M?

7        THE COURT:  MY PLAINTIFFS' EXHIBIT BINDER

8    HAS NUMBERS.

9        MR. ARONCHICK:  YEAH, WE USE LETTERS.

10    THE COURT:  OH, IT'S DX.

11    MR. ARONCHICK:  DX, YEAH.

12    THE COURT:  I THOUGHT YOU SAID PX.

13    SORRY.

14    M AS IN MARY?

15    MR. ARONCHICK:  YES.

16    THE COURT:  OKAY.

17    BY MR. ARONCHICK:

18    Q.    YOU'RE FAMILIAR WITH THIS DOCUMENT?

19    A.    I AM, YES.

20    Q.    IT WAS ANOTHER PUBLICLY POSTED DOCUMENT?

21    A.    IT WAS, YES.

22    Q.    AND WOULD YOU NOTE WHAT THE PUBLIC IS BEING TOLD

23    ABOUT THE TESTING OF THE EVS 6021?

24    A.    SURE THING.  THE DOCUMENT'S DATED OCTOBER 31,

25    2018.  AND THE NOTATION UNDER THE ES&S EVS 6021 IS THAT

1    TESTING IS COMPLETE AND FINAL CERTIFICATION REPORT AND

2    PAPERWORK ARE IN PROGRESS.

3    Q.      AT ANY TIME BETWEEN THIS DATE AND THE SIGNING OF

4    THE SETTLEMENT AGREEMENT, NOVEMBER 28TH, DID MR. MAAZEL

5    OR HIS TEAM ASK FOR A DRAFT OF THE CERTIFICATION OR TO

6    TELL US OR TO TELL YOU OR ASK YOU, PLEASE GIVE ME THE

7    CERTIFICATION NOW THAT I SEE IT'S ALMOST DONE?

8    A.      NO.

9    Q.      THE CERTIFICATION REPORT ITSELF, WHICH WAS

10   EXHIBIT 34, PLAINTIFFS' -- JOINT EXHIBIT, I'M SORRY, 34,

11   THAT CERTIFICATION REPORT, 34?

12   A.      OKAY.

13   Q.      JUST TO NOTE, SINCE YOU ARE THE ONE ON THE STAND

14   NOW AND NOT MS. BOOCKVAR, PAGE 32.  THE REFERENCE TO THE

15   EXPRESSVOTE XL ALLOWS THE VOTER TO VALIDATE THE PAPER

16   BALLOT THROUGH A GLASS WINDOW BEFORE CASTING, ARE YOU

17   FAMILIAR THAT THAT LANGUAGE IS IN THE CERTIFICATION

18   REPORT?

19   A.      YES, I AM FAMILIAR WITH THAT.

20   Q.      ALL RIGHT.  ARE YOU FAMILIAR THAT ON -- GO TO

21   JOINT EXHIBIT 33.  THAT THE DAY AFTER THE SETTLEMENT

22   AGREEMENT AND THE DAY BEFORE THE CERTIFICATION REPORT,

23   THE EMERY CELLI FIRM ISSUED A PRESS RELEASE TO THE

24   WORLD?

25   A.      I AM FAMILIAR, YES.

1    Q.        AND DO YOU -- DID YOU KNOW THAT MR. MAAZEL TOLD

2    YOU IN CONNECTION WITH THE SETTLEMENT DISCUSSION THAT

3    THEY WOULD BE WATCHING CLOSELY TO ENSURE PENNSYLVANIA'S

4    IMPLEMENTATION?

5    A.        YES.   FIRST, I THINK THEY WERE PRETTY EXCITED

6    ABOUT THE SETTLEMENT AND THEN THEY WOULD BE WATCHING IT

7    CLOSELY, YES.

8    Q.        AND THEY WERE WATCHING CLOSELY.

9                    AND THE CERTIFICATION OF THE XL AND THE

10   SUITE WAS PUBLICLY POSTED THE NEXT DAY?

11   A.        IT WAS, YES.

12   Q.        AVAILABLE TO ANYONE WHO WANTED TO LOOK AT IT?

13   A.        YES.

14   Q.        ALL RIGHT.   NOW, BETWEEN THAT DATE AND LATE JULY

15   2019, DID YOU HEAR FROM MR. MAAZEL, DR. HALDERMAN, THEIR

16   TEAM, ANYONE, THAT THEY HAD PROBLEMS, ANY PROBLEMS WITH

17   THE -- WHETHER THE XL MET THE TERMS OF THE SETTLEMENT

18   AGREEMENT?

19   A.        I DID NOT, NO.

20   Q.        NOW, LET'S TURN TO EXHIBIT 43.   AND MR. MAAZEL

21   ASKED YOU ABOUT THAT.

22   A.        OKAY.

23   Q.        THIS LETTER IS THE FIRST TIME -- IS THIS TRUE,

24   YOU TELL ME, THAT THIS IS THE FIRST TIME YOU HEARD FROM

25   MR. MAAZEL OR HIS TEAM THAT THEY HAD A PROBLEM WITH THE

1    XL MACHINE AND WHETHER IT MET THE TERMS OF THE

2    SETTLEMENT AGREEMENT?

3    A.     I BELIEVE SO, YES.

4    Q.     ALL RIGHT.  WHAT IS THE OBJECTION THAT MR.

5    MAAZEL RAISES IN THE JULY 29TH LETTER?

6    A.     THE PRIMARY FOCUS OF THIS PARTICULAR

7    CORRESPONDENCE WERE THE BARCODES THAT WERE PRINTED BY

8    THE XL MACHINE.

9    Q.     IS THAT THE PRIMARY FOCUS OR THE ONLY FOCUS?

10    A.     THE ONLY FOCUS.

11    Q.     HE IS TALKING ABOUT WHETHER BARCODES ARE

12    PERMISSIBLE UNDER THE SETTLEMENT AGREEMENT?

13    A.     CORRECT.

14    Q.     ALL RIGHT.  LOOK AT JOINT EXHIBIT 57 ONCE MORE.

15    THIS IS THE RECORD, THE SUMMARY RECORD THAT IS PRODUCED

16    BY THE XL MACHINE?

17    A.     IT IS, YES.

18    Q.     THERE ARE BARCODES ON IT?

19    A.     THERE ARE.

20    Q.     AND YOU RECALL THE OCTOBER 9, 2018 E-MAIL

21    THAT -- FROM MR. MAAZEL THAT ALSO FORWARDED DR.

22    HALDERMAN'S COMMENTS?

23    A.     I DO RECALL.

24    Q.     DO YOU RECALL THAT DR. HALDERMAN WAS TALKING

25    ABOUT THE AUTO CAST PROBLEM?

1    A.        YES, I DO.

2    Q.        AND THAT PERTAINS TO WHETHER OR NOT THE VOTER IS

3    VERIFYING THEIR SUMMARY BALLOT, THE PAPER BALLOT,

4    WHATEVER YOU WANT TO CALL IT, BEFORE CASTING IT?

5    A.        THAT'S CORRECT.

6    Q.        SO DR. HALDERMAN IS REFERRING TO THIS VERY PIECE

7    OF PAPER WHEN HE IS COMMENTING ON THE AUTO CAST

8    FUNCTION?

9    A.        THAT IS MY UNDERSTANDING, MY BELIEF.

10   Q.        WITH THE BARCODES?

11   A.        THAT'S CORRECT.

12   Q.        SO BETWEEN THAT DAY AND JULY 29TH, I WANT TO ASK

13   YOU ONE MORE TIME, THE BARCODE COMPLAINT THAT'S IN THE

14   JULY 29, 2019 LETTER THAT IS EXHIBIT 43, WAS THAT

15   COMPLAINT EVER RAISED BY DR. HALDERMAN, MR. MAAZEL,

16   ANYBODY THAT YOU HAD ON HIS TEAM?

17   A.        NO.

18   Q.        ALL RIGHT.  NOW, AFTER THIS BACK AND FORTH WITH

19   MR. MAAZEL ON THE MEET AND CONFER PROCESS, MR. MAAZEL

20   SENT YOU ANOTHER LETTER AND THAT IS OCTOBER 1, 2019,

21   THAT'S JOINT EXHIBIT 48, IS THAT CORRECT?

22   A.        YES.

23   Q.        ALL RIGHT.  MR. MAAZEL IS STILL COMMENTING ABOUT

24   THE BARCODE PROBLEM ON THE FIRST PAGE OF THAT LETTER,

25   RIGHT?

1    A.      HE IS, YES.

2    Q.      WHAT IS THE SECOND COMMENT THAT HE NOW RAISES

3    ABOUT THE XL MACHINE ON THE TOP OF THE SECOND PAGE?

4    A.      HE SAYS:  SECOND, THE SETTLEMENT REQUIRES,

5    QUOTE, PAPER BALLOTS, END QUOTE, FOR EACH VOTER.  A

6    SUMMARY CARD IS NOT A PAPER BALLOT IN ITS PRESENTATION

7    OR IN ITS METHOD OF PRODUCTION.  IT IS ALSO EXTREMELY

8    DIFFICULT FOR ANY VOTER TO READ AND UNDERSTAND THE

9    SUMMARY CARD BEFORE CHOOSING TO, QUOTE, CAST, END QUOTE.

10   Q.      ALL RIGHT.  NOW, GOING BACK TO THAT OCTOBER 9TH

11   E-MAIL, WHICH IS, JUST FOR THE RECORD, JOINT EXHIBIT 20.

12   A.      OKAY.

13   Q.      CAN WE LOOK AGAIN AT THE FIRST PARAGRAPH.  IS

14   MR. MAAZEL COMMENTING ABOUT SYSTEMS THAT USE PAPER

15   BALLOTS VERSUS PAPERLESS DRE SYSTEMS?

16   A.      YEAH.  I THINK HE SPECIFICALLY SAYS THAT THEY

17   ALL USE -- THE ONES THAT USE PAPER BALLOTS.

18   Q.      AND THE EXPRESSVOTE'S FEEDER MACHINES, HE

19   ALREADY KNEW ABOUT FROM THE SEPTEMBER 21 POLL VOTE THAT

20   YOU HAD SENT, IS THAT CORRECT?

21   A.      THAT IS CORRECT.

22   Q.      AND DR. HALDERMAN IS REFERRING TO THE

23   EXPRESSVOTE PAPER TRAIL IN HIS COMMENTS ON THIS

24   OCTOBER 9 E-MAIL, EXHIBIT 20?

25   A.      HE DOES SAY PAPER TRAIL, YES.

1    Q.        ALL RIGHT.  SO ON OCTOBER 30 -- OCTOBER 1ST,

2    RATHER, 2019, WHICH IS EXHIBIT 48, IS THIS THE FIRST

3    TIME YOU HEARD A COMPLAINT FROM MR. MAAZEL OR ANYONE ON

4    HIS TEAM ABOUT THE PAPER BALLOTS OR PAPER RECORDS THAT

5    ARE BEING USED IN THE XL MACHINE?

6    A.        IT IS THE FIRST TIME.

7    Q.        THIS IS -- WELL, MR. MAAZEL COUNTED DATES.  AND

8    I WON'T, BUT SAY SOME TEN MONTHS AFTER THE SETTLEMENT

9    AGREEMENT?

10   A.        I'LL TAKE YOUR WORD FOR IT.  IT WAS OCTOBER,

11   SURE.

12   Q.        BY THIS POINT IN TIME, HAD PHILADELPHIA ALREADY

13   PURCHASED THE EXPRESSVOTE XL MACHINES?

14   A.        THEY HAD.

15   Q.        SOME 3,800 OF THEM?

16   A.        THAT SOUNDS ABOUT RIGHT.

17   Q.        AND DID THEY ANNOUNCE THAT THEY WERE BUYING THEM

18   IN FEBRUARY OF 2019?

19             MR. MAAZEL:  OBJECTION TO LEADING.

20   BY MR. ARONCHICK:

21   Q.        ALL RIGHT.  WHEN DID THEY ANNOUNCE THEY WERE

22   BUYING THEM?

23   A.        IT WAS FEBRUARY OF 2019, I BELIEVE.

24   Q.        ALL RIGHT.  WE SAW THAT EARLIER THIS MORNING

25   FROM THE EXHIBITS?

1    A.      AND I HEARD IT THIS MORNING.  YES, I HEARD THIS

2    MORNING SECRETARY BOOCKVAR'S TESTIMONY.  AND I ALSO KNEW

3    THAT.

4            MR. ARONCHICK:  I DON'T HAVE ANY FURTHER

5    QUESTIONS.

6            THE COURT:  MR. MAAZEL?

7                REDIRECT EXAMINATION

8    BY MR. MAAZEL:

9    Q.      IN JOINT EXHIBIT 20, WHICH MR. ARONCHICK SHOWED

10   YOU, YOU TESTIFIED AT LENGTH ABOUT THIS OCTOBER 9, 2018

11   E-MAIL RESPONSE THAT YOU RECEIVED FROM ME?

12   A.      IS THAT A QUESTION?  YES, I DID.

13   Q.      AND AT THE END OF THE PARAGRAPH, FIRST

14   PARAGRAPH, IT SAID, QUOTE, SO I THINK WE AND YOU NEED A

15   MORE GRANULAR LIST OF WHICH PARTICULAR MACHINES/ELECTION

16   SYSTEMS ARE BEING PROPOSED FOR CERTIFICATION.

17            DO YOU SEE THAT?

18   A.      I DO SEE THAT, YES.

19   Q.      AND MS. UNGER NEVER RESPONDED TO THIS E-MAIL,

20   DID SHE?

21   A.      WE DIDN'T RESPOND IN WRITING.  WE HAD A

22   CONVERSATION LATER THAT DAY ON THE TELEPHONE ABOUT YOUR

23   QUESTION.

24   Q.      OKAY.  OTHER THAN THAT CALL, WAS THERE -- DID

25   THE DEFENDANTS EVER PROVIDE ANY KIND OF LIST OF WHICH

1      MACHINES, ELECTION SYSTEMS ARE BEING PROPOSED FOR

2      CERTIFICATION IN RESPONSE TO THIS E-MAIL?

3      A.      WE DIDN'T, BECAUSE I THOUGHT AT THE END OF THE

4      CONVERSATION THAT WE WERE IN AGREEMENT, THAT YOUR

5      QUESTION HAD BEEN ANSWERED.

6                   THE COURT:  WHAT DO YOU RECALL TELLING

7      MR. MAAZEL IN THE CONVERSATION WHICH -- DID YOU GIVE HIM

8      THE GRANULAR BREAKDOWN OF WHICH PARTICULAR MACHINE?

9                   THE WITNESS:  YOUR HONOR, THE QUESTION,

10     AS I MENTIONED EARLIER, HAD TO DO WITH DRE MACHINES.

11     THE CONCERN THAT WE WERE ON THE PATH OF CERTIFYING SOME

12     DRE MACHINES.  I MADE IT VERY CLEAR ON THE OCTOBER 9TH

13     TELEPHONE CALL THAT THOSE MACHINES WERE NOT PART OF ANY

14     OF THE SUITES THAT WE WERE GOING TO CERTIFY IN

15     PENNSYLVANIA.  AND AS FAR AS I WAS CONCERNED, THAT

16     QUESTION WAS NEVER RAISED AGAIN.  AND MR. MAAZEL OR

17     ANYONE FROM HIS TEAM NEVER FOLLOWED UP AGAIN AND ASKED

18     FOR ADDITIONAL INFORMATION BECAUSE WE HAD ALREADY

19     RESOLVED THAT ISSUE ON THE PHONE CALL ON OCTOBER 9TH.

20     BY MR. MAAZEL:

21     Q.      DID YOU TAKE ANY NOTES OF THIS OCTOBER 9TH PHONE

22     CALL?

23     A.      I DON'T BELIEVE I DID BECAUSE I DID MOST OF THE

24     TALKING.

25     Q.      DID ANYONE ON YOUR SIDE TAKE NOTES?

1    A.        PERHAPS.

2    Q.        DO YOU RECALL THAT IN A NUMBER OF THE SETTLEMENT

3    CONVERSATIONS LEADING UP TO THE SETTLEMENT CONFERENCE

4    THAT THERE WAS DISCUSSION ABOUT AUDITS?

5    A.        LOTS OF DISCUSSION ABOUT AUDITS, YES.

6    Q.        AND THE PLAINTIFFS' SIDE WANTED RISK-LIMITING

7    AUDITS?

8    A.        I DO RECALL, YES.

9    Q.        AND DO YOU REMEMBER THAT YOU SAID A NUMBER OF

10   TIMES, WE ARE LOOKING INTO WHAT OTHER STATES ARE DOING?

11   A.        I THINK WE ALL WERE, YES.  I THINK YOU WERE AS

12   WELL.  BUT, YES, WE WERE LOOKING AT THAT.

13   Q.        AND A BIG FEATURE OF THE SETTLEMENT DISCUSSIONS

14   PRIOR TO THE SETTLEMENT CONFERENCE WAS FIGURING OUT WHAT

15   OTHER STATES WERE DOING, FIGURING OUT WHAT BEST

16   PRACTICES WERE IN TERMS OF AUDITS, RIGHT?

17   A.        YES.  WE WERE IN THAT PROCESS OF UNDERSTANDING

18   WHAT OTHER STATES WERE DOING, BECAUSE, AGAIN, THIS IS

19   SOMETHING -- I DON'T KNOW IF I SAID THIS, SOMETHING

20   YOU-ALL WERE VERY INTERESTED IN.  WE WERE AS WELL.  SO

21   WE WANTED TO MAKE SURE WE WERE DOING IT RIGHT.

22   Q.        AND THAT QUESTION OF AUDITS, THAT WAS THE TOPIC

23   OF THE OCTOBER 9TH CALL, WASN'T IT?

24   A.        THE CONVERSATION PRIOR TO THE DISCUSSION ABOUT

25   AUDITS WAS VERY QUICK.  AGAIN, THE IDEA WAS YOU ALL WERE

1   CONCERNED, IN MY VIEW, THAT WE WERE CERTIFYING PAPERLESS

2   DRE'S OR VVPAT MACHINES THAT PRODUCED WHAT WAS LIKE A

3   PAPER RECEIPT. WE ASSURED YOU THAT THAT WAS NOT THE

4   CASE. I THINK THAT'S WHERE EVENTUALLY WHAT FOOTNOTE 3

5   CAME FROM, WHICH IS TO PROVIDE CLEAR -- AN UNDERSTANDING

6   THAT A DRE WITH A VVPAT WAS NOT CONSIDERED A PAPER

7   BALLOT UNDER THIS AGREEMENT. ONCE WE PASSED THAT QUICK

8   DISCUSSION, AND IT WAS QUICK, WE MOVED ON TO AUDITS, WE

9   MOVED ON TO THE OTHER THINGS THAT WE NEEDED TO GET TO,

10  BECAUSE WE WERE DONE, AS FAR AS I AM CONCERNED, TALKING

11  ABOUT THE TYPES OF MACHINES AND THE RECORDS THAT THEY

12  PRODUCED.

13  Q.      THIS EXHIBIT, AND YOUR COUNSEL SHOWED -- OR YOUR

14  CO-COUNSEL SHOWED, DX M, THAT WAS A POLLING LIST?

15  DEFENDANTS --

16  A.      OKAY.

17  Q.      DEFENDANTS NEVER SENT THAT DOCUMENT TO THE

18  PLAINTIFFS, CORRECT?

19  A.      THAT'S SIMILAR TO THE LINE OF QUESTIONING

20  BEFORE. YOU ARE ASKING ME IF I EVER SENT THIS DIRECTLY

21  TO YOU OR ANYBODY ELSE. NO, I DID NOT.

22  Q.      AM I CORRECT THAT THE ONE AND ONLY POLLING LIST

23  YOU ARE FAMILIAR WITH THAT THE DEFENDANTS SENT THE

24  PLAINTIFFS WAS JX 12?

25  A.      I COULDN'T TELL YOU THAT TO BE CERTAIN, BUT I

1    COULDN'T DISAGREE WITH YOU EITHER.  THAT MIGHT BE TRUE.

2    THESE WERE DOCUMENTS THAT WERE AVAILABLE ONLINE.

3    Q.      AND YOU HAD SAID THAT ON A NUMBER OF OCCASIONS.

4    BUT THE SETTLEMENT AGREEMENT, THE TYPE OF MONITORING IT

5    PROVIDES FOR SAYS NOTHING ABOUT PLAINTIFFS HAVING

6    OBLIGATIONS TO GO ONLINE, DOES IT?

7    A.      THIS -- YOU ARE TALKING ABOUT A DOCUMENT NOW

8    THAT PREDATES THE SIGNING OF THE AGREEMENT.  SO I DON'T

9    KNOW IF YOU'RE TALKING ABOUT AFTER OR BEFORE THE SIGNING

10   OF THE AGREEMENT.  IF YOU ARE TALKING ABOUT BEFORE AND

11   WHETHER OR NOT YOU-ALL WERE AWARE THAT WE WERE

12   CERTIFYING THE XL MACHINE, I THINK WE MADE IT VERY CLEAR

13   THAT WE WERE AND THAT IT WAS GOING THROUGH THE

14   CERTIFICATION PROCESS.  IN FACT, THAT IT ALREADY HAD

15   GONE THROUGH THAT PROCESS.

16            AND IF YOU WANT TO -- I MEAN, I CAN GO ON

17   TO THE NEXT PORTION OF WHAT YOU ARE TALKING ABOUT, WHICH

18   IS PROVIDING YOU NOTICE AND THE IDEA OF THE CONCEPT THAT

19   WE WERE TRYING TO ARTICULATE IN THE AGREEMENT.  IT WAS

20   THAT YOU WISH TO HAVE DR. HALDERMAN OR ONE OF YOUR OTHER

21   FOLKS SIT IN ON THE CERTIFICATIONS, THE PUBLIC PORTIONS

22   OF THOSE CERTIFICATIONS SO THAT HE COULD VIEW THAT

23   PROCESS, SO THAT HE COULD COMMENT AT BREAKS AND HE COULD

24   PROVIDE THOSE COMMENTS TO US BEFORE WE CERTIFIED THE

25   MACHINES.

1    Q.      SIR, THE WORD XL NEVER CAME UP IN A SINGLE

2    COMMUNICATION THE DEFENDANTS HAD WITH PLAINTIFFS AT ANY

3    POINT, ISN'T THAT RIGHT?

4    A.      THE XL?  THE SUITE OF SYSTEMS, WHICH INCLUDED

5    THE XL DID.

6    Q.      THE WORD XL, EXPRESSVOTE XL, DID THAT -- DID

7    ANYONE EVER MENTION SPECIFICALLY THAT SYSTEM,

8    EXPRESSVOTE XL, IN ANY SETTLEMENT DISCUSSION?

9    A.      I NEVER SAID --

10                  MR. ARONCHICK:  OBJECTION.

11                  THE COURT:  OVERRULED.

12                  THE WITNESS:  I DIDN'T SAY XL TO YOU.  WE

13   DID TALK ABOUT THE SUITE OF SYSTEMS PROVIDED BY ES&S.

14   BY MR. MAAZEL:

15   Q.      ARE YOU AWARE OF ANYONE ELSE ON THE DEFENSE SIDE

16   WHO EVER MENTIONED THE EXPRESSVOTE XL SPECIFICALLY TO

17   PLAINTIFFS AT ANY POINT?

18   A.      WE DID PROVIDE TO YOU -- AGAIN, WE SAID ES&S

19   THAT INCLUDES TWO MACHINES THAT WE WERE CERTIFYING.  ONE

20   OF THEM WAS THE XL, THE OTHER WAS THE 2.1.  BOTH OF THEM

21   PRODUCED THE SAME RECORD.  SAME MACHINE THAT DR.

22   HALDERMAN REVIEWED AND TOLD US WASN'T A LEMON.

23   Q.      I JUST WANT TO MAKE SURE THE TESTIMONY IS CLEAR

24   FOR --

25                  THE COURT:  I HAVE GOTTEN IT.

1                MR. MAAZEL:  OKAY.

2                THE COURT:  I HAVE GOT IT.

3                MR. MAAZEL:  OKAY.

4    BY MR. MAAZEL:

5    Q.      THE SETTLEMENT AGREEMENT ITSELF PROVIDED FOR A

6    VERY SPECIFIC TYPE OF MONITORING, YES?

7    A.      IF YOU WANT TO GO BACK TO -- AND FIGURE OUT

8    WHICH PARAGRAPH YOU ARE TALKING ABOUT?

9    Q.      WE CAN JUST --

10               THE COURT:  EXHIBIT 30.  EVEN I REMEMBER

11   IT.

12               THE WITNESS:  I REMEMBER THAT ONE.  I

13   JUST HAVE TO GET TO IT.  IT'S IN THE OTHER BINDER.

14               OKAY.  WHICH PARAGRAPH ARE YOU TALKING

15   ABOUT?  PARAGRAPH 4?

16   BY MR. MAAZEL:

17   Q.      PARAGRAPH 4 OF EXHIBIT 30.

18   A.      ALL RIGHT.

19   Q.      PUT THE BURDEN ON THE DEFENDANTS TO ALLOW

20   DESIGNATED PLAINTIFFS TO OBSERVE THE CERTIFICATION

21   PROCESS, CORRECT?

22   A.      IT SAYS THAT, BUT ALSO THERE IS A, B AND C HERE

23   THAT PROVIDE THE DETAILS OF WHAT WE WERE TO PROVIDE,

24   YES.

25   Q.      AND THEN IN ADDITION, IT SAYS THAT:  THE

1    SECRETARY SHALL ENSURE THAT THE PLAINTIFFS ARE MADE

2    AWARE OF ALL CURRENTLY SCHEDULED AND FUTURE SCHEDULED

3    COMMONWEALTH ON-SITE CERTIFICATION TESTING FOR VOTING

4    SYSTEMS.

5    A.     IT SAYS THAT, YES, IN 2.

6    Q.     THERE IS NO REQUIREMENT IN THE SETTLEMENT

7    AGREEMENT THAT THE PLAINTIFFS MONITOR YOUR WEBSITE, IS

8    THERE?

9    A.     NOT IN THE SETTLEMENT AGREEMENT.

10   Q.     IS THERE ANY REQUIREMENT IN THE SETTLEMENT

11   AGREEMENT THAT THE PLAINTIFFS MONITOR THE WEBSITES OF

12   DOZENS OF MANUFACTURERS?

13   A.     NO.  BUT, AGAIN, I ASSUME THAT YOU WERE DOING

14   THAT BASED ON THE FACT THAT YOU SAID YOU WERE

15   CONTINUALLY MONITORING WHAT WE WERE DOING.

16   Q.     I AM ASKING A VERY NARROW QUESTION.

17   A.     OKAY.

18   Q.     IS THERE ANYTHING IN THE SETTLEMENT AGREEMENT

19   THAT PROVIDES FOR ANY KIND OF MONITORING --

20              THE COURT:  TIME IS UP, MR. MAAZEL.

21              MR. MAAZEL:  OKAY.  I HAVE NO FURTHER

22   QUESTIONS, YOUR HONOR.

23              MR. ARONCHICK:  I DON'T HAVE ANYTHING

24   FURTHER.

25              THE COURT:  ALL RIGHT.  THANK YOU VERY

1    MUCH.

2                        THE WITNESS:  THANK YOU, YOUR HONOR.

3                        THE COURT:  WHY DON'T WE TAKE A SHORT

4    BREAK.  AND WHO IS THE NEXT WITNESS YOU THINK YOU CAN

5    CALL?

6                        MR. MAAZEL:  YES, WE WERE GOING TO CALL

7    KATHLEEN KOTULA NEXT, YOUR HONOR.

8                        THE COURT:  OKAY.  WE WILL GO TO 6:00 AND

9    I WILL BE GUIDED BY THE PARTIES.

10                       (BRIEF RECESS TAKEN.)

11                       THE COURT:  PLEASE BE SEATED.

12                       MR. ARONCHICK:  JUDGE, I HAVE A REPORT ON

13   THE TIMING.

14                       THE COURT:  YES, YES.

15                       MR. ARONCHICK:  SO WE ARE PROBABLY NOT

16   GOING TO GET TO DR. HALDERMAN TODAY, IF WE ARE ENDING AT

17   6:00.  SO IF THIS IS ACCEPTABLE, DEPENDING UPON YOUR

18   TIMING, DR. HALDERMAN, THEN BAUMERT FROM ES&S, SO HE CAN

19   GET ON A PLANE TOMORROW, IN OTHER WORDS, HE'S CHANGED IT

20   TO TOMORROW.  THE TWO CITY WITNESSES, IF THEY DON'T FIT

21   TOMORROW, WE'LL TAKE THEM ANOTHER TIME.  IF THEY DO,

22   THAT'S FINE.  WE WILL HAVE ENOUGH TIME TO GET DR.

23   HALDERMAN AND BAUMERT.

24                       THE COURT:  TODAY?

25                       MR. ARONCHICK:  TOMORROW.

1          THE COURT:  AS I SAID, I HAVE MOVED MY

2    FINAL PRETRIAL TO 4 O'CLOCK.  AND I DON'T THINK IT WILL

3    TAKE A WHOLE LOT MORE THAN TEN MINUTES, EVEN IF I HAVE

4    TO INTERRUPT THESE PROCEEDINGS.

5          MR. ARONCHICK:  SO THAT WILL WORK.

6          THE COURT:  IT WILL.  AND I HAVE MOVED

7    THE OTHER MATTER.

8          SO YOU ARE GOING TO CALL MS. KOTULA?

9          MR. MAAZEL:  YES, YOUR HONOR.

10         THE COURT:  OKAY.

11         (WITNESS SWORN.)

12         THE WITNESS:  MY FIRST NAME IS KATHLEEN,

13   K-A-T-H-L-E-E-N.  AND MY LAST NAME IS KOTULA,

14   K-O-T-U-L-A.

15              DIRECT EXAMINATION

16   BY MR. MAAZEL:

17   Q.     GOOD AFTERNOON, MS. KOTULA.

18         THE COURT:  GOOD EVENING.

19         MR. MAAZEL:  GOOD EVENING.

20   BY MR. MAAZEL:

21   Q.     IT'S NICE TO SEE YOU AGAIN.

22         YOU ARE THE EXECUTIVE DEPUTY CHIEF

23   COUNSEL FOR THE DEPARTMENT OF STATE, YES?

24   A.     I AM.

25   Q.     AND WAS THAT YOUR ROLE THROUGHOUT THE LAST

1    COUPLE OF YEARS?

2    A.       YES, SINCE 2018.

3    Q.       OKAY.  AND YOU REPORT TO TIM GATES?

4    A.       I DO.

5    Q.       AND WERE YOU THE PERSON WHO INTERACTED PRIMARILY

6    WITH DR. HALDERMAN DURING THE DURATION OF THE

7    SETTLEMENT?

8    A.       POST SETTLEMENT, YES, I HAD CONTACT WITH DR.

9    HALDERMAN.

10   Q.       YES.  YOU WERE THE PRIMARY PERSON ON THE DEFENSE

11   SIDE WHO INTERACTED WITH DR. HALDERMAN?

12   A.       YES.

13   Q.       AND YOU UNDERSTOOD THAT HE WAS THE DESIGNEE FOR

14   PLAINTIFFS TO MONITOR THE CERTIFICATION PROCESS?

15   A.       THAT'S CORRECT.

16   Q.       AND, VERY QUICKLY, YOU DISCUSSED THIS EVS 6021

17   SUITE, YES?

18   A.       YES.

19   Q.       THAT SUITE HAS A WHOLE BUNCH OF DIFFERENT

20   SYSTEMS WITHIN IT, RIGHT?

21   A.       YES.  THERE ARE DIFFERENT COMPONENTS WITHIN A

22   SUITE OF A VOTING SYSTEM.

23   Q.       SOME 27 DIFFERENT SOFTWARE COMPONENTS TO THIS

24   WHOLE SUITE?

25   A.       I DON'T KNOW THAT FOR CERTAIN, HOW MANY

256

1    DIFFERENT SOFTWARE COMPONENTS.  BUT THERE ARE

2    DIFFERENT -- CERTAINLY DIFFERENT HARDWARE COMPONENTS,

3    BALLOT-MARKING DEVICES, PRECINCT SCANNERS, CENTRAL

4    SCANNERS.

5       Q.      AND WITHIN THAT SUITE, THERE ARE A WHOLE BUNCH

6    OF DIFFERENT VOTING SYSTEMS THAT WORK IN DIFFERENT WAYS,

7    CORRECT?

8       A.      THERE ARE DIFFERENT CONFIGURATIONS, THAT'S

9    CORRECT.

10      Q.      THEY CREATE DIFFERENT PIECES OF PAPER THAT LOOK

11   DIFFERENT?

12      A.      YES.  I MEAN, IF YOU ARE TALKING ABOUT

13   BALLOT-MARKING DEVICES AS OPPOSED TO HAND-MARKED PAPER

14   BALLOTS, YES.

15      Q.      AND IF YOU ARE LOOKING AT BALLOT-MARKING

16   DEVICES, THERE'S A CORRECT WAY IN HOW THEY WORK WITHIN

17   THAT SUITE, YES?

18      A.      WITHIN A SUITE, WITHIN -- ARE YOU TALKING ABOUT

19   WITHIN A VENDOR'S PARTICULAR SUITE OR JUST

20   BALLOT-MARKING DEVICES IN GENERAL?

21      Q.      I'M TALKING ABOUT THE EVS 6021 SUITE.  IT HAS A

22   WHOLE BUNCH OF DIFFERENT TYPES OF VOTING SYSTEMS WITHIN

23   THAT SUITE.

24      A.      THERE ARE -- YES, THERE ARE DIFFERENT

25   CONFIGURATIONS.

1    Q.    OKAY.  NOW, WE HAVE -- YOU WERE HERE FOR THE

2    TESTIMONY ABOUT THE STIPULATION IN PARAGRAPH 44, YES?

3    THAT THE DEFENDANTS DID NOT COMMUNICATE THE

4    CERTIFICATION OF THIS SUITE TO PLAINTIFFS?

5    A.    YES.

6    Q.    AND THAT IS AN ACCURATE AND TRUTHFUL STATEMENT,

7    RIGHT?

8    A.    YES.  WE DID NOT SEND THE CERTIFICATION REPORT.

9    Q.    FOR THE SUITE?

10    A.    FOR THE EVS -- THE ES&S EVS 6021.

11    Q.    WHICH INCLUDES THE XL?

12    A.    CORRECT.

13    Q.    AND IN ADDITION TO NOT SENDING THAT REPORT, AT

14    ANY POINT YOU NEVER TOLD DR. HALDERMAN ABOUT THE

15    CERTIFICATION, CORRECT?

16    A.    I DISAGREE WITH THAT.

17    Q.    WELL --

18            THE COURT:  WHY DO YOU DISAGREE WITH

19    THAT?

20            THE WITNESS:  WELL, I DISAGREE IN THE

21    SENSE THAT WE DID -- WE TOLD THE PLAINTIFFS IN THE

22    STATUS REPORTS THAT WAS PROVIDED THAT -- THE STATUS

23    REPORT INDICATED THAT THE SYSTEM WAS BEING EXAMINED IN

24    LATE SEPTEMBER OF 2018.  SO THAT'S WHY I DISAGREE.

25    BY MR. MAAZEL:

1    Q.        BUT AFTER THE SYSTEM WAS CERTIFIED, AS SET FORTH

2    IN STIPULATION NUMBER 44, DEFENSE COUNSEL DID NOT

3    COMMUNICATE THAT CERTIFICATION IN ANY FORM TO THE

4    PLAINTIFFS, CORRECT?

5                    MR. WIYGUL:  OBJECTION.

6                    THE COURT:  OVERRULED.

7                    THE WITNESS:  THAT'S CORRECT.

8    BY MR. MAAZEL:

9    Q.        OKAY.  NOW, CAN YOU LOOK AT PLAINTIFFS'

10   EXHIBIT 1001.  AND DO YOU RECOGNIZE THIS TO BE A SERIES

11   OF E-MAILS BETWEEN DR. HALDERMAN AND YOURSELF BETWEEN

12   OCTOBER 24TH, 2018 AND NOVEMBER 3RD, 2019?

13   A.        YES.

14   Q.        AND SO IF WE CAN TURN TO -- IS YOUR EXHIBIT, IS

15   THERE PAGE NUMBERS AT THE BOTTOM, HANDWRITTEN?

16   A.        YES.  AND WHOEVER DID THAT, THANK YOU.

17   Q.        I HOPE THAT MY COLLEAGUE MR. LIEB GETS CREDIT

18   FOR THAT.

19                    MR. LIEB:  THAT'S WHY I WENT TO LAW

20   SCHOOL.

21   BY MR. MAAZEL:

22   Q.        SO IF WE TURN TO PAGE 2.

23   A.        YES.

24   Q.        AND THIS IS DR. HALDERMAN REACHING OUT TO YOU

25   FOR THE FIRST TIME ON OCTOBER 24, 2018, RIGHT?

1   A.      YES.

2   Q.      AND HE WRITES, I HOPE WE CAN FIND TIME TO TALK

3   SOON REGARDING HOW I CAN BEST ENGAGE WITH PENNSYLVANIA'S

4   VOTING SYSTEM TESTING, RIGHT?

5   A.      YES.

6   Q.      AND THEN YOU HAD SOME SORT OF CALL AFTER THAT?

7   A.      ACCORDING TO THE E-MAILS, YES, THAT'S WHAT IT

8   APPEARS.

9   Q.      DO YOU REMEMBER THAT CALL, WHAT WAS SAID IN THE

10  CALL?

11  A.      I DON'T REMEMBER THE SPECIFICS OF IT.  BUT BASED

12  ON THE CONTEXT IN THE E-MAIL, IT APPEARS THAT WE

13  DISCUSSED THE CLEARBALLOT EXAMINATION.

14  Q.      AND THEN YOU FOLLOWED UP WITH AN E-MAIL ABOUT

15  THE CLEARBALLOT EXAMINATION, CORRECT?

16  A.      YES.

17  Q.      AND SO THIS WAS A VOTING SYSTEM THAT THE

18  SECRETARY WAS GOING TO TEST AND CONSIDER FOR

19  CERTIFICATION?

20  A.      YES.

21  Q.      AND ON PAGE 6 OF THIS DOCUMENT, YOU E-MAILED DR.

22  HALDERMAN, QUOTE, PLEASE LET ME KNOW IF YOU PLAN TO

23  ATTEND IN PERSON.  OTHERWISE WE CAN DISCUSS ARRANGEMENTS

24  REGARDING THE VIDEO RECORDING OF THE EXAMINATION, YES?

25  A.      I SEE THAT, YES.

1    Q.        AND THAT'S AN E-MAIL THAT YOU SENT I BELIEVE ON

2    OCTOBER 26, 2018?

3    A.        CORRECT.

4    Q.        SO THIS IS BEFORE THE SETTLEMENT AGREEMENT WAS

5    SIGNED.  YOU WERE INVITING DR. HALDERMAN, IF HE COULDN'T

6    MAKE IT TO TESTING, TO LOOK AT VIDEOS?

7    A.        CORRECT.  IT WAS IN THE INTERIM PERIOD AFTER THE

8    TERM SHEET HAD BEEN AGREED UPON BEFORE THE SETTLEMENT

9    AGREEMENT WAS SIGNED.

10    Q.        AND THE VIDEOS --

11                  THE COURT:  IS THAT DR. HALDERMAN SITTING

12    THERE?

13                  MR. MAAZEL:  YES.

14                  THE COURT:  NICE TO SEE YOU AGAIN,

15    DOCTOR.  WELCOME BACK FROM AUSTRALIA.  I WOULD

16    APPRECIATE IT IF YOU DIDN'T SHAKE YOUR HEAD YES AND NO

17    IN RESPONSE TO THE QUESTIONS AND ANSWERS.

18                  DR. HALDERMAN:  EXCUSE ME, YOUR HONOR.

19                  THE COURT:  THANK YOU.  GO AHEAD.

20                  MR. MAAZEL:  APOLOGIES, YOUR HONOR.

21                  THE COURT:  I DERAILED YOUR TRAIN OF

22    THOUGHT.  SORRY.

23    BY MR. MAAZEL:

24    Q.        SO YOU MADE CLEAR TO DR. HALDERMAN THAT -- I'M

25    SORRY, THAT'S WHAT I WAS GOING TO ASK.

1          THE VIDEOS ARE VIDEOS THAT ARE TAKEN OF

2   THE TESTING ITSELF, RIGHT?

3   A.      THE VIDEOS ARE TAKEN OF WHAT WE CALL THE ON-SITE

4   EXAMINATION, WHICH IS THE FUNCTIONALITY EXAMINATION OF

5   THE VOTING SYSTEM.  THAT'S WHERE THE SECRETARY AND HER

6   STAFF ARE LOOKING AT THE VOTING SYSTEM IN TERMS OF DOES

7   IT DO STRAIGHT-PARTY CORRECTLY, DOES IT PREVENT

8   OVERVOTES, HOW DOES IT WARN VOTERS OF UNDERVOTES.  SO

9   IT'S THE FUNCTIONALITY PORTION OF THE EXAMINATION.

10  Q.      AND THOSE ON-SITE EXAMINATIONS OFTEN TAKE

11  MULTIPLE DAYS?

12  A.      THAT'S CORRECT.

13  Q.      SO IT COULD BE 10, 15 HOURS OF VIDEO OR EVEN

14  MORE?

15  A.      EVEN MORE.  IT WOULD NOT BE -- IT WOULD NOT BE

16  ATYPICAL, AND, IN FACT, FOR THE EVS 6021, MY

17  RECOLLECTION IS THAT EXAM TOOK FOUR DAYS.  AND THOSE ARE

18  FOUR FULL DAYS, SOMETIMES GOING BEYOND CLOSE OF

19  BUSINESS.

20  Q.      AND THOSE EXAMINATIONS ARE OPEN TO THE PUBLIC?

21  A.      THEY ARE OPEN TO THE PUBLIC, YES.

22  Q.      AND SO ON OCTOBER 30TH -- THIS IS PAGE 7.  ON

23  OCTOBER 30TH, DR. HALDERMAN RESPONDED TO YOU THAT HE WAS

24  NOT GOING TO BE ABLE TO MAKE IT IN PERSON TO THIS

25  PARTICULAR CLEARBALLOT EXAMINATION AND PLEASE ARRANGE

1    FOR ME TO SEE A COPY OF THE VIDEO, YES?

2    A.     YES.

3    Q.     AND THEN AM I CORRECT, JUST LOOKING AT THIS

4    E-MAIL CHAIN, THAT THIS PARTICULAR CLEARVOTE EXAMINATION

5    WAS ACTUALLY POSTPONED FOR SOME REASON?

6    A.     THAT'S CORRECT.  THE VENDOR ULTIMATELY WITHDREW

7    THAT PARTICULAR VERSION OF THE SYSTEM FROM

8    CERTIFICATION, BECAUSE, LIKE EVERY OTHER VENDOR THAT

9    CAME INTO PENNSYLVANIA, NONE OF THEM COULD GET THE

10   PENNSYLVANIA METHOD OF VOTING CORRECT ON THE STRAIGHT

11   PARTY, SO...

12   Q.     OKAY.  AND THEN ON DECEMBER 4TH YOU GAVE DR.

13   HALDERMAN NOTICE OF -- I'M SORRY, THIS IS PAGE 10.  ON

14   DECEMBER 4, 2018, YOU GAVE DR. HALDERMAN NOTICE OF AN

15   ON-SITE EXAMINATION OF THE HART VERITY 2.3 VOTING

16   SYSTEM?

17   A.     THAT'S CORRECT, YES.

18   Q.     AND THEN YOU HAVE A CORRESPONDENCE BACK AND

19   FORTH WITH DR. HALDERMAN ABOUT THE HART EXAMINATION,

20   YES?

21   A.     THAT'S CORRECT.  I THINK I SENT HIM A MAP OF THE

22   COMPLEX AND EVERYTHING.

23   Q.     AND THAT EXAMINATION ACTUALLY HAPPENED?

24   A.     IT DID, IN JANUARY OF 2019.

25   Q.     AND DR. HALDERMAN ATTENDED THAT ONE IN PERSON?

1   A.      HE DID.

2   Q.      AND THEN ON PAGE 13 ON JANUARY 29, 2019, HE

3   WROTE AN E-MAIL TO YOU AND JOHN HARTZELL?

4   A.      THAT'S CORRECT.

5   Q.      AND THANK YOU FOR ACCOMMODATING HIM IN

6   HARRISBURG AND GIVING SOME FEEDBACK ON THE HART SYSTEM?

7   A.      YES.

8   Q.      AND IN THE SECOND PARAGRAPH, DR. HALDERMAN

9   WROTE, QUOTE, CERTAINLY SOME OF THESE ISSUES ARE SHARED

10  BY OTHER VENDOR SYSTEMS AND I HOPE TO HAVE THE CHANCE TO

11  GO BACK AND REVIEW THE VIDEOS FROM THOSE TESTS SO I CAN

12  PROVIDE SIMILAR FEEDBACK.

13  A.      THAT'S CORRECT.

14  Q.      SO HERE DR. HALDERMAN WAS ASKING FOR ANY VIDEOS

15  OF TESTS THAT YOUR OFFICE, YOUR DEPARTMENT DID THAT HE

16  WAS NOT PRESENT FOR, CORRECT?

17  A.      YES.  HE WAS ASKING FOR THE OTHER VENDORS'

18  VIDEOS.

19  Q.      NOW, IS THERE ANY E-MAIL WITH DR. HALDERMAN --

20  WELL, LET ME WITHDRAW THAT AND ASK THIS FIRST.  ARE YOU

21  AWARE OF ANY E-MAILS WITH DR. HALDERMAN THAT YOU HAD

22  OTHER THAN WHAT'S IN THIS EXHIBIT?

23  A.      I AM NOT AWARE OF ANY, NO.

24  Q.      IN ANY E-MAIL WITH DR. HALDERMAN IN OCTOBER OR

25  NOVEMBER OF 2018, OR DECEMBER OF 2018 OR JANUARY OF

1    2019, DID YOU EVER REFER TO ANY ES&S SYSTEM?

2    A.      I AM NOT AWARE OF IT, NO.

3    Q.      DID YOU EVER REFER TO ANY ES&S TESTING OF ANY

4    KIND FOR WHATEVER THEY MIGHT BE TESTING?

5    A.      IN MY E-MAILS ABOUT THE EXAMINATION?

6    Q.      IN ANY E-MAIL YOU HAD WITH DR. HALDERMAN IN ALL

7    THE E-MAILS.

8    A.      NO.  ES&S IS NOT MENTIONED IN THESE E-MAILS.

9    Q.      OKAY.  AND IN THOSE MONTHS, OCTOBER, NOVEMBER,

10   DECEMBER, JANUARY, DO YOU HAVE ANY MEMORY OF DISCUSSING

11   ANY ES&S SYSTEM WITH DR. HALDERMAN?

12   A.      I DON'T -- NO, I DON'T HAVE ANY RECOLLECTION

13   BECAUSE -- WELL, I DON'T HAVE A RECOLLECTION THAT THERE

14   WAS A DISCUSSION BECAUSE THE ES&S EXAMINATION HAD

15   ALREADY OCCURRED IN LATE SEPTEMBER OF 2018.

16   Q.      I BELIEVE IT'S STIPULATED THAT IT WAS LATE

17   FEBRUARY 2019 WHEN PHILADELPHIA VOTED TO USE THE XL

18   SYSTEM?

19   A.      YES.

20   Q.      AT ANY POINT -- WELL, WITHDRAWN.

21           IS IT A FACT THAT BEFORE PHILADELPHIA

22   VOTED TO TAKE AND USE THIS XL SYSTEM, YOU NEVER SAID

23   ANYTHING ABOUT ES&S TO DR. HALDERMAN, CORRECT?

24   A.      IN THE CONTEXT OF THESE E-MAILS, THE EXCHANGES

25   BACK AND FORTH ABOUT THE EXAMINATION, NO, I DIDN'T SAY

1     ANYTHING TO HIM IN THE CONTEXT OF THESE E-MAILS.

2     Q.        YOU DIDN'T SAY ANYTHING AT ALL ABOUT HOW THE

3     SYSTEM HAD BEEN CERTIFIED OR ANYTHING LIKE THAT, RIGHT?

4     A.        WELL, AGAIN, I JUST GO BACK TO THE STATUS REPORT

5     THAT WAS PART OF THE COMMUNICATION THAT INDICATED THAT

6     THE EXAMINATION FOR THAT SYSTEM WAS GOING TO OCCUR IN

7     LATE SEPTEMBER OF 2018.

8     Q.        OKAY.

9               THE COURT:  DID YOU EVER MENTION IT

10    VERBALLY, ORALLY, IN YOUR CONVERSATIONS WITH HIM OR CAN

11    YOU RECALL?

12              THE WITNESS:  NOT THAT I CAN RECALL.

13              THE COURT:  OKAY.

14    BY MR. MAAZEL:

15    Q.        AND AT ANY POINT IN 2018 DID YOU EVER PROVIDE

16    DR. HALDERMAN VIDEOS OF ANY ES&S TESTING?

17    A.        NO.

18    Q.        IF WE CAN LOOK AT PAGE 17 OF PLAINTIFFS 1001.

19    A.        YES.

20    Q.        1001.  SO ON FEBRUARY 21ST, 2019, DR. HALDERMAN

21    WRITES YOU AGAIN, QUOTE, TO ASK AGAIN HOW I CAN OBTAIN

22    THE VIDEOS FROM YOUR EARLIER CERTIFICATION SESSIONS.  I

23    WOULD LIKE TO REVIEW THEM.

24              HE SENT THAT TO YOU, YES?

25    A.        THAT'S CORRECT.

1    Q.        BETWEEN JANUARY 29 AND FEBRUARY 21, DURING THAT

2    FIRST PERIOD WHERE HE ASKED YOU FOR VIDEOS, YOU HAD NOT

3    GIVEN HIM ANY VIDEOS, CORRECT?

4    A.        WE HAD NOT.

5    Q.        THAT'S MY QUESTION.

6              AND THEN ON FEBRUARY 26TH -- WELL,

7    WITHDRAWN.

8              DID YOU RESPOND TO THE FEBRUARY 21, 2019

9    E-MAIL FROM DR. HALDERMAN?

10   A.        I DID.

11   Q.        AND YOU WROTE, QUOTE, WE DID RECEIVE -- THIS IS

12   FEBRUARY 26TH, YES?

13   A.        THIS IS FEBRUARY 26TH, YES.

14   Q.        AND YOU WROTE, QUOTE:  WE DID RECEIVE YOUR

15   E-MAIL LAST MONTH AND SHARED YOUR COMMENTS WITH OUR

16   AGENCY CLIENT.  REGARDING THE VIDEOS, WE HAVE TO WORK

17   WITH THE VENDORS FIRST TO REVIEW THE VIDEOS FOR

18   PROPRIETARY INFORMATION.  CORRECT?

19   A.        THAT'S CORRECT, AND THAT'S WHAT I WAS ABOUT TO

20   SAY IN MY PREVIOUS RESPONSE.

21   Q.        OKAY.

22   A.        THIS WAS NOT AN INSIGNIFICANT REQUEST.  THIS WAS

23   A LOT OF WORK.

24   Q.        THESE ES&S -- THE VIDEOS OF THE ES&S TESTING,

25   THAT WAS -- THOSE WERE VIDEOS OF TESTING OPEN TO THE

1    PUBLIC, YES?

2    A.        THE ON-SITE EXAMINATIONS ARE OPEN TO THE PUBLIC.

3    BUT WHAT HAPPENS -- WHAT HAPPENS WITH THESE EXAMINATIONS

4    IS THAT IT'S RARE THAT ANYBODY ACTUALLY COMES TO THE

5    EXAMINATION.   OR IF SOMEBODY COMES, THEY DON'T STAY FOR

6    THE ENTIRE DURATION.   SO AS A RESULT, THE VIDEO

7    CONTINUES TO RUN, BUT THERE'S NOT ACTUALLY MEMBERS OF

8    THE PUBLIC THERE.

9            SO STAFF, VENDORS AND OTHERS ARE NOT

10   ALWAYS COGNIZANT ABOUT MAKING SURE THAT WHEN THEY'RE

11   MAKING COMMENTS IN FRONT OF THE VIDEO, THAT IF THEY'RE

12   TALKING ABOUT PROPRIETARY INFORMATION, THAT THOSE

13   COMMENTS ARE BEING PICKED UP ON THE VIDEO.

14           SO, YES, THE EXAMINATIONS ARE OPEN TO THE

15   PUBLIC.   YES, THERE IS A VIDEO RECORD.   BUT THIS IS WHY

16   WE MADE THE DECISION THAT WE NEEDED TO HAVE THE VENDORS

17   LOOK AT THE VIDEOS.   THERE ARE CONCERNS, BECAUSE OF THE

18   FACT THAT A LOT OF TIMES PEOPLE JUST DON'T SHOW UP TO

19   THESE EXAMINATIONS.

20   Q.        SO EVEN THOUGH THE ENTIRETY OF THE ES&S

21   EXAMINATIONS WERE OPEN TO THE PUBLIC --

22           THE COURT:   YOU ARE ARGUING.   I GOT IT.

23           MR. MAAZEL:   OKAY.   I UNDERSTAND.

24   BY MR. MAAZEL:

25   Q.        FEBRUARY 26TH IS PAGE 18.   DR. HALDERMAN

1   RESPONDS AND SAYS:  DO YOU KNOW WHEN THE VIDEOS WILL BE

2   AVAILABLE?  AND THEN HE WROTE A FOLLOW-UP E-MAIL THE

3   SAME DAY:  ALSO WEREN'T THESE CERTIFICATION SESSIONS

4   DONE IN PUBLIC?  I WOULD JUST LIKE TO SEE WHAT THE

5   PUBLIC ALREADY SAW SINCE I WAS NOT THERE AT THE TIME.

6   CORRECT?

7   A.      THAT'S CORRECT.

8   Q.      AND YOU DID NOT RESPOND TO THAT NOW THIRD

9   REQUEST -- I'M SORRY.  YOU HAVE NOT RESPONDED TO THIS

10  NOW FOURTH REQUEST FOR VIDEOS FROM DR. HALDERMAN,

11  CORRECT?

12  A.      WE DIDN'T RESPOND DIRECTLY TO THAT E-MAIL, NO.

13  Q.      AND THEN ON MARCH 7TH DR. HALDERMAN WROTE TO YOU

14  AGAIN.  QUOTE:  I AM WRITING AGAIN TO ASK WHEN THE OTHER

15  VIDEOS WILL BE AVAILABLE FOR REVIEW.

16  A.      THAT'S CORRECT.

17  Q.      AND HE ALSO WROTE THAT, QUOTE, TIME IS OF THE

18  ESSENCE, YES?

19  A.      YES, I SEE THAT.

20  Q.      AND THEN -- WHO IS JOHN HARTZELL?

21  A.      SO JOHN HARTZELL IS A DEPUTY CHIEF COUNSEL IN

22  OUR OFFICE.

23  Q.      DOES HE REPORT TO YOU?

24  A.      HE DOES, YES.

25  Q.      AND SO THE NEXT DAY, MARCH 8, JOHN HARTZELL

1       WROTE DR. HALDERMAN COPYING YOU, SAYING, QUOTE:  WE ARE

2       PROVIDING AN OPPORTUNITY TO THE VENDORS TO TAKE A LOOK

3       AT THE VIDEOS TO ENSURE THERE WAS NO PROPRIETARY OR

4       CONFIDENTIAL INFORMATION DISCLOSED.   YES?

5       A.      THAT'S CORRECT.

6       Q.      AND THEN 20 DAYS PASS, RIGHT?

7       A.      YES.

8       Q.      AND ON MARCH 28, 2019, DR. HALDERMAN WRITES YOU

9       AGAIN.  THIS IS NOW HIS FIFTH REQUEST FOR VIDEOS, RIGHT?

10      A.      IT IS.  AND, AGAIN, THIS WAS NOT AN

11      INSIGNIFICANT REQUEST.  IT TOOK TIME.

12      Q.      AND HE WRITES:  ANY UPDATE ON THE STATUS OF THE

13      VIDEOS, YES?

14      A.      THAT'S CORRECT.

15      Q.      AND THEN A FEW MORE WEEKS GO BY, RIGHT?

16      A.      CORRECT.

17      Q.      AND ON APRIL 7TH -- THIS IS PAGE 20 ON

18      APRIL 17TH, DR. HALDERMAN WRITES A SIXTH REQUEST FOR THE

19      TESTING VIDEOS, YES?  QUOTE:  ANY UPDATES ABOUT WHEN THE

20      VIDEOS MIGHT BE AVAILABLE?  I ASKED ALMOST THREE MONTHS

21      AGO.

22      A.      YES, HE SENT AN E-MAIL ON THAT DATE ASKING.

23      Q.      AND THEN A FEW MORE WEEKS GO BY, YES?

24      A.      YES.  AND, ACTUALLY, THE PRIMARY HAD HAPPENED IN

25      THAT TIME PERIOD, TOO.

1    Q.      OKAY.  BY THE WAY, THESE MONTHS, JANUARY,

2    FEBRUARY, MARCH, APRIL, THIS IS ABOUT THE -- THIS IS

3    DURING THE SAME TIME THAT PHILADELPHIA EVENTUALLY VOTED

4    TO USE THESE MACHINES, YES?

5    A.      I THINK THAT'S IN THE STIPULATION.

6    Q.      AND THEN IT WAS SOMETIME --

7              THE COURT:  I THOUGHT IT WAS IN FEBRUARY.

8              THE WITNESS:  FEBRUARY OF 2019.

9    BY MR. MAAZEL:

10   Q.      AND THEN IN MAY 2019, PHILADELPHIA SIGNED A

11   CONTRACT, ACTUALLY SIGNED A CONTRACT TO USE THE XL

12   SYSTEM?

13   A.      IS THAT IN THE STIPULATION?  IS THAT IN THE

14   STIPULATION SOMEWHERE?

15   Q.      YES, IT IS.

16              MR. MAAZEL:  I WILL WITHDRAW THAT

17   QUESTION.

18              THE COURT:  OKAY.

19   BY MR. MAAZEL:

20   Q.      OKAY.  SO DID YOU RESPOND TO THE APRIL 17 SIXTH

21   REQUEST FROM DR. HALDERMAN FOR THOSE VIDEOS?

22   A.      AGAIN, THERE WASN'T A DIRECT RESPONSE.  WE

23   ULTIMATELY PROVIDED THE VIDEOS.  AND I KNOW YOU ARE

24   GETTING THERE, BUT THERE WAS NOT A DIRECT RESPONSE TO

25   THAT PARTICULAR E-MAIL.

1    Q.        THERE WAS ACTUALLY NO RESPONSE AT ALL TO THAT

2    E-MAIL?

3    A.        CORRECT.

4                  THE COURT:  NO, THERE WASN'T.

5    BY MR. MAAZEL:

6    Q.        OKAY.  AND NOW IF WE CAN LOOK AT JX 40.  AND IF

7    YOU CAN LOOK AT THE SECOND TO LAST PAGE.

8    A.        YES.

9    Q.        SO ON MAY 9, 2019, I WROTE YOU AN E-MAIL COPYING

10   MR. GATES, YES?

11   A.        THAT'S CORRECT.

12   Q.        AND THIS -- AND I WROTE, QUOTE:  HI KAT, ON A

13   FEW OCCASIONS, DR. HALDERMAN HAS UNSUCCESSFULLY

14   REQUESTED ACCESS TO TESTING VIDEOS FOR NEW VOTING

15   SYSTEMS, INCLUDING FOR TESTS HE WITNESSED IN PERSON.  HE

16   NEEDS TO SEE THOSE VIDEOS TO PERFORM THE ROLE SET FORTH

17   IN SECTION II(4) OF THE SETTLEMENT AGREEMENT AS THE

18   PLAINTIFF DESIGNATE.  COULD YOU SEE THAT THIS ISSUE IS

19   PROMPTLY ADDRESSED SO THAT DR. HALDERMAN CAN, PER THE

20   SETTLEMENT, OBSERVE THE CERTIFICATION PROCESS.

21                  AND YOU RECEIVED THAT E-MAIL MAY 9TH,

22   CORRECT?

23   A.        YES, I SEE THAT'S WHAT YOU WROTE AND I RECEIVED

24   IT.

25   Q.        AND THAT IS NOW THE SEVENTH REQUEST FOR TESTING

1        VIDEOS, YES?

2        A.      YES.

3        Q.      AND YOU DID NOT RESPOND TO THAT REQUEST

4        EITHER -- OR WITHDRAWN.

5                        YOU RESPONDED:  I WILL CHECK IN WITH THE

6        PROGRAM DIRECTOR, YES?

7        A.      YES.

8        Q.      AND FIVE DAYS LATER, I WROTE YOU AN E-MAIL ON

9        MAY 14:  THANKS.  DO WE HAVE ANY UPDATE?

10                       SO THAT'S NOW THE EIGHTH REQUEST FOR

11       TESTING VIDEOS, YES?

12       A.      YES.

13       Q.      AND YOU RESPONDED THAT YOU SHOULD HAVE SOMETHING

14       AVAILABLE BEFORE THE END OF THE WEEK, YES?

15       A.      CORRECT.

16       Q.      AND THEN YOU PRODUCED VIDEOS FOR THE DOMINION

17       DEMOCRACY SUITE 5.5?

18       A.      THAT'S CORRECT.

19       Q.      BUT YOU DID NOT PRODUCE THE ES&S VIDEOS,

20       CORRECT?

21       A.      NOT AT THAT POINT IN TIME.

22       Q.      OKAY.  AND THEN ON MAY 21ST, I WROTE YOU SAYING:

23       FEEL FREE TO FORWARD THE VIDEOS FROM ES&S AND OTHER

24       ELECTION SYSTEMS DIRECTLY TO DR. HALDERMAN, YES?

25       A.      CORRECT.

1   Q.      AND YOU DID NOT RESPOND TO THAT E-MAIL, DID YOU?

2   A.      WELL, WE ULTIMATELY SENT THE VIDEOS TO DR.

3   HALDERMAN ON JUNE 5TH.

4   Q.      BUT THERE WERE MORE E-MAILS BEFORE THAT, WEREN'T

5   THERE?

6   A.      YOU WOULD HAVE TO SHOW ME.

7   Q.      IF YOU CAN LOOK AT JX 41.

8   A.      YES.

9   Q.      ON MAY 28, 2019, DR. HALDERMAN WROTE YOU:  THANK

10  YOU FOR THE VIDEOS AVAILABLE FOR THE DOMINION TESTING.

11  ILANN MENTIONED THAT YOU GOING TO UPLOAD THE ES&S VIDEOS

12  NEXT.  CAN YOU LET ME KNOW WHEN I CAN RETRIEVE THEM,

13  YES?

14  A.      YES.

15  Q.      AND THIS IS NOW THE NINTH REQUEST FOR VIDEOS?

16  A.      YES.

17  Q.      AND YOU DID NOT RESPOND TO THAT E-MAIL, DID YOU?

18  A.      NO.

19  Q.      THEN ON JUNE 4TH OF 2019 DR. HALDERMAN WROTE YOU

20  FOR THE 10TH TIME, QUOTE:  JUST WANTED TO ASK AGAIN

21  ABOUT DOWNLOADING THE OTHER VIDEOS.  WILL THEY BE

22  AVAILABLE SOON?  THANKS.

23  A.      YES.

24  Q.      SO TEN TIMES BETWEEN JANUARY 2019 AND JUNE 2019

25  DR. HALDERMAN ASKED YOU FOR TESTING VIDEOS?

1    A.        THAT'S CORRECT.

2    Q.        THAT WOULD HAVE INCLUDED ANY ES&S TESTING VIDEOS

3    YOU HAD?

4    A.        YES, IT WOULD HAVE INCLUDED ES&S BECAUSE THE

5    EXAMINATION HAD OCCURRED AT THAT POINT, AND ACTUALLY THE

6    SYSTEM WAS CERTIFIED AT THAT POINT.

7    Q.        AND IF YOU LOOK AT THE STIPULATION NUMBER 69.

8    A.        YES.

9    Q.        ON JUNE 5, 2019, THE DEPARTMENT FOR THE FIRST

10   TIME PROVIDED DR. HALDERMAN WITH VIDEOS OF THE TESTING

11   OF THE ES&S SYSTEMS, YES?

12   A.        THAT'S CORRECT.

13   Q.        AND THAT WAS ABOUT FIVE MONTHS AFTER DR.

14   HALDERMAN FIRST REQUESTED THEM, CORRECT?

15   A.        SOMEWHERE IN THAT AREA, YES.

16   Q.        AND THE VIDEOS THAT YOU FINALLY PROVIDED ON

17   JUNE 5, 2019, HOW MANY HOURS OF VIDEOS DO YOU THINK YOU

18   PRODUCED?

19   A.        I ACTUALLY DON'T KNOW WHAT THE TOTAL AMOUNT WAS.

20   LIKE I SAID, THAT EXAMINATION LASTED FOR FOUR DAYS AND

21   THEY WOULD HAVE BEEN FULL DAYS.  SO I DON'T KNOW THE

22   EXACT AMOUNT OF TIME.

23   Q.        AND THE VIDEO YOU PRODUCED WAS ACTUALLY DOZENS

24   OF VIDEOS OF THAT TESTING, RIGHT?  DOZENS OF FILES OF

25   VIDEOS?

1    A.      THAT'S MY UNDERSTANDING.  I DIDN'T ACTUALLY

2    COMPILE EVERYTHING, BUT THAT'S MY UNDERSTANDING.

3    Q.      NOW, THOSE TESTING VIDEOS WERE FOR TESTS DONE

4    WHEN?

5    A.      SO I THINK THAT THAT WOULD HAVE BEEN THE ON-SITE

6    EXAMINATION FOR THE ES&S 6000 SYSTEM, WHICH WOULD HAVE

7    BEEN IN JUNE OF 2018.  LIKE I MENTIONED, ES&S, LIKE

8    EVERY OTHER VENDOR, HAD TROUBLE WITH THE UNIQUE METHOD

9    OF STRAIGHT-PARTY VOTING IN PENNSYLVANIA.  AND SO THEY

10   HAD TO GO BACK AND DO A SUBSEQUENT VERSION, WHICH WAS

11   THE 6021.  BUT I THINK THE VIDEOS WERE FOR THE ON-SITE

12   EXAMINATION THAT OCCURRED IN JUNE OF 2018.

13   Q.      OKAY.  SO THERE WAS TESTING OF THE ES&S SYSTEM

14   IN JUNE 2018 AND THAT LED THE DEPARTMENT TO REJECT THE

15   SYSTEM, YES?

16   A.      RIGHT, BECAUSE THERE WAS A FUNCTIONALITY ISSUE.

17   Q.      AND THEN THERE WAS SOME ADDITIONAL TESTING DONE

18   IN OCTOBER 2018?

19   A.      YES, THAT'S CORRECT.

20   Q.      AND DID YOU EVER PRODUCE TO DR. HALDERMAN THE

21   VIDEOS FOR OCTOBER 2018?

22   A.      I'M SORRY, SEPTEMBER OF 2018.  THE -- SO THE

23   SECOND -- THE VERSION 6021 WAS LOOKED AT IN SEPTEMBER OF

24   2018.  THAT'S WHAT WAS ON THE STATUS REPORT.

25   Q.      SO DID YOU EVER PROVIDE DR. HALDERMAN THE VIDEOS

1      FOR THE SEPTEMBER 2018 TESTING?

2      A.      THAT EXAMINATION WAS NOT DONE ON SITE IN

3      HARRISBURG.   THAT WAS NOT AN EXAMINATION THAT WAS DONE

4      IN HARRISBURG THAT WAS OPEN TO THE PUBLIC.   OUR

5      EXAMINERS, BECAUSE IT WAS A LIMITED FIX, IT WAS JUST

6      ABOUT THE STRAIGHT-PARTY ISSUE, OUR EXAMINERS JUST

7      REVIEWED THAT ISSUE IN THEIR LABS IN COLORADO.

8      Q.      THE SEPTEMBER 2018 TESTING TOOK PLACE OVER

9      MULTIPLE DAYS, YES?

10     A.      I BELIEVE THAT THERE WERE SEVERAL DAYS, YES.

11     Q.      AND YOU ARE SAYING ALL OF THAT TESTING TOOK

12     PLACE IN COLORADO?

13     A.      THAT'S MY UNDERSTANDING, YES.

14     Q.      AND FOR JUST A DIRECT ANSWER TO MY QUESTION:

15     DID YOU EVER PRODUCE THE VIDEOS FROM SEPTEMBER 2018 TO

16     DR. HALDERMAN?

17     A.      NO.

18                    THE COURT:  WERE THERE VIDEOS?

19                    THE WITNESS:  I'M NOT SURE IF THERE WERE

20     VIDEOS.

21     BY MR. MAAZEL:

22     Q.      AND IT WAS THE SEPTEMBER 2018 TESTING THAT

23     ACTUALLY LED YOU TO CERTIFY THIS 6021 SUITE, YES?

24     A.      NO.   ACTUALLY, I MEAN, THE JUNE 2018 TESTING WAS

25     ALSO RELEVANT, BECAUSE THE ONLY THING THAT CHANGED ABOUT

1   THE SYSTEM WAS THIS FIX TO THE PA -- THE PENNSYLVANIA

2   METHOD OF STRAIGHT-PARTY VOTING.

3   Q.      SO IT WAS ONE YEAR BETWEEN WHEN YOU HAD THE

4   VIDEOS OF THE ES&S TESTING FOR THE XL AND WHEN YOU

5   PRODUCED THEM TO DR. HALDERMAN, CORRECT?

6   A.      IT WAS ONE YEAR.  BUT AS WE COVERED, THE REQUEST

7   WAS MADE IN JANUARY OF 2019.

8             MR. MAAZEL:  I HAVE NO FURTHER QUESTIONS,

9   THANK YOU.

10            THE COURT:  MR. WIYGUL?

11                 CROSS EXAMINATION

12   BY MR. WIYGUL:

13   Q.      GOOD EVENING, MS. KOTULA.

14   A.      GOOD EVENING.

15   Q.      DID YOU HAVE AN UNDERSTANDING -- MR. MAAZEL

16   SPENT A LOT OF TIME TALKING TO YOU ABOUT VIDEOS.  WHEN

17   THE REQUESTS FOR VIDEOS CAME TO YOU, DID YOU HAVE AN

18   UNDERSTANDING AS TO WHETHER PLAINTIFFS HAD A RIGHT UNDER

19   THE SETTLEMENT AGREEMENT TO OBTAIN VIDEOS OF

20   EXAMINATIONS OF SYSTEMS THAT HAD BEEN EXAMINED PRIOR TO

21   THE SIGNING OF THE SETTLEMENT AGREEMENT?

22   A.      YES.  AND MY UNDERSTANDING WAS THAT THE

23   SETTLEMENT AGREEMENT ENTITLED THEM TO NAME A

24   REPRESENTATIVE THAT COULD ATTEND ON-SITE EXAMINATIONS.

25   THE VIDEOS WERE OF PREVIOUS EXAMINATIONS.  SO ANY FUTURE

1    EXAMINATIONS IS THE UNDERSTANDING OF THE SETTLEMENT

2    AGREEMENT.

3                    THE COURT:   WHY DON'T YOU MOVE THE MIC A

4    LITTLE CLOSER TO YOU, MR. WIYGUL.

5    BY MR. WIYGUL:

6    Q.      AND COULD WE -- COULD YOU LOOK AT JX 30, WHICH I

7    THINK WE HAVE ALL PROBABLY MEMORIZED BY NOW, BUT THAT'S

8    THE SETTLEMENT AGREEMENT.   CAN YOU TAKE A LOOK AT

9    PARAGRAPH 4, MS. KOTULA.   AND CAN YOU TELL ME, IS THIS

10   THE PARAGRAPH THAT YOU WERE REFERRING TO WHEN YOU WERE

11   OFFERING YOUR INTERPRETATION OF THE SETTLEMENT

12   AGREEMENT?

13   A.      THAT'S CORRECT.

14   Q.      CAN YOU POINT TO WHAT YOU THINK THE RELEVANT

15   LANGUAGE IS THAT INFORMED YOUR UNDERSTANDING ABOUT WHAT

16   PLAINTIFFS WERE ENTITLED TO, IF ANYTHING, REGARDING

17   VIDEOS?

18   A.      THERE IS NOTHING IN HERE ABOUT VIDEOS.

19   Q.      WHAT ABOUT WHAT THEY WERE ENTITLED TO WITH

20   REGARDING ACCESS TO EXAMINATIONS?

21                    THE COURT:   IF IT SAVES TIME, IT SAYS:

22   ALL CURRENTLY SCHEDULED OR FUTURE SCHEDULED ON-SITE

23   CERTIFICATIONS.

24                    MR. WIYGUL:   THANK YOU, YOUR HONOR.

25   BY MR. WIYGUL:

1   Q.    AND 4B, WHAT DOES THAT SAY ABOUT THE KIND OF

2   EXAMINATIONS THAT THE PLAINTIFFS ARE ENTITLED TO ATTEND?

3   A.    ON-SITE CERTIFICATION TESTING.

4   Q.    NOW, DESPITE THE FACT THAT GIVEN THE TESTIMONY

5   YOU JUST GAVE, PLAINTIFFS WERE NOT ENTITLED TO OBTAIN

6   VIDEOS OF THE JUNE 2ND, 2018 ES&S EVS 6000 EXAMINATION

7   OR THE 6021 EXAMINATION, WHY DID YOU UNDERTAKE TO

8   PROVIDE THEM WITH A COPY OF THE EVS 6000 EXAMINATION?

9   A.    OUR CLIENTS DECIDED, IN AN EFFORT TO BE GOOD

10   PARTNERS, THAT AS A COURTESY THAT WE WOULD TAKE THEIR

11   REQUESTS UNDER CONSIDERATION AND DECIDED THAT WE WOULD

12   GO AHEAD AND FULFILL THEIR REQUEST.  AGAIN, THOUGH, I

13   HAVE TO STRESS THAT AS WE HAVE COVERED, THE ES&S EXAM

14   ALONE WAS FOUR DAYS.  AND ALL OF THESE OTHER SYSTEMS

15   WERE JUST THE SAME.  I MEAN, THREE OR FOUR DAYS IS

16   PROBABLY THE TYPICAL TIME PERIOD FOR THESE EXAMINATIONS.

17   AND THEY ARE LONG DAYS.  SO IT'S A LOT OF VIDEO.

18          AND SO OUR CLIENTS, YOU KNOW, IN LIGHT OF

19   OTHER COMPETING PRIORITIES THAT WERE HAPPENING AT THE

20   TIME, INCLUDING THE 2019 MUNICIPAL ELECTION, THE RUN-UP

21   UP TO THAT, OUR CLIENTS DID THE BEST THAT THEY COULD IN

22   TERMS OF GETTING TO THESE VIDEOS AS QUICKLY AS POSSIBLE

23   AND GATHERING ALL OF THE FILES, HAVING THE VENDORS --

24   LIKE I SAID, WE DECIDED THAT WE NEEDED TO HAVE THE

25   VENDORS REVIEW THE VIDEOS, BECAUSE OF THE FACT THAT WE

1   WANTED TO MAKE SURE THAT THERE WAS NO PROPRIETARY

2   INFORMATION THAT WOULD INADVERTENTLY BE DISCLOSED IN

3   SOME WAY.

4             SO WE PUT THE BURDEN ON THE VENDORS TO

5   ACTUALLY DO THAT WORK.  AND SO WE HAD TO WAIT FOR THE

6   VENDORS TO RESPOND TO US.  AND THEN THERE WAS THE

7   REDACTION PROCESS, IF THERE WERE ANY REDACTIONS THAT

8   WERE REQUESTED THAT WE HAD TO MANAGE.  SO IT WAS A LOT

9   OF WORK WHEN YOU CONSIDER ALL OF THE DATA AND ALL OF THE

10  VIDEO FILES THAT THAT ENCOMPASSES.

11  Q.     I JUST WANT TO DRILL DOWN ON A FEW THINGS YOU

12  SAID IN YOUR TESTIMONY.  FIRST OF ALL, DID YOU, OR THE

13  DEPARTMENT FOR THAT MATTER, HAVE CONTROL OF THE TIMING

14  OF WHEN THE VIDEOS COULD BE PROVIDED?

15  A.     NOT REALLY.  BECAUSE ONCE WE DECIDED TO INVOLVE

16  THE VENDORS AND KIND OF SHIFT THE BURDEN TO THE VENDORS

17  TO TELL US ABOUT PROPRIETARY INFORMATION, TO SOME EXTENT

18  WE WERE RELYING ON THEM TO RESPOND.

19  Q.     AND YOU MENTIONED THERE WERE SEVERAL DIFFERENT

20  EXAMINATIONS, SEVERAL DIFFERENT SYSTEMS THAT YOU WERE

21  WORKING ON PROVIDING TO THE PLAINTIFFS.  WERE YOU

22  WORKING ON THAT, ON PROVIDING THE VIDEOS FOR ALL OF THE

23  SYSTEMS AT THE SAME TIME?

24  A.     YES, THAT'S MY UNDERSTANDING.

25  Q.     DID PLAINTIFFS EVER TELL YOU, WE WOULD LIKE YOU

1    TO PRIORITIZE ES&S OR SOME OTHER SYSTEM OVER THE OTHER

2    SYSTEMS?

3    A.    NO, THERE WAS NEVER A REQUEST TO DO THAT.

4    Q.    YOU MENTIONED BEFORE -- IN YOUR TESTIMONY WITH

5    MR. MAAZEL YOU MENTIONED THE SEPTEMBER 21, 2018, WE CALL

6    IT THE BUILDING STATUS REPORT, JX 12.  WAS IT YOUR

7    UNDERSTANDING THAT PLAINTIFFS HAD BEEN INFORMED OF THE

8    EXAMINATION STATUS OF THE ES&S 6021 SYSTEM?

9    A.    YES.

10   Q.    WHAT SPECIFICALLY HAD THEY HAD BEEN TOLD ABOUT

11   IT, AS OF THE TIME THAT MS. UNGER SENT HER SEPTEMBER 28,

12   2018 E-MAIL CONTAINED IN THIS DOCUMENT?

13   A.    SO THE STATUS REPORT SAYS THAT THE PA TESTING ON

14   THE NEW RELEASE OF THE EVS 6021 WITH FIXES TO ANOMALIES

15   SCHEDULED DURING THE WEEK OF SEPTEMBER 24, 2018.

16   Q.    AND WHEN PLAINTIFFS RECEIVED THIS DOCUMENT FROM

17   DEFENDANTS ON SEPTEMBER 28TH, DID THEY SAY AT THAT POINT

18   WE WOULD LIKE TO GET VIDEO OF THAT EXAMINATION OR ANY

19   OTHER EXAMINATION OF THE EVS SYSTEM?

20   A.    NO.

21   Q.    AND THERE'S BEEN DISCUSSION OF AN OCTOBER 9TH

22   E-MAIL, OCTOBER 9TH, 2018, WHERE MR. MAAZEL PROVIDED

23   SOME COMMENTS FROM DR. HALDERMAN TO THE DEFENDANTS.  YOU

24   HEARD THAT TESTIMONY?

25   A.    I DID.

1    Q.      ARE YOU FAMILIAR WITH THAT E-MAIL?

2    A.      YES.

3    Q.      WE MAY COME BACK TO IT A BIT LATER.  BUT IN THAT

4    E-MAIL AND ANY OF THE CONVERSATIONS THAT YOU HAD WITH

5    DEFENDANTS AROUND THAT TIME, DID DEFENDANTS EVER SAY

6    ANYTHING LIKE WE PROVIDED YOU WITH COMMENTS FROM DR.

7    HALDERMAN ABOUT THE EXPRESSVOTE MACHINES BUT WE ACTUALLY

8    NEED TO SEE VIDEOS IN ORDER TO PROVIDE ADDITIONAL

9    COMMENTS TO YOU?

10   A.      NO.

11   Q.      WAS THERE ANY MENTION OF THE VIDEOS AT THAT

12   POINT?

13   A.      NO.

14   Q.      WHEN WAS THE FIRST TIME YOU UNDERSTOOD

15   PLAINTIFFS TO MAKE A REQUEST FOR THE VIDEOS OF THE

16   EXAMINATION OF THE EVS SYSTEM?

17   A.      OF THE EVS 6021 WOULD HAVE BEEN WHEN DR.

18   HALDERMAN MADE THE REQUEST ON JANUARY 29TH OF 2019.

19   Q.      LET'S LOOK AT THAT E-MAIL.  I THINK IT WAS PX

20   1001, BUT RATHER THAN LOOK AT THAT WHOLE CHAIN, I THINK

21   WE HAVE A SHORTER EXAMPLE AT JX 36.  ARE YOU THERE?

22   A.      YES.

23   Q.      AM I RIGHT, FIRST OF ALL, IS THIS A COPY OF THE

24   JANUARY 29, 2019 E-MAIL BY DR. HALDERMAN TO YOU AND JOHN

25   HARTZELL WITHOUT THE REST OF THE E-MAIL CHAIN?

1    A.      IT IS.

2    Q.      AND DR. HALDERMAN, AMONG OTHER THINGS IN THIS

3    E-MAIL, IS TALKING ABOUT THE EXAMINATION OF THE HART

4    SYSTEM, RIGHT, THAT HAD RECENTLY TAKEN PLACE?

5    A.      THAT'S CORRECT.

6    Q.      AND HE IS PROVIDING SOME FEEDBACK ON THAT

7    EXAMINATION, CORRECT?

8    A.      THAT'S CORRECT.

9    Q.      I JUST WANT TO TAKE YOU TO THE SECTION ON

10   AUDITABILITY?

11   A.      YES.

12            MR. MAAZEL:  YOUR HONOR, I MEAN, THIS IS

13   NOT IN EVIDENCE, BUT I HAVE NO OBJECTION TO PUTTING IT

14   INTO EVIDENCE.

15            THE COURT:  THEN IT WILL BE ADMITTED.

16   JOINT EXHIBIT 36 WILL BE ADMITTED.

17            (JOINT EXHIBIT JX 36 ADMITTED INTO

18   EVIDENCE.)

19   BY MR. WIYGUL:

20   Q.      YOU ARE THERE AT THE AUDITABILITY SECTION?

21   A.      I AM.

22   Q.      YOU SEE THERE'S AN BOLDED BULLET POINT?

23   A.      YES.

24   Q.      AND DR. HALDERMAN SAYS:  I HAVE SERIOUS CONCERNS

25   ABOUT WHETHER THE VERITY PRINTING BMD SYSTEM CAN SUPPORT

1    RIGOROUS POST-ELECTION AUDITS.

2                    DO YOU SEE THAT?

3    A.    I DO.

4    Q.    AND THEN HE TALKS ABOUT IN THE NEXT LINE HOW THE

5    PRINTOUT OF THE VERITY SYSTEM WE WERE TALKING ABOUT IS A

6    SUMMARY BALLOT.

7                    DO YOU SEE THAT?

8    A.    I DO.

9    Q.    ALL RIGHT.  AND WHAT -- DO YOU HAVE AN

10   UNDERSTANDING AS TO WHAT HE MEANS BY SUMMARY BALLOT?

11   A.    AGAIN, IT'S A BALLOT THAT HAS THE VOTER'S

12   SELECTIONS LISTED ON IT.

13   Q.    AND THAT'S AS OPPOSED TO A BALLOT YOU WERE

14   REFERENCING THAT PRINTS ALL OF THE OPTIONS?

15   A.    THAT'S CORRECT.

16   Q.    SO UNDER THAT DEFINITION, WOULD THE EXPRESSVOTE

17   XL PAPER RECORD ALSO BE A SUMMARY BALLOT?

18   A.    YES.

19   Q.    AND IN THE LAST SENTENCE -- CAN YOU READ THE

20   LAST SENTENCE OF THAT AUDITABILITY SECTION, PLEASE?

21                    THE COURT:  THE ONE, I'M MORE WORRIED?

22                    MR. WIYGUL:  NO.  I'M SORRY.  THE ONE

23   THAT BEGINS:  ABSENT THESE SAFEGUARDS.  THE THIRD

24   PARAGRAPH UNDER AUDITABILITY, THE LAST SENTENCE.

25                    THE WITNESS:  ABSENT THESE SAFEGUARDS,

1      THE PAPER BALLOTS DON'T PROVIDE ROBUST PROTECTION.

2      BY MR. WIYGUL:

3      Q.      SO DID YOU HAVE AN UNDERSTANDING BASED ON

4      READING THIS E-MAIL AS TO WHETHER DR. HALDERMAN BELIEVED

5      OR WAS TERMING SUMMARY BALLOTS TO BE PAPER BALLOTS?

6      A.      HE WAS.

7      Q.      OKAY.  CAN WE LOOK AT EXHIBIT 59, PLEASE, WHICH

8      I BELIEVE IS IN EVIDENCE.  IS THIS AN EXAMPLE, MS.

9      KOTULA, OF A HART SUMMARY BALLOT?

10     A.      IT IS.

11     Q.      WE HAVE LOOKED AT IN THIS CASE SO FAR IN TODAY'S

12     PROCEEDING AT LEAST A COUPLE OF DIFFERENT EXAMPLES OF

13     THE VOTING SYSTEM STATUS REPORTS THAT THE DEPARTMENT PUT

14     OUT.  JUST TO BE CLEAR, WERE THOSE -- EACH OF THOSE

15     POSTED ON THE DEPARTMENT'S WEBSITE?

16     A.      YES.  THOSE REPORTS WERE POSTED USUALLY ON A

17     MONTHLY BASIS, THERE WOULD BE UPDATES.  I THINK THEY

18     STARTED IN MARCH OF 2018.  THEY WENT THROUGH WHEN ALL

19     THE SYSTEMS WERE CERTIFIED.

20     Q.      AND WERE THEY EACH POSTED ON OR ABOUT THE DAY

21     THAT THE REPORT ITSELF IS DATED?

22     A.      YES.

23     Q.      CAN WE LOOK AT DX S, PLEASE.

24            THE COURT:  S AS IN SAM?

25            MR. WIYGUL:  S AS IN SAM, YOUR HONOR,

1       YES.   AND, YOUR HONOR I WOULD MOVE THIS INTO EVIDENCE.

2    I DON'T BELIEVE IT HAS BEEN MOVED YET.

3                    MR. MAAZEL:   NO OBJECTION.

4                    THE COURT:   IT WILL BE ADMITTED.

5                    (DEFENSE DX S ADMITTED INTO EVIDENCE.)

6    BY MR. WIYGUL:

7    Q.       MS. KOTULA, DO YOU RECOGNIZE THIS DOCUMENT?

8    A.       I DO.

9    Q.       CAN YOU TELL US WHAT THIS IS?

10   A.       SO THIS WOULD BE THE JANUARY 4, 2019 VERSION OF

11   THE STATUS REPORT THAT WE HAVE BEEN TALKING ABOUT ALL

12   DAY.

13   Q.       WAS THIS POSTED ON THE DEPARTMENT'S WEBSITE ON

14   OR AROUND JANUARY 4, 2019?

15   A.       YES, AND I THINK IT'S STILL POSTED ON THE

16   DEPARTMENT'S WEBSITE.

17   Q.       DOES THIS DOCUMENT PROVIDE AN UPDATE ON

18   CERTIFICATION STATUS OF THE ES&S 6021 SYSTEM?

19   A.       IT DOES.

20   Q.       WHAT DOES IT SAY?

21   A.       IT SAYS THAT THE CERTIFICATION IS COMPLETE.

22   Q.       CAN WE LOOK AT DX T, AS IN TIMOTHY, PLEASE.

23   A.       I'M THERE.

24                    MR. WIYGUL:   AND I MOVE THIS INTO

25   EVIDENCE, TOO, PLEASE, YOUR HONOR.

1          MR. MAAZEL:  NO OBJECTION.

2          THE COURT:  IT WILL BE ADMITTED.

3          (DEFENSE EXHIBIT DX T ADMITTED INTO

4     EVIDENCE.)

5     BY MR. WIYGUL:

6     Q.      JUST TO CUT TO THE CHASE.  MS. KOTULA, WAS THIS

7     ALSO POSTED ON THE DEPARTMENT'S WEBSITE ON FEBRUARY 6,

8     2019?

9     A.      YES.

10    Q.      DOES IT ALSO REPORT THAT THE ES&S EVS 6021

11    CERTIFICATION IS COMPLETE?

12    A.      YES.

13    Q.      CAN WE LOOK AT EXHIBIT U, PLEASE.  DX U.

14          MR. WIYGUL:  WHICH I MOVE INTO EVIDENCE.

15          MR. MAAZEL:  NO OBJECTION.

16          THE COURT:  IT WILL BE ADMITTED.

17          (DEFENSE EXHIBIT DX U ADMITTED INTO

18    EVIDENCE.)

19    BY MR. WIYGUL:

20    Q.      SAME QUESTION, MS. KOTULA.  IS THIS ANOTHER

21    EXAMPLE OF A VOTING SYSTEMS STATUS REPORT?

22    A.      YES.

23    Q.      AND IT'S DATED MARCH 6, 2019, CORRECT?

24    A.      THAT'S CORRECT.

25    Q.      IS THAT WHEN IT WAS POSTED OR ABOUT WHEN IT WAS

1        POSTED TO THE DEPARTMENT'S WEBSITE?

2        A.      YES.

3        Q.      AND IT ALSO INFORMS THE READER THAT THE ES&S EVS

4        6021 WAS CERTIFIED, IS THAT CORRECT?

5        A.      CORRECT.

6                     MR. WIYGUL:  YOUR HONOR, I SEE IT'S ABOUT

7        6 O'CLOCK.  I WAS GOING TO CHANGE GEARS TO ANOTHER

8        TOPIC.  I DON'T KNOW IF NOW WOULD BE --

9                     THE COURT:  YEAH.  I THINK MAYBE THIS

10       WOULD BE A GOOD TIME TO BREAK.  WHAT TIME WOULD THE

11       PARTIES LIKE TO RESUME TOMORROW MORNING?

12                    MR. ARONCHICK:  9 O'CLOCK, IF THAT'S

13       ACCEPTABLE?

14                    THE COURT:  9 O'CLOCK?

15                    MR. MAAZEL:  I AGREE WITH THAT, IF

16       POSSIBLE.

17                    MR. ARIBCGUCJ:  YOU CAN'T STAY UNTIL

18       TOMORROW?

19                    THE WITNESS:  ACTUALLY, I HAVE A SICK

20       CHILD AT HOME.  SO I WOULD APPRECIATE IT IF THERE IS ANY

21       WAY WE COULD GET DONE THIS EVENING.

22                    THE COURT:  IT HAS NOTHING TO DO WITH THE

23       PEOPLE IN THE COURTROOM, BUT THE PEOPLE IN THE REST OF

24       THE BUILDING.  CAN YOU MAKE IT BACK HERE TOMORROW AT ANY

25       TIME?

1              THE WITNESS:  YEAH, I JUST PROBABLY NEED

2      TO MAKE SOME ARRANGEMENTS.

3              THE COURT:  OKAY.

4              THE WITNESS:  SORRY.

5              THE COURT:  NO, NO.  DON'T APOLOGIZE.  I

6      APOLOGIZE FOR IMPOSING ON YOU.  WHY DON'T YOU TALK WITH

7      THE LAWYERS ABOUT WHEN YOU THINK YOU CAN MAKE IT BACK

8      AND WE WILL SCHEDULE AROUND YOU.

9              THE WITNESS:  OKAY.  THANK YOU.  I

10     APPRECIATE IT.

11             THE COURT:  SURE.

12             OKAY THEN.  YOU THINK YOU CAN GET STARTED

13     WITH A WITNESS AT 9 O'CLOCK?  DO YOU HAVE ANOTHER

14     WITNESS YOU WANT TO CALL, MR. MAAZEL?

15             MR. MAAZEL:  DR. HALDERMAN WE WERE GOING

16     TO CALL.  WE ARE GOING TO CALL DR. HALDERMAN IN THE CASE

17     AND HE CAN BE HERE AT 9:00.

18             THE COURT:  ALL RIGHT.  THAT IS ALL

19     RIGHT, MR. ARONCHICK?

20             MR. ARONCHICK:  SURE.

21             THE COURT:  ALL RIGHT.  THEN WE WILL

22     BEGIN WITH DR. HALDERMAN AT 9 O'CLOCK.  DON'T GIVE IT A

23     SECOND THOUGHT.

24             THE WITNESS:  YEAH, I WILL WORK IT OUT

25     WITH FAMILY.

1          MR. ARONCHICK:  ANY OPTION TO FINISH THE

2     TESTIMONY TELEPHONICALLY?

3          THE COURT:  WORK IT OUT.  PARTICULARLY IF

4     WE CAN DO A VIDEO CONFERENCE, IF YOU COULD WORK IT OUT

5     WITH MR. MAAZEL, I HAVE NO OBJECTION TO IT.

6          MR. MAAZEL:  I HAVE NO OBJECTION AT ALL,

7     YOUR HONOR.

8          THE COURT:  OKAY.

9          MR. MAAZEL:  WHATEVER WE CAN DO TO

10    ACCOMMODATE THE WITNESS.

11         THE COURT:  OKAY.  I ASSUME YOU DON'T

12    LIVE IN THE PHILADELPHIA AREA?

13         THE WITNESS:  NO, I AM IN THE HARRISBURG

14    AREA.

15         THE COURT:  OKAY.  WE WILL SEE IF WE CAN

16    GET YOU ON VIDEO.

17         THE WITNESS:  I APPRECIATE IT.

18         THE COURT:  CERTAINLY.  AND THEN WE WILL

19    START TOMORROW MORNING AT 9:00 A.M.  MY THANKS TO

20    COUNSEL FOR ALL OF YOUR HARD WORK.  I HOPE YOUR CLIENTS

21    APPRECIATE IT AS MUCH AS I DO.

22         ALL COUNSEL:  THANK YOU, YOUR HONOR.

23         MR. KESSLER:  YOUR HONOR, WE HAVE THE

24    MACHINE.

25         THE COURT:  YES.  NO ONE IS GOING TO MAKE

1    OFF WITH IT, MR. KESSLER.

2                    MR. KESSLER:  ANY CHANCE -- THERE IS ONE

3    IN CHAMBERS ALREADY.

4                    THE COURT:  THERE IS?

5                    MR. KESSLER:  MAYBE ROLL THE OTHER ONE --

6                    THE COURT:  THERE'S ONE IN THE JURY ROOM?

7    IF YOU CAN GET ACCESS TO THE JURY ROOM, THAT'S FINE.

8    HONESTLY, THE JURY ROOM IS NO MORE SECURE THAN THE

9    COURTROOM.  THEY WILL BOTH BE LOCKED AT NIGHT.  AND WE

10   HAVE TERRIBLY VALUABLE ORIGINAL OIL PAINTINGS THAT HAVE

11   NEVER BEEN MONKEYED WITH BEFORE.

12                    (COURT ADJOURNED.)

13

14            I CERTIFY THAT THE FOREGOING IS A CORRECT

15   TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

16   ABOVE-ENTITLED MATTER.

17   2/26/20

18   DATE                        OFFICIAL COURT REPORTER

19                               LYNN GLIGOR, RMR.

20

21

22

23

24

25

1                        I  N  D  E  X

2     WITNESS                    DIRECT   CROSS   REDIRECT   RECROSS

3     KATHY BOOCKVAR

4        BY MR. MAAZEL             10      --       134        --

5        BY MR. ARONCHICK          --      47        --        --

6     TIMOTHY GATES

7        BY MR. MAAZEL            164      --       245        --

8        BY MR. ARONCHICK          --     210        --        --

9     KATHLEEN KOTULA

10       BY MR. MAAZEL            254      --        --        --

11       BY MR. WIYGUL             --     277        --        --

12

13                      E X H I B I T S

14    EXHIBIT                                             PAGE

15    JOINT EXHIBITS 1, 7, 10, 11, 19, 23-30,

16    30, 34, 38, 40-52, 57, 60                             9

17    PX 1001, 1002, 1006, 1010, 1012, 1013                 9

18    JOINT EXHIBITS 4, 5, 8, 12-18, 20, 21, 33            52

19    DEFENSE EXHIBITS DX F AND M                          52

20    JOINT EXHIBIT 28                                    104

21    JOINT EXHIBIT 55                                    113

22    JOINT EXHIBIT 56                                    115

23    JOINT EXHIBIT 54                                    118

24    JOINT EXHIBIT 59                                    121

25    JOINT EXHIBIT 62                                    121

1     EXHIBITS (CONTINUED)

2     EXHIBIT                                                    PAGE

3     JOINT EXHIBIT 36                                            283

4     DEFENSE EXHIBIT S                                           286

5     DEFENSE EXHIBIT T                                           287

6     DEFENSE EXHIBIT U                                           287

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## 1

**1** [18] - 1:12, 4:5, 4:9, 4:13, 4:17, 4:21, 9:12, 64:9, 73:18, 94:25, 97:4, 124:14, 136:22, 231:16, 231:18, 242:20, 292:15
**1,700-SOME-ODD** [1] - 124:15
**1.5** [1] - 16:5
**10** [12] - 4:25, 9:12, 62:12, 96:1, 147:5, 147:9, 195:25, 196:23, 261:13, 262:13, 292:4, 292:15
**10,000** [1] - 134:6
**100** [3] - 66:25, 176:18, 237:1
**1001** [7] - 8:7, 9:14, 258:10, 265:18, 265:20, 282:20, 292:17
**1002** [5] - 8:9, 8:15, 9:14, 16:18, 292:17
**10020** [1] - 1:15
**1006** [6] - 8:11, 8:13, 8:15, 9:15, 22:17, 292:17
**1010** [7] - 8:20, 9:15, 146:24, 147:4, 147:6, 148:15, 292:17
**1011** [3] - 146:24, 147:12, 148:1
**1012** [3] - 9:6, 9:15, 292:17
**1013** [3] - 9:8, 9:15, 292:17
**1016** [1] - 3:20
**102** [1] - 112:18
**104** [2] - 33:19, 292:20
**107** [1] - 24:13
**10:01** [1] - 196:7
**10TH** [5] - 1:15, 196:7, 207:9, 207:12, 273:20
**11** [10] - 5:2, 9:12, 55:18, 96:13, 96:16, 147:4, 147:5, 147:6, 213:2, 292:15
**113** [1] - 292:21
**115** [1] - 292:22
**118** [1] - 292:23
**11TH** [10] - 97:12, 99:11, 99:12, 99:15, 100:11, 100:20, 101:2, 101:10,

235:16, 237:24
**12** [14] - 50:11, 66:5, 77:23, 82:8, 104:11, 105:10, 126:23, 168:18, 189:25, 197:7, 213:15, 248:24, 281:6
**12-18** [2] - 52:19, 292:18
**121** [2] - 292:24, 292:25
**12TH** [7] - 127:3, 129:9, 129:12, 192:3, 197:16, 231:14, 232:17
**13** [8] - 22:21, 45:13, 50:14, 83:11, 139:22, 139:23, 189:25, 263:2
**134** [1] - 292:4
**13TH** [1] - 208:4
**14** [13] - 50:18, 60:7, 60:8, 60:9, 60:18, 60:20, 60:21, 70:2, 77:10, 83:1, 92:18, 135:15, 272:9
**14-PAGE** [1] - 6:18
**1432** [2] - 20:10, 21:11
**14A** [1] - 1:8
**15** [7] - 50:21, 62:12, 94:21, 95:1, 109:16, 192:2, 261:13
**15,000** [1] - 134:6
**150** [1] - 91:20
**151** [1] - 88:22
**1515** [1] - 2:13
**15TH** [1] - 2:13
**16** [4] - 50:24, 187:10, 188:2, 210:23
**16-6287** [1] - 1:5
**164** [1] - 292:7
**167** [2] - 88:23, 91:20
**17** [8] - 51:2, 93:11, 93:16, 158:12, 212:24, 212:25, 265:18, 270:20
**1700** [3] - 130:3, 134:2
**1735** [1] - 2:3
**176** [2] - 45:18, 45:23
**17TH** [2] - 213:5, 269:18
**18** [8] - 1:8, 38:3, 51:5, 93:13, 124:23, 125:4, 159:18, 267:25
**18TH** [2] - 2:8, 131:21
**19** [6] - 5:4, 9:12, 11:1, 51:8, 75:22, 292:15
**19102** [1] - 2:14
**19103** [1] - 2:3

**19103-6933** [1] - 2:9
**19106** [2] - 1:9, 1:19
**19TH** [2] - 213:7
**1A** [2] - 95:18, 96:3
**1ST** [6] - 93:18, 131:22, 197:20, 198:11, 214:16, 244:1

## 2

**2** [32] - 14:2, 14:11, 16:19, 18:4, 49:8, 57:18, 57:22, 63:24, 74:11, 103:1, 104:21, 104:24, 106:20, 117:12, 118:1, 137:20, 137:21, 139:23, 157:15, 167:21, 167:24, 182:24, 208:6, 231:2, 231:3, 232:14, 233:10, 234:20, 252:5, 258:22
**2.1** [2] - 115:9, 250:20
**2.3** [1] - 262:15
**2.3.4** [1] - 23:3
**20** [17] - 51:9, 52:19, 113:20, 113:23, 144:8, 217:22, 217:23, 217:24, 218:20, 224:4, 224:5, 243:11, 243:24, 245:9, 269:6, 269:17, 292:18
**200-AND-SOME-ODD** [1] - 39:2
**2000** [1] - 117:12
**2007** [3] - 38:12, 38:19, 39:6
**2008** [2] - 38:23, 39:7
**2015** [1] - 164:25
**2017** [3] - 61:25, 62:10, 67:25
**2018** [81] - 4:14, 53:17, 55:18, 59:5, 59:6, 64:2, 64:5, 64:16, 64:20, 65:25, 66:5, 67:11, 68:10, 70:12, 72:7, 74:16, 77:6, 77:25, 82:24, 83:7, 83:13, 97:4, 101:6, 101:19, 104:11, 105:10, 124:18, 126:22, 126:23, 127:18, 127:24, 129:13, 129:16, 129:18, 135:16,

136:23, 153:21, 159:24, 160:3, 175:13, 178:14, 186:14, 210:4, 210:21, 213:19, 218:3, 218:5, 219:13, 238:25, 241:20, 245:10, 255:2, 257:24, 258:12, 258:25, 260:2, 262:14, 263:25, 264:15, 265:7, 265:15, 275:7, 275:12, 275:14, 275:18, 275:21, 275:22, 275:24, 276:1, 276:8, 276:15, 276:22, 276:24, 279:6, 281:5, 281:12, 281:15, 281:22, 285:18
**2019** [75] - 10:23, 11:1, 16:22, 22:21, 26:1, 41:3, 43:21, 44:14, 45:13, 45:15, 46:24, 47:6, 66:9, 66:10, 66:22, 66:23, 69:15, 69:16, 124:20, 125:8, 125:10, 127:25, 128:1, 129:20, 153:21, 153:22, 160:5, 160:8, 168:18, 169:6, 171:1, 187:10, 189:20, 190:13, 191:25, 195:25, 197:7, 198:6, 198:11, 198:12, 207:15, 209:7, 240:15, 242:14, 242:20, 244:2, 244:18, 244:23, 258:12, 262:24, 263:2, 264:1, 264:17, 265:20, 266:8, 269:8, 270:8, 270:10, 271:9, 273:9, 273:19, 273:24, 274:9, 274:17, 277:7, 279:20, 282:18, 282:24, 286:10, 286:14, 287:8, 287:23
**2020** [10] - 1:8, 42:21, 43:10, 66:23, 85:19, 86:22, 124:6, 140:11, 235:5
**2021** [1] - 159:19

**21** [15] - 19:18, 20:6, 51:12, 52:19, 77:25, 213:19, 219:13, 220:19, 222:17, 227:21, 243:19, 266:1, 266:8, 281:5, 292:18
**210** [1] - 292:8
**21ST** [2] - 265:20, 272:22
**22** [1] - 16:22
**23** [9] - 5:6, 21:9, 28:17, 142:21, 142:22, 142:24, 143:3, 143:6, 175:10
**23-30** [2] - 9:12, 292:15
**24** [10] - 5:20, 38:4, 56:3, 57:12, 57:13, 57:14, 57:21, 230:25, 258:25, 281:15
**245** [1] - 292:7
**24TH** [4] - 80:17, 102:9, 214:6, 258:12
**25** [10] - 5:22, 5:24, 56:13, 57:18, 57:22, 83:6, 83:13, 113:20, 231:12, 232:11
**25-SOME-ODD** [1] - 113:24
**254** [1] - 292:10
**258** [2] - 46:3, 46:10
**26** [4] - 6:2, 47:6, 175:13, 260:2
**2609** [1] - 1:18
**26TH** [7] - 67:2, 67:9, 208:9, 266:6, 266:12, 266:13, 267:25
**27** [3] - 6:4, 148:15, 255:23
**277** [1] - 292:11
**27TH** [1] - 2:8
**28** [15] - 43:10, 65:25, 72:7, 82:24, 101:6, 103:24, 104:7, 104:12, 135:16, 190:13, 191:25, 269:8, 273:9, 281:11, 292:20
**283** [1] - 293:3
**286** [1] - 293:4
**287** [2] - 293:5, 293:6
**28TH** [12] - 42:21, 80:17, 82:15, 101:10, 102:9, 105:22, 131:20, 212:5, 214:6, 214:15, 239:4,

281:17
**29** [15] - 6:6, 94:20, 95:1, 95:15, 103:23, 142:16, 143:2, 143:3, 169:6, 189:20, 198:8, 242:14, 263:2, 266:1, 282:24
**29TH** [4] - 190:2, 241:5, 242:12, 282:18
**2A** [8] - 35:4, 109:4, 233:13, 234:9, 235:10, 236:2, 236:7, 236:8
**2B** [3] - 15:1, 35:6, 35:7
**2C** [3] - 15:2, 96:14, 96:18
**2ND** [1] - 279:6

---

**3**

**3** [21] - 26:24, 57:9, 57:11, 57:21, 64:8, 82:2, 82:8, 103:1, 105:24, 105:25, 160:17, 167:21, 183:1, 214:4, 234:10, 234:20, 235:4, 235:9, 235:11, 236:8, 248:4
**3,800** [1] - 244:15
**3,850** [2] - 134:11, 134:12
**30** [34] - 6:8, 9:13, 12:5, 12:8, 12:10, 12:11, 35:3, 53:17, 58:20, 62:13, 90:19, 101:8, 105:22, 105:23, 137:19, 154:10, 154:12, 163:2, 167:16, 171:1, 186:13, 190:11, 191:11, 198:6, 198:12, 232:12, 233:9, 233:10, 236:5, 244:1, 251:10, 251:17, 278:6, 292:16
**30TH** [5] - 174:4, 199:13, 225:13, 261:22, 261:23
**31** [5] - 66:9, 66:22, 69:15, 101:19, 238:24
**31ST** [1] - 125:17
**32** [5] - 54:8, 54:15, 55:10, 110:13,

239:14
**33** [5] - 51:15, 52:20, 110:25, 239:21, 292:18
**34** [17] - 6:10, 9:13, 48:1, 53:1, 90:20, 110:9, 143:25, 144:12, 151:25, 152:19, 186:10, 239:10, 239:11, 292:16
**36** [4] - 282:21, 283:16, 283:17, 293:3
**37** [3] - 142:1, 142:10, 142:15
**38** [3] - 6:12, 9:13, 292:16
**3RD** [2] - 26:1, 258:12

---

**4**

**4** [14] - 49:4, 49:14, 49:15, 52:19, 108:21, 154:14, 251:15, 251:17, 254:2, 262:14, 278:9, 286:10, 286:14, 292:18
**40** [5] - 6:22, 39:17, 39:20, 163:2, 271:6
**40-52** [2] - 9:13, 292:16
**41** [3] - 6:24, 91:20, 273:7
**42** [3] - 7:1, 88:21, 88:22
**43** [5] - 7:3, 148:15, 189:23, 240:20, 242:14
**430-SOME-ODD** [1] - 130:2
**44** [13] - 7:5, 148:17, 148:18, 152:6, 152:15, 152:22, 152:23, 184:5, 184:8, 184:11, 190:17, 257:2, 258:2
**45** [3] - 7:7, 25:21, 144:4
**46** [2] - 7:9, 195:22
**47** [4] - 7:11, 168:15, 197:5, 292:5
**48** [4] - 7:13, 197:23, 242:21, 244:2
**49** [3] - 7:15, 170:23, 198:5
**4:30** [1] - 163:4
**4:45** [1] - 163:4
**4B** [1] - 279:1

**4TH** [3] - 44:2, 262:12, 273:19

---

**5**

**5** [12] - 10:23, 45:15, 50:1, 52:19, 66:12, 74:23, 144:14, 145:12, 207:15, 274:9, 274:17, 292:18
**5.5** [1] - 272:17
**50** [5] - 7:17, 62:18, 200:10, 202:13, 207:10
**51** [1] - 7:19
**52** [6] - 7:21, 21:14, 22:1, 22:6, 292:18, 292:19
**54** [4] - 116:22, 118:8, 118:20, 292:23
**55** [4] - 112:10, 112:23, 113:1, 292:21
**56** [9] - 54:25, 55:4, 115:6, 115:8, 115:13, 115:16, 115:20, 292:22
**57** [22] - 7:23, 9:13, 33:17, 33:21, 35:25, 54:25, 55:3, 55:4, 55:5, 91:2, 100:12, 115:6, 115:9, 141:4, 141:12, 146:3, 233:2, 233:8, 241:14, 292:16
**59** [5] - 119:24, 120:22, 121:1, 285:7, 292:24
**5:30** [2] - 161:6, 161:14
**5TH** [5] - 212:22, 214:20, 214:22, 226:8, 273:3

---

**6**

**6** [12] - 19:3, 22:19, 23:19, 43:20, 66:11, 162:20, 231:25, 232:6, 259:21, 287:7, 287:23, 288:7
**60** [9] - 8:1, 9:13, 24:11, 24:22, 44:13, 44:25, 45:2, 45:10, 292:16
**600** [1] - 1:15
**6000** [4] - 79:24, 275:6, 279:6, 279:8
**6000/6021** [3] - 79:21,

213:21, 213:24
**601** [1] - 1:19
**6021** [33] - 80:1, 80:15, 81:11, 81:21, 82:19, 102:2, 102:20, 104:2, 130:14, 152:17, 153:1, 153:5, 153:24, 184:15, 185:16, 185:22, 186:6, 238:23, 238:25, 255:16, 256:21, 257:10, 261:16, 275:11, 275:23, 276:23, 279:7, 281:8, 281:14, 282:17, 286:18, 287:10, 288:4
**62** [4] - 121:4, 121:11, 121:23, 292:25
**67** [1] - 202:17
**69** [1] - 274:7
**6:00** [4] - 161:15, 162:22, 253:8, 253:17
**6TH** [1] - 44:23

---

**7**

**7** [10] - 4:5, 4:23, 9:12, 28:7, 50:4, 72:5, 94:20, 95:15, 261:22, 292:15
**71** [1] - 187:9
**77** [5] - 33:10, 43:22, 124:25, 125:17, 133:7
**7TH** [2] - 268:13, 269:17

---

**8**

**8** [5] - 50:5, 50:6, 52:19, 268:25, 292:18
**8,000** [1] - 124:15
**80** [3] - 43:4, 43:6, 125:19
**83** [1] - 208:8
**856]649-4774** [1] - 1:20
**86** [2] - 45:17, 45:21
**8TH** [2] - 200:13, 207:8

---

**9**

**9** [20] - 4:14, 64:2, 64:5, 64:16, 64:20, 74:16, 136:23,

162:7, 218:3, 218:4, 241:20, 243:24, 245:10, 271:9, 288:12, 288:14, 289:13, 289:22, 292:16, 292:17
**99** [1] - 21:16
**9:00** [2] - 289:17, 290:19
**9TH** [18] - 70:10, 70:12, 224:3, 226:9, 226:15, 226:17, 226:22, 227:8, 229:5, 230:7, 243:10, 246:12, 246:19, 246:21, 247:23, 271:21, 281:21, 281:22

---

**A**

**A-R** [1] - 10:13
**A.M** [2] - 196:7, 290:19
**ABADY** [1] - 1:15
**ABILITY** [5] - 65:15, 95:23, 125:5, 131:18, 131:25
**ABLE** [5] - 38:22, 129:18, 154:15, 159:15, 261:24
**ABOUT** [207] - 6:14, 19:9, 28:17, 29:7, 30:25, 39:15, 39:16, 39:20, 40:16, 41:4, 58:23, 58:25, 59:1, 59:21, 61:21, 68:4, 68:15, 68:16, 69:1, 70:7, 71:6, 73:17, 76:7, 77:7, 78:20, 79:2, 81:14, 84:3, 84:8, 89:2, 89:7, 89:8, 91:18, 94:14, 95:1, 96:20, 98:9, 99:24, 100:1, 100:9, 102:1, 103:4, 103:10, 110:9, 110:22, 111:20, 112:4, 116:5, 120:11, 124:4, 130:1, 130:25, 133:17, 133:18, 134:4, 135:3, 138:5, 139:2, 147:18, 148:11, 149:18, 149:21, 149:24, 151:13, 155:22, 157:15, 159:7, 163:1, 168:12, 168:13, 176:15, 176:16, 179:7,

179:14, 181:3,
181:19, 183:17,
183:20, 183:24,
184:1, 185:4,
187:25, 193:5,
193:6, 194:13,
194:17, 195:4,
197:1, 197:16,
198:15, 199:20,
200:15, 200:17,
205:12, 208:12,
208:14, 208:22,
209:3, 209:9,
209:11, 209:14,
210:16, 210:18,
211:1, 211:3, 211:5,
211:24, 212:4,
213:21, 215:5,
215:6, 215:9,
215:22, 216:12,
216:14, 216:20,
216:25, 217:13,
217:19, 218:8,
218:13, 218:19,
219:12, 221:25,
222:22, 224:23,
226:3, 226:9,
226:10, 226:18,
226:25, 227:9,
228:24, 228:25,
229:8, 229:13,
230:10, 230:11,
231:7, 234:20,
234:22, 234:25,
237:11, 237:15,
238:23, 240:6,
240:21, 241:11,
241:25, 242:23,
243:3, 243:14,
243:19, 244:4,
244:16, 245:10,
245:22, 247:4,
247:5, 247:24,
248:11, 249:5,
249:7, 249:9,
249:10, 249:17,
250:13, 251:8,
251:15, 256:12,
256:18, 256:21,
257:2, 257:14,
259:14, 262:19,
264:5, 264:23,
264:25, 265:2,
266:19, 267:10,
267:12, 269:19,
270:2, 273:21,
274:13, 276:6,
276:25, 277:16,
278:15, 278:18,
278:19, 279:1,
280:17, 281:10,

282:7, 283:3,
283:25, 284:4,
284:5, 285:20,
286:11, 287:25,
288:6, 289:7
**ABOVE** [1] - 291:16
**ABOVE-ENTITLED** [1]
- 291:16
**ABSENT** [2] - 284:23,
284:25
**ABSENTEE** [7] - 33:6,
33:10, 33:25, 34:1,
34:2, 34:4, 125:23
**ABSOLUTELY** [6] -
76:15, 106:10,
134:19, 150:12,
162:17, 237:17
**ACADEMIES** [2] -
85:11, 87:4
**ACADEMY** [1] - 52:1
**ACCEPT** [2] - 46:15,
143:20
**ACCEPTABLE** [6] -
38:2, 38:5, 98:6,
100:19, 253:17,
288:13
**ACCEPTED** [1] - 70:8
**ACCESS** [3] - 271:14,
278:20, 291:7
**ACCESSIBILITY** [3] -
31:6, 57:4, 123:16
**ACCESSIBLE** [4] -
20:3, 89:15, 122:14,
122:22
**ACCOMMODATE** [2] -
161:12, 290:10
**ACCOMMODATING**
[1] - 263:5
**ACCORDING** [2] -
92:11, 259:7
**ACCORDINGLY** [1] -
160:25
**ACCOUNTABLE** [1] -
89:17
**ACCURACY** [3] -
37:15, 76:3, 120:6
**ACCURATE** [9] -
18:23, 26:5, 42:11,
120:9, 169:14,
172:12, 172:14,
198:13, 257:6
**ACCURATELY** [1] -
169:20
**ACHIEVE** [4] - 56:22,
175:8, 177:10,
177:23
**ACQUIRE** [1] - 38:23
**ACROSS** [1] - 87:20
**ACT** [7] - 33:10, 84:17,
122:9, 124:25,

125:17, 133:7,
206:25
**ACTING** [8] - 10:22,
11:18, 16:4, 22:20,
25:25, 59:10, 69:12,
210:9
**ACTION** [1] - 173:24
**ACTIONS** [4] - 80:11,
82:3, 85:10, 103:1
**ACTIVATED** [1] -
221:3
**ACTIVE** [1] - 127:4
**ACTUAL** [20] - 32:13,
35:13, 44:22, 53:8,
68:5, 69:8, 74:8,
83:20, 90:18, 98:15,
126:15, 126:16,
137:20, 138:3,
156:2, 156:4, 156:7,
156:13, 176:2,
211:11
**ACTUALITY** [1] -
76:20
**ACTUALLY** [58] -
13:13, 18:1, 22:13,
36:7, 41:3, 44:11,
44:14, 44:19, 65:17,
67:15, 71:12, 71:19,
71:21, 75:14, 101:4,
114:9, 116:17,
119:16, 120:5,
123:9, 126:13,
127:9, 127:25,
129:6, 129:8,
129:17, 130:16,
131:9, 131:10,
141:14, 146:13,
151:10, 156:17,
156:24, 160:22,
176:8, 186:16,
194:2, 199:1, 209:6,
209:13, 209:15,
262:5, 262:23,
267:4, 267:7,
269:24, 270:11,
271:1, 274:5,
274:19, 274:23,
275:1, 276:23,
276:24, 280:5,
282:7, 288:19
**ADA** [1] - 122:14
**ADD** [2] - 15:13, 236:9
**ADDED** [2] - 167:11,
211:11
**ADDING** [1] - 108:4
**ADDITION** [11] -
34:24, 47:5, 78:18,
78:24, 118:1,
124:14, 125:16,
169:24, 171:8,

251:25, 257:13
**ADDITIONAL** [5] -
78:19, 128:16,
246:18, 275:17,
282:8
**ADDITIONALLY** [2] -
85:20, 85:23
**ADDITIONS** [1] -
230:11
**ADDRESS** [2] - 88:18,
231:5
**ADDRESSED** [5] -
92:18, 105:23,
106:21, 218:25,
271:19
**ADDRESSING** [2] -
112:7, 222:21
**ADEQUATE** [1] -
47:19
**ADHERE** [1] - 96:22
**ADJECTIVE** [1] -
159:1
**ADJOURNED** [1] -
291:12
**ADJUST** [1] - 160:25
**ADMINISTRATORS**
[1] - 85:15
**ADMISSIBILITY** [2] -
3:21, 18:12
**ADMISSION** [2] - 18:9,
51:21
**ADMITTED** [43] - 5:19,
6:21, 9:13, 9:15,
49:25, 50:3, 50:5,
50:13, 50:17, 50:20,
50:23, 51:1, 51:4,
51:7, 51:11, 51:14,
51:17, 52:11, 52:15,
52:20, 52:21, 104:6,
104:7, 112:25,
113:1, 115:19,
115:20, 118:19,
118:20, 120:25,
121:1, 121:10,
121:11, 155:16,
283:15, 283:16,
283:17, 286:4,
286:5, 287:2, 287:3,
287:16, 287:17
**ADMONITION** [1] -
225:6
**ADVANCE** [11] -
61:20, 66:21, 92:20,
135:4, 135:12,
165:15, 166:24,
175:2, 208:16,
229:24, 229:25
**ADVANTAGES** [1] -
122:17
**ADVERSE** [1] - 76:10

**ADVICE** [1] - 165:6
**ADVISES** [2] - 32:18,
148:2
**ADVISING** [1] - 86:21
**ADVISOR** [1] - 11:7
**ADVOCACY** [1] -
87:16
**AFFECTS** [1] - 12:24
**AFTER** [60] - 27:22,
45:18, 53:18, 56:8,
56:14, 59:3, 63:7,
64:5, 64:16, 64:20,
65:7, 70:11, 74:15,
85:4, 90:15, 94:23,
100:8, 101:2,
104:19, 109:9,
110:20, 110:23,
111:24, 128:17,
136:13, 138:25,
158:2, 168:13,
169:17, 186:20,
186:21, 189:25,
190:3, 198:18,
199:13, 199:17,
199:21, 201:11,
202:4, 208:12,
209:4, 209:16,
209:19, 209:21,
212:16, 214:14,
222:10, 222:13,
225:20, 226:10,
237:24, 239:21,
242:18, 244:8,
249:9, 258:1, 259:6,
260:7, 274:13
**AFTERNOON** [7] -
164:20, 164:21,
218:4, 219:4,
225:21, 227:7,
254:17
**AGAIN** [104] - 10:20,
20:18, 24:6, 24:9,
24:25, 27:17, 28:1,
28:11, 31:2, 32:2,
35:2, 35:3, 35:24,
39:13, 41:16, 41:19,
44:4, 58:7, 66:11,
69:22, 73:8, 75:13,
76:10, 81:12, 84:23,
84:25, 87:17, 90:11,
94:21, 95:6, 96:8,
98:7, 98:11, 98:15,
100:3, 107:10,
107:13, 107:16,
108:12, 119:3,
119:13, 120:1,
129:25, 131:22,
133:14, 136:14,
140:13, 145:7,
146:5, 147:23,

155:4, 169:23,
170:17, 171:3,
171:21, 171:25,
172:4, 172:20,
172:24, 173:2,
175:9, 180:22,
183:4, 187:8,
193:13, 197:15,
198:14, 202:13,
204:2, 204:4,
204:11, 211:22,
216:12, 217:13,
220:5, 220:13,
225:3, 227:1,
228:23, 229:18,
229:21, 234:14,
235:22, 236:14,
243:13, 246:16,
246:17, 247:18,
247:25, 250:18,
252:13, 254:21,
260:14, 265:4,
265:21, 268:14,
269:9, 269:10,
270:22, 273:20,
279:12, 284:11

**AGENCY** [6] - 31:13,
31:14, 31:15, 32:5,
32:12, 266:16

**AGING** [1] - 57:2

**AGO** [3] - 29:16,
202:19, 269:21

**AGREE** [17] - 37:22,
44:22, 46:21,
137:13, 139:19,
140:21, 141:4,
143:16, 166:4,
178:18, 180:15,
180:20, 185:3,
189:13, 202:1,
217:11, 288:15

**AGREED** [11] - 100:2,
109:7, 112:13,
112:14, 166:13,
166:14, 190:9,
216:2, 232:23,
234:19, 260:8

**AGREED-UPON** [2] -
112:13, 166:13

**AGREEMENT** [145] -
3:19, 3:21, 4:9, 5:17,
11:5, 11:6, 12:3,
12:14, 12:19, 12:22,
13:1, 13:5, 13:17,
13:21, 13:23, 13:24,
14:3, 14:9, 15:21,
25:16, 31:11, 33:2,
35:16, 53:18, 58:9,
58:18, 58:20, 93:20,
94:3, 98:12, 98:16,

99:2, 100:14, 101:4,
101:16, 102:13,
103:13, 103:18,
105:10, 105:16,
105:21, 105:24,
106:6, 107:21,
108:18, 110:23,
137:5, 137:18,
137:20, 137:25,
138:3, 141:21,
141:24, 141:25,
142:3, 142:9,
142:18, 142:24,
150:25, 151:11,
151:13, 154:10,
165:21, 166:4,
166:5, 166:10,
166:11, 166:19,
166:20, 166:22,
166:23, 167:5,
167:11, 167:18,
167:20, 168:13,
169:7, 170:3, 171:5,
171:10, 173:18,
174:15, 178:8,
181:9, 183:6, 190:5,
190:6, 190:10,
190:14, 191:12,
191:23, 194:18,
199:5, 207:21,
208:6, 208:10,
209:5, 227:6, 229:6,
229:11, 230:13,
230:15, 231:6,
231:8, 232:8,
232:19, 232:24,
233:9, 234:10,
234:13, 234:23,
234:24, 235:10,
235:13, 235:15,
235:19, 236:17,
236:18, 237:14,
239:4, 239:22,
240:18, 241:2,
241:12, 244:9,
246:4, 248:7, 249:4,
249:8, 249:10,
249:19, 251:5,
252:7, 252:9,
252:11, 252:18,
260:4, 260:9,
271:17, 277:19,
277:21, 277:23,
278:2, 278:8, 278:12

**AGREEMENTS** [2] -
234:22, 237:1

**AHEAD** [14] - 5:19,
7:25, 52:12, 54:1,
73:4, 73:6, 118:23,
155:7, 158:3,
204:24, 220:21,

232:12, 260:19,
279:12

**AIDED** [1] - 1:22

**AL** [3] - 1:3, 1:6,
221:20

**ALAN** [1] - 161:24

**ALGEBRA** [1] -
114:12

**ALGORITHM** [1] -
23:22

**ALI** [2] - 175:18, 196:3

**ALL** [199] - 3:4, 3:10,
3:19, 11:19, 12:16,
17:10, 20:18, 21:5,
21:9, 25:4, 30:16,
36:10, 36:11, 39:7,
44:21, 46:19, 47:3,
52:17, 53:13, 53:15,
54:22, 55:9, 56:17,
57:1, 57:16, 57:21,
58:22, 59:19, 61:15,
62:9, 62:11, 62:12,
62:15, 64:4, 64:8,
64:19, 64:24, 65:5,
66:18, 66:20, 67:3,
67:19, 69:17, 70:11,
71:7, 71:23, 72:3,
72:19, 73:5, 73:10,
73:20, 74:15, 74:23,
77:4, 77:17, 79:3,
79:5, 79:17, 81:3,
81:8, 84:25, 85:18,
86:4, 86:21, 87:6,
89:2, 94:16, 95:9,
95:25, 97:2, 97:15,
98:5, 98:6, 99:4,
101:14, 101:20,
101:25, 102:11,
103:4, 103:10,
103:11, 104:10,
104:12, 104:25,
107:20, 108:14,
108:16, 110:1,
110:25, 112:19,
113:10, 115:11,
115:18, 116:22,
118:8, 119:2,
119:16, 120:11,
120:20, 122:11,
123:1, 124:7,
124:12, 125:3,
126:12, 127:15,
128:3, 128:6, 130:5,
130:10, 132:18,
133:2, 138:1, 145:4,
145:13, 145:14,
148:25, 152:13,
153:13, 155:18,
155:23, 157:7,
158:13, 158:14,

159:10, 162:14,
163:3, 163:11,
170:16, 180:16,
185:9, 187:4, 193:7,
193:9, 202:13,
203:3, 203:25,
204:1, 212:16,
213:10, 215:17,
218:18, 219:7,
220:17, 220:23,
221:6, 227:7,
227:11, 227:16,
228:8, 228:14,
229:21, 231:16,
231:21, 232:5,
232:10, 232:16,
233:1, 239:20,
240:14, 241:4,
241:14, 242:18,
242:23, 243:10,
243:17, 244:1,
244:21, 244:24,
247:11, 247:20,
247:25, 249:11,
251:18, 252:2,
252:25, 264:6,
265:2, 271:1,
276:11, 278:7,
278:22, 279:14,
279:23, 280:9,
280:12, 280:22,
282:23, 284:9,
284:14, 285:18,
286:11, 289:18,
289:21, 290:6,
290:20, 290:22

**ALL-INCLUSIVE** [1] -
98:5

**ALLEGATION** [1] -
190:11

**ALLEGE** [3] - 169:6,
169:8, 171:8

**ALLEGED** [1] - 190:7

**ALLOCATE** [1] -
114:21

**ALLOCATING** [1] -
66:25

**ALLOW** [6] - 120:13,
125:20, 125:24,
126:1, 154:21,
251:19

**ALLOWED** [4] - 26:7,
81:4, 96:5, 108:5

**ALLOWING** [1] -
145:14

**ALLOWS** [13] - 33:11,
54:19, 65:12, 70:22,
70:23, 81:3, 94:3,
110:16, 120:2,
125:21, 169:18,

222:3, 239:15

**ALMOST** [2] - 239:7,
269:20

**ALONE** [1] - 279:14

**ALONG** [8] - 21:6,
106:17, 108:4,
179:19, 194:9,
199:14, 199:15,
224:12

**ALREADY** [38] - 4:8,
15:15, 26:11, 26:15,
50:4, 51:9, 56:25,
57:6, 58:10, 58:15,
60:2, 61:16, 98:6,
106:12, 108:11,
108:15, 129:10,
129:13, 137:12,
150:18, 150:23,
151:13, 160:9,
167:5, 183:7,
210:11, 218:3,
224:16, 224:17,
224:18, 234:16,
243:19, 244:12,
246:18, 249:14,
264:15, 268:5, 291:3

**ALSO** [60] - 8:3, 13:20,
19:19, 21:15, 25:8,
31:22, 33:11, 35:22,
36:25, 41:6, 41:16,
43:19, 44:12, 45:17,
46:3, 46:5, 57:3,
59:10, 62:5, 66:23,
67:1, 72:16, 85:10,
86:11, 86:13, 86:16,
88:22, 90:14, 92:22,
93:6, 94:9, 94:11,
95:11, 115:16,
117:15, 118:2,
121:5, 122:16,
173:7, 173:25,
174:1, 194:17,
204:9, 210:23,
211:3, 214:4,
221:16, 222:5,
231:12, 241:21,
243:7, 245:2,
251:22, 268:3,
268:17, 276:25,
284:17, 287:7,
287:10, 288:3

**ALTHOUGH** [3] -
15:11, 129:2, 189:12

**ALWAYS** [3] - 38:1,
136:3, 267:10

**AM** [70] - 13:4, 16:13,
19:9, 21:20, 22:6,
29:16, 29:19, 31:18,
32:2, 36:7, 40:24,
60:24, 91:9, 104:12,

111:3, 123:11,
133:5, 134:7, 136:7,
136:9, 137:22,
138:17, 138:18,
145:3, 146:7, 146:9,
151:21, 152:8,
152:20, 154:6,
155:6, 155:22,
158:4, 160:20,
161:8, 164:11,
164:24, 165:22,
174:13, 176:9,
177:12, 179:13,
180:6, 181:10,
181:11, 185:21,
193:19, 203:3,
203:4, 203:10,
205:5, 206:4, 209:2,
219:19, 221:19,
236:18, 238:19,
239:19, 239:25,
248:10, 248:22,
252:16, 254:24,
262:3, 263:23,
264:2, 268:14,
282:23, 283:21,
290:13

**AMERICA** [1] - 122:9
**AMERICAN** [2] - 52:1,
85:12
**AMICUS** [1] - 162:5
**AMONG** [11] - 3:19,
12:20, 13:4, 124:2,
163:20, 166:5,
181:24, 195:6,
198:2, 198:3, 283:2
**AMOUNT** [6] - 125:12,
125:13, 126:9,
128:5, 274:19,
274:22
**AMPLE** [1] - 181:4
**AN** [128] - 5:12, 9:25,
12:22, 13:1, 15:1,
18:9, 18:16, 18:23,
19:1, 20:9, 22:1,
22:7, 22:23, 26:3,
27:6, 31:12, 31:14,
33:12, 33:25, 34:4,
40:12, 41:9, 47:15,
48:8, 62:25, 63:2,
64:24, 67:1, 68:5,
69:8, 70:20, 70:21,
73:14, 75:18, 79:11,
83:9, 90:1, 91:8,
91:10, 94:1, 97:17,
100:18, 104:2,
107:20, 112:13,
114:16, 116:16,
117:8, 117:23,
122:2, 123:18,

125:22, 126:3,
127:7, 127:19,
129:13, 137:22,
138:4, 138:19,
139:20, 145:8,
145:9, 145:10,
149:6, 151:12,
152:8, 156:1,
157:17, 158:1,
162:6, 163:18,
175:12, 175:23,
177:3, 177:15,
177:16, 179:23,
187:15, 191:1,
191:4, 191:9,
191:11, 192:2,
192:6, 193:12,
195:24, 196:2,
196:6, 207:9,
207:24, 212:17,
216:13, 218:2,
220:11, 221:24,
222:6, 222:9,
223:20, 230:13,
234:6, 235:18,
235:21, 236:17,
236:18, 237:7,
248:5, 257:6,
259:14, 260:1,
262:14, 263:3,
266:22, 269:2,
269:10, 269:22,
271:9, 272:8, 276:3,
277:15, 277:17,
279:9, 281:21,
283:22, 284:9,
285:3, 285:8, 286:17
**ANALYSIS** [2] -
188:13, 188:16
**ANALYST** [4] - 30:8,
30:11, 30:13, 30:16
**ANALYZED** [1] - 16:24
**AND** [1147] - 3:18, 4:4,
4:19, 8:3, 8:15, 9:2,
9:10, 10:10, 10:25,
11:3, 11:15, 11:21,
12:2, 12:16, 12:18,
12:19, 13:1, 13:2,
13:4, 13:8, 13:11,
13:14, 13:17, 13:20,
13:24, 13:25, 14:5,
14:8, 14:11, 14:15,
14:18, 14:21, 14:25,
15:1, 15:5, 15:8,
15:11, 15:14, 15:22,
15:23, 16:21, 16:24,
17:6, 17:20, 18:6,
18:11, 18:19, 18:23,
19:1, 19:10, 19:13,
19:18, 20:2, 20:6,
20:10, 20:13, 20:14,

20:17, 20:21, 20:23,
21:10, 21:14, 22:6,
22:10, 22:13, 22:19,
22:23, 23:9, 23:13,
23:16, 23:19, 24:6,
24:11, 24:12, 24:14,
24:21, 24:25, 25:25,
26:3, 26:5, 26:7,
26:21, 26:24, 27:3,
27:6, 27:14, 27:17,
27:25, 28:7, 28:16,
29:2, 29:15, 29:22,
30:20, 30:22, 30:24,
30:25, 31:3, 31:5,
31:8, 31:13, 31:17,
31:22, 32:1, 32:18,
33:8, 33:13, 33:15,
33:24, 34:10, 34:13,
34:19, 34:21, 35:3,
35:9, 35:15, 35:22,
35:24, 35:25, 36:3,
36:5, 36:8, 36:21,
37:11, 37:22, 37:23,
38:14, 38:15, 38:22,
38:24, 39:6, 39:8,
39:9, 39:20, 40:6,
40:7, 40:17, 40:22,
40:24, 40:25, 41:3,
41:8, 41:14, 41:19,
42:3, 42:6, 42:8,
42:10, 42:11, 42:13,
42:16, 43:3, 43:8,
44:2, 44:5, 44:25,
45:11, 45:15, 45:17,
46:3, 46:13, 46:14,
46:22, 46:23, 46:24,
47:1, 48:2, 48:9,
48:19, 49:20, 51:18,
52:5, 52:8, 52:21,
53:5, 54:5, 54:6,
54:10, 54:12, 54:21,
54:24, 56:8, 56:13,
56:21, 57:3, 57:4,
57:5, 57:16, 57:22,
58:5, 58:9, 58:16,
58:17, 58:20, 59:11,
59:14, 59:16, 59:24,
60:2, 60:13, 60:23,
61:10, 62:4, 62:5,
62:7, 62:15, 62:16,
63:1, 63:3, 63:12,
63:21, 63:22, 63:24,
64:12, 64:19, 65:2,
65:7, 65:14, 66:3,
66:9, 66:15, 66:23,
67:1, 67:5, 67:7,
67:15, 67:17, 67:18,
67:22, 68:3, 68:12,
68:14, 68:22, 69:2,
69:15, 70:4, 70:21,
70:22, 71:1, 71:4,

71:18, 71:25, 72:2,
72:9, 72:19, 73:17,
74:20, 74:23, 76:3,
76:10, 76:11, 76:14,
76:24, 77:2, 77:15,
77:20, 77:21, 78:12,
78:16, 78:20, 78:22,
79:1, 79:3, 79:4,
79:5, 79:15, 79:17,
79:24, 80:7, 80:10,
80:17, 80:18, 81:5,
81:10, 81:18, 81:20,
82:20, 82:23, 83:9,
83:11, 84:3, 84:17,
84:23, 85:4, 85:6,
85:9, 85:11, 85:13,
85:14, 85:15, 85:16,
85:19, 85:24, 86:1,
86:10, 86:11, 86:13,
86:17, 86:21, 86:23,
87:7, 87:8, 87:15,
87:22, 87:23, 88:4,
88:9, 88:12, 88:13,
88:16, 88:22, 89:2,
89:7, 89:15, 89:18,
90:2, 90:4, 90:5,
90:9, 90:11, 90:15,
90:17, 90:22, 91:2,
91:9, 91:12, 91:14,
91:18, 91:20, 92:1,
92:3, 92:4, 93:11,
93:13, 93:18, 93:22,
94:2, 94:6, 94:16,
94:17, 94:22, 94:24,
94:25, 95:11, 95:22,
95:23, 95:25, 96:1,
96:6, 96:7, 96:23,
96:24, 97:7, 97:22,
98:4, 98:7, 98:8,
98:9, 98:11, 98:15,
100:4, 100:5, 100:7,
100:20, 100:23,
101:6, 101:8,
101:10, 101:20,
101:23, 102:3,
102:25, 103:1,
103:4, 104:12,
104:21, 105:5,
105:7, 105:15,
106:2, 106:17,
106:18, 107:5,
107:8, 107:15,
107:17, 107:23,
108:6, 108:8, 108:9,
108:11, 109:7,
109:11, 109:17,
109:25, 110:12,
111:16, 111:24,
112:7, 112:10,
113:11, 113:13,
113:20, 114:10,

114:11, 114:20,
115:1, 115:5, 115:6,
115:9, 115:24,
116:5, 116:7,
116:12, 116:16,
116:18, 116:19,
116:20, 116:22,
117:6, 117:13,
117:14, 117:17,
117:18, 117:23,
118:2, 119:2, 119:5,
119:6, 119:12,
119:17, 120:4,
120:7, 120:9,
120:12, 120:14,
120:20, 121:4,
122:16, 123:6,
123:15, 123:17,
123:18, 124:1,
124:10, 124:17,
124:20, 124:23,
124:24, 125:12,
126:3, 126:8, 126:9,
126:10, 126:12,
127:1, 127:3, 127:7,
127:13, 127:16,
127:19, 127:25,
128:1, 128:6, 129:4,
129:6, 129:21,
130:17, 130:21,
131:8, 131:11,
131:21, 132:13,
132:17, 133:13,
133:14, 133:16,
134:4, 135:7, 135:9,
135:11, 135:15,
136:2, 136:9,
136:21, 136:25,
137:4, 137:8, 137:9,
137:20, 137:22,
137:24, 138:1,
138:3, 138:5,
138:19, 138:23,
138:25, 139:2,
139:8, 140:6, 140:8,
140:10, 140:17,
140:24, 141:4,
141:8, 141:16,
141:20, 142:9,
142:15, 142:17,
142:21, 143:9,
143:12, 144:3,
144:6, 144:12,
144:17, 144:20,
145:2, 145:12,
145:17, 145:22,
146:1, 146:9,
146:13, 146:24,
147:4, 147:5, 147:6,
147:12, 148:1,
148:2, 148:7,

148:10, 148:13, 148:24, 149:4, 149:7, 150:11, 150:16, 150:24, 150:25, 151:6, 153:3, 153:6, 153:8, 154:10, 155:6, 156:5, 157:4, 157:6, 157:12, 157:19, 157:21, 157:25, 158:2, 158:22, 159:21, 160:5, 160:7, 160:24, 161:6, 161:7, 161:10, 161:22, 162:6, 162:21, 162:22, 163:17, 163:22, 163:23, 165:2, 165:5, 165:6, 165:8, 165:11, 165:14, 165:17, 165:23, 166:2, 166:4, 166:8, 166:11, 166:14, 166:19, 166:23, 166:25, 167:3, 167:10, 167:18, 167:21, 168:4, 168:7, 168:8, 168:11, 168:14, 168:17, 168:20, 168:23, 168:25, 169:2, 169:12, 169:14, 169:17, 169:18, 169:22, 170:1, 170:7, 170:9, 170:11, 170:23, 170:25, 171:3, 171:7, 171:20, 171:21, 171:25, 172:3, 172:7, 172:12, 172:14, 172:17, 172:23, 173:1, 173:3, 173:6, 173:20, 174:1, 174:12, 175:6, 175:7, 175:9, 175:12, 175:18, 175:19, 175:24, 175:25, 176:2, 176:17, 177:1, 177:8, 177:14, 178:10, 178:17, 178:20, 178:23, 178:25, 179:2, 179:6, 179:11, 179:22, 179:25, 180:23, 180:24, 180:25, 181:6, 181:23, 182:5, 182:11, 182:14,

182:22, 183:10, 183:25, 184:13, 185:1, 185:15, 185:19, 185:22, 185:25, 186:2, 187:15, 187:18, 187:21, 188:1, 188:8, 188:12, 188:15, 188:17, 188:23, 189:8, 189:17, 189:19, 190:1, 190:2, 190:4, 190:6, 190:10, 190:13, 190:17, 190:20, 190:24, 191:1, 191:8, 191:9, 191:11, 191:14, 191:17, 191:18, 191:21, 192:11, 192:23, 193:16, 193:21, 193:22, 194:1, 194:7, 194:13, 194:14, 194:16, 194:22, 195:13, 196:4, 196:9, 196:13, 196:16, 196:18, 196:22, 196:23, 197:2, 197:5, 197:8, 197:10, 197:11, 197:13, 197:15, 197:20, 197:25, 198:1, 198:5, 198:9, 198:11, 198:14, 198:21, 198:25, 199:1, 199:2, 199:3, 199:6, 199:7, 199:10, 199:15, 199:19, 199:25, 200:4, 200:7, 200:8, 200:10, 200:12, 200:15, 200:21, 201:2, 201:9, 201:12, 201:14, 201:20, 201:21, 202:4, 202:5, 202:8, 202:15, 203:3, 203:4, 203:6, 203:8, 203:15, 203:19, 203:25, 204:3, 204:19, 205:3, 205:6, 205:15, 205:24, 206:1, 206:16, 206:21, 206:22, 207:14, 207:17, 208:4, 208:8, 208:12, 208:20, 209:19, 209:22, 210:8, 210:9, 210:10, 210:11, 210:13,

210:16, 211:10, 211:14, 211:16, 211:17, 211:19, 211:24, 212:1, 212:3, 212:7, 212:13, 212:20, 212:25, 213:10, 213:13, 213:15, 213:20, 213:24, 214:4, 214:6, 214:18, 215:7, 215:12, 215:14, 215:17, 215:20, 215:22, 216:2, 216:3, 216:9, 216:14, 216:22, 218:7, 218:10, 218:16, 219:3, 219:7, 219:10, 219:11, 219:18, 219:21, 219:24, 220:3, 220:7, 220:13, 220:15, 221:1, 221:6, 221:14, 221:21, 222:3, 222:17, 222:20, 222:25, 223:5, 223:14, 223:24, 225:11, 225:16, 225:17, 226:8, 226:10, 226:22, 227:18, 228:1, 228:11, 228:12, 228:15, 228:23, 229:3, 229:14, 229:17, 229:18, 229:19, 229:21, 229:25, 230:3, 230:11, 230:13, 230:17, 230:22, 230:25, 231:10, 232:6, 232:10, 232:11, 232:24, 233:18, 233:19, 233:20, 234:3, 234:10, 234:14, 234:17, 234:19, 234:25, 235:4, 235:10, 235:11, 235:20, 236:7, 236:8, 236:9, 236:13, 236:18, 236:21, 237:5, 237:14, 238:4, 238:22, 238:25, 239:1, 239:3, 239:14, 239:22, 240:1, 240:6, 240:8, 240:9, 240:14, 240:20, 241:1, 241:20, 242:2,

242:12, 242:18, 242:19, 242:20, 243:8, 243:18, 243:22, 244:7, 244:17, 245:1, 245:2, 245:13, 245:14, 245:19, 246:15, 246:16, 246:17, 247:6, 247:9, 247:13, 247:22, 248:8, 248:11, 248:13, 248:22, 249:3, 249:10, 249:13, 249:16, 249:18, 249:23, 250:22, 251:7, 251:22, 251:25, 252:2, 253:4, 253:8, 253:23, 254:2, 254:6, 254:13, 254:25, 255:3, 255:5, 255:13, 255:16, 256:5, 256:15, 257:6, 257:13, 258:10, 258:11, 258:12, 258:14, 258:16, 258:24, 259:2, 259:6, 259:14, 259:17, 259:18, 259:21, 260:1, 260:10, 260:16, 260:17, 261:5, 261:10, 261:16, 261:17, 261:20, 261:22, 261:25, 262:3, 262:12, 262:18, 262:22, 262:23, 262:25, 263:2, 263:3, 263:5, 263:6, 263:8, 263:10, 263:11, 263:20, 264:9, 264:22, 264:25, 265:15, 266:1, 266:6, 266:11, 266:14, 266:15, 266:19, 267:9, 268:1, 268:2, 268:8, 268:13, 268:17, 268:20, 268:25, 269:6, 269:8, 269:10, 269:12, 269:15, 269:17, 269:23, 269:24, 270:6, 270:10, 270:23, 271:6, 271:12, 271:21, 271:23, 271:25, 272:3, 272:8,

272:13, 272:16, 272:22, 272:23, 273:1, 273:15, 273:17, 273:24, 274:5, 274:7, 274:13, 274:16, 274:20, 274:23, 275:9, 275:10, 275:14, 275:17, 275:20, 276:11, 276:14, 276:22, 277:4, 277:22, 278:6, 278:9, 279:1, 279:11, 279:12, 279:14, 279:17, 279:18, 279:23, 280:5, 280:6, 280:9, 280:16, 280:19, 281:16, 281:21, 282:4, 282:24, 283:2, 283:6, 283:24, 284:4, 284:9, 284:13, 284:19, 285:20, 286:1, 286:15, 286:24, 287:23, 288:3, 289:8, 289:17, 290:18, 291:9, 292:19

**ANDREW** [2] - 221:25, 222:4
**ANDREWS** [1] - 88:13
**ANECDOTAL** [1] - 203:4
**ANN** [10] - 60:15, 61:2, 93:19, 142:20, 178:12, 196:4, 211:8, 211:14, 211:15, 212:4
**ANNOUNCE** [2] - 244:17, 244:21
**ANNOUNCED** [2] - 62:6, 126:20
**ANNOUNCING** [1] - 66:16
**ANOMALIES** [2] - 80:1, 281:14
**ANONYMOUSLY** [1] - 145:15
**ANOTHER** [34] - 4:12, 23:13, 23:15, 37:14, 39:24, 70:3, 77:5, 80:11, 92:22, 96:13, 101:11, 101:12, 103:23, 109:12, 133:14, 151:7, 159:17, 160:23, 170:25, 174:1, 187:18, 197:20, 205:4, 211:10,

221:25, 226:8, 237:3, 237:25, 238:20, 242:20, 253:21, 287:20, 288:7, 289:13
**ANSWER** [19] - 27:21, 46:8, 62:5, 98:17, 98:23, 98:24, 136:13, 141:11, 142:11, 143:14, 154:7, 179:12, 202:16, 204:1, 206:18, 207:3, 224:24, 276:14
**ANSWERED** [3] - 36:15, 177:14, 246:5
**ANSWERING** [2] - 136:9, 146:9
**ANSWERS** [2] - 27:22, 260:17
**ANTI** [3] - 233:14, 233:16, 233:17
**ANTI-DRE** [3] - 233:14, 233:16, 233:17
**ANTICIPATE** [2] - 161:5, 162:23
**ANY** [134] - 4:19, 35:4, 44:12, 46:21, 50:6, 50:15, 52:2, 59:19, 63:6, 69:24, 75:15, 76:21, 87:17, 89:16, 97:16, 97:21, 99:2, 99:5, 99:14, 99:18, 99:23, 100:10, 100:20, 102:12, 102:13, 102:16, 105:16, 105:17, 108:12, 110:21, 114:4, 117:3, 117:4, 120:9, 125:8, 125:19, 133:15, 133:21, 134:15, 144:10, 146:14, 146:19, 146:22, 148:21, 149:24, 150:9, 157:6, 162:14, 166:22, 172:6, 173:14, 174:4, 176:14, 180:2, 180:4, 180:7, 180:19, 181:7, 181:14, 181:18, 181:19, 183:17, 183:20, 185:6, 185:16, 188:19, 190:7, 192:16, 192:22, 192:24, 193:9, 194:22, 206:14, 209:15,

215:17, 217:1, 217:4, 217:19, 220:15, 223:9, 224:1, 226:19, 229:8, 229:10, 232:16, 234:20, 235:16, 239:3, 240:16, 243:8, 245:4, 245:25, 246:13, 246:21, 250:2, 250:8, 250:17, 252:10, 252:19, 257:14, 258:3, 263:14, 263:19, 263:21, 263:23, 263:24, 264:1, 264:3, 264:6, 264:10, 264:11, 264:12, 264:20, 265:15, 265:16, 266:3, 269:12, 269:19, 272:9, 274:2, 277:25, 280:7, 281:18, 282:4, 282:11, 288:20, 288:24, 290:1, 291:2
**ANYBODY** [6] - 125:9, 125:21, 150:16, 242:16, 248:21, 267:4
**ANYONE** [18] - 108:22, 153:20, 153:22, 154:1, 181:18, 185:19, 186:5, 192:23, 194:25, 209:13, 229:7, 240:12, 240:16, 244:3, 246:17, 246:25, 250:7, 250:15
**ANYTHING** [23] - 8:23, 76:21, 181:18, 193:5, 193:6, 197:16, 197:17, 198:16, 209:3, 215:22, 217:9, 226:3, 227:9, 229:13, 236:16, 252:18, 252:23, 264:23, 265:1, 265:2, 265:3, 278:16, 282:6
**ANYWAY** [3] - 110:1, 161:11, 192:9
**ANYWHERE** [3] - 170:12, 170:18, 174:6
**APOLOGIES** [2] - 71:21, 260:20

**APOLOGIZE** [3] - 71:7, 289:5, 289:6
**APPARENTLY** [1] - 132:21
**APPEALS** [1] - 88:14
**APPEAR** [2] - 142:20, 203:13
**APPEARANCES** [3] - 1:13, 2:1, 3:8
**APPEARS** [4] - 22:9, 198:12, 259:8, 259:12
**APPEL** [5] - 221:25, 222:20, 228:5, 228:15, 228:16
**APPEL'S** [1] - 227:21
**APPENDIX** [2] - 75:22
**APPLICABLE** [1] - 237:8
**APPLY** [3] - 71:8, 237:14, 237:16
**APPOINTED** [3] - 10:22, 10:25, 161:11
**APPRECIATE** [6] - 164:10, 260:16, 288:20, 289:10, 290:17, 290:21
**APPRECIATED** [1] - 193:19
**APPROACH** [1] - 211:1
**APPROACHED** [1] - 59:1
**APPROPRIATE** [2] - 30:7, 177:17
**APPROVAL** [2] - 22:23, 207:1
**APPROVE** [7] - 11:21, 13:5, 13:17, 13:20, 13:23, 30:22, 185:9
**APPROVED** [9] - 13:25, 16:3, 18:4, 22:20, 27:12, 30:25, 54:6, 132:15, 185:10
**APPROVING** [1] - 13:2
**APPROXIMATELY** [8] - 44:7, 61:25, 63:17, 78:5, 112:1, 124:15, 129:24, 187:24
**APRIL** [29] - 38:23, 39:7, 42:21, 43:10, 58:11, 58:12, 66:5, 66:22, 67:2, 67:9, 70:19, 126:8, 126:20, 126:22, 126:23, 127:3, 127:24, 129:9, 129:12, 131:20, 133:17, 159:24, 160:3, 189:4, 189:5,

269:17, 269:18, 270:2, 270:20
**ARCH** [1] - 2:13
**ARE** [281] - 3:6, 3:16, 3:20, 4:5, 6:14, 6:19, 8:15, 14:21, 14:25, 15:4, 15:8, 15:11, 16:14, 17:1, 17:8, 20:24, 24:6, 30:2, 31:7, 31:19, 32:18, 33:8, 33:13, 33:14, 35:25, 36:1, 36:3, 36:6, 37:11, 39:20, 40:7, 40:15, 42:15, 45:20, 46:21, 46:25, 55:10, 62:22, 62:24, 63:10, 63:11, 63:21, 65:2, 67:5, 68:11, 76:17, 76:18, 77:13, 79:8, 81:9, 81:10, 81:13, 82:3, 82:7, 82:9, 88:1, 89:7, 89:13, 89:14, 90:2, 91:23, 92:4, 92:9, 92:12, 93:5, 93:15, 96:5, 96:6, 97:17, 97:20, 97:22, 98:25, 99:1, 99:6, 100:22, 102:5, 103:5, 103:17, 105:18, 107:17, 107:18, 110:1, 110:25, 113:8, 113:11, 114:6, 114:16, 115:7, 115:24, 116:1, 116:13, 117:17, 117:22, 117:24, 118:12, 119:4, 119:23, 121:17, 121:18, 121:25, 122:11, 122:14, 123:5, 123:11, 123:14, 124:7, 125:11, 126:6, 126:8, 127:6, 127:24, 128:22, 129:2, 132:7, 132:19, 136:6, 136:7, 137:24, 138:5, 138:6, 139:10, 140:21, 141:3, 141:10, 141:18, 145:4, 145:9, 145:19, 146:21, 146:25, 147:3, 147:4, 149:1, 149:6, 153:20, 153:22, 154:1, 155:5, 155:7, 155:9, 155:14, 155:19, 156:6, 156:8,

156:11, 157:14, 157:17, 157:21, 160:21, 161:14, 161:20, 162:8, 162:19, 163:4, 163:24, 163:25, 164:22, 165:20, 168:4, 168:10, 168:12, 170:10, 171:16, 174:11, 174:18, 174:19, 178:1, 179:10, 179:11, 179:12, 179:22, 179:23, 179:25, 180:14, 182:8, 183:10, 183:13, 184:11, 186:5, 190:20, 191:23, 192:2, 195:3, 195:4, 195:15, 195:19, 196:12, 201:15, 201:18, 202:2, 202:17, 202:22, 202:23, 203:1, 203:12, 205:4, 205:10, 205:16, 207:18, 208:22, 213:13, 219:23, 220:17, 221:2, 223:3, 223:16, 227:11, 228:4, 228:16, 231:23, 232:3, 235:2, 235:5, 237:4, 239:2, 239:13, 239:16, 239:20, 241:11, 241:18, 241:19, 244:5, 245:16, 246:1, 247:10, 248:20, 248:23, 249:7, 249:10, 249:17, 250:15, 251:8, 251:14, 252:1, 253:15, 253:16, 254:8, 254:22, 255:21, 256:1, 256:5, 256:8, 256:12, 256:15, 256:18, 256:24, 261:1, 261:3, 261:6, 261:17, 261:20, 261:21, 263:9, 263:20, 267:2, 267:9, 267:13, 267:14, 267:17, 267:22, 269:1, 270:23, 276:11, 279:2, 279:17, 282:1, 282:21,

283:20, 289:16
AREA [6] - 122:7,
158:4, 205:17,
274:15, 290:12,
290:14
AREN'T [1] - 94:22
ARGUE [1] - 178:4
ARGUING [1] - 267:22
ARGUMENT [5] -
46:25, 47:1, 149:6,
157:21, 209:18
ARIBCGUCJ [1] -
288:17
ARONCHICK [154] -
2:6, 2:7, 8:14, 8:21,
9:21, 9:22, 9:25,
15:24, 16:6, 16:10,
18:11, 21:1, 24:1,
25:5, 25:11, 26:9,
28:19, 32:23, 36:16,
40:1, 47:8, 47:22,
47:24, 48:3, 48:7,
48:13, 48:14, 48:15,
48:18, 49:10, 52:7,
52:23, 52:24, 53:12,
54:2, 54:14, 57:10,
57:13, 57:15, 57:20,
57:23, 60:9, 60:10,
60:17, 60:20, 60:22,
61:9, 65:22, 65:23,
65:24, 69:4, 71:17,
72:25, 73:12, 73:16,
73:20, 73:24, 74:1,
80:9, 84:12, 87:13,
98:22, 103:25,
104:9, 107:4, 109:8,
109:10, 109:15,
109:22, 110:8,
112:19, 112:23,
113:3, 114:15,
115:4, 115:15,
115:22, 116:24,
117:10, 118:7,
118:15, 118:22,
119:22, 120:20,
120:23, 121:3,
121:8, 121:13,
121:14, 121:21,
122:1, 128:13,
128:25, 130:10,
130:12, 137:6,
137:9, 143:23,
147:7, 147:13,
147:16, 147:20,
148:4, 151:19,
154:24, 157:25,
158:12, 160:12,
161:14, 161:17,
176:4, 177:11,
177:16, 177:25,

179:9, 182:16,
186:22, 189:11,
194:3, 199:22,
204:20, 206:2,
206:23, 207:23,
210:2, 214:13,
217:24, 218:1,
222:12, 225:19,
226:16, 228:20,
237:19, 237:22,
237:23, 238:9,
238:11, 238:15,
238:17, 244:20,
245:4, 245:9,
250:10, 252:23,
253:12, 253:15,
253:25, 254:5,
288:12, 289:19,
289:20, 290:1,
292:5, 292:8
ARONCHICK'S [1] -
158:10
AROUND [16] - 62:10,
105:9, 114:3,
126:24, 127:7,
206:21, 211:2,
211:3, 212:16,
213:4, 213:7, 225:3,
282:5, 286:14, 289:8
ARRANGE [1] -
261:25
ARRANGEMENTS [2]
- 259:23, 289:2
ARTICLE [5] - 222:14,
222:21, 227:20,
227:21, 227:23
ARTICLES [1] -
225:16
ARTICULATE [1] -
249:19
AS [216] - 3:13, 3:15,
5:14, 10:6, 10:21,
11:12, 11:18, 11:24,
16:4, 17:25, 18:9,
19:6, 21:25, 22:1,
22:20, 24:7, 25:25,
26:8, 27:15, 27:17,
28:1, 28:12, 28:16,
29:8, 29:10, 31:12,
31:23, 32:15, 36:8,
36:14, 42:1, 46:24,
51:19, 51:23, 52:13,
54:22, 57:5, 58:6,
59:8, 59:20, 66:18,
66:21, 67:25, 71:22,
75:13, 76:10, 78:24,
79:3, 79:10, 79:25,
80:1, 80:14, 84:17,
84:18, 85:2, 86:13,
86:17, 86:24, 87:16,

89:17, 91:11, 91:12,
94:2, 94:13, 99:7,
99:25, 100:4, 100:5,
101:20, 104:16,
104:18, 104:22,
105:4, 109:4,
109:11, 109:23,
109:24, 113:13,
113:15, 114:5,
114:10, 115:8,
115:9, 116:17,
117:15, 118:3,
120:18, 123:2,
123:10, 124:22,
124:23, 125:23,
126:10, 127:19,
129:11, 130:8,
132:9, 132:17,
132:18, 135:11,
136:6, 136:9,
137:25, 139:15,
140:9, 140:15,
140:16, 140:18,
141:9, 141:17,
142:6, 146:3, 155:2,
156:6, 158:9,
160:18, 162:12,
164:11, 165:18,
166:21, 168:1,
169:2, 169:5,
169:23, 170:5,
170:19, 170:21,
171:9, 171:20,
171:22, 172:1,
173:7, 174:3, 176:1,
176:24, 177:3,
177:15, 177:20,
178:3, 180:15,
180:24, 181:9,
185:12, 188:1,
188:17, 194:2,
194:8, 194:11,
197:8, 198:3, 199:3,
199:6, 200:22,
204:7, 204:8,
204:11, 205:20,
211:5, 211:23,
213:19, 213:25,
215:13, 216:4,
217:10, 217:14,
219:8, 220:17,
221:15, 222:4,
223:17, 225:15,
226:23, 229:18,
234:18, 236:7,
236:13, 238:14,
246:10, 246:15,
247:11, 247:20,
248:10, 254:1,
256:13, 258:1,
267:6, 271:17,

277:6, 277:18,
279:10, 279:13,
279:22, 281:11,
284:10, 284:13,
285:4, 285:24,
285:25, 286:22,
290:21
ASIDE [1] - 150:1
ASK [34] - 25:17, 34:6,
35:2, 42:16, 58:22,
83:25, 98:1, 102:12,
131:23, 136:14,
137:11, 152:23,
155:4, 159:25,
160:18, 170:17,
173:9, 176:16,
183:14, 195:16,
200:6, 204:2, 206:4,
206:13, 211:19,
225:20, 239:5,
239:6, 242:12,
260:25, 263:20,
265:21, 268:14,
273:20
ASKED [29] - 73:4,
90:17, 96:20, 110:9,
124:3, 129:2,
130:12, 130:16,
144:9, 145:2, 158:2,
158:16, 175:6,
177:14, 192:6,
193:12, 194:1,
194:17, 199:25,
200:20, 206:8,
217:19, 219:15,
229:3, 240:21,
246:17, 266:2,
269:20, 273:25
ASKING [25] - 19:9,
40:19, 82:9, 136:7,
151:21, 154:6,
155:5, 155:7, 156:8,
156:11, 175:1,
182:8, 190:20,
199:1, 206:14,
213:10, 213:12,
213:14, 220:3,
223:15, 248:20,
252:16, 263:14,
263:17, 269:22
ASKS [1] - 222:1
ASSESSED [1] - 77:2
ASSESSES [1] - 85:13
ASSESSMENT [1] -
75:23
ASSISTANCE [1] -
32:12
ASSISTIVE [1] -
140:16
ASSUME [5] - 18:20,

52:4, 109:17,
252:13, 290:11
ASSUMED [1] - 10:4
ASSUMING [1] -
220:13
ASSUMPTION [2] -
74:13, 132:11
ASSUMPTIONS [1] -
74:11
ASSURANCES [1] -
226:23
ASSURED [3] -
225:24, 226:11,
248:3
AT [245] - 11:5, 11:9,
11:13, 13:2, 14:2,
17:13, 20:6, 21:13,
21:15, 21:21, 22:6,
24:11, 24:12, 25:3,
29:15, 33:1, 34:23,
35:3, 35:17, 35:24,
35:25, 36:6, 42:25,
43:1, 43:3, 44:12,
44:25, 45:17, 45:21,
46:23, 54:15, 55:17,
56:5, 56:11, 56:19,
57:8, 57:9, 59:1,
61:10, 62:17, 63:18,
65:13, 66:2, 68:13,
68:14, 68:18, 69:5,
71:19, 76:5, 76:9,
79:1, 81:16, 81:17,
81:21, 82:2, 84:1,
86:8, 86:15, 88:13,
88:21, 90:17, 91:2,
91:9, 91:20, 93:6,
93:21, 97:13, 97:15,
97:16, 97:20, 99:4,
99:5, 99:11, 99:14,
99:17, 99:18, 100:1,
100:10, 100:11,
100:20, 101:12,
101:21, 102:13,
104:1, 105:16,
108:14, 108:15,
112:21, 113:10,
117:14, 119:16,
120:8, 121:24,
122:13, 127:11,
128:9, 128:14,
132:14, 133:21,
139:18, 139:22,
140:2, 143:17,
143:18, 144:1,
144:15, 146:14,
148:1, 149:21,
149:25, 150:6,
150:21, 151:25,
154:10, 157:7,
157:14, 160:17,

162:12, 162:14, 166:17, 167:16, 168:15, 171:7, 172:6, 173:14, 173:15, 173:23, 174:4, 174:14, 174:17, 174:19, 175:8, 175:10, 177:9, 181:7, 181:25, 182:14, 183:17, 183:21, 184:4, 184:11, 185:16, 186:9, 187:4, 187:8, 189:23, 190:18, 192:11, 192:16, 193:7, 193:9, 193:25, 195:22, 196:5, 196:7, 198:5, 202:4, 202:5, 203:8, 205:11, 207:19, 210:13, 211:2, 211:6, 211:19, 212:16, 213:18, 216:1, 217:12, 218:16, 219:25, 220:1, 222:13, 223:5, 223:11, 224:20, 227:19, 228:1, 229:4, 230:19, 232:10, 233:2, 235:4, 239:3, 240:12, 241:14, 243:13, 245:10, 245:13, 246:3, 247:12, 249:23, 250:2, 250:17, 253:16, 256:15, 257:13, 258:9, 258:15, 260:6, 261:6, 262:3, 264:20, 265:2, 265:15, 265:18, 267:17, 268:5, 269:3, 271:1, 271:6, 271:7, 272:21, 273:7, 274:5, 274:6, 274:7, 275:23, 278:6, 278:8, 279:19, 280:23, 281:17, 282:11, 282:19, 282:20, 282:21, 283:20, 285:7, 285:11, 285:12, 285:23, 286:22, 287:13, 288:20, 288:24, 289:13, 289:17, 289:22, 290:6, 290:19, 291:9
**ATTACHED** [6] - 72:4,

74:9, 175:14, 175:19, 191:3, 191:14
**ATTACHMENT** [10] - 70:10, 73:14, 73:15, 73:22, 74:5, 74:6, 74:7, 75:23, 175:23, 176:3
**ATTACHMENTS** [1] - 61:4
**ATTEMPT** [1] - 235:12
**ATTEMPTING** [1] - 202:2
**ATTEND** [3] - 259:23, 277:24, 279:2
**ATTENDED** [5] - 11:15, 165:11, 178:23, 181:21, 262:25
**ATTENTION** [5] - 75:21, 77:6, 110:21, 125:12, 126:10
**ATTORNEY** [7] - 13:6, 59:16, 60:16, 61:3, 178:11, 178:12, 211:8
**ATTORNEYS** [1] - 60:3
**ATYPICAL** [1] - 261:16
**AUDIENCE** [1] - 202:25
**AUDIT** [20] - 90:14, 108:6, 116:16, 116:18, 116:20, 117:5, 117:6, 117:8, 118:2, 156:1, 157:14, 157:17, 168:5, 170:1, 221:24, 222:6, 231:24, 234:4, 234:6
**AUDITABILITY** [6] - 64:19, 96:23, 283:10, 283:20, 284:20, 284:24
**AUDITABLE** [3] - 86:24, 100:6, 100:8
**AUDITED** [4] - 89:19, 157:12, 180:1, 234:7
**AUDITING** [5] - 14:22, 107:19, 168:6, 232:4, 232:5
**AUDITOR** [1] - 35:12
**AUDITS** [23] - 84:20, 85:4, 85:19, 90:4, 91:15, 117:7, 117:16, 151:12, 157:3, 157:4, 221:1, 230:10, 232:1, 234:5, 234:21,

247:4, 247:5, 247:7, 247:16, 247:22, 247:25, 248:8, 284:1
**AUGUST** [8] - 38:15, 38:16, 39:13, 127:11, 190:13, 190:24, 191:25, 193:21
**AUSTRALIA** [1] - 260:15
**AUTHENTIC** [1] - 3:21
**AUTHENTICITY** [2] - 3:22, 6:17
**AUTHORED** [3] - 147:10, 147:21, 168:8
**AUTHORITY** [4] - 123:23, 236:9, 236:10, 236:15
**AUTHORIZED** [2] - 236:17, 236:18
**AUTO** [5] - 223:17, 225:17, 225:25, 241:25, 242:7
**AUTOMATICALLY** [1] - 223:19
**AVAILABLE** [18] - 54:3, 72:13, 78:7, 78:19, 103:11, 105:13, 127:20, 161:20, 236:10, 238:1, 240:12, 249:2, 268:2, 268:15, 269:20, 272:14, 273:10, 273:22
**AVE** [1] - 1:15
**AWARE** [22] - 32:8, 32:18, 32:20, 137:7, 153:20, 153:22, 154:1, 185:19, 185:21, 186:5, 205:4, 205:5, 205:7, 214:4, 214:11, 214:12, 249:11, 250:15, 252:2, 263:21, 263:23, 264:2
**AWAY** [3] - 152:23, 215:11, 216:15

---

### B

**BACK** [35] - 31:10, 38:15, 38:16, 47:2, 56:18, 65:25, 70:2, 70:19, 71:7, 75:20, 77:4, 81:12, 83:1, 92:17, 97:7, 155:3, 162:7, 190:24,

199:2, 199:6, 202:3, 210:3, 227:20, 242:18, 243:10, 251:7, 260:15, 262:18, 263:11, 264:25, 265:4, 275:10, 282:3, 288:24, 289:7
**BACKUP** [1] - 65:14
**BACKWARDS** [1] - 235:8
**BAD** [1] - 80:5
**BAIL** [1] - 161:10
**BALL** [1] - 134:13
**BALLOT** [211] - 14:15, 15:19, 15:22, 17:3, 17:6, 17:12, 17:18, 18:8, 19:7, 19:11, 19:14, 20:3, 20:9, 20:10, 20:11, 20:14, 20:24, 21:10, 22:7, 23:13, 23:21, 24:7, 24:8, 24:18, 24:22, 24:23, 25:2, 25:3, 29:3, 29:9, 29:17, 31:5, 34:10, 34:11, 34:16, 34:19, 34:25, 54:20, 54:21, 55:9, 57:3, 62:15, 63:9, 63:11, 64:6, 64:22, 65:1, 65:4, 65:16, 69:2, 69:22, 70:14, 74:17, 75:3, 75:8, 75:14, 75:16, 75:17, 81:3, 81:5, 81:6, 81:7, 85:2, 86:23, 89:11, 89:14, 89:20, 89:23, 89:24, 90:3, 90:10, 90:11, 90:12, 90:22, 91:6, 91:11, 91:24, 92:1, 92:7, 92:8, 92:10, 96:9, 96:25, 97:18, 97:21, 98:19, 99:3, 99:7, 100:3, 100:13, 100:16, 107:10, 107:11, 107:15, 107:21, 108:1, 108:9, 108:18, 109:3, 110:17, 112:15, 113:4, 113:22, 113:23, 114:2, 114:3, 114:8, 115:5, 115:25, 118:10, 119:4, 120:15, 122:11, 122:14, 123:8, 125:10, 133:8, 135:20, 136:4, 136:18, 137:1,

138:6, 139:1, 139:3, 139:5, 139:8, 140:24, 141:1, 141:5, 141:9, 141:15, 141:18, 146:21, 148:16, 148:22, 149:1, 149:4, 149:5, 168:1, 170:13, 170:19, 170:21, 171:9, 174:5, 174:9, 181:11, 200:2, 201:13, 201:15, 202:3, 202:8, 202:9, 202:19, 203:6, 203:8, 208:23, 208:25, 217:2, 221:16, 221:19, 221:22, 222:10, 223:5, 223:20, 227:11, 227:13, 228:6, 228:9, 228:12, 228:16, 228:17, 229:9, 229:14, 229:16, 232:1, 233:14, 234:1, 235:1, 235:6, 235:10, 235:14, 235:17, 235:23, 236:1, 236:15, 236:17, 236:19, 237:12, 239:16, 242:3, 243:6, 248:7, 256:3, 256:13, 256:15, 256:20, 284:6, 284:10, 284:11, 284:13, 284:17, 285:9
**BALLOT-BASED** [1] - 89:23
**BALLOT-LEVEL** [1] - 232:1
**BALLOT-MARKING** [37] - 17:3, 17:6, 17:12, 17:18, 18:8, 20:3, 23:13, 24:7, 24:23, 25:3, 63:11, 65:4, 69:2, 75:16, 81:6, 81:7, 85:2, 89:14, 90:10, 91:11, 97:18, 100:3, 113:23, 118:10, 120:15, 122:11, 122:14, 123:8, 201:15, 217:2, 221:16, 227:13, 229:16, 256:3, 256:13, 256:15, 256:20
**BALLOTS** [77] - 14:6, 19:16, 19:19, 20:1,

20:2, 20:25, 23:23,
33:6, 33:13, 34:1,
34:2, 34:7, 65:5,
66:20, 69:2, 85:1,
85:18, 89:5, 89:8,
89:9, 89:10, 89:12,
90:9, 92:11, 92:12,
92:14, 92:16, 99:20,
100:4, 107:18,
113:7, 116:19,
116:21, 117:12,
117:14, 117:24,
120:12, 120:14,
133:11, 138:13,
138:14, 139:15,
140:11, 141:12,
167:19, 167:22,
180:5, 180:8,
180:15, 180:21,
198:2, 204:10,
217:6, 219:18,
220:24, 221:1,
222:2, 223:19,
227:10, 227:11,
228:5, 229:1,
229:14, 235:2,
243:5, 243:15,
243:17, 244:4,
256:14, 285:1, 285:5
BALTIMORE [1] -
88:12
BANFIELD [1] -
141:16
BARCODE [27] -
36:21, 36:22, 36:23,
37:2, 37:5, 116:3,
116:4, 116:5,
119:19, 132:23,
155:20, 156:7,
156:12, 156:17,
156:22, 157:8,
157:19, 169:2,
169:12, 171:20,
194:2, 194:7,
194:11, 194:14,
242:13, 242:24
BARCODES [18] -
35:20, 35:25, 36:8,
36:12, 36:13, 36:18,
113:25, 116:4,
116:8, 116:12,
120:7, 150:3,
155:17, 181:19,
241:7, 241:11,
241:18, 242:10
BASED [14] - 16:25,
86:19, 89:23, 105:2,
115:2, 117:22,
119:8, 142:4,
150:25, 167:3,

188:5, 252:14,
259:11, 285:3
BASICALLY [12] -
70:22, 79:24, 80:2,
84:11, 108:6,
108:10, 114:19,
117:23, 119:20,
120:13, 142:3,
195:16
BASIS [9] - 5:12, 90:4,
97:17, 97:22, 99:7,
99:20, 105:18,
150:13, 285:17
BATTERY [1] - 65:14
BAUMERT [2] -
253:18, 253:23
BE [230] - 3:2, 4:11,
4:13, 5:11, 5:19,
6:21, 10:2, 15:11,
21:17, 21:22, 22:9,
24:13, 26:23, 28:21,
31:17, 31:18, 34:16,
35:17, 36:3, 37:14,
37:16, 37:17, 37:23,
38:2, 42:11, 42:25,
43:9, 43:12, 48:12,
48:25, 49:9, 49:24,
50:3, 50:13, 50:17,
50:20, 50:23, 51:1,
51:4, 51:7, 51:11,
51:14, 51:17, 52:11,
52:15, 57:17, 58:13,
59:14, 59:22, 60:1,
61:16, 61:17, 61:18,
62:13, 63:8, 64:5,
64:21, 65:3, 65:17,
67:1, 68:16, 70:7,
70:12, 71:5, 71:24,
72:2, 74:16, 74:25,
75:8, 75:15, 76:21,
77:1, 80:15, 80:25,
85:18, 86:22, 86:23,
87:21, 89:18, 90:15,
91:16, 91:20, 92:23,
93:22, 96:24,
100:12, 100:19,
104:6, 106:5,
108:13, 109:20,
109:21, 110:4,
111:9, 111:14,
112:25, 113:16,
113:21, 115:19,
117:24, 118:9,
118:19, 119:24,
120:8, 120:25,
121:10, 122:19,
122:23, 123:8,
124:9, 125:23,
126:9, 126:10,
127:17, 127:20,

129:25, 130:4,
130:7, 130:13,
130:15, 130:17,
130:20, 130:21,
131:5, 131:12,
131:14, 131:25,
132:14, 133:4,
133:10, 133:14,
133:22, 134:3,
134:21, 137:10,
140:10, 142:20,
149:12, 154:4,
154:15, 156:25,
158:6, 158:18,
158:22, 158:23,
159:15, 160:2,
160:18, 161:4,
161:15, 162:9,
162:24, 163:9,
163:10, 163:19,
166:19, 173:7,
174:18, 179:11,
179:22, 180:1,
188:7, 188:9,
192:11, 198:12,
203:18, 204:1,
206:1, 208:18,
211:25, 212:2,
212:11, 216:22,
217:9, 217:16,
219:24, 220:24,
222:6, 222:9,
223:15, 226:18,
226:19, 226:24,
227:4, 227:5,
230:14, 231:7,
231:10, 236:21,
237:5, 237:6, 240:3,
240:6, 248:25,
249:1, 253:9,
253:11, 258:10,
261:13, 261:15,
261:24, 264:4,
268:1, 268:15,
269:20, 273:21,
279:9, 280:2,
280:14, 283:15,
283:16, 284:17,
285:5, 285:14,
285:17, 286:4,
286:10, 287:2,
287:16, 288:8,
288:10, 289:17,
291:9
BECAME [1] - 232:7
BECAUSE [55] -
27:19, 29:23, 42:10,
87:17, 89:9, 97:8,
106:12, 108:12,
108:14, 120:4,
120:11, 122:19,

123:1, 123:4, 123:9,
125:17, 130:1,
130:23, 132:7,
149:14, 150:22,
166:17, 168:11,
173:22, 176:8,
179:23, 181:1,
181:12, 183:4,
192:6, 193:13,
208:25, 211:24,
217:15, 227:17,
234:4, 234:15,
235:21, 235:24,
237:12, 246:3,
246:18, 246:23,
247:18, 248:10,
262:8, 264:13,
264:14, 267:17,
274:4, 275:16,
276:5, 276:25,
279:25, 280:15
BECOME [1] - 33:4
BEEN [62] - 30:15,
38:8, 41:6, 41:22,
46:12, 48:8, 50:5,
51:9, 74:21, 77:20,
78:21, 79:14, 103:5,
110:12, 120:8,
120:18, 122:24,
153:10, 164:25,
167:3, 167:5,
167:12, 170:14,
177:15, 179:20,
182:19, 183:7,
186:7, 189:9,
189:13, 189:14,
189:15, 190:4,
203:24, 205:8,
206:6, 207:14,
215:12, 216:13,
218:2, 218:3,
222:11, 222:13,
224:17, 224:18,
225:12, 225:14,
246:5, 260:8, 265:3,
274:21, 275:5,
275:7, 277:20,
281:7, 281:10,
281:21, 282:17,
286:2, 286:11,
291:11
BEFORE [78] - 1:10,
13:2, 13:25, 41:9,
44:6, 44:17, 54:20,
55:20, 67:20, 75:3,
75:19, 83:17, 91:13,
91:19, 96:11, 100:7,
101:15, 102:12,
102:17, 102:18,
103:12, 105:10,
105:15, 113:6,

124:25, 126:3,
129:8, 134:18,
137:5, 138:2,
138:25, 140:7,
148:3, 149:3,
149:15, 150:11,
151:14, 166:14,
168:12, 174:22,
176:6, 176:11,
176:19, 178:7,
180:3, 180:13,
181:25, 183:24,
190:8, 195:20,
196:22, 200:5,
201:3, 209:8,
212:23, 218:20,
218:21, 219:4,
222:2, 224:8,
234:15, 235:22,
239:16, 239:22,
242:4, 243:9,
248:20, 249:9,
249:10, 249:24,
260:4, 260:8,
264:21, 272:14,
273:4, 281:4, 291:11
BEG [1] - 60:19
BEGIN [1] - 289:22
BEGINNING [6] -
34:23, 90:18, 182:1,
182:14, 210:3,
211:15
BEGINS [2] - 73:23,
284:23
BEGUN [1] - 150:10
BEHALF [6] - 13:15,
13:23, 165:25,
191:2, 191:6, 236:18
BEHIND [1] - 90:23,
201:25
BEING [21] - 77:18,
80:16, 84:2, 125:12,
132:19, 150:21,
155:19, 192:1,
212:13, 214:5,
219:23, 226:20,
230:3, 230:4, 234:7,
238:22, 244:5,
245:16, 246:1,
257:23, 267:13
BELABOR [1] -
198:14
BELABORING [1] -
237:21
BELIEF [1] - 242:9
BELIEVE [48] - 3:5,
3:18, 5:10, 5:15,
8:15, 21:14, 21:16,
25:22, 28:8, 29:25,
30:6, 40:20, 41:1,

43:18, 47:15, 47:17,
50:4, 101:13,
108:25, 122:3,
134:10, 140:12,
146:10, 146:25,
147:12, 148:5,
155:13, 155:25,
157:25, 177:5,
182:20, 182:24,
190:4, 193:24,
205:25, 206:5,
212:21, 230:13,
230:20, 236:19,
241:3, 244:23,
246:23, 260:1,
264:16, 276:10,
285:8, 286:2
**BELIEVED** [6] - 42:19,
106:18, 231:6,
234:16, 234:17,
285:4
**BELOW** [3] - 36:1,
114:20, 231:25
**BENJAMIN** [1] - 2:11
**BEST** [5] - 32:1, 223:1,
247:15, 259:3,
279:21

**BETTER** [5] - 132:6,
134:3, 151:17,
187:16, 202:25
**BETWEEN** [27] - 15:1,
39:5, 46:23, 46:24,
64:25, 76:13, 87:14,
101:10, 113:20,
127:23, 127:25,
137:24, 157:8,
161:6, 200:20,
211:16, 211:17,
233:18, 233:20,
239:3, 240:14,
242:12, 258:11,
266:1, 273:24, 277:3
**BEYOND** [3] - 154:24,
191:11, 261:18
**BID** [4] - 70:21, 95:15,
132:4, 132:14
**BIDDER** [1] - 95:22
**BIDDERS** [2] - 95:19,
95:20
**BIDDING** [2] - 129:15,
132:4
**BIDS** [2] - 49:17, 94:1
**BIG** [6] - 189:14,
203:19, 204:5,
219:10, 233:17,
247:13
**BIGGER** [1] - 204:16
**BINDER** [14] - 4:10,
4:12, 8:5, 21:18,
21:20, 21:21, 22:19,

45:4, 45:7, 49:8,
147:5, 238:7, 251:13
**BINDERS** [3] - 3:15,
3:20, 138:22
**BINDS** [1] - 185:12
**BIOLOGY** [1] - 88:13
**BIT** [3] - 162:25,
170:14, 282:3
**BLACKOUT** [1] -
65:14
**BLANK** [4] - 73:19,
114:5, 228:9, 228:12
**BLESSED** [1] - 229:18
**BLOG** [1] - 222:5
**BLUE** [1] - 174:18
**BMD** [1] - 283:25
**BMD'S** [1] - 92:10
**BMDS** [1] - 201:18
**BOARD** [2] - 47:13,
64:3

**BOARDS** [1] - 66:6
**BOLDED** [1] - 283:22
**BOOCKV** [1] - 10:13
**BOOCKVAR** [24] -
10:7, 10:12, 10:18,
12:13, 40:15, 47:25,
52:25, 57:24,
121:15, 135:2,
160:14, 205:14,
205:18, 206:12,
206:16, 206:17,
206:21, 210:9,
211:11, 213:21,
227:2, 237:25,
239:14, 292:3
**BOOCKVAR'S** [3] -
166:8, 212:4, 245:2
**BOOK** [3] - 77:15,
87:24, 219:11
**BOOKS** [5] - 78:21,
94:9, 117:13,
163:17, 163:20
**BOSS** [1] - 11:13
**BOTH** [33] - 15:21,
32:14, 52:10, 57:21,
62:25, 68:22, 71:24,
75:14, 77:21, 90:9,
93:13, 98:3, 100:4,
104:17, 117:18,
118:3, 125:11,
139:4, 146:1, 151:4,
169:2, 169:12,
171:20, 173:6,
175:1, 175:6,
185:13, 186:1,
218:15, 224:11,
224:12, 250:20,
291:9
**BOTTOM** [7] - 93:6,
93:21, 114:10,

114:18, 121:24,
145:17, 258:15
**BOX** [4] - 65:16,
201:13, 202:9,
221:22
**BOXES** [3] - 79:9,
227:11, 228:6
**BREAK** [6] - 48:9,
109:21, 125:1,
134:18, 253:4,
288:10
**BREAKDOWN** [1] -
246:8
**BREAKING** [1] - 65:19
**BREAKS** [1] - 249:23
**BRIEF** [5] - 134:20,
163:24, 164:6,
181:24, 253:10
**BRIEFLY** [11] - 34:10,
62:23, 67:24, 68:8,
70:5, 78:11, 93:23,
112:8, 126:12,
167:16, 237:24
**BRING** [3] - 75:21,
78:22, 155:2
**BRINGING** [1] - 77:6
**BRINGS** [2] - 203:6,
228:9
**BRINKCKERHOFF** [1]
- 1:15
**BROAD** [2] - 97:21,
141:8
**BROUGHT** [4] - 9:25,
55:25, 182:12,
187:15
**BUILD** [2] - 86:10,
86:11
**BUILDING** [3] -
162:21, 281:6,
288:24
**BUILT** [1] - 123:18
**BULK** [3] - 182:5,
182:7, 182:9
**BULLET** [14] - 63:24,
66:2, 70:4, 71:18,
72:10, 73:13, 77:5,
77:8, 77:12, 83:2,
92:19, 135:18,
221:13, 283:22
**BUNCH** [5] - 168:11,
196:13, 255:19,
256:5, 256:22
**BURDEN** [4] - 130:9,
251:19, 280:4,
280:16
**BUSINESS** [1] -
261:19
**BUT** [181] - 3:10, 3:22,
8:16, 10:2, 11:13,
13:14, 15:8, 15:17,

15:21, 16:14, 18:22,
20:24, 21:4, 26:19,
27:9, 28:13, 31:20,
32:9, 34:1, 36:7,
37:21, 38:20, 39:5,
41:1, 41:17, 41:21,
42:19, 42:23, 44:4,
44:11, 44:16, 44:22,
46:15, 48:19, 52:7,
52:17, 56:19, 58:12,
58:24, 65:5, 65:13,
66:23, 68:2, 68:6,
70:19, 71:10, 80:2,
80:24, 81:8, 90:14,
94:9, 94:10, 94:15,
95:25, 108:7, 114:9,
117:11, 117:21,
120:3, 122:7,
122:22, 123:9,
124:13, 125:10,
125:25, 129:2,
129:18, 129:22,
130:16, 130:19,
131:3, 131:14,
131:25, 133:1,
133:8, 134:3,
135:23, 137:10,
138:7, 140:16,
144:25, 146:19,
147:18, 149:14,
150:16, 151:10,
151:20, 155:2,
155:6, 155:7,
155:16, 158:1,
158:2, 159:2,
160:22, 161:15,
162:2, 162:20,
163:1, 163:20,
164:4, 174:25,
176:9, 178:12,
179:4, 179:12,
180:16, 180:23,
183:23, 185:4,
185:10, 186:16,
189:14, 192:12,
194:11, 195:16,
196:5, 196:25,
198:3, 198:14,
202:10, 202:16,
203:1, 204:2,
204:11, 205:9,
206:6, 209:7,
209:10, 211:9,
215:10, 215:24,
216:8, 217:15,
221:16, 221:19,
221:23, 223:4,
224:11, 224:21,
225:3, 226:9,
226:12, 227:1,
227:4, 228:15,

114:18, 121:24,
145:17, 258:15
230:12, 231:5,
233:21, 235:2,
235:8, 236:17,
237:1, 237:7,
237:12, 237:15,
244:8, 247:12,
248:25, 249:4,
251:22, 252:13,
256:1, 258:1,
259:11, 267:3,
267:7, 267:15,
270:24, 272:19,
273:4, 275:2,
275:11, 277:6,
278:7, 282:3, 282:7,
282:20, 283:13,
288:23
**BUTTON** [1] - 48:4
**BUY** [2] - 93:8, 223:6
**BUYING** [3] - 223:7,
244:17, 244:22
**BY** [315] - 1:21, 1:22,
4:18, 4:20, 10:17,
12:12, 12:16, 16:2,
16:16, 18:15, 18:19,
18:21, 19:6, 19:19,
20:3, 20:5, 21:7,
22:5, 22:7, 22:13,
23:21, 24:5, 24:7,
24:20, 24:22, 25:2,
25:7, 25:20, 26:13,
27:24, 28:13, 28:14,
29:1, 29:13, 32:17,
33:3, 33:20, 33:22,
35:9, 35:12, 35:13,
36:17, 37:15, 37:17,
40:14, 41:19, 44:1,
46:20, 47:4, 47:11,
47:24, 52:24, 53:12,
54:2, 54:14, 57:15,
57:23, 60:10, 61:9,
62:13, 64:7, 64:23,
65:10, 65:24, 66:9,
66:22, 66:23, 69:4,
69:5, 69:15, 70:15,
71:17, 71:24, 71:25,
72:25, 73:12, 74:1,
74:18, 75:9, 80:9,
84:12, 85:18, 86:21,
87:13, 89:11, 89:13,
89:16, 89:17, 89:18,
89:19, 90:1, 91:9,
91:10, 92:12, 97:1,
97:3, 98:7, 98:8,
98:22, 100:7,
100:13, 100:18,
100:22, 102:10,
102:25, 103:1,
104:9, 104:20,
107:4, 107:12,
107:25, 109:8,

109:21, 110:8, 111:23, 112:9, 113:3, 114:6, 114:15, 115:4, 115:22, 116:9, 116:20, 117:14, 118:7, 118:22, 118:24, 119:5, 119:22, 119:23, 120:18, 121:3, 121:14, 122:1, 122:6, 123:21, 125:21, 125:22, 126:7, 126:10, 127:7, 127:18, 127:20, 128:13, 128:25, 130:18, 132:19, 133:2, 133:8, 133:22, 135:1, 136:16, 137:4, 137:17, 137:21, 138:3, 138:10, 139:14, 140:11, 140:20, 141:5, 142:8, 142:10, 142:14, 142:16, 142:18, 142:20, 142:23, 143:5, 143:12, 143:22, 145:4, 145:9, 146:5, 146:18, 146:20, 147:25, 148:9, 148:20, 149:5, 149:9, 149:10, 149:17, 151:2, 151:3, 151:24, 152:21, 153:19, 153:23, 154:9, 154:13, 155:11, 155:19, 155:20, 157:11, 157:17, 158:15, 158:19, 160:5, 160:18, 160:23, 163:4, 164:6, 164:19, 167:1, 167:9, 167:20, 168:2, 169:23, 170:10, 170:19, 171:9, 171:22, 173:5, 173:13, 173:25, 174:2, 174:5, 174:20, 176:22, 177:19, 178:6, 179:15, 180:12, 180:25, 182:21, 183:16, 184:25, 187:7, 187:15, 189:16, 190:22, 191:15, 191:18,

194:6, 194:12, 195:21, 196:15, 196:16, 200:3, 201:1, 204:14, 204:25, 205:13, 206:10, 207:7, 208:3, 210:2, 214:13, 215:13, 216:10, 218:1, 222:12, 225:19, 226:16, 228:8, 228:20, 229:2, 230:1, 231:2, 232:19, 235:3, 235:10, 235:13, 235:25, 236:22, 237:23, 238:17, 241:7, 241:16, 242:15, 244:12, 244:20, 245:8, 246:20, 250:13, 250:14, 251:4, 251:16, 253:9, 254:16, 254:20, 257:25, 258:8, 258:21, 260:23, 263:10, 265:14, 267:24, 269:15, 269:23, 270:1, 270:9, 270:19, 271:5, 276:21, 277:12, 278:5, 278:7, 278:25, 282:24, 283:19, 284:10, 285:2, 286:6, 287:5, 287:19, 292:4, 292:5, 292:7, 292:8, 292:10, 292:11

## C

CALCULATED [5] - 76:5, 76:13, 76:17, 76:18, 77:1
CALCULATIONS [1] - 117:22
CALL [67] - 10:6, 29:3, 111:15, 132:25, 160:22, 161:22, 162:13, 162:14, 163:11, 164:12, 170:13, 172:3, 172:17, 172:20, 172:23, 173:1, 174:5, 174:23, 174:25, 193:22, 193:23, 194:22, 199:14, 199:17, 200:19, 214:16, 214:17, 214:19,

214:21, 214:25, 215:1, 217:20, 218:4, 218:7, 218:8, 218:11, 218:20, 218:22, 218:24, 219:4, 226:15, 226:17, 227:7, 228:25, 229:1, 233:7, 234:1, 236:15, 242:4, 245:24, 246:13, 246:19, 246:22, 247:23, 253:5, 253:6, 254:8, 259:6, 259:9, 259:10, 261:3, 281:5, 289:14, 289:16
CALLED [17] - 16:4, 20:17, 20:18, 22:23, 27:1, 29:22, 30:24, 63:11, 70:20, 94:24, 116:5, 117:8, 120:3, 122:2, 144:7, 187:16, 187:18
CALLING [2] - 194:25, 228:5
CALLS [6] - 27:19, 29:24, 29:25, 193:24, 194:1, 226:8
CALTECH [1] - 88:13
CAME [13] - 57:18, 67:18, 67:19, 87:6, 110:20, 110:23, 144:23, 151:12, 227:1, 248:5, 250:1, 262:9, 277:17
CAN [173] - 4:18, 4:20, 9:19, 15:17, 15:25, 19:3, 27:21, 30:6, 33:17, 35:2, 36:21, 37:2, 37:5, 37:17, 42:15, 44:22, 45:21, 46:21, 48:2, 48:15, 52:8, 57:10, 57:20, 58:17, 60:7, 64:18, 65:17, 67:23, 70:4, 71:19, 73:20, 75:8, 75:13, 75:15, 76:6, 76:16, 76:19, 78:24, 79:10, 80:18, 80:22, 80:25, 81:14, 81:15, 81:16, 84:19, 85:4, 88:16, 91:11, 93:8, 98:1, 104:1, 105:22, 109:12, 112:9, 112:20, 113:10, 113:13, 113:16, 115:16, 116:23, 120:20, 121:19, 123:15, 123:21,

124:2, 126:3, 132:10, 133:8, 134:12, 137:19, 138:8, 138:11, 138:14, 138:17, 138:22, 139:11, 139:19, 142:16, 143:16, 145:9, 145:13, 145:18, 148:15, 151:25, 153:13, 155:4, 155:8, 159:25, 160:24, 161:7, 161:11, 161:12, 161:19, 161:21, 161:22, 162:2, 162:16, 163:8, 170:17, 172:11, 174:21, 176:2, 180:1, 184:4, 186:9, 187:8, 196:18, 200:10, 200:24, 201:19, 202:3, 202:24, 204:4, 204:8, 205:11, 210:10, 213:12, 214:24, 216:3, 218:24, 219:7, 220:24, 221:2, 221:3, 221:8, 221:10, 221:15, 223:5, 228:1, 231:5, 233:12, 234:2, 243:13, 249:16, 251:9, 253:4, 253:18, 258:9, 258:14, 259:2, 259:3, 259:23, 263:11, 265:10, 265:12, 265:18, 265:21, 271:6, 271:7, 271:19, 273:7, 273:12, 278:8, 278:9, 278:14, 283:25, 284:19, 285:7, 285:23, 286:9, 286:22, 287:13, 288:24, 289:7, 289:12, 289:17, 290:4, 290:9, 290:15, 291:7
CAN'T [10] - 8:16, 104:18, 122:19, 128:18, 129:25, 131:15, 143:14, 162:2, 174:24, 288:17
CANDIDATES [2] - 157:9, 228:11
CANNOT [4] - 33:8,

34:4, 34:14, 139:18
CAPABLE [9] - 14:21, 37:15, 107:18, 168:4, 169:25, 231:23, 232:3, 234:3, 234:7
CAPACITY [2] - 11:16, 206:25
CAPTURE [3] - 63:2, 105:3, 183:5
CAPTURED [1] - 230:18
CAPTURES [1] - 207:5
CARD [11] - 33:22, 139:20, 144:8, 145:19, 145:24, 146:4, 171:9, 200:21, 201:11, 243:6, 243:9
CARDS [3] - 145:15, 150:6, 229:1
CARE [1] - 204:5
CAREFUL [1] - 12:19
CAREFULLY [8] - 13:2, 13:25, 18:19, 42:4, 42:10, 166:2, 173:20, 173:22
CASE [30] - 1:3, 12:14, 25:14, 27:14, 36:4, 41:24, 48:18, 57:6, 102:23, 114:22, 122:15, 141:17, 157:19, 157:20, 161:9, 165:3, 165:9, 165:18, 179:23, 183:9, 210:7, 210:10, 210:12, 221:8, 223:11, 235:14, 237:10, 248:4, 285:11, 289:16
CASES [2] - 62:12, 65:12
CAST [24] - 20:11, 35:18, 64:7, 64:23, 70:15, 74:18, 75:3, 75:19, 90:3, 92:16, 96:12, 97:1, 100:7, 105:5, 136:19, 145:14, 145:19, 203:15, 223:17, 225:17, 225:25, 241:25, 242:7, 243:9
CASTING [4] - 54:20, 75:4, 239:16, 242:4
CASTS [1] - 223:19
CAUSE [2] - 156:25, 192:23
CAUSED [1] - 229:10

CELLI [3] - 1:15,
111:1, 239:23
CENTRAL [2] - 56:21,
256:3
CERTAIN [9] - 16:25,
53:4, 123:22, 130:8,
216:14, 220:2,
236:19, 248:25,
255:25
CERTAINLY [18] -
6:16, 13:22, 46:21,
161:12, 173:19,
199:5, 199:9,
203:17, 209:10,
211:12, 225:8,
233:25, 234:3,
234:7, 236:12,
256:2, 263:9, 290:18
CERTIFICATION [89] -
17:20, 18:16, 23:10,
23:19, 25:22, 26:25,
30:2, 31:3, 32:7,
32:15, 32:16, 53:9,
53:13, 53:16, 53:21,
54:5, 55:10, 62:3,
62:14, 63:7, 77:19,
78:25, 79:4, 79:12,
80:24, 90:18, 90:20,
91:12, 102:3, 104:3,
104:17, 104:18,
104:20, 104:23,
105:19, 110:10,
110:22, 111:17,
111:20, 143:24,
144:21, 145:10,
146:1, 152:17,
152:25, 153:5,
154:16, 154:23,
184:15, 185:5,
185:16, 186:1,
186:9, 186:12,
186:17, 186:19,
215:15, 219:23,
224:22, 225:10,
225:11, 239:1,
239:5, 239:7, 239:9,
239:11, 239:17,
239:22, 240:9,
245:16, 246:2,
249:14, 251:20,
252:3, 255:14,
257:4, 257:8,
257:15, 258:3,
259:19, 262:8,
265:22, 268:3,
271:20, 279:3,
286:18, 286:21,
287:11
CERTIFICATIONS [8]
- 11:19, 16:3, 32:9,

32:13, 53:4, 249:21,
249:22, 278:23
CERTIFIED [33] - 32:5,
36:9, 63:8, 71:24,
72:2, 77:20, 78:12,
78:21, 105:17,
113:18, 119:16,
124:2, 128:7,
128:17, 132:15,
153:9, 153:16,
153:24, 154:5,
186:7, 188:7,
223:21, 224:18,
224:20, 226:19,
226:20, 229:17,
249:24, 258:1,
265:3, 274:6,
285:19, 288:4
CERTIFY [14] - 14:12,
63:5, 104:18, 124:1,
130:17, 167:25,
209:1, 221:4,
223:16, 226:14,
226:25, 246:14,
276:23, 291:14
CERTIFYING [12] -
90:8, 108:12,
108:15, 181:5,
215:7, 226:11,
227:5, 229:3,
246:11, 248:1,
249:12, 250:19
CHAIN [5] - 6:13, 6:18,
262:4, 282:20,
282:25
CHAIRS [1] - 88:11
CHALLENGE [1] -
134:12
CHALLENGES [2] -
187:21, 187:24
CHAMBERS [4] -
175:17, 179:7,
179:17, 291:3
CHANCE [3] - 12:2,
263:10, 291:2
CHANGE [12] - 57:24,
58:4, 58:6, 58:13,
63:3, 125:5, 129:10,
231:4, 231:21,
232:16, 234:12,
288:7
CHANGED [5] - 85:25,
125:20, 231:11,
253:19, 276:25
CHANGES [1] -
125:18
CHAOS [1] - 131:16
CHARACTER [3] -
120:3, 120:6, 120:9
CHARACTERISTIC [1]

- 133:2
CHARACTERIZATIO
N [1] - 221:11
CHARGE [2] - 59:7,
69:6
CHASE [1] - 287:6
CHEAT [3] - 222:7,
223:8, 226:5
CHECK [11] - 3:11,
161:20, 163:8,
216:4, 216:10,
216:17, 216:25,
229:19, 229:21,
229:23, 272:5
CHECKS [1] - 218:8
CHERRY [1] - 2:8
CHIEF [6] - 13:8,
164:22, 165:5,
191:2, 254:22,
268:21
CHILD [1] - 288:20
CHOICE [5] - 143:6,
143:9, 143:15,
167:14, 217:6
CHOICES [11] - 17:10,
22:10, 27:5, 28:9,
81:7, 81:8, 99:21,
123:24, 169:20,
172:9, 228:11
CHOOSE [2] - 71:3,
124:2
CHOOSES [1] -
228:10
CHOOSING [1] -
243:9
CHOSE [5] - 42:10,
120:11, 120:19,
173:20, 173:22
CHRISTINA [1] - 2:7
CHUNK [1] - 189:14
CIRCLE [2] - 114:8,
114:16
CIRCUIT [1] - 88:15
CIRCUMSTANCES [2]
- 34:11, 41:22
CITIZENS [1] - 187:16
CITY [17] - 2:13, 2:15,
45:11, 131:12,
131:23, 132:2,
133:25, 134:3,
134:8, 164:11,
203:19, 204:15,
204:16, 204:19,
204:21, 205:1,
253:20
CIVIL [1] - 1:3
CLARIFICATION [2] -
163:23, 164:11
CLARIFY [3] - 164:9,
166:8, 168:15

CLARITY [1] - 61:21
CLASSIFY [1] -
217:14
CLAUSE [1] - 167:14
CLAUSES [1] - 167:10
CLEAR [23] - 60:1,
60:4, 65:3, 75:15,
78:17, 86:17, 87:17,
98:7, 109:3, 141:11,
150:17, 150:23,
164:2, 180:17,
215:10, 231:10,
235:12, 246:12,
248:5, 249:12,
250:23, 260:24,
285:14
CLEARACCESS [4] -
19:19, 20:3, 20:8,
21:10
CLEARBALLOT [10] -
16:4, 18:3, 22:2,
22:7, 22:14, 29:15,
63:22, 259:13,
259:15, 261:25
CLEARBALLOT-
MARKING [1] - 22:14
CLEARCAST [2] -
19:14, 20:11
CLEARER [2] - 179:11
CLEARLY [2] - 89:11,
98:2
CLEARVOTE [3] -
16:5, 53:5, 262:4
CLERK [3] - 3:1,
10:10, 161:3
CLICK [2] - 78:21,
79:1
CLIENT [5] - 59:8,
59:9, 169:6, 225:9,
266:16
CLIENT'S [1] - 207:1
CLIENTS [1] -
180:25, 191:23,
192:2, 211:17,
211:24, 234:17,
279:9, 279:18,
279:21, 290:20
CLOCK [2] - 126:13,
126:16
CLOSE [5] - 86:9,
220:24, 221:22,
223:2, 261:18
CLOSELY [5] -
111:10, 111:14,
240:3, 240:7, 240:8
CLOSER [1] - 278:4
CO [2] - 88:11, 248:14
CO-CHAIRS [1] -
88:11
CO-COUNSEL [1] -

248:14
CODE [23] - 36:25,
37:3, 99:7, 99:10,
118:14, 118:24,
118:25, 119:9,
119:19, 132:24,
140:22, 140:25,
141:6, 141:8,
141:10, 141:13,
141:15, 141:19,
155:20, 235:18,
235:24, 237:11
CODES [7] - 36:12,
112:4, 113:25,
120:7, 121:19,
121:24, 121:25
COGNIZANT [1] -
267:10
COLLEAGUE [8] -
53:3, 106:21,
118:16, 124:3,
126:12, 143:23,
175:12, 258:17
COLLEAGUES [4] -
180:4, 180:7,
180:19, 181:8
COLLECTED [1] -
115:24
COLLECTIVELY [2] -
39:16, 39:20
COLLINS [1] - 36:5
COLORADO [2] -
276:7, 276:12
COLUMN [4] - 82:3,
82:8, 82:12, 103:8
COMBINATION [2] -
121:25, 226:7
COME [8] - 36:24,
56:18, 62:2, 76:22,
101:3, 110:21,
145:8, 282:3
COMES [8] - 27:15,
54:10, 71:6, 71:8,
91:13, 139:20,
267:4, 267:5
COMFORTABLE [1] -
9:20
COMING [3] - 38:17,
80:14, 154:3
COMMENT [4] - 217:8,
226:13, 243:2,
249:23
COMMENTING [3] -
242:7, 242:23,
243:14
COMMENTS [10] -
225:16, 241:22,
243:23, 249:24,
266:15, 267:11,
267:13, 281:23,

COMMISSION [1] - 32:12

COMMISSIONER [8] - 64:2, 66:5, 66:14, 83:7, 135:19, 135:22, 135:23, 140:3

COMMISSIONERS [1] - 128:20

COMMITTEE [4] - 83:8, 83:15, 88:9, 88:11

COMMON [1] - 150:25

COMMONWEALTH [20] - 10:23, 11:1, 12:24, 13:12, 26:1, 58:1, 123:21, 124:7, 128:7, 132:20, 145:5, 150:10, 150:18, 165:6, 202:17, 215:11, 223:15, 224:8, 226:21, 252:3

COMMONWEALTH'S [4] - 61:24, 64:17, 123:19, 166:16

COMMUNICATE [9] - 152:17, 152:25, 153:4, 153:14, 184:15, 185:4, 185:25, 257:3, 258:3

COMMUNICATED [4] - 5:14, 150:24, 180:16, 185:16

COMMUNICATION [4] - 175:20, 186:20, 250:2, 265:5

COMMUNICATIONS [3] - 228:18, 228:22, 228:23

COMPANIES [1] - 67:18

COMPARED [2] - 91:16, 116:25

COMPARISON [1] - 232:1

COMPETENCE [1] - 47:12

COMPETING [1] - 279:19

COMPILE [1] - 275:2

COMPLAINED [1] - 224:23

COMPLAINT [4] - 133:5, 242:13, 242:15, 244:3

COMPLETE [5] - 102:3, 102:20, 239:1, 286:21,

287:11

COMPLETED [6] - 103:5, 103:11, 175:14, 222:10, 222:13, 227:10

COMPLETELY [1] - 100:2

COMPLETIONS [1] - 103:7

COMPLEX [1] - 262:22

COMPLIANCE [2] - 191:22, 194:18

COMPLIANT [1] - 122:16

COMPLIES [3] - 170:2, 208:5, 235:15

COMPLY [1] - 227:6

COMPONENT [2] - 81:4, 90:12, 90:14

COMPONENTS [13] - 79:3, 81:11, 81:17, 81:18, 94:17, 108:4, 113:16, 113:20, 128:4, 255:21, 255:23, 256:1, 256:2

COMPUTER [8] - 1:21, 1:22, 84:16, 86:20, 87:5, 89:16, 114:21, 117:1

COMPUTER-AIDED [1] - 1:22

CONCEPT [4] - 107:20, 108:17, 183:5, 249:18

CONCEPTS [3] - 64:25, 112:5, 112:9

CONCERN [2] - 216:14, 246:11

CONCERNED [6] - 209:9, 209:14, 220:1, 246:15, 248:1, 248:10

CONCERNING [4] - 64:19, 96:23, 232:13, 232:18

CONCERNS [2] - 267:17, 283:24

CONDITIONED [1] - 150:13

CONDITIONS [2] - 94:24, 94:25

CONDUCT [1] - 191:19

CONDUCTED [2] - 85:18, 140:11

CONFER [22] - 165:14, 168:7, 168:20, 171:3, 189:19, 190:1,

190:17, 191:9, 192:23, 193:22, 194:1, 197:8, 197:11, 198:9, 198:21, 198:25, 199:7, 205:15, 206:16, 206:22, 208:13, 242:19

CONFERENCE [59] - 5:12, 11:15, 55:17, 55:20, 55:24, 55:25, 56:6, 56:9, 56:11, 56:15, 57:9, 68:12, 68:13, 97:12, 97:15, 99:4, 99:12, 99:15, 99:17, 99:19, 100:11, 100:20, 101:3, 135:4, 138:2, 149:19, 149:22, 149:25, 150:4, 150:7, 150:22, 151:3, 162:13, 165:11, 174:22, 175:3, 175:8, 175:15, 175:24, 178:21, 178:23, 180:3, 180:14, 181:21, 182:1, 182:5, 182:15, 182:22, 183:18, 183:21, 208:17, 210:24, 211:4, 231:13, 232:18, 247:3, 247:14, 290:4

CONFERENCES [1] - 68:11

CONFERRED [2] - 168:14, 226:10

CONFERS [1] - 168:11

CONFIDENCE [2] - 47:12, 120:5

CONFIDENTIAL [3] - 5:11, 175:20, 269:4

CONFIGURATION [6] - 36:11, 36:20, 113:20, 119:14, 120:2, 222:1

CONFIGURATIONS [8] - 80:25, 81:9, 81:18, 113:19, 113:24, 120:1, 256:8, 256:25

CONFIGURE [1] - 221:17

CONFIGURED [1] - 222:9

CONFIRM [3] - 39:22, 75:1, 189:22

CONFIRMATION [2] -

74:25, 75:11

CONFIRMATIONS [1] - 74:24

CONFIRMED [4] - 11:2, 74:25, 117:5, 118:3

CONFORM [1] - 64:18

CONNECT [1] - 52:8

CONNECTED [1] - 8:22

CONNECTION [6] - 21:15, 56:22, 59:12, 64:13, 100:24, 240:2

CONNECTS [1] - 33:18

CONSENT [5] - 166:19, 166:20, 230:11, 234:22, 234:23

CONSIDER [5] - 18:12, 68:20, 204:11, 259:18, 280:9

CONSIDERATION [5] - 79:14, 213:13, 213:18, 218:14, 279:11

CONSIDERATIONS [1] - 203:22

CONSIDERED [6] - 63:6, 203:23, 225:15, 225:16, 227:5, 248:6

CONSIDERING [3] - 220:15, 225:4, 226:12

CONSISTENT [12] - 24:9, 30:9, 36:19, 57:6, 58:13, 90:7, 90:10, 90:25, 170:8, 173:3, 173:7, 193:15

CONSISTENTLY [1] - 137:4

CONSTITUTIONAL [1] - 86:2

CONSTRUE [2] - 178:2, 206:1

CONSULTED [1] - 211:12

CONTACT [3] - 200:20, 201:10, 255:8

CONTAIN [2] - 33:15, 39:16

CONTAINED [4] - 83:9, 106:19, 166:12, 281:12

CONTAINS [8] - 22:10, 24:25, 34:21, 35:20, 35:22, 93:8,

143:6, 185:23

CONTEMPORANEO US [1] - 177:22

CONTENTS [1] - 75:2

CONTEST [10] - 17:7, 17:14, 22:10, 24:25, 29:16, 29:18, 29:20, 33:15, 34:21, 148:25

CONTEXT [8] - 8:16, 113:13, 116:7, 181:15, 204:9, 259:12, 264:24, 265:1

CONTINUALLY [1] - 252:15

CONTINUATION [1] - 15:14

CONTINUE [11] - 58:7, 58:9, 58:16, 60:6, 86:1, 92:15, 98:8, 106:3, 161:8, 188:7, 234:12

CONTINUED [4] - 2:1, 106:5, 159:3, 293:1

CONTINUES [1] - 267:7

CONTINUING [3] - 20:2, 58:14, 183:2

CONTRACT [18] - 45:12, 45:24, 46:7, 70:22, 93:7, 94:3, 94:6, 94:19, 94:24, 94:25, 95:6, 98:3, 126:14, 237:5, 237:6, 237:16, 270:11

CONTROL [2] - 143:10, 280:13

CONTROLS [3] - 137:11, 237:13

CONTROVERSIAL [1] - 108:14

CONVERSATION [24] - 179:6, 179:14, 192:25, 194:13, 195:1, 195:12, 195:13, 212:18, 215:6, 216:7, 216:8, 216:25, 217:1, 217:4, 217:15, 225:21, 229:25, 230:8, 235:21, 245:22, 246:4, 246:7, 247:24

CONVERSATIONS [18] - 68:3, 69:24, 108:25, 178:13, 179:16, 179:19, 182:9, 195:11, 199:3, 205:15,

206:15, 206:17, 216:12, 234:20, 247:3, 265:10, 282:4

CONVEYED [1] - 84:2

CONVEYING [1] - 86:6

CONVINCE [2] - 209:21, 209:22

CONVINCED [1] - 211:25

COOPERATING [1] - 93:20

COORDINATES [2] - 115:1, 115:2

COPIED [4] - 175:17, 191:2, 196:12, 196:13

COPY [9] - 5:11, 108:7, 163:18, 177:7, 213:4, 233:5, 262:1, 279:8, 282:23

COPYING [4] - 195:25, 196:3, 269:1, 271:9

CORNER [1] - 195:18

CORRECT [283] - 10:23, 10:24, 11:1, 11:2, 11:4, 11:7, 11:8, 11:16, 11:25, 12:1, 12:16, 13:2, 13:4, 13:7, 13:10, 13:15, 13:16, 14:6, 14:7, 14:9, 14:10, 14:14, 14:16, 14:23, 14:24, 15:5, 15:9, 15:12, 15:19, 15:23, 16:22, 16:23, 17:1, 17:19, 19:11, 20:11, 20:12, 20:16, 20:25, 21:2, 23:8, 26:8, 26:21, 26:22, 26:23, 27:11, 27:13, 29:17, 29:21, 31:1, 33:22, 33:23, 35:11, 35:14, 35:17, 36:2, 36:7, 38:11, 38:25, 41:9, 41:12, 41:15, 44:9, 54:7, 56:1, 58:21, 59:13, 59:15, 59:18, 63:16, 67:10, 67:21, 69:1, 72:10, 72:11, 74:22, 79:19, 80:12, 82:22, 82:25, 83:14, 83:16, 90:24, 93:18, 95:8, 95:10, 97:4, 97:5, 97:9, 97:13, 97:14, 101:22, 101:24, 102:24, 103:6, 103:8, 103:14, 103:15,

106:4, 106:6, 106:22, 108:19, 109:6, 111:25, 112:2, 113:5, 113:8, 113:9, 115:3, 117:2, 119:10, 119:25, 122:17, 123:20, 124:1, 128:7, 128:8, 128:21, 128:24, 132:16, 132:25, 135:21, 136:5, 136:20, 136:23, 136:24, 137:2, 137:3, 137:5, 137:23, 142:18, 143:7, 145:15, 145:21, 148:11, 148:12, 150:1, 151:8, 151:10, 153:1, 153:7, 153:9, 154:17, 155:15, 155:17, 156:3, 156:15, 156:21, 156:22, 156:23, 157:13, 157:18, 159:2, 159:12, 160:4, 160:8, 164:23, 165:1, 165:7, 165:19, 166:10, 166:25, 167:6, 167:12, 167:13, 167:15, 167:19, 167:23, 168:19, 169:15, 171:1, 171:2, 171:23, 171:24, 172:2, 172:22, 172:25, 173:3, 184:3, 185:1, 185:24, 186:2, 186:17, 186:21, 187:13, 187:17, 187:20, 187:22, 188:4, 188:10, 188:11, 188:20, 188:22, 188:24, 189:7, 189:10, 190:8, 190:12, 190:15, 190:25, 191:10, 191:13, 191:16, 192:15, 194:25, 197:13, 197:18, 198:17, 202:1, 207:15, 209:2, 209:16, 209:17, 210:14, 217:18, 232:9, 232:14, 236:6, 241:13, 242:5, 242:11, 242:21, 243:20, 243:21,

248:18, 248:22, 251:21, 255:15, 256:7, 256:9, 256:16, 257:12, 257:15, 258:4, 258:7, 259:15, 260:3, 260:7, 261:12, 262:3, 262:6, 262:10, 262:17, 262:21, 263:4, 263:13, 263:16, 264:23, 265:25, 266:3, 266:18, 266:19, 268:6, 268:7, 268:11, 268:16, 269:5, 269:14, 269:16, 271:3, 271:11, 271:22, 272:15, 272:18, 272:20, 272:25, 274:1, 274:12, 274:14, 275:19, 277:5, 278:13, 283:5, 283:7, 283:8, 284:15, 287:23, 287:24, 288:4, 288:5, 291:14

CORRECTLY [2] - 147:24, 261:7

CORRESPONDENC E [3] - 192:16, 241:7, 262:18

CORRESPONDING [1] - 57:16

CORRESPONDS [2] - 116:8, 116:11

CORTES [2] - 1:6, 13:11

COST [1] - 127:13

COSTARS [2] - 94:2, 94:24

COULD [88] - 12:5, 14:2, 16:17, 21:13, 21:15, 22:16, 25:21, 26:17, 26:21, 35:24, 37:16, 42:16, 42:24, 43:1, 43:3, 44:12, 44:25, 46:8, 48:3, 57:5, 58:6, 60:23, 61:13, 63:24, 66:3, 76:20, 76:22, 76:24, 77:1, 78:21, 79:1, 80:15, 81:13, 81:17, 90:13, 92:3, 93:23, 94:18, 98:14, 107:24, 109:23, 113:21, 114:2, 124:19, 124:21, 124:23, 127:21,

128:2, 133:3, 133:16, 133:21, 134:17, 136:22, 138:17, 143:25, 146:24, 148:13, 152:13, 159:4, 168:15, 170:23, 175:6, 175:10, 178:5, 188:7, 188:20, 188:23, 189:1, 189:18, 189:23, 193:14, 212:2, 217:22, 222:6, 234:23, 249:22, 249:23, 261:13, 262:9, 271:18, 277:24, 278:6, 279:21, 280:14, 288:21, 290:4

COULDN'T [5] - 166:19, 204:17, 248:25, 249:1, 260:5

COUNSEL [50] - 1:16, 2:4, 2:10, 2:15, 3:4, 13:8, 13:14, 61:4, 93:20, 138:20, 142:18, 143:23, 144:13, 146:10, 146:20, 161:11, 164:22, 165:5, 165:6, 165:17, 177:20, 178:10, 179:2, 179:5, 180:3, 180:20, 182:11, 185:12, 186:2, 191:2, 191:3, 193:22, 194:1, 194:16, 195:4, 195:11, 197:21, 199:19, 209:19, 211:16, 221:11, 230:1, 248:13, 248:14, 254:23, 258:2, 268:21, 290:20, 290:22

COUNSEL'S [2] - 135:3, 155:12

COUNT [5] - 19:14, 36:13, 46:14, 92:15, 133:11

COUNTED [15] - 28:20, 34:16, 92:12, 92:14, 156:17, 156:22, 156:25, 157:17, 194:2, 194:8, 194:11, 200:5, 201:3, 201:21, 244:7

COUNTIES [50] - 26:7,

26:21, 37:23, 38:14, 38:16, 38:22, 39:2, 39:3, 39:7, 39:16, 39:19, 44:21, 57:1, 61:6, 62:6, 62:18, 66:7, 66:19, 66:25, 68:4, 68:15, 68:18, 69:13, 70:23, 71:2, 72:17, 78:6, 85:25, 86:13, 93:8, 94:4, 94:12, 94:16, 106:13, 120:18, 123:22, 124:19, 126:10, 126:25, 129:9, 132:19, 138:13, 140:16, 155:19, 183:3, 183:4, 194:19, 202:17, 202:18

COUNTING [1] - 92:1

COUNTLESS [1] - 139:7

COUNTRY [1] - 87:20

COUNTS [2] - 36:8, 155:17

COUNTY [36] - 26:17, 38:2, 43:20, 44:4, 44:15, 62:7, 64:3, 66:6, 86:16, 117:18, 119:17, 120:4, 120:10, 123:24, 124:13, 125:24, 125:25, 126:7, 129:1, 129:4, 129:7, 129:8, 129:15, 129:21, 130:3, 139:2, 139:3, 188:20, 189:1, 203:3, 203:11, 204:11, 207:20, 222:23, 222:25, 228:9

COUNTY'S [1] - 123:23

COUPLE [16] - 3:13, 33:5, 83:24, 83:25, 88:25, 92:23, 95:5, 100:25, 168:8, 173:23, 208:15, 213:14, 214:5, 234:5, 255:1, 285:12

COURSE [5] - 39:1, 138:24, 165:2, 165:20, 182:22

COURT [381] - 1:1, 1:18, 3:1, 3:2, 3:5, 3:9, 3:15, 3:17, 4:3, 4:6, 4:8, 4:15, 4:18, 5:9, 5:16, 5:18, 5:23, 5:25, 6:15, 6:19,

6:21, 7:25, 8:6, 8:19,
8:25, 9:4, 9:16, 9:19,
9:24, 10:4, 10:8,
10:14, 12:7, 12:9,
12:11, 15:25, 16:8,
16:13, 18:10, 19:20,
19:24, 20:4, 21:2,
21:5, 21:25, 22:4,
24:3, 24:14, 24:17,
25:6, 25:12, 25:17,
26:10, 27:21, 28:21,
28:24, 29:12, 32:10,
32:24, 40:2, 40:7,
40:10, 40:12, 42:11,
42:13, 42:19, 43:8,
43:12, 43:22, 46:13,
46:19, 46:25, 47:9,
47:22, 48:5, 48:8,
48:12, 48:14, 48:17,
48:21, 48:24, 49:2,
49:7, 49:11, 49:14,
49:16, 49:20, 49:22,
49:24, 50:3, 50:6,
50:10, 50:13, 50:15,
50:17, 50:20, 50:23,
51:1, 51:4, 51:7,
51:11, 51:14, 51:17,
51:20, 51:23, 51:25,
52:5, 52:10, 52:15,
52:18, 54:1, 54:9,
57:12, 58:4, 60:8,
60:13, 60:19, 60:21,
60:24, 65:9, 65:21,
71:14, 72:24, 73:4,
73:19, 73:22, 73:25,
80:5, 84:9, 88:14,
91:5, 92:3, 93:23,
96:20, 97:25, 98:17,
98:21, 104:4, 104:6,
105:23, 107:3,
107:8, 108:20,
109:2, 109:10,
109:17, 109:20,
109:25, 110:6,
112:25, 114:12,
114:18, 114:25,
115:18, 116:23,
116:25, 117:3,
118:6, 118:19,
119:7, 119:11,
120:25, 121:10,
121:16, 125:1,
128:19, 128:22,
130:12, 130:25,
131:4, 131:7,
131:19, 131:21,
132:2, 132:9,
132:13, 132:17,
133:3, 133:10,
133:18, 133:24,
134:6, 134:9,

134:12, 134:15,
134:19, 134:21,
136:11, 137:7,
138:8, 139:21,
140:4, 140:6,
140:10, 140:19,
142:5, 142:12,
142:22, 143:1,
143:4, 143:19,
146:15, 147:3,
147:6, 147:9,
147:14, 147:17,
147:22, 148:5,
148:17, 149:6,
149:13, 150:9,
150:15, 151:17,
151:23, 152:4,
152:7, 152:10,
152:13, 153:13,
153:16, 153:18,
154:7, 154:12,
155:1, 155:10,
155:25, 156:4,
156:10, 156:13,
156:16, 156:19,
156:21, 156:24,
157:4, 157:6,
157:21, 157:24,
158:6, 158:9,
158:14, 160:14,
160:17, 161:3,
161:4, 161:16,
161:21, 162:1,
162:9, 162:12,
162:18, 163:3,
163:9, 163:16,
163:19, 164:3,
164:8, 164:10,
164:14, 166:25,
167:8, 173:9,
173:12, 173:17,
174:17, 176:5,
176:11, 176:14,
176:18, 177:14,
177:21, 178:1,
179:10, 180:9,
182:17, 183:8,
183:13, 184:19,
184:21, 184:24,
186:23, 187:3,
187:6, 189:12,
194:4, 195:3, 195:7,
195:15, 196:10,
199:1, 199:4,
199:23, 200:24,
202:15, 203:2,
203:13, 203:18,
203:25, 204:13,
204:22, 205:6,
205:16, 205:23,
206:7, 206:24,

207:3, 207:24,
210:23, 214:9,
217:23, 221:12,
224:7, 224:15,
224:21, 225:1,
225:5, 226:2,
234:23, 237:20,
238:7, 238:10,
238:12, 238:16,
245:6, 246:6,
250:11, 250:25,
251:2, 251:10,
252:20, 252:25,
253:3, 253:8,
253:11, 253:14,
253:24, 254:1,
254:6, 254:10,
254:18, 257:18,
258:6, 260:11,
260:14, 260:19,
260:21, 265:9,
265:13, 267:22,
270:7, 270:18,
271:4, 276:18,
277:10, 278:3,
278:21, 283:15,
284:21, 285:24,
286:4, 287:2,
287:16, 288:9,
288:14, 288:22,
289:3, 289:5,
289:11, 289:18,
289:21, 290:3,
290:8, 290:11,
290:15, 290:18,
290:25, 291:4,
291:6, 291:12,
291:18
**COURT'S** [5] - 75:21,
109:24, 112:8,
115:12, 115:23
**COURTESY** [1] -
279:10
**COURTHOUSE** [1] -
1:18
**COURTROOM** [4] -
1:8, 151:6, 288:23,
291:9
**COURTS** [1] - 85:23
**COVER** [3] - 93:16,
106:23, 107:5
**COVERAGE** [1] -
94:13
**COVERED** [2] - 277:6,
279:13
**CREATE** [2] - 17:3,
256:10
**CREATED** [9] - 8:25,
28:13, 71:22, 71:25,
167:4, 168:2,

169:23, 170:19,
174:5
**CREATES** [1] - 170:13
**CREDIT** [1] - 258:17
**CRIMINAL** [1] - 161:9
**CRITERIA** [1] - 14:13
**CRITERION** [2] -
14:15, 14:18
**CROSS** [5] - 47:23,
206:2, 210:1,
277:11, 292:2
**CROSS-EXAMINES**
[1] - 206:2
**CURRENT** [5] - 11:3,
80:8, 85:13, 94:10,
140:2
**CURRENTLY** [4] -
79:16, 192:1, 252:2,
278:22
**CUT** [1] - 287:6

## D

**D.C** [1] - 88:15
**DANGEROUS** [1] -
221:5
**DANIELLE** [1] - 2:12
**DATA** [1] - 280:9
**DATE** [17] - 53:15,
58:25, 68:5, 80:16,
82:14, 101:18,
104:10, 120:8,
129:12, 174:25,
189:21, 207:11,
214:17, 239:3,
240:14, 269:22,
291:18
**DATED** [10] - 16:22,
64:2, 66:5, 169:5,
171:1, 195:24,
218:2, 238:24,
285:21, 287:23
**DATES** [8] - 82:4,
82:5, 82:6, 82:9,
82:12, 82:20,
196:25, 244:7
**DAUGHTER** [1] -
114:13
**DAVID** [3] - 51:19,
88:12, 88:14
**DAY** [24] - 1:12, 45:15,
45:23, 109:12,
126:3, 126:4,
126:24, 160:23,
160:25, 161:10,
206:18, 219:2,
231:14, 239:21,
239:22, 240:10,
242:12, 245:22,
268:3, 268:25,

285:20, 286:12
**DAYS** [30] - 45:18,
45:23, 46:3, 46:10,
53:18, 92:24,
110:23, 111:15,
129:5, 189:25,
190:3, 190:11,
191:11, 192:2,
198:8, 214:5,
261:11, 261:17,
261:18, 269:6,
272:8, 274:20,
274:21, 276:9,
276:10, 279:14,
279:15, 279:17
**DEADLINE** [1] -
125:20
**DEAL** [1] - 230:9
**DEALS** [1] - 230:12
**DECADE** [1] - 85:20
**DECEMBER** [17] -
38:12, 38:19, 39:6,
58:11, 61:25, 62:10,
66:9, 66:22, 67:25,
69:15, 127:18,
153:21, 210:21,
262:12, 262:14,
263:25, 264:10
**DECERTIFICATION**
[5] - 37:19, 37:24,
38:7, 163:25, 189:18
**DECERTIFIED** [20] -
26:16, 26:18, 26:22,
37:15, 38:9, 38:13,
39:7, 39:25, 40:5,
40:16, 40:23, 41:6,
41:8, 41:18, 41:19,
130:14, 131:22,
159:14, 188:21,
188:25
**DECERTIFY** [10] -
26:20, 37:8, 37:12,
38:3, 38:18, 41:14,
131:7, 131:8,
131:11, 158:17
**DECIDED** [11] -
108:11, 108:15,
129:8, 129:10,
188:18, 189:8,
224:8, 279:9,
279:11, 279:24,
280:15
**DECIDING** [1] -
166:17
**DECISION** [3] - 38:18,
39:6, 267:16
**DECISIONS** [1] -
85:24
**DECLARATION** [7] -
41:24, 42:3, 42:14,

43:16, 43:17, 43:19, 159:11
DEEMED [1] - 100:13
DEFEAT [1] - 221:17
DEFEATS [1] - 222:6
DEFENDANT [4] - 13:14, 43:1, 43:3, 146:11
DEFENDANTS [40] - 1:6, 2:10, 4:19, 13:1, 15:9, 18:9, 141:20, 141:22, 142:10, 143:13, 146:13, 152:16, 152:25, 153:8, 154:21, 165:17, 165:25, 166:9, 167:2, 167:11, 176:23, 177:20, 184:14, 184:18, 185:25, 186:16, 209:3, 209:20, 245:25, 248:15, 248:17, 248:23, 250:2, 251:19, 257:3, 281:17, 281:23, 282:5
DEFENSE [22] - 4:13, 13:5, 52:21, 101:14, 142:18, 146:20, 153:20, 153:22, 162:9, 178:10, 209:13, 238:6, 250:15, 255:10, 258:2, 286:5, 287:3, 287:17, 292:19, 293:4, 293:5, 293:6
DEFER [1] - 134:8
DEFICIENCIES [1] - 190:8
DEFINE [3] - 89:11, 235:12, 236:19
DEFINED [4] - 76:18, 89:9, 98:2, 230:15
DEFINES [1] - 237:11
DEFINING [1] - 32:22
DEFINITION [31] - 31:14, 89:5, 89:8, 90:6, 90:25, 91:6, 97:21, 97:22, 98:19, 99:3, 99:6, 99:10, 141:1, 141:7, 146:21, 148:16, 148:21, 149:2, 149:4, 149:7, 149:10, 149:11, 198:2, 232:7, 233:8, 234:8, 235:17, 235:23, 237:14, 284:16

DEFINITIONS [2] - 91:23, 92:4
DELAWARE [2] - 223:1, 223:6
DELAY [5] - 197:16, 198:15, 209:3, 209:10, 209:14
DELAYED [2] - 192:18, 194:24
DEMO [1] - 67:2
DEMOCRACY [3] - 52:1, 85:13, 272:17
DEMOCRAT [1] - 114:24
DEMONSTRATE [1] - 113:12
DEMONSTRATING [2] - 63:18, 87:20
DEMONSTRATION [2] - 67:8, 228:7
DENIED [2] - 178:17, 178:18
DEPARTMENT [46] - 2:13, 11:9, 11:11, 11:13, 13:9, 19:5, 37:8, 37:12, 38:9, 41:1, 49:17, 56:20, 58:1, 58:25, 62:1, 62:4, 68:14, 68:20, 77:16, 79:6, 80:11, 81:15, 87:8, 101:11, 102:25, 103:2, 126:11, 135:24, 164:22, 179:21, 180:20, 180:24, 187:10, 188:2, 188:5, 188:18, 189:8, 196:17, 196:23, 210:5, 254:23, 263:15, 274:9, 275:14, 280:13, 285:13
DEPARTMENT'S [9] - 63:3, 87:15, 90:6, 99:24, 285:15, 286:13, 286:16, 287:7, 288:1
DEPENDING [3] - 17:21, 34:17, 253:17
DEPENDS [3] - 162:25, 179:3, 208:22
DEPOSITED [2] - 201:13, 202:9
DEPUTIES [1] - 211:10
DEPUTY [8] - 66:15, 140:2, 161:5, 170:9, 190:22, 190:23, 254:22, 268:21

DERAILED [1] - 260:21
DERIVATIVE [1] - 90:2
DESCRIBE [7] - 17:22, 54:23, 93:2, 95:22, 103:1, 135:10, 146:6
DESCRIBED [9] - 23:9, 28:16, 91:12, 132:17, 135:9, 157:25, 202:18, 205:19, 231:25
DESCRIBES [2] - 28:12, 76:5
DESCRIBING [3] - 78:4, 94:7, 113:15
DESCRIPTION [10] - 54:16, 80:18, 107:14, 144:17, 144:20, 144:23, 145:2, 232:5, 232:6, 232:23
DESCRIPTIONS [1] - 76:8
DESIGNATE [2] - 154:22, 271:18
DESIGNATED [1] - 251:20
DESIGNEE [1] - 255:13
DESPITE [1] - 279:4
DETAIL [2] - 78:9, 79:2
DETAILED [2] - 76:1, 225:12
DETAILS [7] - 81:17, 95:9, 95:25, 97:6, 215:9, 227:4, 251:23
DETERMINE [8] - 8:16, 76:19, 81:10, 81:20, 188:3, 188:6, 188:14, 216:5
DETERMINED [2] - 34:17, 37:13
DETERMINES [1] - 115:1
DETERMINING [1] - 237:4
DEVELOPS [1] - 31:25
DEVICE [25] - 18:8, 20:3, 20:13, 22:8, 22:14, 23:13, 23:15, 24:7, 24:23, 25:3, 75:16, 89:14, 91:11, 105:2, 113:23, 118:10, 123:9, 145:13, 169:1, 169:10, 170:2, 171:14, 171:18,

201:21, 227:13
DEVICES [28] - 17:3, 17:6, 17:12, 17:18, 63:11, 65:4, 69:2, 81:6, 81:7, 85:2, 90:10, 92:10, 92:11, 97:18, 100:3, 120:11, 120:15, 122:11, 122:14, 124:5, 201:15, 217:2, 221:16, 229:16, 256:3, 256:13, 256:16, 256:20
DIAMOND [3] - 1:10, 178:15, 178:18
DIAMOND'S [2] - 179:7, 179:17
DID [251] - 11:17, 13:17, 13:20, 13:24, 14:1, 18:22, 24:9, 25:25, 26:2, 26:20, 27:22, 31:22, 31:25, 32:4, 33:4, 33:10, 38:20, 39:9, 43:12, 43:14, 43:15, 53:8, 53:9, 55:20, 56:20, 59:7, 59:19, 61:14, 61:24, 67:15, 68:18, 83:17, 83:19, 83:20, 87:1, 88:18, 92:22, 97:8, 97:15, 97:16, 97:20, 99:4, 99:5, 100:21, 101:3, 101:11, 102:11, 102:21, 103:17, 105:15, 110:20, 110:21, 111:15, 116:17, 117:4, 117:13, 124:17, 124:22, 130:23, 131:11, 138:15, 138:19, 139:6, 140:6, 144:14, 150:16, 152:16, 152:25, 153:4, 153:14, 153:15, 153:25, 154:1, 165:10, 165:13, 165:16, 165:24, 166:1, 166:3, 166:7, 168:24, 170:12, 170:20, 170:22, 174:4, 176:23, 176:25, 177:1, 177:2, 177:5, 178:9, 178:13, 178:24, 178:25, 179:1, 179:2, 180:4, 180:6, 180:13, 180:19, 181:7, 181:22,

182:5, 182:25, 183:23, 184:14, 185:4, 185:6, 185:8, 185:9, 185:19, 185:25, 186:3, 187:1, 187:23, 188:8, 188:15, 188:16, 189:19, 190:3, 191:6, 192:13, 192:17, 192:19, 192:21, 192:22, 193:2, 193:5, 193:6, 193:8, 193:9, 193:11, 193:13, 193:20, 194:22, 197:4, 197:19, 198:20, 199:2, 200:6, 200:7, 200:9, 200:19, 205:14, 206:11, 206:12, 206:15, 206:20, 207:22, 210:22, 210:23, 211:1, 211:19, 212:17, 213:23, 213:24, 214:1, 214:3, 214:17, 214:21, 215:22, 216:9, 216:19, 216:21, 218:25, 219:24, 220:4, 222:13, 222:16, 223:18, 224:22, 225:2, 225:5, 225:7, 225:21, 225:23, 226:14, 226:17, 227:8, 229:13, 230:12, 230:16, 230:17, 230:22, 230:24, 231:10, 233:16, 234:11, 234:12, 234:14, 236:22, 239:4, 240:1, 240:15, 240:19, 244:17, 244:21, 245:12, 245:20, 245:24, 246:7, 246:21, 246:23, 246:25, 248:21, 250:5, 250:6, 250:13, 250:18, 257:3, 257:8, 257:21, 258:2, 258:16, 262:24, 263:1, 263:15, 264:1, 264:3, 265:9, 265:15, 266:8, 266:10, 266:11, 266:14, 268:8, 270:20, 272:3,

272:19, 273:1, 273:17, 275:20, 275:25, 276:15, 277:15, 277:17, 279:7, 279:21, 280:12, 280:25, 281:17, 281:25, 282:5, 285:3

**DIDN'T** [31] - 16:11, 27:9, 41:4, 98:4, 108:12, 109:2, 130:25, 148:7, 151:17, 157:24, 158:22, 168:5, 173:9, 177:17, 180:22, 188:8, 195:17, 209:9, 215:8, 217:6, 224:15, 234:19, 245:21, 246:3, 250:12, 260:16, 264:25, 265:2, 268:12, 275:1

**DIFFERENCE** [3] - 76:13, 233:17, 233:20

**DIFFERENT** [60] - 15:12, 15:13, 17:3, 17:4, 17:10, 17:14, 17:17, 17:18, 17:22, 18:1, 18:8, 20:20, 23:6, 25:17, 34:5, 34:6, 45:4, 50:8, 63:9, 69:19, 80:23, 80:25, 81:8, 81:17, 81:18, 87:24, 113:18, 113:20, 120:1, 121:17, 122:4, 124:5, 125:10, 127:14, 129:25, 135:13, 138:6, 140:14, 151:4, 152:20, 159:16, 181:25, 182:6, 228:22, 255:19, 255:21, 255:23, 256:1, 256:2, 256:6, 256:8, 256:10, 256:11, 256:22, 256:24, 280:19, 280:20, 285:12

**DIFFERENTLY** [1] - 73:5

**DIFFICULT** [8] - 124:9, 124:10, 130:20, 158:23, 159:1, 159:2, 159:9, 243:8

**DIMMED** [1] - 48:6

**DINNER** [1] - 158:6

**DIRECT** [19] - 10:16, 55:1, 58:7, 58:17, 62:21, 98:8, 106:21, 123:22, 129:9, 155:16, 162:23, 164:18, 183:2, 183:4, 254:15, 270:22, 270:24, 276:14, 292:2

**DIRECTED** [9] - 60:3, 66:18, 138:13, 180:24, 205:20, 205:21, 221:7, 229:22, 229:23

**DIRECTING** [2] - 64:13, 212:10

**DIRECTION** [12] - 59:19, 59:24, 179:21, 181:1, 181:2, 181:3, 183:6, 208:17, 212:1, 215:11, 215:21, 224:13

**DIRECTIVE** [23] - 4:14, 64:3, 64:10, 64:12, 70:6, 70:9, 70:10, 72:3, 72:6, 73:9, 73:14, 74:10, 135:19, 135:22, 135:24, 136:3, 136:17, 136:21, 136:23, 138:1, 138:15, 139:12, 139:13

**DIRECTIVES** [4] - 31:4, 69:20, 135:9, 135:11

**DIRECTLY** [8] - 132:7, 145:8, 185:4, 186:8, 196:13, 248:20, 268:12, 272:24

**DIRECTOR** [2] - 86:16, 272:6

**DIRECTORS** [4] - 62:7, 66:15, 67:5, 68:10

**DISABILITIES** [4] - 120:15, 122:21, 122:24, 122:25

**DISABILITY** [2] - 123:2, 123:10

**DISABLE** [1] - 223:7

**DISAGREE** [6] - 169:10, 249:1, 257:16, 257:18, 257:20, 257:24

**DISAGREEMENT** [1] - 100:8

**DISAGREES** [1] -

137:10

**DISAPPROVE** [1] - 220:15

**DISASTER** [1] - 207:19

**DISCLOSED** [2] - 269:4, 280:2

**DISCONNECT** [2] - 117:3, 157:7

**DISCOVERY** [4] - 178:21, 178:23, 210:20

**DISCUSS** [3] - 100:22, 183:24, 259:23

**DISCUSSED** [12] - 34:23, 98:5, 98:25, 99:1, 99:11, 179:18, 184:14, 197:25, 198:1, 214:14, 255:16, 259:13

**DISCUSSING** [2] - 166:6, 264:10

**DISCUSSION** [20] - 61:22, 62:8, 105:16, 149:21, 149:24, 183:17, 183:20, 217:13, 226:7, 226:13, 226:18, 235:16, 240:2, 247:4, 247:5, 247:24, 248:8, 250:8, 264:14, 281:21

**DISCUSSIONS** [24] - 5:15, 56:11, 58:14, 59:22, 61:18, 61:20, 67:22, 68:4, 92:20, 153:10, 165:8, 178:7, 180:2, 181:16, 181:19, 205:21, 206:20, 210:4, 210:6, 215:6, 225:14, 230:9, 234:21, 247:13

**DISJUNCTIVE** [3] - 137:8, 137:12, 137:14

**DISMISS** [3] - 178:15, 178:17, 178:19

**DISPUTE** [1] - 156:6

**DISPUTES** [1] - 198:25

**DISRESPECT** [1] - 125:9

**DISSENT** [1] - 99:24

**DISTRIBUTED** [3] - 78:6, 182:14

**DISTRICT** [3] - 1:1, 1:2, 34:13

**DO** [246] - 3:8, 3:22,

4:18, 4:20, 5:7, 11:18, 11:20, 11:21, 11:23, 14:3, 14:4, 17:13, 19:4, 19:8, 21:22, 23:24, 23:25, 25:12, 30:21, 30:23, 31:16, 31:19, 33:7, 33:16, 34:7, 34:9, 35:1, 36:23, 41:22, 43:17, 45:25, 46:3, 47:12, 47:14, 47:15, 47:16, 47:17, 48:5, 50:10, 53:4, 56:9, 58:24, 60:6, 60:11, 60:12, 60:17, 60:20, 62:22, 65:9, 67:17, 68:6, 69:9, 70:16, 70:24, 74:2, 75:23, 78:8, 78:13, 79:25, 81:13, 81:15, 81:16, 81:21, 84:21, 85:21, 87:24, 87:25, 88:23, 88:24, 89:21, 90:20, 91:21, 94:6, 95:3, 95:16, 104:12, 104:14, 105:24, 106:23, 107:5, 107:7, 108:21, 110:2, 110:3, 110:13, 110:18, 111:7, 111:12, 112:5, 123:3, 124:24, 128:14, 131:10, 132:22, 133:1, 133:11, 133:24, 134:15, 135:4, 138:17, 138:21, 141:4, 146:19, 146:22, 148:19, 148:22, 149:2, 149:10, 149:19, 149:20, 150:18, 153:13, 154:18, 155:1, 158:8, 158:9, 158:19, 158:21, 161:7, 161:15, 162:14, 162:16, 162:22, 163:14, 163:16, 170:18, 170:21, 171:11, 171:12, 174:23, 174:25, 175:1, 175:4, 175:12, 175:16, 175:19, 177:7, 177:20, 178:16, 178:22, 179:6, 179:16, 181:14, 181:18, 182:11, 182:18, 184:17, 184:19,

184:20, 185:14, 186:25, 187:1, 187:9, 187:12, 188:12, 193:21, 193:25, 194:5, 194:16, 194:19, 194:21, 195:18, 195:24, 196:8, 196:20, 196:21, 198:10, 198:18, 199:13, 199:17, 199:19, 199:24, 200:1, 200:23, 201:18, 201:22, 202:23, 203:12, 203:14, 205:20, 205:21, 206:25, 207:13, 208:1, 212:20, 213:3, 213:9, 215:1, 215:3, 215:17, 216:3, 219:5, 219:6, 219:19, 224:15, 225:24, 226:2, 226:3, 227:12, 228:4, 231:14, 231:15, 231:19, 231:20, 232:22, 233:2, 236:19, 240:1, 241:23, 241:24, 242:1, 245:17, 245:18, 246:6, 246:10, 247:2, 247:8, 247:9, 253:21, 255:4, 257:18, 258:10, 259:9, 261:7, 264:10, 268:1, 272:9, 274:17, 275:10, 280:5, 281:3, 284:2, 284:3, 284:7, 284:8, 284:9, 286:7, 286:8, 288:22, 289:13, 290:4, 290:9, 290:21

**DOCTOR** [1] - 260:15

**DOCUMENT** [104] - 4:20, 8:23, 8:25, 18:23, 19:1, 19:9, 20:25, 21:4, 22:1, 22:10, 23:17, 24:7, 24:21, 26:3, 26:5, 26:7, 28:1, 28:13, 28:17, 29:2, 29:5, 30:7, 33:24, 42:17, 45:8, 45:20, 56:19, 57:12, 70:3, 71:11, 71:18, 72:13, 72:19, 73:1, 73:17, 74:14, 76:1, 77:12, 77:25, 78:2, 83:20, 91:5,

92:22, 93:4, 93:24, 99:21, 103:23, 104:2, 104:10, 105:7, 110:22, 113:11, 113:12, 115:8, 115:9, 118:9, 118:13, 119:24, 121:16, 121:18, 121:21, 138:11, 141:4, 141:12, 144:25, 145:4, 145:8, 146:7, 146:11, 146:14, 148:14, 149:5, 152:20, 155:14, 166:17, 166:18, 169:23, 170:13, 170:19, 174:5, 174:6, 177:17, 180:13, 186:9, 186:12, 186:15, 187:2, 213:22, 233:23, 236:4, 236:6, 236:21, 238:18, 238:20, 248:17, 249:7, 259:21, 281:12, 281:16, 286:7, 286:17

DOCUMENT'S [1] - 238:24

DOCUMENTATION [4] - 95:22, 97:2, 97:3, 144:24

DOCUMENTS [14] - 3:22, 61:20, 93:15, 115:7, 116:2, 116:3, 135:3, 135:13, 140:18, 143:24, 144:23, 147:1, 181:3, 249:2

DOES [60] - 5:16, 19:12, 21:25, 29:2, 29:16, 29:18, 29:19, 32:7, 32:13, 33:6, 34:2, 34:22, 35:12, 35:21, 36:13, 36:20, 80:20, 102:1, 114:4, 114:8, 118:5, 119:2, 120:11, 126:16, 131:9, 138:4, 138:8, 141:17, 142:20, 152:12, 154:8, 164:11, 169:9, 169:19, 172:15, 201:5, 202:12, 206:2, 207:3, 222:21, 233:1, 233:7, 233:8, 233:11, 233:23, 236:16, 237:13,

243:25, 249:6, 261:6, 261:7, 261:8, 268:23, 268:24, 279:1, 286:17, 286:19, 286:20, 287:10

DOESN'T [3] - 147:17, 158:11, 237:14

DOING [15] - 30:25, 32:9, 39:23, 129:19, 154:16, 185:18, 193:6, 210:11, 234:16, 247:10, 247:15, 247:18, 247:21, 252:13, 252:15

DOMINION [5] - 63:22, 118:9, 119:8, 272:16, 273:10

DON'T [118] - 3:21, 6:16, 8:14, 8:15, 17:14, 21:5, 25:3, 25:17, 31:21, 33:12, 34:1, 36:25, 39:22, 41:16, 42:22, 43:17, 46:13, 48:7, 48:9, 50:8, 52:6, 94:21, 98:1, 109:22, 123:3, 123:9, 123:10, 127:10, 128:16, 130:19, 130:22, 130:23, 131:24, 132:10, 132:22, 133:15, 133:20, 134:1, 134:7, 137:13, 141:14, 142:2, 142:11, 142:19, 144:22, 145:7, 146:16, 146:23, 154:2, 155:2, 159:5, 160:19, 160:21, 160:22, 162:1, 162:18, 162:19, 177:5, 178:4, 180:9, 181:17, 181:20, 182:24, 185:10, 185:18, 187:3, 187:5, 189:13, 189:21, 192:7, 192:21, 194:10, 195:1, 196:25, 202:1, 203:4, 205:9, 205:24, 206:3, 206:5, 207:2, 215:24, 216:6, 219:18, 220:15, 224:24, 225:2, 237:2, 237:3, 237:21, 245:4, 246:23, 247:19,

249:8, 252:23, 253:3, 253:20, 254:2, 255:25, 259:11, 264:12, 264:13, 267:5, 267:18, 274:19, 274:21, 278:3, 285:1, 286:2, 288:8, 289:5, 289:6, 289:22, 290:11

DONE [17] - 104:19, 117:22, 124:20, 126:9, 129:13, 129:18, 163:4, 167:6, 186:13, 239:7, 248:10, 268:4, 275:3, 275:17, 276:2, 276:3, 288:21

DOT [2] - 114:20

DOUBT [1] - 223:9

DOUG [3] - 175:13, 175:16, 196:3

DOUGLAS [1] - 1:14

DOWN [9] - 3:10, 65:19, 125:1, 171:25, 172:3, 172:8, 172:23, 173:1, 280:11

DOWNLOADING [1] - 273:21

DOZENS [3] - 252:12, 274:23, 274:24

DR [82] - 186:2, 186:3, 186:5, 218:19, 220:12, 220:13, 224:8, 224:22, 225:6, 227:9, 227:18, 228:15, 228:16, 229:7, 240:15, 241:21, 241:24, 242:6, 242:15, 243:22, 249:20, 250:21, 253:16, 253:18, 253:22, 255:6, 255:8, 255:11, 257:14, 258:11, 258:24, 259:21, 260:5, 260:11, 260:18, 260:24, 261:23, 262:12, 262:14, 262:19, 262:25, 263:8, 263:14, 263:19, 263:21, 263:24, 264:6, 264:11, 264:23, 265:16, 265:20, 266:9, 267:25, 268:10,

268:13, 269:1, 269:8, 269:18, 270:21, 271:13, 271:19, 272:24, 273:2, 273:9, 273:19, 273:25, 274:10, 274:13, 275:20, 275:25, 276:16, 277:5, 281:23, 282:6, 282:17, 282:24, 283:2, 283:24, 285:4, 289:15, 289:16, 289:22

DRAFT [13] - 142:15, 142:17, 142:19, 142:20, 142:25, 147:20, 147:23, 166:10, 166:12, 166:23, 232:23, 234:12, 239:5

DRAFTED [5] - 141:20, 142:5, 142:9, 166:23, 167:1

DRAFTING [3] - 12:20, 230:1, 232:22

DRE [35] - 62:19, 62:20, 62:24, 68:22, 86:1, 107:25, 108:3, 108:15, 108:23, 168:2, 179:24, 184:3, 217:9, 217:14, 217:17, 219:20, 220:2, 220:6, 226:23, 227:1, 227:3, 230:6, 233:14, 233:16, 233:17, 233:18, 233:20, 235:11, 243:15, 246:10, 246:12, 248:6

DRE'S [19] - 63:5, 63:6, 108:12, 183:24, 183:25, 210:14, 210:17, 212:1, 215:10, 216:11, 216:13, 216:14, 217:20, 226:9, 226:19, 227:2, 230:4, 230:5, 248:2

DRILL [1] - 280:11

DRINK [1] - 61:1

DUE [3] - 79:24, 80:16, 82:11

DURATION [3] - 95:24, 255:6, 267:6

DURING [8] - 138:25, 195:11, 200:19, 206:16, 255:6,

266:1, 270:3, 281:15

DX [20] - 51:19, 51:21, 52:13, 52:21, 87:23, 87:24, 92:18, 101:14, 238:4, 238:5, 238:10, 238:11, 248:14, 285:23, 286:5, 286:22, 287:3, 287:13, 287:17, 292:19

DXAA [1] - 49:8

# E

E-MAIL [99] - 6:13, 6:18, 60:11, 60:15, 61:2, 63:23, 64:2, 65:8, 65:25, 66:5, 66:13, 67:3, 67:4, 70:2, 73:13, 77:4, 82:14, 82:15, 83:1, 92:17, 93:16, 93:19, 135:7, 135:16, 135:23, 136:2, 175:12, 175:16, 175:17, 175:22, 191:1, 191:6, 191:14, 195:24, 196:2, 196:5, 196:6, 196:16, 197:2, 197:7, 200:13, 207:8, 207:9, 207:11, 207:17, 207:22, 212:5, 213:3, 213:4, 214:19, 218:2, 218:21, 218:25, 219:1, 220:12, 222:15, 224:16, 224:17, 225:21, 226:10, 227:8, 227:12, 241:20, 243:11, 243:24, 245:11, 245:19, 246:2, 259:12, 259:14, 260:1, 262:4, 263:3, 263:19, 263:24, 264:6, 266:9, 266:15, 268:2, 268:12, 269:22, 270:25, 271:2, 271:9, 271:21, 272:8, 273:1, 273:17, 281:12, 281:22, 282:1, 282:4, 282:19, 282:24, 282:25, 283:3, 285:4

E-MAILED [2] - 72:17,

259:21
E-MAILS [10] - 138:2, 258:11, 259:7, 263:21, 264:5, 264:7, 264:8, 264:24, 265:1, 273:4
E.G [1] - 90:1
EAC [17] - 32:7, 32:10, 32:15, 32:18, 37:16, 41:19, 71:24, 77:21, 81:16, 104:2, 104:17, 104:20, 105:17, 106:15, 148:2, 148:10, 148:11
EACH [26] - 14:16, 14:19, 15:8, 15:13, 35:5, 78:10, 80:23, 82:4, 82:6, 107:15, 113:15, 116:4, 116:7, 126:7, 149:14, 168:1, 168:4, 169:10, 182:10, 203:14, 221:2, 233:15, 233:25, 243:5, 285:14, 285:20
EARLIER [22] - 27:19, 38:21, 54:22, 56:25, 58:10, 70:19, 71:23, 90:17, 93:3, 94:13, 104:16, 105:24, 110:9, 113:15, 119:13, 184:14, 186:13, 200:19, 217:13, 244:24, 246:10, 265:22
EARLY [1] - 178:14
EASIER [2] - 71:2, 201:7
EASILY [1] - 89:15
EASTERN [2] - 1:2, 68:12
EASY [1] - 123:11
EAT [5] - 109:22, 110:2, 110:3, 158:8, 158:11
ECF [1] - 186:21
EDIT [1] - 182:25
EDITED [2] - 182:23, 182:24
EDUCATE [2] - 180:25, 211:23
EDUCATED [1] - 130:4
EDUCATION [1] - 128:3
EFFECT [3] - 42:23, 126:8, 130:15
EFFECTIVE [1] -

122:24
EFFICIENCY [1] - 48:15
EFFICIENT [1] - 204:7
EFFORT [3] - 150:10, 150:11, 279:9
EIGHT [5] - 39:15, 44:7, 44:11, 44:15, 113:18
EIGHTH [1] - 272:10
EITHER [14] - 36:11, 63:8, 63:9, 77:18, 79:11, 113:24, 118:17, 119:19, 155:20, 170:5, 194:22, 205:7, 249:1, 272:4
ELABORATE [1] - 119:13
ELECTION [75] - 9:25, 32:1, 32:11, 32:21, 41:9, 41:15, 43:14, 44:9, 45:15, 45:18, 45:25, 46:4, 46:11, 46:23, 47:15, 62:7, 66:10, 66:15, 67:5, 67:6, 68:10, 69:16, 75:9, 84:20, 85:15, 85:17, 86:16, 90:14, 91:17, 99:7, 99:10, 111:11, 116:6, 117:6, 117:23, 118:3, 118:4, 124:6, 126:1, 126:3, 126:4, 128:20, 130:18, 131:1, 131:12, 131:23, 140:22, 140:25, 141:6, 141:8, 141:10, 141:13, 141:15, 141:19, 147:22, 148:13, 151:12, 155:18, 156:18, 158:19, 159:19, 164:7, 207:14, 219:17, 219:23, 226:20, 234:6, 235:18, 235:24, 237:11, 246:1, 272:24, 279:20, 284:1
ELECTIONS [12] - 47:13, 64:3, 66:6, 76:3, 80:3, 84:17, 85:18, 87:5, 88:19, 89:3, 117:17, 187:16
ELECTRONIC [16] - 62:16, 62:21, 62:25, 63:2, 64:16, 90:1, 92:9, 92:10, 108:7,

108:8, 108:13, 141:2, 141:14, 219:11, 235:21, 236:10
ELECTRONICALLY [5] - 63:1, 113:8, 233:19, 233:21, 235:23
ELIGIBLE [1] - 34:18
ELIMINATE [2] - 204:7, 229:15
ELIMINATES [1] - 126:5
ELSE [9] - 84:8, 98:1, 154:1, 179:4, 185:19, 217:9, 220:7, 248:21, 250:15
EMERGENCIES [1] - 41:21
EMERITUS [1] - 88:12
EMERY [1] - 1:15, 111:1, 239:23
EMPLOY [3] - 66:22, 86:1, 98:13
EMPLOYED [1] - 57:3
EMPLOYEE [2] - 145:9, 162:6
EMPLOYS [5] - 64:5, 64:21, 70:13, 74:17, 96:24
ENABLE [1] - 84:20
ENABLED [2] - 85:4, 223:19
ENCOMPASSES [1] - 280:10
END [16] - 19:4, 23:19, 68:9, 68:13, 137:11, 160:23, 161:10, 164:5, 171:7, 200:16, 235:4, 243:5, 243:9, 245:13, 246:3, 272:14
ENDEAVOR [1] - 124:16
ENDED [1] - 129:19
ENDING [1] - 253:16
ENFORCE [9] - 171:4, 173:18, 186:21, 189:9, 190:8, 208:9, 209:4, 209:16, 234:24
ENFORCED [2] - 237:6
ENFORCEMENT [1] - 173:24
ENGAGE [1] - 259:3
ENGINEERING [1] - 85:11

ENHANCED [1] - 64:18
ENOUGH [1] - 253:22
ENSUE [1] - 131:16
ENSUED [1] - 97:8
ENSURE [5] - 64:17, 111:10, 240:3, 252:1, 269:3
ENTAILED [2] - 60:5, 127:1
ENTER [3] - 58:8, 236:17, 236:18
ENTERED [3] - 58:25, 210:20, 237:1
ENTERS [1] - 201:24
ENTERTAINING [1] - 220:6
ENTIRE [7] - 12:24, 21:4, 29:2, 29:5, 169:4, 222:25, 267:6
ENTIRELY [1] - 168:5
ENTIRETY [2] - 220:16, 267:20
ENTITLED [8] - 191:12, 195:16, 277:23, 278:16, 278:19, 279:2, 279:5, 291:16
EPB [1] - 96:1
EQUIPMENT [1] - 38:24
EQUIVALENTS [2] - 136:6, 136:10
ERROR [1] - 117:4
ES [1] - 82:18
ES&S [70] - 10:1, 23:6, 25:9, 27:19, 28:11, 28:14, 29:24, 29:25, 45:12, 45:19, 45:24, 63:22, 79:17, 80:15, 81:14, 81:15, 82:19, 90:18, 100:15, 102:1, 102:2, 104:2, 104:20, 112:15, 145:8, 146:5, 161:25, 162:5, 162:6, 169:8, 196:17, 207:19, 208:5, 220:20, 221:8, 221:14, 225:24, 238:25, 250:13, 250:18, 253:18, 257:10, 264:1, 264:3, 264:8, 264:11, 264:14, 264:23, 265:16, 266:24, 267:20, 272:19, 272:23, 273:11, 274:2, 274:4, 274:11,

275:6, 275:7, 275:13, 277:4, 279:6, 279:13, 281:1, 281:8, 286:18, 287:10, 288:3
ESPECIALLY [1] - 125:16
ESQUIRE [9] - 1:14, 1:14, 2:2, 2:6, 2:6, 2:7, 2:11, 2:12, 2:12
ESSENCE [4] - 193:3, 194:24, 197:17, 268:18
ESSENTIALLY [2] - 80:24, 201:2
ESTABLISHED [2] - 94:11, 141:17
ESTIMATE [2] - 109:12, 109:13
ET [3] - 1:3, 1:6, 221:20
EVALUATE [1] - 76:4
EVALUATING [1] - 76:11
EVEN [22] - 8:23, 40:25, 63:6, 99:10, 105:17, 113:6, 116:18, 127:10, 130:22, 131:3, 133:13, 133:16, 159:4, 159:21, 227:2, 227:4, 230:6, 251:10, 254:3, 261:13, 261:15, 267:20
EVENING [5] - 254:18, 254:19, 277:13, 277:14, 288:21
EVENT [7] - 44:12, 46:21, 144:10, 148:21, 156:1, 166:22, 188:23
EVENTUALLY [3] - 178:13, 248:4, 270:3
EVER [49] - 20:21, 29:3, 33:24, 35:13, 97:20, 99:14, 99:18, 99:23, 100:21, 102:12, 103:17, 105:15, 105:16, 146:20, 153:14, 153:21, 159:21, 160:1, 170:12, 170:21, 176:5, 176:12, 177:1, 180:13, 181:11, 181:14, 185:19, 186:5, 186:17, 186:19, 193:2,

206:25, 209:3,
242:15, 245:25,
248:20, 250:7,
250:16, 264:1,
264:3, 265:9,
265:15, 275:20,
275:25, 276:15,
280:25, 282:5
EVERY [36] - 14:6,
20:20, 20:21, 20:23,
36:9, 36:19, 63:7,
72:2, 76:11, 76:23,
90:11, 98:12,
111:10, 113:21,
113:24, 119:18,
120:16, 122:13,
122:18, 123:16,
123:17, 124:21,
124:22, 125:23,
125:25, 130:6,
157:12, 157:20,
167:19, 167:22,
206:18, 222:9,
235:5, 262:8, 275:8
EVERYBODY [5] -
3:2, 94:23, 123:6,
123:15, 161:4
EVERYTHING [8] -
81:19, 125:6,
127:13, 138:1,
159:7, 159:9,
262:22, 275:2
EVIDENCE [40] - 4:1,
4:17, 8:4, 9:13, 9:15,
12:6, 18:7, 21:14,
25:22, 49:4, 52:20,
52:22, 104:1, 104:8,
112:20, 112:21,
113:2, 115:14,
115:16, 115:21,
118:17, 118:21,
120:21, 121:2,
121:5, 121:12,
147:1, 157:7,
162:14, 283:13,
283:14, 283:18,
285:8, 286:1, 286:5,
286:25, 287:4,
287:14, 287:18
EVIDENCED [1] -
215:13
EVIDENCES [1] -
54:24
EVIDENTIARY [1] -
1:12
EVS [26] - 79:21,
79:24, 80:15, 81:11,
81:21, 104:2,
152:17, 153:1,
184:15, 213:21,

213:24, 238:23,
238:25, 255:16,
256:21, 257:10,
261:16, 279:6,
279:8, 281:14,
281:19, 282:16,
282:17, 287:10,
288:3
EX [5] - 5:12, 175:20,
175:24, 176:20,
177:16
EXACT [9] - 32:2,
40:24, 42:22, 79:13,
117:9, 145:7,
189:21, 196:25,
274:22
EXACTLY [5] - 98:9,
150:23, 193:23,
194:10, 205:1
EXAM [2] - 261:17,
279:13
EXAMINATION [48] -
10:16, 47:23, 48:20,
53:3, 53:5, 70:6,
70:8, 80:16, 89:19,
111:22, 134:25,
144:3, 164:18,
210:1, 245:7,
254:15, 259:13,
259:15, 259:24,
261:4, 261:9,
261:25, 262:4,
262:15, 262:19,
262:23, 264:5,
264:14, 264:25,
265:6, 267:5, 274:5,
274:20, 275:6,
275:12, 276:2,
276:3, 277:11,
279:6, 279:7, 279:8,
281:8, 281:18,
281:19, 282:16,
283:3, 283:7
EXAMINATIONS [18] -
73:10, 77:21, 82:4,
261:10, 261:20,
267:2, 267:3,
267:14, 267:19,
267:21, 277:20,
277:24, 277:25,
278:1, 278:20,
279:2, 279:16,
280:20
EXAMINE [2] - 69:23,
201:8
EXAMINED [2] -
257:23, 277:20
EXAMINER [3] -
76:19, 76:25, 102:10
EXAMINERS [3] -

201:8, 276:5, 276:6
EXAMINES [1] - 206:2
EXAMINING [3] -
128:9, 128:14,
224:21
EXAMPLE [22] -
15:17, 21:8, 22:1,
22:7, 23:7, 24:17,
34:12, 34:14, 37:13,
38:12, 65:13, 68:6,
68:9, 74:4, 81:1,
114:2, 139:1,
167:14, 219:19,
282:21, 285:8,
287:21
EXAMPLES [3] - 38:8,
68:7, 285:12
EXCEEDINGLY [1] -
130:20
EXCEPT [3] - 36:10,
36:20, 113:23
EXCEPTION [9] -
3:20, 107:20,
107:23, 107:25,
108:2, 109:7, 150:1,
182:25, 231:4
EXCEPTIONS [1] -
108:17
EXCERPT [1] - 91:19
EXCERPTS [1] - 88:1
EXCHANGE [2] -
199:3, 208:13
EXCHANGES [1] -
264:24
EXCITED [1] - 240:5
EXCLUDE [1] - 108:22
EXCLUSION [1] -
168:2
EXCUSE [4] - 33:12,
125:22, 168:6,
260:18
EXECUTED [1] -
168:12
EXECUTIVE [1] -
254:22
EXHIBIT [120] - 3:14,
4:9, 4:13, 4:17, 4:21,
8:5, 12:5, 12:9,
16:18, 18:4, 19:4,
21:14, 21:19, 22:1,
22:6, 22:17, 24:11,
24:22, 25:21, 33:17,
33:21, 35:3, 35:25,
43:1, 43:3, 48:1,
53:1, 54:25, 72:5,
74:6, 77:10, 90:20,
91:2, 100:12,
100:15, 101:1,
101:8, 101:15,
104:7, 105:22,

112:10, 113:1,
115:20, 118:20,
121:1, 121:11,
139:22, 139:23,
143:1, 143:2, 143:3,
143:25, 144:12,
148:1, 148:15,
152:9, 154:12,
175:10, 177:4,
177:15, 186:10,
189:22, 189:23,
212:23, 212:25,
213:15, 217:22,
218:20, 222:17,
224:4, 224:5,
227:21, 230:25,
231:12, 232:11,
232:12, 233:2,
233:8, 233:9,
233:10, 236:5,
238:6, 238:7,
239:10, 239:21,
240:20, 241:14,
242:14, 242:21,
243:11, 243:24,
244:2, 245:9,
248:13, 251:10,
251:17, 258:10,
258:14, 263:22,
283:16, 283:17,
285:7, 287:3,
287:13, 287:17,
292:14, 292:20,
292:21, 292:22,
292:23, 292:24,
292:25, 293:2,
293:3, 293:4, 293:5,
293:6
EXHIBITS [22] - 3:19,
4:1, 4:5, 4:12, 8:4,
8:17, 9:12, 9:14,
21:18, 21:21, 48:16,
49:10, 49:11, 51:19,
52:19, 52:21, 176:9,
244:25, 292:15,
292:18, 292:19,
293:1
EXIST [1] - 76:24
EXPANDED [1] - 71:1
EXPECT [3] - 46:14,
93:7, 93:9
EXPECTANCY [1] -
95:24
EXPECTING [1] -
180:17
EXPEDITED [1] -
124:21
EXPERIENCE [3] -
20:7, 39:24, 126:15
EXPERT [5] - 202:25,

204:12, 216:1,
216:16, 216:20
EXPERTS [5] - 84:15,
86:20, 87:6, 87:20,
88:4
EXPLAIN [29] - 27:21,
58:4, 60:13, 61:5,
62:22, 63:24, 66:3,
67:24, 68:18, 69:20,
70:4, 70:16, 71:11,
71:18, 75:11, 75:25,
76:16, 78:15, 91:5,
93:23, 107:8, 108:2,
113:10, 115:11,
118:12, 121:15,
124:11, 136:12,
233:12
EXPLAINED [3] -
99:25, 115:25, 227:3
EXPLAINING [1] -
106:16
EXPLAINS [2] -
107:13, 222:4
EXPLICIT [1] - 30:5
EXPLICITLY [1] -
227:16
EXPLORE [1] - 127:12
EXPLORING [1] -
117:17
EXPRESS [2] -
132:21, 216:14
EXPRESSED [2] -
79:11, 89:25
EXPRESSION [1] -
125:25
EXPRESSVOTE [37] -
25:9, 25:23, 27:1,
42:20, 54:16, 54:19,
81:23, 104:22,
105:1, 105:18,
110:14, 115:9,
115:10, 144:17,
145:23, 169:9,
187:11, 208:5,
214:2, 221:14,
221:15, 222:1,
223:3, 223:11,
223:21, 225:25,
226:4, 228:8,
239:15, 243:23,
244:13, 250:6,
250:8, 250:16,
282:7, 284:16
EXPRESSVOTE'S [1]
- 243:18
EXTENSION [8] -
176:1, 191:4, 191:9,
191:11, 192:2,
192:6, 193:12,
193:16

EXTENT [1] - 280:17
EXTRA [1] - 163:18
EXTREMELY [3] - 124:10, 158:25, 243:7
EYES [1] - 54:9
EYESIGHT [1] - 123:7

# F

FACE [2] - 99:21, 105:3
FACT [28] - 38:8, 39:5, 39:9, 71:5, 85:5, 90:15, 100:8, 120:18, 150:20, 152:24, 155:9, 159:21, 185:15, 196:22, 214:21, 223:22, 227:15, 227:20, 230:22, 234:5, 237:11, 249:14, 252:14, 261:16, 264:21, 267:18, 279:4, 279:25
FAILED [1] - 85:25
FAILING [1] - 132:20
FAILINGS [2] - 132:20, 133:1
FAILURE [1] - 178:2
FAIR [5] - 12:18, 17:4, 28:21, 170:6, 195:19
FAITH [1] - 198:22
FALL [1] - 33:11
FAMILIAR [20] - 31:7, 31:10, 31:12, 32:2, 32:21, 32:24, 33:4, 111:1, 140:21, 165:20, 174:11, 174:14, 212:13, 238:18, 239:17, 239:19, 239:20, 239:25, 248:23, 282:1
FAMILY [1] - 289:25
FAR [9] - 21:4, 44:15, 125:14, 132:9, 142:6, 156:6, 246:15, 248:10, 285:11
FASHION [2] - 75:12, 99:18
FEASIBILITY [1] - 124:4
FEASIBLE [4] - 68:17, 120:17, 130:22, 159:6
FEATURE [7] - 223:8, 223:14, 223:22,

224:18, 224:22, 226:5, 247:13
FEATURES [1] - 221:2
FEBRUARY [36] - 1:8, 4:14, 46:22, 64:2, 64:5, 64:16, 64:20, 70:10, 70:11, 74:16, 127:21, 127:22, 127:23, 127:24, 128:1, 129:13, 129:16, 131:21, 136:22, 153:22, 159:24, 163:25, 244:18, 244:23, 264:17, 265:20, 266:1, 266:6, 266:8, 266:12, 266:13, 267:25, 270:2, 270:7, 270:8, 287:7
FED [1] - 63:10
FEDERAL [17] - 31:13, 32:4, 32:5, 32:8, 32:11, 32:12, 32:15, 37:16, 66:24, 71:24, 77:21, 79:1, 85:14, 86:2, 104:17, 104:19, 106:15
FEEDBACK [5] - 219:3, 219:8, 263:6, 263:12, 283:6
FEEDER [1] - 243:18
FEEL [2] - 205:12, 272:23
FEELING [1] - 204:23
FERRARI [1] - 48:4
FEW [7] - 8:4, 46:22, 193:24, 269:15, 269:23, 271:13, 280:11
FIELD [5] - 2:11, 62:12, 62:17, 134:9, 134:10
FIELDS [1] - 85:9
FIFTH [4] - 1:15, 27:3, 83:2, 269:9
FIGHTING [1] - 178:1
FIGURE [2] - 174:17, 251:7
FIGURED [1] - 151:20
FIGURING [3] - 128:3, 247:14, 247:15
FILE [1] - 193:3
FILED [6] - 47:5, 47:6, 186:21, 188:18, 209:4, 209:16
FILES [3] - 274:24, 279:23, 280:10
FILING [1] - 190:8
FILL [1] - 205:2
FINAL [12] - 56:19,

58:18, 58:20, 102:3, 137:15, 161:9, 232:12, 232:19, 232:24, 234:13, 239:1, 254:2
FINALLY [1] - 274:16
FIND [8] - 69:23, 81:18, 117:4, 175:14, 206:1, 218:13, 218:16, 259:2
FINDER [1] - 155:9
FINE [12] - 9:4, 48:21, 84:22, 109:25, 136:13, 142:13, 161:7, 161:21, 163:10, 164:10, 253:22, 291:7
FINISH [5] - 71:15, 110:4, 154:20, 206:3, 290:1
FIRM [5] - 111:2, 111:4, 111:20, 111:24, 239:23
FIRST [72] - 10:6, 14:15, 19:4, 49:15, 61:10, 68:1, 69:11, 75:13, 77:8, 77:12, 78:11, 81:12, 84:1, 84:2, 84:13, 94:21, 100:24, 101:25, 104:10, 107:16, 111:19, 117:19, 123:1, 124:6, 124:12, 125:3, 126:8, 142:17, 142:19, 159:21, 160:1, 166:9, 166:23, 171:7, 171:18, 176:9, 186:19, 188:12, 188:15, 190:16, 191:8, 192:17, 195:24, 196:2, 197:13, 200:16, 201:23, 209:2, 209:12, 209:15, 209:22, 219:9, 228:1, 240:5, 240:23, 240:24, 242:24, 243:13, 244:2, 244:6, 245:13, 254:12, 258:25, 263:20, 266:2, 266:17, 274:9, 274:14, 280:12, 282:14, 282:23
FIT [1] - 253:20
FIVE [14] - 61:4, 63:20,

67:19, 67:20, 92:18, 113:18, 129:14, 134:18, 135:13, 171:25, 220:20, 272:8, 274:13
FIVE-MINUTES [1] - 134:18
FIX [3] - 80:3, 276:5, 277:1
FIXES [2] - 80:1, 281:14
FLEW [1] - 162:6
FLEXIBLE [1] - 37:24
FLIGHT [1] - 162:7
FLOOR [3] - 1:15, 2:8, 2:13
FLY [1] - 161:18
FOCUS [7] - 18:3, 56:17, 63:4, 241:6, 241:9, 241:10
FOCUSING [1] - 231:16
FOLD [1] - 192:10
FOLKS [7] - 72:18, 196:12, 196:13, 199:15, 204:10, 226:11, 249:21
FOLLOW [1] - 268:2
FOLLOW-UP [1] - 268:2
FOLLOWED [3] - 231:12, 246:17, 259:14
FOLLOWING [15] - 28:3, 61:19, 71:6, 78:16, 82:20, 87:8, 87:22, 93:17, 111:21, 111:22, 127:21, 218:7, 227:8, 230:7, 232:17
FOLLOWS [3] - 200:22, 220:10, 220:11
FOOTNOTE [7] - 107:24, 108:20, 108:21, 109:5, 150:1, 235:11, 248:4
FOR [315] - 1:2, 1:16, 2:4, 2:10, 2:15, 3:15, 5:16, 9:2, 9:10, 10:11, 11:19, 13:8, 14:6, 14:12, 15:17, 18:1, 18:8, 18:12, 22:23, 23:6, 23:22, 24:4, 25:8, 25:23, 30:13, 30:16, 31:3, 32:1, 32:5, 32:8, 33:8, 33:9, 33:11, 34:11, 34:12, 34:14, 36:10, 36:20, 37:13,

37:23, 38:2, 38:12, 38:22, 38:25, 41:15, 42:21, 42:25, 43:10, 43:13, 45:12, 46:5, 47:25, 48:8, 48:15, 51:21, 51:25, 52:17, 55:13, 55:22, 56:18, 59:11, 60:25, 61:17, 61:22, 62:3, 62:4, 63:6, 63:25, 65:12, 65:15, 65:20, 66:17, 66:25, 68:4, 68:5, 68:6, 68:9, 70:8, 70:21, 71:2, 72:2, 73:11, 74:4, 74:5, 75:2, 75:4, 75:14, 75:18, 77:18, 78:17, 78:20, 78:25, 79:14, 79:24, 80:16, 80:23, 80:24, 80:25, 81:1, 81:3, 81:4, 82:4, 82:18, 82:19, 82:20, 83:10, 85:14, 85:25, 86:11, 86:12, 88:14, 88:17, 89:11, 89:15, 90:4, 90:14, 91:13, 91:15, 91:23, 94:1, 94:10, 94:12, 94:15, 95:23, 100:1, 100:13, 102:8, 102:12, 102:13, 102:16, 106:14, 106:15, 108:5, 108:24, 109:20, 109:21, 111:21, 112:8, 112:15, 113:23, 114:2, 114:22, 115:12, 116:10, 116:16, 116:18, 117:17, 117:19, 119:25, 120:3, 120:15, 120:17, 122:4, 122:18, 122:23, 122:24, 123:7, 123:11, 123:16, 123:17, 124:6, 125:1, 125:4, 125:11, 125:21, 125:23, 126:7, 126:14, 126:18, 127:5, 127:6, 129:14, 130:13, 130:15, 131:3, 131:25, 132:7, 133:15, 133:17, 134:3, 134:16, 138:19, 139:1, 142:17, 143:25, 145:24, 155:24, 156:25, 157:9,

157:12, 158:6, 158:16, 158:18, 159:5, 163:22, 164:1, 165:17, 167:14, 167:19, 167:22, 167:24, 173:25, 176:11, 176:23, 177:15, 177:20, 187:16, 187:18, 189:4, 189:6, 190:3, 191:18, 192:6, 193:12, 193:16, 198:21, 199:1, 201:7, 201:23, 204:4, 204:5, 204:18, 205:15, 210:10, 212:4, 212:6, 212:9, 213:11, 213:14, 214:19, 218:4, 219:16, 219:19, 219:23, 220:3, 221:6, 224:22, 228:12, 233:6, 234:6, 237:13, 239:5, 243:5, 243:8, 243:11, 244:10, 245:16, 246:1, 246:18, 249:5, 250:24, 251:5, 252:3, 252:19, 254:23, 255:13, 255:25, 257:1, 257:9, 257:10, 258:18, 258:25, 259:18, 261:16, 262:1, 262:5, 263:5, 263:14, 263:16, 263:17, 264:4, 265:6, 266:2, 266:17, 267:5, 268:10, 268:15, 269:9, 269:18, 270:21, 271:14, 271:15, 271:25, 272:10, 272:16, 273:10, 273:15, 273:20, 273:25, 274:9, 274:20, 275:3, 275:6, 275:11, 275:21, 276:1, 276:14, 277:4, 277:17, 279:16, 280:5, 280:13, 280:22, 282:15, 289:6, 290:20

FOREGOING [1] - 291:14

FOREIGN [2] - 71:1,

94:14

FORGET [1] - 179:4

FORGETTING [2] - 117:9, 133:17

FORGOT [1] - 122:8

FORM [3] - 62:1, 73:19, 258:3

FORMAL [3] - 197:10, 197:13, 198:6

FORMAT [1] - 101:20

FORMS [1] - 89:10

FORMULATING [1] - 192:12

FORTH [20] - 14:8, 77:18, 86:21, 97:7, 116:12, 127:1, 140:17, 154:14, 154:18, 177:8, 177:21, 177:24, 178:20, 199:2, 199:6, 242:18, 258:1, 262:19, 264:25, 271:16

FORWARD [6] - 73:10, 93:7, 97:11, 135:25, 229:5, 272:23

FORWARDED [3] - 61:20, 220:12, 241:21

FOUND [1] - 77:9

FOUNDED [1] - 86:19

FOUR [12] - 39:12, 126:2, 130:8, 145:17, 163:17, 163:20, 172:7, 261:17, 261:18, 274:20, 279:14, 279:15

FOURTH [7] - 27:3, 67:22, 70:4, 71:18, 72:10, 168:25, 268:10

FRAMEWORK [2] - 166:18, 210:8

FRANKLY [1] - 131:16

FRED [1] - 51:23

FREE [4] - 137:11, 179:12, 187:18, 272:23

FREEDOM [2] - 222:5, 222:14

FRICK [2] - 175:18, 196:3

FROM [127] - 3:8, 9:18, 23:6, 28:7, 41:18, 44:8, 44:10, 44:18, 45:23, 46:4, 46:10, 57:22, 57:24, 60:15, 61:2, 61:3,

61:24, 64:2, 66:5, 68:14, 73:10, 83:6, 86:12, 87:9, 88:1, 91:7, 91:16, 92:6, 109:1, 110:21, 111:1, 111:6, 111:19, 114:3, 118:9, 121:8, 121:16, 121:18, 126:15, 127:8, 129:5, 132:20, 132:21, 133:13, 135:7, 135:19, 135:22, 135:23, 135:24, 140:17, 144:23, 145:8, 145:17, 150:1, 166:8, 166:15, 173:21, 173:24, 175:12, 175:16, 178:12, 180:17, 189:20, 190:3, 190:20, 190:21, 195:12, 195:13, 195:25, 196:3, 196:6, 197:8, 197:11, 197:21, 200:13, 203:23, 204:9, 204:22, 205:6, 207:9, 209:7, 209:8, 213:21, 213:24, 215:11, 215:17, 216:13, 216:15, 217:1, 217:4, 217:16, 218:21, 219:9, 220:10, 220:12, 228:4, 228:24, 229:5, 229:6, 229:13, 229:15, 231:12, 232:16, 240:15, 240:24, 241:21, 243:19, 244:3, 244:25, 245:11, 246:17, 248:5, 253:18, 260:15, 262:7, 263:11, 265:22, 266:9, 268:10, 270:21, 272:23, 276:15, 281:16, 281:23, 282:6, 291:15

FRONT [11] - 14:3, 21:17, 137:19, 163:15, 184:12, 208:22, 208:23, 208:25, 214:9, 231:13, 267:11

FULFILL [1] - 279:12

FULL [7] - 23:20,

105:3, 184:18, 184:21, 198:8, 261:18, 274:21

FULLY [3] - 61:7, 170:2, 208:5

FUN [1] - 117:20

FUNCTION [7] - 223:17, 223:18, 223:21, 225:18, 225:25, 226:14, 242:8

FUNCTIONALITY [4] - 225:12, 261:4, 261:9, 275:16

FUNCTIONS [1] - 221:5

FUNDING [3] - 86:12, 106:14, 106:16

FUNDS [1] - 66:24

FURTHER [10] - 47:20, 130:11, 160:10, 160:12, 200:8, 209:24, 245:4, 252:21, 252:24, 277:8

FUTURE [5] - 117:17, 160:3, 252:2, 277:25, 278:22

## G

G-A-T-E-S [1] - 164:17

GATES [15] - 13:8, 59:14, 97:10, 164:12, 164:13, 164:16, 164:17, 164:20, 173:9, 191:3, 205:24, 210:3, 255:3, 271:10, 292:6

GATHER [2] - 201:24, 202:16

GATHERING [1] - 279:23

GAVE [8] - 20:22, 41:3, 123:24, 149:18, 190:13, 262:12, 262:14, 279:5

GEARS [1] - 288:7

GEE [1] - 50:10

GENERAL [16] - 43:14, 44:9, 45:25, 46:4, 46:10, 46:23, 66:10, 69:16, 124:6, 158:19, 159:19, 164:7, 189:6, 198:24, 207:14, 256:20

GENERAL'S [5] -

13:6, 59:17, 60:16, 61:3, 178:12

GENERALLY [2] - 17:9, 195:10

GENERATED [3] - 33:22, 107:25, 149:5

GENERATION [1] - 64:17

GEOMETRY [1] - 114:12

GET [30] - 4:4, 9:2, 15:16, 38:4, 39:3, 41:14, 46:6, 48:9, 48:22, 73:21, 94:23, 105:15, 110:21, 127:8, 129:18, 163:20, 202:3, 213:1, 215:8, 248:9, 251:13, 253:16, 253:19, 253:22, 262:9, 281:18, 288:21, 289:12, 290:16, 291:7

GETS [3] - 202:21, 203:6, 258:17

GETTING [10] - 22:6, 124:20, 159:22, 179:24, 183:14, 205:16, 210:16, 213:3, 270:24, 279:22

GIVE [13] - 21:8, 40:12, 59:19, 68:7, 79:2, 113:13, 127:16, 133:25, 190:7, 196:18, 239:6, 246:7, 289:22

GIVEN [10] - 83:2, 101:23, 149:1, 163:24, 182:19, 191:25, 195:20, 210:7, 266:3, 279:4

GIVING [2] - 60:25, 263:6

GLASS [6] - 54:20, 90:23, 91:13, 110:17, 201:25, 239:16

GLIGOR [2] - 1:17, 291:19

GLOSSARY [3] - 32:22, 147:23, 148:14

GO [75] - 5:19, 7:25, 21:3, 34:15, 48:19, 52:12, 54:1, 55:15, 70:2, 70:14, 73:4, 73:6, 74:24, 75:20, 77:2, 77:4, 77:5, 77:8, 78:10, 81:12,

81:20, 83:1, 85:6, 95:5, 96:1, 97:6, 103:4, 103:23, 105:22, 107:8, 109:11, 110:7, 112:3, 112:10, 114:20, 118:23, 128:4, 132:3, 132:12, 155:7, 158:2, 160:19, 173:12, 173:17, 184:24, 201:3, 204:24, 205:3, 212:3, 215:3, 219:7, 220:7, 220:21, 221:7, 222:19, 228:1, 230:25, 231:11, 237:2, 237:3, 237:21, 237:24, 239:20, 249:6, 249:16, 251:7, 253:8, 260:19, 263:11, 265:4, 269:15, 269:23, 275:10, 279:12

GOAL [9] - 56:21, 57:5, 57:7, 62:9, 62:11, 180:24, 210:5, 210:7

GOES [10] - 18:11, 34:12, 76:2, 107:12, 127:14, 147:24, 202:6, 202:10, 224:12, 228:6

GOING [73] - 16:14, 48:19, 58:8, 59:21, 60:14, 61:17, 61:18, 67:1, 71:10, 72:19, 73:10, 75:5, 75:6, 80:15, 82:21, 84:21, 85:21, 92:17, 94:4, 97:6, 97:17, 97:22, 99:25, 106:19, 114:16, 127:17, 134:7, 137:10, 151:19, 158:1, 160:22, 161:6, 161:18, 162:8, 162:9, 162:13, 168:10, 173:23, 174:18, 179:11, 179:22, 180:14, 192:7, 192:11, 199:1, 200:2, 206:4, 212:3, 216:22, 217:11, 223:16, 225:9, 226:14, 226:24, 227:20, 243:10, 246:14, 249:13, 253:6,

253:16, 254:8, 259:18, 260:25, 261:18, 261:24, 265:6, 273:11, 288:7, 289:15, 289:16, 290:25

GONE [1] - 249:15

GOOD [24] - 3:3, 3:4, 3:7, 10:14, 10:15, 10:18, 10:19, 42:25, 57:7, 110:4, 133:12, 163:9, 164:20, 164:21, 192:10, 198:22, 205:12, 254:17, 254:18, 254:19, 277:13, 277:14, 279:9, 288:10

GOODNESS [1] - 37:21

GOT [4] - 95:2, 147:6, 251:2, 267:22

GOTTEN [2] - 66:24, 250:25

GOVERN [1] - 72:20

GOVERNED [1] - 236:22

GOVERNMENT [5] - 32:6, 32:8, 41:4, 83:8, 104:19

GOVERNMENTS [1] - 83:15

GOVERNMENTS' [1] - 85:15

GOVERNOR [4] - 11:7, 11:14, 13:20, 125:17

GOVERNOR'S [2] - 13:22, 204:5

GOVERNS [1] - 237:9

GRANTED [1] - 193:17

GRANULAR [4] - 219:22, 220:3, 245:15, 246:8

GREAT [3] - 3:17, 79:2, 110:6

GREATER [1] - 125:14

GREATEST [1] - 76:19

GRID [5] - 114:7, 114:10, 119:21, 132:23

GROUND [1] - 5:9

GROUNDS [1] - 49:22

GROUP [1] - 64:1

GROWING [1] - 92:9

GUESS [8] - 8:18, 21:6, 86:8, 88:16, 122:19, 137:9, 139:22, 204:17,

213:7

GUESSING [1] - 221:19

GUIDE [1] - 76:25

GUIDED [3] - 109:21, 160:18, 253:9

GUIDELINES [1] - 31:25

GUYS [1] - 179:22

H

HAD [179] - 11:24, 12:2, 13:4, 26:15, 26:16, 26:18, 26:22, 30:25, 38:15, 38:16, 39:14, 41:2, 41:6, 41:17, 41:22, 44:17, 56:25, 58:10, 58:14, 59:11, 59:21, 63:8, 66:20, 66:21, 66:24, 69:25, 70:19, 70:24, 77:17, 77:20, 79:25, 80:15, 82:16, 86:9, 87:17, 90:11, 90:22, 94:13, 97:8, 98:13, 106:13, 106:15, 108:11, 108:14, 112:20, 114:22, 122:21, 127:7, 127:11, 127:19, 129:4, 129:8, 129:10, 129:11, 129:13, 129:16, 131:10, 133:22, 138:23, 140:14, 148:6, 150:10, 150:17, 150:18, 153:9, 160:1, 160:5, 160:6, 165:15, 166:13, 167:3, 167:5, 167:11, 174:22, 176:12, 178:7, 179:19, 179:20, 179:22, 180:2, 182:19, 183:7, 186:6, 188:2, 188:5, 188:12, 188:14, 188:21, 190:10, 192:10, 192:18, 192:25, 193:21, 193:24, 194:23, 196:23, 199:20, 200:1, 201:8, 201:10, 201:12, 207:14, 209:1, 209:8, 210:6, 210:8, 210:9, 210:19, 211:4, 211:9, 211:12, 212:2, 214:16,

215:6, 215:11, 215:23, 216:12, 216:23, 218:2, 218:3, 219:14, 220:18, 224:8, 224:16, 224:18, 225:10, 225:15, 225:17, 226:7, 227:17, 227:19, 229:3, 229:6, 229:8, 229:10, 229:25, 230:13, 231:7, 235:20, 240:16, 240:25, 242:16, 243:20, 244:12, 244:14, 245:21, 246:5, 246:10, 246:18, 249:3, 249:14, 250:2, 255:8, 259:6, 260:8, 263:21, 264:6, 264:14, 265:3, 266:2, 266:4, 269:24, 274:3, 274:5, 275:8, 275:10, 277:3, 277:18, 277:20, 280:5, 280:8, 281:7, 281:10, 282:4, 283:4

HADN'T [1] - 68:5

HALDERMAN [90] - 186:2, 186:4, 186:6, 216:1, 216:3, 216:19, 216:22, 217:11, 218:13, 218:17, 218:19, 220:12, 220:14, 222:15, 223:10, 223:14, 224:2, 224:8, 224:23, 227:19, 227:23, 228:15, 229:7, 240:15, 241:24, 242:6, 242:15, 243:22, 249:20, 250:22, 253:16, 253:18, 253:23, 255:6, 255:9, 255:11, 257:14, 258:11, 258:24, 259:22, 260:5, 260:11, 260:18, 260:24, 261:23, 262:13, 262:14, 262:19, 262:25, 263:8, 263:14, 263:19, 263:21, 263:24, 264:6, 264:11, 264:23, 265:16, 265:20, 266:9, 267:25,

268:10, 268:13, 269:1, 269:8, 269:18, 270:21, 271:13, 271:19, 272:24, 273:3, 273:9, 273:19, 273:25, 274:10, 274:14, 275:20, 275:25, 276:16, 277:5, 281:23, 282:7, 282:18, 282:24, 283:2, 283:24, 285:4, 289:15, 289:16, 289:22

HALDERMAN'S [3] - 225:6, 227:9, 241:22

HALF [2] - 129:22, 158:2

HALLWAY [1] - 179:7

HAND [31] - 19:15, 20:1, 23:23, 63:9, 65:4, 69:2, 75:16, 81:3, 81:5, 85:1, 89:13, 89:18, 90:9, 91:23, 92:14, 99:20, 100:4, 112:15, 113:4, 113:7, 113:22, 115:5, 115:25, 116:20, 120:12, 120:14, 133:11, 139:3, 201:17, 202:20, 256:13

HAND-COUNTED [1] - 92:14

HAND-MARKED [24] - 19:15, 20:1, 23:23, 63:9, 65:4, 69:2, 75:16, 81:3, 81:5, 85:1, 90:9, 91:23, 99:20, 100:4, 112:15, 113:4, 113:7, 113:22, 115:5, 115:25, 120:12, 120:14, 139:3, 256:13

HANDFUL [1] - 86:3

HANDLE [2] - 202:24, 204:10

HANDLED [2] - 195:12, 195:13

HANDS [2] - 201:25, 203:8

HANDWRITTEN [1] - 258:15

HANGLEY [1] - 2:7

HAPPEN [8] - 37:19, 67:15, 82:21, 131:14, 155:6,

164:6, 189:12, 192:7
HAPPENED [8] - 40:8,
41:2, 82:16, 102:13,
129:7, 199:20,
262:23, 269:24
HAPPENING [6] -
62:8, 79:16, 82:5,
82:14, 194:19,
279:19
HAPPENS [3] -
200:17, 267:3
HAPPY [1] - 208:18
HARD [1] - 290:20
HARDER [2] - 183:12,
183:15
HARDWARE [1] -
256:2
HARRISBURG [5] -
62:2, 263:6, 276:3,
276:4, 290:13
HART [18] - 22:24,
23:4, 23:10, 24:16,
24:17, 24:22, 29:15,
53:5, 63:22, 119:24,
120:1, 120:2,
219:19, 262:15,
262:19, 263:6,
283:3, 285:9
HARTZELL [6] -
211:10, 263:3,
268:20, 268:21,
268:25, 282:25
HAS [54] - 17:15,
21:22, 30:15, 37:8,
50:4, 51:9, 74:25,
76:7, 76:9, 79:14,
94:14, 104:19,
105:17, 106:2,
106:20, 110:12,
111:6, 113:16,
116:5, 118:16,
119:3, 120:5, 120:8,
120:18, 122:13,
122:15, 122:24,
124:14, 125:25,
128:7, 129:21,
129:23, 130:3,
161:5, 162:7,
167:25, 177:14,
201:16, 203:24,
206:6, 222:9,
222:10, 222:13,
234:2, 236:14,
238:8, 255:19,
256:21, 271:13,
284:11, 286:2,
288:22
HASN'T [1] - 46:13
HATE [2] - 179:25,
183:22

HAVA [3] - 122:9,
122:16, 122:20
HAVE [243] - 3:9, 3:14,
3:18, 3:21, 4:8, 4:15,
4:19, 11:21, 12:2,
12:4, 13:17, 13:20,
14:3, 15:17, 17:10,
21:3, 21:6, 21:16,
25:8, 29:5, 29:22,
34:15, 37:12, 38:8,
41:16, 41:21, 41:22,
45:5, 46:22, 47:12,
47:20, 48:8, 52:16,
56:8, 56:20, 60:17,
60:20, 66:7, 69:13,
70:24, 73:23, 74:2,
78:21, 81:1, 81:2,
81:4, 81:6, 81:22,
84:17, 85:23, 85:25,
87:4, 87:24, 88:23,
90:11, 94:5, 95:19,
97:21, 99:21, 99:25,
103:5, 104:13,
106:8, 107:11,
109:17, 110:1,
113:17, 118:16,
120:14, 120:16,
122:13, 123:1,
123:4, 123:9,
124:17, 124:19,
125:22, 130:11,
130:16, 131:14,
131:17, 131:18,
131:23, 131:25,
132:3, 132:4,
132:12, 132:15,
132:17, 132:22,
133:11, 133:24,
134:2, 134:8,
134:15, 134:17,
134:21, 138:4,
138:8, 138:15,
138:19, 138:21,
139:1, 141:11,
141:14, 141:15,
142:10, 143:18,
144:14, 146:19,
146:22, 148:18,
149:3, 149:13,
152:12, 153:10,
154:4, 154:5, 155:2,
157:6, 158:18,
160:10, 161:8,
161:9, 161:11,
162:8, 162:15,
162:19, 163:5,
163:14, 163:17,
163:18, 164:25,
167:25, 168:10,
170:9, 170:14,
174:24, 176:5,

176:7, 176:8, 177:3,
177:7, 177:12,
177:23, 178:13,
179:11, 181:14,
181:18, 184:12,
184:21, 185:6,
186:23, 188:24,
189:9, 189:13,
189:14, 189:15,
189:18, 190:4,
190:18, 198:10,
201:22, 202:18,
203:19, 203:23,
203:25, 205:8,
206:7, 206:15,
206:17, 206:20,
212:17, 214:21,
216:16, 217:16,
221:18, 224:22,
225:12, 225:14,
225:15, 225:16,
225:21, 225:25,
226:4, 226:17,
234:19, 235:20,
237:1, 245:4,
249:20, 250:25,
251:2, 251:13,
252:21, 252:23,
253:12, 253:22,
254:1, 254:3, 254:6,
257:1, 262:18,
263:10, 264:10,
264:12, 264:13,
266:16, 267:16,
268:9, 272:9,
272:13, 273:6,
274:2, 274:4,
274:21, 275:5,
275:6, 277:8,
277:15, 277:17,
278:7, 279:13,
279:24, 280:13,
282:17, 282:21,
283:13, 283:24,
284:9, 285:3,
285:11, 286:11,
288:19, 289:13,
290:5, 290:6,
290:23, 291:10
HAVEN'T [3] - 28:20,
157:10, 195:20
HAVING [16] - 65:19,
123:2, 123:13,
124:5, 127:14,
130:8, 174:25,
179:20, 193:23,
195:1, 199:4,
204:10, 216:13,
223:20, 249:5,
279:23
HE [78] - 13:13, 13:14,

13:17, 16:11, 19:21,
19:25, 53:8, 53:9,
73:4, 98:1, 112:7,
130:16, 144:14,
147:20, 158:11,
162:9, 163:8, 173:9,
204:22, 204:23,
206:2, 210:22,
213:12, 213:13,
215:19, 215:20,
215:22, 215:25,
216:4, 216:9,
216:17, 216:20,
217:1, 217:9,
217:11, 219:10,
219:15, 220:4,
220:7, 223:12,
230:18, 237:19,
241:11, 242:7,
243:1, 243:2, 243:4,
243:16, 243:18,
243:25, 249:22,
249:23, 253:18,
255:13, 259:2,
260:5, 261:23,
263:1, 263:2,
263:15, 263:17,
265:24, 266:2,
268:2, 268:17,
268:23, 268:24,
269:12, 269:22,
271:15, 283:6,
284:4, 284:10,
285:6, 289:17
HE'S [2] - 176:19,
253:19
HEAD [2] - 200:21,
260:16
HEADED [2] - 181:1,
212:1
HEADING [7] - 14:5,
78:16, 181:2,
208:17, 208:21,
208:24, 224:12
HEAR [5] - 162:2,
174:18, 213:23,
229:13, 240:15
HEARD [17] - 100:24,
111:19, 130:19,
132:18, 148:6,
149:3, 149:13,
203:25, 209:7,
209:8, 213:20,
229:6, 240:24,
244:3, 245:1, 281:24
HEARING [8] - 1:12,
41:4, 86:15, 115:12,
115:24, 133:5,
161:10, 161:22
HEART [1] - 156:5

HEED [1] - 85:25
HELP [4] - 21:19,
61:5, 76:2, 122:9
HER [23] - 27:21,
30:16, 137:11,
147:14, 147:18,
149:13, 154:7,
155:3, 155:5, 155:7,
169:19, 169:20,
201:16, 202:4,
202:20, 203:5,
203:8, 205:21,
211:12, 236:13,
236:18, 261:5,
281:11
HERE [52] - 9:18, 10:1,
10:3, 24:6, 58:24,
60:14, 76:18, 78:22,
79:25, 84:7, 87:1,
91:23, 95:6, 96:10,
110:1, 133:5,
149:10, 153:2,
173:7, 175:12,
177:4, 179:12,
184:12, 190:21,
196:2, 197:15,
197:24, 198:10,
200:15, 201:5,
203:23, 205:17,
207:13, 212:3,
212:6, 212:9, 215:7,
215:24, 219:3,
220:22, 221:13,
221:20, 226:25,
231:11, 233:25,
237:21, 251:22,
257:1, 263:14,
278:18, 288:24,
289:17
HI [1] - 271:12
HIGH [3] - 76:7, 76:8,
114:11
HIGHER [2] - 76:12,
130:9
HIGHLIGHT [2] -
57:10, 57:20
HIM [17] - 71:14,
147:14, 147:18,
155:1, 158:13,
176:15, 176:16,
213:12, 214:10,
214:16, 225:24,
246:7, 262:21,
263:5, 265:1,
265:10, 266:3
HIMSELF [1] - 111:7
HIRED [1] - 209:19
HIS [23] - 13:14, 53:3,
54:10, 169:19,
169:20, 201:16,

202:4, 202:20,
203:5, 203:8,
211:24, 215:25,
224:16, 227:9,
234:12, 234:17,
239:5, 240:25,
242:16, 243:23,
244:4, 246:17, 269:9
**HISTORICALLY** [1] -
122:15
**HOLD** [3] - 4:6, 7:25,
49:16
**HOLDING** [3] - 67:1,
76:12, 160:20
**HOLDS** [1] - 202:19
**HOME** [1] - 288:20
**HOMESICK** [1] -
204:23
**HONEST** [1] - 31:18
**HONESTLY** [5] -
31:20, 122:20,
130:22, 159:3, 291:8
**HONOR** [120] - 3:4,
3:7, 3:12, 3:24, 4:17,
4:22, 5:8, 6:17, 6:20,
8:5, 8:14, 9:1, 9:11,
9:17, 10:7, 10:15,
12:10, 16:12, 18:7,
22:3, 24:1, 24:13,
27:23, 32:13, 33:18,
43:23, 46:18, 48:3,
48:13, 48:23, 49:3,
49:6, 49:21, 50:7,
50:11, 51:18, 51:22,
52:13, 52:17, 53:25,
68:25, 73:7, 73:16,
84:6, 87:12, 98:20,
103:25, 109:19,
110:3, 112:19,
112:24, 128:12,
131:15, 133:13,
134:24, 136:15,
143:21, 147:1,
147:7, 147:13,
150:20, 151:19,
151:22, 152:9,
152:12, 155:9,
156:9, 158:5,
160:11, 160:13,
160:16, 161:24,
162:5, 162:16,
163:1, 163:7,
163:13, 163:23,
164:13, 167:7,
173:11, 176:8,
176:13, 176:17,
183:11, 184:20,
195:6, 195:10,
202:23, 203:11,
203:17, 203:21,

204:3, 204:20,
204:21, 206:5,
207:2, 207:6,
209:25, 214:8,
224:14, 224:25,
226:7, 246:9,
252:22, 253:2,
253:7, 254:9,
260:18, 260:20,
278:24, 283:12,
285:25, 286:1,
286:25, 288:6,
290:7, 290:22,
290:23
**HONORABLE** [1] -
1:10
**HOPE** [5] - 86:11,
258:17, 259:2,
263:10, 290:20
**HOPED** [1] - 175:8
**HOPING** [4] - 61:15,
129:17, 161:14,
164:6
**HOST** [2] - 37:16,
126:6
**HOUR** [3] - 48:9, 81:1,
158:2
**HOUR-AND-A-HALF**
[1] - 158:2
**HOURS** [2] - 261:13,
274:17
**HOUSE** [1] - 129:14
**HOUSEKEEPING** [3] -
3:13, 9:23, 54:11
**HOW** [49] - 6:14,
47:15, 47:17, 63:17,
77:2, 81:10, 90:7,
91:5, 92:4, 94:18,
98:1, 107:9, 109:13,
113:11, 115:24,
116:1, 116:13,
117:22, 117:23,
118:12, 119:2,
121:17, 121:18,
123:6, 123:15,
129:25, 131:15,
131:24, 132:2,
133:24, 157:25,
160:18, 160:19,
160:21, 162:22,
174:18, 201:14,
230:13, 231:7,
233:12, 255:25,
256:16, 259:3,
261:8, 265:2,
265:21, 274:17,
284:4
**HOWEVER** [1] - 29:7
**HUGE** [4] - 125:17,
128:4, 128:5

**HUMAN** [13] - 89:14,
89:19, 90:3, 90:11,
90:13, 91:11, 91:14,
116:15, 119:16,
169:3, 169:12,
171:20, 234:2
**HUNDREDS** [1] -
128:2
**HURRY** [1] - 193:9
**HYBRID** [1] - 105:2
**HYPOTHETICAL** [1] -
76:20

# I

**I'D** [3] - 21:3, 29:5,
151:17
**I'LL** [9] - 4:4, 21:8,
24:3, 94:23, 107:15,
161:10, 163:21,
170:14, 244:10
**I'M** [97] - 5:23, 6:15,
12:7, 19:20, 21:20,
27:3, 28:3, 32:8,
35:2, 35:7, 39:18,
39:22, 40:4, 40:19,
42:7, 43:2, 43:5,
45:2, 45:20, 48:1,
48:25, 49:7, 49:11,
49:14, 51:8, 55:1,
55:2, 55:5, 56:2,
57:13, 60:17, 60:21,
64:8, 65:21, 66:11,
71:5, 71:16, 73:23,
74:6, 80:6, 82:7,
82:8, 82:9, 92:18,
96:15, 97:6, 98:16,
98:17, 99:11,
103:24, 105:22,
115:13, 115:15,
116:24, 117:9,
118:15, 119:7,
121:20, 130:23,
133:18, 134:8,
137:7, 143:2, 147:2,
148:8, 152:5, 156:8,
159:24, 159:25,
163:17, 167:1,
172:6, 177:5,
178:20, 183:22,
185:3, 191:22,
193:23, 196:5,
196:9, 196:10,
205:6, 206:11,
212:3, 213:1,
218:19, 239:10,
256:21, 260:24,
262:13, 268:9,
275:22, 276:19,
284:21, 284:22,
286:23

**I'VE** [1] - 11:12
**I.E** [3] - 89:17, 175:20,
199:20
**IDEA** [9] - 40:12,
110:4, 192:10,
198:24, 210:10,
216:16, 233:13,
247:25, 249:18
**IDENTIFIED** [3] - 77:1,
77:17, 77:20
**IDENTIFIES** [2] -
107:11, 175:25
**IDENTIFY** [5] - 34:14,
76:23, 123:2,
123:10, 138:22
**IF** [204] - 3:10, 4:19,
14:2, 14:13, 19:3,
21:13, 21:15, 21:21,
22:16, 24:11, 24:12,
25:12, 25:21, 26:10,
26:19, 26:22, 26:24,
32:24, 33:17, 34:12,
35:12, 35:24, 37:13,
37:15, 38:3, 38:6,
42:16, 42:17, 42:24,
43:1, 43:3, 44:12,
44:25, 45:21, 46:8,
46:12, 46:15, 54:10,
57:5, 58:17, 60:23,
63:17, 65:13, 69:23,
73:20, 76:6, 77:14,
81:12, 81:14, 81:20,
81:22, 85:7, 103:18,
106:8, 108:20,
108:21, 108:22,
109:12, 109:23,
113:17, 114:5,
116:23, 119:12,
120:12, 120:13,
123:4, 123:10,
127:10, 127:24,
128:14, 130:1,
130:13, 131:7,
131:8, 131:22,
132:3, 132:9, 134:2,
135:15, 136:7,
136:12, 136:22,
137:19, 141:2,
142:12, 142:21,
143:19, 144:5,
144:23, 145:7,
146:15, 146:24,
147:12, 148:1,
148:13, 148:15,
151:17, 152:13,
156:11, 157:14,
158:17, 159:4,
159:14, 160:23,
160:24, 161:7,
162:15, 162:19,

162:22, 163:3,
167:1, 167:16,
168:15, 169:19,
170:23, 175:6,
175:10, 176:2,
178:2, 185:10,
187:4, 188:17,
188:21, 188:25,
189:8, 189:21,
189:23, 190:20,
195:20, 195:22,
196:5, 197:5, 198:5,
200:10, 200:12,
202:15, 203:3,
203:4, 203:10,
204:1, 204:5,
205:24, 206:2,
207:24, 208:8,
210:10, 213:12,
215:24, 216:6,
220:8, 220:25,
221:3, 222:4, 222:7,
223:6, 223:16,
223:18, 225:5,
225:6, 225:24,
226:2, 237:7,
247:19, 248:20,
249:9, 249:10,
249:16, 251:7,
253:16, 253:17,
253:20, 253:21,
254:3, 256:12,
256:15, 258:14,
258:22, 259:22,
260:5, 260:16,
265:18, 267:5,
267:11, 271:6,
273:7, 274:7,
276:19, 278:16,
278:21, 280:7,
288:8, 288:12,
288:15, 288:20,
290:3, 290:4,
290:15, 291:7
**IFB** [3] - 70:20, 93:25,
94:9
**IFP** [1] - 93:2
**II** [1] - 96:3
**II(4** [1] - 271:17
**ILANN** [2] - 1:14,
273:11
**IMAGE** [1] - 27:7
**IMMEDIATE** [1] - 38:6
**IMMEDIATELY** [1] -
127:7
**IMMENSE** [1] - 124:16
**IMPACT** [2] - 76:9,
76:10
**IMPETUS** [1] - 210:5
**IMPLEMENTATION**

[1] - 240:4
IMPLEMENTED [2] -
127:23, 220:25
IMPLEMENTS [1] -
111:10
IMPORTANT [10] -
12:22, 37:23, 38:1,
89:10, 111:11,
183:5, 210:15,
211:23, 218:15,
234:15
IMPORTANTLY [1] -
129:23
IMPOSING [1] - 289:6
IMPOSSIBLE [4] -
43:13, 76:23,
158:23, 159:2
IMPRESSION [1] -
227:15
IMPROVE [1] - 85:16
IMPROVEMENTS [1] -
80:4
IN [719] - 1:1, 3:19,
5:16, 8:4, 8:16, 8:17,
8:23, 9:22, 10:13,
11:11, 11:16, 11:24,
12:5, 12:14, 14:3,
14:12, 15:16, 17:13,
17:20, 19:13, 19:19,
20:6, 20:20, 20:25,
21:9, 21:13, 21:14,
21:17, 21:20, 23:9,
23:19, 25:22, 26:16,
26:19, 27:3, 27:14,
27:20, 27:25, 28:3,
28:7, 28:17, 28:24,
29:2, 30:2, 30:7,
31:20, 32:18, 33:10,
33:11, 34:7, 34:13,
34:24, 36:4, 36:9,
37:13, 37:22, 37:24,
38:4, 38:8, 38:12,
38:13, 38:15, 38:16,
38:19, 38:22, 38:23,
38:24, 39:3, 39:25,
40:5, 40:8, 40:16,
40:23, 40:25, 41:2,
41:3, 41:7, 41:8,
41:15, 41:21, 41:24,
42:1, 42:13, 42:20,
42:21, 43:9, 43:13,
43:16, 43:17, 43:19,
44:5, 44:9, 44:11,
44:14, 45:4, 45:20,
45:25, 46:11, 46:21,
46:22, 47:5, 47:12,
48:16, 51:19, 51:23,
52:13, 53:3, 54:9,
55:23, 56:22, 57:17,
58:1, 58:10, 58:12,

58:17, 59:2, 59:3,
59:7, 59:9, 59:11,
61:8, 61:20, 62:3,
62:4, 62:10, 62:12,
62:16, 62:18, 63:8,
63:23, 64:13, 65:12,
66:9, 66:13, 66:14,
66:16, 66:18, 66:21,
68:9, 68:10, 69:5,
69:6, 69:15, 69:19,
70:12, 70:19, 71:9,
71:22, 71:25, 72:10,
73:2, 73:6, 73:13,
73:14, 73:17, 73:18,
74:13, 74:16, 75:12,
75:13, 76:20, 77:6,
77:18, 77:19, 78:8,
78:17, 78:18, 78:24,
79:2, 79:8, 79:12,
79:15, 80:3, 80:17,
81:2, 81:21, 82:2,
82:12, 82:21, 83:25,
84:4, 84:15, 85:24,
86:9, 86:10, 86:19,
86:20, 87:9, 87:16,
87:21, 88:4, 88:19,
88:25, 89:3, 89:14,
90:6, 91:9, 91:12,
92:4, 92:16, 92:20,
94:13, 94:15, 94:20,
95:1, 95:6, 96:14,
98:3, 98:12, 99:2,
99:7, 99:10, 99:14,
100:10, 100:24,
100:25, 101:20,
102:4, 102:7, 103:7,
104:1, 105:24,
106:18, 106:24,
107:5, 107:15,
107:16, 107:21,
108:10, 108:18,
109:1, 109:4, 112:3,
112:14, 113:17,
113:21, 114:11,
114:23, 115:13,
115:23, 117:13,
117:17, 118:1,
119:1, 119:8,
119:15, 119:17,
119:18, 120:4,
120:5, 120:10,
120:16, 122:11,
122:14, 123:4,
123:5, 123:24,
124:4, 124:13,
124:14, 124:18,
124:20, 124:21,
124:24, 124:25,
125:4, 125:5, 125:7,
125:10, 125:14,
125:16, 125:18,

125:19, 125:21,
125:24, 125:25,
126:1, 126:3,
126:14, 126:15,
126:16, 126:18,
126:20, 127:4,
127:11, 127:21,
127:23, 129:1,
129:2, 129:6, 129:7,
129:13, 129:15,
129:16, 129:18,
129:19, 130:6,
130:7, 130:17,
130:19, 131:10,
131:12, 131:23,
132:8, 133:8,
133:17, 133:25,
135:2, 135:4,
135:12, 135:18,
136:2, 136:21,
137:10, 137:16,
137:18, 137:19,
137:20, 137:21,
138:9, 138:12,
139:19, 140:14,
141:7, 141:18,
142:10, 143:15,
144:6, 144:10,
144:12, 144:20,
144:23, 145:3,
145:4, 145:10,
145:12, 146:1,
146:25, 147:5,
148:3, 148:21,
150:3, 150:18,
150:20, 151:4,
151:6, 151:7,
153:21, 154:14,
155:12, 155:18,
156:1, 157:19,
159:5, 159:11,
159:15, 159:21,
159:23, 159:24,
160:3, 160:7, 161:9,
161:22, 162:20,
163:15, 163:23,
164:5, 165:8, 165:9,
165:14, 165:15,
165:18, 166:22,
166:24, 167:4,
167:6, 167:21,
167:24, 168:1,
168:7, 168:23,
168:25, 169:2,
169:6, 169:7, 169:8,
169:12, 169:17,
169:22, 169:24,
170:3, 170:11,
170:12, 170:18,
171:8, 171:13,
171:16, 171:17,

171:20, 171:21,
172:20, 173:6,
173:14, 173:21,
174:2, 174:4, 174:6,
174:19, 175:2,
175:22, 176:14,
177:4, 178:3,
178:14, 179:6,
179:17, 179:21,
180:2, 181:2, 181:4,
181:5, 181:15,
181:19, 182:6,
182:10, 183:5,
183:6, 183:23,
184:12, 185:6,
186:20, 188:2,
188:18, 188:23,
189:18, 190:11,
190:24, 191:14,
191:19, 192:16,
193:16, 193:21,
194:19, 194:22,
195:19, 196:5,
196:22, 197:2,
197:15, 198:15,
198:22, 199:14,
200:7, 200:16,
201:13, 201:16,
201:20, 202:5,
202:9, 202:13,
202:17, 202:20,
202:25, 203:2,
203:11, 204:8,
204:15, 205:1,
205:3, 205:10,
206:21, 206:25,
207:8, 207:17,
207:19, 208:16,
208:17, 209:7,
210:4, 210:6,
210:19, 210:20,
210:21, 211:15,
211:20, 211:22,
212:10, 212:21,
213:14, 214:9,
214:18, 214:21,
215:7, 215:15,
215:21, 216:25,
219:11, 219:21,
220:3, 220:15,
220:23, 221:7,
221:17, 221:21,
221:23, 222:1,
222:4, 222:15,
222:21, 223:2,
223:4, 223:11,
223:22, 224:2,
224:4, 224:5,
224:12, 224:16,
225:5, 225:13,
226:13, 226:20,

226:25, 227:7,
227:15, 227:18,
227:20, 228:2,
228:17, 228:22,
228:23, 229:24,
229:25, 230:1,
230:14, 230:15,
230:22, 231:2,
231:8, 231:11,
231:13, 231:17,
231:25, 232:6,
232:22, 233:8,
233:9, 234:4, 234:5,
234:10, 234:13,
235:4, 235:5,
235:10, 235:13,
235:17, 235:18,
235:24, 236:1,
236:8, 236:25,
237:6, 237:7,
237:10, 238:14,
239:2, 239:17,
240:2, 241:5,
242:13, 243:6,
243:7, 243:23,
244:5, 244:12,
244:18, 245:9,
245:21, 246:2,
246:4, 246:7,
246:14, 247:2,
247:16, 247:17,
247:20, 248:1,
249:14, 249:19,
249:21, 250:1,
250:8, 251:13,
251:25, 252:5,
252:6, 252:9,
252:10, 252:18,
253:19, 256:6,
256:16, 256:20,
257:2, 257:13,
257:20, 257:21,
257:23, 258:2,
258:3, 259:9,
259:12, 259:23,
260:7, 260:17,
261:6, 261:16,
261:24, 262:24,
262:25, 263:5,
263:8, 263:22,
263:24, 264:5,
264:6, 264:8, 264:9,
264:15, 264:24,
265:1, 265:6,
265:10, 265:15,
266:20, 267:11,
268:4, 268:21,
269:24, 270:5,
270:7, 270:10,
270:13, 271:15,
271:17, 272:5,

272:21, 274:15, 275:7, 275:9, 275:12, 275:14, 275:18, 275:23, 276:2, 276:4, 276:7, 276:12, 277:7, 278:18, 279:9, 279:18, 279:21, 280:2, 280:12, 281:4, 281:12, 282:3, 282:8, 283:2, 283:13, 284:4, 284:19, 285:8, 285:11, 285:18, 285:24, 285:25, 286:22, 288:23, 289:16, 290:12, 290:13, 291:3, 291:6, 291:15

IN-PERSON [1] - 125:24

INACCURATELY [1] - 157:8

INADVERTENTLY [1] - 280:2

INAPPLICABLE [1] - 235:24

INCA [1] - 122:2

INCLUDE [8] - 95:21, 98:4, 102:21, 166:15, 213:25, 217:2, 217:5, 227:12

INCLUDED [13] - 70:25, 90:9, 90:19, 94:9, 98:4, 98:10, 100:4, 135:7, 167:5, 183:2, 250:4, 274:2, 274:4

INCLUDES [10] - 22:23, 23:10, 70:9, 97:18, 153:6, 186:1, 219:17, 219:20, 250:19, 257:11

INCLUDING [10] - 84:15, 85:17, 109:11, 145:13, 153:10, 196:14, 220:20, 231:25, 271:15, 279:20

INCLUSIVE [1] - 98:5

INCONSISTENCY [1] - 237:7

INCORPORATE [1] - 166:21

INCORPORATES [1] - 105:4

INDEPENDENTLY [1] - 225:7

INDICATE [1] - 58:13

INDICATED [4] -

120:18, 155:2, 257:23, 265:5

INDICATING [2] - 85:24, 178:3

INDICATION [1] - 100:18

INDIVIDUAL [1] - 116:8

INFORM [4] - 5:16, 59:20, 73:9, 119:3

INFORMATION [28] - 60:4, 66:1, 77:5, 78:19, 78:20, 79:2, 82:23, 83:2, 86:7, 94:14, 98:9, 103:10, 116:5, 125:14, 127:8, 140:15, 154:3, 181:4, 196:18, 200:15, 200:17, 225:9, 246:18, 266:18, 267:12, 269:4, 280:2, 280:17

INFORMED [5] - 69:13, 196:16, 208:16, 278:15, 281:7

INFORMING [2] - 64:4, 66:7

INFORMS [1] - 288:3

INFRASTRUCTURE [1] - 85:17

INFREQUENTLY [1] - 37:21

INITIAL [2] - 70:20, 212:17

INITIALLY [3] - 167:1, 178:11, 215:19

INITIATING [1] - 210:6

INITIATIVE [35] - 59:21, 61:23, 62:10, 63:4, 63:5, 63:15, 68:2, 69:6, 73:2, 74:20, 77:7, 84:4, 86:11, 86:12, 87:9, 90:6, 90:8, 97:17, 99:25, 103:21, 106:13, 106:14, 106:15, 106:17, 106:18, 106:25, 123:19, 123:25, 127:1, 138:25, 204:5, 210:11, 210:13, 229:16, 230:14

INITIATIVES [1] - 87:15

INSERTED [1] - 143:12

INSERTS [1] - 228:10

INSIGNIFICANT [2] - 266:22, 269:11

INSIST [1] - 223:6

INSISTED [2] - 58:1, 150:21

INSPECT [2] - 222:3, 228:13

INSPECTION [1] - 89:15

INSTEAD [3] - 94:6, 137:22, 193:12

INSTITUTE [5] - 31:8, 31:17, 100:23, 148:2, 174:12

INSTRUCTIONS [1] - 92:12

INTEGRATED [1] - 27:4

INTEGRITY [1] - 76:3

INTELLIGENCE [1] - 84:16

INTEND [2] - 10:1, 177:20

INTENTIONALLY [1] - 124:19

INTENTIONS [1] - 89:25

INTERACTED [2] - 255:5, 255:11

INTERCHANGEABLY [6] - 65:2, 70:1, 96:9, 107:17, 139:10, 181:13

INTERCIVIC [1] - 219:19

INTEREST [1] - 79:12

INTERESTED [5] - 62:3, 77:18, 127:8, 129:15, 247:20

INTERIM [1] - 260:7

INTERMEDIARY [3] - 89:16, 211:16, 211:17

INTERNALLY [1] - 145:23, 221:21

INTERPRET [1] - 223:17

INTERPRETATION [4] - 5:17, 137:10, 137:13, 278:11

INTERPRETING [1] - 237:15

INTERRELATED [2] - 15:6, 15:11

INTERRELATEDNESS [1] - 107:13

INTERRUPT [3] - 130:24, 202:15, 254:4

INTERSECTION [1] -

114:9

INTERVENORS [1] - 4:19

INTIMATE [1] - 215:9

INTO [57] - 4:1, 4:16, 8:4, 9:13, 9:15, 18:7, 34:12, 49:3, 52:20, 52:22, 58:8, 59:1, 63:10, 68:11, 104:7, 105:5, 105:6, 106:12, 112:20, 112:21, 113:1, 115:16, 115:20, 118:17, 118:20, 120:21, 121:1, 121:5, 121:11, 123:18, 125:18, 127:14, 128:4, 150:11, 150:18, 151:12, 179:25, 181:25, 200:8, 205:16, 215:3, 215:8, 228:6, 228:10, 232:18, 232:24, 234:21, 247:10, 262:9, 283:14, 283:17, 286:1, 286:5, 286:24, 287:3, 287:14, 287:17

INVITATION [2] - 70:21, 94:1

INVITED [2] - 62:2, 127:10

INVITES [1] - 49:17

INVITING [1] - 260:5

INVOLVE [1] - 280:15

INVOLVED [13] - 8:23, 13:22, 31:20, 59:9, 59:10, 72:2, 84:3, 98:7, 100:3, 127:6, 127:14, 132:8, 212:10

INVOLVES [1] - 20:8

INVOLVING [1] - 126:25

IRRELEVANT [1] - 5:15

IRRESPECTIVE [2] - 75:3, 75:17

IS [678] - 4:8, 4:9, 5:10, 9:2, 10:2, 10:23, 11:7, 12:5, 12:7, 12:13, 12:18, 12:22, 13:13, 14:5, 14:15, 14:16, 14:18, 14:21, 15:1, 15:18, 16:7, 16:8, 16:11, 16:19, 16:21, 17:4, 17:21, 17:23, 18:4, 18:9,

18:11, 18:13, 18:16, 18:18, 18:23, 18:25, 19:2, 19:10, 19:14, 20:13, 21:2, 21:13, 21:14, 22:6, 22:7, 22:13, 22:19, 23:1, 23:4, 23:6, 23:21, 24:15, 24:21, 24:22, 25:9, 25:13, 25:14, 25:15, 25:21, 25:22, 25:24, 26:3, 26:4, 26:5, 26:6, 26:17, 27:22, 28:3, 28:18, 30:6, 30:9, 30:12, 30:17, 31:14, 31:19, 32:3, 32:12, 33:21, 33:24, 34:10, 34:11, 34:13, 34:19, 34:20, 34:25, 35:15, 35:16, 38:4, 39:5, 39:9, 40:18, 41:20, 43:16, 45:11, 45:25, 46:17, 47:1, 47:5, 48:19, 49:7, 52:8, 53:13, 53:15, 53:18, 54:5, 54:10, 54:16, 54:21, 55:9, 55:12, 56:5, 56:13, 57:12, 58:5, 58:16, 58:20, 60:13, 60:15, 61:2, 62:20, 62:25, 63:2, 63:12, 63:25, 64:9, 64:12, 64:24, 65:5, 65:14, 65:15, 66:2, 66:4, 66:12, 66:13, 66:15, 67:24, 69:8, 70:3, 70:5, 70:16, 70:20, 70:21, 71:11, 71:12, 72:5, 72:8, 72:9, 72:12, 73:16, 73:19, 73:21, 74:4, 74:5, 74:6, 74:7, 74:8, 74:13, 74:23, 75:3, 75:22, 75:25, 76:1, 76:13, 76:15, 77:12, 77:14, 77:25, 78:2, 78:3, 78:4, 78:15, 78:18, 78:19, 79:11, 79:17, 79:20, 79:22, 80:11, 80:13, 80:20, 80:21, 82:3, 82:11, 82:15, 83:5, 83:11, 83:12, 84:2, 84:7, 86:3, 86:6, 87:23, 88:21, 89:2, 89:10, 89:11, 89:15, 90:10, 90:25, 91:1, 91:8, 91:11, 91:12, 93:1, 93:16, 93:17, 93:19, 93:23, 93:25, 94:20, 96:3, 96:9, 96:10,

96:11, 96:21, 98:11, 98:12, 98:18, 98:23, 98:24, 98:25, 100:15, 101:8, 101:15, 101:18, 101:20, 102:6, 102:20, 103:8, 103:15, 103:18, 103:25, 104:2, 104:10, 104:15, 104:16, 104:21, 105:1, 105:7, 105:23, 107:9, 107:10, 107:20, 107:23, 107:25, 108:1, 108:6, 108:8, 109:4, 109:5, 111:16, 111:19, 112:12, 112:13, 112:14, 112:15, 112:22, 113:4, 113:8, 113:11, 114:7, 114:8, 114:13, 114:22, 115:8, 115:9, 115:13, 116:4, 116:14, 116:15, 117:16, 117:20, 118:8, 118:24, 118:25, 119:4, 119:15, 119:25, 120:1, 120:3, 120:8, 121:6, 121:8, 121:16, 121:17, 121:19, 121:20, 121:23, 121:25, 122:2, 122:16, 122:17, 123:7, 124:8, 124:13, 124:16, 125:13, 125:14, 125:16, 125:24, 126:8, 126:9, 126:15, 127:5, 127:6, 127:25, 128:7, 130:1, 130:2, 130:9, 131:19, 131:21, 132:5, 132:11, 133:2, 133:14, 133:17, 134:10, 135:22, 135:23, 136:21, 137:8, 137:18, 137:20, 137:21, 137:22, 139:16, 139:23, 139:24, 140:1, 140:2, 140:24, 141:2, 141:5, 141:7, 141:8, 141:9, 141:11, 141:12, 141:17, 142:3,

142:4, 142:16, 142:17, 143:9, 144:14, 144:25, 145:10, 146:21, 147:1, 147:10, 147:12, 147:20, 148:10, 148:14, 148:22, 149:4, 149:5, 149:7, 152:7, 152:10, 152:19, 152:24, 153:3, 153:13, 154:7, 155:23, 156:2, 156:5, 156:14, 156:17, 156:19, 156:21, 156:22, 156:25, 157:7, 157:12, 157:19, 158:1, 158:11, 158:13, 158:16, 159:6, 160:23, 160:25, 161:7, 161:18, 162:20, 163:24, 166:10, 167:6, 167:7, 167:20, 168:1, 168:2, 168:17, 168:20, 169:2, 169:6, 169:25, 170:4, 170:6, 170:25, 171:1, 171:3, 171:9, 172:12, 172:14, 173:15, 173:17, 175:4, 176:8, 176:9, 176:14, 176:19, 178:3, 179:20, 179:21, 184:6, 185:1, 185:15, 186:12, 186:15, 187:13, 189:20, 189:22, 190:23, 191:14, 191:18, 192:1, 192:6, 194:7, 194:11, 194:14, 194:25, 196:2, 197:7, 197:10, 197:23, 198:6, 200:21, 201:2, 201:11, 201:21, 202:8, 202:11, 202:19, 202:20, 202:24, 202:25, 203:2, 203:3, 204:6, 204:10, 204:12, 204:16, 204:22, 204:23, 205:2, 205:24, 205:25, 206:19, 207:20, 207:24, 207:25, 209:12, 213:7,

213:8, 213:10, 213:12, 213:14, 213:17, 215:6, 216:11, 218:2, 218:20, 219:3, 219:8, 219:9, 219:10, 219:12, 220:11, 220:13, 220:14, 221:7, 222:15, 222:17, 222:18, 222:20, 223:11, 223:14, 223:24, 223:25, 224:1, 224:2, 227:3, 228:21, 228:22, 230:6, 231:3, 231:5, 231:12, 231:16, 231:21, 232:13, 232:14, 232:15, 232:16, 233:4, 233:9, 233:10, 233:13, 233:14, 233:15, 233:18, 233:20, 233:25, 234:15, 234:18, 235:9, 235:10, 235:11, 235:12, 235:21, 235:24, 236:1, 236:10, 236:17, 237:2, 237:7, 237:20, 238:4, 238:22, 238:25, 239:1, 239:17, 240:23, 240:24, 241:4, 241:9, 241:11, 241:15, 241:17, 242:2, 242:6, 242:7, 242:9, 242:14, 242:20, 242:21, 242:23, 243:1, 243:2, 243:6, 243:7, 243:11, 243:13, 243:20, 243:21, 243:22, 244:2, 244:6, 244:7, 245:12, 247:18, 248:5, 249:18, 250:23, 251:22, 252:6, 252:7, 252:10, 252:18, 252:20, 253:4, 253:17, 254:12, 254:13, 257:6, 258:14, 258:24, 260:4, 260:11, 261:4, 261:17, 261:22, 262:13, 263:19, 264:8, 264:21, 266:11, 266:13, 267:4,

267:15, 267:25, 268:17, 268:20, 268:21, 269:9, 269:10, 269:17, 270:2, 270:13, 270:15, 271:18, 271:25, 273:15, 278:1, 278:9, 278:15, 278:18, 279:15, 282:23, 283:1, 283:3, 283:6, 283:12, 284:5, 285:8, 285:10, 285:21, 286:9, 286:21, 287:11, 287:20, 287:25, 288:4, 288:20, 289:18, 290:25, 291:2, 291:4, 291:8, 291:14
**ISN'T** [3] - 29:4, 205:23, 250:3
**ISOLATED** [1] - 86:18
**ISSUE** [17] - 17:13, 25:9, 193:10, 197:25, 198:1, 198:22, 198:23, 198:24, 199:11, 200:8, 201:9, 223:11, 246:19, 271:18, 275:16, 276:6, 276:7
**ISSUED** [10] - 85:12, 85:23, 89:6, 127:7, 127:19, 129:9, 129:12, 139:14, 225:13, 239:23
**ISSUES** [3] - 198:2, 198:24, 263:9
**IT** [626] - 4:15, 4:20, 5:13, 5:16, 5:18, 6:14, 6:21, 9:10, 10:1, 10:3, 10:4, 12:18, 12:24, 13:25, 14:8, 17:25, 18:11, 18:12, 18:18, 18:21, 18:22, 18:25, 19:2, 19:10, 19:12, 19:19, 19:25, 20:14, 20:17, 20:18, 21:9, 22:9, 22:23, 23:16, 23:20, 24:3, 25:2, 25:24, 26:4, 26:5, 26:6, 26:17, 26:21, 27:9, 27:20, 28:12, 28:21, 28:22, 29:8, 29:25, 30:12, 30:22, 30:24, 31:4, 31:12, 31:14, 32:24, 33:8, 34:4, 34:20, 34:21, 34:22,

35:12, 35:13, 35:18, 35:21, 35:22, 37:13, 37:16, 37:17, 38:2, 38:6, 38:20, 39:5, 40:20, 41:2, 41:6, 41:19, 41:23, 42:20, 42:25, 43:8, 43:12, 43:16, 43:18, 44:9, 44:14, 44:16, 44:18, 44:19, 44:20, 45:11, 45:23, 46:5, 46:13, 46:15, 46:16, 47:5, 47:6, 48:25, 49:9, 49:24, 50:3, 50:13, 50:17, 50:20, 50:23, 51:1, 51:4, 51:7, 51:11, 51:14, 51:17, 52:15, 53:23, 54:3, 54:10, 54:18, 55:7, 55:25, 56:24, 58:5, 58:17, 60:4, 60:13, 61:13, 61:24, 63:25, 64:15, 66:3, 66:4, 66:18, 66:23, 67:14, 71:2, 71:19, 72:8, 72:15, 72:16, 73:17, 73:19, 73:22, 73:23, 74:7, 75:3, 75:14, 75:17, 76:5, 76:6, 76:9, 76:12, 77:9, 78:4, 78:5, 78:6, 78:7, 78:11, 78:15, 78:16, 78:17, 78:20, 78:22, 78:25, 79:2, 79:10, 79:13, 79:15, 79:23, 79:25, 80:17, 81:15, 81:16, 82:1, 82:16, 84:13, 85:1, 85:2, 86:17, 86:23, 87:3, 87:7, 87:16, 87:17, 87:22, 88:22, 89:9, 89:10, 91:1, 91:12, 91:13, 93:6, 93:8, 94:10, 94:14, 94:15, 94:18, 95:2, 95:11, 98:1, 98:3, 98:4, 99:25, 100:2, 101:23, 102:1, 102:2, 102:8, 104:6, 105:1, 105:9, 105:12, 105:13, 106:2, 106:18, 107:11, 108:5, 108:6, 108:25, 109:3, 109:20, 110:4, 110:12, 110:16, 110:21, 111:9, 111:21, 112:21, 112:22, 112:25, 114:10, 114:20, 114:25,

115:19, 116:6, 116:9, 117:11, 117:23, 118:19, 119:3, 120:11, 120:19, 120:25, 121:10, 122:15, 122:18, 123:3, 123:8, 124:9, 124:21, 124:23, 124:24, 125:23, 126:5, 126:8, 126:10, 127:10, 127:17, 128:4, 128:16, 129:18, 129:19, 130:13, 130:14, 130:15, 130:16, 130:17, 130:20, 130:21, 131:5, 131:9, 131:10, 131:14, 132:4, 132:17, 133:10, 136:25, 138:4, 138:8, 138:17, 139:20, 140:7, 141:17, 141:20, 142:19, 144:23, 145:2, 146:10, 146:19, 147:6, 147:10, 147:15, 147:21, 147:22, 148:8, 148:23, 148:24, 149:3, 149:7, 149:14, 149:15, 150:22, 150:24, 151:5, 152:10, 152:14, 152:24, 153:2, 153:14, 153:16, 154:14, 154:18, 155:1, 157:16, 158:1, 158:6, 158:16, 158:18, 158:22, 158:23, 159:5, 159:9, 161:7, 161:15, 162:25, 163:20, 163:24, 165:23, 166:2, 166:9, 166:11, 166:18, 166:19, 167:7, 167:25, 169:16, 169:19, 170:14, 170:21, 171:18, 171:25, 172:3, 172:15, 172:17, 172:20, 172:23, 173:1, 173:6, 173:7, 175:25, 176:8, 176:10, 176:12, 176:15, 176:19,

177:13, 177:14, 178:3, 178:5, 178:11, 179:3, 179:10, 180:23, 182:18, 183:5, 184:12, 184:20, 185:15, 186:21, 186:24, 187:4, 188:6, 189:1, 189:13, 189:14, 189:22, 190:4, 190:6, 190:18, 190:20, 192:4, 193:17, 195:20, 196:12, 196:18, 196:22, 197:12, 197:14, 197:25, 198:3, 199:5, 200:5, 200:24, 201:3, 201:7, 201:9, 201:20, 201:25, 202:10, 202:12, 203:6, 203:8, 203:13, 204:1, 204:2, 204:7, 204:18, 205:7, 205:9, 205:12, 206:1, 206:13, 207:24, 208:2, 208:8, 208:22, 209:21, 211:3, 211:5, 211:8, 211:23, 213:7, 213:8, 213:14, 214:1, 214:3, 214:18, 215:10, 215:24, 216:7, 217:14, 217:15, 218:9, 218:15, 219:3, 220:11, 220:13, 221:14, 221:19, 221:21, 222:1, 222:10, 222:13, 222:18, 222:20, 222:21, 223:17, 223:25, 224:9, 224:10, 224:13, 224:16, 225:2, 225:3, 225:5, 225:6, 225:7, 225:20, 226:6, 227:4, 227:17, 228:7, 228:10, 228:12, 229:18, 231:17, 232:15, 232:25, 233:7, 233:11, 233:12, 234:1, 234:8, 234:14, 234:22, 235:10, 235:14, 235:22, 235:24,

236:15, 236:16, 237:5, 237:13, 237:14, 237:19, 238:20, 238:21, 240:6, 240:11, 240:12, 241:1, 241:17, 241:18, 242:4, 243:7, 244:6, 244:10, 244:23, 245:1, 245:14, 246:12, 247:21, 247:23, 248:8, 249:4, 249:6, 249:12, 249:13, 249:14, 249:19, 250:25, 251:2, 251:11, 251:13, 251:22, 251:25, 252:5, 253:19, 254:2, 254:6, 255:20, 256:21, 259:7, 259:11, 259:12, 260:6, 260:7, 260:16, 261:7, 261:8, 261:13, 261:15, 261:24, 262:24, 264:2, 264:16, 264:21, 265:9, 267:22, 269:10, 269:11, 270:6, 270:7, 270:15, 271:24, 274:4, 276:5, 276:22, 277:3, 277:6, 278:21, 280:8, 281:6, 281:11, 282:3, 282:19, 283:1, 283:13, 283:15, 284:12, 285:10, 286:2, 286:4, 286:19, 286:20, 286:21, 287:2, 287:10, 287:16, 287:25, 288:3, 288:20, 288:22, 288:24, 289:7, 289:10, 289:22, 289:24, 290:3, 290:4, 290:5, 290:17, 290:21, 291:1

**IT'S** [134] - 5:15, 6:13, 6:17, 8:22, 8:23, 9:20, 10:12, 13:1, 17:24, 19:1, 21:5, 23:2, 24:4, 24:14, 27:19, 30:4, 31:13, 31:14, 31:22, 34:5, 35:18, 37:14, 37:15, 37:23, 38:1, 39:13,

43:16, 43:17, 44:11, 45:8, 45:17, 46:3, 46:10, 48:18, 50:7, 58:6, 62:25, 65:13, 70:21, 72:9, 75:15, 75:16, 75:19, 76:2, 76:7, 76:23, 80:2, 80:5, 80:24, 87:3, 88:21, 91:10, 91:14, 94:3, 94:24, 108:9, 109:10, 112:14, 113:22, 114:5, 114:7, 116:3, 117:7, 117:8, 119:19, 120:17, 125:10, 126:2, 130:22, 132:6, 133:12, 133:13, 134:3, 136:12, 137:10, 137:22, 139:22, 141:8, 142:19, 143:2, 144:17, 144:20, 144:21, 144:22, 145:3, 146:7, 148:21, 152:11, 152:13, 155:6, 157:24, 158:10, 162:6, 170:14, 177:16, 183:8, 187:9, 197:13, 201:6, 201:13, 201:20, 204:22, 205:25, 214:9, 218:25, 221:16, 221:23, 231:18, 234:6, 235:8, 235:11, 238:10, 239:7, 251:13, 254:21, 261:9, 264:16, 267:4, 279:17, 284:11, 286:15, 287:23, 288:6

**ITEM** [1] - 66:2
**ITEMS** [8] - 63:23, 63:25, 79:8, 81:22, 92:19, 95:6, 106:20, 106:23
**ITS** [10] - 44:5, 87:9, 95:22, 95:23, 115:1, 124:21, 124:22, 132:4, 243:6, 243:7
**ITSELF** [6] - 166:22, 224:19, 239:9, 251:5, 261:2, 285:21

---

**J**

---

**JAMES** [1] - 36:5
**JANUARY** [14] - 10:23, 153:21,

262:24, 263:2, 263:25, 264:10, 266:1, 270:1, 273:24, 277:7, 282:18, 282:24, 286:10, 286:14
**JERSEY** [3] - 222:25, 223:5, 237:2
**JILL** [1] - 1:3
**JOHN** [7] - 2:2, 211:9, 263:3, 268:20, 268:21, 268:25, 282:24
**JOHNSON** [1] - 228:9
**JOINT** [71] - 3:14, 4:5, 4:9, 4:12, 4:13, 4:17, 4:21, 9:12, 12:5, 12:9, 21:14, 21:18, 21:21, 22:6, 24:11, 24:21, 25:21, 33:17, 33:21, 35:3, 35:24, 48:1, 49:10, 49:11, 52:19, 52:25, 104:7, 113:1, 115:20, 118:20, 121:1, 121:11, 139:22, 143:3, 143:25, 175:10, 176:9, 186:10, 189:23, 212:23, 212:25, 217:22, 218:20, 222:17, 224:4, 224:5, 227:21, 230:25, 232:10, 232:12, 233:2, 233:9, 236:5, 239:10, 239:21, 241:14, 242:21, 243:11, 245:9, 283:16, 283:17, 292:15, 292:18, 292:20, 292:21, 292:22, 292:23, 292:24, 292:25, 293:3
**JONATHAN** [2] - 66:14, 140:1
**JONES** [2] - 36:5, 116:10
**JUDGE** [21] - 5:13, 11:16, 88:14, 151:6, 165:12, 166:14, 174:23, 174:24, 175:1, 175:6, 175:13, 175:17, 176:24, 178:14, 178:18, 179:7, 179:17, 182:2, 210:19, 211:4, 253:12

JULY [12] - 169:6, 187:10, 188:2, 188:18, 189:20, 190:2, 197:11, 209:7, 240:14, 241:5, 242:12, 242:14

JUMP [1] - 183:23

JUNE [12] - 22:21, 127:7, 273:3, 273:19, 273:24, 274:9, 274:17, 275:7, 275:12, 275:14, 276:24, 279:6

JURISDICTIONS [3] - 92:9, 92:15, 122:12

JURY [4] - 151:9, 291:6, 291:7, 291:8

JUST [112] - 3:11, 3:13, 9:22, 10:2, 19:9, 19:22, 20:1, 21:8, 21:18, 29:10, 29:19, 33:10, 34:10, 35:24, 36:15, 42:16, 45:21, 48:4, 48:22, 50:8, 56:17, 63:24, 65:9, 67:23, 68:6, 68:8, 73:4, 78:3, 78:10, 80:2, 82:16, 83:24, 84:7, 88:2, 91:6, 91:9, 91:19, 91:20, 95:5, 110:12, 114:16, 115:25, 119:13, 120:17, 126:12, 131:17, 132:9, 133:13, 134:13, 134:17, 135:15, 136:7, 139:1, 141:11, 144:13, 146:7, 147:16, 151:21, 152:9, 152:14, 157:17, 163:4, 163:13, 163:16, 163:22, 166:8, 174:9, 176:2, 176:16, 177:23, 180:9, 190:2, 192:5, 192:13, 194:17, 196:11, 200:1, 201:6, 201:14, 204:2, 206:7, 210:19, 219:12, 221:10, 221:21, 226:23, 232:24, 237:12, 237:19, 237:24, 239:13, 243:11, 250:23, 251:9, 251:13,

256:19, 262:3, 265:4, 267:18, 268:4, 273:20, 276:5, 276:6, 276:14, 279:5, 279:15, 280:11, 283:9, 285:14, 287:6, 289:1

JX [93] - 22:1, 48:23, 48:25, 49:4, 49:9, 49:15, 50:1, 50:4, 50:5, 50:11, 50:14, 50:18, 50:21, 50:24, 51:2, 51:5, 51:8, 51:9, 51:12, 51:15, 53:1, 55:3, 56:3, 56:13, 57:13, 57:18, 57:21, 57:22, 58:20, 60:7, 60:17, 60:20, 60:21, 64:8, 66:11, 70:2, 72:5, 77:10, 77:23, 83:1, 83:11, 92:18, 93:11, 100:12, 103:23, 104:7, 104:12, 105:23, 110:9, 110:25, 112:10, 113:1, 115:6, 115:20, 116:22, 118:8, 118:20, 119:24, 121:1, 121:4, 121:11, 135:15, 136:22, 137:19, 141:4, 141:12, 142:16, 144:4, 146:3, 154:10, 167:16, 168:15, 170:23, 186:9, 190:17, 195:22, 197:5, 197:23, 198:5, 200:10, 202:13, 207:10, 213:1, 213:15, 248:24, 271:6, 273:7, 278:6, 281:6, 282:21, 283:17

JX-57 [1] - 91:3

**K**

K-A-T-H-L-E-E-N [1] - 254:13

K-O-T-U-L-A [1] - 254:14

KANSAS [1] - 228:9

KAT [1] - 271:12

KATHLEEN [6] - 190:21, 196:12, 202:24, 253:7, 254:12, 292:9

KATHY [5] - 10:7, 10:12, 10:13, 211:11, 292:3

KEEP [6] - 75:5, 75:6, 84:21, 85:21, 89:21, 94:7

KESSLER [11] - 161:24, 162:3, 162:4, 162:11, 163:5, 163:7, 290:23, 291:1, 291:2, 291:5

KEY [2] - 97:25, 98:11

KICKOFF [1] - 68:1

KIMBERLY [2] - 36:5, 116:10

KIND [17] - 61:5, 62:16, 91:9, 107:12, 114:7, 117:20, 127:4, 127:16, 200:1, 226:6, 227:12, 237:20, 245:25, 252:19, 264:4, 279:1, 280:16

KINDS [3] - 54:11, 130:5, 217:19

KNEW [3] - 159:10, 243:19, 245:2

KNOW [149] - 6:14, 8:14, 10:3, 11:24, 15:14, 18:10, 25:12, 31:19, 31:21, 32:4, 40:20, 44:18, 47:15, 47:17, 48:18, 61:5, 61:15, 62:5, 65:3, 65:16, 68:1, 68:13, 69:24, 71:5, 75:13, 76:1, 76:9, 76:10, 76:21, 77:2, 81:14, 81:19, 81:21, 86:8, 86:20, 87:3, 87:4, 87:19, 94:11, 94:12, 94:21, 98:1, 106:16, 108:4, 113:17, 114:11, 116:6, 116:17, 117:20, 123:7, 123:17, 124:12, 125:9, 125:22, 127:1, 127:3, 127:9, 127:10, 127:12, 127:13, 127:24, 128:3, 128:14, 129:4, 130:5, 130:6, 130:22, 130:23, 131:13, 131:24, 132:3, 132:9, 132:10, 133:6, 133:7, 133:13, 133:15, 133:20,

134:7, 140:24, 141:1, 141:16, 142:2, 142:6, 142:11, 142:19, 144:22, 145:7, 146:15, 146:16, 146:23, 147:9, 147:17, 148:7, 151:17, 153:14, 154:2, 154:8, 156:6, 159:5, 160:19, 160:21, 160:22, 161:17, 161:19, 163:16, 173:15, 173:16, 179:24, 185:10, 185:23, 186:25, 187:1, 187:3, 187:5, 188:9, 189:13, 192:7, 200:8, 202:16, 203:5, 203:23, 204:15, 205:1, 205:9, 205:24, 215:25, 216:6, 224:24, 225:6, 225:7, 236:15, 237:10, 240:1, 247:19, 249:9, 255:25, 259:22, 268:1, 270:23, 273:12, 274:19, 274:21, 279:18, 288:8

KNOWLEDGE [14] - 13:18, 13:19, 18:24, 41:1, 41:10, 102:11, 102:15, 139:17, 146:20, 146:22, 180:21, 181:7, 213:24, 223:1

KNOWS [4] - 25:12, 26:10, 114:21, 123:6

KOTULA [23] - 59:14, 97:10, 190:22, 191:1, 191:6, 195:25, 196:3, 196:13, 197:2, 202:24, 206:11, 253:7, 254:8, 254:13, 254:17, 277:13, 278:9, 285:9, 286:7, 287:6, 287:20, 292:9

KUNG [1] - 2:12

**L**

LABS [1] - 276:7

LACHES [2] - 197:17, 209:14

LACKAWANNA [4] -

38:14, 39:19, 40:6, 40:16

LAID [1] - 227:18

LANGUAGE [24] - 28:11, 30:6, 30:9, 57:25, 58:16, 99:2, 106:2, 106:9, 117:9, 136:25, 137:4, 137:22, 138:15, 140:13, 140:17, 141:7, 146:5, 231:3, 231:6, 234:11, 234:18, 239:17, 278:15

LARGE [2] - 162:20, 204:11

LARGELY [1] - 167:5

LARGER [2] - 23:2, 223:4

LARGEST [2] - 39:1, 124:13

LAST [27] - 30:16, 33:5, 45:15, 47:6, 69:25, 84:1, 100:25, 122:6, 126:14, 158:4, 181:10, 184:13, 185:2, 188:24, 189:2, 189:3, 200:12, 203:7, 207:20, 208:12, 254:13, 254:25, 266:15, 271:7, 284:19, 284:20, 284:24

LASTED [1] - 274:20

LATE [10] - 42:20, 59:4, 109:11, 160:19, 193:21, 240:14, 257:24, 264:15, 264:16, 265:7

LATER [20] - 10:2, 34:17, 52:16, 56:19, 66:8, 69:15, 92:24, 111:15, 112:1, 159:3, 162:22, 188:13, 191:25, 211:11, 214:5, 215:24, 230:11, 245:22, 272:8, 282:3

LAW [24] - 2:13, 32:14, 54:10, 71:23, 86:20, 87:5, 88:4, 88:9, 104:17, 125:18, 125:19, 143:6, 143:9, 143:10, 143:15, 167:14, 191:18, 236:22, 237:4, 237:8, 237:9,

237:12, 237:15, 258:19
**LAWS** [1] - 125:18
**LAWYER** [1] - 183:9
**LAWYERS** [8] - 59:11, 59:20, 59:25, 73:6, 97:8, 183:10, 195:8, 289:7
**LAYS** [1] - 73:8
**LEADING** [15] - 53:24, 68:24, 72:22, 87:11, 97:24, 107:2, 115:23, 128:11, 151:21, 195:16, 214:7, 226:1, 237:18, 244:19, 247:3
**LEARNED** [1] - 131:17
**LEAST** [18] - 35:17, 46:23, 56:19, 59:1, 65:13, 101:12, 120:8, 122:13, 125:8, 132:18, 162:12, 174:19, 193:25, 202:5, 205:11, 218:16, 230:19, 285:12
**LED** [2] - 275:14, 276:23
**LEFT** [3] - 114:18, 118:14, 119:1
**LEGAL** [1] - 165:5
**LEGISLATURE** [4] - 86:10, 86:13, 140:15, 140:16
**LEMON** [12] - 216:4, 216:10, 216:16, 216:25, 217:10, 217:14, 217:16, 218:8, 229:19, 229:21, 229:23, 250:22
**LEMONS** [6] - 217:2, 217:5, 217:9, 229:20, 230:3, 230:4
**LENGTH** [1] - 245:10
**LESS** [3] - 120:5, 129:5, 207:4
**LESSER** [1] - 117:12
**LET** [21] - 10:3, 16:13, 16:14, 34:6, 48:21, 55:16, 58:24, 71:14, 147:14, 147:18, 154:20, 155:1, 200:8, 201:5, 206:13, 210:3, 213:1, 225:20, 259:22, 263:20, 273:12
**LET'S** [24] - 35:3,

64:24, 73:20, 75:20, 77:4, 83:1, 101:25, 103:23, 115:6, 125:1, 131:10, 134:1, 134:23, 220:7, 221:6, 230:25, 231:10, 231:11, 233:1, 233:7, 240:20, 282:19
**LETTER** [39] - 66:14, 66:18, 93:21, 168:17, 168:23, 169:5, 170:12, 170:18, 170:25, 173:14, 174:4, 189:19, 190:1, 190:3, 190:17, 190:21, 191:3, 191:9, 191:14, 191:15, 191:17, 192:17, 192:23, 197:11, 197:15, 197:21, 198:9, 198:10, 198:15, 198:18, 199:13, 199:17, 202:13, 240:23, 241:5, 242:14, 242:20, 242:24
**LETTERS** [5] - 168:8, 173:21, 199:3, 206:22, 238:9
**LEVEL** [2] - 79:1, 232:1
**LIBERTY** [1] - 132:14
**LIEB** [8] - 1:14, 4:10, 175:13, 175:16, 179:4, 196:3, 258:17, 258:19
**LIEN** [2] - 204:6
**LIFE** [1] - 95:24
**LIFTED** [1] - 232:24
**LIFTS** [3] - 201:12, 202:8, 202:10
**LIGHT** [2] - 207:19, 279:18
**LIGHTS** [1] - 48:5
**LIKE** [55] - 3:10, 4:16, 6:18, 8:3, 9:17, 10:13, 17:12, 18:6, 25:2, 29:21, 29:25, 34:2, 34:3, 41:22, 70:21, 94:1, 94:12, 112:8, 114:7, 114:10, 121:5, 123:7, 123:8, 132:24, 135:13, 140:14, 147:9, 162:21, 163:11,

177:23, 197:18, 198:16, 201:6, 217:6, 220:11, 222:5, 223:3, 225:6, 225:7, 229:14, 230:11, 248:2, 262:8, 265:3, 265:23, 268:4, 274:20, 275:7, 279:24, 280:25, 281:18, 282:6, 288:11
**LIKELY** [2] - 38:17, 54:12
**LIMITED** [2] - 170:4, 276:5
**LIMITING** [4] - 85:19, 117:16, 118:2, 247:6
**LINE** [16] - 27:3, 27:4, 27:25, 28:3, 28:7, 48:22, 71:9, 137:16, 145:12, 155:9, 168:25, 172:20, 176:17, 176:18, 248:19, 284:4
**LINES** [10] - 114:3, 145:17, 171:25, 172:3, 172:7, 172:23, 173:1, 176:18, 179:20, 194:9
**LINGUISTIC** [1] - 117:1
**LINK** [2] - 78:22, 197:3
**LINKS** [2] - 79:1, 81:13
**LIST** [23] - 4:4, 45:5, 48:19, 67:4, 101:1, 103:7, 213:13, 213:17, 215:14, 215:22, 216:2, 216:23, 219:10, 219:15, 219:22, 220:3, 229:23, 238:1, 245:15, 245:25, 248:14, 248:22
**LISTED** [4] - 79:8, 156:14, 177:3, 284:12
**LITERALLY** [6] - 76:23, 82:13, 114:6, 119:14, 126:24, 153:12
**LITIGATION** [9] - 11:25, 59:2, 80:5, 80:8, 94:10, 100:25, 173:16, 210:16, 210:19
**LITTLE** [9] - 17:13,

73:5, 110:12, 113:13, 162:25, 170:14, 231:4, 235:8, 278:4
**LIVE** [1] - 290:12
**LIVING** [1] - 154:4
**LLP** [2] - 1:15, 2:2
**LOCAL** [1] - 85:15
**LOCATIONS** [1] - 138:22
**LOCKED** [1] - 291:9
**LOGAN** [1] - 2:8
**LONG** [10] - 6:13, 6:17, 44:6, 44:17, 67:4, 85:2, 100:5, 109:11, 162:22, 279:17
**LONGER** [5] - 37:17, 63:6, 125:6, 203:14, 203:15
**LOOK** [72] - 14:2, 18:1, 21:13, 21:15, 21:21, 24:11, 24:12, 34:2, 35:3, 35:24, 42:25, 43:1, 43:3, 44:12, 44:25, 45:21, 57:8, 61:10, 66:1, 71:19, 76:9, 81:16, 81:17, 84:1, 91:2, 138:21, 139:21, 143:16, 143:18, 143:25, 148:1, 151:25, 167:16, 168:15, 175:10, 184:4, 186:9, 187:8, 189:23, 190:18, 195:22, 196:5, 198:5, 200:8, 216:1, 217:6, 222:13, 227:19, 228:1, 229:4, 233:1, 240:12, 241:14, 243:13, 256:10, 258:9, 260:6, 265:18, 267:17, 269:2, 271:6, 271:7, 273:7, 274:7, 278:6, 278:8, 282:19, 282:20, 285:7, 285:23, 286:22, 287:13
**LOOKED** [6] - 13:1, 29:15, 101:21, 144:15, 275:23, 285:11
**LOOKING** [18] - 60:22, 65:20, 82:2, 91:9, 97:20, 113:10, 117:14, 127:6, 157:14, 184:11,

220:1, 232:10, 232:12, 247:10, 247:12, 256:15, 261:6, 262:3
**LOOKS** [8] - 25:2, 76:5, 119:16, 202:4, 203:7, 203:8, 220:11, 222:5
**LOOSE** [1] - 184:6
**LOOSELEAF** [1] - 163:17
**LOST** [2] - 45:20, 163:20
**LOT** [19] - 19:8, 87:16, 94:15, 122:15, 123:2, 123:13, 126:10, 154:2, 154:3, 203:14, 203:15, 204:16, 254:3, 266:23, 267:18, 277:16, 279:17, 280:8
**LOTS** [6] - 20:20, 72:18, 78:19, 98:9, 203:19, 247:5
**LOVE** [1] - 205:9
**LOW** [2] - 76:8
**LOWER** [1] - 114:18
**LUNCH** [7] - 109:21, 109:22, 110:2, 110:3, 158:8, 158:11, 161:2
**LYNN** [2] - 1:17, 291:19

---

# M

**MAAZEL** [365] - 1:14, 3:5, 3:7, 3:11, 3:18, 3:24, 4:4, 4:7, 4:11, 4:16, 4:21, 4:23, 4:25, 5:2, 5:4, 5:6, 5:20, 5:22, 5:24, 6:2, 6:4, 6:6, 6:8, 6:10, 6:12, 6:22, 6:24, 7:1, 7:3, 7:5, 7:7, 7:9, 7:11, 7:13, 7:15, 7:17, 7:19, 7:21, 7:23, 8:1, 8:3, 8:7, 8:9, 8:11, 8:13, 8:20, 9:1, 9:5, 9:8, 9:10, 9:17, 10:6, 10:17, 12:8, 12:10, 12:12, 16:1, 16:2, 16:7, 16:11, 16:15, 16:16, 18:6, 18:14, 18:15, 20:5, 21:7, 22:3, 22:5, 24:5, 24:12, 24:16, 24:19, 24:20, 25:7, 25:19, 25:20,

26:13, 27:23, 27:24, 29:1, 29:10, 29:13, 32:17, 32:25, 33:3, 33:18, 33:20, 36:17, 40:4, 40:9, 40:11, 40:13, 40:14, 44:1, 46:17, 46:20, 47:3, 47:4, 47:10, 47:11, 47:20, 49:5, 49:21, 49:23, 50:2, 50:7, 50:12, 50:16, 50:19, 50:22, 50:25, 51:3, 51:6, 51:10, 51:13, 51:16, 52:3, 52:14, 53:10, 53:24, 54:13, 64:10, 66:1, 66:3, 68:24, 70:3, 70:5, 72:6, 72:22, 73:13, 77:13, 82:23, 84:6, 87:11, 89:8, 91:10, 97:3, 97:24, 104:4, 104:5, 107:2, 109:19, 110:2, 110:3, 111:7, 111:15, 112:4, 112:22, 112:24, 115:13, 115:17, 118:18, 120:22, 120:24, 121:7, 128:11, 134:13, 134:14, 134:15, 134:17, 134:23, 134:24, 135:1, 136:15, 136:16, 137:15, 137:17, 138:10, 139:22, 140:20, 142:8, 142:14, 142:23, 143:2, 143:5, 143:21, 143:22, 146:17, 146:18, 146:25, 147:4, 147:11, 147:25, 148:8, 148:9, 148:20, 149:8, 149:9, 149:16, 149:17, 151:2, 151:18, 151:21, 151:24, 152:5, 152:8, 152:11, 152:15, 152:21, 153:19, 154:9, 154:13, 155:8, 155:11, 156:16, 157:11, 157:23, 158:4, 158:15, 160:10, 163:12, 163:13, 163:18, 163:22, 164:5, 164:9, 164:12, 164:19, 167:9,

173:13, 174:20, 175:18, 176:16, 176:21, 176:22, 177:18, 177:19, 178:6, 179:10, 179:15, 180:12, 182:21, 183:8, 183:16, 184:25, 186:24, 187:2, 187:7, 189:16, 194:6, 195:3, 195:6, 195:13, 195:21, 196:15, 200:3, 201:1, 202:18, 204:14, 204:25, 205:11, 205:13, 205:18, 206:4, 206:9, 206:10, 207:5, 207:7, 208:3, 209:24, 211:16, 211:20, 211:23, 212:8, 212:14, 212:18, 213:10, 213:18, 214:7, 214:15, 214:21, 215:18, 217:1, 217:4, 217:20, 218:4, 218:16, 218:21, 219:8, 219:9, 219:24, 220:13, 221:10, 225:22, 226:1, 226:15, 226:18, 227:8, 228:15, 228:19, 229:7, 230:8, 230:17, 231:3, 231:7, 231:12, 232:17, 234:11, 234:17, 237:10, 237:18, 239:4, 240:1, 240:15, 240:20, 240:25, 241:5, 241:21, 242:15, 242:19, 242:23, 243:14, 244:3, 244:7, 244:19, 245:6, 245:8, 246:7, 246:16, 246:20, 250:14, 251:1, 251:3, 251:4, 251:16, 252:20, 252:21, 253:6, 254:9, 254:16, 254:19, 254:20, 257:25, 258:8, 258:21, 260:13, 260:20, 260:23, 265:14, 267:23, 267:24, 270:9, 270:16, 270:19,

271:5, 276:21, 277:8, 277:15, 281:5, 281:22, 283:12, 286:3, 287:1, 287:15, 288:15, 289:14, 289:15, 290:5, 290:6, 290:9, 292:4, 292:7, 292:10
MAAZEL'S [10] - 64:1, 77:6, 83:2, 95:7, 101:23, 111:4, 111:20, 111:24, 217:8, 232:23
MACHINE [73] - 10:1, 19:6, 23:15, 23:16, 48:10, 55:12, 62:20, 62:25, 63:12, 65:15, 89:17, 90:19, 92:7, 92:8, 96:22, 99:15, 107:25, 114:6, 114:7, 118:24, 119:4, 119:8, 128:20, 130:14, 130:17, 131:8, 131:11, 131:17, 132:21, 155:17, 157:17, 167:25, 173:4, 173:25, 183:25, 184:1, 184:2, 188:21, 188:25, 192:8, 194:12, 194:14, 194:15, 202:7, 202:9, 221:7, 221:21, 222:20, 223:10, 223:16, 224:19, 225:10, 225:12, 226:4, 227:4, 227:5, 228:10, 228:11, 233:6, 235:3, 235:25, 236:16, 238:1, 241:1, 241:8, 241:16, 243:3, 244:5, 246:8, 249:12, 250:21, 290:24
MACHINES [96] - 20:20, 43:9, 43:13, 62:19, 62:21, 62:24, 63:14, 63:19, 64:14, 67:18, 68:19, 68:22, 68:23, 84:3, 84:18, 86:2, 106:24, 108:3, 108:15, 113:7, 122:23, 123:11, 124:6, 126:14, 130:14, 131:22, 132:5, 132:13, 132:15, 132:18,

133:16, 133:24, 150:19, 168:3, 170:10, 179:24, 181:5, 201:22, 203:1, 209:1, 212:2, 213:13, 213:17, 215:7, 215:9, 215:12, 215:13, 215:14, 215:15, 215:23, 216:2, 216:3, 216:5, 216:6, 216:18, 216:23, 217:5, 217:9, 217:19, 218:14, 218:17, 219:22, 221:15, 222:8, 222:9, 223:3, 223:6, 226:23, 227:13, 227:16, 227:17, 229:2, 229:24, 230:9, 230:12, 230:14, 231:7, 232:7, 232:13, 232:18, 233:18, 233:20, 234:25, 236:10, 243:18, 244:13, 246:1, 246:10, 246:12, 246:13, 248:2, 248:11, 249:25, 250:19, 270:4, 282:7
MACHINES/ ELECTION [1] - 245:15
MADAM [1] - 139:24
MADE [26] - 17:16, 36:4, 39:6, 57:24, 58:5, 58:13, 70:24, 95:11, 98:7, 107:11, 119:5, 131:14, 180:23, 201:10, 201:11, 215:10, 231:21, 238:1, 246:12, 249:12, 252:1, 260:24, 267:16, 277:7, 282:18
MAGISTRATE [3] - 5:13, 97:12, 231:13
MAGNITUDE [1] - 125:11
MAIL [105] - 6:13, 6:18, 33:11, 60:11, 60:15, 61:2, 63:23, 64:2, 65:8, 65:25, 66:5, 66:13, 67:3, 67:4, 70:2, 73:13, 77:4, 82:14, 82:15, 83:1, 92:17, 93:16, 93:19, 125:21,

125:24, 133:8, 133:11, 135:7, 135:16, 135:23, 136:2, 175:12, 175:16, 175:17, 175:22, 191:1, 191:6, 191:14, 195:24, 196:2, 196:5, 196:6, 196:16, 197:2, 197:7, 200:13, 207:8, 207:9, 207:11, 207:17, 207:22, 212:5, 213:3, 213:4, 214:19, 218:2, 218:21, 218:25, 219:1, 220:12, 222:15, 224:16, 224:17, 225:21, 226:10, 227:8, 227:12, 241:20, 243:11, 243:24, 245:11, 245:19, 246:2, 259:12, 259:14, 260:1, 262:4, 263:3, 263:19, 263:24, 264:6, 266:9, 266:15, 268:2, 268:12, 269:22, 270:25, 271:2, 271:9, 271:21, 272:8, 273:1, 273:17, 281:12, 281:22, 282:1, 282:4, 282:19, 282:24, 282:25, 283:3, 285:4
MAIL-IN [5] - 33:11, 125:21, 125:24, 133:8
MAILED [2] - 72:17, 259:21
MAILS [10] - 138:2, 258:11, 259:7, 263:21, 264:5, 264:7, 264:8, 264:24, 265:1, 273:4
MAINLY [1] - 212:1
MAINTENANCE [1] - 94:13
MAJOR [1] - 114:14
MAJORITY [3] - 151:3, 157:13, 157:16
MAKE [36] - 19:22, 20:13, 23:16, 33:8, 60:4, 61:19, 66:21, 71:2, 78:17, 86:17, 87:6, 87:17, 118:5,

122:21, 150:17, 150:22, 157:16, 159:9, 163:14, 164:1, 183:1, 193:14, 204:7, 204:8, 220:5, 223:13, 247:21, 250:23, 260:6, 261:24, 280:1, 282:15, 288:24, 289:2, 289:7, 290:25

MAKES [5] - 9:5, 66:24, 71:4, 89:23, 125:18

MAKING [11] - 20:8, 46:25, 47:1, 87:18, 149:7, 157:21, 179:10, 204:6, 216:15, 267:10, 267:11

MALWARE [1] - 222:6

MANAGE [1] - 280:8

MANAGED [1] - 41:13

MANDATE [3] - 85:19, 129:9, 129:12

MANDATORY [1] - 157:2

MANNER [1] - 89:15

MANNERS [1] - 127:15

MANUAL [2] - 89:19, 221:1

MANUALLY [1] - 92:15

MANUFACTURER [7] - 17:25, 23:6, 30:3, 79:10, 120:5, 133:16, 133:21

MANUFACTURERS [3] - 133:15, 159:4, 252:12

MANY [22] - 20:24, 29:17, 29:21, 63:17, 65:12, 68:1, 68:3, 89:10, 117:23, 127:4, 130:4, 130:5, 130:8, 133:24, 138:24, 160:19, 160:21, 202:22, 203:22, 255:25, 274:17

MAP [1] - 262:21

MARCH [13] - 16:22, 43:20, 44:23, 68:9, 68:13, 131:22, 268:13, 268:25, 269:8, 270:2, 285:18, 287:23

MARGIN [1] - 117:4

MARK [7] - 2:6, 20:9,

21:10, 37:1, 92:11, 114:25, 177:17

MARKED [31] - 19:6, 19:11, 19:15, 20:1, 21:25, 23:23, 63:9, 65:4, 69:2, 75:16, 81:3, 81:5, 85:1, 90:9, 91:23, 92:7, 92:8, 99:20, 100:4, 112:15, 113:4, 113:7, 113:22, 114:8, 115:5, 115:25, 120:12, 120:14, 139:3, 177:15, 256:13

MARKET [2] - 1:19, 2:3

MARKING [41] - 17:3, 17:6, 17:12, 17:18, 18:8, 20:3, 22:14, 23:13, 24:7, 24:23, 25:3, 63:11, 65:4, 69:2, 75:16, 81:6, 81:7, 85:2, 89:14, 90:10, 91:11, 92:10, 97:18, 100:3, 113:23, 114:9, 118:10, 120:11, 120:15, 122:11, 122:14, 123:8, 201:15, 217:2, 221:16, 227:13, 229:16, 256:3, 256:13, 256:15, 256:20

MARKS [18] - 36:12, 37:3, 64:3, 66:6, 66:14, 83:7, 84:24, 112:4, 113:11, 113:25, 119:20, 120:7, 135:19, 135:22, 135:23, 140:1, 155:20, 203:5

MARKS' [2] - 83:17, 83:22

MARY [2] - 52:13, 238:14

MASTER [1] - 116:5

MATERIAL [2] - 90:23, 214:15

MATERIALS [4] - 119:3, 154:3, 212:7, 212:11

MATH [3] - 39:23, 114:14, 198:10

MATHEMATICAL [2] - 117:20, 117:21

MATTER [4] - 169:8, 254:7, 280:13, 291:16

MATTERED [2] - 31:2, 85:5

MATTERS [2] - 3:14, 96:10

MATTHIAS [1] - 2:7

MAY [33] - 15:11, 18:1, 34:16, 41:16, 45:13, 46:22, 46:24, 52:16, 71:5, 86:2, 89:10, 89:18, 108:20, 119:12, 126:14, 129:19, 134:2, 149:13, 173:17, 178:4, 186:23, 192:8, 202:15, 202:16, 206:1, 270:10, 271:9, 271:21, 272:9, 272:22, 273:9, 282:3

MAYBE [11] - 9:5, 39:2, 73:21, 98:15, 132:6, 151:9, 182:25, 212:21, 227:1, 288:9, 291:5

MCCRACKEN [1] - 2:2

ME [72] - 9:18, 16:13, 34:6, 40:12, 42:15, 42:25, 48:21, 55:16, 60:6, 60:25, 62:22, 68:6, 70:16, 78:8, 82:9, 84:21, 85:21, 89:21, 94:7, 114:14, 118:16, 123:11, 127:5, 138:14, 143:19, 144:9, 149:7, 154:18, 154:20, 156:9, 156:11, 160:24, 161:5, 167:1, 168:6, 170:17, 175:17, 178:2, 178:4, 182:8, 184:12, 189:21, 190:20, 195:18, 196:4, 199:25, 200:6, 200:13, 200:23, 201:5, 201:7, 203:4, 203:13, 206:13, 209:22, 210:3, 213:1, 215:3, 215:4, 225:20, 239:6, 240:24, 245:11, 248:20, 259:22, 260:18, 262:1, 263:20, 273:6, 273:12, 278:9

MEAN [42] - 21:3, 23:2, 25:13, 30:4, 34:3, 35:12, 37:16, 40:9, 42:1, 65:10,

76:15, 76:17, 76:21, 80:22, 81:3, 94:21, 96:8, 109:23, 116:25, 122:20, 125:6, 126:6, 131:2, 131:13, 142:2, 146:19, 148:17, 159:17, 182:7, 201:8, 218:24, 235:8, 235:9, 235:25, 236:23, 237:13, 249:16, 256:12, 276:24, 279:15, 283:12

MEANING [4] - 98:3, 141:5, 178:10, 236:3

MEANS [6] - 35:9, 35:13, 114:20, 137:8, 221:22, 284:10

MEANT [7] - 80:13, 89:11, 112:9, 122:20, 137:12, 216:9, 235:13

MECHANISM [4] - 75:2, 75:3, 75:15, 75:17

MEDIATION [5] - 175:2, 176:23, 177:3, 177:7, 177:21

MEDICINE [1] - 85:11

MEET [27] - 14:13, 15:9, 95:19, 165:14, 168:7, 168:11, 168:20, 171:3, 189:19, 190:1, 190:17, 191:8, 192:23, 193:22, 194:1, 197:8, 197:11, 198:9, 198:21, 198:25, 199:6, 205:15, 206:16, 206:21, 208:12, 233:8, 242:19

MEETING [8] - 37:14, 62:14, 126:24, 127:9, 127:11, 160:1, 181:24, 182:2

MEETINGS [2] - 68:3, 68:19

MEETS [1] - 234:8

MEMBER [2] - 97:16, 99:5

MEMBERS [1] - 267:7

MEMO [8] - 5:12, 175:2, 175:21, 176:20, 176:23, 177:3, 177:7, 177:21

MEMORIZED [1] -

278:7

MEMORY [4] - 42:16, 181:14, 181:18, 264:10

MENTION [7] - 100:10, 150:3, 150:6, 150:9, 250:7, 265:9, 282:11

MENTIONED [24] - 19:23, 27:17, 66:18, 67:20, 67:25, 71:23, 94:13, 104:16, 129:11, 136:6, 136:9, 159:22, 163:23, 217:13, 234:14, 235:22, 246:10, 250:16, 264:8, 273:11, 275:7, 280:19, 281:4, 281:5

MENTIONING [1] - 196:11

MENTIONS [2] - 19:25, 167:24

MERCER [1] - 117:18

MET [6] - 31:5, 57:4, 127:3, 168:13, 240:17, 241:1

METHOD [5] - 121:18, 243:7, 262:10, 275:8, 277:2

MIC [1] - 278:3

MICHAEL [1] - 2:12

MID [1] - 188:18

MID-JULY [1] - 188:18

MIDDLE [9] - 21:9, 73:17, 73:18, 78:11, 82:2, 82:8, 94:21, 196:6, 228:2

MIGHT [12] - 81:1, 81:2, 81:6, 159:9, 160:2, 161:15, 163:20, 203:18, 217:10, 249:1, 264:4, 269:20

MILLIKAN [1] - 88:13

MILLION [1] - 124:14

MIND [1] - 236:1

MINIMUM [2] - 95:18, 96:6

MINUTE [2] - 15:16, 29:16

MINUTES [5] - 109:16, 134:18, 158:12, 163:2, 254:3

MISSED [1] - 114:17

MISUNDERSTOOD [1] - 182:8

MIX [1] - 87:4

MODEL [3] - 79:13, 79:14, 79:20

MODELS [1] - 219:10
MODERATE [1] - 76:8
MOMENT [5] - 39:4,
56:18, 63:25,
142:17, 221:6
MONDAY [4] - 71:7,
93:7, 93:17, 93:18
MONEY [1] - 234:24
MONITOR [4] -
154:15, 252:7,
252:11, 255:14
MONITORING [4] -
249:4, 251:6,
252:15, 252:19
MONKEYED [1] -
291:11
MONTGOMERY [11] -
2:2, 129:1, 129:3,
129:7, 129:8,
129:15, 129:21,
130:2, 139:2, 203:3,
203:11
MONTH [2] - 85:10,
266:15
MONTHLY [2] - 78:5,
285:17
MONTHS [22] - 38:4,
39:12, 39:15, 41:9,
41:13, 44:7, 44:11,
44:16, 46:23, 67:23,
86:9, 100:1, 112:1,
124:23, 125:4,
150:10, 159:18,
244:8, 264:9,
269:20, 270:1,
274:13
MOOT [3] - 189:9,
189:14, 189:15
MORE [43] - 6:14, 9:5,
18:11, 21:8, 44:11,
44:15, 46:22, 52:8,
52:16, 78:8, 84:17,
91:2, 91:18, 109:13,
112:20, 115:6,
118:15, 120:8,
121:4, 125:6, 125:7,
125:18, 129:22,
130:4, 130:5, 134:5,
160:19, 183:14,
196:18, 200:15,
207:4, 219:22,
241:14, 242:13,
245:15, 254:3,
261:14, 261:15,
269:15, 269:23,
273:4, 284:21, 291:8
MORNING [15] - 3:3,
3:4, 3:7, 10:14,
10:15, 10:18, 10:19,
205:19, 212:5,

213:21, 244:24,
245:1, 245:2,
288:11, 290:19
MOST [6] - 9:20,
151:5, 151:10,
195:12, 210:15,
246:23
MOSTLY [4] - 48:23,
48:25, 151:14,
178:11
MOTION [19] - 17:13,
25:10, 42:1, 47:6,
59:3, 159:11,
165:15, 168:21,
171:4, 178:15,
178:17, 178:19,
186:21, 189:9,
190:8, 193:3, 209:4,
209:16
MOUTH [1] - 130:19
MOVE [25] - 3:25,
4:16, 8:4, 18:6, 21:6,
48:16, 49:3, 50:5,
51:21, 97:11, 104:1,
112:21, 115:16,
120:21, 121:5,
137:15, 155:8,
161:8, 161:10,
161:21, 173:17,
278:3, 286:1,
286:24, 287:14
MOVED [9] - 112:20,
118:16, 208:9,
234:19, 248:8,
248:9, 254:1, 254:6,
286:2
MOVEMENT [1] -
86:18
MOVING [12] - 8:17,
51:18, 179:21,
179:25, 183:6,
183:7, 215:11,
215:21, 216:13,
216:15, 226:22,
234:21
MR [658] - 3:5, 3:7,
3:11, 3:18, 3:23,
3:24, 4:4, 4:7, 4:10,
4:11, 4:16, 4:21,
4:22, 4:23, 4:24,
4:25, 5:1, 5:2, 5:3,
5:4, 5:5, 5:6, 5:7,
5:10, 5:20, 5:21,
5:22, 5:24, 6:1, 6:2,
6:3, 6:4, 6:5, 6:6,
6:7, 6:8, 6:9, 6:10,
6:11, 6:12, 6:13,
6:16, 6:20, 6:22,
6:23, 6:24, 6:25, 7:1,
7:2, 7:3, 7:4, 7:5,

7:6, 7:7, 7:8, 7:9,
7:10, 7:11, 7:12,
7:13, 7:14, 7:15,
7:16, 7:17, 7:18,
7:19, 7:20, 7:21,
7:22, 7:23, 7:24, 8:1,
8:2, 8:3, 8:7, 8:8,
8:9, 8:10, 8:11, 8:12,
8:13, 8:14, 8:20,
8:21, 9:1, 9:5, 9:7,
9:8, 9:9, 9:10, 9:17,
9:21, 9:22, 9:25,
10:6, 10:17, 12:8,
12:10, 12:12, 13:8,
15:24, 16:1, 16:2,
16:6, 16:7, 16:10,
16:11, 16:15, 16:16,
18:6, 18:11, 18:14,
18:15, 20:5, 21:1,
21:7, 22:3, 22:5,
24:1, 24:5, 24:12,
24:16, 24:19, 24:20,
25:5, 25:7, 25:11,
25:19, 25:20, 26:9,
26:13, 27:23, 27:24,
28:19, 29:1, 29:10,
29:13, 32:17, 32:23,
32:25, 33:3, 33:18,
33:20, 36:16, 36:17,
40:1, 40:4, 40:9,
40:11, 40:13, 40:14,
44:1, 46:17, 46:20,
47:3, 47:4, 47:8,
47:10, 47:11, 47:20,
47:22, 47:24, 48:3,
48:7, 48:13, 48:14,
48:15, 48:18, 48:19,
48:23, 48:25, 49:3,
49:5, 49:9, 49:10,
49:13, 49:15, 49:19,
49:21, 49:23, 50:1,
50:2, 50:4, 50:7,
50:11, 50:12, 50:14,
50:16, 50:18, 50:19,
50:21, 50:22, 50:24,
50:25, 51:2, 51:3,
51:5, 51:6, 51:8,
51:10, 51:12, 51:13,
51:15, 51:16, 51:18,
51:21, 51:24, 52:3,
52:6, 52:7, 52:13,
52:14, 52:16, 52:23,
52:24, 53:10, 53:12,
53:24, 54:2, 54:13,
54:14, 57:10, 57:13,
57:15, 57:20, 57:23,
59:14, 60:9, 60:10,
60:17, 60:20, 60:22,
61:9, 64:1, 64:10,
65:22, 65:23, 65:24,
66:1, 66:3, 68:24,

69:4, 70:3, 70:5,
71:17, 72:6, 72:22,
72:25, 73:12, 73:13,
73:16, 73:20, 73:24,
74:1, 77:6, 77:13,
80:9, 82:23, 83:2,
83:17, 83:22, 84:6,
84:12, 84:23, 87:11,
87:13, 89:8, 95:7,
97:3, 97:10, 97:24,
98:22, 101:23,
103:25, 104:4,
104:5, 104:9, 107:2,
107:4, 109:8,
109:10, 109:15,
109:19, 109:22,
110:2, 110:3, 110:8,
111:4, 111:6,
111:15, 111:19,
111:24, 112:4,
112:19, 112:22,
112:23, 112:24,
113:3, 114:15,
115:4, 115:13,
115:15, 115:17,
115:22, 116:24,
117:10, 118:7,
118:15, 118:18,
118:22, 119:22,
120:20, 120:22,
120:23, 120:24,
121:3, 121:7, 121:8,
121:13, 121:14,
121:21, 122:1,
128:11, 128:13,
128:25, 130:10,
130:12, 134:9,
134:10, 134:13,
134:14, 134:15,
134:17, 134:23,
134:24, 135:1,
136:15, 136:16,
137:6, 137:9,
137:15, 137:17,
138:10, 139:21,
140:20, 142:8,
142:14, 142:23,
143:2, 143:5,
143:21, 143:22,
143:23, 146:17,
146:18, 146:25,
147:4, 147:7,
147:11, 147:13,
147:16, 147:20,
147:25, 148:4,
148:8, 148:9,
148:20, 149:8,
149:9, 149:16,
149:17, 151:2,
151:18, 151:19,
151:21, 151:24,

152:5, 152:8,
152:11, 152:15,
152:21, 153:19,
154:9, 154:13,
154:24, 155:8,
155:11, 156:16,
157:11, 157:23,
157:25, 158:4,
158:10, 158:12,
158:15, 160:10,
160:12, 161:14,
161:17, 161:24,
162:3, 162:4,
162:11, 162:16,
162:24, 162:25,
163:5, 163:7,
163:12, 163:13,
163:18, 163:22,
164:5, 164:9,
164:12, 164:19,
164:20, 167:9,
173:9, 173:13,
174:20, 175:18,
176:4, 176:16,
176:21, 176:22,
177:11, 177:16,
177:18, 177:19,
177:25, 178:6,
179:3, 179:9,
179:10, 179:15,
180:12, 182:16,
182:21, 183:8,
183:16, 184:25,
186:22, 186:24,
187:2, 187:7,
189:11, 189:16,
194:3, 194:6, 195:3,
195:6, 195:13,
195:21, 196:15,
199:22, 200:3,
201:1, 202:18,
204:14, 204:20,
204:25, 205:11,
205:13, 205:18,
205:24, 206:2,
206:4, 206:9,
206:10, 206:23,
207:5, 207:7,
207:23, 208:3,
209:24, 210:2,
210:3, 211:16,
211:20, 211:23,
212:8, 212:14,
212:18, 213:10,
213:18, 214:7,
214:13, 214:15,
214:21, 215:18,
216:1, 216:3,
216:19, 216:22,
217:1, 217:4, 217:8,
217:10, 217:20,

217:24, 218:1, 218:4, 218:13, 218:16, 218:21, 219:7, 219:9, 219:24, 220:12, 221:10, 222:12, 222:14, 222:20, 223:10, 223:14, 224:2, 225:19, 225:22, 226:1, 226:15, 226:16, 226:18, 227:8, 227:21, 227:23, 228:4, 228:15, 228:19, 228:20, 229:7, 230:8, 230:17, 231:2, 231:7, 231:12, 232:17, 232:23, 234:11, 234:17, 237:10, 237:18, 237:19, 237:22, 237:23, 238:9, 238:11, 238:15, 238:17, 239:4, 240:1, 240:15, 240:20, 240:25, 241:4, 241:21, 242:15, 242:19, 242:23, 243:14, 244:3, 244:7, 244:19, 244:20, 245:4, 245:6, 245:8, 245:9, 246:7, 246:16, 246:20, 250:10, 250:14, 251:1, 251:3, 251:4, 251:16, 252:20, 252:21, 252:23, 253:6, 253:12, 253:15, 253:25, 254:5, 254:9, 254:16, 254:19, 254:20, 257:25, 258:5, 258:8, 258:17, 258:19, 258:21, 260:13, 260:20, 260:23, 265:14, 267:23, 267:24, 270:9, 270:16, 270:19, 271:5, 271:10, 276:21, 277:8, 277:10, 277:12, 277:15, 278:4, 278:5, 278:24, 278:25, 281:5, 281:22, 283:12, 283:19, 284:22, 285:2, 285:25, 286:3, 286:6,

286:24, 287:1, 287:5, 287:14, 287:15, 287:19, 288:6, 288:12, 288:15, 288:17, 289:14, 289:15, 289:19, 289:20, 290:1, 290:5, 290:6, 290:9, 290:23, 291:1, 291:2, 291:5, 292:4, 292:5, 292:7, 292:8, 292:10, 292:11
MS [44] - 30:20, 48:3, 59:14, 59:17, 61:14, 63:23, 65:7, 65:25, 70:2, 77:4, 82:15, 92:17, 97:10, 135:7, 135:15, 136:2, 136:17, 142:16, 178:25, 190:22, 191:1, 191:6, 195:25, 196:3, 197:2, 205:14, 205:20, 205:23, 206:11, 210:9, 211:18, 213:21, 237:25, 239:14, 245:19, 254:8, 254:17, 277:13, 278:9, 281:11, 285:8, 286:7, 287:6, 287:20
MUCH [14] - 52:8, 109:13, 109:23, 117:22, 127:13, 131:15, 154:4, 158:1, 160:15, 178:17, 182:25, 223:4, 253:1, 290:21
MULTIPLE [11] - 68:14, 81:7, 85:23, 113:19, 140:14, 148:25, 153:10, 206:18, 261:11, 276:9
MUNICIPAL [1] - 279:20
MUST [14] - 15:9, 37:19, 64:5, 64:21, 66:7, 70:12, 74:16, 75:7, 95:20, 95:22, 96:22, 96:24, 139:14, 223:7
MY [72] - 11:13, 13:19, 25:13, 32:25, 40:11, 41:1, 41:10, 43:17, 46:8, 46:17, 53:3, 102:15, 106:21, 114:13, 118:16,

122:6, 123:7, 124:3, 126:12, 132:11, 137:10, 137:15, 143:23, 147:7, 152:19, 155:8, 155:16, 158:4, 160:25, 161:5, 166:25, 169:6, 170:4, 173:22, 175:12, 180:7, 180:24, 180:25, 190:23, 191:6, 191:23, 192:1, 195:15, 197:2, 199:16, 202:11, 203:2, 205:25, 209:12, 211:10, 223:1, 227:15, 233:13, 238:7, 242:9, 248:1, 254:1, 254:12, 254:13, 258:17, 261:16, 264:5, 266:5, 266:20, 275:1, 275:2, 276:13, 276:14, 277:22, 280:24, 290:19
MYSELF [7] - 195:25, 196:4, 196:14, 199:20, 207:9, 211:17, 218:16

## N

NAME [6] - 10:11, 30:16, 34:13, 254:12, 254:13, 277:23
NAMED [1] - 160:20
NAMES [3] - 63:21, 88:16, 116:20
NARRATIVE [1] - 106:16
NARROW [2] - 97:22, 252:16
NARROWLY [1] - 206:1
NATIONAL [11] - 31:7, 31:16, 52:1, 84:16, 85:11, 86:18, 86:19, 87:3, 100:22, 148:1, 174:11
NATURE [1] - 9:22
NECESSARILY [2] - 180:22, 185:3
NECESSARY [5] - 47:18, 87:19, 160:24, 169:19, 188:15
NEED [20] - 6:14,

24:12, 38:3, 42:17, 48:5, 71:24, 109:11, 109:12, 109:13, 120:16, 124:12, 130:4, 130:7, 133:22, 158:1, 161:17, 219:21, 245:14, 282:8, 289:1
NEEDED [13] - 66:19, 87:21, 117:24, 119:3, 125:14, 127:12, 138:13, 166:15, 166:21, 229:15, 248:9, 267:16, 279:24
NEEDS [4] - 75:18, 130:7, 145:14, 271:16
NEGOTIATED [2] - 166:13, 167:4
NEGOTIATING [2] - 211:6, 211:11
NEGOTIATION [2] - 12:19, 182:19
NEGOTIATIONS [6] - 8:24, 97:7, 180:18, 182:23, 211:21, 211:22
NEGOTIATOR [1] - 211:9
NEITHER [1] - 188:19
NEVER [37] - 5:13, 26:18, 97:19, 98:18, 99:9, 99:17, 100:18, 103:20, 108:10, 111:18, 122:24, 146:13, 148:6, 149:3, 149:15, 153:8, 157:16, 176:19, 185:15, 186:16, 195:17, 195:18, 197:16, 201:24, 217:3, 235:20, 245:19, 246:16, 246:17, 248:17, 250:1, 250:9, 257:14, 264:22, 281:3, 291:11
NEW [53] - 1:15, 14:12, 38:4, 38:23, 39:8, 41:14, 49:17, 57:2, 62:9, 62:14, 63:4, 63:5, 64:13, 66:19, 68:2, 70:9, 71:22, 71:25, 72:2, 72:4, 72:20, 74:9, 126:17, 127:14, 128:7, 129:17, 130:17, 131:17,

132:5, 132:12, 158:18, 159:22, 160:2, 160:5, 160:6, 161:11, 204:15, 204:19, 204:21, 204:22, 205:1, 205:6, 205:8, 205:10, 205:11, 209:19, 222:25, 223:5, 237:2, 271:14, 281:14
NEXT [25] - 19:13, 27:25, 57:17, 64:17, 69:8, 71:8, 80:14, 85:6, 155:8, 163:12, 169:17, 169:22, 171:13, 171:21, 172:7, 172:20, 213:14, 231:14, 240:10, 249:17, 253:4, 253:7, 268:25, 273:12, 284:4
NICE [5] - 10:20, 162:2, 162:4, 254:21, 260:14
NIGHT [5] - 91:17, 118:4, 155:18, 156:18, 291:9
NINE [3] - 100:1, 112:1, 190:3
NINTH [1] - 273:15
NIST [15] - 31:23, 31:25, 32:9, 32:18, 32:21, 52:4, 100:22, 147:1, 147:11, 147:12, 148:7, 148:13, 149:11, 174:11, 174:17
NO [205] - 3:9, 3:11, 4:22, 4:24, 5:1, 5:3, 5:5, 5:21, 6:1, 6:3, 6:5, 6:7, 6:9, 6:11, 6:20, 6:23, 6:25, 7:2, 7:4, 7:6, 7:8, 7:10, 7:12, 7:14, 7:16, 7:18, 7:20, 7:22, 7:24, 8:2, 8:8, 8:10, 9:7, 9:9, 16:11, 26:11, 26:17, 26:18, 27:18, 27:22, 30:4, 30:25, 32:3, 33:2, 37:4, 37:7, 37:17, 39:13, 47:20, 49:9, 50:2, 50:12, 50:16, 50:19, 50:22, 50:25, 51:3, 51:6, 51:10, 51:13, 51:16, 52:6, 52:14, 53:11, 57:21, 60:24, 63:6, 65:23,

66:8, 69:14, 84:22, 98:18, 98:23, 98:24, 98:25, 99:13, 99:22, 100:2, 100:8, 100:19, 100:24, 102:15, 102:19, 103:22, 104:5, 105:20, 108:17, 110:24, 111:18, 112:24, 115:17, 118:18, 119:17, 120:4, 120:21, 120:24, 121:7, 123:23, 124:12, 125:9, 130:11, 131:2, 131:4, 131:5, 132:5, 133:18, 136:12, 136:13, 137:21, 138:16, 138:18, 141:19, 143:15, 144:16, 149:21, 149:23, 149:24, 150:5, 150:6, 150:8, 153:17, 154:7, 155:1, 156:19, 157:10, 158:25, 160:10, 160:12, 162:22, 166:11, 174:8, 174:10, 176:13, 177:16, 180:16, 182:7, 183:19, 183:22, 187:3, 191:25, 192:21, 193:1, 193:4, 193:8, 195:2, 205:5, 209:6, 209:24, 212:1, 216:11, 217:7, 217:21, 221:23, 223:12, 224:6, 224:15, 227:15, 229:12, 229:18, 232:21, 239:8, 240:19, 242:17, 248:21, 252:6, 252:13, 252:21, 260:16, 263:23, 264:2, 264:8, 264:12, 264:25, 265:17, 268:12, 269:3, 271:1, 271:4, 273:18, 276:17, 276:24, 277:8, 280:1, 281:3, 281:20, 282:10, 282:13, 283:13, 284:22, 286:3, 287:1, 287:15, 289:5, 290:5, 290:6, 290:13, 290:25,

291:8
**NOBODY** [1] - 120:18
**NON** [2] - 124:24, 125:4
**NON-PRESIDENTIAL** [2] - 124:24, 125:4
**NONCOMPLIANCE** [3] - 191:5, 191:25, 192:17
**NONE** [3] - 143:20, 143:21, 262:9
**NONRESPONSIVE** [1] - 29:11
**NOR** [1] - 188:19
**NORTHAMPTON** [10] - 38:14, 39:19, 40:5, 40:16, 43:20, 44:2, 44:4, 44:8, 44:15, 207:19
**NOT** [268] - 5:16, 8:22, 8:23, 11:9, 13:13, 15:18, 16:11, 16:13, 25:14, 26:21, 28:14, 29:2, 29:16, 29:18, 29:20, 30:4, 31:18, 32:2, 32:8, 32:20, 34:2, 34:13, 34:16, 34:18, 35:12, 35:18, 36:22, 37:14, 37:15, 38:6, 39:22, 40:24, 40:25, 41:20, 43:9, 43:12, 44:15, 46:22, 48:18, 49:7, 53:8, 54:16, 55:23, 60:23, 65:19, 70:24, 80:3, 84:7, 86:18, 87:18, 90:2, 90:13, 94:10, 97:6, 97:17, 97:20, 99:2, 100:12, 100:19, 102:15, 103:17, 103:25, 105:18, 106:9, 106:10, 106:19, 108:1, 108:8, 108:9, 108:11, 108:14, 108:15, 109:3, 109:25, 112:20, 114:4, 114:6, 114:8, 114:14, 115:13, 117:8, 118:16, 120:12, 120:17, 123:7, 123:11, 123:21, 125:22, 129:21, 131:5, 131:9, 132:7, 133:4, 133:9, 135:22, 138:4, 138:8, 138:15, 139:18, 141:5, 141:9, 144:14, 146:8,

148:5, 149:7, 149:13, 152:8, 152:11, 152:16, 152:25, 153:4, 153:15, 153:25, 154:5, 154:8, 155:6, 157:12, 157:24, 159:2, 160:20, 161:11, 161:18, 163:4, 163:17, 163:25, 167:12, 169:9, 169:20, 170:20, 170:22, 171:9, 174:13, 174:16, 176:7, 177:2, 177:5, 179:13, 180:5, 180:6, 180:8, 180:14, 180:20, 181:10, 181:12, 182:9, 183:10, 183:19, 183:22, 184:14, 185:3, 185:4, 185:19, 185:21, 185:25, 186:3, 186:8, 186:18, 187:1, 188:3, 188:6, 188:10, 188:18, 188:23, 189:1, 189:8, 192:8, 192:21, 193:8, 193:11, 193:23, 197:19, 198:14, 201:5, 202:16, 203:10, 204:9, 205:5, 206:4, 206:7, 207:20, 208:20, 209:8, 210:12, 212:3, 216:5, 216:17, 217:11, 217:12, 221:19, 221:23, 222:7, 223:6, 223:21, 223:24, 223:25, 224:10, 224:18, 224:22, 225:10, 225:25, 226:11, 226:12, 226:13, 226:24, 227:4, 227:12, 228:14, 228:15, 230:9, 234:22, 234:23, 235:2, 235:11, 235:24, 236:14, 236:16, 237:5, 237:13, 239:14, 240:19, 242:2, 243:6, 246:13, 248:3, 248:6, 248:21, 249:11,

252:9, 253:15, 257:3, 257:8, 257:13, 258:2, 261:15, 261:24, 263:16, 263:23, 264:2, 264:8, 265:12, 266:2, 266:4, 266:22, 267:7, 267:9, 268:5, 268:8, 268:9, 269:10, 270:24, 272:3, 272:19, 272:21, 273:1, 273:17, 276:2, 276:3, 276:19, 279:5, 280:15, 283:13
**NOTATION** [2] - 213:22, 238:25
**NOTE** [4] - 66:24, 107:15, 238:22, 239:13
**NOTED** [1] - 135:18
**NOTES** [3] - 191:17, 246:21, 246:25
**NOTHING** [4] - 198:15, 249:5, 278:18, 288:22
**NOTICE** [10] - 38:15, 38:16, 190:4, 190:7, 191:5, 191:21, 191:24, 249:18, 262:13, 262:14
**NOTIFY** [1] - 186:3
**NOTWITHSTANDING** [1] - 189:17
**NOVEMBER** [47] - 11:1, 44:2, 44:14, 45:15, 46:11, 46:24, 47:6, 53:17, 66:10, 66:23, 69:16, 90:19, 101:6, 101:10, 104:11, 105:10, 105:22, 127:18, 127:19, 127:23, 128:1, 129:5, 129:18, 130:18, 133:17, 153:21, 159:5, 160:5, 160:8, 186:13, 188:24, 189:2, 189:3, 189:6, 200:13, 207:8, 207:9, 207:12, 207:15, 208:4, 208:9, 225:13, 239:4, 258:12, 263:25, 264:9
**NOW** [99] - 8:16, 9:10, 11:18, 16:3, 19:3, 21:13, 22:16, 25:8,

29:22, 34:23, 37:8, 48:16, 52:17, 55:15, 56:8, 61:23, 63:23, 66:15, 66:16, 69:5, 73:13, 75:20, 82:2, 86:25, 92:17, 92:18, 93:22, 97:6, 101:2, 105:17, 105:21, 105:23, 109:9, 109:21, 110:25, 112:3, 115:5, 116:13, 117:9, 124:3, 124:7, 125:20, 125:25, 129:5, 132:19, 138:17, 143:23, 146:13, 146:24, 152:9, 158:1, 161:6, 161:19, 163:8, 163:24, 167:16, 168:7, 170:23, 171:8, 174:21, 176:8, 185:23, 187:8, 190:16, 192:5, 192:16, 195:22, 214:14, 215:12, 220:17, 230:7, 231:16, 232:13, 233:1, 233:9, 235:16, 239:7, 239:14, 240:14, 240:20, 242:18, 243:2, 243:10, 249:7, 257:1, 258:9, 263:19, 268:8, 268:10, 269:9, 271:6, 271:25, 272:10, 273:15, 275:3, 278:7, 279:4, 288:8
**NOWHERE** [1] - 43:16
**NUMBER** [60] - 1:3, 3:25, 4:21, 14:8, 21:16, 44:12, 63:24, 64:8, 64:9, 66:11, 66:12, 69:24, 71:13, 73:18, 74:11, 76:22, 79:14, 79:20, 80:25, 82:8, 92:9, 92:15, 125:11, 129:5, 129:22, 129:23, 129:24, 133:22, 134:5, 134:10, 135:3, 141:25, 142:10, 142:15, 143:1, 144:10, 152:6, 152:7, 152:10, 152:11, 159:8, 167:10, 175:25, 178:7,

184:5, 184:11,
187:9, 187:21,
199:14, 208:8,
213:1, 217:22,
231:25, 247:2,
247:9, 249:3, 258:2,
274:7

**NUMBERED** [1] -
94:22

**NUMBERING** [1] -
94:22

**NUMBERS** [3] - 79:13,
238:8, 258:15

**NY** [1] - 1:15

## O

**O'CLOCK** [9] - 160:17,
162:7, 162:20,
254:2, 288:7,
288:12, 288:14,
289:13, 289:22

**OATH** [2] - 42:6, 42:8

**OBJECT** [10] - 5:7,
6:16, 8:21, 16:12,
29:10, 50:7, 54:12,
68:24, 151:20,
221:10

**OBJECTED** [2] - 16:8,
52:4

**OBJECTING** [2] -
6:19, 49:20

**OBJECTION** [111] -
4:20, 4:22, 4:24, 5:1,
5:3, 5:5, 5:21, 6:1,
6:3, 6:5, 6:7, 6:9,
6:11, 6:23, 6:25, 7:2,
7:4, 7:6, 7:8, 7:10,
7:12, 7:14, 7:16,
7:18, 7:20, 7:22,
7:24, 8:2, 8:8, 8:10,
8:18, 9:7, 9:9, 15:24,
16:6, 18:10, 21:1,
24:2, 25:5, 25:11,
26:9, 28:19, 32:23,
36:16, 40:1, 47:8,
49:5, 50:2, 50:6,
50:12, 50:15, 50:16,
50:19, 50:22, 50:25,
51:3, 51:6, 51:10,
51:13, 51:16, 52:2,
52:14, 53:10, 53:24,
72:22, 84:6, 87:11,
97:24, 104:5, 107:2,
110:21, 112:24,
115:17, 118:18,
120:21, 120:24,
121:7, 128:11,
137:6, 147:8,
147:23, 148:4,

154:24, 176:4,
177:11, 177:25,
179:9, 182:16,
186:22, 189:11,
194:3, 199:22,
204:20, 206:23,
207:23, 207:24,
214:7, 224:1, 226:1,
228:19, 237:18,
241:4, 244:19,
250:10, 258:5,
283:13, 286:3,
287:1, 287:15,
290:5, 290:6

**OBJECTIONS** [1] -
52:11

**OBLIGATION** [1] -
205:25

**OBLIGATIONS** [1] -
249:6

**OBSERVE** [3] -
154:22, 251:20,
271:20

**OBSERVED** [1] -
201:9

**OBTAIN** [4] - 93:7,
265:21, 277:19,
279:5

**OBVIOUS** [1] - 237:21

**OBVIOUSLY** [4] -
12:22, 42:6, 130:8,
156:5

**OCCASIONS** [2] -
249:3, 271:13

**OCCUR** [1] - 265:6

**OCCURRED** [5] -
38:18, 45:18,
264:15, 274:5,
275:12

**OCCURRING** [1] -
67:8

**OCTOBER** [62] -
55:18, 93:18, 97:4,
97:12, 99:12, 99:15,
100:10, 100:11,
100:20, 101:2,
101:10, 101:19,
125:17, 171:1,
174:4, 197:20,
198:6, 198:11,
198:12, 199:13,
212:21, 214:16,
214:19, 214:22,
218:3, 218:4, 224:3,
226:15, 226:17,
226:22, 227:8,
229:5, 230:7,
231:14, 232:17,
235:16, 237:24,
238:24, 241:20,

242:20, 243:10,
243:24, 244:1,
244:10, 245:10,
246:12, 246:19,
246:21, 247:23,
258:12, 258:25,
260:2, 261:22,
261:23, 263:24,
264:9, 275:18,
275:21, 281:21,
281:22

**OF** [1007] - 1:2, 2:13,
2:15, 3:13, 3:19,
3:20, 3:22, 3:25,
5:11, 5:14, 5:17, 8:4,
8:16, 9:22, 10:22,
10:25, 11:5, 11:9,
11:11, 11:12, 11:13,
11:19, 12:19, 13:9,
13:11, 14:2, 14:3,
14:5, 14:8, 14:19,
14:21, 15:14, 15:18,
15:22, 16:3, 16:21,
16:25, 17:4, 17:7,
17:17, 17:21, 19:3,
19:4, 19:5, 19:21,
20:2, 20:20, 21:16,
21:17, 21:18, 22:1,
22:7, 22:19, 23:9,
23:19, 23:20, 24:17,
25:9, 25:25, 26:24,
27:7, 27:14, 27:16,
28:16, 29:3, 29:14,
29:17, 29:23, 30:3,
30:14, 30:22, 31:8,
31:15, 31:17, 31:19,
32:7, 32:8, 32:13,
32:20, 33:1, 33:5,
33:24, 34:3, 34:23,
34:24, 34:25, 35:5,
36:11, 36:20, 37:14,
37:15, 37:16, 37:17,
38:16, 38:23, 39:1,
39:3, 39:7, 39:14,
39:17, 39:20, 39:21,
40:12, 40:24, 41:1,
42:1, 42:16, 42:21,
42:23, 44:5, 44:14,
44:21, 45:5, 45:11,
46:6, 47:12, 47:13,
49:17, 51:21, 53:4,
53:6, 53:9, 53:15,
54:10, 54:11, 54:15,
54:16, 55:10, 55:17,
56:10, 56:18, 57:21,
58:16, 59:5, 59:6,
59:7, 59:22, 61:5,
61:6, 61:10, 61:20,
61:21, 61:24, 61:25,
62:1, 62:4, 62:9,
62:11, 62:16, 63:2,

63:4, 63:8, 63:13,
63:14, 63:15, 63:23,
63:25, 64:3, 64:5,
64:7, 64:13, 64:15,
64:17, 64:21, 64:22,
65:4, 65:6, 65:13,
65:17, 65:25, 66:6,
66:21, 66:22, 66:23,
66:25, 67:3, 67:11,
68:1, 68:7, 68:9,
68:11, 68:13, 68:15,
68:17, 68:19, 69:6,
69:12, 69:24, 70:7,
70:8, 70:12, 70:15,
70:20, 71:9, 72:18,
72:20, 73:1, 73:17,
74:16, 74:18, 74:20,
74:24, 75:2, 75:3,
75:17, 76:3, 76:5,
76:11, 76:22, 77:5,
77:6, 77:16, 77:19,
77:20, 78:10, 78:11,
78:19, 79:4, 79:6,
79:11, 79:16, 80:8,
80:11, 80:18, 80:20,
80:21, 80:22, 80:25,
81:4, 81:7, 81:8,
81:9, 81:11, 81:16,
81:17, 81:18, 81:22,
81:25, 82:3, 82:4,
82:6, 82:11, 82:14,
83:2, 83:9, 83:24,
83:25, 84:3, 85:3,
85:6, 85:11, 85:16,
85:17, 86:3, 86:6,
87:4, 88:5, 88:11,
88:13, 88:14, 88:18,
88:22, 88:25, 89:2,
89:5, 89:10, 89:12,
89:19, 89:20, 89:24,
90:3, 90:5, 90:12,
90:16, 90:18, 91:6,
91:9, 91:15, 92:9,
92:15, 92:20, 92:23,
93:4, 93:13, 93:21,
94:5, 94:17, 94:20,
94:25, 95:1, 95:5,
95:15, 95:22, 95:24,
96:24, 97:1, 97:2,
97:7, 97:16, 97:17,
97:21, 98:3, 98:8,
98:9, 98:14, 98:19,
99:3, 99:5, 99:6,
99:7, 99:20, 99:21,
100:5, 100:14,
100:23, 100:24,
100:25, 101:16,
102:13, 102:16,
102:23, 103:2,
103:7, 103:10,
103:11, 103:18,

103:21, 104:2,
104:10, 104:22,
104:24, 105:4,
105:9, 105:19,
105:21, 106:5,
106:24, 107:12,
107:13, 107:14,
107:18, 107:21,
108:7, 108:8, 108:9,
108:17, 108:24,
109:23, 110:10,
111:11, 111:22,
113:21, 113:23,
114:4, 114:5, 114:7,
114:9, 114:10,
114:18, 115:10,
115:11, 115:23,
116:4, 116:7, 116:8,
116:11, 116:12,
116:14, 116:16,
117:4, 117:6,
117:12, 117:16,
117:18, 117:20,
118:3, 119:14,
119:15, 120:1,
120:6, 120:7,
121:25, 122:7,
122:17, 123:1,
123:2, 123:7,
123:13, 124:3,
124:4, 124:7,
124:12, 124:16,
124:19, 125:3,
125:9, 125:11,
125:12, 125:13,
125:24, 126:6,
126:9, 126:10,
126:11, 126:14,
127:2, 127:4,
127:12, 127:14,
127:16, 127:18,
127:24, 128:1,
128:2, 128:3, 128:5,
129:5, 129:13,
129:16, 129:18,
129:19, 129:22,
129:23, 129:24,
130:5, 133:2, 133:8,
133:22, 135:3,
135:4, 135:21,
135:24, 136:19,
137:7, 137:8,
137:13, 137:14,
137:19, 138:1,
138:25, 139:19,
139:20, 139:24,
140:8, 141:1, 141:5,
141:16, 142:17,
142:24, 143:6,
143:9, 143:10,
143:15, 143:24,

144:7, 144:10,
144:17, 144:21,
145:5, 145:17,
146:2, 146:3, 146:6,
146:21, 146:22,
148:2, 148:6,
148:15, 148:16,
148:21, 148:24,
148:25, 149:4,
150:1, 150:2, 150:3,
150:6, 150:9,
150:13, 150:19,
151:1, 151:3, 151:5,
151:6, 151:10,
151:11, 152:17,
152:25, 153:5,
153:20, 153:22,
154:1, 154:2, 154:3,
154:16, 155:5,
155:14, 155:23,
156:1, 156:5,
157:13, 157:16,
159:8, 159:10,
159:22, 159:24,
160:23, 161:10,
162:13, 162:23,
163:6, 163:15,
163:22, 163:25,
164:3, 164:5,
165:5, 165:6,
165:15, 165:17,
165:18, 165:20,
165:25, 166:10,
166:16, 166:18,
166:23, 166:24,
167:10, 167:14,
168:2, 168:3, 168:4,
168:8, 168:11,
168:20, 169:7,
169:10, 169:25,
170:5, 170:10,
171:3, 171:7,
171:17, 171:22,
173:4, 173:8,
173:16, 173:23,
173:24, 173:25,
174:2, 174:12,
174:14, 175:2,
175:17, 176:9,
177:7, 177:9,
177:13, 177:22,
178:7, 178:14,
178:17, 178:18,
179:7, 179:16,
179:24, 180:2,
180:4, 180:7,
180:15, 180:16,
180:19, 181:8,
181:9, 181:12,
181:13, 181:14,

181:15, 181:18,
181:19, 182:1,
182:5, 182:7, 182:9,
182:14, 182:22,
182:25, 183:3,
184:1, 184:12,
184:13, 184:15,
185:5, 185:16,
185:19, 185:21,
186:5, 187:21,
188:1, 188:14,
188:17, 189:14,
189:19, 190:7,
191:2, 191:4, 191:5,
191:21, 191:23,
191:24, 192:2,
192:6, 192:22,
192:25, 193:2,
193:25, 194:24,
195:12, 196:6,
196:13, 197:8,
197:17, 197:25,
198:1, 198:2,
198:20, 198:24,
198:25, 199:3,
199:5, 199:6, 199:8,
199:11, 199:14,
199:21, 200:1,
200:16, 200:17,
201:14, 201:16,
201:19, 201:24,
201:25, 202:9,
203:19, 203:22,
204:6, 205:4, 205:5,
205:7, 205:20,
206:14, 207:11,
207:19, 207:20,
208:6, 208:15,
208:16, 209:7,
209:15, 209:16,
209:17, 209:21,
209:22, 210:4,
210:13, 210:15,
210:17, 210:21,
211:10, 211:13,
212:5, 213:4,
213:13, 213:14,
213:17, 213:19,
213:25, 214:5,
214:9, 214:11,
214:17, 214:24,
215:1, 215:9,
215:14, 215:15,
215:22, 216:6,
216:8, 216:14,
216:23, 217:6,
217:15, 217:19,
218:4, 218:10,
218:17, 219:10,
219:15, 219:17,
219:18, 219:22,

220:2, 220:3,
220:15, 220:23,
221:2, 221:11,
221:17, 221:23,
222:1, 222:6,
222:19, 222:24,
222:25, 223:1,
223:2, 223:21,
223:24, 224:13,
225:10, 225:12,
226:6, 226:15,
226:19, 227:4,
227:12, 227:16,
227:17, 228:7,
228:25, 229:2,
229:6, 229:8,
229:14, 229:17,
229:23, 229:24,
229:25, 230:1,
230:8, 230:10,
230:19, 231:4,
231:13, 231:23,
232:3, 232:5, 232:7,
232:8, 232:11,
233:5, 233:7,
233:13, 233:25,
234:1, 234:3, 234:5,
234:7, 234:8,
234:10, 235:1,
235:9, 235:13,
235:17, 235:23,
235:25, 236:1,
236:3, 236:13,
237:4, 237:20,
238:1, 238:23,
239:3, 239:5, 240:9,
240:17, 241:1,
241:6, 242:7,
242:24, 243:3,
243:7, 244:15,
244:18, 244:23,
245:13, 245:15,
245:25, 246:3,
246:8, 246:11,
246:13, 246:14,
246:21, 246:23,
247:2, 247:5, 247:9,
247:13, 247:16,
247:17, 247:22,
247:23, 248:11,
248:19, 249:3,
249:4, 249:8,
249:10, 249:17,
249:18, 249:20,
249:22, 250:4,
250:13, 250:15,
250:20, 251:6,
251:17, 251:23,
252:2, 252:11,
252:12, 252:19,
254:23, 255:1,

255:6, 255:19,
255:22, 256:6,
256:10, 256:22,
257:4, 257:24,
258:11, 259:6,
259:11, 259:21,
259:24, 260:21,
261:1, 261:3, 261:4,
261:6, 261:8, 261:9,
261:13, 261:18,
262:1, 262:7, 262:9,
262:10, 262:13,
262:14, 262:15,
262:21, 262:24,
263:9, 263:15,
263:21, 263:23,
263:25, 264:2,
264:3, 264:10,
264:15, 264:24,
265:1, 265:5, 265:7,
265:16, 265:18,
266:23, 266:24,
266:25, 267:7,
267:11, 267:17,
267:18, 267:20,
268:17, 269:12,
270:8, 271:17,
272:14, 273:19,
274:10, 274:11,
274:17, 274:22,
274:24, 275:7,
275:9, 275:12,
275:13, 275:22,
275:23, 276:11,
277:2, 277:4, 277:7,
277:16, 277:19,
277:20, 277:21,
277:25, 278:1,
278:11, 279:1,
279:6, 279:8,
279:14, 279:17,
279:18, 279:22,
279:23, 279:25,
280:9, 280:12,
280:13, 280:14,
280:16, 280:22,
281:7, 281:8,
281:11, 281:14,
281:15, 281:18,
281:19, 281:21,
282:4, 282:11,
282:15, 282:16,
282:17, 282:18,
282:23, 282:25,
283:3, 284:5,
284:14, 284:20,
285:9, 285:12,
285:14, 285:18,
286:10, 286:18,
287:21, 288:23,
290:20, 291:15

**OFF** [4] - 66:11,
112:10, 161:12,
291:1
**OFFER** [1] - 230:17
**OFFERED** [2] -
230:20, 230:21
**OFFERING** [1] -
278:11
**OFFICE** [21] - 13:6,
18:4, 20:7, 27:12,
28:1, 28:8, 28:13,
28:16, 29:3, 38:3,
39:6, 59:17, 60:16,
61:3, 144:7, 145:12,
145:18, 146:2,
178:12, 263:15,
268:22
**OFFICE'S** [1] - 144:20,
144:22
**OFFICES** [1] - 126:1
**OFFICIAL** [27] - 1:18,
18:16, 19:1, 26:3,
30:2, 30:7, 43:24,
44:10, 63:1, 63:12,
65:6, 68:1, 85:3,
89:24, 90:15, 91:15,
98:13, 104:2, 108:7,
108:9, 116:14,
116:15, 145:1,
145:10, 155:14,
206:25, 291:18
**OFFICIALLY** [1] -
58:12
**OFFICIALS** [2] - 75:9,
90:14
**OFTEN** [3] - 17:25,
183:8, 261:10
**OFTENTIMES** [1] -
17:24
**OH** [9] - 49:11, 82:13,
114:19, 131:2,
140:4, 141:24,
163:19, 182:7,
238:10
**OIL** [1] - 291:10
**OKAY** [195] - 3:5, 3:17,
4:3, 4:15, 5:25, 6:21,
8:19, 9:16, 9:20,
10:5, 11:24, 12:11,
15:16, 16:1, 16:15,
18:14, 20:4, 20:19,
22:4, 22:16, 22:25,
23:4, 24:24, 29:6,
30:11, 31:7, 32:21,
34:3, 36:23, 40:13,
41:3, 45:9, 45:22,
47:10, 48:21, 49:2,
50:15, 52:18, 52:23,
53:3, 53:8, 54:5,
54:8, 55:15, 56:3,

56:8, 57:8, 58:20, 60:22, 61:23, 65:7, 65:21, 70:2, 71:16, 73:25, 74:4, 75:20, 77:23, 82:16, 83:24, 84:14, 85:6, 86:6, 91:18, 92:8, 93:14, 93:22, 95:5, 95:15, 96:17, 97:2, 98:21, 101:2, 101:10, 102:5, 104:15, 104:21, 105:7, 109:9, 110:6, 110:20, 112:3, 112:16, 112:17, 113:6, 116:13, 118:6, 119:6, 119:11, 122:6, 124:3, 125:2, 134:14, 140:5, 140:19, 146:10, 146:17, 148:13, 148:24, 149:8, 150:3, 151:16, 151:23, 152:15, 152:19, 152:23, 153:6, 153:18, 154:10, 155:8, 155:16, 157:23, 161:16, 163:10, 164:3, 164:4, 164:8, 167:8, 167:17, 168:16, 170:4, 170:12, 170:17, 172:17, 175:11, 175:19, 176:2, 176:21, 177:18, 184:10, 184:23, 185:15, 186:11, 187:6, 189:24, 190:24, 193:2, 195:23, 197:6, 197:22, 198:14, 200:11, 200:25, 203:5, 204:13, 204:22, 206:9, 213:16, 215:2, 216:6, 216:17, 217:25, 220:21, 225:1, 227:16, 227:22, 228:3, 231:1, 233:3, 237:22, 238:16, 239:12, 240:22, 243:12, 245:24, 248:16, 251:1, 251:3, 251:14, 252:17, 252:21, 253:8, 254:10, 255:3, 257:1, 258:9, 262:12, 264:9,

265:8, 265:13, 266:21, 267:23, 270:1, 270:18, 270:20, 271:6, 272:22, 275:13, 285:7, 289:3, 289:9, 289:12, 290:8, 290:11, 290:15
OKI [2] - 20:9, 21:11
OLD [2] - 62:13, 65:18
OLDER [1] - 84:18
ON [337] - 3:21, 3:22, 4:6, 5:9, 5:12, 7:25, 8:15, 8:22, 10:2, 10:23, 11:1, 13:5, 13:14, 13:22, 14:5, 14:15, 15:15, 16:25, 17:21, 18:3, 19:18, 20:8, 20:10, 20:14, 21:8, 22:21, 23:16, 23:19, 26:1, 27:5, 28:7, 28:9, 34:4, 34:15, 34:17, 42:15, 43:20, 44:2, 45:12, 48:4, 49:16, 49:17, 49:22, 52:7, 55:1, 55:7, 55:10, 56:17, 57:1, 57:6, 57:11, 57:18, 57:21, 58:1, 58:9, 58:14, 58:24, 60:2, 60:14, 60:21, 61:7, 61:16, 64:4, 64:16, 64:20, 67:2, 67:3, 67:4, 67:8, 70:11, 71:1, 72:6, 72:16, 74:15, 78:5, 78:21, 78:23, 79:1, 81:14, 81:15, 81:16, 82:6, 82:7, 82:24, 84:1, 86:19, 86:22, 88:9, 89:8, 93:7, 97:3, 97:4, 97:17, 98:6, 98:10, 99:19, 99:21, 99:25, 100:3, 102:25, 103:1, 103:4, 104:24, 105:9, 105:18, 106:13, 106:14, 106:21, 107:10, 110:7, 113:11, 115:2, 115:25, 116:1, 116:3, 117:13, 117:14, 117:22, 118:4, 118:12, 118:14, 119:8, 121:22, 123:14, 125:10, 125:13, 125:17, 127:17, 137:15, 138:18, 141:18, 142:4, 143:16,

147:15, 147:18, 148:25, 150:16, 150:21, 150:23, 150:25, 151:13, 152:20, 153:11, 153:20, 153:22, 155:14, 155:16, 155:18, 156:18, 158:4, 162:7, 162:14, 165:25, 166:17, 167:3, 167:12, 168:17, 172:7, 172:9, 173:12, 173:23, 175:13, 175:17, 177:5, 180:24, 184:24, 186:13, 186:21, 187:10, 188:5, 189:5, 189:20, 190:2, 191:2, 191:6, 193:25, 195:24, 196:18, 196:25, 197:20, 198:11, 198:12, 199:15, 199:16, 202:6, 202:25, 204:12, 206:19, 207:14, 208:4, 208:22, 208:23, 208:25, 209:13, 211:24, 213:3, 213:4, 213:22, 214:4, 214:15, 214:19, 214:21, 215:15, 217:20, 218:7, 219:7, 220:7, 220:19, 223:7, 224:2, 224:9, 224:14, 225:9, 225:13, 225:17, 226:8, 226:15, 226:17, 227:7, 227:11, 227:21, 228:8, 229:5, 229:7, 229:25, 230:8, 230:11, 230:13, 231:16, 232:17, 233:14, 233:21, 233:25, 234:16, 234:19, 235:16, 236:18, 237:21, 239:13, 239:20, 241:18, 242:7, 242:16, 242:19, 242:24, 243:3, 243:23, 244:1, 244:3, 245:22, 246:11, 246:12, 246:19, 246:25, 248:8, 248:9, 249:3,

249:16, 249:21, 250:15, 251:19, 252:3, 252:14, 253:12, 253:19, 255:10, 258:25, 259:12, 259:21, 260:1, 261:3, 261:10, 261:22, 262:10, 262:12, 262:13, 262:15, 263:2, 263:6, 265:20, 266:6, 267:2, 267:13, 268:13, 269:8, 269:12, 269:17, 269:22, 271:9, 271:12, 272:8, 272:22, 273:3, 273:9, 273:19, 274:9, 274:16, 275:5, 275:11, 275:24, 276:2, 277:24, 278:22, 279:3, 280:4, 280:11, 280:18, 280:21, 280:22, 281:13, 281:17, 282:18, 283:6, 283:9, 284:12, 285:3, 285:15, 285:16, 285:20, 286:13, 286:15, 286:17, 287:7, 289:6, 290:16
ON-SITE [10] - 252:3, 261:3, 261:10, 262:15, 267:2, 275:5, 275:11, 277:24, 278:22, 279:3
ONCE [10] - 29:2, 91:2, 112:20, 115:6, 145:19, 145:22, 223:5, 241:14, 248:7, 280:15
ONE [100] - 2:8, 4:18, 5:7, 8:12, 16:3, 19:21, 21:8, 34:24, 36:10, 36:11, 36:20, 37:14, 39:8, 43:2, 49:15, 56:17, 56:20, 58:8, 63:8, 63:23, 63:25, 65:13, 72:9, 75:20, 78:4, 79:17, 81:9, 81:22, 86:3, 91:18, 91:19, 92:6, 101:21, 107:24, 108:2, 109:6, 111:10, 113:21, 113:23, 113:24, 115:11, 115:23,

116:12, 117:16, 118:15, 119:14, 119:15, 120:1, 121:4, 121:20, 122:7, 122:13, 122:17, 123:4, 123:14, 139:3, 139:4, 143:24, 154:11, 155:6, 155:23, 170:11, 176:17, 176:18, 177:6, 179:23, 183:23, 192:10, 193:25, 201:10, 203:22, 204:5, 205:3, 206:19, 210:15, 211:10, 218:10, 224:13, 226:8, 228:8, 236:25, 239:13, 242:13, 248:22, 249:20, 250:19, 251:12, 262:25, 277:3, 277:6, 284:21, 284:22, 290:25, 291:2, 291:5, 291:6
ONE-BY-ONE [1] - 4:18
ONES [1] - 243:17
ONLINE [3] - 53:21, 249:2, 249:6
ONLY [27] - 8:22, 14:12, 58:8, 86:3, 90:13, 96:4, 99:1, 99:19, 109:12, 119:14, 120:10, 120:14, 123:4, 129:21, 138:14, 139:15, 183:22, 222:3, 222:7, 226:12, 228:14, 228:15, 241:9, 241:10, 248:22, 276:25
ONTO [1] - 228:11
OPEN [11] - 67:2, 67:13, 114:16, 129:13, 261:20, 261:21, 266:25, 267:2, 267:14, 267:21, 276:4
OPEN-TO-THE-PUBLIC [1] - 67:2
OPENS [2] - 3:1, 161:3
OPERABLE [1] - 235:18
OPINED [1] - 224:9
OPPORTUNITY [10] -

34:15, 61:1, 75:18,
87:17, 96:11,
138:19, 179:23,
222:10, 223:20,
269:2
**OPPOSED** [5] - 138:1,
139:15, 199:3,
256:13, 284:13
**OPPOSITION** [1] -
159:11
**OPTICAL** [5] - 68:22,
92:13, 120:3, 120:6,
120:9
**OPTION** [5] - 94:5,
123:9, 123:18,
124:19, 290:1
**OPTIONS** [12] - 17:7,
17:14, 22:11, 24:25,
29:16, 29:18, 29:20,
33:15, 34:21, 44:5,
148:25, 284:14
**OPTS** [1] - 222:7
**OR** [247] - 3:8, 4:19,
9:18, 11:18, 20:24,
20:25, 25:22, 26:15,
27:18, 27:22, 27:25,
34:16, 34:18, 35:17,
36:12, 36:13, 37:1,
37:3, 44:16, 55:4,
55:21, 56:10, 56:19,
56:20, 58:1, 58:25,
59:1, 61:23, 63:10,
64:4, 64:6, 64:16,
64:20, 64:22, 64:25,
65:1, 66:13, 70:11,
70:13, 70:14, 74:6,
74:15, 74:17, 75:8,
77:19, 79:12, 80:5,
80:23, 81:7, 81:9,
85:1, 86:4, 88:22,
89:13, 89:18, 91:15,
91:20, 94:21, 96:25,
97:3, 97:4, 99:20,
100:1, 100:20,
103:5, 103:21,
105:9, 107:18,
108:16, 111:22,
112:1, 113:16,
113:22, 113:25,
114:7, 114:12,
116:16, 117:12,
119:19, 119:20,
123:5, 124:5,
125:22, 127:18,
128:14, 129:5,
131:10, 132:5,
132:15, 132:20,
132:23, 132:24,
133:25, 135:13,
135:20, 136:4,

136:12, 136:13,
136:18, 137:1,
137:4, 137:21,
138:4, 138:6, 138:9,
138:15, 139:15,
139:23, 141:24,
143:16, 143:23,
144:3, 144:23,
145:8, 148:24,
150:16, 151:9,
155:21, 156:1,
158:25, 160:21,
161:18, 163:4,
166:18, 169:19,
169:20, 170:6,
171:13, 174:9,
174:11, 178:4,
180:4, 180:7, 181:7,
181:11, 182:9,
186:3, 186:6, 188:3,
188:6, 188:9, 189:4,
189:6, 189:25,
193:6, 194:22,
194:24, 195:7,
197:16, 197:17,
198:15, 198:16,
198:23, 198:24,
201:16, 202:4,
202:20, 203:5,
203:8, 207:4,
207:21, 209:3,
209:13, 209:14,
211:2, 211:19,
212:7, 212:16,
213:3, 213:4,
215:24, 216:5,
216:7, 216:17,
217:11, 223:15,
226:19, 227:3,
227:9, 228:5,
228:15, 229:7,
229:9, 230:10,
230:17, 234:20,
234:22, 234:23,
234:24, 235:16,
235:18, 236:15,
236:17, 237:1,
237:5, 239:5, 239:6,
240:25, 241:9,
242:2, 243:7, 244:3,
244:4, 246:16,
248:2, 248:13,
248:21, 249:9,
249:11, 249:20,
256:19, 261:13,
263:24, 263:25,
265:3, 265:10,
267:5, 269:3, 272:4,
278:22, 279:7,
279:15, 280:12,
281:1, 281:18,

285:5, 285:20,
286:14, 287:25
**ORALLY** [1] - 265:10
**ORDER** [8] - 37:25,
131:9, 161:22,
167:24, 210:20,
211:20, 211:22,
282:8
**ORDERED** [4] - 131:8,
131:11, 134:4,
176:24
**ORGANIZATION** [4] -
31:12, 147:11,
187:16, 187:18
**ORIENT** [1] - 21:19
**ORIGINAL** [7] - 70:25,
89:13, 91:8, 91:10,
146:1, 231:23,
291:10
**ORIGINALLY** [2] -
79:23, 129:17
**OTHER** [68] - 17:12,
18:21, 26:21, 29:21,
54:11, 56:18, 68:14,
71:1, 75:20, 78:19,
82:20, 85:9, 87:5,
88:16, 89:25, 99:2,
103:4, 108:17,
111:23, 125:8,
139:8, 139:9,
140:17, 149:14,
151:9, 151:11,
163:1, 166:14,
166:20, 188:19,
198:2, 198:3, 217:8,
217:19, 224:1,
225:16, 225:17,
229:8, 229:10,
230:10, 231:17,
234:25, 237:4,
245:24, 247:10,
247:15, 247:18,
248:9, 249:20,
250:20, 251:13,
253:19, 254:7,
262:8, 263:10,
263:17, 263:22,
268:14, 272:23,
273:21, 275:8,
279:14, 279:19,
281:1, 281:19,
283:2, 291:5
**OTHERS** [4] - 36:5,
170:9, 195:6, 267:9
**OTHERWISE** [1] -
259:23
**OUR** [58] - 3:24, 8:17,
10:6, 29:7, 29:17,
30:8, 31:4, 48:16,
48:18, 49:15, 57:5,

58:13, 72:16, 78:5,
78:23, 87:16, 90:8,
99:7, 106:16, 129:9,
138:3, 144:22,
145:2, 145:3,
145:10, 162:6,
163:23, 164:5,
178:11, 182:10,
192:17, 193:14,
195:12, 196:6,
197:9, 198:11,
200:19, 200:21,
201:8, 207:21,
208:4, 208:12,
209:17, 209:22,
211:8, 219:4, 225:9,
226:22, 228:22,
228:24, 235:12,
266:15, 268:22,
276:4, 276:6, 279:9,
279:18, 279:21
**OUT** [51] - 20:21,
22:13, 23:16, 29:7,
57:18, 65:15, 70:18,
70:19, 72:17, 73:8,
77:17, 78:4, 81:19,
83:24, 83:25, 98:12,
110:20, 110:23,
128:3, 129:17,
132:4, 132:14,
139:20, 143:24,
144:3, 144:13,
144:14, 154:3,
156:16, 161:18,
163:6, 167:21,
198:22, 198:23,
202:23, 205:2,
210:14, 218:13,
218:16, 227:18,
228:12, 234:11,
247:14, 247:15,
251:7, 258:24,
285:14, 289:24,
290:3, 290:4
**OUTCOME** [2] - 117:6,
118:3
**OUTFITTING** [1] -
130:1
**OUTPUT** [1] - 19:10
**OUTSET** [1] - 211:19
**OUTSIDE** [3] - 179:7,
179:16, 198:25
**OUTSTANDING** [1] -
189:17
**OVALS** [1] - 205:3
**OVER** [21] - 64:1,
64:10, 67:23, 72:6,
95:5, 97:3, 124:14,
125:19, 135:11,
144:8, 149:14,

161:19, 166:12,
182:22, 203:6,
203:9, 212:3,
215:23, 237:25,
276:8, 281:1
**OVERALL** [1] - 194:17
**OVERRULE** [2] - 5:18,
52:10
**OVERRULED** [15] -
29:12, 49:24, 50:10,
52:5, 54:1, 84:9,
97:25, 107:3,
182:17, 194:4,
199:23, 207:25,
221:12, 250:11,
258:6
**OVERSTATE** [1] -
131:15
**OVERSTATED** [2] -
122:19, 129:25
**OVERVIEW** [1] - 83:9
**OVERVOTES** [1] -
261:8
**OVERWHELMING** [1]
- 124:17
**OWN** [6] - 30:7, 32:9,
70:24, 94:4, 203:8,
228:17
**OWNERSHIP** [3] -
71:1, 94:14, 166:16

**P**

**PA** [11] - 1:9, 1:19, 2:3,
2:9, 2:14, 219:11,
220:14, 221:4,
222:8, 277:1, 281:13
**PAGE** [71] - 19:3,
19:18, 20:6, 21:8,
23:19, 26:24, 28:7,
54:8, 54:15, 55:10,
67:7, 69:8, 73:18,
74:11, 74:23, 75:22,
78:11, 78:23, 80:10,
81:12, 82:2, 82:8,
84:1, 84:2, 85:6,
88:21, 88:22, 91:19,
91:20, 94:20, 94:25,
95:15, 96:1, 96:13,
96:15, 96:16,
101:25, 103:1,
104:21, 104:24,
110:13, 114:5,
139:23, 144:13,
144:14, 148:15,
172:7, 195:24,
196:6, 200:12,
214:4, 222:19,
222:24, 228:1,
239:14, 242:24,

243:3, 258:15,
258:22, 259:21,
261:22, 262:13,
263:2, 265:18,
267:25, 269:17,
271:7, 292:14, 293:2
PAGES [3] - 88:25,
94:22, 95:1
PAID [2] - 81:1, 125:12
PAID-FOR-HOUR [1] -
81:1
PAINTING [1] - 195:19
PAINTINGS [1] -
291:10
PAPER [283] - 14:6,
14:16, 15:18, 15:21,
17:4, 17:7, 17:17,
17:21, 17:22, 19:5,
19:6, 19:11, 19:15,
20:1, 22:1, 23:23,
25:2, 27:5, 27:15,
28:9, 28:16, 29:3,
29:9, 29:14, 29:17,
29:23, 31:4, 33:13,
34:3, 34:19, 34:25,
49:17, 54:20, 54:21,
54:23, 54:24, 55:9,
57:3, 62:15, 63:9,
63:12, 64:6, 64:7,
64:22, 64:25, 65:1,
65:5, 65:12, 65:16,
66:8, 66:20, 69:2,
69:14, 69:18, 69:22,
70:13, 74:17, 74:18,
75:7, 75:8, 75:17,
81:3, 81:5, 84:19,
85:1, 85:2, 85:18,
86:23, 88:18, 89:2,
89:5, 89:8, 89:9,
89:11, 89:12, 89:23,
89:24, 90:3, 90:9,
90:16, 90:22, 91:6,
91:23, 92:1, 92:7,
92:8, 92:11, 92:12,
92:14, 92:15, 95:21,
96:5, 96:25, 97:21,
98:13, 99:3, 99:7,
99:20, 99:21, 100:4,
100:6, 100:12,
100:13, 100:16,
105:2, 106:23,
107:5, 107:10,
107:17, 107:18,
107:21, 108:1,
108:6, 108:7, 108:8,
108:13, 108:17,
110:17, 112:15,
113:4, 113:7,
113:22, 115:5,
115:8, 115:9,

115:25, 120:12,
120:14, 125:22,
135:20, 135:21,
135:25, 136:4,
136:18, 136:19,
137:1, 137:2, 138:6,
138:13, 138:14,
139:1, 139:3, 139:4,
139:8, 139:9,
139:10, 139:15,
139:16, 139:19,
140:11, 140:24,
141:1, 141:5, 141:9,
141:12, 141:15,
141:17, 144:7,
146:3, 146:6,
146:21, 148:16,
148:21, 148:24,
148:25, 149:4,
149:5, 167:18,
167:22, 168:1,
169:1, 169:11,
169:19, 169:23,
169:24, 170:5,
170:6, 170:10,
170:13, 170:19,
171:9, 171:14,
171:18, 171:22,
172:1, 172:3, 172:9,
172:17, 174:5,
180:5, 180:8,
180:15, 180:21,
181:11, 198:2,
199:21, 200:2,
200:4, 200:17,
201:2, 201:16,
201:20, 201:24,
202:6, 202:19,
208:23, 208:25,
212:2, 215:13,
217:5, 219:18,
220:24, 221:1,
221:18, 221:23,
222:4, 222:8,
227:10, 227:12,
228:5, 228:16,
228:25, 229:2,
229:9, 229:10,
229:14, 233:5,
233:7, 233:15,
233:21, 234:1,
235:1, 235:2, 235:6,
235:10, 235:13,
235:14, 235:17,
235:23, 235:25,
236:2, 236:3, 236:9,
236:15, 236:16,
236:19, 237:11,
239:15, 242:3,
242:7, 242:5, 243:6,
243:14, 243:17,

243:23, 243:25,
244:4, 248:3, 248:6,
256:10, 256:13,
284:17, 285:1, 285:5
PAPER-BASED [1] -
105:2
PAPERLESS [7] -
86:1, 86:4, 215:12,
219:20, 220:6,
243:15, 248:1
PAPERWORK [2] -
102:3, 239:2
PAPIANOU [2] - 2:2,
175:18
PARAGRAPH [89] -
14:2, 14:11, 19:4,
19:13, 20:6, 21:9,
23:20, 26:25, 35:4,
43:4, 43:5, 43:6,
43:22, 45:10, 45:17,
57:9, 57:11, 57:17,
57:18, 57:21, 57:22,
58:2, 61:11, 67:8,
67:22, 69:11, 70:8,
71:4, 84:1, 85:7,
105:23, 105:25,
109:4, 111:6,
137:20, 137:21,
140:13, 142:21,
142:22, 142:24,
143:3, 143:6,
143:12, 145:18,
151:25, 152:19,
154:14, 154:19,
155:6, 167:21,
167:24, 171:7,
171:13, 171:16,
171:17, 182:24,
183:1, 200:16,
221:7, 221:8, 224:2,
228:2, 231:16,
231:18, 231:25,
232:6, 232:13,
232:14, 233:13,
234:9, 234:10,
234:20, 235:4,
235:9, 236:8,
243:13, 245:13,
245:14, 251:8,
251:14, 251:15,
251:17, 257:2,
263:8, 278:9,
278:10, 284:24
PARDON [2] - 48:24,
60:19
PARENTHESES [7] -
219:21, 220:23,
220:24, 221:20,
221:22, 223:1, 223:2
PARK [1] - 134:13

PART [57] - 5:14, 11:9,
11:12, 15:13, 19:21,
42:1, 59:22, 63:15,
65:3, 65:17, 68:17,
74:20, 81:9, 81:25,
88:5, 93:4, 100:5,
103:18, 103:21,
104:22, 106:5,
106:24, 115:8,
115:9, 117:18,
120:4, 141:16,
144:20, 144:21,
168:20, 171:3,
176:8, 180:15,
181:9, 192:6,
192:25, 197:8,
199:5, 199:6, 204:6,
205:20, 209:17,
210:13, 211:13,
213:25, 216:8,
217:15, 219:9,
223:24, 226:19,
227:17, 230:19,
232:8, 236:13,
246:13, 265:5
PARTE [5] - 5:12,
175:20, 175:24,
176:20, 177:16
PARTICIPATED [4] -
165:8, 165:14,
199:14, 199:15
PARTICULAR [25] -
76:4, 86:15, 87:1,
94:12, 120:2,
120:10, 124:5,
126:18, 154:19,
169:8, 170:11,
175:22, 183:20,
198:24, 201:23,
207:17, 219:22,
241:6, 245:15,
246:8, 256:19,
261:25, 262:4,
262:7, 270:25
PARTICULARLY [2] -
227:13, 290:3
PARTIES [20] - 3:8,
3:19, 12:16, 12:20,
98:6, 109:21,
111:23, 137:21,
160:18, 160:24,
166:5, 175:2, 175:7,
181:25, 185:13,
198:21, 218:15,
232:20, 253:9,
288:11
PARTIES' [1] - 169:7
PARTNERS [1] -
279:10
PARTS [1] - 56:18

PARTY [9] - 114:23,
114:24, 126:5,
174:1, 261:7,
262:11, 275:9,
276:6, 277:2
PASS [2] - 33:10,
269:6
PASSED [2] - 225:8,
248:7
PAST [7] - 67:23,
162:19, 200:5,
201:3, 202:6,
202:10, 234:5
PATH [26] - 15:14,
57:1, 57:6, 58:10,
58:14, 58:23, 60:1,
60:5, 61:6, 61:16,
61:23, 98:5, 98:10,
100:2, 100:5,
150:23, 151:13,
168:2, 180:24,
200:1, 211:24,
215:15, 224:14,
234:17, 234:18,
246:11
PAUL [1] - 1:10
PDF [1] - 176:1
PEDRO [1] - 1:6
PENDING [1] - 191:17
PENNSYLVANIA [64] -
1:2, 14:12, 32:14,
32:15, 33:6, 34:8,
36:10, 37:18, 38:9,
49:16, 62:4, 63:8,
66:16, 67:6, 68:11,
70:12, 71:22, 71:23,
74:16, 77:14, 79:15,
79:23, 81:2, 86:3,
86:19, 87:22,
104:17, 108:11,
111:10, 113:17,
113:22, 114:23,
117:17, 119:15,
119:17, 119:18,
125:19, 140:22,
140:25, 141:6,
141:13, 143:10,
155:19, 180:5,
180:7, 181:6, 181:8,
207:21, 215:7,
215:16, 215:21,
226:25, 235:5,
236:22, 237:7,
237:8, 237:12,
237:15, 246:15,
262:9, 262:10,
275:9, 277:1
PENNSYLVANIA'S [4]
- 69:13, 194:17,
240:3, 259:3

PEOPLE [17] - 13:4,
25:3, 33:8, 33:11,
68:14, 120:15,
122:24, 123:5,
123:6, 133:8, 160:7,
174:17, 187:19,
199:16, 267:18,
288:23
PER [3] - 134:4,
206:18, 271:19
PERCENT [8] - 39:17,
39:20, 66:25,
117:12, 118:1,
157:15
PERFECTLY [1] -
195:15
PERFORM [1] -
271:16
PERHAPS [6] - 9:2,
47:2, 93:23, 183:13,
221:3, 247:1
PERIOD [7] - 40:23,
40:24, 41:17, 260:7,
266:2, 269:25,
279:16
PERMISSIBLE [1] -
241:12
PERMISSION [2] -
223:7, 226:5
PERSON [13] - 30:12,
30:15, 123:4,
123:10, 125:24,
126:3, 162:15,
255:5, 255:10,
259:23, 261:24,
262:25, 271:15
PERSONALLY [6] -
11:21, 13:24, 153:4,
165:23, 186:3, 187:2
PERSONNEL [4] -
62:7, 66:16, 67:6,
130:18
PERSPECTIVE [7] -
127:17, 166:16,
195:12, 195:14,
204:9, 217:16,
228:24
PERSUADE [2] -
199:7, 199:10
PERTAINS [1] - 242:2
PETITION [8] - 187:11,
187:15, 188:1,
188:5, 188:17,
189:17, 189:25,
191:18
PFAUTZ [1] - 2:12
PHASING [1] - 210:14
PHILADELPHIA [57] -
1:9, 1:19, 2:3, 2:9,
2:13, 2:14, 2:15,

26:8, 26:20, 29:8,
39:17, 39:21, 45:12,
45:19, 45:24, 46:6,
47:13, 116:17,
117:18, 124:4,
124:13, 124:20,
126:13, 126:16,
126:18, 127:2,
128:9, 128:14,
128:19, 129:22,
130:13, 130:15,
132:7, 132:14,
133:23, 139:2,
158:16, 158:18,
159:15, 159:23,
160:2, 174:19,
188:19, 188:23,
193:5, 193:7,
203:22, 203:24,
204:4, 204:12,
204:16, 244:12,
264:17, 264:21,
270:3, 270:10,
290:12
PHILLY [1] - 130:3
PHONE [11] - 214:17,
217:20, 218:3,
218:7, 218:8,
218:10, 218:20,
218:22, 218:24,
246:19, 246:21
PHRASED [3] - 61:13,
216:4
PHRASEOLOGY [2] -
173:5, 174:3
PICK [1] - 48:20
PICKED [2] - 129:4,
267:13
PICTURE [1] - 114:3
PIECE [29] - 17:6,
19:5, 27:14, 28:16,
29:3, 29:14, 29:23,
34:3, 119:15,
139:19, 144:7,
146:3, 146:6,
148:24, 170:5,
171:22, 199:21,
200:17, 201:16,
201:19, 201:24,
201:25, 233:5,
233:7, 234:1,
235:13, 236:1,
236:3, 242:6
PIECES [7] - 61:5,
61:21, 151:11,
170:10, 228:25,
229:2, 256:10
PILOT [3] - 116:18,
117:15, 117:19
PILOTED [1] - 118:2

PLACE [17] - 34:12,
38:4, 66:9, 69:15,
73:21, 93:22, 105:2,
120:17, 124:25,
129:6, 130:6,
130:18, 182:5,
182:9, 276:8,
276:12, 283:4
PLACES [8] - 92:16,
130:2, 130:9, 134:2,
159:8, 224:13
PLAIN [1] - 116:15
PLAINLY [1] - 34:3
PLAINTIFF [7] - 5:12,
99:6, 109:1, 152:18,
199:4, 208:9, 271:18
PLAINTIFF'S [10] -
8:5, 16:17, 22:16,
22:19, 48:1, 92:19,
92:23, 93:19,
144:12, 148:14
PLAINTIFFS [79] - 1:4,
1:16, 2:4, 55:21,
56:9, 57:9, 57:25,
59:1, 59:20, 60:4,
93:9, 98:9, 99:5,
100:13, 100:18,
100:21, 102:12,
103:12, 103:17,
105:13, 108:25,
110:22, 142:7,
146:14, 150:24,
153:1, 153:5, 153:8,
153:23, 154:15,
154:22, 167:2,
168:18, 168:18,
171:1, 173:21,
177:1, 177:23,
184:16, 185:17,
186:1, 186:17,
186:20, 187:4,
189:20, 190:1,
192:18, 193:17,
194:23, 199:10,
208:16, 208:18,
209:4, 211:1,
248:18, 248:24,
249:5, 250:2,
250:17, 251:20,
252:1, 252:7,
252:11, 255:14,
257:4, 257:21,
258:4, 265:18,
277:18, 278:16,
279:2, 279:5,
280:21, 280:25,
281:7, 281:16,
282:15
PLAINTIFFS' [36] -
9:14, 61:3, 97:16,

147:5, 175:14,
175:21, 175:24,
178:10, 179:2,
179:5, 180:3,
180:20, 182:11,
186:2, 190:11,
191:4, 191:8,
191:21, 191:24,
192:23, 193:22,
194:1, 194:16,
195:4, 195:11,
197:10, 197:21,
199:7, 199:19,
211:16, 229:7,
230:1, 238:7,
239:10, 247:6, 258:9
PLAINTIFFS/
DEFENDANTS [1] -
3:14
PLAN [2] - 75:23,
259:22
PLANE [1] - 253:19
PLANNING [1] - 80:17
PLANS [2] - 68:4,
68:16
PLEASE [27] - 3:2,
10:10, 16:17, 42:15,
48:12, 54:18, 57:11,
110:7, 121:15,
134:21, 152:1,
161:4, 175:10,
175:14, 184:4,
186:10, 191:3,
239:6, 253:11,
259:22, 261:25,
284:20, 285:7,
285:23, 286:22,
286:25, 287:13
PLEASED [4] -
179:22, 211:25,
215:20, 234:18
PLEASES [1] - 215:19
PLUS [1] - 157:2
POCKET [2] - 21:18,
21:22
POINT [72] - 46:6,
61:24, 62:17, 66:2,
69:5, 70:4, 71:18,
72:10, 77:5, 77:8,
83:2, 83:24, 83:25,
86:6, 86:8, 93:4,
100:1, 104:1,
105:17, 114:4,
114:16, 133:21,
135:18, 138:11,
138:14, 139:11,
139:18, 144:3,
144:13, 144:14,
146:14, 151:14,
154:18, 163:22,

166:17, 170:4,
172:6, 173:14,
173:15, 174:4,
176:14, 180:23,
181:7, 185:17,
192:11, 192:16,
198:14, 202:11,
210:13, 211:7,
215:25, 217:12,
219:10, 219:25,
223:12, 224:20,
229:5, 235:9, 237:2,
244:12, 250:3,
250:17, 257:14,
264:20, 265:15,
272:21, 274:5,
274:6, 278:14,
281:17, 282:12,
283:22
POINTED [3] - 92:19,
143:24, 146:10
POINTING [1] - 152:8
POINTS [1] - 156:16
POLL [15] - 38:24,
39:8, 77:15, 78:21,
94:9, 123:14,
124:15, 125:13,
127:15, 128:2,
129:24, 130:4,
130:6, 219:11,
243:19
POLLING [13] - 34:12,
92:16, 105:2,
120:17, 130:2,
130:6, 130:9, 134:2,
159:8, 238:1,
248:14, 248:22
POLLS [2] - 33:9,
36:24
POPPED [1] - 186:19
POPULATION [2] -
39:17, 39:21
PORTION [10] - 56:17,
56:20, 89:20, 90:3,
230:8, 230:10,
230:12, 233:25,
249:17, 261:9
PORTIONS [1] -
249:21
POSITION [8] - 11:3,
176:19, 177:8,
199:8, 207:19,
208:5, 209:22, 210:8
POSITIONS [1] -
175:7
POSSIBILITY [1] -
159:22
POSSIBLE [15] - 43:9,
76:24, 84:18,
109:24, 124:8,

130:13, 130:15, 130:17, 131:6, 158:16, 158:18, 162:22, 221:16, 279:22, 288:16
POSSIBLY [2] - 124:21, 129:15
POST [5] - 84:20, 101:11, 151:12, 255:8, 284:1
POST-ELECTION [3] - 84:20, 151:12, 284:1
POSTED [18] - 53:21, 72:15, 72:16, 78:5, 95:13, 101:15, 105:9, 186:20, 238:20, 240:10, 285:15, 285:16, 285:20, 286:13, 286:15, 287:7, 287:25, 288:1
POSTPONED [1] - 262:5
POTENTIAL [3] - 173:16, 173:17, 173:24
POTENTIALLY [1] - 123:3
POWERPOINT [1] - 139:7
PRACTICES [2] - 32:1, 247:16
PRECEDED [2] - 168:21, 171:4
PRECERTIFICATION [7] - 14:22, 107:19, 168:5, 170:1, 231:24, 232:4, 234:4
PRECINCT [8] - 19:14, 34:14, 116:6, 119:5, 122:13, 123:5, 256:3
PRECINCTS [2] - 124:15, 129:23
PRECISELY [1] - 210:18
PREDATES [1] - 249:8
PREDATING [1] - 138:12
PREDECESSOR [1] - 139:24
PREFER [2] - 109:23, 109:25
PREFERABLY [3] - 66:9, 66:23, 69:15
PREJUDICE [6] - 192:24, 194:25, 197:17, 198:15, 209:3, 209:15
PREPARATIONS [1] - 125:7

PREPARE [4] - 138:19, 138:23, 175:2, 176:23
PREPARED [6] - 18:19, 18:21, 42:3, 161:8, 176:11, 204:1
PREPARING [3] - 185:6, 205:15, 214:19
PRESENT [1] - 263:16
PRESENTATION [2] - 3:25, 243:6
PRESENTATIONS [3] - 139:7, 139:8, 139:9
PRESENTED [4] - 67:17, 67:18, 83:8, 96:10
PRESIDENT [3] - 88:12, 116:10, 116:11
PRESIDENTIAL [8] - 38:23, 38:25, 39:9, 124:24, 125:4, 125:5, 125:7, 125:15
PRESS [11] - 20:20, 29:7, 52:2, 66:6, 69:8, 69:23, 111:1, 139:2, 139:3, 154:4, 239:23
PRESSURE [1] - 125:13
PRESUMABLY [3] - 15:20, 132:2, 203:8
PRESUME [2] - 42:3, 173:21
PRETRIAL [2] - 161:9, 254:2
PRETTY [4] - 127:13, 154:4, 180:17, 240:5
PREVENT [1] - 261:7
PREVIOUS [7] - 58:11, 69:19, 103:1, 103:2, 214:19, 266:20, 277:25
PREVIOUSLY [4] - 16:9, 41:2, 101:21, 219:14
PRIMARILY [3] - 86:4, 94:15, 255:5
PRIMARY [21] - 38:23, 38:25, 39:9, 42:21, 56:20, 57:7, 59:9, 126:7, 129:19, 131:1, 131:12, 131:19, 131:23, 133:19, 164:1, 189:4, 211:9, 241:6, 241:9, 255:10, 269:24
PRINCIPLE [1] - 56:21

PRINT [7] - 21:10, 63:12, 132:23, 145:19, 172:15, 221:18, 236:1
PRINTED [16] - 19:19, 20:3, 20:10, 20:24, 20:25, 22:13, 23:21, 24:8, 27:7, 145:22, 149:1, 222:11, 227:11, 228:17, 236:7, 241:7
PRINTER [9] - 20:10, 21:11, 27:4, 28:10, 172:10, 172:15, 200:21, 201:10, 201:12
PRINTHEAD [8] - 200:4, 200:5, 200:18, 201:3, 202:6, 202:8, 202:10, 202:12
PRINTING [6] - 20:9, 105:4, 169:18, 222:3, 227:14, 283:25
PRINTOUT [1] - 284:5
PRINTS [12] - 20:14, 23:16, 27:5, 28:8, 169:1, 169:10, 171:14, 171:18, 172:8, 228:11, 233:6, 284:14
PRIOR [7] - 62:11, 93:21, 102:7, 182:19, 247:14, 247:24, 277:20
PRIORITIES [1] - 279:19
PRIORITIZE [1] - 281:1
PRIVILEGE [2] - 205:19, 206:6
PRIVILEGED [1] - 205:17
PROBABILITY [1] - 76:9
PROBABLY [15] - 44:18, 71:9, 109:15, 134:4, 159:17, 163:2, 194:9, 202:25, 206:19, 237:1, 253:15, 278:7, 279:16, 289:1
PROBLEM [6] - 65:23, 99:16, 162:19, 240:25, 241:25, 242:24
PROBLEMS [3] - 41:20, 240:16
PROCEEDING [3] -

177:4, 177:15, 285:12
PROCEEDINGS [3] - 1:21, 254:4, 291:15
PROCESS [48] - 4:2, 12:20, 14:22, 15:13, 44:5, 59:8, 59:10, 70:23, 70:24, 76:11, 77:3, 77:19, 79:13, 80:18, 83:9, 94:1, 94:5, 107:19, 124:22, 127:4, 132:4, 132:8, 132:12, 154:23, 168:6, 168:7, 168:20, 170:1, 171:4, 197:8, 204:6, 204:8, 206:16, 223:2, 225:10, 231:24, 232:4, 232:6, 232:22, 242:19, 247:17, 249:14, 249:15, 249:23, 251:21, 255:14, 271:20, 280:7
PROCESSES [3] - 19:15, 20:1, 145:23
PROCURE [2] - 71:2, 94:18
PROCUREMENT [5] - 70:23, 94:5, 132:8, 132:12, 160:6
PROCURING [1] - 94:5
PRODUCE [19] - 14:18, 17:6, 17:18, 35:4, 65:5, 84:19, 107:14, 133:16, 133:21, 159:4, 168:3, 169:9, 177:1, 178:3, 201:15, 233:24, 272:19, 275:20, 276:15
PRODUCED [28] - 1:22, 17:21, 19:6, 22:7, 24:7, 24:22, 85:2, 89:13, 90:1, 91:8, 91:10, 141:4, 146:13, 170:10, 171:22, 181:6, 212:7, 217:5, 229:2, 235:3, 241:15, 248:2, 248:12, 250:21, 272:16, 274:18, 274:23, 277:5
PRODUCES [3] - 29:14, 35:20, 55:12
PRODUCTION [1] -

243:7
PRODUCTS [1] - 23:9
PROFESSIONAL [1] - 85:9
PROFESSIONALS [1] - 84:15
PROFESSOR [1] - 88:13
PROGRAM [3] - 40:15, 106:16, 272:6
PROGRAMMED [1] - 222:7
PROGRESS [2] - 102:4, 239:2
PROHIBIT [1] - 221:5
PROJECT [1] - 124:18
PROMISED [1] - 92:23
PROMPTLY [1] - 271:19
PROPOSED [5] - 55:21, 57:25, 219:23, 245:16, 246:1
PROPRIETARY [5] - 266:18, 267:12, 269:3, 280:1, 280:17
PROTECT [1] - 76:2
PROTECTING [2] - 52:1, 85:12
PROTECTION [1] - 285:1
PROTECTIONS [2] - 71:1, 94:12
PROVIDE [28] - 36:23, 36:25, 60:3, 75:18, 95:20, 95:22, 179:25, 187:2, 191:24, 200:16, 211:20, 213:12, 216:16, 219:1, 221:4, 245:25, 248:5, 249:24, 250:18, 251:23, 263:12, 265:15, 275:25, 279:8, 282:8, 285:1, 286:17
PROVIDED [35] - 4:13, 57:9, 60:2, 86:22, 106:15, 140:14, 181:2, 181:4, 187:4, 197:3, 200:15, 212:7, 212:11, 212:13, 215:13, 215:14, 216:2, 216:23, 219:14, 220:7, 220:18, 225:11, 227:3, 229:24, 231:2, 232:17, 250:13, 251:5, 257:22,

270:23, 274:10, 274:16, 280:14, 281:22, 282:6
PROVIDES [8] - 75:1, 90:4, 105:3, 122:18, 165:5, 233:22, 249:5, 252:19
PROVIDING [9] - 62:15, 98:8, 219:8, 226:23, 249:18, 269:2, 280:21, 280:22, 283:6
PROVISION [7] - 143:6, 143:15, 233:14, 233:17, 233:22, 235:18, 236:24
PROVISIONAL [5] - 34:7, 34:10, 34:11, 34:16, 34:19
PROVISIONS [4] - 166:15, 166:20, 236:13, 236:21
PRUDENT [1] - 109:20
PUBLIC [22] - 54:3, 67:2, 67:13, 72:12, 95:11, 105:7, 127:9, 127:10, 128:3, 238:22, 249:21, 261:20, 261:21, 267:1, 267:2, 267:8, 267:15, 267:21, 268:4, 268:5, 276:4
PUBLICLY [6] - 72:12, 78:7, 95:13, 238:2, 238:20, 240:10
PUDLIN [1] - 2:7
PULL [1] - 98:15
PULLED [1] - 116:19
PURCHASE [3] - 64:13, 64:15, 123:22
PURCHASED [6] - 64:4, 64:20, 70:11, 74:15, 228:8, 244:13
PURCHASING [2] - 93:20, 223:2
PURPORTED [1] - 5:11
PURPOSE [5] - 67:1, 100:13, 108:24, 198:20, 221:17
PURPOSES [3] - 61:22, 89:12, 218:10
PURSUANT [1] - 191:22
PUSH [1] - 48:4
PUT [24] - 20:21, 29:7, 48:2, 70:18, 70:19, 77:17, 77:18, 78:4, 121:21, 125:13,

129:6, 130:16, 130:17, 130:19, 137:19, 161:12, 162:14, 181:25, 232:24, 236:25, 251:19, 280:4, 285:13
PUTTING [1] - 283:13
PX [8] - 3:20, 8:7, 9:14, 146:24, 147:4, 238:12, 282:19, 292:17

**Q**

QR [13] - 36:12, 36:25, 37:3, 112:4, 113:25, 118:14, 118:24, 118:25, 119:9, 119:19, 120:7, 132:24, 155:20
QUALIFY [1] - 217:10
QUALITATIVE [1] - 76:7
QUALITATIVELY [1] - 77:2
QUALMS [1] - 30:25
QUARTER [2] - 129:23, 129:24
QUESTION [64] - 5:16, 9:18, 25:18, 27:18, 32:25, 34:6, 35:2, 40:10, 40:11, 46:8, 71:15, 73:5, 91:18, 98:1, 98:18, 115:12, 122:7, 131:2, 131:4, 131:5, 132:7, 133:12, 133:14, 134:3, 134:8, 136:12, 136:14, 137:16, 142:11, 143:14, 146:9, 147:14, 147:18, 154:6, 155:4, 156:19, 158:2, 158:20, 158:21, 170:17, 180:6, 181:10, 182:8, 199:25, 200:6, 200:20, 204:1, 206:3, 206:5, 206:8, 207:4, 209:12, 245:12, 245:23, 246:5, 246:9, 246:16, 247:22, 252:16, 266:5, 270:17, 276:14, 287:20
QUESTIONING [6] - 71:9, 122:7, 135:3,

135:5, 176:15, 248:19
QUESTIONS [20] - 47:20, 54:12, 58:23, 62:5, 115:23, 124:4, 130:11, 134:16, 151:22, 155:13, 160:10, 160:12, 195:16, 199:20, 204:21, 209:24, 245:5, 252:22, 260:17, 277:8
QUEUEING [1] - 130:5
QUICK [4] - 226:8, 247:25, 248:7, 248:8
QUICKLY [6] - 37:20, 84:17, 124:23, 163:14, 255:16, 279:22
QUITE [1] - 224:10
QUOTATION [1] - 111:6
QUOTE [41] - 19:6, 19:13, 20:7, 23:20, 24:8, 27:4, 27:15, 28:8, 35:5, 136:18, 137:1, 138:14, 145:12, 145:18, 145:22, 148:24, 152:16, 152:24, 168:25, 171:8, 171:14, 172:8, 191:21, 191:22, 196:16, 243:5, 243:9, 245:14, 259:22, 263:9, 265:21, 266:11, 266:14, 268:14, 268:17, 269:1, 269:19, 271:12, 273:20

**R**

RAISED [2] - 242:15, 246:16
RAISES [2] - 241:5, 243:2
RAISING [1] - 224:2
RAMACHANDRAN [1] - 30:19
RAMACHANDRAN'S [1] - 30:20
RARE [1] - 267:4
RATHER [4] - 94:4, 183:3, 244:2, 282:20
RE [3] - 53:5, 111:22, 144:3
RE-EXAMINATION [3] - 53:5, 111:22, 144:3

REACHED [1] - 150:25
REACHING [1] - 258:24
READ [48] - 15:25, 19:21, 36:21, 54:18, 63:24, 63:25, 64:12, 66:3, 69:11, 69:20, 70:4, 74:13, 84:13, 85:7, 89:5, 89:8, 90:18, 90:22, 91:7, 91:20, 92:3, 95:18, 110:16, 111:9, 116:7, 116:20, 118:24, 120:12, 121:25, 132:23, 138:8, 152:14, 168:5, 172:11, 184:21, 200:23, 200:24, 201:5, 201:7, 219:7, 221:8, 222:20, 223:9, 227:24, 243:8, 284:19
READABLE [13] - 89:14, 89:19, 90:3, 90:12, 90:13, 91:12, 91:14, 116:15, 119:17, 169:3, 169:12, 171:20, 234:2
READER [6] - 36:22, 37:7, 80:13, 81:10, 81:20, 288:3
READERS [4] - 36:23, 36:25, 37:1
READING [3] - 89:21, 155:5, 285:4
READS [3] - 14:11, 114:7, 232:3
READY [2] - 145:19, 192:12
REALLY [15] - 31:18, 58:11, 65:12, 65:18, 86:10, 87:4, 122:19, 124:20, 131:16, 174:18, 192:10, 199:25, 216:11, 216:13, 280:15
REAPPROVED [1] - 196:18
REASON [4] - 52:3, 192:6, 203:18, 262:5
REASONABLE [1] - 220:25
REASONS [4] - 33:9, 37:11, 37:16, 123:13
RECALL [44] - 53:4, 56:5, 56:9, 58:24, 67:17, 90:20,

105:16, 127:19, 134:1, 174:25, 175:1, 175:4, 178:14, 178:16, 181:23, 183:19, 183:22, 185:18, 186:18, 189:21, 193:21, 195:1, 212:20, 213:3, 214:17, 214:24, 215:1, 215:4, 215:5, 215:17, 215:24, 225:2, 225:24, 226:2, 226:3, 232:22, 241:20, 241:23, 241:24, 246:6, 247:2, 247:8, 265:11, 265:12
RECEIPT [3] - 108:10, 108:23, 248:3
RECEIPTS [2] - 235:1, 235:2
RECEIVE [6] - 110:20, 189:19, 190:3, 207:22, 266:11, 266:14
RECEIVED [11] - 107:25, 187:10, 188:2, 197:20, 207:9, 218:21, 225:20, 245:11, 271:21, 271:23, 281:16
RECEIVING [1] - 208:2
RECENT [1] - 85:24
RECENTLY [2] - 221:25, 283:4
RECERTIFICATION [10] - 25:8, 25:15, 25:23, 26:25, 30:14, 111:21, 144:4, 144:6, 146:2, 173:6
RECERTIFIED [2] - 188:9, 196:24
RECERTIFY [4] - 188:3, 188:19, 189:8, 192:8
RECESS [5] - 48:11, 134:20, 161:2, 162:21, 253:10
RECIPIENTS [1] - 67:3
RECOGNITION [3] - 120:3, 120:6, 120:9
RECOGNIZE [5] - 54:9, 60:11, 233:2, 258:10, 286:7
RECOGNIZING [1] - 162:12
RECOLLECTION [5] -

42:18, 43:4, 261:17, 264:12, 264:13
RECOMMEND [2] - 41:21, 159:17
RECOMMENDATION [1] - 87:7
RECOMMENDATIONS [1] - 87:9
RECOMMENDS [1] - 85:14
RECONSIDER [2] - 207:18, 229:11
RECORD [96] - 10:11, 14:19, 15:18, 15:22, 27:6, 27:7, 27:16, 28:2, 28:9, 28:17, 29:23, 30:1, 30:24, 35:5, 49:17, 55:12, 63:2, 63:13, 64:7, 64:22, 65:1, 65:6, 66:8, 69:14, 69:18, 69:22, 70:13, 70:15, 74:18, 75:8, 84:19, 85:3, 89:24, 90:16, 91:8, 91:10, 91:15, 95:21, 96:5, 96:9, 97:1, 98:14, 100:6, 100:12, 102:13, 105:5, 107:6, 107:14, 107:16, 108:8, 108:9, 116:14, 116:16, 135:21, 135:25, 136:4, 136:19, 137:2, 138:7, 139:9, 139:16, 145:1, 155:14, 165:17, 168:3, 169:1, 169:10, 169:11, 169:19, 169:23, 169:25, 170:6, 171:14, 171:19, 171:23, 172:1, 172:3, 172:9, 172:15, 172:18, 172:21, 172:24, 173:2, 177:12, 180:1, 233:21, 233:24, 241:15, 243:11, 250:21, 267:15, 284:17, 291:15
RECORDED [10] - 1:21, 14:16, 63:1, 117:1, 118:3, 168:1, 169:2, 169:12, 171:19, 233:15
RECORDING [3] - 62:21, 102:16, 259:24

RECORDS [17] - 35:19, 66:21, 84:3, 89:10, 89:13, 106:23, 107:18, 115:1, 119:8, 139:16, 181:9, 181:15, 217:6, 233:19, 236:9, 244:4, 248:11
RECOUNT [5] - 116:16, 117:10, 117:11, 156:1, 157:1
RECOUNTED [1] - 89:18
RECOUNTS [2] - 90:4, 91:15
RECROSS [2] - 109:18, 292:2
REDACTION [1] - 280:7
REDACTIONS [1] - 280:7
REDIRECT [4] - 134:18, 134:25, 245:7, 292:2
REEXAMINATION [10] - 173:4, 173:25, 174:2, 188:8, 191:18, 191:19, 192:8, 192:14, 193:15, 197:3
REEXAMINE [6] - 187:11, 188:1, 188:6, 188:17, 189:18, 190:1
REEXAMINED [3] - 192:1, 196:17, 196:23
REFER [15] - 28:22, 29:8, 87:1, 89:13, 92:3, 117:15, 168:23, 169:22, 170:18, 170:21, 171:21, 171:25, 202:14, 264:1, 264:3
REFERENCE [8] - 20:23, 69:17, 71:4, 104:22, 110:13, 129:3, 175:23, 239:14
REFERENCED [2] - 82:5, 214:18
REFERENCES [6] - 20:24, 89:12, 221:14, 227:9, 227:10, 228:4
REFERENCING [2] - 222:15, 284:14
REFERRED [24] - 19:5, 27:14, 27:25,

28:1, 31:23, 53:3, 66:13, 72:9, 83:12, 87:1, 88:2, 88:4, 93:21, 94:2, 100:15, 109:4, 135:19, 136:21, 146:3, 146:19, 148:3, 170:5, 170:9, 231:8
REFERRING [16] - 24:6, 29:19, 55:10, 67:24, 84:24, 93:5, 93:25, 102:5, 104:12, 119:23, 128:23, 141:3, 223:10, 242:6, 243:22, 278:10
REFERS [8] - 17:25, 65:11, 67:8, 67:22, 71:21, 72:3, 73:14, 142:15
REFLECT [2] - 169:20, 182:23
REFLECTED [1] - 231:6
REFLECTING [1] - 56:10
REFLECTS [5] - 37:5, 156:7, 156:12, 157:9, 166:5
REFORMS [1] - 111:11
REFRESH [3] - 42:18, 43:4, 110:13
REFUSED [1] - 63:5
REGARDING [6] - 200:20, 259:3, 259:24, 266:16, 278:16, 278:20
REGARDLESS [2] - 44:17, 133:7
REGARDS [1] - 31:20
REGISTER [3] - 34:13, 65:18, 233:21
REGISTERED [2] - 63:1, 99:24
REGISTERS [2] - 233:19, 235:22
REGISTRATION [1] - 125:20
REGULAR [1] - 77:16
REGULARLY [1] - 24:10
REINFORCES [1] - 70:10
REJECT [1] - 275:14
RELATED [2] - 25:14, 25:15
RELATES [2] - 91:6, 119:20
RELATING [1] -

151:10
RELATIONSHIP [2] - 73:1, 87:14
RELAY [1] - 226:14
RELAYED [1] - 82:23
RELEASE [9] - 20:21, 29:7, 66:6, 69:9, 111:1, 139:2, 139:3, 239:23, 281:14
RELEASES [2] - 69:23, 154:4
RELEVANCE [4] - 8:17, 8:22, 49:23, 50:9
RELEVANT [5] - 8:15, 52:8, 94:10, 276:25, 278:14
RELIEF [1] - 192:18
RELYING [1] - 280:18
REMAIN [2] - 9:19, 165:17
REMAINING [1] - 86:4
REMAINS [1] - 208:5
REMEMBER [35] - 35:1, 42:22, 63:17, 108:21, 108:22, 112:5, 135:5, 144:6, 149:19, 158:19, 158:21, 174:23, 174:25, 178:22, 179:6, 179:16, 179:19, 182:11, 193:23, 193:25, 194:10, 194:16, 194:19, 196:25, 198:18, 199:13, 199:17, 199:19, 199:24, 208:1, 247:9, 251:10, 251:12, 259:9, 259:11
REMINDED [1] - 118:16
REMOVE [1] - 224:8
REMOVED [3] - 223:22, 224:17, 232:6
RENDER [1] - 221:3
RENEW [1] - 147:7
RENUMBERED [1] - 231:17
REPEATEDLY [3] - 146:2, 170:5, 180:23
REPLACE [7] - 42:20, 43:9, 43:13, 57:1, 84:18, 133:3, 159:10
REPLACED [1] - 62:13
REPLACEMENT [1] - 83:10

REPLACING [1] - 150:19
REPLY [2] - 163:24, 164:6
REPORT [70] - 16:21, 25:8, 26:16, 26:19, 77:15, 77:16, 78:3, 78:18, 85:12, 85:13, 86:25, 87:2, 87:9, 87:14, 88:2, 88:5, 88:18, 89:6, 89:12, 91:7, 91:10, 91:13, 92:4, 101:11, 101:12, 101:15, 102:3, 102:7, 103:2, 111:17, 111:20, 144:4, 144:7, 144:22, 145:3, 145:10, 145:11, 173:6, 192:13, 192:14, 193:14, 193:15, 197:3, 219:11, 219:12, 219:13, 220:19, 225:11, 225:13, 227:18, 239:1, 239:9, 239:11, 239:18, 239:22, 253:12, 255:3, 257:8, 257:13, 257:23, 265:4, 268:23, 275:24, 281:6, 281:13, 285:21, 286:11, 287:10, 287:21
REPORTER [3] - 1:18, 196:17, 291:18
REPORTS [7] - 16:24, 17:20, 153:11, 257:22, 285:13, 285:16
REPRESENT [3] - 46:15, 162:5, 209:20
REPRESENTATION [2] - 46:17, 90:1
REPRESENTATIONS [1] - 89:25
REPRESENTATIVE [3] - 36:4, 116:10, 277:24
REPRESENTATIVES [2] - 127:12, 145:5
REPRESENTED [2] - 42:13, 43:8
REPRESENTING [1] - 161:25
REQUEST [19] - 111:21, 173:25, 193:16, 266:22, 268:9, 268:10,

269:9, 269:11, 269:18, 270:21, 271:25, 272:3, 272:10, 273:15, 277:6, 279:12, 281:3, 282:15, 282:18
**REQUESTED** [4] - 109:7, 271:14, 274:14, 280:8
**REQUESTS** [2] - 277:17, 279:11
**REQUIRE** [6] - 57:1, 58:7, 125:23, 222:8, 223:16, 236:16
**REQUIRED** [19] - 30:2, 30:4, 31:3, 38:6, 58:12, 94:17, 116:19, 122:11, 123:21, 126:7, 135:24, 136:17, 167:20, 171:9, 190:7, 191:19, 235:18, 235:25
**REQUIREMENT** [8] - 34:25, 95:19, 96:3, 96:14, 96:21, 160:3, 252:6, 252:10
**REQUIREMENTS** [12] - 14:8, 15:4, 15:7, 15:8, 15:12, 34:24, 93:9, 94:11, 95:16, 96:1, 96:7, 170:2
**REQUIRES** [7] - 15:21, 32:14, 35:4, 104:17, 117:11, 167:18, 243:4
**REQUIRING** [5] - 61:6, 127:20, 135:20, 137:1, 143:9
**RESEARCH** [1] - 124:21
**RESERVE** [2] - 8:17, 9:2
**RESERVED** [1] - 52:7
**RESILIENCY** [9] - 64:19, 65:10, 65:11, 65:12, 65:13, 65:19, 96:20, 96:23
**RESILIENT** [2] - 37:23, 64:15
**RESOLUTION** [1] - 199:1
**RESOLVE** [2] - 193:10, 198:25
**RESOLVED** [2] - 178:15, 246:19
**RESOURCES** [1] - 125:7
**RESPECT** [3] -

154:16, 200:18, 226:3
**RESPOND** [15] - 190:11, 190:14, 191:4, 192:12, 198:8, 245:21, 266:8, 268:8, 268:12, 270:20, 272:3, 273:1, 273:17, 280:6, 280:18
**RESPONDED** [6] - 190:16, 245:19, 261:23, 268:9, 272:5, 272:13
**RESPONDS** [1] - 268:1
**RESPONSE** [35] - 37:24, 135:2, 155:12, 169:5, 173:21, 190:16, 190:20, 191:8, 191:19, 191:24, 192:12, 192:17, 193:14, 193:16, 194:7, 197:2, 197:9, 197:10, 197:13, 198:6, 198:11, 200:7, 200:21, 200:23, 207:8, 215:17, 224:16, 225:5, 245:11, 246:2, 260:17, 266:20, 270:22, 270:24, 271:1
**RESPONSIVENESS** [1] - 95:16
**REST** [4] - 20:2, 158:13, 282:25, 288:23
**RESTRICTIONS** [1] - 221:4
**RESUBMITTED** [1] - 80:1
**RESULT** [6] - 12:19, 188:1, 188:17, 192:11, 194:15, 267:6
**RESULTED** [1] - 189:18
**RESULTS** [2] - 75:10, 91:16
**RESUME** [3] - 134:23, 160:17, 288:11
**RESUMPTION** [1] - 173:16
**RETRIEVE** [1] - 273:12
**REVIEW** [18] - 12:2, 13:24, 18:22, 29:5,

83:17, 83:20, 89:16, 103:5, 170:14, 185:8, 216:3, 223:20, 229:17, 263:11, 265:23, 266:17, 268:15, 279:25
**REVIEWABLE** [1] - 100:7
**REVIEWED** [8] - 54:5, 103:11, 140:7, 166:2, 185:10, 220:14, 250:22, 276:7
**REVIEWING** [2] - 17:1, 216:22
**REVIEWS** [2] - 72:20, 73:2
**REVISED** [3] - 56:10, 70:6, 70:18
**REVISIONS** [1] - 70:25
**RFI** [1] - 127:7
**RFP** [5] - 70:21, 70:24, 94:1, 124:22, 127:19
**RHOADS** [1] - 2:2
**RICE** [14] - 11:16, 97:12, 151:6, 165:12, 166:14, 174:23, 174:24, 175:1, 175:6, 175:13, 175:17, 176:24, 182:2, 231:13
**RID** [2] - 179:24, 210:16
**RIGHT** [167] - 3:22, 4:10, 9:1, 14:13, 15:2, 17:14, 17:18, 17:23, 18:17, 20:15, 21:5, 21:11, 22:8, 22:11, 23:1, 23:11, 23:17, 25:10, 26:17, 28:18, 29:4, 29:16, 30:7, 34:4, 34:14, 46:19, 47:3, 48:22, 49:8, 53:6, 53:13, 53:15, 55:9, 56:17, 57:16, 57:22, 58:22, 59:19, 62:9, 64:8, 64:24, 69:17, 72:19, 74:23, 76:21, 77:4, 79:5, 79:17, 87:23, 89:2, 90:17, 95:25, 97:8, 97:15, 99:4, 101:14, 101:20, 101:25, 102:11, 104:12, 104:25, 107:20, 110:1, 110:25, 112:19,

113:4, 113:10, 115:11, 115:18, 116:22, 118:8, 119:2, 120:20, 122:5, 122:20, 126:12, 128:6, 130:10, 132:19, 136:19, 137:25, 138:17, 139:24, 146:14, 151:4, 152:13, 156:2, 157:20, 158:14, 163:3, 163:11, 170:16, 171:15, 175:8, 183:24, 185:9, 185:20, 185:23, 187:25, 189:20, 191:5, 197:1, 197:3, 197:8, 201:4, 202:13, 202:20, 204:16, 208:14, 208:21, 208:24, 212:16, 213:1, 213:10, 213:20, 214:9, 215:17, 218:18, 219:7, 220:17, 221:6, 227:7, 228:14, 229:21, 230:7, 231:16, 231:21, 232:5, 232:10, 232:16, 233:1, 235:4, 239:20, 240:14, 241:4, 241:14, 242:18, 242:23, 242:25, 243:10, 244:1, 244:16, 244:21, 244:24, 247:16, 247:21, 250:3, 251:18, 252:25, 255:20, 257:7, 258:25, 259:4, 261:2, 265:3, 269:6, 269:9, 269:15, 274:24, 275:16, 277:18, 282:23, 283:4, 284:9, 289:18, 289:19, 289:21
**RIGHTS** [1] - 86:3
**RIGOROUS** [1] - 284:1
**RISK** [10] - 75:23, 76:5, 76:8, 76:13, 76:14, 76:24, 85:19, 117:16, 118:2, 247:6
**RISK-LIMITING** [4] - 85:19, 117:16, 118:2, 247:6

**RISKS** [8] - 76:5, 76:6, 76:17, 76:18, 76:20, 77:1
**RMR** [2] - 1:17, 291:19
**ROBERT** [3] - 2:6, 69:12, 88:12
**ROBUST** [10] - 14:22, 84:20, 107:19, 168:4, 169:25, 221:1, 231:24, 232:3, 234:4, 285:1
**ROCK** [1] - 154:5
**ROLE** [8] - 88:18, 89:2, 165:2, 165:5, 185:6, 211:14, 254:25, 271:16
**ROLL** [2] - 129:17, 291:5
**ROOM** [8] - 1:18, 73:6, 151:7, 151:9, 291:6, 291:7, 291:8
**ROOMS** [4] - 151:4, 181:25, 182:6, 182:10
**ROUGHLY** [1] - 58:25
**RULE** [1] - 210:23
**RULED** [1] - 206:7
**RULING** [1] - 24:3
**RUN** [4] - 47:15, 199:4, 267:7, 279:20
**RUN-UP** [1] - 279:20
**RUNNING** [2] - 41:15, 48:10
**RUNS** [1] - 65:15

## S

**SAFEGUARDS** [2] - 284:23, 284:25
**SAFELY** [1] - 37:17
**SAID** [69] - 19:25, 28:4, 29:21, 41:6, 43:19, 44:16, 98:18, 102:8, 109:2, 137:12, 139:14, 146:20, 147:17, 147:20, 148:6, 148:8, 149:15, 153:11, 153:21, 153:23, 158:22, 158:23, 158:25, 159:23, 164:5, 170:7, 171:13, 180:14, 181:11, 184:8, 191:2, 194:9, 194:10, 196:16, 197:16, 201:2, 201:5, 201:6, 201:9, 205:21, 209:3, 209:13, 209:15,

212:25, 215:20,
217:10, 221:1,
226:3, 229:15,
231:4, 237:19,
238:12, 245:14,
247:9, 247:19,
249:3, 250:9,
250:18, 252:14,
254:1, 259:9,
264:22, 274:20,
279:24, 280:12
SAM [2] - 285:24,
285:25
SAME [43] - 8:21,
23:22, 24:1, 24:3,
28:11, 30:15, 39:24,
40:2, 40:4, 40:5,
40:7, 40:22, 40:23,
52:3, 73:5, 73:21,
80:2, 83:7, 101:20,
106:2, 122:18,
132:20, 132:22,
133:4, 139:3,
179:20, 181:2,
182:18, 183:6,
219:2, 224:11,
224:13, 224:14,
225:3, 228:24,
250:21, 268:3,
270:3, 279:15,
280:23, 287:20
SAMPLE [1] - 117:25
SATISFY [1] - 73:5
SAVES [2] - 27:6,
278:21
SAW [7] - 100:12,
101:1, 141:12,
224:17, 228:14,
244:24, 268:5
SAY [64] - 12:18,
21:25, 28:21, 38:2,
43:12, 43:15, 61:14,
80:3, 81:11, 97:16,
97:20, 99:6, 103:17,
111:16, 113:19,
123:4, 124:13,
124:17, 127:4,
128:16, 130:20,
131:10, 132:10,
136:13, 142:12,
144:5, 149:13,
151:18, 153:13,
156:5, 156:13,
158:22, 163:1,
163:2, 169:24,
170:1, 180:22,
181:8, 193:5,
195:17, 198:15,
200:7, 200:9,
200:19, 203:2,

209:9, 215:22,
222:4, 222:21,
227:8, 233:16,
236:14, 237:12,
243:25, 244:8,
250:12, 264:25,
265:2, 266:20,
279:1, 281:17,
282:5, 286:20
SAYING [14] - 17:8,
40:7, 119:7, 119:13,
137:24, 156:6,
175:13, 181:18,
195:17, 196:9,
219:25, 269:1,
272:22, 276:11
SAYS [52] - 4:12,
19:10, 19:19, 21:9,
23:20, 64:15, 78:11,
78:20, 78:22, 78:25,
79:25, 88:22, 89:9,
93:6, 102:1, 102:2,
105:1, 107:24,
111:9, 116:9,
145:16, 147:22,
148:24, 152:16,
153:2, 169:4,
171:18, 175:23,
184:14, 184:18,
192:4, 198:3, 219:3,
219:10, 220:13,
221:14, 221:20,
228:7, 231:23,
233:14, 243:4,
243:16, 249:5,
251:22, 251:25,
252:5, 268:1,
278:21, 281:13,
283:24, 286:21
SCAN [3] - 23:22,
68:22, 113:7
SCANNED [3] - 23:21,
202:21, 203:7
SCANNER [6] - 63:10,
89:18, 90:2, 105:5,
201:20, 205:3
SCANNERS [6] - 81:5,
81:8, 92:13, 120:16,
256:3, 256:4
SCANNING [3] -
19:15, 20:10, 105:5
SCANS [2] - 27:6,
221:21
SCENARIO [3] - 81:2,
87:21, 133:8
SCHEDULE [4] -
160:25, 210:21,
210:23, 289:8
SCHEDULED [7] -
80:16, 102:8, 252:2,

278:22, 281:15
SCHOOL [2] - 114:11,
258:20
SCIENCE [6] - 84:16,
86:21, 87:5, 88:9,
100:23, 148:2
SCIENCES [1] - 85:11
SCOPE [3] - 31:19,
32:3, 154:25
SCREEN [6] - 20:14,
48:4, 55:7, 57:11,
96:4, 223:4
SEARCH [1] - 76:6
SEAT [1] - 134:22
SEATED [6] - 3:2,
9:20, 48:12, 134:21,
161:4, 253:11
SECOND [21] - 14:18,
23:20, 65:9, 67:7,
74:13, 79:17,
107:16, 135:18,
171:17, 202:19,
221:13, 222:19,
222:24, 243:2,
243:3, 243:4, 263:8,
271:7, 275:23,
289:23
SECRECY [2] - 123:4,
123:16
SECRET [1] - 158:10
SECRETARY [77] -
10:7, 10:18, 10:22,
10:25, 11:18, 12:13,
13:11, 14:11, 16:4,
16:21, 18:20, 18:22,
21:15, 22:20, 24:21,
25:25, 26:20, 33:21,
36:13, 40:15, 43:19,
44:7, 46:8, 47:25,
52:25, 57:24, 59:10,
66:15, 69:12, 106:2,
110:1, 121:15,
124:7, 130:11,
135:2, 136:7,
136:11, 136:25,
137:5, 137:19,
138:12, 139:11,
139:14, 139:25,
140:2, 143:7, 145:5,
154:16, 159:14,
160:14, 165:6,
166:8, 167:25,
170:8, 170:9, 174:2,
186:13, 188:21,
188:25, 191:18,
205:18, 206:12,
206:15, 206:17,
206:20, 210:8,
210:9, 212:4, 227:2,
234:12, 236:11,

245:2, 252:1,
259:18, 261:5
SECRETARY'S [3] -
155:25, 173:4, 173:8
SECTION [15] - 80:11,
80:13, 95:15,
106:20, 208:6,
231:2, 231:3, 231:5,
231:11, 233:10,
271:17, 283:9,
283:20, 284:20
SECTIONS [1] - 78:10
SECTOR [1] - 85:9
SECURE [1] - 291:8
SECURING [8] -
51:25, 85:12, 86:25,
88:1, 89:6, 91:7,
91:18, 146:11
SECURITY [22] - 31:5,
32:1, 57:4, 64:19,
70:9, 71:22, 72:1,
72:4, 72:20, 73:2,
73:11, 74:8, 74:9,
76:3, 84:16, 85:17,
86:1, 86:20, 96:24,
204:9, 220:25,
236:13
SEE [98] - 10:20,
17:25, 19:4, 21:23,
23:24, 58:6, 68:20,
69:9, 69:17, 70:8,
70:14, 73:20, 73:22,
75:13, 75:23, 76:6,
78:13, 78:24, 79:10,
80:15, 80:18, 91:11,
91:21, 95:3, 95:16,
105:24, 107:24,
110:13, 110:18,
111:7, 111:12,
114:3, 114:4,
121:19, 134:1,
148:22, 148:23,
149:2, 149:3,
160:22, 162:2,
162:4, 162:8,
162:18, 163:8,
171:11, 171:12,
175:12, 175:16,
175:17, 175:19,
175:22, 178:4,
184:17, 184:19,
184:20, 187:9,
187:12, 191:3,
192:13, 193:13,
195:18, 195:24,
196:2, 196:6, 196:8,
196:20, 196:21,
197:24, 207:13,
219:5, 220:7, 220:8,
222:7, 222:10,

228:4, 231:10,
231:14, 231:19,
233:12, 239:7,
245:17, 245:18,
254:21, 259:25,
260:14, 262:1,
268:4, 268:19,
271:16, 271:18,
271:23, 282:8,
283:22, 284:2,
284:7, 288:6, 290:15
SEEING [2] - 56:5,
176:10
SEEK [2] - 191:9,
191:11
SEEKING [5] - 61:8,
163:25, 191:4,
192:2, 192:18
SEEM [1] - 204:8
SEEN [13] - 81:22,
107:11, 114:6,
149:15, 154:5,
157:6, 176:5, 176:7,
176:8, 176:12,
176:19, 221:18,
225:17
SEES [1] - 114:7
SEGAL [1] - 2:7
SELECT [3] - 66:19,
127:22, 128:20
SELECTED [9] -
26:15, 43:20, 44:8,
45:19, 66:8, 69:14,
116:20, 119:17,
120:4
SELECTING [2] -
29:8, 126:17
SELECTION [6] -
23:21, 36:3, 44:5,
44:22, 116:9, 169:2
SELECTIONS [14] -
17:15, 20:8, 20:14,
23:16, 66:22, 105:4,
107:11, 119:5,
169:11, 171:19,
201:12, 202:2,
202:5, 284:12
SELF [2] - 123:1,
123:10
SENATE [7] - 41:4,
41:11, 83:8, 83:15,
84:3, 86:7, 89:7
SEND [5] - 33:25,
34:1, 55:21, 191:6,
257:8
SENDING [3] - 66:1,
77:13, 257:13
SENIOR [1] - 11:6
SENSE [4] - 9:5,
118:5, 204:8, 257:21

**SENSOR** [2] - 37:1, 119:20

**SENSORS** [3] - 36:12, 37:3, 155:21

**SENT** [49] - 5:12, 5:13, 56:9, 56:14, 64:1, 64:10, 66:3, 66:15, 70:3, 70:5, 72:6, 92:19, 92:23, 93:19, 95:6, 97:3, 135:4, 135:10, 135:12, 135:14, 138:2, 142:16, 142:18, 142:20, 166:9, 166:12, 166:23, 168:8, 168:17, 186:16, 190:1, 198:11, 199:17, 213:18, 214:15, 215:23, 227:20, 242:20, 243:20, 248:17, 248:20, 248:23, 260:1, 262:21, 265:24, 269:22, 273:2, 281:11

**SENTENCE** [22] - 19:22, 19:23, 19:24, 20:2, 23:24, 61:10, 75:14, 107:16, 169:4, 169:17, 169:22, 169:24, 171:11, 171:12, 171:21, 184:13, 185:2, 222:22, 284:19, 284:20, 284:24

**SEPARATE** [10] - 15:4, 15:6, 15:8, 22:20, 120:16, 122:23, 152:12, 182:10, 187:24, 201:20

**SEPARATED** [1] - 151:15

**SEPARATELY** [1] - 45:6

**SEPTEMBER** [51] - 26:1, 59:3, 59:4, 65:25, 72:7, 77:6, 77:25, 80:17, 82:15, 82:24, 83:6, 83:13, 99:11, 102:9, 105:21, 135:16, 168:18, 170:15, 175:13, 178:14, 192:3, 195:25, 196:7, 196:23, 197:7, 197:16, 210:4, 210:20,

210:21, 212:5, 213:5, 213:7, 213:19, 214:6, 219:13, 220:19, 243:19, 257:24, 264:15, 265:7, 275:22, 275:23, 276:1, 276:8, 276:15, 276:22, 281:5, 281:11, 281:15, 281:17

**SERIES** [4] - 74:24, 82:4, 124:3, 258:10

**SERIOUS** [1] - 283:24

**SERIOUSLY** [1] - 87:7

**SERVE** [2] - 145:13, 169:5

**SERVICE** [1] - 95:23

**SESSIONS** [2] - 265:22, 268:3

**SET** [13] - 58:15, 68:5, 73:11, 86:9, 122:22, 130:7, 177:23, 178:20, 218:2, 218:3, 221:18, 258:1, 271:16

**SETS** [4] - 14:8, 94:2, 154:14, 154:18

**SETTING** [3] - 66:17, 177:8, 177:21

**SETTLE** [9] - 57:5, 97:17, 97:23, 99:19, 106:19, 179:23, 210:7, 210:10, 210:12

**SETTLED** [1] - 106:8

**SETTLEMENT** [186] - 4:9, 5:11, 5:15, 5:17, 8:24, 11:5, 11:6, 11:15, 11:24, 12:3, 12:13, 12:18, 13:5, 14:9, 15:21, 25:15, 53:18, 55:17, 55:20, 55:22, 55:24, 56:22, 58:9, 59:2, 59:7, 59:12, 59:22, 61:8, 61:17, 61:18, 61:22, 92:20, 97:12, 98:12, 99:2, 99:4, 99:8, 99:12, 99:15, 99:17, 99:19, 100:14, 101:2, 101:3, 101:16, 102:12, 102:17, 102:18, 103:12, 103:18, 105:10, 105:15, 105:21, 105:24, 106:6, 107:21, 108:18, 108:25,

110:23, 135:4, 137:5, 137:18, 137:25, 138:2, 138:3, 138:12, 141:21, 141:24, 141:25, 142:3, 142:9, 142:18, 142:24, 148:17, 149:18, 150:4, 150:13, 150:17, 150:22, 151:11, 154:10, 165:8, 165:11, 165:20, 166:4, 166:10, 166:11, 166:22, 167:4, 167:11, 167:18, 167:20, 168:12, 169:7, 170:3, 171:5, 174:14, 174:22, 175:7, 175:14, 175:20, 175:21, 175:24, 177:8, 178:8, 178:20, 179:8, 179:17, 180:3, 180:14, 180:15, 180:18, 181:9, 181:15, 181:19, 181:21, 183:18, 183:21, 190:6, 190:10, 190:14, 191:12, 191:23, 194:18, 205:20, 207:21, 208:6, 208:16, 210:4, 210:6, 211:1, 211:20, 229:6, 229:11, 230:9, 230:15, 231:8, 231:13, 231:17, 232:8, 232:12, 232:18, 232:19, 232:24, 233:9, 234:10, 234:13, 235:15, 235:19, 236:4, 236:6, 239:4, 239:21, 240:2, 240:6, 240:17, 241:2, 241:12, 243:4, 244:8, 247:2, 247:3, 247:13, 247:14, 249:4, 250:8, 251:5, 252:6, 252:9, 252:10, 252:18, 255:7, 255:8, 260:4, 260:8, 271:17, 271:20, 277:19, 277:21, 277:23, 278:1, 278:8, 278:11

**SETTLING** [1] -

105:18

**SEVEN** [2] - 160:21, 172:3

**SEVENTH** [1] - 271:25

**SEVERAL** [6] - 28:22, 67:23, 113:16, 276:10, 280:19, 280:20

**SEVERE** [1] - 41:20

**SEVERITY** [1] - 76:4

**SHAKE** [1] - 260:16

**SHALL** [1] - 252:1

**SHAPE** [1] - 166:18

**SHAPES** [1] - 127:15

**SHARE** [2] - 155:6, 177:21

**SHARED** [3] - 133:2, 263:9, 266:15

**SHE** [34] - 25:12, 26:10, 27:21, 27:22, 30:9, 30:12, 30:24, 32:24, 84:6, 84:7, 135:18, 136:21, 137:11, 147:17, 148:6, 149:14, 154:7, 174:3, 179:1, 190:23, 190:24, 197:4, 202:25, 205:19, 205:21, 211:12, 236:14, 236:17, 245:20

**SHE'S** [2] - 137:12, 149:15

**SHEET** [31] - 55:21, 55:23, 56:5, 56:10, 56:14, 57:8, 57:17, 141:24, 142:3, 142:5, 143:16, 143:17, 143:18, 166:13, 167:1, 167:3, 167:4, 167:6, 167:12, 182:12, 182:19, 182:23, 230:2, 230:18, 230:23, 231:2, 232:10, 232:11, 260:8

**SHEETS** [1] - 148:25

**SHIFT** [1] - 280:16

**SHORT** [3] - 48:9, 48:11, 253:3

**SHORTER** [1] - 282:21

**SHORTLY** [3] - 56:14, 97:10, 212:16

**SHOULD** [25] - 4:11, 4:13, 9:2, 21:17, 21:22, 34:15, 49:9, 59:20, 71:3, 85:16, 85:18, 85:19, 98:15, 126:10, 127:17,

140:10, 143:16, 159:15, 222:8, 223:6, 227:5, 234:24, 237:5, 237:6, 272:13

**SHOW** [15] - 17:14, 17:15, 18:7, 29:16, 29:18, 29:20, 33:17, 42:17, 53:8, 114:8, 146:24, 221:19, 223:5, 267:18, 273:6

**SHOWED** [4] - 144:13, 245:9, 248:13, 248:14

**SHOWING** [2] - 125:12, 146:7

**SHOWN** [4] - 55:1, 55:23, 120:8, 223:4

**SHOWS** [5] - 17:7, 79:10, 79:13, 79:15, 228:7

**SICK** [1] - 288:19

**SIDE** [15] - 13:5, 138:3, 138:4, 150:17, 153:20, 153:23, 196:7, 199:8, 199:15, 199:16, 209:13, 246:25, 247:6, 250:15, 255:11

**SIDES** [1] - 151:4

**SIGN** [2] - 11:19, 25:25

**SIGNATORY** [1] - 13:13

**SIGNED** [33] - 11:6, 12:16, 13:14, 13:25, 16:22, 27:10, 31:11, 41:24, 42:6, 42:8, 45:12, 45:24, 53:19, 58:18, 58:20, 101:4, 102:13, 102:18, 103:12, 105:11, 105:16, 125:17, 126:14, 137:20, 138:3, 159:11, 165:23, 178:8, 232:19, 260:5, 260:9, 270:10, 270:11

**SIGNIFICANCE** [3] - 82:11, 90:5, 125:3

**SIGNIFICANT** [1] - 117:24

**SIGNIFICANTLY** [2] - 130:9, 183:1

**SIGNING** [10] - 13:2, 46:6, 101:16, 103:17, 166:24, 229:6, 239:3, 249:8,

249:9, 277:21
SIMILAR [6] - 18:2,
36:9, 37:3, 181:10,
248:19, 263:12
SIMPLY [2] - 3:25,
170:4
SIMULTANEOUS [1] -
224:11
SINCE [12] - 86:9,
103:2, 110:12,
115:18, 128:6,
164:25, 170:15,
222:6, 235:14,
239:13, 255:2, 268:5
SINDHU [3] - 30:17,
30:18, 30:19
SINGLE [8] - 36:19,
76:23, 105:6,
138:11, 138:14,
139:11, 157:20,
250:1
SIR [2] - 204:15, 250:1
SIT [2] - 46:14, 249:21
SITE [11] - 252:3,
261:3, 261:10,
262:15, 267:2,
275:5, 275:11,
276:2, 277:24,
278:22, 279:3
SITTING [3] - 48:8,
162:19, 260:11
SITUATIONS [1] -
37:22
SIX [3] - 86:9, 135:13,
160:20
SIXTH [3] - 28:7,
269:18, 270:20
SIZE [2] - 39:3, 124:16
SIZES [1] - 127:15
SLIGHTLY [1] - 80:22
SLOT [1] - 228:10
SLOWLY [1] - 85:7
SMALL [4] - 88:7,
92:14, 96:3, 129:4
SNAPSHOT [2] - 79:5,
79:6
SO [396] - 5:15, 8:17,
9:1, 11:9, 11:12,
13:17, 13:24, 14:11,
15:4, 17:3, 17:17,
17:25, 18:3, 18:16,
19:10, 19:22, 20:1,
21:4, 22:6, 22:9,
24:6, 24:21, 26:24,
27:14, 30:24, 30:25,
31:4, 31:6, 32:8,
32:11, 32:14, 33:10,
35:3, 37:14, 39:14,
40:24, 41:13, 41:16,
41:20, 42:22, 43:8,

44:15, 44:17, 45:11,
45:23, 46:7, 46:22,
47:2, 48:7, 50:5,
56:25, 57:5, 57:8,
58:6, 58:12, 58:22,
59:3, 60:1, 60:2,
60:15, 61:2, 61:15,
61:19, 61:21, 61:25,
62:6, 62:7, 62:9,
62:11, 62:18, 62:24,
63:1, 63:6, 63:14,
65:2, 65:11, 65:13,
66:17, 67:25, 68:9,
68:17, 70:18, 70:24,
71:19, 71:21, 71:25,
73:3, 74:8, 75:14,
75:17, 76:1, 76:4,
76:24, 77:14, 77:15,
78:3, 78:17, 78:20,
79:10, 79:21, 79:23,
80:2, 80:3, 80:7,
80:14, 80:22, 81:1,
81:12, 82:13, 82:16,
83:6, 83:7, 84:5,
84:7, 84:10, 84:25,
86:8, 86:13, 86:15,
86:17, 86:21, 89:9,
90:7, 90:8, 90:12,
90:17, 91:8, 91:15,
93:16, 93:25, 94:3,
94:9, 94:14, 94:21,
95:5, 95:15, 96:22,
97:2, 98:2, 98:5,
98:11, 98:16,
100:15, 101:13,
101:25, 102:7,
104:16, 104:20,
106:19, 107:9,
107:10, 107:24,
108:3, 108:6,
108:14, 109:2,
110:9, 112:9, 113:4,
113:11, 113:15,
113:17, 113:19,
113:21, 114:2,
114:3, 114:7,
114:19, 114:20,
114:23, 114:25,
115:5, 115:8, 116:3,
116:4, 116:9,
116:12, 116:15,
116:16, 117:6,
117:7, 117:12,
117:13, 117:18,
117:19, 117:23,
118:1, 118:14,
118:24, 119:3,
119:12, 119:13,
119:14, 119:18,
119:25, 120:12,
120:13, 120:17,

121:19, 121:24,
122:3, 122:6,
122:17, 123:13,
123:24, 124:1,
124:12, 124:16,
124:19, 125:6,
125:8, 125:16,
125:19, 126:18,
126:20, 126:23,
127:1, 127:3,
127:21, 127:23,
128:18, 129:8,
129:11, 129:15,
129:19, 129:21,
129:24, 130:8,
131:7, 131:10,
131:22, 133:1,
133:3, 134:5,
135:22, 136:6,
138:22, 140:17,
141:7, 141:8,
141:11, 141:14,
141:15, 141:17,
144:5, 144:22,
145:7, 146:1,
147:12, 152:15,
152:24, 153:8,
155:24, 156:4,
156:11, 156:18,
156:24, 157:14,
157:16, 159:3,
159:5, 159:19,
160:24, 161:12,
161:17, 161:20,
162:7, 162:21,
165:2, 166:16,
173:20, 174:1,
175:4, 178:25,
179:2, 181:2,
183:25, 185:15,
188:12, 188:23,
189:25, 190:13,
191:1, 191:8, 192:5,
193:14, 198:8,
198:10, 198:12,
199:2, 201:14,
202:23, 204:1,
206:18, 206:20,
208:12, 209:9,
211:8, 211:12,
215:5, 215:20,
216:2, 216:16,
218:18, 219:9,
219:21, 220:11,
221:13, 221:23,
222:9, 224:7,
226:14, 228:14,
231:23, 232:5,
233:13, 233:22,
234:6, 234:8, 235:5,
235:12, 236:19,

237:1, 237:21,
241:3, 242:6,
242:12, 244:1,
245:14, 247:20,
249:8, 249:22,
249:23, 253:15,
253:17, 253:18,
254:5, 254:8,
257:24, 258:14,
258:22, 259:17,
260:4, 260:24,
261:8, 261:13,
261:22, 263:11,
263:14, 265:20,
267:6, 267:9,
267:14, 267:20,
268:21, 268:25,
270:20, 271:9,
271:19, 272:10,
273:24, 274:21,
275:5, 275:9,
275:13, 275:22,
275:25, 277:3,
277:25, 279:17,
279:18, 280:4,
280:5, 280:8,
281:13, 284:16,
285:3, 285:11,
286:10, 288:20
SO.. [3] - 155:9, 164:7,
262:11
SOFTWARE [2] -
255:23, 256:1
SOLUTION [2] -
19:15, 120:17
SOLUTIONS [1] -
95:20
SOME [58] - 17:6,
17:8, 31:20, 35:12,
56:10, 58:22, 62:12,
68:7, 70:25, 80:2,
80:3, 81:4, 81:6,
93:8, 95:25, 108:3,
120:13, 124:14,
129:3, 131:18,
131:25, 135:9,
135:11, 140:8,
149:18, 150:10,
151:9, 158:25,
160:2, 168:2,
178:13, 178:18,
181:12, 202:16,
202:18, 217:12,
219:3, 219:18,
229:17, 230:10,
244:8, 244:15,
246:11, 255:23,
259:6, 262:5, 263:6,
263:9, 275:17,
280:3, 280:17,

281:1, 281:23,
283:6, 289:2
SOMEBODY [4] -
18:21, 76:22, 203:6,
267:5
SOMEONE [1] - 84:8
SOMETHING [26] -
5:14, 16:4, 17:13,
22:23, 29:25, 38:6,
41:20, 42:23, 54:11,
87:18, 111:16,
114:21, 131:14,
131:18, 132:24,
137:9, 178:3, 194:9,
204:10, 209:10,
217:10, 224:7,
234:15, 247:19,
272:13
SOMETIME [3] -
196:22, 212:21,
270:6
SOMETIMES [4] -
17:24, 37:8, 37:19,
261:18
SOMEWHERE [5] -
108:3, 113:19,
177:13, 270:14,
274:15
SOON [4] - 35:17,
158:6, 259:3, 273:22
SOON-TO-BE-VOTE
[1] - 35:17
SORRY [91] - 5:23,
6:15, 12:7, 19:20,
19:21, 21:20, 26:15,
27:3, 28:3, 32:12,
35:2, 35:7, 39:18,
40:4, 42:7, 43:2,
43:5, 45:2, 45:20,
48:1, 49:1, 49:12,
49:14, 51:8, 55:1,
55:2, 55:5, 56:2,
57:13, 60:17, 61:4,
64:9, 65:21, 70:14,
71:5, 71:16, 73:23,
74:6, 80:6, 82:7,
82:8, 82:9, 84:14,
92:18, 93:18, 96:15,
98:17, 98:20, 98:24,
99:11, 103:24,
105:22, 115:13,
115:15, 116:24,
118:15, 119:7,
121:20, 128:24,
130:23, 134:8,
140:4, 143:2, 147:2,
148:8, 152:5,
152:23, 156:8,
159:24, 159:25,
172:6, 178:20,

183:11, 183:23,
191:22, 196:5,
196:10, 206:11,
213:1, 218:19,
238:13, 239:10,
260:22, 260:25,
262:13, 268:9,
275:22, 284:22,
289:4
**SORT** [8] - 67:25,
68:11, 95:1, 116:7,
125:9, 125:24,
201:14, 259:6
**SORTS** [1] - 44:21
**SOUND** [1] - 201:6
**SOUNDS** [3] - 187:25,
197:1, 244:16
**SPARE** [1] - 20:23
**SPEAK** [6] - 88:17,
127:11, 204:4,
205:14, 206:11,
206:12
**SPEAKING** [3] -
195:7, 195:8, 195:9
**SPECIAL** [2] - 94:25,
145:14
**SPECIFIC** [5] - 76:25,
107:5, 149:24,
154:6, 251:6
**SPECIFICALLY** [8] -
25:14, 29:19, 184:1,
187:9, 243:16,
250:7, 250:16,
281:10
**SPECIFICS** [2] -
215:9, 259:11
**SPECIFY** [1] - 168:10
**SPEECH** [1] - 187:18
**SPELL** [1] - 10:10
**SPELLED** [2] - 98:12,
167:21
**SPENT** [1] - 277:16
**SPITS** [1] - 228:12
**SPLIT** [1] - 68:11
**SPOIL** [1] - 169:19
**SPOT** [2] - 205:3,
205:4
**SQUARE** [2] - 2:8,
119:1
**STAFF** [4] - 30:12,
162:20, 261:6, 267:9
**STAKEHOLDERS** [2]
- 72:17, 78:7
**STAND** [3] - 10:2,
138:18, 239:13
**STANDARD** [5] - 70:9,
71:22, 72:4, 74:8,
74:9
**STANDARDS** [13] -
31:5, 31:8, 31:17,

57:4, 62:14, 64:18,
72:1, 73:11, 76:12,
85:14, 85:25, 96:23,
174:12
**STANDS** [1] - 108:5
**START** [15] - 3:24,
16:14, 47:25, 55:16,
58:24, 61:24, 92:7,
112:10, 126:17,
135:15, 180:9,
211:20, 211:22,
218:24, 290:19
**STARTED** [15] - 44:17,
44:19, 57:1, 58:10,
93:2, 108:4, 124:18,
126:13, 126:23,
127:5, 129:16,
150:18, 234:24,
285:18, 289:12
**STARTERS** [1] - 74:5
**STARTING** [3] - 62:10,
92:6, 127:24
**STARTS** [6] - 73:17,
94:23, 94:25, 219:3,
222:22, 228:2
**STATE** [40] - 10:10,
11:11, 11:13, 13:9,
37:14, 41:1, 41:4,
49:17, 62:1, 62:4,
68:15, 69:12, 71:25,
77:16, 77:22, 80:11,
81:16, 83:8, 83:9,
83:15, 84:2, 85:15,
86:7, 102:9, 103:2,
104:18, 124:14,
126:7, 126:11,
126:24, 135:24,
155:5, 164:23,
175:7, 222:25,
237:3, 237:4, 254:23
**STATE'S** [3] - 79:6,
84:4, 127:17
**STATED** [1] - 171:13
**STATEMENT** [3] -
139:23, 185:1, 257:6
**STATES** [9] - 1:1,
84:17, 85:19, 85:24,
86:3, 116:11,
247:10, 247:15,
247:18
**STATEWIDE** [5] -
70:22, 70:23, 94:3,
94:6, 94:18
**STATISTICAL** [1] -
117:8
**STATISTICALLY** [1] -
117:24
**STATISTICIAN** [1] -
117:21
**STATUS** [23] - 77:14,

77:15, 77:16, 77:20,
78:3, 78:18, 79:4,
79:15, 102:7, 103:2,
153:11, 257:22,
265:4, 269:12,
275:24, 281:6,
281:8, 281:13,
285:13, 286:11,
286:18, 287:21
**STATUTES** [1] -
117:13
**STATUTORILY** [1] -
30:4
**STATUTORY** [5] -
116:18, 117:7,
118:1, 157:3, 157:14
**STAY** [6] - 131:9,
161:19, 163:8,
234:13, 267:5,
288:17
**STAYS** [1] - 201:25
**STEIN** [4] - 1:3, 59:2,
210:16, 210:19
**STEM** [1] - 85:9
**STENOGRAPHER** [1]
- 162:2
**STENOTYPE** [1] -
1:21
**STENOTYPE-
COMPUTER** [1] -
1:21
**STEP** [1] - 124:22
**STEPS** [2] - 85:14,
204:7
**STICK** [1] - 201:20
**STILL** [13] - 114:22,
117:13, 124:23,
147:18, 177:7,
183:9, 207:10,
208:20, 208:23,
208:25, 230:6,
242:23, 286:15
**STIP** [3] - 141:25,
142:10, 208:8
**STIPULATED** [12] -
24:14, 45:11, 45:17,
45:25, 46:12, 47:5,
118:9, 152:24,
187:9, 187:14,
208:11, 264:16
**STIPULATION** [26] -
21:16, 24:13, 33:19,
44:12, 44:25, 45:2,
45:21, 112:13,
112:14, 142:13,
142:15, 151:25,
152:5, 152:15,
184:5, 184:11,
184:13, 184:18,
184:22, 185:12,

257:2, 258:2, 270:5,
270:13, 270:14,
274:7
**STIPULATIONS** [13] -
21:17, 21:22, 45:5,
129:1, 129:3, 152:3,
152:4, 152:9,
152:12, 163:15,
184:4, 185:7, 187:8
**STOP** [2] - 64:24,
71:10
**STORAGE** [2] -
127:13, 128:3
**STORES** [1] - 221:21
**STORY** [1] - 61:5
**STRAIGHT** [8] -
114:22, 114:24,
126:5, 261:7,
262:10, 275:9,
276:6, 277:2
**STRAIGHT-PARTY** [5]
- 126:5, 261:7,
275:9, 276:6, 277:2
**STREAMLINE** [1] - 4:2
**STREET** [3] - 1:19,
2:3, 2:13
**STREETS** [1] - 2:8
**STRESS** [1] - 279:13
**STRONG** [2] - 87:4,
159:1
**STRONGLY** [2] -
85:10, 106:18
**STUDY** [1] - 44:21
**STUDYING** [2] - 44:5,
44:19
**STUFF** [2] - 117:21,
181:13
**STYLE** [2] - 119:4,
149:1
**SUBJECT** [4] - 80:8,
102:23, 130:14,
133:4
**SUBMITTED** [5] -
79:14, 79:23, 80:24,
140:7, 187:21
**SUBMITTING** [1] -
62:3
**SUBPOENA** [1] -
178:5
**SUBSECTION** [1] -
231:22
**SUBSEQUENT** [5] -
82:21, 216:7,
225:14, 232:2,
275:10
**SUBSEQUENTLY** [2] -
202:20, 214:14
**SUBSTANCE** [3] -
206:14, 214:24,
215:1

**SUBSTANTIVE** [1] -
207:6
**SUCCESS** [1] - 158:11
**SUCH** [2] - 26:8, 89:17
**SUE** [12] - 60:15, 61:2,
93:19, 142:20,
178:12, 196:4,
211:8, 211:14,
211:15, 212:4,
218:25
**SUFFER** [1] - 132:20
**SUFFERS** [1] - 132:21
**SUFFICIENT** [1] -
61:17
**SUGGEST** [2] -
194:23, 230:18
**SUGGESTED** [3] -
108:21, 108:22,
115:19
**SUGGESTING** [2] -
160:2, 223:15
**SUGGESTS** [1] -
157:7
**SUITE** [30] - 23:9,
80:20, 80:21, 80:22,
80:23, 81:9, 81:11,
81:21, 81:25,
113:16, 213:25,
219:17, 227:17,
240:10, 250:4,
250:13, 255:17,
255:19, 255:22,
255:24, 256:5,
256:17, 256:18,
256:19, 256:21,
256:23, 257:4,
257:9, 272:17,
276:23
**SUITES** [2] - 226:20,
246:14
**SUMMARIZE** [1] -
200:1
**SUMMARIZED** [1] -
236:8
**SUMMARY** [48] - 27:6,
27:7, 27:16, 28:2,
28:9, 28:17, 29:23,
30:1, 30:24, 33:21,
35:19, 73:23,
139:20, 144:8,
145:14, 145:19,
145:23, 146:4,
150:6, 169:1,
169:11, 170:6,
171:9, 171:14,
171:19, 171:22,
172:9, 172:17,
172:21, 172:23,
173:1, 175:15,
175:24, 181:9,

181:15, 200:21, 201:11, 227:18, 229:1, 241:15, 242:3, 243:6, 243:9, 284:6, 284:10, 284:17, 285:5, 285:9
**SUMMER** [1] - 111:23
**SUNDAY** [1] - 162:7
**SUPPLY** [1] - 95:23
**SUPPORT** [6] - 75:7, 86:10, 86:12, 93:10, 162:20, 283:25
**SUPPORTING** [7] - 14:22, 107:18, 168:4, 169:25, 231:24, 232:3, 234:4
**SUPPORTS** [2] - 123:16, 220:8
**SUPPOSE** [1] - 178:5
**SUPPOSED** [4] - 35:15, 36:3, 154:15, 154:21
**SURE** [72] - 4:7, 10:12, 16:13, 17:5, 19:22, 25:19, 31:12, 31:18, 40:24, 43:1, 45:21, 48:5, 48:17, 49:7, 61:19, 64:15, 67:25, 69:22, 76:17, 89:22, 91:8, 93:6, 93:25, 94:8, 107:10, 108:3, 113:13, 122:21, 138:17, 150:22, 155:7, 159:4, 162:13, 163:14, 163:17, 164:11, 168:16, 170:24, 175:9, 177:5, 177:12, 179:13, 180:6, 181:10, 181:12, 183:1, 185:3, 186:11, 189:23, 189:24, 190:19, 193:14, 193:19, 193:23, 195:23, 203:10, 204:6, 212:25, 216:15, 219:9, 220:5, 220:9, 233:13, 238:24, 244:11, 247:21, 250:23, 267:10, 276:19, 280:1, 289:11, 289:20
**SURPRISED** [2] - 209:7, 209:8
**SUSPENDED** [3] - 38:20, 39:14, 41:17
**SUSTAIN** [1] - 54:12
**SUSTAINED** [6] -

15:25, 25:6, 47:9, 137:7, 189:12, 206:24
**SWITCH** [1] - 47:17
**SWORN** [3] - 10:9, 164:15, 254:11
**SYSTEM** [188] - 16:25, 17:13, 22:2, 22:20, 22:24, 23:2, 23:4, 26:8, 26:12, 26:15, 26:17, 26:18, 26:20, 27:6, 27:20, 28:12, 29:8, 30:10, 30:15, 31:5, 35:4, 36:9, 36:11, 36:20, 37:9, 37:12, 38:3, 38:4, 38:13, 38:18, 39:8, 39:14, 39:25, 40:3, 40:5, 40:22, 41:8, 41:14, 44:2, 44:8, 41:15, 45:25, 50:8, 53:9, 57:3, 62:1, 62:2, 63:7, 65:4, 66:17, 70:6, 72:2, 73:9, 75:1, 75:7, 76:4, 76:11, 77:15, 79:11, 79:18, 79:25, 80:1, 80:2, 80:4, 80:8, 80:23, 81:2, 81:9, 83:10, 86:23, 89:23, 95:20, 95:23, 96:1, 96:13, 98:13, 102:1, 102:20, 103:19, 104:19, 108:10, 111:22, 112:15, 113:16, 119:14, 119:15, 119:18, 119:23, 120:2, 120:10, 121:9, 121:17, 122:4, 122:18, 122:22, 123:6, 123:14, 126:17, 127:14, 127:22, 129:4, 129:6, 139:4, 149:21, 149:25, 150:2, 153:1, 153:5, 153:6, 153:24, 158:17, 158:19, 159:10, 159:16, 160:5, 160:6, 164:1, 168:23, 183:17, 183:21, 183:23, 184:15, 185:5, 185:16, 185:22, 186:6, 187:22, 188:3, 188:6, 188:9, 188:20, 188:24, 189:19, 192:1, 196:17, 201:23, 202:18, 203:11,

203:16, 203:20, 205:2, 207:20, 214:5, 219:21, 220:4, 223:24, 224:1, 235:22, 250:7, 255:22, 257:23, 258:1, 259:4, 259:17, 261:5, 261:6, 262:7, 262:16, 263:6, 264:1, 264:11, 264:18, 264:22, 265:3, 265:6, 270:12, 274:6, 275:6, 275:13, 275:15, 277:1, 281:1, 281:8, 281:19, 282:16, 283:4, 283:25, 284:5, 285:13, 286:18
**SYSTEM'S** [2] - 76:19, 95:24
**SYSTEMS** [130] - 11:19, 11:22, 14:12, 29:18, 29:21, 30:8, 30:11, 30:13, 30:16, 32:5, 32:8, 32:14, 38:9, 44:22, 47:17, 49:18, 57:2, 62:3, 62:11, 62:14, 62:16, 62:24, 63:10, 64:4, 64:16, 64:18, 64:20, 65:17, 65:18, 66:8, 66:19, 68:2, 69:14, 69:18, 70:7, 70:11, 71:24, 72:21, 74:15, 77:17, 78:12, 78:20, 78:23, 79:3, 79:6, 80:20, 80:21, 80:22, 82:4, 82:21, 84:19, 84:23, 86:5, 86:22, 90:8, 91:24, 92:1, 92:8, 93:8, 94:17, 101:11, 101:12, 103:5, 103:10, 113:18, 113:21, 122:22, 123:22, 124:1, 124:2, 125:5, 127:20, 128:7, 128:9, 128:17, 129:11, 129:17, 133:2, 133:22, 135:25, 141:2, 141:14, 151:14, 152:17, 154:17, 155:18, 159:5, 159:22, 179:25, 183:3, 183:4, 202:22, 202:23, 203:12, 205:9,

219:11, 219:15, 219:17, 219:23, 220:2, 220:6, 220:14, 220:18, 220:20, 221:2, 226:24, 243:14, 243:15, 245:16, 246:1, 250:4, 250:13, 252:4, 255:20, 256:6, 256:22, 263:10, 271:15, 272:24, 274:11, 277:20, 279:14, 280:20, 280:23, 281:2, 285:19, 287:21

_____

# T

**TAB** [9] - 16:19, 22:18, 22:19, 42:15, 82:7, 152:2, 152:7, 152:10, 152:11
**TABS** [1] - 147:5
**TABULATE** [3] - 113:25, 194:15, 203:15
**TABULATED** [11] - 91:16, 113:8, 115:24, 116:1, 116:13, 118:12, 121:17, 121:18, 155:20, 194:14
**TABULATES** [1] - 36:7
**TABULATING** [2] - 23:22, 122:4
**TABULATION** [4] - 105:5, 120:7, 145:24, 194:13
**TABULATOR** [3] - 19:14, 114:4
**TAKE** [34] - 24:3, 48:9, 61:1, 71:7, 81:13, 85:7, 85:16, 89:10, 113:17, 133:25, 139:21, 163:5, 182:5, 190:2, 201:19, 203:14, 203:15, 204:17, 210:3, 216:1, 229:4, 236:22, 244:10, 246:21, 246:25, 253:3, 253:21, 254:3, 261:10, 264:22, 269:2, 278:8, 279:10, 283:9
**TAKEN** [10] - 48:11, 161:2, 210:8, 210:9, 217:16, 227:19, 253:10, 261:1,

261:3, 283:4
**TAKES** [4] - 114:25, 125:6, 125:7
**TAKING** [2] - 126:8, 126:9
**TALK** [6] - 78:8, 103:4, 237:11, 250:13, 259:2, 289:6
**TALKED** [7] - 68:15, 69:1, 112:4, 181:3, 183:25, 219:12, 226:7
**TALKING** [45] - 40:15, 81:14, 84:8, 130:1, 133:18, 138:5, 149:14, 155:22, 157:15, 168:11, 168:12, 168:13, 179:14, 183:24, 195:4, 208:22, 211:4, 216:12, 216:20, 222:22, 226:9, 226:10, 228:24, 228:25, 234:21, 234:25, 241:11, 241:24, 246:24, 248:10, 249:7, 249:9, 249:10, 249:17, 251:8, 251:14, 256:12, 256:18, 256:21, 267:12, 277:16, 283:3, 284:5, 286:11
**TALKS** [1] - 284:4
**TATEL** [1] - 88:14
**TEAM** [21] - 11:13, 83:3, 92:20, 92:23, 95:7, 97:16, 99:6, 101:23, 211:6, 211:12, 211:13, 211:23, 225:15, 229:8, 239:5, 240:16, 240:25, 242:16, 244:4, 246:17
**TECHNICAL** [3] - 94:11, 95:18, 96:7
**TECHNICALLY** [5] - 35:18, 41:18, 58:11, 117:8, 133:7
**TECHNOLOGIES** [1] - 174:12
**TECHNOLOGY** [11] - 31:8, 31:17, 31:20, 85:13, 85:16, 86:20, 87:5, 88:4, 88:9, 100:23, 148:2
**TELEPHONE** [9] - 195:11, 212:17,

214:16, 214:24, 215:5, 226:15, 229:25, 245:22, 246:13

**TELEPHONICALLY** [1] - 290:2

**TELL** [21] - 42:15, 60:23, 80:13, 100:21, 128:2, 143:19, 145:9, 160:24, 189:21, 203:4, 204:17, 215:4, 216:17, 239:6, 240:24, 248:25, 278:9, 280:17, 280:25, 286:9

**TELLING** [3] - 89:7, 145:3, 246:6

**TELLS** [3] - 80:14, 116:6, 117:23

**TEMPORARILY** [3] - 38:20, 39:14, 41:17

**TEN** [6] - 100:1, 112:1, 187:24, 244:8, 254:3, 273:24

**TERM** [34] - 55:21, 55:23, 56:5, 56:10, 56:14, 57:8, 57:17, 125:25, 136:3, 141:24, 142:2, 142:5, 143:16, 143:17, 143:18, 166:13, 167:1, 167:2, 167:4, 167:6, 167:12, 173:8, 182:12, 182:18, 182:23, 230:2, 230:18, 230:22, 231:2, 232:10, 232:11, 260:8

**TERMING** [1] - 285:5

**TERMINOLOGY** [7] - 16:25, 17:22, 18:1, 18:7, 19:8, 30:3, 147:23

**TERMS** [20] - 5:16, 32:22, 94:24, 94:25, 98:3, 99:1, 100:9, 100:22, 148:14, 151:1, 166:13, 174:2, 191:23, 230:1, 237:4, 240:17, 241:1, 247:16, 261:6, 279:22

**TERRIBLY** [1] - 291:10

**TEST** [4] - 78:12, 79:6, 80:17, 259:18

**TESTED** [2] - 103:11, 214:5

**TESTIFIED** [15] - 29:22, 84:7, 113:6, 135:2, 148:10, 150:16, 155:12, 155:13, 159:7, 159:9, 160:9, 186:13, 208:15, 237:25, 245:10

**TESTIFY** [3] - 97:10, 140:6, 186:23

**TESTIFYING** [4] - 54:22, 74:21, 86:17, 151:18

**TESTIMONY** [36] - 20:21, 34:24, 41:3, 41:7, 41:11, 69:24, 83:6, 83:12, 83:13, 83:17, 83:18, 83:21, 83:22, 112:3, 132:18, 138:20, 139:6, 139:24, 148:3, 149:18, 149:19, 156:1, 159:23, 162:23, 166:9, 176:12, 212:4, 213:20, 245:2, 250:23, 257:2, 279:4, 280:12, 281:4, 281:24, 290:2

**TESTING** [51] - 31:6, 57:4, 72:1, 73:11, 78:25, 79:12, 82:13, 82:17, 102:2, 102:5, 102:6, 102:8, 102:9, 102:14, 102:16, 102:20, 188:12, 188:14, 188:15, 238:23, 239:1, 252:3, 259:4, 260:6, 261:2, 264:3, 264:4, 265:16, 266:24, 266:25, 269:19, 271:14, 271:25, 272:11, 273:10, 273:25, 274:2, 274:10, 274:24, 275:3, 275:13, 275:17, 276:1, 276:8, 276:11, 276:22, 276:24, 277:4, 279:3, 281:13

**TESTS** [4] - 263:11, 263:15, 271:15, 275:3

**TEXT** [8] - 91:14, 116:15, 119:17, 169:3, 169:12,

171:20, 234:2, 234:6

**TEXTUAL** [1] - 156:2

**THAN** [27] - 18:12, 18:21, 44:11, 44:15, 54:11, 66:8, 69:15, 69:19, 94:4, 120:9, 125:8, 125:19, 129:5, 138:6, 162:22, 183:3, 183:14, 191:25, 203:15, 204:16, 217:8, 217:20, 245:24, 254:3, 263:22, 282:20, 291:8

**THANK** [34] - 4:10, 28:25, 37:21, 43:23, 47:21, 52:17, 60:25, 65:21, 73:7, 74:3, 115:15, 121:13, 130:10, 134:24, 136:15, 143:4, 160:14, 160:16, 161:1, 163:10, 163:20, 163:21, 193:20, 205:7, 252:25, 253:2, 258:16, 260:19, 263:5, 273:9, 277:9, 278:24, 289:9, 290:22

**THANKS** [4] - 207:18, 272:9, 273:22, 290:19

**THAT** [1434] - 3:9, 3:19, 4:12, 5:7, 5:10, 5:12, 5:18, 6:15, 8:16, 8:23, 9:5, 10:23, 11:7, 11:9, 11:16, 12:2, 12:7, 12:18, 13:1, 13:4, 14:3, 14:15, 14:18, 14:21, 15:9, 15:14, 15:16, 15:18, 16:3, 16:19, 16:22, 17:4, 17:7, 17:15, 17:21, 17:22, 18:8, 18:16, 19:5, 19:8, 19:10, 19:15, 20:18, 21:2, 21:14, 21:15, 21:22, 21:23, 22:13, 22:20, 23:1, 23:24, 24:14, 24:22, 25:9, 25:14, 25:15, 26:7, 26:17, 26:22, 27:15, 28:3, 28:11, 28:18, 28:24, 29:4, 29:10, 29:14, 29:15, 29:22, 30:4, 30:6, 30:9, 30:15, 30:25, 31:2, 31:3,

31:5, 31:10, 31:19, 31:22, 31:25, 32:4, 32:5, 32:13, 32:18, 32:20, 33:4, 33:24, 34:24, 35:1, 35:2, 35:4, 35:19, 36:4, 36:7, 37:5, 37:6, 37:11, 37:14, 37:17, 37:22, 37:23, 38:4, 38:6, 38:13, 38:16, 38:18, 39:5, 39:7, 39:9, 39:22, 40:5, 40:16, 40:18, 40:22, 41:2, 41:6, 41:8, 41:11, 41:14, 41:18, 41:21, 41:22, 42:3, 42:6, 42:8, 42:19, 42:22, 42:23, 43:8, 43:12, 43:15, 43:20, 44:16, 44:17, 44:19, 44:21, 45:1, 45:8, 45:11, 45:18, 45:23, 45:25, 46:1, 46:2, 46:3, 46:5, 46:6, 46:17, 46:21, 47:5, 49:5, 51:8, 52:7, 53:4, 53:13, 53:18, 54:9, 54:24, 54:25, 55:1, 55:9, 55:12, 55:20, 56:5, 56:8, 56:9, 56:13, 56:14, 56:21, 56:25, 57:1, 57:2, 57:6, 57:7, 57:8, 57:9, 57:17, 57:20, 57:25, 58:4, 58:8, 58:9, 58:10, 58:12, 58:14, 58:16, 58:17, 58:25, 59:7, 59:11, 59:12, 59:14, 59:21, 59:24, 60:2, 60:4, 60:5, 60:15, 61:1, 61:4, 61:7, 61:15, 61:16, 61:19, 61:21, 62:6, 62:7, 62:8, 62:11, 62:17, 62:24, 62:25, 63:7, 63:10, 63:14, 63:18, 63:24, 63:25, 64:4, 64:5, 64:10, 64:17, 64:21, 65:3, 65:5, 65:15, 65:17, 65:19, 66:2, 66:7, 66:13, 66:14, 66:16, 66:17, 66:18, 66:19, 66:20, 66:24, 67:13, 67:15, 67:24, 68:5, 68:13, 68:17, 68:19, 69:9, 69:20, 69:24, 70:3, 70:4, 70:5, 70:7, 70:10, 70:11, 70:12, 70:16, 70:22, 70:23,

70:25, 71:5, 71:6, 71:7, 71:19, 71:20, 72:1, 72:3, 72:6, 72:9, 73:10, 74:2, 74:4, 74:8, 74:9, 74:13, 74:17, 74:20, 75:1, 75:15, 76:1, 76:18, 76:22, 76:24, 77:1, 77:3, 77:12, 77:13, 77:16, 77:17, 78:3, 78:13, 78:15, 78:17, 78:18, 78:21, 78:22, 78:23, 79:8, 79:11, 79:14, 79:20, 79:22, 79:25, 80:14, 80:18, 80:21, 80:25, 81:2, 81:4, 81:12, 81:13, 81:22, 81:25, 82:10, 82:12, 82:16, 83:1, 83:5, 83:7, 83:12, 84:19, 85:3, 85:4, 85:5, 85:14, 85:17, 85:24, 86:4, 86:18, 86:21, 86:22, 86:23, 86:25, 87:1, 87:18, 87:19, 87:21, 87:24, 88:2, 88:5, 88:11, 88:23, 89:6, 89:7, 89:13, 89:15, 90:8, 90:12, 90:15, 90:19, 90:20, 90:22, 90:25, 91:6, 91:21, 92:19, 92:22, 93:1, 93:2, 93:4, 93:9, 93:19, 93:20, 93:25, 94:3, 94:17, 94:22, 95:3, 95:16, 95:19, 95:21, 96:10, 96:21, 96:24, 97:7, 97:8, 97:13, 97:18, 98:4, 98:5, 98:7, 98:10, 98:12, 98:14, 99:1, 99:5, 99:15, 99:19, 99:20, 99:23, 99:25, 100:1, 100:2, 100:5, 100:6, 100:8, 100:10, 100:11, 100:12, 100:18, 100:19, 100:22, 100:24, 101:3, 101:6, 101:8, 101:15, 102:5, 102:6, 102:21, 103:5, 103:8, 103:11, 103:15, 104:13, 105:2, 105:3, 105:17, 105:19, 106:5, 106:9, 106:20, 106:24, 107:9, 107:12, 107:15,

107:17, 107:23,
108:2, 108:5,
108:22, 109:1,
109:3, 109:6, 109:7,
109:17, 110:2,
110:18, 110:22,
111:7, 111:10,
111:12, 111:24,
112:14, 113:6,
113:8, 113:11,
113:12, 113:16,
113:21, 114:20,
114:21, 115:25,
116:5, 116:11,
116:25, 117:14,
117:16, 117:22,
118:5, 118:16,
119:2, 119:7,
119:14, 119:15,
119:16, 119:18,
119:20, 119:23,
119:24, 120:10,
120:18, 122:2,
122:7, 122:18,
122:21, 122:22,
122:23, 123:9,
123:11, 123:14,
123:18, 124:8,
124:19, 125:1,
125:3, 125:9,
125:11, 125:13,
125:23, 126:6,
126:7, 126:24,
127:2, 127:3, 127:9,
127:14, 127:15,
127:20, 127:21,
128:2, 128:4, 128:6,
128:7, 128:9,
128:10, 128:15,
128:17, 128:18,
129:3, 129:10,
129:12, 130:1,
130:3, 130:4, 130:7,
130:16, 131:9,
131:14, 131:16,
131:22, 131:24,
132:5, 132:11,
132:13, 132:15,
132:19, 132:21,
132:24, 133:1,
133:4, 133:5,
133:10, 133:15,
133:21, 133:22,
134:13, 135:5,
135:11, 135:14,
135:18, 135:24,
136:17, 136:22,
136:25, 137:4,
137:8, 137:11,
137:13, 137:19,
138:2, 138:13,

138:15, 138:17,
138:25, 139:14,
139:18, 139:19,
139:24, 140:12,
140:13, 140:21,
141:1, 141:2, 141:4,
141:7, 141:12,
141:18, 142:2,
142:11, 142:16,
142:17, 143:9,
143:12, 143:14,
143:16, 143:20,
144:1, 144:6,
144:13, 144:15,
145:17, 146:3,
146:20, 146:21,
146:22, 148:6,
148:22, 149:2,
149:4, 149:19,
150:1, 150:2,
150:10, 150:11,
150:12, 150:15,
150:16, 150:17,
150:21, 150:23,
150:24, 151:10,
151:14, 152:7,
152:24, 153:3,
153:6, 153:8,
153:11, 153:16,
154:2, 154:5,
155:13, 155:16,
155:19, 155:23,
156:2, 156:6,
156:21, 157:7,
157:8, 157:12,
157:19, 157:24,
158:11, 158:19,
158:23, 159:3,
159:5, 159:9,
159:10, 159:25,
160:2, 160:9,
160:25, 161:5,
161:10, 161:11,
161:12, 161:19,
162:12, 162:16,
162:21, 162:23,
163:5, 163:9,
163:10, 163:19,
163:24, 164:1,
164:3, 164:6, 164:9,
165:2, 165:14,
166:4, 166:5,
166:10, 166:12,
166:13, 166:15,
166:17, 166:18,
166:23, 167:6,
167:10, 167:11,
167:24, 168:2,
168:5, 168:17,
168:21, 169:4,
169:6, 169:8,

169:14, 169:24,
170:4, 170:6, 170:7,
170:10, 170:13,
171:4, 171:8,
171:11, 171:12,
171:22, 172:11,
173:5, 173:10,
173:15, 173:16,
173:17, 174:3,
174:23, 175:4,
175:19, 175:23,
175:25, 176:2,
176:9, 177:1, 177:5,
177:7, 178:4,
178:14, 178:16,
178:18, 178:22,
178:23, 179:19,
179:20, 179:21,
179:24, 179:25,
180:1, 180:2, 180:4,
180:7, 180:14,
180:20, 180:23,
181:1, 181:4, 181:5,
181:8, 181:10,
181:11, 181:12,
181:13, 181:17,
181:20, 181:23,
182:14, 182:19,
182:23, 182:24,
183:2, 183:5, 183:6,
183:7, 183:9,
183:19, 183:22,
183:23, 183:25,
184:2, 184:3,
184:17, 184:18,
185:1, 185:3,
185:15, 185:18,
185:20, 185:21,
185:22, 186:1,
186:6, 186:12,
186:18, 187:5,
187:9, 187:10,
187:12, 187:13,
188:1, 188:2,
188:18, 188:23,
189:13, 189:20,
190:4, 190:13,
191:1, 191:2,
191:14, 191:17,
191:25, 192:11,
192:18, 192:22,
192:25, 193:2,
193:6, 193:9,
193:14, 193:21,
193:24, 194:1,
194:11, 194:16,
194:20, 194:22,
194:23, 194:24,
194:25, 195:1,
195:17, 196:2,
196:8, 196:12,

196:17, 196:19,
196:20, 196:21,
196:22, 196:25,
197:1, 197:3,
197:18, 197:24,
198:3, 198:12,
198:16, 198:20,
199:19, 199:24,
200:2, 200:6, 200:7,
200:9, 201:2, 201:5,
201:9, 201:10,
201:11, 201:15,
201:16, 201:18,
201:19, 201:22,
201:24, 202:2,
202:9, 202:16,
202:18, 202:20,
202:22, 202:23,
203:1, 203:12,
203:13, 203:14,
203:18, 203:24,
204:6, 204:8,
204:10, 204:15,
204:17, 205:1,
205:2, 205:4, 205:5,
205:22, 205:24,
206:1, 206:19,
206:21, 207:3,
207:5, 207:13,
207:22, 208:15,
208:17, 209:2,
209:6, 209:7, 209:8,
209:9, 209:10,
209:14, 209:16,
209:17, 209:19,
210:5, 210:8,
210:11, 210:13,
210:15, 210:18,
211:2, 211:3, 211:6,
211:24, 211:25,
212:1, 212:2, 212:6,
212:7, 212:9,
212:10, 212:16,
212:17, 212:20,
213:13, 213:17,
213:18, 213:23,
214:4, 214:11,
214:16, 214:17,
214:24, 215:3,
215:5, 215:7, 215:8,
215:10, 215:11,
215:13, 215:14,
215:19, 215:20,
215:21, 215:23,
215:25, 216:6,
216:7, 216:8,
216:12, 216:15,
216:16, 216:19,
216:22, 216:23,
217:1, 217:2, 217:4,
217:5, 217:6, 217:8,

217:10, 217:12,
217:16, 218:7,
218:10, 218:19,
218:21, 219:2,
219:5, 219:10,
219:13, 219:15,
220:1, 220:4, 220:5,
220:14, 220:18,
220:23, 221:1,
221:2, 221:4, 221:7,
221:8, 221:10,
221:17, 222:9,
222:14, 222:17,
222:20, 222:22,
223:4, 223:10,
223:11, 223:12,
223:14, 223:15,
223:18, 223:22,
224:2, 224:17,
224:22, 224:25,
225:2, 225:7,
225:12, 225:13,
225:14, 225:15,
225:16, 225:17,
225:21, 225:24,
225:25, 226:4,
226:11, 226:13,
226:14, 226:17,
226:19, 226:20,
226:22, 226:23,
226:24, 227:1,
227:4, 227:5, 227:7,
227:11, 227:12,
227:13, 227:15,
227:17, 227:18,
227:20, 227:23,
228:5, 228:6, 228:7,
228:21, 228:22,
229:2, 229:3, 229:8,
229:10, 229:15,
229:16, 229:19,
229:24, 230:9,
230:11, 230:12,
230:14, 230:18,
230:19, 231:3,
231:5, 231:6,
231:12, 231:14,
231:17, 231:19,
231:21, 232:6,
232:7, 232:11,
232:14, 232:19,
232:23, 233:2,
233:4, 233:5, 233:7,
233:8, 233:13,
233:14, 233:18,
233:20, 234:2,
234:11, 234:13,
234:16, 234:17,
234:19, 235:2,
235:5, 235:9,
235:14, 235:17,

235:20, 235:22,
236:10, 236:14,
236:21, 236:22,
236:24, 237:1,
237:11, 237:12,
237:13, 238:4,
238:25, 239:7,
239:11, 239:17,
239:19, 239:20,
239:21, 240:1,
240:2, 240:14,
240:16, 240:21,
240:24, 240:25,
241:4, 241:7, 241:9,
241:15, 241:21,
241:24, 242:2,
242:9, 242:12,
242:14, 242:16,
242:20, 242:21,
242:24, 243:2,
243:10, 243:14,
243:16, 243:17,
243:19, 243:20,
243:21, 244:4,
244:16, 244:17,
244:24, 245:3,
245:11, 245:12,
245:17, 245:18,
245:22, 245:24,
246:4, 246:11,
246:13, 246:14,
246:15, 246:19,
247:2, 247:4, 247:9,
247:12, 247:17,
247:22, 248:1,
248:2, 248:3, 248:6,
248:7, 248:9,
248:11, 248:14,
248:17, 248:22,
248:23, 248:25,
249:1, 249:2, 249:3,
249:8, 249:11,
249:13, 249:14,
249:15, 249:18,
249:20, 249:22,
249:23, 250:3,
250:6, 250:7,
250:19, 250:21,
251:12, 251:22,
251:23, 251:25,
252:1, 252:5, 252:7,
252:11, 252:13,
252:14, 252:19,
254:5, 254:25,
255:13, 255:19,
255:25, 256:5,
256:6, 256:10,
256:17, 256:23,
257:3, 257:6,
257:13, 257:16,
257:19, 257:21,

257:22, 257:23,
258:3, 258:16,
258:17, 258:18,
259:6, 259:9,
259:12, 259:17,
259:25, 260:1,
260:11, 260:24,
261:1, 261:17,
261:23, 262:4,
262:7, 262:8,
262:23, 262:25,
263:15, 263:20,
263:21, 264:13,
264:16, 264:21,
265:3, 265:5, 265:6,
265:12, 265:24,
266:1, 266:25,
267:4, 267:10,
267:11, 267:12,
267:16, 267:18,
268:8, 268:12,
268:17, 268:19,
269:22, 269:25,
270:3, 270:13,
270:16, 270:25,
271:1, 271:18,
271:19, 271:21,
271:25, 272:3,
272:13, 272:21,
273:1, 273:4,
273:11, 273:17,
274:2, 274:5, 274:6,
274:13, 274:15,
274:16, 274:20,
274:24, 275:5,
275:12, 275:14,
276:2, 276:3, 276:4,
276:7, 276:10,
276:11, 276:22,
276:25, 277:20,
277:22, 277:24,
278:10, 278:15,
279:1, 279:2, 279:4,
279:10, 279:11,
279:13, 279:19,
279:21, 279:24,
279:25, 280:1,
280:2, 280:5, 280:7,
280:8, 280:10,
280:13, 280:20,
280:22, 281:3,
281:7, 281:11,
281:13, 281:17,
281:18, 281:24,
282:1, 282:3, 282:4,
282:5, 282:11,
282:19, 282:20,
283:4, 283:6, 284:2,
284:7, 284:11,
284:14, 284:16,
284:20, 284:23,

285:13, 285:21,
286:11, 286:21,
287:10, 287:25,
288:3, 288:4,
288:15, 289:18,
291:10, 291:14
**THAT'S** [195] - 4:9,
9:4, 9:10, 10:4,
10:24, 11:3, 11:8,
11:11, 20:17, 23:13,
23:15, 26:22, 27:8,
27:10, 27:12, 27:18,
27:19, 29:23, 32:25,
35:6, 40:9, 40:10,
40:11, 43:24, 44:7,
44:15, 44:24, 45:5,
46:12, 46:24, 48:21,
52:17, 55:7, 65:16,
69:18, 73:22, 75:23,
78:15, 79:21, 80:7,
80:8, 80:23, 83:6,
84:22, 87:22, 91:14,
93:2, 94:1, 94:10,
97:22, 97:25, 102:7,
102:9, 102:23,
110:6, 111:4, 115:5,
116:13, 117:12,
119:24, 120:4,
123:23, 124:24,
124:25, 128:22,
130:3, 133:9,
133:10, 136:13,
137:25, 140:5,
141:3, 141:16,
141:25, 142:12,
142:13, 144:9,
144:11, 145:16,
146:5, 148:5, 149:6,
150:21, 153:2,
156:4, 156:24,
161:21, 164:10,
165:1, 165:7,
167:13, 168:19,
169:21, 170:7,
171:2, 172:13,
173:3, 175:9,
183:13, 185:22,
185:24, 186:15,
187:14, 187:17,
188:11, 188:22,
189:7, 190:9,
190:15, 191:10,
191:13, 191:16,
192:4, 197:9,
198:17, 200:12,
202:1, 203:5, 203:7,
203:10, 203:21,
204:4, 205:1,
207:10, 208:7,
208:11, 208:14,
209:17, 217:17,

219:13, 223:12,
223:21, 226:25,
232:9, 233:5,
233:16, 233:22,
236:24, 236:25,
237:8, 242:5,
242:11, 242:13,
242:21, 248:4,
248:19, 253:22,
255:15, 256:8,
257:24, 258:7,
258:19, 259:7,
260:1, 260:25,
261:5, 261:12,
262:6, 262:17,
262:21, 263:4,
263:13, 265:25,
266:5, 266:19,
268:7, 268:16,
269:5, 269:14,
270:5, 271:11,
271:23, 272:10,
272:18, 274:1,
274:12, 275:1,
275:2, 275:19,
275:24, 276:13,
278:7, 278:13,
280:24, 283:5,
283:8, 284:13,
284:15, 287:24,
288:12, 291:7
**THE** [3145] - 1:1, 1:2,
1:10, 1:16, 2:4, 2:10,
2:15, 3:2, 3:5, 3:8,
3:9, 3:14, 3:15, 3:16,
3:17, 3:19, 3:20,
3:21, 3:22, 4:2, 4:3,
4:6, 4:8, 4:9, 4:10,
4:15, 4:18, 4:19, 5:9,
5:13, 5:14, 5:16,
5:17, 5:18, 5:23,
5:25, 6:15, 6:17,
6:19, 6:21, 7:25, 8:4,
8:6, 8:16, 8:19, 8:24,
8:25, 9:3, 9:4, 9:16,
9:19, 9:22, 9:24,
10:1, 10:2, 10:4,
10:8, 10:10, 10:11,
10:12, 10:14, 10:15,
10:22, 10:25, 11:5,
11:6, 11:9, 11:11,
11:12, 11:13, 11:15,
11:19, 12:7, 12:9,
12:11, 12:13, 12:19,
12:20, 12:24, 13:1,
13:4, 13:5, 13:6,
13:8, 13:11, 13:20,
13:22, 13:23, 14:2,
14:5, 14:9, 14:11,
14:15, 14:18, 14:22,
15:9, 15:13, 15:14,

15:21, 15:22, 15:25,
16:3, 16:4, 16:8,
16:13, 16:21, 16:25,
17:10, 17:15, 17:17,
17:21, 17:24, 18:7,
18:9, 18:10, 18:19,
18:21, 19:3, 19:4,
19:5, 19:10, 19:13,
19:14, 19:20, 19:21,
19:22, 19:24, 19:25,
20:2, 20:4, 20:6,
20:7, 20:8, 20:11,
20:18, 21:2, 21:3,
21:4, 21:5, 21:9,
21:11, 21:16, 21:17,
21:18, 21:21, 21:22,
21:25, 22:1, 22:2,
22:4, 22:7, 22:13,
22:19, 22:24, 23:2,
23:9, 23:10, 23:19,
23:20, 23:21, 23:22,
24:3, 24:6, 24:7,
24:13, 24:14, 24:15,
24:16, 24:17, 24:21,
24:22, 25:6, 25:9,
25:12, 25:13, 25:14,
25:15, 25:17, 25:23,
25:25, 26:7, 26:8,
26:10, 26:11, 26:12,
26:15, 26:16, 26:18,
26:19, 26:20, 27:3,
27:4, 27:5, 27:6,
27:7, 27:14, 27:15,
27:21, 27:25, 28:1,
28:3, 28:7, 28:8,
28:11, 28:20, 28:21,
28:23, 28:24, 28:25,
29:5, 29:12, 29:14,
29:15, 29:17, 29:18,
29:19, 30:3, 30:6,
30:9, 30:14, 30:15,
30:16, 31:2, 31:7,
31:10, 31:14, 31:16,
31:19, 32:5, 32:7,
32:8, 32:10, 32:11,
32:12, 32:13, 32:18,
32:21, 32:24, 33:1,
33:5, 33:9, 33:11,
33:21, 33:22, 33:24,
34:12, 34:13, 34:14,
34:15, 34:23, 34:24,
34:25, 35:1, 35:9,
35:13, 35:15, 35:16,
35:19, 35:25, 36:3,
36:4, 36:6, 36:7,
36:8, 36:13, 36:14,
36:24, 37:5, 37:11,
37:16, 37:17, 38:16,
38:18, 39:1, 39:3,
39:6, 39:14, 39:17,
39:20, 39:23, 39:24,

40:2, 40:4, 40:7,
40:10, 40:12, 40:18,
40:20, 40:22, 40:23,
40:24, 40:25, 41:11,
41:15, 41:18, 41:19,
42:11, 42:13, 42:17,
42:19, 42:20, 42:21,
42:22, 42:23, 43:8,
43:9, 43:12, 43:13,
43:20, 43:22, 43:23,
44:2, 44:5, 44:8,
44:18, 44:22, 45:5,
45:11, 45:12, 45:18,
45:19, 45:23, 45:24,
45:25, 46:4, 46:6,
46:10, 46:13, 46:19,
46:23, 46:25, 47:1,
47:9, 47:12, 47:22,
48:4, 48:5, 48:8,
48:10, 48:12, 48:14,
48:17, 48:19, 48:20,
48:21, 48:22, 48:24,
49:2, 49:7, 49:11,
49:14, 49:16, 49:20,
49:22, 49:24, 50:3,
50:6, 50:8, 50:10,
50:13, 50:15, 50:17,
50:20, 50:23, 51:1,
51:4, 51:7, 51:11,
51:14, 51:17, 51:19,
51:20, 51:23, 51:25,
52:1, 52:3, 52:4,
52:5, 52:10, 52:15,
52:18, 53:5, 53:6,
53:8, 53:9, 53:11,
53:15, 53:18, 53:24,
54:1, 54:3, 54:9,
54:10, 54:15, 54:16,
54:19, 54:21, 54:22,
54:23, 55:7, 55:9,
55:12, 55:17, 55:20,
55:22, 55:24, 55:25,
56:5, 56:8, 56:9,
56:11, 56:14, 56:18,
56:19, 56:20, 57:5,
57:6, 57:7, 57:8,
57:11, 57:12, 57:16,
57:17, 57:24, 57:25,
58:1, 58:4, 58:6,
58:11, 58:18, 58:20,
58:25, 59:1, 59:2,
59:3, 59:9, 59:10,
59:16, 59:19, 59:20,
59:22, 59:24, 60:1,
60:3, 60:8, 60:13,
60:15, 60:16, 60:19,
60:21, 60:24, 60:25,
61:2, 61:3, 61:5,
61:6, 61:7, 61:8,
61:10, 61:16, 61:18,
61:19, 61:21, 61:24,

62:1, 62:4, 62:9,
62:11, 62:12, 62:16,
62:24, 62:25, 63:1,
63:2, 63:3, 63:4,
63:5, 63:12, 63:14,
63:23, 63:25, 64:3,
64:5, 64:7, 64:9,
64:13, 64:17, 64:21,
64:22, 65:2, 65:5,
65:6, 65:9, 65:11,
65:12, 65:14, 65:15,
65:17, 65:18, 65:21,
66:1, 66:2, 66:9,
66:13, 66:25, 67:2,
67:3, 67:7, 67:13,
67:20, 67:23, 68:1,
68:4, 68:5, 68:9,
68:10, 68:11, 68:13,
68:14, 68:15, 68:16,
68:18, 68:19, 68:22,
68:24, 69:1, 69:5,
69:8, 69:11, 69:16,
69:19, 69:25, 70:3,
70:7, 70:10, 70:12,
70:15, 70:18, 70:19,
70:23, 70:25, 71:4,
71:6, 71:11, 71:14,
71:15, 71:16, 71:18,
71:24, 71:25, 72:1,
72:3, 72:4, 72:5,
72:9, 72:10, 72:20,
72:23, 72:24, 73:1,
73:2, 73:4, 73:5,
73:6, 73:7, 73:8,
73:9, 73:13, 73:17,
73:18, 73:19, 73:21,
73:22, 73:25, 74:8,
74:9, 74:10, 74:13,
74:16, 74:18, 74:20,
75:1, 75:2, 75:3,
75:4, 75:7, 75:9,
75:13, 75:14, 75:17,
75:18, 75:19, 75:21,
76:2, 76:4, 76:8,
76:11, 76:18, 76:19,
76:25, 77:8, 77:12,
77:14, 77:16, 77:17,
77:19, 77:20, 77:21,
78:4, 78:10, 78:11,
79:1, 79:3, 79:4,
79:5, 79:10, 79:11,
79:12, 79:13, 79:15,
79:17, 79:21, 79:24,
79:25, 80:1, 80:2,
80:3, 80:4, 80:5,
80:7, 80:8, 80:10,
80:13, 80:15, 80:17,
80:18, 81:10, 81:11,
81:12, 81:14, 81:15,
81:17, 81:18, 81:20,
81:21, 81:22, 81:25,

82:2, 82:4, 82:9,
82:11, 82:13, 82:14,
82:15, 82:17, 82:18,
82:19, 82:20, 82:21,
83:1, 83:8, 83:9,
83:15, 83:21, 84:1,
84:2, 84:3, 84:4,
84:7, 84:9, 84:10,
85:3, 85:4, 85:6,
85:9, 85:10, 85:12,
85:13, 85:17, 86:6,
86:7, 86:9, 86:10,
86:12, 86:13, 86:25,
87:3, 87:8, 87:14,
87:15, 87:20, 87:21,
88:1, 88:11, 88:14,
88:16, 88:18, 88:22,
89:2, 89:5, 89:6,
89:7, 89:8, 89:12,
89:16, 89:19, 89:20,
89:23, 89:24, 90:3,
90:4, 90:5, 90:6,
90:11, 90:12, 90:13,
90:14, 90:15, 90:16,
90:17, 90:18, 90:19,
90:22, 90:23, 91:5,
91:6, 91:7, 91:9,
91:12, 91:13, 91:14,
91:15, 91:16, 91:18,
91:19, 91:20, 92:3,
92:4, 92:12, 92:18,
92:19, 92:20, 92:23,
93:2, 93:4, 93:6,
93:16, 93:17, 93:19,
93:21, 93:22, 93:23,
93:25, 94:5, 94:6,
94:10, 94:12, 94:16,
94:17, 94:20, 94:21,
94:23, 95:9, 95:18,
95:21, 95:23, 95:24,
96:1, 96:3, 96:6,
96:7, 96:8, 96:10,
96:11, 96:20, 96:22,
96:24, 97:1, 97:6,
97:7, 97:11, 97:15,
97:16, 97:17, 97:22,
97:25, 98:2, 98:3,
98:5, 98:7, 98:8,
98:12, 98:13, 98:14,
98:15, 98:16, 98:17,
98:18, 98:20, 98:21,
98:23, 98:24, 98:25,
99:1, 99:2, 99:4,
99:5, 99:6, 99:7,
99:10, 99:14, 99:15,
99:17, 99:18, 99:19,
99:21, 99:24, 100:2,
100:5, 100:7, 100:8,
100:11, 100:13,
100:15, 100:21,
100:22, 100:24,

100:25, 101:1,
101:2, 101:3,
101:11, 101:15,
101:16, 101:18,
101:20, 101:21,
101:25, 102:1,
102:2, 102:5, 102:7,
102:9, 102:10,
102:11, 102:12,
102:14, 102:16,
102:17, 102:18,
102:20, 102:21,
102:23, 102:25,
103:1, 103:2, 103:4,
103:7, 103:12,
103:17, 103:18,
103:21, 104:2,
104:4, 104:6,
104:10, 104:16,
104:18, 104:19,
104:20, 104:22,
104:24, 105:4,
105:9, 105:10,
105:13, 105:15,
105:17, 105:18,
105:21, 105:22,
105:23, 106:2,
106:5, 106:8,
106:13, 106:15,
106:16, 106:17,
106:18, 106:20,
106:23, 106:24,
107:3, 107:5, 107:8,
107:10, 107:11,
107:12, 107:13,
107:15, 107:16,
107:20, 107:24,
108:4, 108:7, 108:8,
108:9, 108:10,
108:12, 108:13,
108:17, 108:20,
108:22, 108:24,
109:1, 109:2, 109:4,
109:6, 109:10,
109:17, 109:20,
109:21, 109:24,
109:25, 110:1,
110:6, 110:9,
110:10, 110:13,
110:16, 110:17,
110:22, 110:23,
111:1, 111:6,
111:19, 111:21,
111:22, 112:8,
112:14, 112:15,
112:25, 113:4,
113:7, 113:11,
113:17, 113:21,
113:25, 114:3,
114:4, 114:5, 114:6,
114:8, 114:9,

114:10, 114:12,
114:13, 114:17,
114:18, 114:19,
114:20, 114:21,
114:25, 115:1,
115:2, 115:3, 115:8,
115:9, 115:10,
115:11, 115:18,
115:23, 115:25,
116:3, 116:4, 116:6,
116:7, 116:9,
116:11, 116:13,
116:14, 116:15,
116:19, 116:20,
116:21, 116:23,
116:25, 117:1,
117:2, 117:3, 117:5,
117:6, 117:9,
117:11, 117:12,
117:13, 117:14,
117:16, 117:18,
117:22, 118:1,
118:3, 118:6, 118:9,
118:14, 118:19,
118:24, 118:25,
119:1, 119:3, 119:4,
119:5, 119:7, 119:8,
119:9, 119:10,
119:11, 119:12,
119:16, 119:23,
119:24, 120:1,
120:2, 120:5, 120:6,
120:7, 120:18,
120:25, 121:8,
121:10, 121:16,
121:19, 121:21,
121:23, 121:24,
122:6, 122:16,
122:17, 122:18,
122:19, 122:20,
122:22, 123:5,
123:18, 123:21,
123:22, 123:23,
123:24, 124:1,
124:2, 124:4, 124:6,
124:7, 124:13,
124:16, 124:19,
125:1, 125:3, 125:4,
125:8, 125:9,
125:10, 125:11,
125:12, 125:13,
125:14, 125:17,
125:20, 125:24,
126:7, 126:8,
126:10, 126:11,
126:15, 126:16,
126:20, 126:24,
127:1, 127:16,
127:20, 127:22,
128:4, 128:6,
128:17, 128:19,

128:20, 128:21,
128:22, 128:24,
129:1, 129:2, 129:4,
129:6, 129:9,
129:12, 129:14,
129:17, 129:19,
129:22, 129:23,
129:24, 130:12,
130:14, 130:18,
130:21, 130:23,
130:25, 131:2,
131:4, 131:5, 131:7,
131:8, 131:11,
131:12, 131:13,
131:15, 131:16,
131:19, 131:20,
131:21, 131:22,
131:23, 131:24,
132:2, 132:6, 132:9,
132:11, 132:13,
132:16, 132:17,
132:18, 132:19,
132:20, 132:21,
132:22, 132:25,
133:2, 133:3, 133:4,
133:6, 133:8,
133:10, 133:11,
133:12, 133:15,
133:16, 133:18,
133:20, 133:21,
133:24, 133:25,
134:1, 134:3, 134:6,
134:7, 134:8, 134:9,
134:10, 134:12,
134:15, 134:18,
134:19, 134:21,
135:4, 135:7,
135:18, 135:22,
135:23, 136:2,
136:3, 136:7,
136:11, 136:14,
136:17, 136:21,
136:22, 136:25,
137:5, 137:7, 137:8,
137:10, 137:12,
137:14, 137:18,
137:20, 137:21,
137:25, 138:1,
138:2, 138:3, 138:6,
138:8, 138:9,
138:12, 138:18,
138:21, 138:22,
138:24, 139:1,
139:4, 139:7, 139:8,
139:10, 139:14,
139:19, 139:21,
140:1, 140:2, 140:4,
140:5, 140:6, 140:8,
140:10, 140:12,
140:15, 140:19,
140:21, 140:24,

141:2, 141:4, 141:5,
141:7, 141:9,
141:10, 141:11,
141:13, 141:15,
141:16, 141:17,
141:18, 141:20,
141:22, 141:24,
141:25, 142:2,
142:3, 142:5, 142:7,
142:9, 142:10,
142:11, 142:12,
142:15, 142:17,
142:19, 142:22,
142:24, 143:1,
143:4, 143:9,
143:13, 143:16,
143:17, 143:18,
143:19, 143:24,
143:25, 144:3,
144:17, 144:21,
144:23, 145:4,
145:5, 145:17,
145:18, 145:19,
145:22, 145:23,
146:1, 146:2, 146:5,
146:6, 146:11,
146:13, 146:14,
146:15, 146:16,
146:20, 146:21,
147:1, 147:2, 147:3,
147:5, 147:6, 147:9,
147:14, 147:17,
147:22, 147:24,
148:5, 148:7,
148:10, 148:11,
148:13, 148:15,
148:17, 148:19,
148:21, 149:5,
149:6, 149:10,
149:13, 149:18,
149:21, 149:22,
149:25, 150:3,
150:7, 150:9,
150:10, 150:12,
150:13, 150:15,
150:17, 150:18,
150:19, 150:20,
150:23, 150:24,
150:25, 151:3,
151:6, 151:11,
151:12, 151:13,
151:17, 151:23,
151:25, 152:3,
152:4, 152:7, 152:9,
152:10, 152:12,
152:13, 152:17,
152:19, 152:20,
152:25, 153:4,
153:5, 153:6, 153:8,
153:9, 153:11,
153:12, 153:13,

153:15, 153:16,
153:17, 153:18,
153:20, 153:22,
153:23, 153:24,
154:7, 154:10,
154:12, 154:14,
154:15, 154:16,
154:21, 154:22,
154:24, 155:1,
155:4, 155:9,
155:10, 155:13,
155:14, 155:16,
155:17, 155:18,
155:19, 155:22,
155:23, 155:24,
155:25, 156:1,
156:2, 156:3, 156:4,
156:5, 156:6, 156:7,
156:8, 156:10,
156:11, 156:12,
156:13, 156:14,
156:15, 156:16,
156:17, 156:18,
156:19, 156:20,
156:21, 156:22,
156:23, 156:24,
157:2, 157:4, 157:5,
157:6, 157:8, 157:9,
157:10, 157:13,
157:14, 157:16,
157:17, 157:19,
157:21, 157:24,
158:2, 158:6, 158:8,
158:9, 158:10,
158:12, 158:14,
158:17, 158:21,
159:4, 159:7, 159:8,
159:10, 159:14,
159:21, 159:22,
160:1, 160:3, 160:7,
160:14, 160:16,
160:17, 160:18,
160:23, 160:24,
161:4, 161:10,
161:16, 161:18,
161:21, 161:22,
162:1, 162:5, 162:9,
162:12, 162:13,
162:18, 162:20,
162:23, 163:3,
163:9, 163:14,
163:16, 163:19,
163:20, 163:25,
164:1, 164:3, 164:5,
164:6, 164:8,
164:10, 164:11,
164:14, 164:16,
164:22, 165:2,
165:5, 165:6,
165:11, 165:14,
165:18, 165:20,

165:25, 166:5,
166:9, 166:10,
166:11, 166:12,
166:13, 166:15,
166:16, 166:17,
166:18, 166:22,
166:23, 166:25,
167:1, 167:2, 167:4,
167:6, 167:7, 167:8,
167:10, 167:11,
167:12, 167:14,
167:18, 167:20,
167:24, 167:25,
168:1, 168:2, 168:7,
168:8, 168:12,
168:18, 168:20,
168:23, 168:25,
169:1, 169:4, 169:7,
169:8, 169:10,
169:11, 169:17,
169:18, 169:22,
169:23, 169:24,
170:2, 170:3, 170:5,
170:8, 170:11,
170:13, 170:17,
170:18, 170:19,
170:25, 171:3,
171:4, 171:7, 171:8,
171:9, 171:13,
171:14, 171:16,
171:17, 171:18,
171:19, 171:21,
171:22, 172:7,
172:8, 172:20,
173:3, 173:4, 173:5,
173:6, 173:7, 173:8,
173:9, 173:11,
173:12, 173:16,
173:18, 173:21,
173:23, 173:25,
174:1, 174:2, 174:5,
174:11, 174:14,
174:17, 174:22,
174:25, 175:2,
175:8, 175:16,
175:17, 176:5,
176:7, 176:9,
176:11, 176:13,
176:14, 176:18,
176:23, 177:1,
177:9, 177:12,
177:14, 177:21,
177:23, 178:1,
178:7, 178:12,
178:15, 178:17,
178:18, 179:7,
179:10, 179:13,
179:19, 179:20,
179:21, 179:24,
180:2, 180:3, 180:6,
180:9, 180:11,

180:13, 180:15,
180:17, 180:19,
180:20, 180:23,
180:24, 180:25,
181:2, 181:3, 181:9,
181:10, 181:12,
181:14, 181:15,
181:19, 181:21,
181:24, 181:25,
182:1, 182:5, 182:7,
182:9, 182:11,
182:14, 182:17,
182:18, 182:19,
182:22, 182:23,
182:25, 183:6,
183:8, 183:11,
183:13, 183:15,
183:17, 183:18,
183:21, 183:22,
183:23, 183:24,
183:25, 184:2,
184:3, 184:4, 184:6,
184:11, 184:13,
184:14, 184:15,
184:18, 184:19,
184:20, 184:21,
184:23, 184:24,
185:4, 185:5,
185:12, 185:16,
185:17, 185:22,
185:25, 186:1,
186:12, 186:16,
186:17, 186:19,
186:20, 186:21,
186:23, 187:1,
187:3, 187:4, 187:5,
187:6, 187:8,
187:10, 187:11,
187:22, 188:3,
188:5, 188:6, 188:8,
188:9, 188:12,
188:15, 188:16,
188:18, 188:20,
188:21, 188:24,
188:25, 189:4,
189:6, 189:8, 189:9,
189:12, 189:19,
189:20, 189:21,
189:25, 190:5,
190:6, 190:10,
190:14, 190:22,
191:3, 191:11,
191:12, 191:14,
191:18, 191:19,
191:23, 192:1,
192:6, 192:8,
192:11, 192:13,
192:14, 192:22,
193:2, 193:13,
193:15, 193:17,
193:25, 194:2,

194:4, 194:5, 194:7,
194:11, 194:12,
194:13, 194:14,
194:15, 194:18,
194:19, 194:23,
194:24, 195:3,
195:7, 195:10,
195:12, 195:13,
195:15, 195:18,
195:24, 196:2,
196:5, 196:6,
196:10, 196:11,
196:12, 196:16,
196:17, 196:23,
196:24, 196:25,
197:8, 197:25,
198:1, 198:10,
198:14, 198:20,
198:21, 198:24,
199:4, 199:5, 199:7,
199:10, 199:15,
199:20, 199:21,
199:23, 199:24,
199:25, 200:1,
200:2, 200:4, 200:8,
200:12, 200:16,
200:17, 200:18,
200:20, 200:21,
200:23, 200:24,
200:25, 201:2,
201:3, 201:9,
201:10, 201:11,
201:12, 201:13,
201:16, 201:19,
201:20, 201:21,
201:23, 201:24,
202:2, 202:3, 202:4,
202:5, 202:6, 202:7,
202:8, 202:9,
202:10, 202:15,
202:16, 202:17,
202:18, 202:19,
202:22, 202:24,
202:25, 203:2,
203:3, 203:5, 203:7,
203:10, 203:13,
203:15, 203:17,
203:18, 203:20,
203:21, 203:25,
204:3, 204:5, 204:6,
204:12, 204:13,
204:22, 205:2,
205:6, 205:8,
205:16, 205:19,
205:20, 205:23,
206:5, 206:7, 206:8,
206:14, 206:16,
206:18, 206:21,
206:24, 207:2,
207:3, 207:5,
207:11, 207:19,

207:20, 207:24,
208:1, 208:5, 208:6,
208:9, 208:16,
208:18, 208:23,
208:25, 209:2,
209:4, 209:12,
209:13, 209:15,
209:20, 210:3,
210:4, 210:5, 210:7,
210:8, 210:9,
210:10, 210:11,
210:12, 210:13,
210:15, 210:16,
210:19, 210:23,
211:1, 211:4, 211:6,
211:8, 211:9,
211:11, 211:13,
211:15, 211:17,
211:19, 211:20,
211:22, 211:24,
211:25, 212:4,
212:7, 213:1, 213:7,
213:14, 213:17,
213:18, 213:20,
213:21, 213:24,
213:25, 214:2,
214:9, 214:12,
214:15, 214:17,
214:24, 215:1,
215:6, 215:8, 215:9,
215:11, 215:12,
215:13, 215:15,
215:21, 215:22,
216:1, 216:2, 216:3,
216:5, 216:12,
216:16, 216:19,
216:23, 217:14,
217:23, 217:25,
218:4, 218:7, 218:8,
218:10, 218:13,
218:20, 218:21,
218:24, 219:9,
219:10, 219:11,
219:12, 219:13,
219:15, 219:19,
219:20, 220:11,
220:14, 220:18,
220:19, 220:20,
221:6, 221:7, 221:8,
221:12, 221:13,
221:14, 221:17,
221:18, 221:19,
221:20, 222:1,
222:3, 222:6, 222:7,
222:8, 222:14,
222:19, 222:20,
222:22, 222:24,
222:25, 223:1,
223:2, 223:3, 223:4,
223:5, 223:7,
223:10, 223:11,

223:12, 223:14,
223:15, 223:16,
223:17, 223:18,
223:19, 223:20,
223:21, 223:24,
224:1, 224:7,
224:10, 224:11,
224:13, 224:14,
224:15, 224:19,
224:21, 224:22,
224:24, 225:1,
225:2, 225:3, 225:5,
225:8, 225:9,
225:10, 225:11,
225:13, 225:17,
226:2, 226:4, 226:6,
226:8, 226:9,
226:11, 226:15,
226:19, 226:20,
226:23, 226:25,
227:1, 227:3, 227:4,
227:6, 227:7,
227:11, 227:12,
227:13, 227:14,
227:16, 227:17,
227:20, 227:23,
228:1, 228:2, 228:5,
228:8, 228:9,
228:10, 228:11,
228:12, 228:16,
228:23, 228:24,
229:1, 229:5, 229:6,
229:7, 229:8, 229:9,
229:11, 229:14,
229:16, 229:21,
229:23, 229:24,
229:25, 230:1,
230:3, 230:4, 230:5,
230:7, 230:8, 230:9,
230:10, 230:12,
230:15, 231:3,
231:4, 231:5, 231:6,
231:7, 231:8,
231:11, 231:13,
231:14, 231:21,
231:23, 231:24,
232:2, 232:5, 232:7,
232:11, 232:12,
232:13, 232:17,
232:18, 232:19,
232:22, 232:24,
233:1, 233:5, 233:6,
233:8, 233:14,
233:16, 233:17,
233:18, 233:19,
233:20, 234:2,
234:6, 234:8,
234:10, 234:11,
234:12, 234:13,
234:16, 234:18,
234:24, 234:25,

235:1, 235:4, 235:9,
235:15, 235:17,
235:23, 235:24,
236:6, 236:9,
236:11, 236:14,
236:21, 236:25,
237:2, 237:4, 237:6,
237:11, 237:15,
237:20, 237:21,
238:7, 238:10,
238:12, 238:16,
238:22, 238:23,
238:24, 238:25,
239:3, 239:4, 239:5,
239:6, 239:9,
239:13, 239:14,
239:15, 239:17,
239:21, 239:22,
239:23, 240:2,
240:6, 240:9,
240:10, 240:17,
240:23, 240:24,
240:25, 241:1,
241:4, 241:5, 241:6,
241:7, 241:8, 241:9,
241:10, 241:12,
241:15, 241:16,
241:20, 241:25,
242:2, 242:3, 242:7,
242:10, 242:13,
242:19, 242:24,
243:2, 243:3, 243:4,
243:8, 243:11,
243:13, 243:17,
243:18, 243:19,
243:22, 244:2,
244:4, 244:5, 244:6,
244:8, 244:13,
244:25, 245:6,
245:13, 245:22,
245:25, 246:3,
246:6, 246:7, 246:8,
246:9, 246:11,
246:12, 246:14,
246:19, 246:23,
247:2, 247:3, 247:6,
247:13, 247:14,
247:22, 247:23,
247:24, 247:25,
248:3, 248:9,
248:11, 248:17,
248:19, 248:22,
248:23, 249:4,
249:8, 249:9,
249:10, 249:12,
249:13, 249:17,
249:18, 249:19,
249:21, 249:24,
250:1, 250:2, 250:4,
250:5, 250:6,
250:11, 250:12,

250:13, 250:15,
250:16, 250:20,
250:21, 250:23,
250:25, 251:2,
251:5, 251:10,
251:12, 251:13,
251:19, 251:20,
251:23, 251:25,
252:1, 252:6, 252:7,
252:9, 252:10,
252:11, 252:14,
252:18, 252:20,
252:25, 253:2,
253:3, 253:4, 253:8,
253:9, 253:11,
253:13, 253:14,
253:20, 253:24,
254:1, 254:6, 254:7,
254:10, 254:12,
254:18, 254:22,
254:23, 254:25,
255:5, 255:6,
255:10, 255:13,
255:14, 256:21,
257:1, 257:2, 257:3,
257:8, 257:9,
257:10, 257:11,
257:14, 257:18,
257:20, 257:21,
257:22, 257:23,
258:1, 258:3, 258:6,
258:7, 258:15,
258:25, 259:7,
259:9, 259:11,
259:12, 259:13,
259:15, 259:17,
259:24, 260:4,
260:7, 260:8,
260:10, 260:11,
260:14, 260:17,
260:19, 260:21,
261:1, 261:2, 261:3,
261:4, 261:5, 261:6,
261:9, 261:16,
261:20, 261:21,
262:1, 262:6, 262:7,
262:9, 262:10,
262:15, 262:19,
262:21, 263:6,
263:8, 263:10,
263:11, 263:17,
264:5, 264:7,
264:14, 264:17,
264:24, 264:25,
265:1, 265:2, 265:4,
265:5, 265:6, 265:9,
265:12, 265:13,
265:22, 266:8,
266:16, 266:17,
266:24, 266:25,
267:2, 267:4, 267:6,

267:8, 267:11,
267:13, 267:14,
267:16, 267:17,
267:20, 267:21,
267:22, 268:1,
268:2, 268:4, 268:5,
268:14, 268:17,
268:25, 269:2,
269:3, 269:12,
269:18, 269:19,
269:24, 270:1,
270:2, 270:3, 270:5,
270:7, 270:8,
270:11, 270:13,
270:18, 270:20,
270:23, 271:4,
271:7, 271:16,
271:17, 271:19,
271:20, 271:25,
272:5, 272:10,
272:14, 272:16,
272:19, 272:23,
273:2, 273:10,
273:11, 273:15,
273:20, 273:21,
274:4, 274:5, 274:7,
274:9, 274:10,
274:11, 274:16,
274:19, 274:21,
274:23, 275:5,
275:6, 275:8,
275:11, 275:13,
275:14, 275:20,
275:22, 275:23,
275:24, 275:25,
276:1, 276:4, 276:6,
276:8, 276:15,
276:18, 276:19,
276:22, 276:24,
276:25, 277:1,
277:3, 277:4, 277:6,
277:10, 277:17,
277:19, 277:21,
277:22, 277:25,
278:1, 278:3, 278:8,
278:10, 278:11,
278:14, 278:21,
279:1, 279:2, 279:4,
279:6, 279:7, 279:8,
279:13, 279:15,
279:16, 279:19,
279:20, 279:21,
279:23, 279:24,
279:25, 280:4,
280:5, 280:6, 280:9,
280:12, 280:13,
280:14, 280:16,
280:21, 280:22,
280:23, 281:1,
281:5, 281:6, 281:7,
281:8, 281:11,

281:13, 281:14,
281:15, 281:19,
281:23, 282:4,
282:7, 282:11,
282:14, 282:15,
282:16, 282:17,
282:18, 282:23,
282:25, 283:3,
283:9, 283:15,
283:20, 283:25,
284:4, 284:5,
284:11, 284:14,
284:16, 284:19,
284:21, 284:22,
284:23, 284:24,
284:25, 285:1,
285:13, 285:15,
285:19, 285:20,
285:21, 285:24,
286:4, 286:10,
286:11, 286:13,
286:15, 286:18,
286:21, 287:2,
287:6, 287:7,
287:10, 287:16,
288:1, 288:3, 288:9,
288:10, 288:14,
288:19, 288:22,
288:23, 288:24,
289:1, 289:3, 289:4,
289:5, 289:7, 289:9,
289:11, 289:16,
289:18, 289:21,
289:24, 290:1,
290:3, 290:8,
290:10, 290:11,
290:12, 290:13,
290:15, 290:17,
290:18, 290:23,
290:25, 291:4,
291:5, 291:6, 291:7,
291:8, 291:14,
291:15

**THEATRICAL** [1] -
114:17

**THEIR** [49] - 20:9,
20:10, 21:10, 27:20,
32:2, 32:9, 32:19,
34:13, 35:16, 35:17,
37:24, 38:24, 39:8,
43:24, 44:6, 44:10,
57:2, 63:21, 66:21,
70:24, 79:3, 94:4,
96:11, 100:7,
100:14, 116:18,
126:1, 127:4,
129:11, 132:8,
145:20, 175:7,
178:2, 195:13,
199:11, 216:16,
220:16, 222:2,

222:10, 228:17,
229:13, 229:19,
240:15, 242:3,
276:7, 279:10,
279:12

**THEIRS** [1] - 52:5

**THEM** [52] - 8:18,
29:24, 44:18, 52:9,
64:4, 66:22, 66:25,
68:20, 73:9, 81:4,
93:13, 112:7,
124:23, 126:25,
127:3, 133:1, 133:4,
185:8, 185:9,
185:10, 185:11,
202:5, 220:15,
220:23, 221:3,
221:4, 221:17,
221:18, 222:3,
223:7, 227:18,
229:1, 229:3,
229:13, 229:17,
229:18, 229:24,
244:15, 244:17,
244:22, 250:20,
253:21, 262:9,
265:23, 273:12,
274:14, 277:5,
277:23, 279:8,
280:18

**THEME** [1] - 226:22

**THEMSELVES** [4] -
38:24, 77:18, 88:17,
204:4

**THEN** [117] - 8:3,
13:11, 17:20, 20:6,
20:10, 20:14, 26:17,
26:20, 42:17, 44:25,
46:12, 51:18, 57:16,
57:22, 58:22, 63:10,
71:19, 78:16, 79:5,
79:15, 79:24, 82:20,
88:16, 93:11, 94:22,
95:25, 96:13,
111:24, 114:21,
116:7, 116:22,
117:14, 119:6,
121:4, 123:11,
124:1, 127:5,
127:17, 127:21,
127:22, 127:25,
129:6, 134:4, 142:9,
145:22, 157:15,
159:3, 163:3, 167:2,
169:22, 171:25,
172:7, 174:1,
175:25, 176:17,
178:13, 178:20,
182:22, 188:15,
188:19, 197:2,

197:5, 197:20,
198:5, 201:12,
201:16, 201:19,
202:2, 202:4, 202:6,
202:8, 203:6, 205:3,
208:4, 208:8, 209:8,
211:10, 212:23,
215:6, 226:8,
230:18, 232:11,
234:3, 234:19,
237:8, 240:6,
251:25, 253:18,
259:6, 259:14,
262:3, 262:12,
262:18, 263:2,
266:6, 268:2,
268:13, 268:20,
269:6, 269:15,
269:23, 270:6,
270:10, 272:16,
272:22, 273:19,
275:17, 280:6,
283:15, 284:4,
289:12, 289:21,
290:18

**THEORETICAL** [2] -
76:14, 76:24

**THEORIES** [2] - 76:22,
130:6

**THEORY** [1] - 202:5

**THERE** [224] - 3:15,
4:11, 15:1, 20:24,
21:21, 38:8, 38:12,
39:24, 41:20, 41:21,
45:5, 45:8, 46:14,
54:16, 54:21, 55:7,
58:7, 60:23, 60:24,
61:17, 61:18, 61:21,
61:25, 63:18, 64:24,
65:3, 65:14, 65:15,
68:3, 68:10, 68:12,
69:8, 70:14, 71:10,
73:10, 73:21, 74:23,
76:13, 76:15, 78:19,
81:13, 82:2, 82:3,
86:16, 87:19, 88:17,
91:23, 92:22, 94:14,
94:15, 94:23, 99:23,
100:5, 100:8,
100:10, 100:18,
101:3, 103:8,
104:13, 104:21,
106:8, 107:20,
109:1, 111:16,
114:19, 117:3,
117:6, 122:23,
127:16, 128:1,
129:3, 131:12,
131:13, 131:25,
135:13, 135:24,
137:21, 137:22,

138:9, 138:24,
139:16, 143:15,
143:19, 143:21,
149:21, 149:22,
149:24, 149:25,
150:3, 150:4, 150:6,
150:7, 150:9,
150:21, 153:10,
154:2, 156:19,
156:25, 157:7,
160:2, 162:20,
166:14, 166:20,
167:10, 168:11,
173:15, 173:17,
173:22, 173:23,
173:24, 174:1,
176:1, 176:14,
178:3, 179:3, 179:4,
179:5, 179:6,
181:23, 181:24,
183:17, 183:20,
191:17, 193:9,
196:12, 198:18,
201:15, 201:18,
202:17, 202:22,
202:23, 202:24,
203:1, 203:11,
205:2, 205:8,
205:25, 207:14,
207:24, 208:20,
208:21, 208:24,
214:9, 215:25,
216:13, 217:1,
217:4, 217:9,
217:12, 218:2,
218:3, 221:2, 223:9,
224:1, 226:18,
228:4, 228:5,
232:16, 233:25,
235:7, 235:14,
235:16, 236:25,
237:7, 237:25,
241:18, 241:19,
245:24, 247:4,
251:22, 252:6,
252:8, 252:10,
252:18, 255:21,
256:1, 256:5, 256:8,
256:24, 258:15,
260:12, 263:19,
264:13, 267:8,
267:15, 267:17,
268:5, 269:3,
270:22, 270:24,
271:1, 271:4, 273:4,
273:5, 275:13,
275:16, 275:17,
276:10, 276:18,
276:19, 278:18,
280:1, 280:6, 280:7,
280:19, 281:3,

282:11, 282:21,
283:20, 285:17,
286:23, 288:20,
291:2, 291:4
THERE'S [30] - 26:25,
34:5, 54:15, 65:14,
65:16, 76:21, 94:22,
95:25, 96:13, 103:7,
113:19, 117:7,
117:19, 117:21,
119:15, 123:13,
130:5, 141:1,
175:22, 175:25,
176:1, 190:21,
196:6, 221:22,
223:18, 256:16,
267:7, 281:21,
283:22, 291:6
THEREAFTER [2] -
100:21, 235:17
THEREBY [1] - 86:11
THEREFORE [1] -
170:1
THERMAL [4] - 27:4,
28:10, 172:9, 172:15
THESE [72] - 4:18,
8:15, 8:17, 14:13,
15:4, 16:24, 30:16,
54:11, 67:5, 68:18,
73:11, 76:12, 79:8,
82:5, 82:6, 82:11,
84:15, 85:10, 85:25,
87:8, 88:1, 93:15,
96:6, 107:17,
111:11, 115:7,
116:1, 116:3, 116:4,
116:8, 116:12,
121:24, 139:10,
145:7, 170:9,
170:10, 183:3,
183:4, 185:6,
205:15, 216:5,
218:17, 220:17,
221:2, 221:5, 222:8,
223:6, 225:15,
229:2, 232:13,
232:18, 233:18,
233:20, 249:2,
254:4, 263:9, 264:8,
264:24, 265:1,
266:24, 267:3,
267:19, 268:3,
270:1, 270:4,
279:14, 279:16,
279:22, 284:23,
284:25
THEY [230] - 4:20,
5:14, 8:18, 14:13,
14:18, 14:21, 15:11,
15:13, 15:14, 17:14,

17:15, 25:3, 26:11,
26:15, 31:19, 32:4,
33:14, 33:16, 34:13,
34:15, 34:17, 35:18,
36:11, 36:24, 39:14,
41:16, 41:17, 41:18,
41:22, 43:24, 44:6,
44:8, 44:10, 44:14,
44:17, 44:19, 44:24,
45:24, 47:15, 47:17,
52:3, 52:11, 55:25,
56:21, 59:16, 59:20,
61:7, 62:6, 62:8,
62:18, 63:14, 65:5,
66:7, 66:19, 66:21,
69:25, 71:3, 79:25,
80:1, 80:3, 81:22,
84:25, 88:16, 94:18,
97:20, 98:18, 99:19,
100:7, 103:12,
105:18, 107:5,
107:7, 107:14,
107:17, 108:4,
109:2, 109:3, 109:7,
114:23, 116:1,
116:18, 116:25,
117:4, 117:13,
117:15, 117:19,
118:2, 122:20,
124:2, 124:22,
124:23, 125:3,
125:22, 126:20,
127:6, 127:11,
127:12, 127:19,
127:21, 127:22,
127:25, 128:17,
128:18, 129:2,
129:10, 129:11,
129:13, 129:16,
129:19, 130:7,
131:17, 132:12,
132:22, 132:23,
134:4, 136:6,
137:12, 138:13,
145:8, 145:9,
145:19, 153:9,
157:17, 160:5,
160:6, 160:7, 168:3,
168:4, 174:18,
174:19, 175:8,
178:4, 181:6, 183:9,
187:21, 187:23,
201:9, 201:11,
202:1, 202:2, 202:3,
203:11, 203:25,
204:1, 205:3,
205:10, 205:24,
211:25, 215:8,
215:10, 216:6,
216:14, 220:1,
222:2, 222:4, 223:6,

223:7, 223:16,
226:12, 226:13,
227:12, 227:15,
229:8, 229:10,
229:18, 229:19,
230:20, 230:21,
230:22, 230:24,
231:23, 232:3,
233:21, 233:24,
234:24, 235:2,
240:3, 240:5, 240:6,
240:8, 240:16,
240:25, 243:16,
244:14, 244:17,
244:21, 248:11,
253:20, 253:21,
256:10, 256:16,
261:21, 264:4,
267:5, 273:21,
274:21, 275:9,
278:19, 279:17,
279:21, 281:10,
281:17, 285:17,
285:18, 285:20,
291:9
THEY'RE [6] - 15:6,
15:17, 136:9, 145:9,
267:10, 267:11
THING [10] - 34:5,
40:8, 71:6, 75:20,
119:1, 132:22,
163:10, 224:11,
238:24, 276:25
THINGS [18] - 31:2,
71:2, 80:23, 83:25,
84:1, 99:1, 117:16,
126:6, 173:23,
198:3, 210:11,
225:17, 228:24,
230:11, 234:25,
248:9, 280:11, 283:2
THINK [103] - 3:9,
4:12, 6:14, 6:17,
18:11, 20:23, 38:20,
39:13, 41:6, 41:18,
43:17, 45:17, 48:7,
52:6, 52:8, 59:3,
59:4, 76:17, 82:13,
102:8, 109:1, 110:4,
110:6, 114:10,
124:9, 127:2,
127:18, 132:6,
133:6, 134:2, 134:3,
137:13, 138:24,
142:10, 144:11,
147:24, 148:6,
154:7, 155:4,
158:25, 159:3,
160:9, 160:20,
162:1, 169:4, 170:7,
177:17, 179:3,

179:21, 179:22,
180:16, 183:9,
201:6, 203:21,
203:22, 203:24,
204:11, 207:5,
209:6, 209:21,
211:3, 214:18,
215:19, 215:20,
218:15, 219:21,
223:12, 223:18,
224:10, 224:12,
226:8, 226:25,
227:2, 228:23,
231:3, 235:8,
237:19, 237:20,
240:5, 243:16,
245:14, 247:11,
248:4, 249:12,
253:4, 254:2,
262:21, 270:5,
274:17, 275:5,
275:11, 278:7,
278:14, 282:19,
282:20, 285:17,
286:15, 288:9,
289:7, 289:12
THINKING [4] - 71:6,
192:5, 209:10,
224:11
THINKS [1] - 30:9
THIRD [6] - 14:21,
66:2, 80:10, 111:6,
268:8, 284:23
THIS [581] - 4:8, 5:10,
8:21, 8:25, 9:1, 9:2,
11:24, 12:13, 12:14,
12:16, 12:18, 12:22,
13:13, 13:17, 13:20,
13:24, 14:5, 16:8,
16:11, 16:14, 16:21,
17:12, 17:13, 18:3,
18:7, 18:16, 18:19,
18:23, 19:3, 19:6,
19:9, 20:13, 20:25,
21:18, 21:19, 21:25,
22:10, 22:19, 23:9,
23:19, 24:13, 24:14,
24:21, 24:22, 24:25,
25:9, 25:14, 25:15,
25:22, 25:25, 26:3,
26:7, 26:16, 26:19,
27:14, 28:13, 28:16,
28:17, 29:2, 29:3,
29:8, 29:23, 30:13,
34:2, 34:4, 36:4,
38:17, 41:20, 41:24,
42:1, 42:16, 46:4,
47:5, 47:7, 49:7,
52:8, 53:13, 53:21,
54:5, 54:24, 55:9,
55:12, 55:16, 56:19,

56:22, 57:12, 58:2,
58:8, 58:10, 58:12,
58:23, 59:21, 60:11,
60:15, 61:2, 61:13,
61:14, 61:23, 62:5,
62:6, 62:8, 62:9,
63:15, 63:25, 64:9,
64:12, 65:4, 66:2,
66:12, 66:13, 67:1,
67:3, 67:4, 67:22,
68:2, 68:4, 68:6,
68:17, 69:5, 69:6,
70:18, 71:3, 71:4,
71:8, 71:12, 71:21,
72:2, 72:5, 72:12,
72:19, 73:1, 73:8,
73:14, 74:4, 74:8,
74:13, 74:20, 75:11,
75:12, 75:22, 75:25,
76:1, 76:24, 77:14,
77:15, 77:25, 78:2,
78:3, 78:4, 78:17,
78:18, 80:7, 80:13,
81:21, 82:23, 83:11,
83:12, 83:17, 83:20,
84:10, 84:25, 85:7,
85:10, 86:6, 86:8,
86:11, 86:15, 86:18,
86:19, 87:6, 87:9,
87:14, 87:18, 87:21,
87:23, 88:5, 88:18,
89:2, 89:12, 90:5,
90:7, 90:10, 90:15,
90:25, 91:5, 91:8,
91:20, 92:4, 93:17,
93:18, 93:22, 93:24,
93:25, 94:2, 94:9,
94:18, 95:6, 96:8,
97:2, 98:11, 98:14,
98:18, 99:11,
100:20, 100:25,
101:15, 101:20,
102:23, 103:10,
103:18, 103:25,
104:1, 104:2,
104:10, 104:15,
104:16, 104:20,
105:7, 105:24,
106:12, 106:13,
106:14, 106:24,
107:13, 107:21,
108:14, 108:18,
108:20, 109:3,
109:13, 110:4,
110:20, 110:22,
111:1, 111:16,
111:20, 112:12,
112:13, 112:14,
112:15, 112:20,
112:21, 113:4,
113:10, 113:11,

114:2, 114:8,
114:22, 115:12,
115:24, 116:17,
117:7, 117:19,
117:20, 118:2,
118:8, 118:13,
118:14, 118:17,
118:24, 119:25,
120:2, 120:4,
120:10, 120:21,
121:5, 121:8,
121:16, 121:17,
121:18, 121:19,
121:20, 121:23,
122:15, 124:13,
124:16, 124:18,
124:20, 125:16,
125:25, 126:8,
127:5, 127:6,
128:16, 133:14,
133:16, 133:21,
134:2, 134:8,
134:16, 136:22,
137:16, 137:20,
138:25, 139:18,
139:23, 140:1,
140:7, 140:9,
140:13, 140:17,
144:7, 144:25,
145:4, 145:12,
145:16, 146:14,
146:21, 147:1,
147:11, 147:12,
147:18, 147:19,
147:20, 148:1,
149:7, 149:10,
149:11, 150:11,
151:3, 154:5, 155:5,
156:5, 159:11,
162:14, 163:23,
164:1, 164:6, 165:3,
165:9, 165:15,
168:17, 168:20,
168:21, 169:4,
169:7, 170:11,
170:13, 170:25,
171:1, 171:3, 171:4,
173:14, 173:15,
174:6, 175:22,
176:5, 176:9, 177:4,
177:15, 179:23,
184:6, 185:23,
186:6, 186:9,
186:12, 186:15,
186:16, 187:2,
187:15, 188:17,
189:4, 189:5, 189:6,
189:9, 189:17,
190:3, 190:17,
191:6, 192:8,
193:10, 194:24,

195:17, 195:19,
197:7, 197:10,
198:5, 198:8,
198:15, 198:18,
198:21, 198:22,
198:23, 199:2,
199:6, 199:13,
199:17, 200:19,
201:8, 201:14,
201:23, 202:13,
202:16, 203:1,
203:3, 204:9,
204:12, 205:18,
205:21, 205:23,
205:24, 206:13,
207:17, 212:5,
213:3, 213:4,
213:21, 213:22,
214:14, 214:18,
216:25, 217:13,
217:15, 217:20,
218:2, 218:20,
219:1, 219:4,
219:25, 220:8,
220:10, 220:13,
221:8, 221:22,
222:4, 222:5,
222:15, 222:21,
223:9, 223:11,
224:2, 224:7,
224:17, 224:20,
225:8, 225:20,
226:10, 226:12,
226:13, 227:8,
227:12, 228:2,
228:7, 228:14,
229:5, 231:2, 232:7,
232:8, 233:22,
233:23, 233:25,
234:5, 234:14,
234:15, 234:18,
234:23, 235:3,
235:9, 235:10,
235:12, 235:13,
235:14, 235:19,
235:21, 235:25,
236:1, 236:3, 236:4,
236:16, 236:21,
237:10, 237:14,
237:20, 238:18,
239:3, 240:23,
240:24, 241:6,
241:15, 242:6,
242:18, 243:23,
244:2, 244:7,
244:12, 244:24,
245:1, 245:10,
245:19, 246:2,
246:21, 247:18,
247:19, 248:7,
248:13, 248:20,

249:7, 253:17,
255:16, 255:23,
257:4, 258:10,
258:24, 259:17,
259:21, 260:4,
261:22, 261:24,
262:3, 262:4,
262:13, 263:20,
263:22, 264:22,
266:11, 266:13,
266:22, 267:15,
268:9, 269:9,
269:10, 269:17,
270:2, 271:12,
271:18, 273:15,
276:23, 277:1,
278:9, 281:12,
281:16, 282:23,
283:2, 283:12,
285:4, 285:8,
285:11, 286:1,
286:7, 286:9,
286:10, 286:13,
286:17, 286:24,
287:6, 287:20,
288:9, 288:21

**THOSE** [69] - 3:20,
4:4, 11:21, 14:25,
33:8, 33:13, 33:15,
36:6, 37:22, 38:22,
39:1, 39:7, 39:16,
39:19, 43:13, 57:21,
61:20, 62:21, 63:18,
64:25, 69:20, 76:6,
77:20, 78:25, 79:1,
79:3, 81:8, 100:9,
106:23, 112:5,
112:9, 113:23,
114:5, 123:6, 123:7,
138:1, 141:10,
141:18, 145:13,
151:1, 152:12,
180:22, 194:9,
210:6, 212:10,
215:14, 216:15,
216:17, 224:13,
227:16, 228:11,
230:14, 235:7,
246:13, 249:22,
249:24, 261:10,
261:17, 261:20,
263:11, 264:9,
266:25, 267:12,
270:21, 271:16,
275:3, 285:14,
285:16

**THOUGH** [4] - 43:18,
105:17, 267:20,
279:12

**THOUGHT** [14] - 4:1,
181:1, 183:5, 192:7,

208:18, 211:23,
216:11, 218:13,
218:17, 238:12,
246:3, 260:22,
270:7, 289:23

**THOUGHTS** [2] -
229:8, 229:10

**THOUSAND** [1] - 39:2

**THREAT** [1] - 173:24

**THREE** [17] - 14:25,
15:4, 38:22, 39:1,
39:7, 39:16, 39:19,
70:8, 106:20,
106:23, 126:2,
161:6, 163:3, 170:2,
195:8, 269:20,
279:15

**THROUGH** [41] - 21:4,
27:15, 47:1, 47:2,
48:19, 54:20, 71:2,
76:2, 76:6, 76:11,
76:25, 77:2, 78:8,
78:10, 85:7, 94:4,
94:6, 94:18, 97:6,
107:8, 110:17,
116:19, 126:25,
127:5, 132:3, 132:4,
132:12, 138:21,
161:6, 163:8,
178:11, 200:2,
202:6, 234:5, 234:9,
236:2, 239:16,
249:13, 249:15,
285:18

**THROUGHOUT** [6] -
67:6, 69:25, 132:19,
138:24, 165:2,
254:25

**TICKET** [2] - 114:23,
126:5

**TICKING** [1] - 126:16

**TIM** [3] - 191:3,
207:18, 255:3

**TIME** [99] - 11:5,
11:10, 20:18, 33:1,
37:1, 38:22, 38:25,
40:23, 40:24, 41:15,
41:18, 42:20, 43:9,
43:13, 44:18, 47:19,
54:23, 63:18, 68:6,
69:5, 81:21, 85:7,
100:20, 101:3,
105:9, 109:13,
109:24, 111:19,
112:21, 118:15,
126:8, 126:13,
126:16, 128:6,
128:10, 128:15,
128:17, 129:19,
133:17, 138:21,

138:23, 139:18,
140:2, 158:1, 159:5,
159:21, 162:15,
173:23, 174:14,
177:9, 186:19,
191:4, 193:2,
194:24, 201:10,
203:7, 206:21,
209:2, 209:12,
209:15, 211:2,
211:3, 212:17,
213:18, 217:12,
225:3, 227:1, 239:3,
240:23, 240:24,
242:13, 244:3,
244:6, 244:12,
252:20, 253:21,
253:22, 258:25,
259:2, 268:5,
268:17, 269:11,
269:25, 270:3,
272:21, 273:20,
274:10, 274:22,
277:16, 278:21,
279:16, 279:20,
280:23, 281:11,
282:5, 282:14,
288:10, 288:25

**TIMELINE** [6] - 61:7,
66:17, 68:5, 68:16,
86:9, 126:21

**TIMELINES** [2] -
68:16, 83:10

**TIMES** [11] - 28:17,
28:22, 130:8,
138:24, 144:8,
144:10, 206:18,
208:15, 247:10,
267:18, 273:24

**TIMING** [12] - 36:12,
37:3, 112:4, 113:25,
119:20, 120:7,
155:20, 192:22,
197:17, 253:13,
253:18, 280:13

**TIMOTHY** [6] - 164:12,
164:13, 164:16,
164:17, 286:22,
292:6

**TINKER** [2] - 222:5,
222:14

**TO** [1232] - 3:10, 3:11,
3:24, 3:25, 4:16, 5:7,
5:11, 5:13, 5:14,
6:14, 6:16, 8:4, 8:18,
8:21, 8:22, 9:3, 9:18,
10:1, 10:3, 10:20,
11:7, 11:21, 12:2,
12:5, 12:18, 13:5,
13:13, 13:17, 13:19,

13:20, 13:23, 15:13,
15:16, 16:8, 16:17,
17:22, 17:25, 18:3,
18:6, 18:7, 18:9,
18:11, 18:23, 19:3,
19:5, 19:22, 20:8,
20:11, 20:23, 20:25,
21:3, 21:6, 21:10,
21:15, 21:19, 22:9,
22:16, 24:6, 24:12,
25:14, 25:15, 25:21,
26:8, 26:24, 27:14,
28:1, 28:21, 28:22,
29:5, 29:8, 29:10,
29:19, 30:3, 30:8,
31:17, 31:18, 31:23,
33:8, 33:19, 33:25,
34:1, 34:15, 34:24,
35:15, 35:17, 36:3,
36:9, 36:23, 36:24,
37:3, 37:8, 37:12,
37:14, 37:23, 37:24,
38:2, 38:3, 38:4,
38:18, 38:23, 39:3,
39:22, 41:1, 41:10,
41:11, 41:13, 41:16,
41:22, 42:11, 42:13,
42:17, 42:20, 42:23,
42:25, 43:4, 43:8,
43:9, 43:12, 43:13,
44:8, 44:19, 45:24,
46:6, 46:12, 46:14,
47:15, 47:17, 48:1,
48:19, 49:5, 50:5,
51:19, 52:4, 52:25,
53:4, 53:24, 54:3,
54:8, 54:10, 54:19,
54:23, 54:25, 55:1,
55:10, 55:15, 55:16,
55:24, 55:25, 56:3,
56:13, 56:17, 56:18,
56:22, 57:1, 57:25,
58:4, 58:7, 58:8,
58:9, 58:13, 58:16,
58:17, 58:22, 59:19,
59:20, 59:22, 60:1,
60:3, 60:6, 60:7,
60:13, 61:1, 61:3,
61:5, 61:14, 61:17,
61:18, 61:19, 62:2,
62:4, 62:6, 62:22,
63:5, 63:8, 63:12,
64:1, 64:3, 64:8,
64:10, 64:17, 64:18,
65:3, 65:7, 65:15,
65:17, 65:25, 66:1,
66:3, 66:6, 66:11,
66:13, 66:15, 66:19,
66:21, 66:25, 67:1,
67:2, 67:7, 67:8,
67:13, 67:22, 67:24,

68:2, 68:6, 68:15,
68:18, 68:20, 68:24,
69:8, 69:13, 69:17,
70:2, 70:3, 70:5,
70:6, 70:16, 70:24,
70:25, 71:2, 71:4,
71:8, 71:10, 71:19,
71:21, 71:24, 72:1,
72:2, 72:3, 72:5,
72:6, 72:9, 72:17,
72:20, 73:1, 73:5,
73:9, 73:10, 73:13,
73:14, 73:15, 73:21,
74:9, 74:11, 74:21,
74:23, 74:24, 74:25,
75:2, 75:9, 75:15,
75:18, 75:21, 75:22,
76:2, 76:4, 76:10,
76:12, 76:23, 76:25,
77:2, 77:4, 77:5,
77:6, 77:8, 77:13,
77:23, 78:6, 78:7,
78:8, 78:10, 78:17,
78:18, 78:22, 79:23,
79:24, 79:25, 80:1,
80:3, 80:4, 80:6,
80:10, 80:13, 80:15,
80:17, 81:12, 81:19,
81:20, 82:21, 82:23,
83:1, 83:2, 83:8,
83:11, 83:12, 83:15,
83:24, 83:25, 84:2,
84:11, 84:17, 84:18,
84:21, 84:24, 85:6,
85:16, 85:21, 85:25,
86:1, 86:7, 86:9,
86:10, 86:11, 86:17,
87:1, 87:6, 87:17,
87:21, 87:23, 88:2,
88:4, 88:7, 88:21,
89:11, 89:12, 89:13,
89:21, 90:11, 90:18,
91:5, 91:6, 91:13,
91:16, 91:19, 92:11,
92:15, 92:17, 92:19,
92:23, 93:2, 93:4,
93:5, 93:7, 93:11,
93:19, 93:21, 93:23,
94:1, 94:2, 94:7,
94:12, 94:16, 94:20,
94:23, 95:5, 95:6,
95:19, 95:23, 96:1,
96:11, 96:22, 97:3,
97:6, 97:11, 97:16,
97:17, 97:20, 97:22,
98:6, 98:8, 98:13,
98:17, 99:24,
100:15, 100:21,
101:14, 101:23,
101:25, 102:5,
102:9, 102:11,

102:15, 102:25,
103:4, 103:12,
103:23, 104:12,
104:21, 104:22,
105:13, 105:22,
105:23, 106:5,
106:19, 106:21,
107:8, 107:12,
107:20, 108:5,
108:13, 108:17,
109:4, 109:7,
109:11, 109:12,
109:20, 110:1,
110:4, 110:13,
110:16, 110:21,
110:25, 111:10,
112:3, 112:4, 112:8,
112:10, 113:23,
113:25, 114:16,
114:21, 115:6,
115:23, 116:7,
116:8, 116:11,
116:20, 116:22,
117:15, 117:24,
118:1, 118:8, 118:9,
119:3, 119:6,
119:13, 119:20,
119:24, 120:8,
120:11, 120:13,
120:14, 120:16,
121:4, 121:5,
121:15, 122:6,
122:7, 122:13,
122:21, 123:1,
123:2, 123:3, 123:8,
123:11, 123:15,
123:22, 124:12,
124:17, 124:24,
125:5, 125:9,
125:18, 125:21,
125:23, 126:1,
126:9, 126:25,
127:5, 127:8, 127:9,
127:10, 127:12,
127:16, 127:22,
128:20, 128:23,
129:5, 129:9,
129:10, 129:17,
129:18, 130:4,
130:7, 130:13,
130:17, 130:19,
131:8, 131:10,
131:11, 131:14,
131:18, 131:25,
132:1, 132:3, 132:4,
132:12, 132:14,
133:4, 133:11,
133:22, 134:8,
135:2, 135:10,
135:19, 136:12,
136:21, 136:22,

137:10, 137:11,
137:15, 138:1,
138:11, 138:14,
138:19, 138:21,
138:23, 139:11,
139:15, 139:16,
139:18, 140:15,
140:16, 141:3,
141:15, 142:11,
142:15, 142:16,
142:20, 142:21,
143:18, 143:24,
144:3, 144:13,
144:14, 145:14,
145:19, 146:3,
146:5, 146:10,
146:14, 146:19,
147:8, 147:9,
147:12, 147:24,
148:3, 148:13,
148:15, 149:7,
149:11, 150:16,
150:17, 150:18,
150:22, 150:24,
151:11, 151:12,
151:20, 152:8,
152:17, 153:1,
153:5, 153:23,
154:4, 154:5,
154:15, 154:16,
154:18, 154:21,
154:22, 155:2,
155:5, 155:6, 155:8,
155:12, 156:25,
157:16, 158:1,
158:10, 158:17,
158:18, 159:7,
159:9, 159:10,
159:11, 159:15,
159:22, 160:9,
160:18, 160:19,
160:22, 161:7,
161:8, 161:10,
161:17, 161:18,
162:2, 162:4, 162:8,
162:9, 162:14,
162:21, 163:2,
163:5, 163:8,
163:11, 163:14,
164:1, 164:9,
164:22, 165:6,
166:8, 166:12,
166:15, 166:21,
166:24, 167:11,
167:25, 168:8,
168:10, 168:15,
168:18, 168:23,
169:5, 169:18,
169:22, 170:5,
170:9, 170:14,
170:18, 170:21,

170:23, 170:25,
171:4, 171:21,
171:25, 173:7,
173:17, 173:21,
174:18, 174:21,
174:24, 175:2,
175:7, 175:8,
175:13, 175:16,
175:19, 175:23,
176:2, 176:16,
177:1, 177:9,
177:17, 177:20,
177:23, 178:2,
178:4, 178:15,
178:17, 178:19,
179:11, 179:12,
179:22, 179:23,
180:14, 180:15,
180:16, 180:19,
180:21, 180:25,
181:3, 181:4, 181:7,
181:10, 182:19,
182:23, 183:1,
183:2, 183:3, 183:4,
183:5, 183:23,
184:15, 185:17,
186:1, 186:17,
186:20, 186:21,
186:23, 186:24,
187:2, 187:4,
187:11, 187:14,
187:22, 188:1,
188:2, 188:3, 188:5,
188:6, 188:7,
188:12, 188:14,
188:17, 188:18,
189:8, 189:9,
189:13, 189:17,
189:25, 190:7,
190:8, 190:9,
190:11, 190:13,
190:16, 190:18,
191:4, 191:8, 191:9,
191:11, 191:12,
191:14, 191:19,
191:22, 191:23,
191:24, 192:7,
192:11, 192:12,
192:13, 192:17,
192:19, 193:3,
193:9, 193:13,
193:16, 193:17,
194:15, 194:23,
194:25, 195:16,
195:20, 195:25,
196:3, 196:12,
196:13, 197:2,
197:3, 197:5, 197:9,
197:10, 198:8,
198:10, 198:12,
198:14, 198:21,

198:25, 199:1, 199:3, 194:4, 199:7, 199:10, 199:20, 200:1, 200:7, 200:10, 200:12, 200:13, 200:17, 200:18, 200:23, 201:7, 202:2, 202:14, 202:16, 203:6, 203:13, 203:14, 203:15, 203:19, 204:1, 204:7, 204:8, 204:21, 205:3, 205:8, 205:20, 205:21, 205:25, 206:1, 206:4, 207:8, 207:18, 208:8, 208:9, 208:11, 209:1, 209:4, 209:9, 209:16, 209:19, 209:21, 209:22, 210:3, 210:7, 210:12, 211:11, 211:20, 211:22, 211:23, 212:3, 212:8, 212:14, 212:23, 213:15, 213:18, 214:7, 214:15, 215:3, 216:1, 216:4, 216:16, 216:17, 216:22, 217:8, 217:11, 217:16, 217:22, 218:13, 218:15, 218:16, 218:25, 219:24, 220:5, 220:7, 220:12, 221:4, 221:7, 221:10, 221:16, 221:18, 221:19, 222:2, 222:3, 222:5, 222:7, 222:9, 222:10, 222:14, 222:19, 223:1, 223:7, 223:9, 223:10, 223:13, 223:15, 223:16, 223:20, 224:1, 224:8, 224:16, 224:24, 225:5, 225:6, 225:7, 225:9, 225:14, 226:4, 226:5, 226:14, 226:22, 226:24, 227:9, 227:10, 227:18, 227:20, 227:21, 227:23, 228:1, 228:10, 228:12, 228:18, 229:3, 229:11,

229:15, 229:22, 229:23, 230:25, 231:4, 231:8, 231:11, 231:21, 232:12, 232:23, 233:6, 234:1, 234:12, 234:19, 234:25, 235:12, 236:9, 236:11, 236:15, 236:17, 236:18, 236:22, 237:2, 237:3, 237:10, 237:14, 237:18, 237:24, 239:5, 239:6, 239:13, 239:14, 239:15, 239:20, 239:23, 240:3, 240:12, 240:20, 242:2, 242:4, 242:6, 242:12, 243:8, 243:9, 243:10, 243:22, 244:19, 245:19, 246:2, 246:10, 246:14, 247:3, 247:14, 247:21, 247:24, 248:5, 248:8, 248:9, 248:17, 248:19, 248:21, 248:25, 249:6, 249:16, 249:17, 249:19, 249:20, 249:24, 250:12, 250:16, 250:18, 250:23, 251:7, 251:13, 251:19, 251:20, 251:23, 253:6, 253:8, 253:16, 253:20, 253:22, 254:2, 254:4, 254:8, 254:21, 255:3, 255:14, 255:23, 256:13, 257:4, 257:13, 258:3, 258:10, 258:14, 258:19, 258:22, 258:24, 259:2, 259:7, 259:18, 259:22, 260:6, 260:14, 260:17, 260:24, 260:25, 261:20, 261:21, 261:23, 261:24, 262:1, 263:3, 263:10, 264:1, 264:3, 264:17, 264:22, 264:23, 265:1, 265:4, 265:6, 265:21, 265:23, 265:24, 266:8,

266:16, 266:17, 266:19, 266:25, 267:2, 267:4, 267:7, 267:14, 267:16, 267:18, 267:21, 268:4, 268:8, 268:9, 268:12, 268:13, 268:14, 268:23, 269:2, 269:3, 270:4, 270:11, 270:20, 270:24, 271:1, 271:7, 271:14, 271:16, 272:3, 272:23, 272:24, 273:1, 273:2, 273:6, 273:11, 273:17, 273:20, 275:10, 275:14, 275:20, 276:4, 276:14, 276:15, 276:23, 277:1, 277:5, 277:16, 277:17, 277:18, 277:19, 277:20, 277:23, 278:4, 278:10, 278:14, 278:16, 278:19, 278:20, 279:2, 279:5, 279:7, 279:9, 279:13, 279:21, 279:22, 279:24, 280:1, 280:4, 280:5, 280:6, 280:8, 280:11, 280:15, 280:16, 280:17, 280:18, 280:21, 281:1, 281:3, 281:14, 281:18, 281:23, 282:3, 282:8, 282:9, 282:15, 282:24, 283:9, 283:13, 284:10, 284:13, 285:4, 285:5, 285:14, 287:6, 288:1, 288:7, 288:10, 288:11, 288:22, 289:2, 289:14, 289:16, 290:1, 290:5, 290:9, 290:19, 290:25, 291:7

TODAY [21] - 4:13, 46:4, 46:10, 46:23, 69:12, 80:8, 131:21, 133:5, 144:9, 144:15, 159:7, 160:19, 160:23, 162:15, 165:18, 166:6, 176:12, 177:4, 205:12, 253:16, 253:24

TODAY'S [2] - 138:20, 285:11
TOGETHER [1] - 87:6
TOLD [19] - 42:19, 59:24, 89:7, 99:14, 99:18, 99:23, 153:8, 161:5, 186:5, 195:18, 219:19, 229:19, 238:22, 240:1, 250:22, 257:14, 257:21, 281:10
TOMORROW [14] - 158:17, 159:14, 161:8, 161:9, 161:19, 163:8, 253:19, 253:20, 253:21, 253:25, 288:11, 288:18, 288:24, 290:19
TONIGHT [2] - 161:19, 162:7
TOO [6] - 42:20, 148:19, 203:5, 211:13, 269:25, 286:25
TOOK [22] - 39:8, 43:24, 44:6, 44:10, 44:18, 46:5, 87:7, 124:22, 124:23, 124:25, 125:4, 140:17, 158:12, 166:16, 167:2, 182:9, 198:8, 229:18, 261:17, 269:11, 276:8, 276:11
TOOL [1] - 76:2
TOP [16] - 20:6, 28:7, 35:25, 36:6, 54:15, 85:6, 88:22, 91:21, 104:24, 114:9, 116:4, 118:14, 171:17, 222:19, 222:24, 243:3
TOPIC [2] - 247:22, 288:8
TORRES [1] - 69:12
TOTAL [1] - 274:19
TOUCH [4] - 22:24, 23:10, 96:4, 219:20
TOUCHSCREEN [2] - 105:3, 228:8
TOUCHSCREENS [1] - 223:3
TOWARDS [1] - 215:13
TRADITIONAL [2] - 25:2, 221:15
TRAIL [6] - 69:23,

108:6, 139:10, 221:18, 243:23, 243:25
TRAIN [3] - 38:24, 130:18, 260:21
TRAINED [3] - 39:8, 123:14, 160:7
TRAINING [2] - 127:15, 130:7
TRAININGS [1] - 128:2
TRANSCRIPT [2] - 1:22, 291:15
TRANSCRIPTION [1] - 1:22
TRANSITION [1] - 68:2
TRAVELING [1] - 126:23
TREATED [2] - 141:9
TREMENDOUS [1] - 126:9
TRIED [3] - 209:21, 209:22, 237:10
TROUBLE [1] - 275:8
TRUE [11] - 153:3, 172:12, 172:14, 185:1, 187:13, 196:22, 206:1, 228:21, 228:22, 240:23, 249:1
TRUST [2] - 30:8, 30:20
TRUTH [1] - 194:11
TRUTHFUL [3] - 26:5, 42:11, 257:6
TRY [8] - 8:18, 94:23, 110:4, 163:21, 183:12, 183:15, 198:21, 210:12
TRYING [7] - 84:11, 177:9, 177:23, 199:7, 199:10, 223:12, 249:19
TUESDAY [1] - 207:20
TURN [65] - 12:5, 16:17, 19:3, 22:16, 25:21, 26:24, 47:25, 52:25, 54:8, 54:25, 55:15, 56:3, 56:13, 58:17, 60:7, 64:8, 65:7, 66:11, 69:8, 71:19, 72:5, 73:15, 74:11, 74:23, 75:22, 77:23, 80:10, 83:11, 87:23, 88:7, 88:21, 91:19, 93:11, 94:20, 101:14, 101:25, 103:23, 104:21, 110:25, 115:6,

116:22, 118:8,
119:6, 121:4, 122:6,
136:22, 142:16,
142:21, 147:12,
148:13, 148:15,
163:6, 170:23,
174:21, 176:2,
197:5, 200:10,
200:12, 208:8,
212:23, 213:15,
217:22, 240:20,
258:14, 258:22
TURNED [1] - 127:7
TURNING [1] - 67:7
TWO [26] - 36:6, 41:9,
41:13, 53:18, 63:8,
63:14, 64:25, 68:11,
69:25, 110:23,
111:15, 117:7,
120:16, 123:5,
126:2, 131:10,
134:4, 172:23,
173:1, 179:25,
192:10, 195:7,
208:12, 226:8,
250:19, 253:20
TYPE [14] - 16:25,
17:21, 33:24, 64:5,
64:21, 70:12, 74:16,
96:24, 150:2, 184:1,
188:14, 235:25,
249:4, 251:6
TYPES [15] - 17:4,
17:17, 63:9, 63:14,
68:19, 70:7, 84:3,
183:3, 215:8, 216:5,
216:14, 220:2,
235:1, 248:11,
256:22
TYPICAL [5] - 20:7,
175:4, 175:9,
236:24, 279:16
TYPICALLY [1] -
236:25

## U

U.S [1] - 88:14
UH [2] - 111:16
UH-UH [1] - 111:16
ULTIMATELY [3] -
262:6, 270:23, 273:2
UNAWARE [1] - 164:3
UNDER [35] - 14:8,
31:3, 35:15, 42:6,
42:8, 71:23, 78:12,
78:15, 79:6, 96:3,
103:5, 122:9, 133:7,
140:24, 141:10,
141:13, 141:15,

149:7, 154:4, 190:6,
190:10, 190:14,
191:12, 213:13,
213:17, 218:14,
229:16, 238:25,
241:12, 248:7,
277:18, 279:11,
284:16, 284:24
UNDERGOING [2] -
78:25, 79:12
UNDERNEATH [1] -
78:24, 80:19, 141:2
UNDERSTAND [35] -
26:19, 27:23, 31:16,
31:22, 31:25, 37:2,
44:21, 46:1, 46:2,
46:3, 46:5, 50:8,
54:13, 61:8, 94:16,
123:15, 133:1,
148:10, 149:11,
149:16, 150:15,
157:22, 180:6,
181:5, 185:12,
192:5, 198:20,
201:14, 216:9,
216:19, 219:24,
220:4, 243:8, 267:23
UNDERSTANDING
[26] - 25:13, 112:9,
151:1, 166:25,
177:9, 177:22,
203:2, 220:8,
220:18, 230:13,
230:19, 242:9,
247:17, 248:5,
275:1, 275:2,
276:13, 277:15,
277:18, 277:22,
278:1, 278:15,
280:24, 281:7,
284:10, 285:3
UNDERSTOOD [4] -
62:6, 62:8, 255:13,
282:14
UNDERTAKE [1] -
279:7
UNDERVOTES [1] -
261:8
UNFAMOUS [1] -
174:18
UNGER [23] - 59:17,
60:15, 61:2, 61:14,
63:23, 93:19, 135:7,
136:17, 142:16,
142:20, 178:12,
178:25, 196:4,
205:20, 205:23,
211:8, 211:15,
211:18, 212:5,
218:25, 245:19,

281:11
UNGER'S [9] - 65:8,
65:25, 70:2, 77:4,
82:15, 92:17,
135:15, 136:2,
211:14
UNION [2] - 222:23,
222:25
UNIQUE [1] - 275:8
UNISYN [4] - 63:22,
121:8, 121:16,
121:24
UNIT [2] - 105:6,
122:14
UNITED [2] - 1:1,
116:11
UNITS [1] - 96:4
UNLESS [2] - 156:25,
202:1
UNLIKE [2] - 29:14,
29:15
UNNECESSARY [1] -
204:7
UNRELATED [1] -
234:25
UNSAFE [1] - 221:3
UNSUCCESSFULLY
[1] - 271:13
UNTIL [63] - 35:18,
46:4, 46:10, 55:23,
68:5, 104:19,
161:19, 188:8,
190:13, 192:2,
229:5, 288:17
UP [36] - 3:6, 3:15,
41:14, 48:20, 56:8,
76:22, 87:18, 94:2,
98:15, 111:16,
115:23, 122:23,
125:12, 129:19,
130:7, 158:19,
162:6, 186:19,
218:2, 218:3, 218:7,
221:18, 226:22,
227:1, 230:18,
230:22, 246:17,
247:3, 250:1,
252:20, 259:14,
267:13, 267:18,
268:2, 279:20,
279:21
UPCOMING [3] -
80:11, 82:3, 124:6
UPDATE [4] - 79:16,
269:12, 272:9,
286:17
UPDATED [1] - 57:4
UPDATES [2] -
269:19, 285:17
UPGRADE [4] - 66:17,

72:1, 87:21, 151:14
UPGRADED [1] -
62:13
UPGRADES [1] -
79:24
UPLOAD [1] - 273:11
UPON [7] - 100:2,
112:13, 150:14,
166:13, 166:14,
253:17, 260:8
UPPER [1] - 119:1
URGE [2] - 85:10,
221:3
URGED [2] - 84:17,
223:15
US [22] - 5:13, 5:14,
20:23, 58:24,
109:20, 123:7,
138:11, 139:11,
166:24, 182:6,
196:18, 200:8,
213:12, 216:17,
220:12, 229:19,
239:6, 249:24,
250:22, 280:6,
280:17, 286:9
USABILITY [1] -
123:17
USE [63] - 8:18, 10:1,
14:12, 19:8, 21:9,
25:3, 26:8, 26:17,
26:21, 30:3, 30:6,
30:8, 33:6, 34:7,
36:10, 36:11, 39:14,
54:22, 62:18, 63:11,
80:3, 80:6, 86:4,
92:10, 98:7, 107:15,
109:23, 119:18,
120:11, 120:14,
123:8, 123:12,
123:15, 137:8,
137:12, 137:14,
139:15, 159:15,
173:8, 180:5, 180:8,
181:8, 183:3, 183:4,
188:20, 189:1,
203:11, 219:18,
220:23, 221:23,
229:8, 229:13,
235:14, 237:3,
238:9, 243:14,
243:17, 264:17,
264:22, 270:4,
270:11
USED [64] - 16:24,
17:22, 18:1, 18:8,
22:1, 23:22, 25:2,
37:17, 38:13, 42:22,
44:2, 44:9, 44:14,
44:19, 45:24, 54:21,

65:2, 65:17, 69:19,
69:21, 69:25, 75:4,
75:9, 75:16, 75:17,
76:2, 80:21, 80:25,
87:16, 92:5, 96:9,
100:22, 107:17,
108:10, 113:16,
113:21, 123:8,
125:23, 132:19,
136:3, 137:4, 139:1,
139:4, 139:7, 139:8,
139:9, 139:10,
141:10, 141:18,
146:5, 155:19,
160:7, 173:5, 174:3,
181:12, 184:2,
188:24, 205:2,
220:24, 234:6,
235:7, 244:5
USES [8] - 75:14,
96:8, 119:19,
136:25, 184:3,
194:15, 235:6
USING [25] - 6:14,
20:9, 21:11, 23:22,
26:12, 28:9, 62:19,
92:9, 96:6, 98:16,
99:6, 123:5, 123:11,
136:8, 140:14,
146:22, 149:4,
172:9, 172:15,
173:5, 173:6, 173:7,
181:14, 205:10,
228:16
USUALLY [2] - 92:12,
285:16
UTILIZE [1] - 65:16
UTILIZES [1] - 113:24

## V

VAGUE [1] - 141:8
VALIDATE [4] - 54:19,
75:2, 110:16, 239:15
VALUABLE [1] -
291:10
VALUE [1] - 222:6
VALUES [1] - 76:7
VARIOUS [8] - 33:9,
37:11, 67:5, 139:6,
157:4, 194:19,
228:17
VAST [3] - 151:3,
157:13, 157:16
VD [1] - 168:2
VEHICLE [2] - 71:3,
94:15
VENDOR [8] - 62:1,
67:2, 67:8, 173:5,
262:6, 262:8,

263:10, 275:8
**VENDOR'S** [1] -
256:19
**VENDORS** [21] - 62:2,
63:17, 70:7, 72:3,
72:17, 73:9, 85:16,
94:16, 127:8,
129:14, 266:17,
267:9, 267:16,
269:2, 279:23,
279:25, 280:4,
280:6, 280:16
**VENDORS'** [1] -
263:17
**VERBAL** [1] - 228:23
**VERBALLY** [1] -
265:10
**VERGE** [1] - 153:12
**VERIFIABILITY** [2] -
34:25, 198:1
**VERIFIABLE** [58] -
14:5, 14:19, 15:18,
15:22, 27:5, 29:9,
31:4, 35:5, 35:9,
35:12, 35:13, 54:23,
57:3, 62:15, 64:6,
64:21, 64:22, 64:25,
65:1, 66:7, 66:20,
69:14, 69:18, 70:13,
70:14, 74:17, 74:18,
75:7, 75:8, 86:23,
89:17, 90:2, 95:21,
96:4, 96:25, 100:6,
107:14, 135:20,
135:21, 135:25,
136:3, 136:4,
136:18, 136:19,
137:1, 137:2,
139:16, 167:22,
168:3, 169:9, 180:1,
220:25, 229:9,
233:24, 235:6
**VERIFICATION** [1] -
55:13
**VERIFIED** [4] - 108:6,
199:21, 212:2,
221:23
**VERIFIES** [1] - 202:5
**VERIFY** [15] - 35:15,
37:5, 75:9, 75:18,
84:20, 85:4, 90:13,
91:14, 96:11, 98:14,
169:18, 202:2,
222:2, 233:6, 234:2
**VERIFYING** [1] - 242:3
**VERITY** [11] - 22:24,
23:2, 23:10, 23:22,
24:23, 53:5, 219:19,
219:20, 262:15,
283:25, 284:5

**VERSION** [10] - 70:19,
70:20, 70:25, 232:2,
232:11, 262:7,
275:10, 275:23,
286:10
**VERSUS** [3] - 1:5,
130:3, 243:15
**VERY** [45] - 10:8, 13:2,
18:2, 37:19, 39:24,
40:2, 60:1, 76:7,
76:8, 76:25, 93:6,
97:21, 98:2, 98:7,
124:9, 124:18,
125:10, 141:8,
150:23, 158:25,
159:2, 159:21,
160:1, 160:15,
164:14, 167:16,
182:24, 209:2,
209:12, 214:5,
215:19, 215:20,
223:10, 234:15,
242:6, 246:12,
247:20, 247:25,
249:12, 251:6,
252:16, 252:25,
255:16
**VICE** [1] - 116:11
**VICE-PRESIDENT** [1]
- 116:11
**VICTORY** [1] - 10:13
**VIDEO** [17] - 102:16,
223:4, 228:2, 228:7,
259:24, 261:13,
262:1, 267:6,
267:11, 267:13,
267:15, 274:23,
279:17, 280:10,
281:18, 290:4,
290:16
**VIDEOS** [68] - 260:6,
260:10, 261:1,
261:3, 263:11,
263:14, 263:18,
265:16, 265:22,
266:2, 266:3,
266:16, 266:17,
266:24, 266:25,
267:17, 268:1,
268:10, 268:15,
269:3, 269:9,
269:13, 269:19,
269:20, 270:21,
270:23, 271:14,
271:16, 272:1,
272:11, 272:16,
272:19, 272:23,
273:2, 273:10,
273:11, 273:15,
273:21, 273:25,

274:2, 274:10,
274:16, 274:17,
274:24, 274:25,
275:3, 275:11,
275:21, 275:25,
276:15, 276:18,
276:20, 277:4,
277:16, 277:17,
277:19, 277:25,
278:17, 278:18,
279:6, 279:22,
279:25, 280:14,
280:22, 282:8,
282:11, 282:15
**VIEW** [6] - 61:24,
114:4, 159:15,
169:18, 248:1,
249:22
**VII** [1] - 88:7
**VIOLATE** [1] - 86:2
**VIOLATES** [1] - 123:3
**VIOLATING** [1] - 190:5
**VIOLATION** [1] - 169:7
**VIRGINIA** [8] - 39:25,
40:8, 40:23, 40:25,
41:2, 41:4, 41:9,
41:13
**VOLUNTEERED** [1] -
117:15
**VOLUNTEERS** [1] -
117:19
**VOTE** [119] - 14:16,
14:19, 15:18, 15:22,
27:6, 27:7, 27:15,
28:1, 28:9, 28:17,
29:23, 29:25, 30:24,
33:21, 34:4, 34:15,
35:1, 35:5, 35:16,
35:17, 35:18, 35:19,
36:8, 36:14, 37:6,
43:25, 44:6, 44:10,
51:25, 62:24, 62:25,
63:2, 63:13, 65:6,
75:4, 75:19, 85:3,
85:12, 86:25, 88:1,
89:6, 90:16, 91:7,
91:15, 91:19, 96:11,
98:14, 100:7, 105:3,
105:5, 107:15,
108:7, 108:8, 108:9,
108:13, 114:22,
115:1, 116:8,
116:14, 116:16,
117:1, 119:8, 122:2,
122:9, 123:6,
125:21, 126:3,
127:21, 128:19,
128:22, 131:18,
132:1, 133:8,
139:19, 144:7,

145:14, 145:19,
145:20, 145:23,
146:3, 146:11,
150:6, 155:14,
156:2, 156:4, 156:7,
156:13, 156:14,
157:12, 157:19,
168:1, 168:4, 169:1,
169:10, 169:11,
170:6, 171:14,
171:19, 171:22,
172:9, 172:17,
172:20, 172:23,
173:1, 194:2, 194:8,
194:12, 200:21,
201:10, 201:21,
203:14, 221:19,
233:15, 233:25,
243:19
**VOTED** [9] - 44:24,
127:25, 128:18,
128:20, 157:9,
160:6, 264:17,
264:22, 270:3
**VOTER** [128] - 14:5,
14:6, 14:19, 15:18,
15:22, 17:15, 20:8,
23:21, 27:5, 29:9,
31:4, 33:25, 34:4,
34:12, 34:25, 35:5,
35:9, 35:10, 35:13,
35:15, 36:4, 36:21,
37:2, 37:5, 54:19,
54:23, 55:13, 57:3,
62:15, 64:6, 64:7,
64:21, 64:22, 64:23,
64:25, 65:1, 66:7,
66:20, 69:14, 69:18,
70:13, 70:14, 70:15,
74:17, 74:18, 74:19,
75:2, 75:7, 75:8,
75:18, 85:4, 86:23,
89:16, 89:17, 90:2,
90:12, 90:13, 91:13,
95:21, 96:4, 96:10,
96:25, 97:1, 98:14,
100:6, 100:7,
107:12, 107:14,
108:5, 110:16,
116:9, 119:5,
122:18, 123:16,
123:17, 125:20,
135:20, 135:21,
135:25, 136:3,
136:4, 136:18,
136:19, 137:1,
137:2, 139:16,
140:16, 145:18,
157:9, 167:19,
167:22, 167:23,
168:3, 169:9,

169:18, 180:1,
198:1, 199:21,
201:11, 201:16,
201:19, 202:4,
202:19, 202:24,
203:5, 203:7,
220:25, 221:20,
221:23, 222:3,
222:7, 222:9,
223:20, 228:9,
228:12, 233:6,
233:24, 234:2,
235:5, 235:6,
239:15, 242:2,
243:5, 243:8
**VOTER'S** [13] - 27:5,
28:9, 37:6, 89:25,
92:11, 105:4,
114:25, 169:2,
169:11, 171:19,
172:8, 201:24,
284:11
**VOTER-ASSISTIVE**
[1] - 140:16
**VOTER-
VERIFIABILITY** [1] -
198:1
**VOTER-VERIFIABLE**
[54] - 14:5, 14:19,
15:18, 15:22, 27:5,
29:9, 31:4, 35:5,
35:9, 54:23, 57:3,
62:15, 64:6, 64:21,
64:22, 64:25, 65:1,
66:7, 66:20, 69:14,
69:18, 70:13, 70:14,
74:17, 74:18, 75:7,
75:8, 86:23, 89:17,
90:2, 95:21, 96:4,
96:25, 100:6,
107:14, 135:20,
135:21, 135:25,
136:3, 136:4,
136:18, 136:19,
137:1, 137:2,
139:16, 167:22,
168:3, 169:9, 180:1,
220:25, 233:24,
235:6
**VOTER-VERIFIED** [1]
- 221:23
**VOTERS** [28] - 21:9,
34:1, 36:23, 37:17,
39:2, 84:19, 86:22,
116:20, 120:14,
122:21, 122:25,
123:3, 123:15,
124:14, 125:11,
125:14, 126:1,
129:22, 131:17,

132:1, 145:13,
145:14, 159:8,
203:19, 205:2,
207:21, 222:1, 261:8
**VOTERS'** [1] - 86:2
**VOTES** [20] - 64:7,
64:23, 65:18, 70:15,
74:18, 97:1, 113:8,
114:1, 115:24,
116:13, 118:12,
121:17, 121:18,
135:21, 136:19,
157:13, 157:16,
217:6, 233:19,
235:23
**VOTING** [127] - 11:19,
11:22, 14:12, 16:25,
20:7, 22:2, 23:3,
30:8, 30:11, 30:13,
30:15, 31:5, 32:5,
32:7, 32:14, 33:11,
35:4, 36:9, 36:19,
37:9, 37:12, 39:25,
40:2, 49:18, 50:8,
57:2, 62:1, 62:2,
62:11, 62:14, 63:7,
64:4, 64:16, 64:18,
64:20, 66:8, 66:17,
66:19, 68:2, 68:19,
69:14, 69:18, 70:6,
70:7, 70:11, 71:23,
72:20, 73:9, 74:15,
75:1, 76:4, 77:15,
78:20, 78:23, 79:11,
80:20, 80:21, 80:22,
81:1, 81:3, 81:5,
83:10, 84:18, 84:23,
85:14, 85:16, 86:1,
86:4, 86:22, 89:23,
93:8, 94:17, 95:20,
95:23, 96:1, 96:13,
96:22, 101:11,
101:12, 105:2,
111:22, 113:15,
113:18, 114:23,
122:22, 123:14,
124:5, 125:18,
125:21, 126:6,
126:14, 129:11,
133:2, 135:25,
141:2, 141:14,
149:25, 150:19,
151:14, 183:21,
192:1, 205:9,
219:15, 219:20,
220:14, 220:18,
220:19, 235:21,
236:10, 252:3,
255:22, 256:6,
256:22, 259:4,
259:17, 261:5,

261:6, 262:10,
262:15, 271:14,
275:9, 277:2,
285:13, 287:21
**VULNERABILITIES**
[1] - 76:20
**VVPAT** [13] - 107:25,
108:5, 183:25,
184:2, 184:3,
217:14, 227:1,
227:3, 230:6,
235:11, 235:12,
248:2, 248:6
**VVPATS** [2] - 108:16,
227:2

---

# W

**WAIT** [8] - 71:14,
121:19, 136:11,
280:5
**WAIVED** [2] - 205:19,
206:6
**WAIVER** [1] - 205:25
**WALDRON** [1] -
175:18
**WALK** [4] - 76:10,
126:1, 126:25, 127:5
**WALKED** [1] - 55:23
**WALKER** [1] - 2:2
**WALSH** [1] - 2:12
**WANT** [61] - 3:8, 18:3,
39:22, 41:16, 56:17,
58:17, 58:22, 60:6,
61:14, 62:22, 68:6,
70:16, 78:8, 78:10,
81:19, 83:24, 84:21,
85:21, 89:21, 94:7,
95:5, 97:11, 100:21,
108:12, 109:3,
112:3, 122:6, 123:3,
130:19, 135:10,
136:12, 144:13,
154:18, 155:2,
160:19, 161:7,
161:23, 162:14,
163:14, 164:1,
176:16, 178:2,
178:4, 192:13,
200:23, 203:19,
215:3, 222:2, 234:1,
237:2, 237:3,
237:24, 242:4,
242:12, 249:16,
250:23, 251:7,
280:11, 283:9,
289:14
**WANTED** [37] - 3:11,
3:25, 10:2, 19:22,
42:11, 56:22, 60:1,

61:19, 65:3, 68:20,
75:15, 75:21, 78:7,
81:20, 84:11, 86:10,
86:17, 108:13,
109:3, 120:13,
122:21, 129:10,
134:13, 150:22,
164:9, 183:1,
193:13, 215:25,
220:4, 220:5,
227:23, 240:12,
247:6, 247:21,
273:20, 280:1
**WARN** [1] - 261:8
**WARNING** [1] - 195:19
**WAS** [559] - 5:13, 6:15,
8:23, 10:3, 10:4,
11:2, 11:6, 11:11,
11:12, 11:13, 12:16,
12:19, 13:8, 13:14,
13:22, 13:25, 16:4,
18:8, 18:19, 18:21,
19:23, 20:1, 26:7,
28:13, 30:11, 30:13,
31:2, 31:4, 31:11,
32:20, 32:24, 37:13,
38:6, 38:12, 38:13,
38:17, 38:20, 39:2,
39:13, 39:24, 39:25,
40:5, 40:16, 40:20,
40:22, 40:25, 41:8,
41:11, 41:19, 42:20,
44:4, 44:16, 44:22,
45:15, 45:18, 45:23,
47:6, 49:15, 53:19,
53:21, 53:23, 54:3,
54:22, 55:1, 55:19,
55:23, 56:14, 56:24,
57:5, 57:7, 57:24,
58:5, 58:7, 58:9,
58:17, 59:4, 59:9,
59:10, 59:21, 59:24,
60:1, 61:7, 61:13,
61:17, 61:21, 61:25,
62:5, 62:7, 62:8,
62:9, 62:11, 63:3,
63:7, 64:1, 64:10,
65:3, 66:2, 67:13,
67:14, 67:25, 68:10,
68:12, 68:14, 68:17,
70:3, 70:5, 70:18,
71:10, 72:1, 72:6,
72:9, 72:12, 72:15,
72:16, 72:19, 73:1,
74:9, 74:20, 75:11,
76:25, 77:16, 78:3,
78:5, 78:6, 78:17,
79:23, 80:15, 80:16,
80:17, 81:21, 81:22,
81:25, 82:1, 82:5,
82:13, 82:16, 82:23,

84:23, 84:25, 85:1,
85:3, 85:5, 86:16,
86:18, 86:19, 87:3,
87:8, 87:14, 90:5,
90:7, 90:16, 92:17,
92:22, 93:25, 94:15,
95:6, 95:11, 97:3,
98:4, 98:5, 98:6,
98:10, 98:11, 98:13,
98:15, 98:25, 99:10,
99:16, 99:23, 99:25,
100:2, 100:5, 100:6,
100:8, 100:10,
100:18, 100:24,
101:4, 101:6,
101:15, 101:23,
102:8, 102:13,
102:18, 103:11,
104:20, 105:9,
105:10, 105:12,
105:13, 105:16,
106:5, 106:8,
108:14, 108:25,
109:1, 109:3, 109:6,
111:21, 112:7,
113:15, 115:12,
115:24, 117:3,
119:13, 122:22,
123:18, 124:17,
125:8, 125:9,
125:10, 127:2,
127:10, 127:16,
128:4, 128:14,
129:3, 129:12,
131:9, 135:10,
136:22, 136:25,
137:4, 140:2, 140:7,
140:13, 140:17,
141:20, 142:9,
143:12, 143:15,
143:19, 143:21,
143:25, 144:4,
145:2, 146:10,
149:21, 149:22,
149:24, 149:25,
150:3, 150:4, 150:6,
150:7, 150:9,
150:12, 150:13,
150:15, 150:21,
150:23, 150:24,
150:25, 151:4,
151:10, 151:19,
153:16, 154:2,
154:5, 154:16,
156:1, 158:23,
159:23, 159:24,
160:3, 162:9,
163:23, 164:3,
165:2, 166:9,
166:11, 166:12,
167:1, 167:3,

169:14, 169:16,
173:5, 173:23,
173:25, 174:1,
174:16, 178:8,
178:11, 179:4,
179:6, 179:17,
180:17, 180:23,
180:24, 180:25,
181:23, 181:24,
182:18, 182:22,
182:24, 183:5,
183:17, 183:20,
183:24, 183:25,
186:13, 186:20,
187:4, 187:15,
188:14, 188:18,
190:6, 190:17,
190:20, 190:22,
190:24, 191:9,
191:17, 192:11,
193:2, 193:5, 193:9,
193:14, 193:24,
194:2, 194:7,
194:13, 194:18,
194:24, 196:11,
196:12, 196:16,
196:22, 197:12,
197:14, 198:5,
198:11, 198:18,
198:21, 198:25,
199:5, 199:17,
200:2, 200:5, 201:3,
204:2, 207:11,
208:8, 209:4, 209:6,
209:8, 209:10,
209:16, 209:17,
209:19, 209:21,
210:5, 210:7,
210:10, 210:13,
210:15, 210:16,
211:3, 211:6, 211:8,
211:9, 211:10,
211:12, 211:14,
211:15, 211:17,
211:23, 212:6,
212:9, 212:12,
212:13, 212:15,
212:20, 213:18,
214:5, 214:12,
214:15, 214:18,
215:19, 215:20,
215:24, 215:25,
216:1, 216:7, 216:8,
216:9, 216:13,
216:16, 216:17,
216:19, 216:20,
216:22, 216:25,
217:1, 217:4, 217:9,
217:12, 218:7,
218:9, 218:10,
218:15, 220:22,

223:9, 223:10,
223:12, 223:22,
224:7, 224:10,
224:13, 224:16,
225:3, 225:9, 226:6,
226:11, 226:22,
227:14, 227:15,
227:17, 227:20,
229:21, 229:23,
231:17, 231:21,
232:6, 232:19,
232:22, 232:23,
232:25, 234:6,
234:14, 234:22,
235:9, 235:16,
235:18, 237:25,
238:20, 238:21,
239:9, 240:10,
240:11, 241:24,
242:14, 244:10,
244:23, 245:24,
246:15, 246:16,
247:4, 247:14,
247:22, 247:25,
248:2, 248:3, 248:6,
248:8, 248:14,
248:24, 249:13,
249:19, 250:20,
254:25, 255:13,
257:22, 257:23,
258:1, 259:9,
259:17, 259:18,
260:4, 260:7, 260:9,
260:25, 261:23,
262:5, 263:14,
263:16, 263:17,
264:14, 264:16,
265:5, 265:6,
266:19, 266:22,
266:25, 268:5,
269:3, 269:10,
270:6, 270:7,
270:24, 271:1,
274:6, 274:13,
274:19, 274:23,
275:10, 275:13,
275:16, 275:17,
275:23, 275:24,
276:2, 276:3, 276:4,
276:5, 276:22,
276:24, 277:1,
277:3, 277:6, 277:7,
277:22, 279:14,
280:1, 280:6, 280:8,
281:3, 281:6,
282:11, 282:14,
282:19, 285:5,
285:6, 286:13,
287:6, 287:25,
288:4, 288:7

**WASN'T** [14] - 5:14,

87:18, 87:19, 128:9,
159:4, 192:25,
205:7, 209:6,
217:15, 224:19,
247:23, 250:22,
270:22, 271:4

**WATCHING** [5] -
111:9, 111:14,
240:3, 240:6, 240:8

**WAY** [34] - 28:24,
58:8, 61:13, 69:5,
76:25, 99:14,
100:10, 102:25,
106:17, 108:4,
119:23, 122:6,
123:21, 124:21,
128:16, 130:16,
141:18, 146:21,
149:10, 150:19,
151:3, 153:23,
154:14, 170:8,
190:22, 202:6,
206:13, 225:20,
236:19, 256:16,
270:1, 280:3, 288:21

**WAYNE** [4] - 38:14,
39:20, 40:6, 40:17

**WAYS** [5] - 68:1,
127:4, 130:8,
221:17, 256:6

**WE** [531] - 3:9, 3:13,
3:14, 3:18, 3:21,
3:22, 3:25, 4:1, 4:16,
4:18, 5:7, 5:15, 6:14,
6:16, 8:3, 8:15, 8:17,
8:21, 9:2, 9:25, 10:1,
10:2, 10:6, 11:24,
14:2, 15:15, 19:3,
19:8, 20:18, 20:21,
21:13, 24:9, 24:11,
26:18, 26:22, 26:24,
29:7, 29:8, 29:15,
31:3, 33:7, 33:10,
33:17, 34:9, 34:23,
35:24, 36:25, 38:3,
38:15, 39:3, 39:13,
40:15, 41:21, 42:15,
42:17, 44:12, 44:22,
45:20, 46:21, 46:22,
47:5, 47:6, 48:2,
48:8, 48:9, 48:16,
49:3, 50:7, 52:16,
54:22, 55:23, 56:8,
56:18, 56:25, 57:5,
57:6, 58:8, 58:10,
58:12, 58:14, 58:17,
60:2, 61:6, 61:8,
61:15, 61:16, 61:19,
63:5, 65:2, 65:19,
66:16, 66:18, 66:24,

67:1, 68:5, 68:15,
69:1, 69:20, 69:24,
70:18, 70:19, 70:24,
71:19, 71:21, 71:25,
73:20, 75:15, 78:4,
84:10, 84:11, 86:8,
86:9, 86:10, 86:13,
86:17, 87:7, 87:10,
87:16, 87:17, 87:18,
87:21, 87:22, 90:7,
90:8, 90:22, 93:9,
94:6, 94:13, 97:17,
97:20, 97:21, 97:22,
98:2, 98:6, 98:7,
99:6, 100:3, 100:12,
100:21, 101:21,
102:5, 103:17,
105:22, 106:12,
106:13, 106:14,
106:15, 106:17,
106:19, 107:10,
107:15, 108:10,
108:11, 108:12,
108:13, 108:14,
108:15, 109:7,
109:10, 109:11,
109:12, 109:23,
111:9, 111:14,
112:10, 112:20,
113:17, 113:18,
114:16, 114:22,
115:16, 117:15,
117:16, 120:20,
124:1, 124:17,
124:18, 125:19,
125:20, 125:23,
126:20, 126:25,
127:6, 129:9,
129:12, 131:23,
132:7, 133:11,
133:24, 134:2,
134:17, 135:15,
138:25, 139:19,
140:13, 140:14,
140:21, 141:4,
141:12, 142:10,
142:16, 142:21,
143:16, 143:18,
144:14, 146:21,
147:3, 147:12,
148:1, 148:13,
150:23, 150:25,
151:6, 151:11,
151:12, 151:13,
151:14, 153:11,
153:23, 160:17,
160:22, 161:14,
161:17, 161:19,
161:20, 161:21,
162:8, 162:15,
162:16, 162:18,

163:4, 163:7,
163:24, 163:25,
164:5, 164:6,
164:12, 165:15,
166:4, 166:7,
166:12, 166:13,
166:15, 166:16,
166:17, 166:21,
168:13, 168:15,
169:10, 173:4,
173:5, 173:6,
173:17, 174:22,
176:25, 177:2,
177:5, 177:17,
178:7, 178:9,
178:13, 179:19,
179:20, 179:22,
179:23, 179:25,
180:9, 180:14,
180:16, 180:17,
180:22, 180:23,
181:1, 181:2, 181:3,
181:4, 181:5,
181:11, 181:12,
181:25, 182:9,
182:19, 182:25,
183:1, 183:2, 183:5,
183:6, 183:7,
183:23, 183:24,
183:25, 184:13,
185:4, 185:22,
186:21, 187:14,
188:14, 188:15,
190:3, 190:4, 190:9,
192:7, 192:8,
192:10, 192:11,
192:12, 192:13,
192:25, 193:13,
193:14, 193:24,
201:8, 201:14,
201:22, 203:23,
205:16, 206:5,
208:11, 208:25,
209:9, 209:16,
210:10, 210:11,
211:3, 211:4, 211:9,
211:10, 211:12,
211:22, 211:24,
211:25, 212:1,
213:12, 214:19,
215:6, 215:8,
215:10, 215:12,
215:14, 215:21,
216:2, 216:3,
216:11, 216:12,
216:15, 218:24,
219:12, 219:21,
220:1, 220:5,
223:18, 224:11,
224:12, 224:13,
225:3, 225:8,

225:13, 225:14,
225:17, 225:23,
226:7, 226:9,
226:24, 227:5,
227:17, 228:23,
228:24, 229:3,
229:24, 229:25,
231:5, 234:5,
234:15, 234:16,
234:17, 234:19,
234:20, 234:21,
234:24, 235:9,
235:13, 235:14,
235:20, 235:25,
236:1, 236:19,
236:24, 237:2,
237:3, 237:4,
237:12, 238:9,
243:13, 244:24,
245:14, 245:21,
246:3, 246:4,
246:11, 246:14,
246:18, 247:10,
247:11, 247:12,
247:17, 247:20,
247:21, 248:1,
248:3, 248:7, 248:8,
248:9, 248:10,
249:11, 249:12,
249:13, 249:19,
249:24, 250:12,
250:18, 250:19,
251:9, 251:23,
252:15, 253:3,
253:6, 253:8,
253:15, 253:16,
253:22, 257:1,
257:8, 257:21,
258:14, 258:22,
259:2, 259:12,
259:23, 261:3,
265:18, 266:4,
266:11, 266:14,
266:16, 267:16,
268:12, 269:1,
270:22, 271:6,
272:9, 273:2, 277:6,
278:6, 278:7,
279:10, 279:11,
279:13, 279:24,
279:25, 280:4,
280:5, 280:8,
280:15, 280:18,
280:25, 281:5,
281:18, 282:3,
282:6, 282:7,
282:21, 284:5,
285:7, 285:11,
285:23, 286:11,
286:22, 287:13,
288:21, 289:8,

289:15, 289:16, 289:21, 290:4, 290:9, 290:15, 290:18, 290:23, 291:9

**WE'LL** [4] - 15:16, 42:17, 71:19, 253:21

**WE'RE** [2] - 162:5, 166:5

**WEBSITE** [12] - 72:16, 78:5, 78:23, 81:15, 81:16, 252:7, 285:15, 286:13, 286:16, 287:7, 288:1

**WEBSITES** [1] - 252:11

**WEEK** [9] - 61:19, 82:17, 83:7, 126:2, 127:2, 131:10, 200:19, 272:14, 281:15

**WEEKS** [11] - 33:5, 82:21, 85:24, 100:25, 126:2, 208:12, 213:14, 269:15, 269:23

**WEIGHT** [2] - 18:11, 147:24

**WELCOME** [2] - 199:2, 260:15

**WELL** [84] - 3:15, 10:8, 10:21, 14:25, 15:16, 16:13, 17:24, 19:9, 26:14, 30:8, 31:16, 32:4, 32:7, 32:15, 34:5, 37:13, 57:5, 58:11, 79:3, 86:14, 86:17, 86:19, 86:24, 87:3, 104:18, 106:12, 106:17, 107:12, 113:13, 122:20, 124:12, 127:9, 128:16, 133:6, 135:11, 136:2, 138:5, 140:9, 140:15, 140:16, 140:18, 141:17, 143:15, 144:25, 154:20, 156:16, 163:7, 163:9, 164:14, 166:21, 173:7, 174:3, 174:21, 175:1, 176:1, 176:18, 179:16, 181:14, 185:6, 186:23, 190:21, 193:25, 194:13, 198:3, 198:19, 204:11, 205:23, 206:4,

209:12, 211:5, 218:24, 234:18, 236:14, 244:7, 247:12, 247:20, 257:17, 257:20, 263:20, 264:13, 264:20, 265:4, 266:6, 273:2

**WENT** [11] - 72:3, 102:25, 116:18, 116:19, 127:9, 135:11, 151:12, 200:5, 234:5, 258:19, 285:18

**WERE** [303] - 10:22, 10:25, 11:6, 11:9, 13:6, 15:14, 15:15, 26:11, 31:2, 31:10, 32:4, 32:21, 34:17, 38:22, 41:20, 55:17, 56:25, 57:6, 58:8, 58:14, 59:7, 59:11, 59:16, 60:2, 60:3, 60:22, 60:23, 61:4, 61:6, 61:7, 61:8, 61:15, 61:16, 61:18, 61:20, 62:3, 62:12, 62:16, 62:18, 63:6, 63:10, 63:14, 63:18, 65:4, 65:18, 65:19, 66:16, 66:25, 67:1, 67:3, 68:3, 69:5, 69:19, 69:21, 69:25, 73:10, 77:5, 77:17, 77:19, 82:5, 82:10, 82:12, 82:21, 84:10, 84:11, 84:25, 86:8, 86:13, 86:21, 87:10, 87:18, 87:19, 87:20, 87:22, 88:5, 88:11, 90:7, 90:8, 92:19, 94:17, 97:13, 97:15, 98:6, 99:1, 99:5, 99:14, 99:18, 99:23, 100:3, 100:4, 100:11, 103:10, 106:12, 106:13, 106:14, 106:17, 106:19, 106:24, 108:11, 108:15, 112:7, 114:23, 117:6, 117:18, 122:23, 126:25, 127:8, 127:20, 128:1, 128:17, 129:14, 129:16, 135:12, 135:13, 135:14, 138:2, 138:13, 138:24, 140:13, 149:14, 150:23, 151:6,

151:7, 151:13, 151:15, 151:18, 153:11, 154:15, 154:21, 158:1, 158:16, 158:17, 162:13, 164:6, 166:14, 166:17, 166:20, 167:10, 168:11, 173:4, 173:5, 173:6, 173:22, 174:14, 177:9, 177:22, 179:3, 179:5, 180:17, 181:1, 181:2, 181:4, 181:5, 181:25, 182:10, 183:2, 183:6, 183:24, 190:5, 191:1, 191:12, 192:11, 195:7, 195:8, 199:7, 199:10, 205:14, 208:17, 208:20, 208:23, 209:9, 209:14, 210:11, 211:4, 211:24, 211:25, 212:1, 212:3, 212:7, 212:10, 213:17, 213:20, 214:4, 214:11, 214:19, 215:7, 215:8, 215:10, 215:12, 215:15, 215:21, 216:5, 216:6, 216:11, 216:15, 217:11, 220:1, 224:11, 224:12, 224:14, 224:21, 225:3, 226:9, 226:11, 226:12, 226:13, 226:20, 226:24, 227:15, 228:23, 228:25, 229:2, 229:3, 229:16, 230:14, 232:7, 234:16, 234:17, 234:21, 235:3, 235:7, 240:5, 240:8, 241:7, 244:17, 244:21, 246:4, 246:11, 246:13, 246:14, 247:11, 247:12, 247:15, 247:16, 247:17, 247:18, 247:20, 247:21, 247:25, 248:1, 248:10, 249:2, 249:11, 249:13, 249:19, 250:19,

251:23, 252:13, 252:14, 252:15, 253:6, 255:5, 255:10, 257:1, 260:5, 266:25, 267:21, 273:4, 275:3, 275:11, 276:10, 276:18, 276:19, 277:25, 278:10, 278:16, 278:19, 279:5, 279:15, 279:19, 280:7, 280:8, 280:18, 280:19, 280:20, 280:21, 284:5, 284:13, 285:14, 285:16, 285:19, 285:20, 289:15

**WEREN'T** [9] - 129:2, 129:18, 162:13, 192:12, 215:10, 220:5, 229:19, 268:3, 273:4

**WESTERN** [2] - 68:12, 68:13

**WHAT** [310] - 4:8, 5:9, 6:15, 10:4, 12:7, 16:8, 17:22, 17:24, 18:1, 18:9, 18:10, 20:17, 21:13, 22:6, 22:18, 24:4, 24:9, 27:8, 27:10, 27:12, 27:19, 27:22, 28:3, 29:24, 31:2, 31:14, 31:16, 31:18, 31:19, 31:22, 32:2, 34:10, 35:15, 36:19, 37:11, 42:15, 44:18, 49:22, 53:15, 56:24, 58:4, 59:20, 59:24, 60:1, 60:4, 60:13, 61:6, 61:7, 61:8, 62:9, 62:16, 62:20, 63:3, 63:10, 63:21, 64:12, 65:9, 66:2, 66:3, 66:12, 67:15, 67:24, 68:16, 68:17, 70:5, 70:16, 70:20, 71:5, 71:8, 71:11, 71:12, 73:1, 74:4, 74:5, 74:6, 74:7, 74:25, 75:25, 77:12, 78:2, 78:15, 79:8, 79:20, 79:22, 80:13, 80:20, 81:10, 81:21, 82:5, 82:9, 82:11, 83:5, 83:11, 84:2, 84:8, 84:23, 84:25, 85:5, 86:6, 87:14, 88:21, 89:11, 90:5, 92:3,

93:1, 93:15, 93:23, 96:3, 96:10, 96:21, 98:3, 98:4, 98:5, 98:10, 98:11, 98:25, 101:18, 102:1, 102:6, 102:13, 103:10, 104:10, 104:15, 105:23, 106:18, 107:23, 112:9, 112:12, 112:22, 113:11, 114:6, 115:7, 116:4, 116:14, 117:1, 117:15, 118:24, 119:4, 120:3, 121:25, 123:7, 126:15, 126:25, 127:1, 127:5, 127:6, 129:6, 130:2, 130:15, 130:25, 131:4, 133:3, 133:11, 135:10, 137:8, 137:11, 140:24, 141:3, 141:16, 142:3, 143:1, 144:9, 144:11, 145:16, 147:9, 148:5, 148:10, 150:13, 150:18, 152:2, 152:7, 152:10, 153:2, 153:13, 154:15, 155:7, 156:21, 157:9, 161:8, 163:1, 167:3, 167:5, 167:20, 169:14, 169:21, 172:12, 172:13, 172:14, 175:7, 177:9, 177:22, 180:16, 180:17, 181:5, 181:6, 186:15, 187:14, 188:9, 188:14, 189:22, 190:9, 192:4, 192:10, 193:5, 194:10, 194:14, 194:15, 194:18, 199:20, 200:17, 201:2, 201:5, 201:6, 205:9, 205:19, 207:11, 208:7, 208:11, 210:4, 210:5, 211:14, 211:19, 212:13, 213:10, 215:4, 215:5, 216:3, 216:4, 216:9, 216:11, 218:13, 218:16, 219:7, 219:24, 220:4,

220:7, 220:10,
220:11, 222:20,
222:21, 223:14,
224:21, 226:2,
226:3, 227:3,
229:22, 231:10,
231:11, 231:16,
231:21, 232:17,
233:4, 233:13,
233:22, 235:9,
235:13, 235:25,
236:1, 236:7,
236:13, 236:22,
237:25, 238:22,
241:4, 243:2, 246:6,
247:10, 247:14,
247:15, 247:18,
248:2, 248:4,
249:17, 251:23,
252:15, 259:7,
259:9, 260:25,
261:3, 266:19,
267:3, 268:4,
271:23, 274:19,
275:24, 278:14,
278:15, 278:19,
279:1, 281:10,
284:9, 284:10,
286:9, 286:20,
288:10

WHAT'S [10] - 79:16,
80:14, 82:14, 94:2,
119:8, 125:3,
156:17, 156:24,
192:7, 263:22

WHATEVER [9] -
18:12, 44:16, 78:18,
161:22, 234:1,
235:1, 242:4, 264:4,
290:9

WHATSOEVER [2] -
100:9, 232:16

WHEN [81] - 8:18, 9:2,
10:1, 11:5, 16:24,
25:3, 29:7, 30:24,
31:10, 33:4, 36:24,
39:6, 39:13, 40:12,
43:24, 44:8, 44:10,
44:19, 44:24, 45:24,
47:18, 59:4, 61:23,
80:20, 90:17,
100:25, 102:8,
111:19, 114:11,
114:22, 119:13,
126:13, 126:16,
126:20, 127:25,
131:19, 151:14,
156:5, 156:13,
157:25, 159:10,
159:15, 160:24,
168:10, 174:18,

185:25, 187:3,
193:24, 195:3,
201:9, 205:19,
206:2, 208:9,
212:20, 223:9,
224:17, 228:14,
237:4, 242:7,
244:21, 264:17,
267:10, 268:1,
268:14, 269:19,
273:12, 275:4,
277:3, 277:4,
277:16, 278:10,
280:9, 280:14,
281:16, 282:14,
282:17, 285:18,
287:25, 289:7

WHERE [48] - 11:11,
16:14, 20:13, 23:15,
34:11, 34:14, 38:9,
39:24, 41:17, 41:22,
62:1, 68:15, 72:15,
78:22, 93:22,
102:20, 109:4,
114:8, 116:9,
118:25, 122:23,
127:11, 127:17,
139:7, 139:8, 139:9,
147:3, 148:21,
162:18, 163:24,
168:13, 169:1,
171:16, 173:4,
182:9, 183:1,
201:19, 202:24,
211:4, 215:25,
220:22, 224:13,
232:13, 237:5,
248:4, 261:5, 266:2,
281:22

WHEREIN [1] - 169:6

WHEREVER [2] -
9:19, 9:20

WHETHER [46] -
34:17, 75:16, 76:7,
85:1, 113:22,
119:19, 125:22,
126:2, 130:13,
130:16, 130:22,
130:23, 142:19,
144:22, 145:2,
145:8, 160:23,
161:18, 163:8,
166:18, 166:20,
182:8, 188:3, 188:6,
188:9, 194:2, 200:4,
216:5, 216:17,
222:2, 226:4,
226:18, 228:25,
229:1, 234:22,
234:23, 237:5,
240:17, 241:1,

241:11, 242:2,
249:11, 277:18,
283:25, 285:4

WHICH [138] - 4:1,
8:12, 10:2, 12:5,
14:16, 16:7, 18:3,
18:4, 18:9, 19:24,
21:16, 21:20, 23:4,
23:6, 25:21, 27:22,
33:11, 33:18, 34:16,
36:10, 40:2, 40:15,
43:2, 43:5, 45:7,
45:20, 62:12, 63:11,
66:14, 67:17, 70:9,
70:20, 70:21, 73:16,
75:8, 75:22, 82:7,
83:9, 84:20, 89:14,
89:18, 90:10, 91:11,
92:6, 92:10, 92:17,
93:8, 94:20, 96:9,
96:15, 100:3,
107:12, 109:4,
116:7, 117:16,
121:5, 121:16,
121:20, 122:14,
122:18, 123:2,
125:18, 125:21,
127:22, 129:25,
130:2, 136:21,
137:18, 138:5,
138:12, 140:13,
142:16, 143:25,
144:4, 144:12,
144:14, 145:10,
146:25, 147:4,
148:2, 148:14,
148:25, 154:11,
154:14, 157:12,
161:7, 167:5, 168:1,
175:4, 179:13,
179:17, 179:20,
179:24, 189:18,
193:19, 197:23,
198:6, 199:14,
202:19, 208:22,
219:11, 219:18,
219:22, 220:3,
222:1, 223:3,
224:12, 225:13,
228:2, 230:6, 231:5,
231:12, 233:9,
233:10, 233:15,
235:11, 239:9,
243:11, 244:2,
245:9, 245:15,
245:25, 246:7,
246:8, 248:5,
249:17, 250:4,
251:8, 251:14,
257:11, 261:4,
275:6, 275:10,

278:6, 285:7, 287:14

WHILE [3] - 110:12,
138:18, 205:14

WHO [58] - 8:25, 13:4,
13:8, 30:11, 30:12,
30:13, 33:8, 33:12,
62:2, 66:14, 67:3,
67:17, 84:7, 86:16,
86:21, 87:6, 87:20,
88:11, 97:10,
108:21, 108:22,
123:5, 123:7, 127:8,
129:14, 131:17,
140:1, 140:2,
140:10, 141:20,
141:22, 142:5,
147:10, 147:21,
153:20, 153:23,
154:1, 161:18,
162:6, 162:7, 166:9,
179:4, 185:19,
186:5, 195:8,
196:11, 211:6,
211:17, 216:1,
225:9, 225:10,
240:12, 250:16,
253:4, 255:5,
255:11, 268:20

WHOEVER [2] - 3:16,
258:16

WHOLE [19] - 19:22,
95:6, 103:7, 121:21,
126:6, 150:13,
187:21, 196:13,
223:5, 254:3,
255:19, 255:24,
256:5, 256:22,
282:20

WHOMEVER [1] -
78:7

WHY [38] - 25:17,
48:9, 54:21, 58:5,
61:13, 64:24, 69:20,
75:11, 87:1, 87:20,
87:22, 96:6, 106:11,
123:13, 124:11,
128:16, 133:1,
137:12, 150:21,
162:18, 166:19,
180:9, 183:13,
203:18, 206:2,
210:12, 235:7,
237:21, 253:3,
257:18, 257:24,
258:19, 267:15,
278:3, 279:7, 289:6

WILL [107] - 5:18,
5:19, 6:21, 10:2,
14:11, 16:14, 18:12,
20:23, 21:18, 39:3,

46:15, 48:9, 48:20,
48:25, 49:24, 50:3,
50:13, 50:17, 50:20,
50:23, 51:1, 51:4,
51:7, 51:11, 51:14,
51:17, 52:10, 52:11,
52:15, 52:25, 54:12,
56:18, 58:6, 58:7,
58:16, 69:23, 70:7,
71:8, 81:13, 85:8,
97:10, 99:19, 104:6,
106:3, 109:11,
109:13, 109:21,
110:16, 111:9,
111:14, 112:25,
115:19, 118:19,
120:25, 121:10,
137:15, 138:21,
143:20, 147:14,
147:18, 155:1,
158:6, 160:17,
160:18, 160:22,
160:25, 161:14,
161:20, 162:21,
163:4, 163:7, 169:5,
174:24, 183:11,
183:15, 189:22,
190:2, 198:10,
199:25, 204:1,
204:17, 225:25,
234:12, 236:21,
253:8, 253:9,
253:22, 254:2,
254:5, 254:6, 268:1,
268:15, 270:16,
272:5, 273:21,
283:15, 283:16,
286:4, 287:2,
287:16, 289:8,
289:21, 289:24,
290:15, 290:18,
291:9

WILLING [1] - 207:18

WIN [1] - 41:14

WINDOW [3] - 54:20,
110:17, 239:16

WINNER [1] - 117:22

WINS [1] - 117:23

WINVOTE [3] - 40:18,
40:21, 40:22

WISH [1] - 249:20

WITH [224] - 3:20,
11:15, 16:14, 22:2,
23:21, 24:9, 30:9,
31:7, 31:10, 31:12,
31:18, 32:2, 32:21,
32:24, 33:4, 36:19,
42:11, 45:12, 47:19,
48:20, 55:16, 56:22,
57:2, 57:6, 58:13,

59:12, 59:16, 61:4,
64:3, 64:13, 66:6,
67:23, 68:4, 73:17,
73:23, 76:22, 77:21,
80:2, 84:18, 85:18,
86:13, 90:7, 90:10,
90:25, 92:7, 93:20,
96:4, 96:9, 96:10,
97:7, 97:12, 100:25,
108:16, 109:13,
110:2, 111:1,
111:16, 113:18,
116:7, 117:1,
120:15, 120:21,
122:21, 122:24,
122:25, 123:10,
126:24, 127:3,
133:4, 135:15,
137:13, 138:20,
140:11, 140:21,
145:13, 151:4,
151:13, 154:16,
160:1, 165:11,
165:20, 168:1,
169:11, 170:2,
170:8, 171:19,
173:3, 173:7,
174:11, 174:23,
174:24, 177:21,
178:1, 179:22,
180:2, 180:9, 181:3,
182:2, 182:6,
182:25, 183:9,
185:3, 185:4,
189:13, 192:7,
193:15, 193:22,
194:14, 194:18,
195:1, 195:7, 195:9,
195:11, 195:19,
199:14, 199:15,
200:1, 200:18,
201:10, 202:1,
203:19, 205:14,
206:11, 206:12,
206:15, 206:17,
206:20, 208:6,
208:18, 211:4,
211:12, 211:25,
212:13, 212:18,
213:12, 214:16,
214:21, 215:12,
215:20, 216:6,
216:17, 217:14,
217:20, 218:4,
219:1, 220:24,
220:25, 221:4,
222:23, 223:4,
223:18, 224:12,
225:21, 226:3,
226:10, 226:18,
227:2, 227:3, 227:6,

227:16, 228:2,
229:19, 230:6,
230:8, 230:9,
230:12, 231:4,
231:7, 234:11,
234:18, 235:11,
235:12, 235:15,
238:18, 239:19,
240:2, 240:16,
240:25, 242:10,
242:18, 246:10,
248:6, 248:23,
249:1, 250:2, 255:6,
255:8, 255:11,
257:16, 257:18,
259:3, 259:14,
262:19, 263:19,
263:21, 263:24,
264:6, 264:11,
265:10, 266:15,
266:17, 267:3,
272:5, 274:10,
275:8, 278:19,
279:8, 281:4,
281:14, 282:1,
282:4, 282:6,
288:15, 288:22,
289:6, 289:13,
289:22, 289:25,
290:5, 291:1, 291:11
WITHDRAW [2] -
263:20, 270:16
WITHDRAWN [9] -
14:25, 149:12,
173:14, 174:21,
181:23, 198:19,
264:20, 266:7, 272:4
WITHDREW [1] -
262:6
WITHIN [13] - 33:5,
41:13, 85:20, 127:2,
141:5, 255:20,
255:21, 256:5,
256:16, 256:18,
256:19, 256:22
WITHOUT [11] - 33:12,
36:22, 37:7, 39:22,
89:16, 108:16,
113:7, 206:14,
207:1, 223:19,
282:25
WITNESS [159] - 9:3,
10:1, 10:6, 10:9,
10:12, 10:15, 19:21,
19:25, 21:3, 25:13,
26:11, 28:20, 28:23,
28:25, 32:11, 33:1,
43:23, 47:1, 53:11,
54:10, 60:25, 65:11,
69:1, 71:16, 72:23,

73:7, 80:7, 84:7,
84:10, 98:2, 98:20,
108:24, 109:6,
109:14, 110:5,
114:13, 114:19,
115:3, 117:2, 117:5,
117:11, 119:10,
119:12, 121:23,
128:21, 128:24,
130:21, 131:2,
131:5, 131:13,
131:20, 131:24,
132:6, 132:11,
132:16, 132:25,
133:6, 133:12,
133:20, 134:1,
134:7, 134:16,
140:1, 140:5, 140:8,
140:12, 142:7,
146:16, 147:2,
148:19, 150:12,
150:20, 152:19,
153:15, 153:17,
156:3, 156:8,
156:11, 156:15,
156:18, 156:20,
156:23, 157:2,
157:5, 157:10,
158:8, 160:16,
161:18, 162:6,
162:10, 162:23,
163:5, 163:12,
164:15, 164:16,
167:7, 173:11,
176:7, 176:13,
177:12, 178:2,
179:12, 179:13,
180:11, 182:18,
183:11, 183:15,
184:20, 184:23,
187:1, 187:5, 194:5,
195:10, 196:11,
199:24, 200:25,
202:22, 203:10,
203:17, 203:21,
204:3, 205:8, 207:2,
208:1, 214:12,
217:25, 221:13,
224:10, 224:19,
224:24, 225:2,
225:8, 226:6, 246:9,
250:12, 251:12,
253:2, 253:4,
254:11, 254:12,
257:20, 258:7,
265:12, 270:8,
276:19, 284:25,
288:19, 289:1,
289:4, 289:9,
289:13, 289:14,
289:24, 290:10,

290:13, 290:17,
292:2
WITNESSED [1] -
271:15
WITNESSES [12] -
3:16, 160:20,
160:21, 161:6,
161:22, 163:1,
163:4, 183:9,
183:10, 203:23,
253:20
WIYGUL [86] - 2:6,
3:23, 4:22, 4:24, 5:1,
5:3, 5:5, 5:7, 5:10,
5:21, 6:1, 6:3, 6:5,
6:7, 6:9, 6:11, 6:13,
6:16, 6:20, 6:23,
6:25, 7:2, 7:4, 7:6,
7:8, 7:10, 7:12, 7:14,
7:16, 7:18, 7:20,
7:22, 7:24, 8:2, 8:8,
8:10, 8:12, 9:7, 9:9,
48:19, 48:23, 48:25,
49:3, 49:9, 49:13,
49:15, 49:19, 50:1,
50:4, 50:11, 50:14,
50:18, 50:21, 50:24,
51:2, 51:5, 51:8,
51:12, 51:15, 51:18,
51:21, 51:24, 52:6,
52:13, 52:16,
162:16, 162:24,
162:25, 258:5,
277:10, 277:12,
278:4, 278:5,
278:24, 278:25,
283:19, 284:22,
285:2, 285:25,
286:6, 286:24,
287:5, 287:14,
287:19, 288:6,
292:11
WOLF [1] - 11:7
WON'T [1] - 244:8
WONDERFUL [1] -
163:19
WONDERING [1] -
204:2
WORD [22] - 54:21,
54:22, 75:14, 80:3,
80:6, 80:21, 96:9,
98:8, 138:9, 139:1,
139:7, 139:9,
139:10, 158:24,
181:11, 190:2,
204:18, 229:9,
229:14, 244:10,
250:1, 250:6
WORDED [1] - 75:12
WORDS [37] - 35:22,

35:25, 36:3, 36:14,
42:10, 42:22, 65:2,
69:19, 69:21, 91:9,
91:16, 92:4, 96:6,
114:5, 114:6,
117:14, 130:19,
136:7, 138:6, 139:4,
141:10, 141:18,
145:4, 145:7,
155:13, 173:20,
173:22, 180:22,
181:12, 181:15,
227:11, 228:16,
228:17, 231:17,
235:5, 235:7, 253:19
WORK [23] - 30:20,
32:19, 119:2,
120:10, 126:9,
128:5, 131:25,
150:17, 198:21,
198:23, 221:15,
254:5, 256:6,
256:16, 266:16,
266:23, 280:5,
280:9, 289:24,
290:3, 290:4, 290:20
WORKED [3] - 11:12,
234:11
WORKER [3] - 127:15,
128:2, 130:6
WORKERS [7] -
38:24, 39:9, 123:14,
124:16, 125:13,
129:25, 130:4
WORKING [8] - 59:11,
59:16, 106:13,
106:14, 150:11,
215:12, 280:21,
280:22
WORKS [1] - 201:15
WORLD [1] - 239:24
WORRIED [1] - 284:21
WORTH [2] - 18:13,
24:4
WORTHY [1] - 207:20
WOULD [216] - 3:10,
4:1, 4:16, 8:3, 9:17,
18:6, 24:13, 26:23,
28:21, 33:24, 37:12,
37:22, 38:2, 42:25,
43:9, 43:12, 47:25,
54:8, 54:18, 54:25,
55:15, 56:13, 57:17,
58:4, 59:14, 60:4,
61:7, 61:16, 62:13,
64:8, 64:12, 65:7,
66:1, 66:11, 68:16,
69:20, 71:10, 72:5,
73:14, 74:11, 74:24,
75:11, 75:21, 75:25,

77:8, 77:23, 78:15,
78:22, 79:2, 80:10,
81:4, 81:6, 81:10,
81:22, 83:11, 87:23,
88:7, 88:21, 89:5,
90:15, 91:2, 91:5,
91:16, 91:20, 93:4,
93:9, 93:11, 93:22,
94:20, 95:18,
100:12, 100:19,
101:14, 104:21,
106:8, 107:8, 108:2,
109:20, 109:23,
109:25, 110:4,
112:7, 115:11,
116:22, 118:8,
118:12, 119:24,
120:10, 120:16,
121:4, 121:5,
121:15, 122:23,
123:8, 124:9,
124:11, 127:4,
130:13, 130:14,
130:15, 130:17,
130:20, 130:21,
131:5, 131:11,
131:14, 131:16,
131:17, 131:23,
131:24, 131:25,
132:3, 132:4,
132:12, 132:14,
133:4, 133:10,
133:11, 133:14,
133:22, 137:9,
139:21, 143:18,
147:9, 158:18,
158:22, 158:23,
159:17, 160:18,
162:21, 162:23,
163:1, 163:9,
163:10, 163:11,
163:19, 164:6,
166:19, 180:5,
180:7, 180:20,
181:8, 188:9, 189:9,
189:13, 189:14,
190:4, 192:23,
200:8, 201:3,
203:13, 203:14,
203:19, 204:8,
204:10, 204:11,
208:18, 211:25,
212:23, 217:2,
217:5, 217:9,
217:15, 222:19,
225:6, 225:7,
225:12, 225:14,
225:15, 225:16,
226:4, 226:18,
226:19, 227:4,
227:6, 230:14,

231:7, 236:14,
237:16, 238:22,
240:3, 240:6,
260:15, 261:15,
265:23, 268:4,
273:6, 274:2, 274:4,
274:21, 275:5,
275:6, 279:10,
279:11, 280:2,
280:25, 281:18,
282:17, 284:16,
285:17, 286:1,
286:10, 288:8,
288:10, 288:20
WOULDN'T [3] -
132:25, 217:14,
235:20
WRITE [13] - 27:9,
180:4, 180:7,
180:13, 180:19,
192:18, 192:19,
192:22, 193:2,
193:6, 193:9,
230:18, 230:22
WRITER [2] - 22:24,
23:10
WRITES [5] - 259:2,
265:21, 269:8,
269:12, 269:18
WRITING [3] - 190:11,
245:21, 268:14
WRITTEN [9] - 41:7,
83:6, 83:12, 83:21,
139:23, 145:4,
145:9, 190:7, 191:15
WRONG [8] - 4:10,
111:16, 125:25,
148:8, 152:20,
167:1, 203:3, 203:4
WROTE [45] - 19:13,
20:7, 27:4, 27:8,
28:8, 136:17, 140:8,
140:10, 140:12,
145:12, 145:18,
145:22, 168:25,
169:14, 169:17,
169:21, 170:25,
171:8, 172:8,
172:12, 172:13,
172:14, 191:1,
191:21, 191:22,
206:21, 207:17,
208:4, 208:7,
221:25, 263:3,
263:9, 266:11,
266:14, 268:2,
268:13, 268:17,
269:1, 271:9,
271:12, 271:23,
272:8, 272:22,

273:9, 273:19
WU [1] - 2:12
WU-KUNG [1] - 2:12

---

# X

XL [132] - 17:12, 25:9,
25:23, 26:8, 26:16,
27:1, 27:15, 28:8,
29:14, 29:19, 30:14,
33:22, 35:19, 36:7,
36:13, 42:20, 43:9,
43:13, 43:20, 45:12,
53:6, 53:9, 54:16,
54:19, 55:12, 81:23,
90:19, 90:22, 99:15,
100:15, 102:21,
103:18, 104:22,
105:1, 105:18,
107:5, 110:10,
110:14, 115:10,
122:16, 122:17,
132:21, 139:4,
139:20, 141:5,
141:9, 141:11,
141:16, 141:17,
143:25, 144:17,
144:23, 145:23,
146:2, 149:5,
149:21, 153:6,
153:9, 155:14,
155:22, 155:24,
159:14, 160:7,
168:23, 168:25,
169:9, 169:10,
169:18, 169:23,
170:2, 170:11,
170:13, 170:19,
171:14, 171:18,
171:22, 172:8,
174:5, 183:17,
185:23, 186:6,
187:11, 187:22,
188:24, 189:9,
196:24, 200:2,
201:23, 203:15,
203:20, 208:5,
213:25, 214:2,
223:3, 223:11,
223:16, 223:18,
223:21, 223:24,
224:1, 225:25,
226:4, 227:14,
227:16, 233:5,
239:15, 240:9,
240:17, 241:1,
241:8, 241:16,
243:3, 244:5,
244:13, 249:12,
250:1, 250:4, 250:5,
250:6, 250:8,

250:12, 250:16,
250:20, 257:11,
264:17, 264:22,
270:11, 277:4,
284:17

---

# Y

YEAH [22] - 20:18,
52:3, 72:24, 82:11,
94:8, 114:13,
119:12, 121:24,
133:20, 140:5,
144:21, 152:10,
156:20, 180:11,
209:17, 238:9,
238:11, 243:16,
288:9, 289:1, 289:24
YEAR [22] - 38:16,
44:18, 45:15, 46:4,
46:5, 56:25, 58:10,
58:12, 116:17,
117:7, 124:24,
124:25, 125:4,
125:5, 125:8,
125:15, 125:16,
126:15, 164:1,
277:3, 277:6
YEARS [4] - 62:13,
69:25, 125:19, 255:1
YEP [2] - 14:17, 15:10
YES [588] - 3:23, 4:11,
8:6, 9:24, 12:15,
12:17, 12:21, 12:22,
12:23, 12:25, 13:3,
14:19, 14:20, 15:3,
15:6, 16:10, 16:20,
17:2, 17:10, 17:11,
18:4, 18:5, 18:23,
19:16, 19:17, 21:12,
21:24, 22:3, 22:9,
22:12, 22:14, 22:15,
22:22, 23:5, 23:12,
23:14, 23:18, 24:8,
24:9, 24:19, 24:23,
24:24, 25:1, 25:4,
27:2, 27:9, 27:16,
27:17, 27:18, 27:22,
28:2, 28:5, 28:6,
28:10, 28:11, 28:14,
28:15, 28:23, 28:25,
31:6, 31:9, 31:23,
31:24, 33:10, 35:5,
35:8, 35:10, 35:13,
35:16, 35:20, 35:23,
36:1, 36:5, 36:6,
36:12, 36:15, 36:19,
37:9, 37:10, 37:20,
37:21, 38:10, 38:14,
38:15, 38:19, 39:1,
39:10, 39:11, 39:12,

39:17, 39:21, 39:25,
40:20, 41:8, 41:10,
41:11, 41:19, 41:21,
41:24, 41:25, 42:2,
42:5, 42:9, 42:11,
42:12, 42:21, 43:7,
43:10, 43:11, 43:21,
43:24, 44:3, 44:4,
44:10, 44:23, 44:24,
45:3, 45:13, 45:14,
45:16, 46:9, 46:11,
46:12, 47:7, 47:19,
48:15, 49:2, 49:13,
49:19, 49:21, 51:20,
51:24, 53:2, 53:7,
53:14, 53:20, 53:22,
54:4, 54:17, 55:6,
55:8, 55:11, 55:14,
56:4, 56:7, 56:12,
56:16, 56:23, 57:13,
57:19, 58:3, 58:6,
58:19, 59:6, 59:23,
61:12, 64:11, 67:12,
67:16, 68:21, 69:3,
69:7, 69:10, 70:17,
71:12, 72:14, 72:23,
73:24, 74:3, 74:12,
75:24, 77:11, 77:24,
78:1, 78:14, 79:7,
81:24, 83:4, 83:23,
85:22, 88:3, 88:6,
88:8, 88:10, 88:20,
89:1, 89:4, 90:21,
91:4, 91:22, 91:25,
92:2, 92:21, 92:25,
93:12, 95:4, 95:12,
95:14, 95:17, 96:2,
96:19, 98:20, 98:23,
98:24, 100:17,
101:5, 101:7, 101:9,
101:17, 102:22,
103:3, 103:9,
103:16, 104:24,
105:8, 105:14,
106:1, 106:7, 107:1,
107:22, 109:15,
109:19, 110:11,
110:15, 110:19,
111:5, 111:8,
111:13, 112:2,
112:6, 112:11,
112:18, 113:14,
115:19, 118:11,
120:23, 122:3,
122:10, 122:13,
126:19, 126:23,
132:5, 132:11,
135:6, 135:8,
135:12, 135:14,
135:17, 136:1,
136:9, 136:12,

136:13, 138:15,
138:20, 138:23,
139:22, 140:8,
140:22, 140:23,
141:8, 141:21,
141:23, 142:10,
143:8, 143:10,
143:11, 143:13,
144:2, 144:4, 144:5,
144:8, 144:11,
144:18, 144:19,
144:20, 145:6,
145:16, 145:20,
145:24, 145:25,
146:4, 146:11,
146:12, 148:3,
150:12, 150:20,
151:5, 151:9, 152:5,
153:3, 153:6,
155:10, 156:10,
157:5, 157:15,
157:17, 159:13,
159:20, 159:24,
162:11, 163:13,
164:24, 165:4,
165:16, 165:22,
166:10, 166:11,
167:7, 167:22,
168:9, 168:21,
168:22, 168:24,
169:13, 171:5,
171:6, 172:5,
172:10, 172:11,
172:16, 172:19,
173:11, 173:18,
174:7, 174:25,
175:4, 175:5,
176:25, 178:8,
178:9, 178:13,
178:16, 178:22,
179:3, 179:4,
181:21, 181:22,
182:3, 182:4,
182:10, 182:13,
184:7, 184:9,
184:12, 185:8,
185:11, 185:14,
185:17, 185:18,
186:14, 186:15,
187:12, 187:14,
187:23, 188:7,
190:5, 190:9,
190:17, 190:23,
191:7, 191:20,
192:3, 192:4,
192:20, 193:18,
194:5, 194:7,
194:21, 196:8,
196:21, 197:4,
197:9, 197:12,
197:14, 197:23,

197:24, 198:2,
198:4, 198:6, 198:7,
198:12, 198:16,
199:5, 199:12,
199:18, 200:6,
200:9, 200:14,
200:18, 201:17,
201:18, 202:7,
202:12, 202:23,
203:1, 203:12,
204:3, 206:18,
206:19, 207:9,
207:13, 207:16,
208:1, 208:2, 208:6,
208:7, 208:10,
208:11, 208:14,
208:19, 208:25,
209:1, 209:20,
209:23, 210:15,
210:22, 210:25,
212:6, 212:9,
212:12, 212:15,
212:19, 213:1,
213:6, 213:9,
213:19, 213:23,
214:1, 214:3,
214:18, 214:23,
215:1, 216:21,
216:24, 218:6,
218:9, 218:12,
218:15, 218:23,
219:6, 219:15,
221:9, 222:4,
222:16, 222:18,
222:24, 223:23,
225:23, 227:25,
230:16, 230:24,
231:9, 232:15,
232:25, 233:11,
234:8, 236:8,
236:20, 238:3,
238:15, 238:19,
238:21, 239:19,
239:25, 240:5,
240:7, 240:11,
240:13, 241:3,
241:17, 242:1,
242:22, 243:1,
243:25, 245:1,
245:12, 245:18,
247:5, 247:8,
247:11, 247:12,
247:17, 251:6,
251:24, 252:5,
253:6, 253:14,
254:9, 254:23,
255:2, 255:8,
255:10, 255:12,
255:17, 255:18,
255:21, 256:12,
256:14, 256:17,

256:24, 257:2,
257:5, 257:8,
258:13, 258:16,
258:23, 259:1,
259:5, 259:7,
259:16, 259:20,
259:24, 259:25,
260:13, 260:16,
261:21, 262:1,
262:2, 262:17,
262:20, 263:7,
263:17, 264:19,
265:19, 265:24,
266:12, 266:13,
267:1, 267:14,
267:15, 268:18,
268:19, 268:24,
269:4, 269:7,
269:13, 269:19,
269:22, 269:23,
269:24, 270:4,
270:15, 271:8,
271:10, 271:23,
272:1, 272:2, 272:6,
272:7, 272:11,
272:12, 272:14,
272:24, 273:8,
273:13, 273:14,
273:16, 273:23,
274:4, 274:8,
274:11, 274:15,
275:15, 275:19,
276:9, 276:10,
276:13, 276:23,
277:22, 280:24,
281:9, 282:2,
282:22, 283:11,
283:23, 284:18,
285:16, 285:22,
286:1, 286:15,
287:9, 287:12,
287:22, 288:2,
290:25

YET [8] - 48:19,
112:20, 118:16,
144:15, 192:13,
208:20, 225:10,
286:2

YORK [10] - 1:15,
204:15, 204:19,
204:21, 204:23,
205:1, 205:6, 205:9,
205:10

YORKERS [1] -
205:11

YOU [1187] - 3:6, 3:8,
3:10, 4:10, 6:14,
6:19, 8:16, 9:17,
9:19, 10:3, 10:20,
10:21, 10:22, 10:25,
11:6, 11:9, 11:15,

11:18, 11:21, 11:24,
12:2, 12:5, 13:24,
14:3, 15:14, 15:17,
16:3, 16:8, 16:14,
16:17, 16:22, 16:24,
17:1, 17:8, 17:21,
17:25, 19:4, 19:13,
20:13, 20:17, 21:5,
21:8, 21:15, 21:16,
21:17, 21:19, 21:21,
21:22, 22:16, 22:20,
23:15, 23:24, 24:6,
24:12, 25:8, 25:12,
25:17, 25:21, 25:25,
26:16, 27:4, 27:8,
27:10, 27:14, 27:25,
28:4, 28:21, 28:25,
29:22, 30:2, 30:6,
30:20, 30:22, 30:25,
31:7, 31:10, 31:16,
31:18, 31:22, 31:25,
32:4, 32:18, 32:21,
33:4, 33:17, 33:24,
34:7, 35:1, 35:2,
36:23, 37:22, 38:3,
38:13, 40:7, 40:19,
40:20, 41:3, 41:5,
41:24, 42:3, 42:6,
42:8, 42:10, 42:13,
42:15, 42:17, 42:19,
42:24, 43:1, 43:3,
43:8, 43:12, 43:14,
43:19, 43:23, 44:16,
44:17, 44:25, 45:5,
45:21, 46:1, 46:3,
46:8, 46:14, 46:15,
46:25, 47:2, 47:12,
47:15, 47:17, 47:21,
47:25, 48:5, 52:7,
52:17, 52:25, 53:4,
53:8, 54:5, 54:8,
54:12, 54:18, 54:25,
55:1, 55:9, 55:15,
55:17, 56:5, 56:9,
56:13, 57:10, 57:20,
58:4, 58:6, 58:17,
58:22, 58:24, 59:7,
59:11, 59:19, 59:21,
59:24, 60:6, 60:7,
60:11, 60:17, 60:20,
60:22, 60:23, 60:25,
61:5, 61:13, 61:14,
61:15, 62:5, 62:22,
63:17, 63:24, 64:8,
64:12, 65:3, 65:7,
65:9, 65:16, 65:21,
66:1, 66:3, 66:11,
67:17, 67:20, 67:23,
68:1, 68:6, 68:7,
68:13, 68:18, 69:5,
69:9, 69:20, 69:23,

69:24, 70:4, 70:16,
71:5, 71:10, 72:5,
73:7, 73:14, 74:2,
74:3, 74:11, 74:24,
75:11, 75:13, 75:21,
75:23, 75:25, 76:1,
76:6, 76:9, 76:10,
76:16, 76:21, 77:2,
77:5, 77:8, 77:13,
77:23, 78:8, 78:13,
78:15, 78:21, 78:22,
78:24, 79:1, 79:2,
79:10, 79:13, 79:15,
80:10, 80:14, 80:18,
81:1, 81:2, 81:5,
81:12, 81:13, 81:14,
81:15, 81:16, 81:17,
81:19, 81:21, 82:7,
82:9, 83:11, 83:17,
83:20, 83:25, 84:21,
85:8, 85:21, 86:8,
86:20, 86:25, 87:1,
87:3, 87:4, 87:19,
87:23, 87:24, 88:2,
88:4, 88:7, 88:21,
88:23, 89:5, 89:7,
89:21, 90:17, 90:20,
91:2, 91:5, 91:6,
91:11, 91:19, 91:21,
92:3, 93:4, 93:5,
93:11, 93:23, 94:7,
94:11, 94:20, 95:3,
95:16, 95:18, 96:6,
97:7, 97:8, 97:13,
97:15, 97:16, 97:20,
99:5, 99:14, 99:18,
99:23, 99:24, 99:25,
100:11, 100:15,
100:21, 101:14,
102:12, 103:4,
104:12, 104:21,
105:15, 105:16,
105:23, 105:24,
106:8, 106:16,
106:21, 107:8,
107:24, 108:2,
108:4, 108:21,
108:22, 109:12,
109:13, 109:17,
110:1, 110:2, 110:9,
110:13, 110:18,
110:20, 110:25,
111:7, 111:12,
111:15, 111:19,
112:4, 112:5, 112:7,
112:9, 113:6,
113:10, 113:17,
114:2, 114:10,
114:11, 114:17,
114:20, 115:11,
115:15, 115:18,

115:25, 116:6,
116:16, 116:22,
116:25, 117:20,
117:23, 118:8,
118:12, 119:23,
120:12, 120:13,
120:15, 121:4,
121:13, 121:15,
121:19, 122:7,
123:1, 123:4, 123:6,
123:17, 123:24,
124:3, 124:7,
124:11, 124:12,
125:8, 125:22,
127:1, 127:3,
127:12, 127:13,
127:23, 127:24,
128:3, 128:14,
128:22, 129:2,
129:4, 130:5, 130:6,
130:10, 130:12,
130:13, 130:19,
130:24, 130:25,
131:7, 131:8, 131:9,
131:11, 131:13,
131:22, 132:3,
132:9, 132:10,
132:15, 132:17,
133:1, 133:3, 133:6,
133:7, 133:13,
134:12, 134:24,
135:2, 135:4, 135:5,
135:7, 135:9,
135:10, 135:11,
135:18, 136:3,
136:7, 136:12,
136:13, 136:15,
136:22, 137:9,
137:19, 137:24,
138:5, 138:11,
138:14, 138:19,
139:11, 139:14,
139:18, 139:21,
140:6, 140:21,
140:24, 141:3,
141:16, 142:6,
142:12, 142:20,
143:4, 143:19,
143:24, 143:25,
144:3, 144:5, 144:6,
144:9, 144:11,
144:13, 144:14,
145:2, 145:3, 145:9,
145:22, 146:7,
146:15, 146:19,
146:22, 146:24,
148:3, 148:10,
148:15, 148:17,
148:22, 149:2,
149:6, 149:10,
149:14, 149:18,

149:19, 150:16,
151:6, 151:18,
151:25, 152:13,
153:13, 153:14,
153:20, 153:22,
154:1, 154:4,
154:18, 155:4,
155:5, 155:7, 155:9,
155:12, 155:13,
155:16, 156:5,
156:6, 156:8,
156:11, 156:13,
157:6, 157:14,
157:21, 157:25,
158:1, 158:7,
158:16, 158:17,
158:19, 158:22,
158:23, 159:7,
159:9, 159:10,
159:21, 159:23,
159:25, 160:1,
160:14, 160:16,
160:19, 160:20,
160:21, 161:1,
161:5, 161:7,
161:13, 161:20,
161:22, 161:23,
162:2, 162:3, 162:4,
162:13, 162:14,
162:22, 163:10,
163:11, 163:14,
163:15, 163:20,
163:21, 164:22,
164:25, 165:8,
165:11, 165:14,
165:17, 165:20,
165:23, 166:2,
166:12, 166:23,
167:16, 168:7,
168:10, 168:12,
168:13, 168:17,
168:23, 168:25,
169:6, 169:8,
169:14, 169:17,
169:22, 170:4,
170:12, 170:17,
170:18, 170:21,
170:23, 170:25,
171:7, 171:8,
171:11, 171:13,
171:16, 171:21,
171:25, 172:3,
172:8, 172:12,
172:14, 172:17,
172:20, 173:9,
173:15, 173:16,
173:20, 173:24,
174:4, 174:11,
174:14, 174:21,
174:23, 174:24,
175:1, 175:6,

175:10, 175:12,
175:19, 176:2,
176:5, 176:11,
176:12, 177:1,
177:3, 177:7, 177:9,
177:20, 177:22,
178:1, 178:2, 178:4,
178:14, 178:23,
179:3, 179:6,
179:10, 179:11,
179:12, 179:16,
179:21, 179:24,
180:2, 180:4,
180:10, 180:13,
180:17, 180:25,
181:3, 181:4, 181:7,
181:14, 181:18,
181:21, 181:23,
182:7, 182:8,
182:11, 183:13,
183:14, 184:4,
184:8, 184:11,
184:17, 184:19,
185:4, 185:6, 185:9,
185:12, 185:15,
186:3, 186:5, 186:9,
186:20, 186:23,
186:25, 187:3,
187:8, 187:9, 188:2,
188:8, 188:12,
189:13, 189:19,
189:21, 189:23,
190:1, 190:4, 190:7,
190:10, 190:13,
190:16, 190:20,
191:1, 191:11,
191:15, 191:21,
191:22, 192:6,
192:7, 192:13,
192:17, 192:19,
192:22, 193:2,
193:5, 193:6, 193:9,
193:12, 193:17,
193:19, 193:20,
193:21, 193:25,
194:1, 194:16,
194:17, 194:19,
194:22, 195:2,
195:3, 195:4, 195:7,
195:8, 195:15,
195:17, 195:18,
195:19, 195:20,
195:22, 195:24,
196:1, 196:3, 196:5,
196:6, 196:18,
196:20, 197:5,
197:8, 197:9,
197:16, 197:20,
198:5, 198:8,
198:15, 198:18,
198:20, 199:2,

199:7, 199:10,
199:13, 199:14,
199:19, 199:24,
200:6, 200:7,
200:10, 200:12,
200:13, 200:15,
200:16, 200:20,
200:23, 201:2,
201:6, 202:13,
202:15, 203:4,
204:5, 204:6, 204:8,
204:15, 204:17,
205:1, 205:4, 205:7,
205:14, 206:1,
206:2, 206:3,
206:11, 206:12,
206:15, 206:20,
206:21, 206:25,
207:8, 207:17,
207:18, 207:22,
208:4, 208:8,
208:15, 208:17,
208:20, 208:22,
208:23, 209:7,
209:8, 209:9,
209:12, 209:13,
209:14, 209:15,
209:19, 209:21,
209:22, 210:3,
211:1, 211:19,
212:3, 212:10,
212:17, 212:20,
212:23, 212:25,
213:3, 213:10,
213:20, 214:4,
214:11, 214:14,
214:16, 214:17,
214:21, 214:24,
215:3, 215:4,
215:17, 215:23,
216:9, 216:19,
216:23, 217:8,
217:19, 217:22,
218:21, 219:1,
219:5, 219:7, 219:8,
219:13, 219:21,
219:24, 220:3,
220:4, 220:7,
220:18, 221:3,
221:8, 222:13,
222:19, 222:22,
223:9, 224:15,
224:17, 224:21,
225:5, 225:7,
225:20, 225:21,
225:24, 226:2,
226:3, 226:17,
227:9, 227:21,
227:23, 228:1,
228:4, 228:14,
228:18, 228:25,

229:1, 229:6,
229:10, 229:13,
229:15, 230:12,
230:13, 230:17,
231:3, 231:6,
231:14, 231:19,
232:22, 233:2,
233:12, 233:16,
234:1, 234:11,
236:1, 236:7,
236:15, 236:22,
237:21, 238:12,
238:22, 239:6,
239:13, 239:16,
239:20, 240:1,
240:2, 240:15,
240:21, 240:24,
241:20, 241:24,
242:4, 242:13,
242:16, 242:20,
243:20, 244:3,
245:10, 245:11,
245:14, 245:17,
246:6, 246:7,
246:21, 247:2,
247:9, 247:11,
247:20, 247:25,
248:3, 248:20,
248:21, 248:23,
248:25, 249:1,
249:3, 249:7,
249:10, 249:11,
249:16, 249:17,
249:18, 249:20,
250:12, 250:15,
250:18, 251:7,
251:8, 251:14,
252:13, 252:14,
252:25, 253:2,
253:4, 254:8,
254:21, 254:22,
255:3, 255:5,
255:10, 255:13,
255:16, 256:12,
256:15, 256:18,
257:1, 257:14,
257:18, 258:9,
258:10, 258:16,
258:24, 259:6,
259:9, 259:14,
259:21, 259:22,
260:1, 260:5,
260:14, 260:16,
260:19, 260:24,
261:23, 262:12,
262:14, 262:18,
263:3, 263:5,
263:20, 263:21,
264:1, 264:3, 264:6,
264:10, 264:22,
265:2, 265:9,

265:11, 265:15,
265:21, 265:24,
266:2, 266:8,
266:11, 266:14,
267:22, 268:1,
268:8, 268:9,
268:13, 268:23,
269:1, 269:8,
270:20, 270:23,
271:7, 271:9,
271:18, 271:21,
271:23, 272:3,
272:5, 272:8,
272:13, 272:16,
272:19, 272:22,
273:1, 273:6, 273:7,
273:9, 273:10,
273:11, 273:12,
273:17, 273:19,
273:25, 274:3,
274:7, 274:16,
274:17, 274:23,
275:20, 275:25,
276:11, 276:15,
276:23, 277:3,
277:4, 277:9,
277:15, 277:16,
277:17, 278:3,
278:4, 278:6, 278:8,
278:9, 278:10,
278:14, 278:24,
279:5, 279:7,
279:18, 280:9,
280:11, 280:12,
280:19, 280:20,
280:21, 280:25,
281:4, 281:5,
281:23, 282:1,
282:4, 282:6, 282:9,
282:14, 282:21,
282:24, 283:9,
283:20, 283:22,
284:2, 284:7, 284:9,
284:13, 284:19,
285:3, 286:7, 286:9,
288:17, 288:24,
289:6, 289:7, 289:8,
289:9, 289:12,
289:13, 289:14,
290:4, 290:11,
290:16, 290:22,
291:7
YOU'LL [1] - 137:13
YOU'RE [15] - 9:20,
49:20, 81:14,
114:11, 119:7,
130:1, 137:11,
157:15, 179:14,
185:19, 195:16,
212:13, 220:17,
238:18, 249:9

YOU'VE [3] - 74:20,
92:18, 150:16
YOU-ALL [2] - 247:20,
249:11
YOUR [282] - 3:4, 3:7,
3:12, 3:24, 4:17,
4:22, 5:8, 6:17, 6:20,
8:5, 8:14, 9:1, 9:10,
9:17, 10:7, 10:10,
10:15, 11:3, 12:10,
13:18, 16:12, 17:20,
18:4, 18:7, 18:10,
18:23, 20:6, 20:13,
22:3, 24:1, 24:13,
26:24, 27:12, 27:23,
27:25, 28:8, 28:13,
28:16, 29:2, 30:2,
30:7, 30:11, 30:13,
32:13, 33:18, 34:23,
37:8, 37:11, 37:24,
38:3, 38:9, 39:6,
40:10, 41:11, 42:10,
42:13, 42:16, 42:18,
43:4, 43:16, 43:19,
43:23, 46:18, 48:3,
48:13, 48:23, 49:3,
49:5, 49:21, 50:7,
50:11, 51:18, 51:22,
52:13, 52:16, 53:25,
54:25, 55:10, 60:19,
68:24, 71:9, 73:2,
73:7, 73:16, 77:7,
83:25, 84:6, 85:7,
87:11, 98:17, 98:20,
102:11, 103:25,
109:19, 110:3,
110:21, 112:3,
112:19, 112:24,
123:24, 126:13,
126:15, 128:11,
130:19, 131:15,
132:18, 133:12,
134:24, 135:3,
136:12, 136:15,
138:4, 139:17,
139:24, 143:21,
144:6, 144:7,
144:12, 144:20,
144:25, 145:12,
145:18, 146:2,
146:7, 146:9,
146:10, 147:1,
147:7, 147:13,
147:23, 148:3,
150:17, 150:20,
151:19, 151:22,
152:9, 152:12,
155:5, 155:9,
155:12, 156:5,
156:9, 158:4,
158:24, 159:11,

159:15, 159:23,
160:11, 160:13,
160:16, 161:24,
162:4, 162:5,
162:16, 163:1,
163:5, 163:7,
163:11, 163:13,
163:23, 164:13,
165:2, 167:7, 169:5,
170:12, 170:18,
173:11, 173:20,
174:4, 176:7,
176:11, 176:13,
176:17, 176:19,
176:20, 177:3,
177:8, 177:21,
177:22, 180:4,
180:19, 180:21,
180:25, 181:7,
181:8, 182:8,
183:11, 184:20,
188:2, 190:2,
190:16, 190:22,
191:8, 192:5,
192:16, 193:16,
194:7, 195:6,
195:10, 197:10,
197:13, 197:15,
198:5, 198:10,
199:8, 199:15,
202:23, 203:11,
203:17, 203:21,
204:3, 204:18,
204:20, 204:21,
206:3, 206:5,
206:21, 206:25,
207:1, 207:2, 207:3,
207:6, 207:8,
207:11, 207:18,
209:24, 211:6,
213:24, 214:7,
220:8, 224:14,
224:25, 226:7,
229:15, 230:14,
230:19, 244:10,
245:22, 246:4,
246:9, 246:25,
248:13, 249:20,
252:7, 252:22,
253:2, 253:7,
253:17, 254:9,
254:25, 258:14,
260:16, 260:18,
260:20, 260:21,
263:15, 265:10,
265:22, 266:14,
266:15, 278:11,
278:15, 278:24,
280:12, 281:4,
281:6, 283:12,
285:25, 286:1,

286:25, 288:6,
290:7, 290:20,
290:22, 290:23
YOURS [1] - 209:23
YOURSELF [3] -
195:5, 195:19,
258:11