1

```
1            IN THE UNITED STATES DISTRICT COURT

2       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

3

     JILL STEIN, ET AL          :    CIVIL CASE NUMBER
4                 PLAINTIFFS     :
                                 :
5       VERSUS                   :    16-6287
                                 :
6    PEDRO A. CORTES, ET AL,     :
                  DEFENDANTS     :

7    _____

8                      FEBRUARY 21, 2020
                       COURTROOM 14A
9                      PHILADELPHIA, PA 19106

10
     _____
           BEFORE THE HONORABLE PAUL S. DIAMOND, J.
11   _____

12                  EVIDENTIARY HEARING - DAY 3

13   APPEARANCES:

14   DOUGLAS E. LIEB, ESQUIRE
     EMERY CELLI BRINCKERHOFF & ABADY LLP
15   600 FIFTH AVE, 10TH FLOOR NEW YORK, NY 10020
     COUNSEL FOR THE PLAINTIFFS

16

17             LYNN GLIGOR, RMR
            OFFICIAL COURT REPORTER
18         ROOM 2609 U. S. COURTHOUSE
              601 MARKET STREET
19         PHILADELPHIA, PA 19106
              (856)649-4774

20

21   PROCEEDINGS RECORDED BY STENOTYPE-COMPUTER,
     TRANSCRIPT PRODUCED BY COMPUTER-AIDED TRANSCRIPTION
22

23

24

25
```

ORIGINAL



```
 1      CONTINUED APPEARANCES:

 2      JOHN G. PAPIANOU, ESQUIRE
        MONTGOMERY MCCRACKEN WALKER RHOADS LLP
 3      1735 MARKET STREET
        PHILADELPHIA, PA 19103
 4
        COUNSEL FOR THE PLAINTIFFS
 5


 6      ROBERT WIYGUL, ESQUIRE
        CHRISTINA MATTHIAS, ESQUIRE
 7      HANGLEY ARONCHICK SEGAL & PUDLIN
        ONE LOGAN SQUARE, 27TH FLOOR
 8      18TH & CHERRY STREETS
        PHILADELPHIA, PA 19103-6933
 9
        COUNSEL FOR THE DEFENDANTS
10


11      BENJAMIN H. FIELD, ESQUIRE
        DANIELLE E. WALSH, ESQUIRE
12      MICHAEL WU-KUNG PFAUTZ, ESQUIRE
        CITY OF PHILADELPHIA LAW DEPARTMENT
13      1515 ARCH STREET, 15TH FLOOR
        PHILADELPHIA, PA 19102
14
        COUNSEL FOR THE CITY OF PHILADELPHIA
15

16

17

18

19

20

21

22

23

24

25
```

1                    (CLERK OPENS COURT.)

2                    THE COURT:  GOOD MORNING, EVERYBODY,

3       PLEASE BE SEATED.

4                    ALL COUNSEL:  GOOD MORNING, YOUR HONOR.

5                    THE COURT:  SHALL WE CONTINUE WITH THE

6       COMMISSIONER?  I SEE SHE IS HERE.

7                    MS. WALSH:  YES.

8                    THE COURT:  OKAY.

9                    THE WITNESS:  GOOD MORNING.

10                   THE COURT:  WELCOME BACK, COMMISSIONER.

11      YOU ARE STILL UNDER OATH.

12                   MS. WALSH.

13                   MS. WALSH:  MAY I PROCEED, YOUR HONOR?

14                   THE COURT:  YES.

15                   DO YOU HAVE ANY ADDITIONAL QUESTIONS YOU

16      WANTED TO ASK HER BEFORE I TURN HER OVER TO MS. WALSH?

17                   MR. LIEB:  NO, JUDGE, I THINK MY DIRECT

18      IS COMPLETED.

19                   THE COURT:  OKAY.

20                   MS. WALSH.

21                   MS. WALSH:  THANK YOU.

22                   CROSS-EXAMINATION

23      BY MS. WALSH:

24      Q.      AND GOOD MORNING, COMMISSIONER.

25      A.      GOOD MORNING.

1    Q.        COMMISSIONER, CAN YOU EXPLAIN TO THE COURT A

2    LITTLE BIT ABOUT HOW CONTRACTS FOR SUPPLIES AND

3    EQUIPMENT ARE GENERALLY AWARDED IN THE CITY OF

4    PHILADELPHIA?

5    A.        SO THERE ARE -- THERE IS AN INFORMAL PROCESS FOR

6    PURCHASES THAT ARE UNDER 34,000, A SMALL ORDER PURCHASE.

7    AND THEN ANYTHING OVER 34,000 IS TYPICALLY DONE EITHER

8    THROUGH A SEALED BID, WHICH IS A COMPETITIVE PROCESS, OR

9    THE BEST VALUE METHOD, WHICH IS A NONCOMPETITIVE

10   PROCESS.

11   Q.        NOW COMMISSIONER, HYPOTHETICALLY, IF THE CITY OF

12   PHILADELPHIA WERE TO PROCURE A NEW VOTING SYSTEM, WHAT

13   WOULD THE PROCUREMENT DEPARTMENT RECOMMEND FOR THE

14   METHOD OF PROCURING THAT SYSTEM?

15   A.        WE WOULD RECOMMEND THE BEST VALUE METHOD.

16   Q.        CAN YOU TELL US A LITTLE BIT ABOUT WHAT THE BEST

17   VALUE METHOD OF PROCUREMENT IS?

18   A.        BEST VALUE IS BASICALLY A PHASED APPROACH, FIRST

19   PHASE BEING FIGURING OUT WHAT THE MARKET HAS TO OFFER.

20   SECOND PHASE BEING EVALUATING -- REVIEWING AND

21   EVALUATING THE PROPOSALS THAT COME IN.  AND THIRD PHASE

22   PRETTY MUCH BEING THE CONTRACT NEGOTIATION.

23   Q.        AND COMMISSIONER, HOW IS THAT DIFFERENT THAN THE

24   SEALED COMPETITIVE PROCESS THAT YOU JUST EXPLAINED TO

25   THE JUDGE?

1    A.       A SEALED COMPETITIVE PROCESS IS AWARDED TO THE

2    LOWEST BIDDER.  BEST VALUE ALLOWS THE CITY TO AWARD AND

3    REVIEW PROPOSALS BASED ON MORE TECHNICAL REQUIREMENTS OR

4    QUALITATIVE COMPONENTS, AND THEN PRICING IS SCORED

5    SEPARATELY.  SO BEST VALUE ALLOWS US TO AWARD NOT SOLELY

6    BASED ON PRICE.

7    Q.       COMMISSIONER, WHY WOULD YOU RECOMMEND THE BEST

8    VALUE PROCUREMENT FOR VOTING SYSTEMS?

9    A.       THE VOTING SYSTEM IS A COMPLEX PURCHASE.  IT IS

10   A MULTIFACETED PURCHASE.  THE IMPACT THAT IT HAS TO THE

11   CITY IS GREATER THAN A TYPICAL SEALED BID FOR TIRES OR

12   TRASH TRUCKS.  WE WOULD LOOK FOR SOMETHING THAT WOULD

13   ALLOW US AGAIN TO REVIEW TECHNICAL REQUIREMENTS.  WE

14   WOULD BE ABLE TO EVALUATE BASED ON A WEIGHTED SCORE FOR

15   SPECIFIC TECHNICAL REQUIREMENTS THAT ARE LAID OUT IN THE

16   RFP AS OPPOSED TO A SEALED BID, AGAIN, WHERE WE ARE JUST

17   LOOKING FOR THE LOWEST PRICE, WHICH DOESN'T ALWAYS --

18   MAYBE DOESN'T ALWAYS YIELD US THE BEST OPTION.  THE BEST

19   VALUE ALLOWS US TO LOOK FOR THE BEST OPTION AS TO FIT

20   THE CITY'S NEEDS.

21   Q.       NOW, COMMISSIONER, YOU EXPLAINED THAT THERE ARE

22   MULTI-PHASES OF THE BEST VALUE PROCUREMENT PROCESS.  I

23   WANT TO TURN YOUR ATTENTION TO WHAT YOU IDENTIFIED AS

24   PHASE ONE.  CAN YOU TELL THE COURT WHAT GOES INTO

25   DETERMINING WHAT OPTIONS ARE AVAILABLE AND WHAT IS OUT

1    THERE ON THE MARKET?

2    A.      INITIALLY, WE COULD ISSUE AN RFI.  THE RFI IS A

3    REQUEST FOR INFORMATION.  IT ALLOWS PROPOSERS TO SUBMIT

4    PROPOSALS TO THE CITY, JUST BASIC PROPOSALS INDICATING

5    WHAT THEIR, IN THIS CASE, VOTING MACHINES ENTAIL.  AND

6    IT ALLOWS US TO FIGURE OUT WHICH -- AFTER REVIEWING THE

7    PROPOSALS, HOW WE COULD CRAFT AN RFP THAT IS DRIVEN TO

8    MEET THE CITY'S NEEDS.

9    Q.      AND IN THE EVENT THAT YOU WERE TO PROCURE A NEW

10   VOTING SYSTEM, HOW LONG WOULD YOU APPROXIMATE THE

11   DRAFTING AN RFI WOULD BE?

12   A.      DRAFTING AN RFI MAY TAKE 30 DAYS.

13   Q.      AND ONCE THAT RFI IS DRAFTED, WHAT HAPPENS AT

14   THAT POINT?

15   A.      AGAIN, THE RFI IS EVALUATED, THE INFORMATION IS

16   REVIEWED AND IT HELPS TO CRAFT THE RFP.

17   Q.      AND WHAT DO YOU DO WITH THE RFI?

18   A.      ONCE THE RFI COMES IN?

19   Q.      YES.

20   A.      IT IS REVIEWED BY A NUMBER OF -- IT COULD BE

21   REVIEWED BY A NUMBER OF DEPARTMENTS.  IN THIS CASE, IT

22   WOULD CERTAINLY BE REVIEWED BY OUR OFFICE OF INNOVATION

23   AND TECHNOLOGY AS WELL AS THE CITY COMMISSIONER'S

24   OFFICE.  THERE COULD BE A REVIEW BY A NUMBER OF OTHER

25   OFFICES THAT HAVE AN INTEREST.

1    Q.        AND AT SOME POINT DOES THAT RFI GET POSTED

2    ANYWHERE?

3    A.        THE RFP IS POSTED.  THE RFI IS POSTED ONCE IT'S

4    DRAFTED PUBLICLY TO SOLICIT THE PROPOSALS, AND THEN IT

5    IS REVIEWED.  IT DRIVES THE RFP PROCESS.  THE RFP

6    DRAFTING, EXCUSE ME.  AND THEN THE RFP IS POSTED FOR 30

7    DAYS, ROUGHLY.

8    Q.        AND WHAT HAPPENS AFTER THE RFP IS POSTED FOR THE

9    30 DAYS?

10   A.        ONCE THE RFP IS POSTED, THE BID, IF YOU WILL, IS

11   CLOSED, AND THE PROPOSALS COME IN.  THEY ARE DISTRIBUTED

12   TO A SELECTION COMMITTEE WHO HAS SIGNED OFF ON

13   CONFIDENTIALITY AND CONFLICT OF INTEREST FORMS.  AND THE

14   REVIEW PROCESS FOR THAT SELECTION COMMITTEE BEGINS.

15   Q.        NOW, COMMISSIONER, YOU TESTIFIED THAT THE RFP IS

16   POSTED FOR APPROXIMATELY 30 DAYS.  HOW LONG IS THE RFI

17   POSTED BEFORE THE RFP GETS POSTED?

18   A.        AN RFI CAN ALSO BE POSTED FOR 30 DAYS.

19   Q.        AND HOW LONG DOES IT TYPICALLY TAKE TO DRAFT THE

20   RFP FROM THE INFORMATION YOU SOLICIT FROM THE RFI?

21   A.        IT VARIES.  FOR SOMETHING LIKE THIS IT COULD

22   TAKE TWO MONTHS.  THERE ARE LEVELS OF APPROVAL.  AGAIN,

23   ONCE THE -- BEFORE -- EXCUSE ME -- PRIOR TO THE RFP

24   BEING POSTED, ONCE IT'S DRAFTED.  THERE ARE SEVERAL

25   OFFICES THAT WOULD NEED TO REVIEW IT AND APPROVE.

1     Q.       SO COMMISSIONER, THIS ENTIRE -- OR THIS PHASE

2   ONE, WHERE YOU ARE TALKING ABOUT THE RFI AND RFP

3   PROCESS. APPROXIMATELY HOW LONG WOULD YOU ESTIMATE IT

4   WOULD TAKE TO PROCURE NEW VOTING -- OR FOR THAT PHASE OF

5   PROCURING A NEW VOTING SYSTEM?

6     A.       THE RFI AND RFP, JUST THE DRAFTING PROCESS?

7     Q.       THE WHOLE DRAFTING POSTING.

8     A.       AND POSTING PROCESS COULD TAKE I WOULD SAY

9   ANYWHERE FROM THREE TO POSSIBLY FIVE MONTHS.

10     Q.       NOW, COMMISSIONER, I WANT TO TURN YOUR ATTENTION

11   TO WHAT YOU IDENTIFIED AS PHASE TWO OF THE BEST VALUE

12   PROCUREMENT PROCESS WHERE THE CITY NEEDS TO SELECT WHICH

13   OPTION THEY ARE GOING WITH. CAN YOU TELL THE COURT A

14   LITTLE BIT ABOUT WHAT STEPS GO INTO THAT SELECTION

15   PROCESS?

16     A.       SO THERE'S A SELECTION COMMITTEE THAT IS AN ODD

17   NUMBER OF MEMBERS. MULTIPLE OFFICES, AGAIN, ARE

18   INVOLVED, THOSE OFFICES THAT HAVE AN INTEREST, INCLUDING

19   OUR OFFICE OF ECONOMIC OPPORTUNITY. THE PROCUREMENT

20   DEPARTMENT CAN HAVE A REPRESENTATIVE THAT IS TYPICALLY A

21   NONVOTING MEMBER. WE ALSO COULD HAVE, AGAIN, THE OFFICE

22   OF INNOVATION AND TECHNOLOGY, OIT, CITY COMMISSIONERS,

23   AND THERE COULD BE A FEW OTHER OFFICES THAT MAY BE --

24   ELECT TO HAVE SOMEONE ON THE SELECTION COMMITTEE.

25              THE RFPS ARE -- THE PROPOSALS, EXCUSE ME,

1    ARE DISSEMINATED TO THAT GROUP.  THEY REVIEW THEM

2    INDEPENDENTLY, THEY SCORE INDEPENDENTLY, AND THEN THEY

3    WILL COME TOGETHER TO MEET AND DISCUSS WHAT THEY HAVE

4    REVIEWED AND SCORED.

5                 BASED ON THAT DISCUSSION, THEY CAN

6    DETERMINE IF THEY -- SAY IF WE RECEIVED SIX PROPOSALS.

7    AND IF THEY DETERMINE OF THAT SIX THEY WOULD LIKE TO

8    NARROW DOWN IT TO POSSIBLY THREE FOR WHATEVER REASON,

9    THROUGH, YOU KNOW, THE SCORING PROCESS OR THROUGH THEIR

10   DISCUSSION THEY'D LIKE TO BRING THREE POTENTIAL

11   CANDIDATES IN FOR A DEMONSTRATION.

12                 ONCE THEY HAVE THE -- YOU KNOW, THEY

13   ARRANGE FOR THE DEMONSTRATION.  THEN THEY -- OF COURSE,

14   THE CANDIDATES COME IN, IT'S SCORED AGAIN.  ALL OF THE

15   SELECTION COMMITTEE MEMBERS HAVE AN OPPORTUNITY TO THEN

16   SCORE AGAIN INDEPENDENTLY.  THEN THEY CAN MEET AGAIN AND

17   HAVE A CONVERSATION.  AND THAT CAN GO ON, IN TERMS OF

18   THEM MEETING AND DISCUSSING, UNTIL THE MEMBERS ARE

19   COMFORTABLE WITH WHAT THEY HAVE REVIEWED AND SCORED.

20   Q.      NOW, COMMISSIONER, JUST FOR CLARIFICATION, IS

21   THIS ALL STILL -- ARE WE TALKING ABOUT TECHNICAL SCORING

22   OR ARE WE TALKING ABOUT PRICE SCORING?

23   A.      YES, THIS IS TECHNICAL.  SO THE PRICING IS

24   SCORED SEPARATELY.  TECHNICAL IS SCORED FIRST.  ONCE THE

25   TECHNICAL SCORES ARE FIRMED UP, THEN THE COST PROPOSALS

1    OF PRICING IS INTRODUCED.

2    Q.    AND WHAT HAPPENS WITH THE SELECTION COMMITTEE

3    AFTER THE COST PROPOSALS ARE INTRODUCED?

4    A.    ONCE THE COST PROPOSAL IS INTRODUCED, WE CAN

5    APPROACH TOP CANDIDATES FOR BEST AND FINAL OFFER.  AND

6    THAT IS A SERIES OF CONVERSATIONS THAT CAN TAKE PLACE

7    BETWEEN THE -- OFTENTIMES IT'S THE CHAIRPERSON OF THE

8    SELECTION COMMITTEE ALONG WITH A MEMBER OF THE

9    PROCUREMENT DEPARTMENT SUPPORTING AND MAKING SURE AGAIN

10   THAT THE PROCESS IS COMPLIANT.

11   Q.    AND ONCE THE SELECTION COMMITTEE HAS REVIEWED

12   ALL OF THESE COST PROPOSALS, WHAT HAPPENS AT THAT POINT?

13   A.    THE PROPOSALS ARE SCORED, THE COST PROPOSAL --

14   THE BEST AND FINAL OFFER IS SCORED.  THEN THE TALLYING

15   HAPPENS IN THE PROCUREMENT DEPARTMENT FOR THE TECHNICAL

16   COMPONENT AS WELL AS THE PRICING COMPONENT.  AND THE --

17   IT YIELDS, YOU KNOW, A CANDIDATE WITH THE HIGHEST SCORE

18   AND THEN A SECONDARY CANDIDATE AS WELL.

19   Q.    AND WHAT DOES THE PROCUREMENT DEPARTMENT DO WITH

20   THAT INFORMATION?

21   A.    THE INFORMATION, WE ESTABLISH A NOTICE OF INTENT

22   TO AWARD.  THAT NOTICE OF INTENT TO AWARD IS POSTED

23   PUBLICLY, AND IT LISTS THE SCORES OF THE TOP TWO, MAYBE

24   THREE, DEPENDING ON THE CIRCUMSTANCES AND WHAT THE

25   PROCUREMENT IS.  SCORES OF THE CANDIDATES AS POSTED FOR

1      EIGHT DAYS.

2      Q.      AND WHY IS THAT INFORMATION POSTED, THAT NOTICE

3      OF INTENT TO AWARD?

4      A.      SO THAT THE PUBLIC IS AWARE OF OUR INTENT TO

5      AWARD THE CONTRACT TO THE TOP CANDIDATE.  AND IT'S ALSO

6      POSTED SPECIFICALLY FOR THE EIGHT DAYS TO ALLOW FOR ANY

7      KIND OF APPEAL, ANY KIND OF PROTEST, ANY TYPE OF, YOU

8      KNOW, ADDITIONAL INFORMATION THAT THE PUBLIC OR SOME --

9      YOU KNOW, SOMEONE MAY WANT REGARDING HOW WE ARRIVED AT

10     THE SCORES.

11     Q.      AND IF THERE WERE TO BE ANY TYPE OF PROTEST OR

12     APPEAL THAT WOULD COME IN DURING THE EIGHT DAYS, WHAT IS

13     THE DUTY OF THE CITY AND THE PROCUREMENT DEPARTMENT ONCE

14     THEY RECEIVE THAT INFORMATION?

15     A.      SO WE NEED TO REVIEW AND ADDRESS THE CONCERNS

16     TYPICALLY PRIOR TO MOVING FORWARD WITH THE AWARD.

17     Q.      NOW, IN YOUR TIME AT THE PROCUREMENT DEPARTMENT,

18     ARE THERE INSTANCES IN WHICH IT IS MORE FREQUENT OR MORE

19     LIKELY THAT YOU WOULD RECEIVE SOME TIME OF PROTEST OR

20     APPEAL?

21     A.       FOR THE INTENT TO AWARD?  WE HAVE.  WE HAVE HAD

22     THAT EXPERIENCE, YES.

23     Q.      DOES THAT HAPPEN MORE OR LESS FREQUENTLY WITH

24     LARGE COMPLEX PROCUREMENTS?

25     A.       LESS FREQUENTLY.

1    Q.      NOW, COMMISSIONER, YOU MENTIONED THAT THIS WHOLE

2    PROCESS OF THE SELECTION COMMITTEE, THE SCORING AND THE

3    POSTING OF THE INTENT TO AWARD, FOR SOMETHING --

4    HYPOTHETICALLY, IF THE CITY WERE TO DO THAT FOR A NEW

5    VOTING SYSTEM, HOW LONG WOULD YOU ESTIMATE THAT THAT

6    ENTIRE PROCESS WOULD TAKE, APPROXIMATELY?

7    A.      FROM THE DRAFTING OF THE RFI THROUGH TO THE

8    AWARD PROCESS?

9    Q.      FROM THE TIME THE SELECTION COMMITTEE GETS THE

10   PROPOSALS ALL THE WAY TO WHEN THE NOTICE OF INTENT TO

11   AWARD IS POSTED?

12   A.      IT TRULY DEPENDS ON HOW OFTEN THE SELECTION

13   COMMITTEE -- HOW LONG THE SELECTION COMMITTEE TAKES TO

14   IDENTIFY AND SCORE.  BUT IT COULD TAKE, AGAIN, ANYWHERE

15   FROM MAYBE THREE MONTHS TO MAYBE FIVE MONTHS.

16   Q.      NOW, I WANT TO TURN YOUR ATTENTION TO WHAT YOU

17   IDENTIFIED AS PHASE THREE OF THE BEST VALUE PROCUREMENT.

18   I BELIEVE YOU MENTIONED THAT AT THAT POINT THERE NEEDS

19   TO BE A CONTRACT THAT IS NEGOTIATED AND EXECUTED, IS

20   THAT CORRECT?

21   A.      YES.

22              MR. LIEB:  I AM JUST GOING TO OBJECT TO

23   THE FORM OF THAT.

24              THE COURT:  OVERRULED, GO AHEAD.

25   BY MS. WALSH:

1    Q.        COMMISSIONER, CAN YOU TELL US A LITTLE BIT ABOUT

2    WHAT GOES INTO THAT PHASE THREE OF THE BEST VALUE

3    PROCUREMENT; WHAT NEEDS TO OCCUR?

4    A.        IN PHASE THREE FOR THE NEGOTIATION OF THE

5    CONTRACT IS TYPICALLY HANDLED BY OUR LAW DEPARTMENT,

6    THEY ARE NEGOTIATING TERMS AND CONDITIONS OF THE

7    CONTRACT.

8    Q.        AND FOR SOMETHING LIKE A COMPLEX PROCUREMENT

9    SUCH AS NEW VOTING SYSTEMS, HOW LONG WOULD YOU

10   APPROXIMATE SOMETHING LIKE THAT WOULD TAKE?

11   A.        I CAN APPROXIMATE APPROXIMATELY TWO MONTHS FOR

12   THE NEGOTIATION, MAYBE.

13   Q.        NOW, COMMISSIONER, HOW MANY CONTRACTS COME

14   THROUGH YOUR DEPARTMENT IN A TYPICAL YEAR?

15   A.        PROBABLY 1,500.

16   Q.        AND ALL OF THOSE CONTRACTS YOU SIGN OFF ON?

17   A.        NOT DIRECTLY.  THE SMALL ORDER PURCHASES I DO

18   NOT SIGN OFF ON DIRECTLY.  THE LARGER CONTRACTS OR

19   AMENDMENTS TO CONTRACTS OR RENEWALS TO CONTRACTS, THEN I

20   DO SIGN, YES.

21   Q.        NOW, YESTERDAY I BELIEVE COUNSEL WAS ASKING YOU

22   ABOUT YOUR ESTIMATION THAT PROCURING A NEW VOTING SYSTEM

23   COULD TAKE APPROXIMATELY 18 TO 24 MONTHS.  I KNOW THAT

24   YOU SORT OF OUTLINED APPROXIMATE TIME LINES FOR EACH

25   PHASE OF THIS BEST VALUE PROCUREMENT FOR THE COURT

1   TODAY, WHICH SEEMS LIKE IT ADDS UP TO SOMEWHERE BETWEEN

2   9 AND 12 MONTHS.  HOW DO YOU RECONCILE THAT WITH WHAT

3   YOU TESTIFIED TO YESTERDAY OF APPROXIMATING 18 TO

4   24 MONTHS FOR NEW VOTING SYSTEMS?

5   A.       WELL, THE 18 TO 24 MONTHS, THE DIFFERENCE -- LET

6   ME GO BACK.  THE DIFFERENCE IS THE RFI THROUGH TO THE

7   CONTRACT NEGOTIATION IS TYPICALLY THE PROCUREMENT

8   PROCESS ONLY.  IT DOES NOT ACCOUNT FOR, AGAIN, AS I

9   STATED THE OTHER DAY, CITY COUNCIL REVIEW AND APPROVAL.

10  IT DOESN'T ACCOUNT FOR ANY ORDINANCE THAT WE NEED TO

11  PASS THROUGH CITY COUNCIL FOR AN EXTENDED CONTRACT.

12  TYPICALLY CITY CONTRACTS ARE ONE YEAR PLUS FOUR, BUT IN

13  SOME INSTANCES, IT'S REQUIRED TO -- OR THE DEPARTMENT

14  WILL ELECT TO HAVE A LONGER CONTRACT.  ANYTHING BEYOND

15  THAT HAS TO GO THROUGH CITY COUNCIL, SO THERE IS A WHOLE

16  PROCESS FOR THAT.  AND WHATEVER THE BOARD OF ELECTIONS,

17  THE CITY COMMISSIONERS NEED TO DO.  THEY HAVE TO MEET

18  PUBLICLY, THEY NEED TO, YOU KNOW, GO THROUGH THEIR

19  PROCESS.  ALL OF THAT IS NOT PART OF THE PROCUREMENT

20  PROCESS, BUT IT DEFINITELY WOULD GO INTO NEW VOTING

21  MACHINE PROCESS.

22  Q.       AND WHEN -- IN TERMS OF OBTAINING THE, YOU KNOW,

23  THE FINANCES FOR PROCURING A NEW SYSTEM --

24  A.       YES.

25  Q.       -- WHAT NEEDS TO HAPPEN FOR THAT?

1    A.        SO THAT WOULD ALSO -- THE DIRECTOR OF FINANCE

2    WOULD BE INVOLVED WITH THAT.  THAT ALSO NEEDS TO GO

3    THROUGH APPROVAL THROUGH THE MAYOR'S OFFICE AS WELL AS

4    COUNCIL, CITY COUNCIL.

5    Q.        AND IN THE INSTANCE OF PROCURING NEW VOTING

6    SYSTEMS, WHAT ARE SOME OF THE THINGS THAT THE BOARD OF

7    ELECTIONS WOULD HAVE TO DO BEFORE THEY WERE TO SELECT

8    THE NEW MACHINES, IF YOU KNOW?

9    A.        OUTSIDE OF THEM HAVING TO HOLD PUBLIC MEETINGS

10   AND I DON'T KNOW HOW MANY.  THERE MAY BE A SERIES OF

11   PUBLIC MEETINGS INVOLVED IN THE PROCESS OF PROCURING

12   THAT THEY NEED TO -- I AM ACTUALLY NOT 100 PERCENT SURE,

13   BUT I DO KNOW THEY NEED TO HOLD PUBLIC MEETINGS.

14   Q.        NOW, COMMISSIONER, IF THE CITY WERE TO GO WITH A

15   NEW VOTING SYSTEM, COULD YOU USE THE SAME RFI OR RFP

16   THAT WAS ISSUED PREVIOUSLY FOR THE SYSTEMS THAT WERE

17   OBTAINED FOR THE 2019 GENERAL ELECTION?

18   A.        THE REASON WHY I WOULD NOT RECOMMEND THAT IS

19   BECAUSE I UNDERSTAND THAT NEW SYSTEMS HAVE BEEN

20   CERTIFIED BY THE STATE, AND WE DO NOT HAVE KNOWLEDGE OF

21   WHAT THOSE -- THE TECHNICAL COMPONENTS OF THOSE MACHINES

22   COULD BE, HOW OR WHICH MACHINE, AGAIN, COULD SUIT THE

23   CITY'S NEEDS.  SO I WOULD RECOMMEND THAT WE PUT OUT AN

24   RFI TO, AGAIN, GET THE INFORMATION FOR THOSE SYSTEMS,

25   AND THEN MOVE THROUGH THE RFP PROCESS.  I THINK THAT IF

1    WE WERE TO USE THE SAME ONE, IT WOULD NARROW -- IT WOULD

2    NARROW OUR SCOPE AND MAYBE NOT YIELD THE BEST OPTION FOR

3    THE CITY.

4    BY THE COURT:

5    Q.      COMMISSIONER, IF YOU KNOW, WHEN FOR THESE -- THE

6    MACHINES, THE EXPRESS XL, WHAT ULTIMATELY BECAME THE

7    PURCHASE OF THE EXPRESS XL MACHINES, DO YOU REMEMBER

8    WHEN THE RFI WAS POSTED, APPROXIMATELY THE YEAR?

9    A.      IN 2018.

10   Q.      IF THE CITY HAD TO PURCHASE NEW MACHINES THIS

11   YEAR, WOULD IT BE FAIR TO SAY THAT NOT ONLY AS YOU SAY

12   THERE WERE NEW MACHINES THAT WERE CERTIFIED, THE CITY

13   DOES NOT KNOW WHETHER OR NOT THE MACHINES FROM TWO YEARS

14   AGO STILL EXIST OR EXIST IN THE SAME FORM THEY EXISTED

15   TWO YEARS AGO?

16   A.      THAT'S TRUE, YES.

17   BY MS. WALSH:

18   Q.      COMMISSIONER, EVEN IF YOU TOOK AWAY THIS PHASE

19   ONE OF SELECTING -- OR TRYING TO DETERMINE WHAT ACTUALLY

20   EXISTS OR WHAT IS OUT THERE THROUGH THE RFI AND RFP

21   PROCESS.  LET'S SAY YOU SPED UP RIGHT TO SELECTION.  IN

22   YOUR OPINION, WOULD THERE BE ENOUGH TIME FOR THE CITY TO

23   SELECT, NEGOTIATE A CONTRACT AND EXECUTE THAT CONTRACT

24   TO PROCURE A NEW VOTING SYSTEM IN TIME FOR THE 2020

25   GENERAL ELECTION?

1      A.        I DON'T BELIEVE SO.

2                      MS. WALSH:  I HAVE NOTHING FURTHER, YOUR

3      HONOR.

4                      THE COURT:  MR. LIEB.

5                      I'M SORRY, DOES THE STATE HAVE ANY

6      QUESTION?

7                      MR. WIYGUL:  THE STATE IS PLEASED TO

8      STATE NO, YOUR HONOR.

9                      THE COURT:  MR. LIEB.

10                     REDIRECT EXAMINATION

11     BY MR. LIEB:

12     Q.        OKAY.  COMMISSIONER, A FEW FOLLOW UP ITEMS.

13                     FIRST OF ALL, I JUST WANT TO BE CLEAR

14     THAT EVERYTHING YOU TESTIFIED TO ON THIS EXAMINATION BY

15     COUNSEL FOR THE CITY, THOSE TIMEFRAMES, THAT PROCEDURE

16     APPLIES IF THE BEST VALUE PROCESS IS BEING FOLLOWED IN

17     THE ORDINARY COURSE, RIGHT?

18     A.        YES.

19     Q.        NONE OF THAT HAS ANYTHING TO DO WITH EMERGENCIES

20     OR SPEEDING UP THE TIMELINE IN CASE THERE IS, YOU KNOW,

21     AN URGENT NEED TO COMPLY WITH A FEDERAL COURT ORDER,

22     RIGHT?

23     A.        THAT'S CORRECT.

24     Q.        SO SPECIFICALLY, THE RFI IN THIS CASE WAS ISSUED

25     ON JUNE 4TH, 2018.  AND WHEN I SAY IN THIS CASE, I MEAN

1    THE RFI THAT LED TO THE SELECTION OF THE EXPRESSVOTE XL

2    WAS ISSUED ON JUNE 4, 2018, RIGHT?

3    A.    YES.

4    Q.    OKAY.  AND THEN THE STIPULATED FACT IN THESE

5    PROCEEDINGS THAT THE CITY VOTED TO PURCHASE THE XL ON

6    FEBRUARY 20, 2019.  WILL YOU ACCEPT THAT REPRESENTATION?

7    A.    FEBRUARY 20TH?  THE BOARD OF ELECTIONS VOTED ON

8    FEBRUARY 20TH, YES.

9    Q.    OKAY.  SO THAT IS LESS THAN NINE MONTHS FROM RFI

10   TO SELECTION, CORRECT?

11   A.    YES.

12   Q.    NOW, YOU TESTIFIED IN RESPONSE TO COUNSEL THAT

13   YOU WOULD NOT RECOMMEND USING THE SAME RFI AND RFP IN

14   THE EVENT THE CITY HAD TO PROCURE NEW VOTING MACHINES,

15   CORRECT?

16   A.    YES.

17   Q.    THAT'S SOMETHING THAT IS WITHIN YOUR DISCRETION?

18   A.    TO RECOMMEND THAT WE NOT USE THE SAME RFI AND

19   RFP?

20   Q.    TO RECOMMEND THAT YOU USE IT OR NOT USE IT?

21   A.    IT'S SOMETHING THAT I CAN RECOMMEND, YES.

22   Q.    NOW, IF THE RFI WERE -- IF THE SYSTEMS WERE

23   DECERTIFIED, AND IF THE CITY WERE NOT PROVIDED WITH NEW

24   MACHINES BY ES&S AT NO COST, AND IF THE CITY DECIDED TO

25   UNDERTAKE A NEW PROCUREMENT PROCESS, THE RFI MIGHT NEED

1   TO BE UPDATED FROM LAST TIME, RIGHT?

2   A.    YES.

3   Q.    YOU ARE NOT GOING TO HAVE TO START FROM SCRATCH,

4   THOUGH, ARE YOU?

5   A.    NOT NECESSARILY.

6   Q.    THERE STILL IS ALL THIS INFORMATION THAT WAS OUT

7   THERE ABOUT HOW THESE VOTING SYSTEMS WORKED LESS THAN

8   TWO YEARS AGO, RIGHT?

9   A.    THE INFORMATION THAT WE GOT TWO YEARS AGO WAS

10  ONLY FOR THE MACHINES THAT WERE CERTIFIED, BUT

11  ADDITIONAL MACHINES HAVE BEEN CERTIFIED SINCE THE

12  INFORMATION --

13  Q.    RIGHT.  YOU MIGHT WANT TO LOOK INTO WHATEVER

14  MACHINES HAVE BEEN CERTIFIED, RIGHT?

15  A.    CORRECT.

16  Q.    AND YOU WANT TO MAKE SURE THAT THE INFORMATION

17  THAT YOU HAD LESS TWO YEARS AGO ABOUT THE OTHER MACHINES

18  WAS STILL UP TO DATE, RIGHT?

19  A.    YES.

20  Q.    OKAY.  YOU HAVE HEARD TESTIMONY AS YOU HAVE BEEN

21  SITTING HERE THAT THERE WAS A PETITION FILED BY SOME

22  VOTERS TO DECERTIFY THESE MACHINES WITH THE SECRETARY OF

23  THE COMMONWEALTH IN JUNE OF LAST YEAR.  HAVE YOU HEARD

24  THAT TESTIMONY AS YOU HAVE BEEN SITTING HERE?

25  A.    YES.

1    Q.        WERE YOU AWARE OF THAT FACT?

2    A.        YES.

3    Q.        WHAT STEPS DID -- TO YOUR KNOWLEDGE, DID THE

4    PROCUREMENT DEPARTMENT OR OTHERS TAKE TO UPDATE

5    THEMSELVES ABOUT THE STATE OF CERTIFIED VOTING MACHINES

6    AT THAT TIME, IN CASE THE SECRETARY DECERTIFIED THE

7    MACHINES?

8    A.        SO THE PROCUREMENT DEPARTMENT DID NOT UPDATE

9    THEMSELVES.  IT IS THE BOARD OF ELECTIONS THAT WOULD

10   NEED TO BE APPRISED OF THAT.  THE BOARD OF ELECTIONS HAS

11   THE AUTHORITY OVER WHAT ELECTION MACHINES ARE ISSUED IN

12   THE CITY.

13   Q.        SO YOU HAVE --

14                THE COURT:  WAIT, WAIT, WAIT, WAIT.  ARE

15   YOU FINISHED WITH YOUR ANSWER?

16                THE WITNESS:  YES, THAT'S FINE, THANK

17   YOU.

18   BY MR. LIEB:

19   Q.        YOU HAVE NO KNOWLEDGE ONE WAY OR THE OTHER ABOUT

20   WHAT STEPS THE BOARD OF ELECTIONS MAY HAVE TAKEN TO

21   UPDATE ITSELF ABOUT THE STATE OF PLAY AT THAT TIME IN

22   CASE THE MACHINES WERE DECERTIFIED?

23   A.        I DO NOT.

24   Q.        OKAY.  NOW, YOU ARE AWARE THAT THERE WAS A

25   FINDING BY THE CITY CONTROLLER THAT THE BEST VALUE

1       GUIDELINES WERE NOT ACTUALLY FOLLOWED --

2                   MS. WALSH:  OBJECTION.

3                   MR. LIEB:  -- IN THE CASE OF THE

4       PERSON --

5                   THE COURT:  OVERRULED.  I WILL ALLOW YOU

6       TO QUESTION HER IN CONNECTION WITH WHETHER OR NOT THE

7       PROCESS THAT WAS FOLLOWED HERE DIFFERS FROM THE PROCESS

8       THAT SHE DESCRIBED.  I WILL ALLOW YOU TO QUESTION HER ON

9       THAT.

10      BY MR. LIEB:

11      Q.      YOU ARE AWARE, COMMISSIONER, THAT THERE WAS A

12      FINDING BY THE CITY CONTROLLER THAT THE BEST VALUE

13      GUIDELINES WERE NOT, IN FACT, FOLLOWED IN CONNECTION

14      WITH THE PURCHASE OF THE EXPRESSVOTE XL, CORRECT?

15      A.      YES.

16                  MR. LIEB:  NOTHING FURTHER.

17                  THE COURT:  ALL RIGHT THEN.

18      COMMISSIONER, THANK YOU SO MUCH.

19                  THE WITNESS:  THANK YOU.

20                  MR. LIEB:  BEFORE WE MOVE ON TO THE NEXT

21      AND FROM OUR PERSPECTIVE FINAL WITNESS, THERE WERE A FEW

22      THINGS I WANTED TO MOVE INTO EVIDENCE, JUDGE.

23                  THE COURT:  OKAY.

24                  MR. LIEB:  THEY ARE NOT THINGS THAT ARE

25      IN THE BINDERS, SO --

1                    THE COURT:  THERE IS SOMETHING THAT ISN'T

2     IN THE BINDER?

3                    MR. LIEB:  BELIEVE IT OR NOT, NOT EVERY

4     PIECE OF PAPER IN THE WORLD IS IN THESE BINDERS.

5                    MAY I APPROACH WITH THE TWO COPIES?

6                    THE COURT:  SURE.  I REALLY WANT MORE

7     PAPER.

8                    DOES COUNSEL HAVE THESE?

9                    MR. LIEB:  SO THE COPIES ARE -- I HAVE

10    COPIES OF THE REPORT.  COUNSEL PROVIDED ME COPIES OF 17

11    AND 18, SO WHAT HAS BEEN MARKED AS PLAINTIFFS' EXHIBITS

12    1017 AND 1018 ARE TWO E-MAILS WITH ATTACHMENTS FROM SUE

13    ANN UNGER TO MAGISTRATE JUDGE RICE'S CHAMBERS THAT WERE

14    PROVIDED YESTERDAY BY MR. WIYGUL IN RESPONSE TO THE

15    COURT'S ORDER ON DEFENDANTS' SETTLEMENT CONFERENCE

16    POSITION.  I THINK IT'S FAIR TO SAY THAT THOSE TWO

17    E-MAILS COLLECTIVELY COMPRISE DEFENDANTS' SETTLEMENT

18    CONFERENCE STATEMENT TO MAGISTRATE JUDGE RICE.  AND WE

19    WOULD OFFER THEM AT THIS TIME.

20                    THE COURT:  OKAY, ANY OBJECTION?

21                    MR. ARONCHICK:  YOUR HONOR, THE

22    DEFENDANTS HAVE NO OBJECTIONS IN ADDITION TO THE ONES

23    YOUR HONOR OVERRULED EARLIER.

24                    THE COURT:  OKAY.  THEY WILL BE ADMITTED.

25                    (PLAINTIFFS' EXHIBITS 1017 AND 1018 ARE

1      ADMITTED INTO EVIDENCE.)

2                   MR. LIEB:  AND THEN, JUDGE, WHAT HAS BEEN

3      MARKED AS PLAINTIFFS' EXHIBIT, I GUESS, 1019 IS THE

4      LENGTHIER DOCUMENT.

5                   THE COURT:  OH, YES.

6                   MR. LIEB:  THE COURT MAY RECALL THAT

7      ADMITTED TO TUESDAY AS DEFENDANTS' EXHIBIT F WAS AN

8      EXCERPT OF THIS REPORT.  SECRETARY BOOCKVAR TESTIFIED IN

9      HER TESTIMONY THAT THE PATH THAT THE COMMONWEALTH SET

10     OUT ON, WHICH IN HER VIEW --

11                  THE COURT:  I THINK THIS IS ADMISSIBLE.

12     IS THERE AN OBJECTION?

13                  MR. WIYGUL:  WE DO OBJECT, YOUR HONOR.  I

14     THINK, AS I UNDERSTAND IT, THAT COUNSEL IS APPEALING TO

15     THE RULE OF COMPLETENESS HERE.  THE RULE OF COMPLETENESS

16     DOES NOT STAND FOR THE PROPOSITION THAT A PARTY CAN AS

17     AN AFTERTHOUGHT ADD A 150-PLUS PAGE DOCUMENT TO A RECORD

18     WHERE --

19                  THE COURT:  I WILL ADMIT IT FOR WHAT IT'S

20     WORTH.  IT'S ADMITTED.

21                  MR. WIYGUL:  JUST NOT FOR THE TRUTH OF

22     THE MATTER, YOUR HONOR.  I JUST WANT TO CLARIFY THAT,

23     IT'S HEARSAY.

24                  THE COURT:  IT DEPENDS ON WHAT IS IN IT,

25     BUT I WILL ADMIT IT.

1              MR. WIYGUL:  THANK YOU.

2              (PLAINTIFFS' EXHIBIT 1019 IS ADMITTED

3    INTO EVIDENCE.)

4              MR. LIEB:  WITH THAT, I WOULD CALL -- I'M

5    SORRY, I AM NOT SURE OF HIS CURRENT TITLE, BUT MR.

6    LYNCH.

7              (WITNESS SWORN.)

8              THE WITNESS:  JOSEPH LYNCH, J-O-S-E-P-H

9    L-Y-N-C-H.

10             THE COURT:  PLEASE BE SEATED.

11                   DIRECT EXAMINATION

12   BY MR. LIEB:

13   Q.       GOOD MORNING, SIR.  I KNOW YOU HAVE BEEN HERE

14   FOR A LOT OF THESE PROCEEDINGS AND THANK YOU FOR YOUR

15   PATIENCE.

16                   WHAT IS YOUR CURRENT TITLE, SIR?

17   A.       EXECUTIVE DIRECTOR.

18   Q.       AND THAT'S EXECUTIVE DIRECTOR OF THE --

19   A.       COUNTY BOARD OF ELECTIONS.

20   Q.       AND YOU'VE WORKED FOR THE BOARD OF ELECTIONS FOR

21   25 YEARS?

22   A.       YES.

23   Q.       AND YOU HAVE SPENT THE LAST -- BEFORE BECOMING

24   EXECUTIVE DIRECTOR, YOU SPENT 19 YEARS AS AN ASSISTANT

25   ADMINISTRATIVE ELECTION ACTIVITIES?

1   A.        CORRECT.

2   Q.        YOU HAVE BEEN AN ELECTION ADMINISTRATOR IN

3   PENNSYLVANIA FOR ALMOST TWO DECADES?

4   A.        YES.

5   Q.        THE PHILADELPHIA COUNTY BOARD OF ELECTIONS DOES

6   NOT CONTROL WHAT VOTING SYSTEMS ARE CERTIFIED FOR USE IN

7   THE COMMONWEALTH, CORRECT?

8   A.        TRUE.

9   Q.        THE FEDERAL GOVERNMENT HAS TO CERTIFY THEM,

10  RIGHT?

11  A.        YES.

12  Q.        AND THE COMMONWEALTH OF PENNSYLVANIA HAS TO

13  CERTIFY THEM?

14  A.        THE COMMONWEALTH, YES.

15  Q.        SO AT ANY MOMENT, FOR REASONS BEYOND YOUR

16  CONTROL, A VOTING SYSTEM COULD BE DECERTIFIED BY ONE OF

17  THOSE AUTHORITIES, RIGHT?

18  A.        TRUE.

19  Q.        THEY COULD DISCOVER A SECURITY FLAW OR SOME

20  OTHER ISSUE THAT COMPELS DECERTIFICATION OF THE

21  MACHINES, RIGHT?

22  A.        I SUPPOSE.

23  Q.        AND DECERTIFICATION HAS HAPPENED ON OCCASION IN

24  THE PAST, RIGHT?

25  A.        NOT SINCE I HAVE -- NOT SINCE I HAVE BEEN

1    AROUND.

2    Q.      WELL, YOU ARE AWARE THEN IN 2007 THE

3    COMMONWEALTH DECERTIFIED EQUIPMENT USED IN NORTHAMPTON,

4    LACKAWANNA AND WAYNE COUNTIES FOUR MONTHS BEFORE THE

5    2008 PRESIDENTIAL PRIMARY?

6    A.      IN THOSE COUNTIES, POSSIBLY.  I WAS NOT AWARE OF

7    IT.

8    Q.      WHAT CONTINGENCY PLANS DOES THE PHILADELPHIA

9    COUNTY BOARD OF ELECTIONS CURRENTLY HAVE IN PLACE IN

10   CASE WHATEVER SYSTEM IT'S USING IS UNEXPECTEDLY

11   DECERTIFIED BY THE STATE OR FEDERAL GOVERNMENTS?

12   A.      FOR WHICH ELECTION?

13   Q.      WELL, LET'S START WITH WHATEVER THE NEXT

14   ELECTION IS GOING TO BE.

15   A.      YOU MEAN THIS TUESDAY?  WE HAVE A SPECIAL

16   ELECTION THIS TUESDAY, FEBRUARY 25TH.

17   Q.      AS A GENERAL MATTER, WHAT CONTINGENCY PLANS DOES

18   THE DEPARTMENT HAVE IN PLACE FOR NONSPECIAL REGULARLY

19   SCHEDULED ELECTIONS IN THE EVENT THE SYSTEM IT IS USING

20   IS UNEXPECTEDLY DECERTIFIED BY THE STATE OR FEDERAL

21   GOVERNMENT?

22             THE COURT:  WHY DON'T WE START WITH THE

23   PRIMARY.

24             THE WITNESS:  OKAY, YOUR HONOR, I KNOW

25   YOU ASKED THE SECRETARY THE OTHER DAY WHETHER OR NOT IF

1    WE DECERTIFY IF WE WOULD BE READY FOR THE PRIMARIES?   I

2    WOULD JUST FLAT OUT SAY NO.

3                    THE COURT:   AND THE QUESTION THAT MR.

4    LIEB ASKED YOU IS:   DO YOU HAVE ANY CONTINGENCY PLANS IN

5    PLACE IN THE EVENT THE EXPRESS XL MACHINES ARE

6    DECERTIFIED SAY THIS WEEK?   DO YOU HAVE ANY CONTINGENCY

7    PLANS FOR DEALING WITH THE DECERTIFICATION WITH RESPECT

8    THE MAY PRIMARY OF 2020?

9                    THE WITNESS:   NO, YOUR HONOR, WE DON'T

10   BECAUSE WE ANTICIPATE A HIGH VOLUME OF VOTERS COMING

11   OUT, HIGH VOLUME OF REGISTRATIONS, AND THEY JUST PASSED

12   ACT 77 IN OCTOBER OF '19 WHICH WE WERE NOT READY FOR.

13   SO WE ARE ANTICIPATING A LOT MORE WORK FOR THE PRIMARY

14   AND QUADRUPLE THE WORK IN THE GENERAL ELECTION.

15   BY MR. LIEB:

16   Q.      WITH REGARD TO THE GENERAL ELECTION OF 2020,

17   COMPLETELY SEPARATE AND APART FROM THIS LITIGATION, THIS

18   SETTLEMENT AGREEMENT, WHAT CONTINGENCY PLANS DOES THE

19   PHILADELPHIA COUNTY BOARD OF ELECTIONS HAVE IN PLACE IN

20   THE EVENT ITS MACHINES OF CHOICE ARE UNEXPECTEDLY

21   DECERTIFIED BY THE STATE OR FEDERAL GOVERNMENT?

22   A.      CONTINGENCY PLAN IF THEY WERE TO DECERTIFY, WE

23   WOULD HAVE TO GO BACK TO OUR OLD DRE'S.   BUT THEY ARE

24   NOT EVEN READY.

25   Q.      SO --

1          THE WITNESS:  YOUR HONOR, I WOULD LIKE TO

2     EXPLAIN FOR THE COURT.  WITH ACT 77 BEING IMPLEMENTED,

3     THERE IS GOING TO BE A LOT OF WORK NOT JUST FOR OUR

4     COUNTY BUT FOR EVERY COUNTY THROUGHOUT PENNSYLVANIA.  WE

5     ARE ANTICIPATING A LOT MORE REGISTRATIONS COMING IN.  WE

6     ARE ANTICIPATING -- BECAUSE IF IT'S THE NON-EXCUSE

7     MAIL-IN BALLOT, WE ARE GOING TO HAVE -- WE ARE

8     ANTICIPATING A LOT MORE PEOPLE VOTING IN PERSON AT OUR

9     LOCATIONS, WHETHER IT WILL BE ROOM 142 CITY HALL OR

10    SPRING GARDEN STREET.  AND WE ARE ANTICIPATING A HIGH

11    VOLUME OF REGISTRATIONS WHERE WE ARE GOING TO HAVE TO

12    MOVE PEOPLE AROUND TO WHERE LAST YEAR WHEN WE DID THIS

13    -- WE IMPLEMENTED THE NEW SYSTEM BY MOVING PEOPLE AROUND

14    FROM DIFFERENT DEPARTMENTS.  WE ARE NOT GOING TO BE ABLE

15    TO DO THAT THIS YEAR.

16    BY THE COURT:

17    Q.     MR. LYNCH, IN THE 25 YEARS YOU HAVE BEEN WITH

18    THE BOARD YOU SAY THERE HAS NEVER BEEN A DECERTIFICATION

19    IN PHILADELPHIA?

20    A.     I DON'T RECALL.

21    Q.     AND SO I GUESS IN ANSWER TO MR. LIEB'S QUESTION,

22    YOUR ANSWER WOULD BE THE CITY DOES NOT PLAN FOR

23    DECERTIFICATION?

24    A.     NO, WE DON'T.  BUT I WILL SAY FOR THE COURT, I

25    WILL WORK MY HARDEST TO MAKE SOMETHING HAPPEN IF THAT

1    WAS GOING TO HAPPEN, BUT I DON'T SEE IT HAPPENING.

2    Q.    YOU DON'T SEE --

3    A.    I DON'T SEE US BEING ABLE TO DO IT IN A

4    PRESIDENTIAL YEAR.  THAT'S WHY WE IMPLEMENTED THE NEW

5    SYSTEM ON AN OFF YEAR.

6              THE COURT:  OKAY.

7    BY MR. LIEB:

8    Q.    YOU ARE AWARE THAT VOTERS FILED THE PETITION TO

9    DECERTIFY THE XL WITH THE SECRETARY OF THE COMMONWEALTH

10   IN JUNE OF 2019, CORRECT?

11   A.    YES, I AM.

12   Q.    YOU WERE AWARE OF THAT PETITION AT OR AROUND THE

13   TIME IT WAS FILED?

14   A.    I WAS AWARE OF IT, BUT I HAD NO PARTS OF THAT.

15   Q.    OKAY.  YOU WERE IN THE COURTROOM JUST A FEW

16   MINUTES AGO FOR THE PROCUREMENT COMMISSIONER'S

17   TESTIMONY?

18   A.    YES.

19             THE COURT:  HE HAS BEEN IN THE COURTROOM

20   FOR THREE DAYS.  HE IS THE TALLEST GUY IN THE BACK,

21   THAT'S WHY I NOTICED.  HE STOOD OUT.

22   BY MR. LIEB:

23   Q.    IN RESPONSE TO THE FILING OF THAT PETITION, WHAT

24   STEPS, IF ANY, DID THE BOARD OF ELECTIONS TAKE TO UPDATE

25   ITSELF ABOUT THE STATE OF EXISTING VOTING SYSTEMS IN

1      CASE A NEW PROCUREMENT PROCESS NEEDED TO OCCUR?

2      A.      WELL, SIR, I WAS NOT PART OF THAT PROCESS SO I

3      DON'T KNOW.   THE ONLY PROCESS I WAS PART OF IS WHEN THE

4      BOARD SELECTED THE MACHINES, AND THEN I TOOK THE BALL

5      AND RAN WITH IT.   THAT WAS MY ONLY PART.

6      Q.      OKAY.   YOU ARE THE EXECUTIVE DIRECTOR OF THE

7      BOARD OF ELECTIONS, RIGHT?

8      A.      CORRECT, YES.

9      Q.      WHEN DID YOU BECOME THE EXECUTIVE DIRECTOR?

10     A.      JUST ABOUT A MONTH AGO.

11     Q.      OKAY.   THROUGHOUT THE ENTIRE PERIOD THAT YOU

12     HAVE BEEN THE EXECUTIVE DIRECTOR OF THE BOARD OF

13     ELECTIONS, THIS MOTION HAS BEEN PENDING, RIGHT?

14               THE COURT:   IF YOU ARE GOING TO MAKE

15     ARGUMENT THROUGH HIM SAYING YOU HAVE NOT MADE ANY

16     CONTINGENCY PLANS, I GET IT.   HE SAID THERE ARE NO

17     CONTINGENCY PLANS, AND THAT'S OBVIOUSLY WHAT YOU ARE

18     LEADING UP TO.   SO I ANTICIPATE YOUR QUESTION, AND HE

19     HAS ALREADY ANSWERED IT, BUT WHY DON'T YOU GO AHEAD.

20               MR. LIEB:   RESPECTFULLY, YOUR HONOR, IT'S

21     A SLIGHTLY DIFFERENT QUESTION.

22               THE COURT:   WELL, I AM ALWAYS PLEASED TO

23     BE WRONG.   GO AHEAD.

24     BY MR. LIEB:

25     Q.      THE QUESTION, SIR, IS:   IN THE TIME THAT YOU

1    HAVE BEEN THE EXECUTIVE DIRECTOR OF THE BOARD OF

2    ELECTIONS, WHAT STEPS HAS THE BOARD OF ELECTIONS TAKEN

3    TO UPDATE ITS KNOWLEDGE ABOUT THE STATE OF EXISTING

4    SYSTEMS THAT ARE CERTIFIED FOR USE IN PENNSYLVANIA?

5    A.      THAT WOULD BE UP TO THE BOARD.  IT HAS NOTHING

6    TO DO WITH ME.

7    Q.      WHEN YOU SAY THE BOARD, YOU MEAN THE THREE CITY

8    COMMISSIONERS WHO CONSTITUTE THE BOARD?

9    A.      YES, SIR.

10   Q.      THAT'S THEIR DECISION AS OPPOSED TO THE

11   PROFESSIONAL STAFF OF THE DEPARTMENT?

12   A.      IT'S WHATEVER THEY IMPLEMENT AND WE HAVE TO RUN

13   WITH IT.

14   Q.      DO YOU, SIR, AS THE EXECUTIVE DIRECTOR HAVE THE

15   DISCRETION TO CALL UP THE DEPARTMENT AND STATE AND LEARN

16   ABOUT THE DIFFERENT MACHINES THAT HAVE BEEN CERTIFIED IN

17   THE INTERVENING TIME BETWEEN -- WELL, 2018 AND TODAY?

18   A.      I WOULD NOT GET INVOLVED IN THAT PROCESS.

19   Q.      SO AS THE EXECUTIVE DIRECTOR OF THE PHILADELPHIA

20   COUNTY BOARD OF ELECTIONS, YOU WOULD NOT KEEP YOURSELF

21   UP TO DATE ABOUT WHAT VOTING SYSTEMS THE SECRETARY OF

22   THE COMMONWEALTH IS CERTIFYING FOR USE IN THAT STATE?

23   A.      TO BE HONEST WITH YOU, MY OPINION -- I DON'T

24   THINK MY OPINION WOULD MATTER.

25   Q.      WHY IS THAT?

1    A.        IT'S UP TO THE COMMISSION WHAT THEY WANT TO

2    PICK.

3    Q.        AND YOU DON'T THINK THE THREE COMMISSIONERS WHO

4    COMPRISE THE BOARD WOULD VALUE THE INPUT OF THEIR

5    PROFESSIONAL EXECUTIVE DIRECTOR WHO HAS SPENT 20 YEARS

6    IN ELECTION ADMINISTRATION IN PENNSYLVANIA?

7    A.        OF COURSE THEY WOULD, BUT I DON'T KNOW THAT THEY

8    WOULD LISTEN.  I AM SERIOUS.

9                   THE COURT:  WELCOME TO PHILADELPHIA, MR.

10   LIEB.

11   BY MR. LIEB:

12   Q.        WELL --

13   A.        I VALUE THEIR OPINION, THOUGH.

14   Q.        WHILE WE ARE ON THAT SUBJECT, DID YOU HAVE AN

15   OPINION ABOUT WHAT MACHINES THEY SHOULD BUY IN 2018?

16   A.        NO.

17   Q.        DID YOU MAKE A RECOMMENDATION ABOUT WHAT

18   MACHINES THEY SHOULD BUY IN 2018?

19   A.        I'M SORRY, REPEAT THAT.

20   Q.        DID YOU OR TO YOUR KNOWLEDGE ANY OTHER

21   PROFESSIONAL STAFF MAKE A RECOMMENDATION ABOUT WHAT

22   MACHINES THEY SHOULD BUY?

23   A.        NO.

24   Q.        SO THE XL WAS SELECTED ON FEBRUARY 20TH OF 2019,

25   RIGHT?

```
1    A.       CORRECT.

2    Q.       AND THE CONTRACT WAS FINALIZED ON MAY 18TH OF

3    2019, RIGHT?

4    A.       CORRECT.

5    Q.       AND THEN THE MACHINES WERE USED IN THE

6    NOVEMBER 5TH, 2019 GENERAL ELECTION, RIGHT?

7    A.       YES.

8    Q.       AND THERE WERE 304,553 VOTES CAST IN

9    PHILADELPHIA?

10   A.       CORRECT.

11   Q.       AT 831 POLLING LOCATIONS, ALL OF WHICH USED THE

12   EXPRESSVOTE XL, RIGHT?

13   A.       YES.

14   Q.       AND IN YOUR VIEW, THAT ELECTION WENT AS SMOOTHLY

15   IF NOT MORE SMOOTHLY THAN PREVIOUS ELECTIONS, RIGHT?

16   A.       MORE SMOOTHLY, SIR.

17   BY THE COURT:

18   Q.       BEFORE YOU GO ON, AND THIS MAY NOT BE YOUR AREA

19   OF EXPERTISE, MR. LYNCH, BUT BETWEEN THE TIME THE

20   CONTRACT IS SIGNED, AFTER THE CONTRACT IS SIGNED, IS IT

21   YOUR DEPARTMENT THAT IS RESPONSIBLE FOR ARRANGING FOR

22   THE TRANSPORTATION OF THE MACHINES TO PHILADELPHIA AND

23   THEIR PLACEMENT IN A WAREHOUSE AND THEIR EVENTUAL

24   PLACEMENT AT THE POLLING PLACES?

25   A.       YES, YOUR HONOR.  ACTUALLY, IT WAS FEBRUARY 20TH
```

1    WHEN IT WAS SELECTED WE STARTED.

2    Q.       HOW LONG WAS IT BEFORE THE MACHINES -- THE

3    MACHINES WERE TRANSFERRED FROM OMAHA?

4    A.       YES, SIR.

5    Q.       AND HOW LONG BEFORE THE MACHINES ARRIVED IN

6    PHILADELPHIA, IF YOU RECALL?

7    A.       HOW LONG?

8    Q.       YES, DAYS, WEEK, MONTHS?

9    A.       WELL, THEY STARTED ARRIVING IN APRIL AND THEN WE

10   HAD TO STOP -- WE ONLY HAD ONE SHIPMENT IN APRIL, THEN

11   WE HAD THE MAY PRIMARY WE HAD TO CONTEND WITH WITH THE

12   OLD SYSTEM, AND THEN THEY STARTED RESUMING IN JUNE.

13   Q.       AND THEY WERE PLACED IN A WAREHOUSE THAT THE

14   CITY APPARENTLY HAD SPECIALLY LEASED FOR THOSE MACHINES?

15   A.       YES, SIR.

16   Q.       AND HOW LONG BEFORE -- IT'S BEEN, I GUESS,

17   AGREED -- WELL, YOU WOULD KNOW.  HOW MANY MACHINES WERE

18   PURCHASED, IN THE NEIGHBORHOOD OF 3,800?

19   A.       3,750.

20   Q.       AND THEY WERE ALL IN THAT WAREHOUSE?

21   A.       ALL, BUT THERE WAS 300 -- ABOUT 300 IN A

22   SEPARATE WAREHOUSE BECAUSE THEY ALL DIDN'T FIT IN THE

23   NEW WAREHOUSE.

24   Q.       WHEN DID THE LAST OF THE MACHINES COME IN?

25   PRESUMABLY IT WAS AFTER THE MAY PRIMARY?

1    A.     YES, SIR.  WE WENT ALL -- IT TOOK US FOUR

2    MONTHS.  AROUND AUGUST WAS THE LAST SHIPMENT.

3    Q.     AND HOW LONG DOES IT TAKE TO TRANSPORT THE

4    MACHINES FROM THE TWO WAREHOUSES TO THE 800 ODD POLLING

5    PLACES?

6    A.     IT'S 10 DAYS, USUALLY 10 DAYS.

7              THE COURT:  OKAY.

8    BY MR. LIEB:

9    Q.     SO IT WAS -- FROM THE FEBRUARY 20TH SELECTION OF

10   THE MACHINES TO THE NOVEMBER 5TH GENERAL ELECTION WAS

11   SUFFICIENT TIME TO SMOOTHLY RUN THE ELECTION, RIGHT?

12   A.     WELL, NOT REALLY.  WE WORKED SEVEN DAYS A WEEK.

13   I MYSELF WORKED SEVEN DAYS A WEEK, 12 HOUR DAYS, AT

14   TIMES, TO GET THIS DONE.  WE WERE REALLY PUSHING IT.

15   AND WE WERE VERY SUCCESSFUL IN DOING IT.

16   Q.     UNDERSTANDING THAT PEOPLE WORKED HARD, THAT WAS

17   SUFFICIENT TIME TO MAKE THE ELECTION RUN SMOOTHLY?

18   A.     WELL, THERE WAS OTHER THINGS THAT WERE INVOLVED

19   THAT -- AS FAR AS THE WAREHOUSE, WE HAD TO PROCURE THE

20   WAREHOUSE, WHICH I WAS NOT PART OF, BUT ONCE WE GOT THE

21   WAREHOUSE, THAT HAD TO BE CLIMATE CONTROLLED.  WE HAD TO

22   HAVE ELECTRICAL LINES RUN DOWN, WE HAD TO HAVE THE FLOOR

23   SEALED AND HAVE GRIDLINES PAINTED DOWN.  WHILE THEY WERE

24   DOING THAT, WE WERE ACCEPTING THE MACHINES.

25   Q.     SIR, I DON'T REALLY THINK YOU ARE ANSWERING MY

1    QUESTION.

2                     THE COURT:  I THINK YOU HAVE MADE YOUR

3    POINT, MR. LIEB.

4                     MR. LIEB:  RESPECTFULLY, JUDGE, I THINK I

5    AM ENTITLED TO JUST TO AN ANSWER TO THE QUESTION FOR THE

6    PURPOSE OF THE RECORD.

7                     THE COURT:  WHY DON'T YOU MOVE ON, SIR.

8    BY MR. LIEB:

9    Q.     YOU WERE ALSO IMPLEMENTING PILOT AUDITING

10   PROCEDURES FOR THE FIRST TIME IN THE 2019 GENERAL

11   ELECTION, CORRECT?

12   A.     YES.

13   Q.     ARE YOU GENERALLY FAMILIAR, AS THE EXECUTIVE

14   DIRECTOR OF THE PHILADELPHIA COUNTY BOARD OF ELECTIONS,

15   WITH THE KINDS OF VOTING SYSTEMS USED IN OTHER

16   JURISDICTIONS THROUGHOUT -- OTHER JURISDICTIONS

17   THROUGHOUT THE STATE HAVE SELECTED FOR USE?

18   A.     NOT REALLY.  I AM NOT REALLY SURE.  I'VE TALKED

19   TO OTHER PEOPLE.  THEY TELL ME WHAT THEY HAVE, BUT I

20   DON'T -- DOES NOT REALLY CONCERN ME.  I AM ONLY

21   CONCERNED ABOUT PHILADELPHIA.

22   Q.     ARE YOU AWARE THAT ALLEGHENY COUNTY IS USING

23   PAPER BALLOTS WITH OPTISCANS PURCHASED FROM ES&S?

24   A.     ACTUALLY NO, I AM NOT AWARE.

25   Q.     DO YOU HAVE ANY KNOWLEDGE ONE WAY OR THE OTHER

1       AS TO WHETHER ES&S IS OBLIGATED TO PROVIDE REPLACEMENT

2       VOTING SYSTEMS TO THE CITY OR TO THE BOARD OF ELECTIONS

3       IN THE EVENT THE SYSTEM IS DECERTIFIED?

4       A.      THE FIRST TIME I HEARD IT WAS DURING TESTIMONY

5       THIS WEEK.

6       Q.      HAVE YOU, AS THE EXECUTIVE DIRECTOR OF THE

7       COUNTY BOARD OF ELECTIONS, FAMILIARIZED YOURSELF WITH

8       THE TERMS OF THE CONTRACT BETWEEN PHILADELPHIA AND ES&S?

9       A.      NO.

10      Q.      NOW THAT YOU ARE AWARE OF THIS ISSUE, DO YOU

11      INTEND TO?

12      A.      IT'S OPENED MY EYES.

13      Q.      DO YOU HAVE ANY BASIS AT THIS TIME TO DISPUTE

14      THAT ES&S IS RESPONSIBLE FOR PROVIDING REPLACEMENT

15      SYSTEMS AT NO COST?

16                      MR. WIYGUL:  OBJECTION, YOUR HONOR.

17                      THE COURT:  YES, SUSTAINED.  YOU ARE

18      WASTING MY TIME.

19      BY MR. LIEB:

20      Q.      THE UPDATED WAREHOUSE, THE UPDATES WERE SEALING

21      THE FLOOR, PUTTING IN POWER OUTLETS, CLIMATE

22      CONTROLLING, RIGHT?

23      A.      YES, SIR.

24      Q.      CAN YOU STORE PAPER BALLOTS IN THERE?

25      A.      YES.

1    Q.    YOU CAN STORE OPTISCANS IN THERE?

2    A.    STORE OPTICAL SCANS?

3    Q.    YES.

4    A.    NOT RIGHT NOW, THERE IS NOT ENOUGH ROOM.

5    Q.    IF THE XL MACHINES WERE NOT IN THERE, THE

6    WAREHOUSE IS SUITABLE FOR THE STORAGE OF OPTICAL

7    SCANNERS, CORRECT?

8    A.    I AM SURE.

9              MR. LIEB:  NOTHING FURTHER.

10             THE COURT:  ANYTHING FROM THE CITY?

11   ANYTHING FROM THE COMMONWEALTH?

12             MR. WIYGUL:  CAN I HAVE TWO MINUTES, YOUR

13   HONOR, JUST TO GO OVER MY NOTES FROM THE QUESTION?

14             THE COURT:  SURE.

15             MR. WIYGUL:  THANK YOU VERY MUCH.

16             (SHORT PAUSE IN THE HEARING.)

17             MR. FIELD:  JUST A FEW QUESTIONS, YOUR

18   HONOR.

19             THE COURT:  OKAY.

20                   CROSS-EXAMINATION

21   BY MR. FIELD:

22   Q.    MR. LYNCH, FIRST, THANK YOU FOR BEING HERE FOR

23   THIS SEVERAL DAYS OF THIS HEARING.

24             MR. LIEB WAS ASKING YOU SOME QUESTIONS

25   ABOUT THE TIMELINE ON WHICH A NEW SYSTEM COULD BE

1    TRANSITIONED TO BY THE CITY OF PHILADELPHIA IF IT HAD

2    TO.  COULD YOU, FOR THE COURT, JUST EXPLAIN THE STEPS

3    YOU WOULD HAVE TO TAKE AND THE VARIOUS ASPECTS OF THE

4    ELECTION ADMINISTRATION YOU OVERSEE TO TRANSITION TO A

5    NEW SYSTEM.

6    A.       DURING THE PRESIDENTIAL ELECTION?

7    Q.       WELL, IN ANY ELECTION.  THE REQUIRED STEPS --

8    SORRY.

9                    THE COURT:  WHY DON'T YOU ASK YOUR

10   COMPLETE QUESTION AGAIN AND THEN HE WILL ANSWER.

11   BY MR. FIELD:

12   Q.       IN ANY ELECTION CYCLE, NOT IN A SPECIFIC

13   ELECTION CYCLE, THE STEPS REQUIRED TO TRANSITION TO AND

14   ADMINISTER AN ELECTION WITH A NEW SYSTEM.

15   A.       WELL, FIRST, I WOULD NEED TO KNOW WHAT TYPE OF

16   SYSTEM WE WERE GOING TO BE USING, WHAT COMPONENTS COME

17   WITH THAT SYSTEM, WHETHER OR NOT WE CAN HOUSE THAT

18   SYSTEM AND THEN PROCEED FROM THERE.

19   Q.       AND ONCE YOU HAVE THAT INFORMATION SAY IN 2019

20   WHEN THE BOARD OF ELECTIONS SELECTED THE ES&S

21   EXPRESSVOTE XL, WHAT ARE THE STEPS YOU GO THROUGH AT

22   THAT POINT TO THE ELECTION WHEN YOU ARE FIRST USING IT?

23   A.       WELL, JUST AS I MENTIONED EARLIER, WE HAD TO

24   PROCURE -- THE COMMISSIONER HAD TO PROCURE A WAREHOUSE

25   THAT WAS CLIMATE CONTROLLED, SEALED, THE FLOORS WERE

1   SEALED TO KEEP THE DUST DOWN.  ONCE WE DID THAT, WE HAD

2   TO START IMPLEMENTING THE TRAINING PROCESS AS FAR AS

3   TRAINING OUR EMPLOYEES, AFTER THAT TRAINING THE PUBLIC.

4   AND MOST IMPORTANTLY THE 8,000 POLL WORKERS THROUGHOUT

5   THE CITY.

6   BY THE COURT:

7   Q.      I'M SORRY, SIR, I DIDN'T MEAN TO INTERRUPT YOU.

8   DID YOU HAVE MORE TO SAY?

9   A.      NO, I AM FINE.

10  Q.      YOU WERE HERE FOR MR. -- THE ES&S EMPLOYEE?

11          MR. WIYGUL:  BAUMERT, YOUR HONOR.

12  BY THE COURT:

13  Q.      YOU WERE HERE FOR MR. BAUMERT'S TESTIMONY?

14  A.      YES, SIR.

15  Q.      DO YOU KNOW WHO WENT TO OMAHA FROM THE CITY FOR

16  TRAINING IN THE USE OF THE MACHINES?

17  A.      AS FAR AS --- WHEN YOU SAY USE OF THE MACHINES,

18  YOU MEAN REPAIRING THEM?

19  Q.      WHAT HE DESCRIBED WAS THAT CITY REPRESENTATIVES

20  WERE INSTRUCTED ABOUT HOW THE MACHINE WORKS AND THEN

21  THEY TAUGHT THE ACTUAL --

22  A.      THEY ACTUALLY CAME TO PHILADELPHIA.

23  Q.      THEY DID?

24  A.      YES, SIR.

25  Q.      AND HOW MANY PEOPLE DID THEY INSTRUCT DIRECTLY?

1    A.       I BELIEVE 18 OF THEM WERE TECHNICIANS.

2    Q.       AND THOSE 18 IN TURN INSTRUCTED OTHERS?

3    A.       YES.

4    Q.       AND HOW LONG DID THAT PROCESS TAKE, IF YOU KNOW?

5    A.       WELL, ACTUALLY WE DID TWO CLASSES.  WE DID ONE

6    -- WE DID CLASSES IN THE SUMMER, WHICH NORMALLY YOU ONLY

7    DO -- IN A PRIMARY ELECTION WE WILL DO A SET OF CLASSES,

8    OVER 100 TRAININGS, BUT THIS TIME WE DID IT IN THE

9    SUMMER AND THEN WE DID IT ALSO IN THE FALL FOR THE FALL

10   ELECTION.

11   Q.       HOW MANY DAYS OR WEEKS DID THE TRAINING TAKE IN

12   THE SUMMER?

13   A.       IN THE SUMMER, IT TOOK CLOSE TO 6 WEEKS, 6 TO

14   8 WEEKS.

15   Q.       AND THEN FOR THE GENERAL ELECTION HOW LONG?

16   A.       SAME THING.

17   Q.       SAME THING?

18   A.       IT'S OVER 100 TRAININGS EACH.

19   Q.       OVER 100 TRAININGS, YOU MEAN OVER 100 SESSIONS?

20   A.       YES, SIR.

21                THE COURT:  OKAY.

22   BY MR. FIELD:

23   Q.       OKAY.  SO MR. LYNCH, YOU WERE TALKING ABOUT

24   TRAININGS AND I THINK YOU MENTIONED TRAINING EMPLOYEES,

25   THE PUBLIC AND THE 8,000 BOARD WORKERS?

1   A.      YES.

2   Q.      AND WHO ARE, GENERALLY SPEAKING, THESE 8,000

3   BOARD WORKERS?

4   A.      THEY ARE THE PEOPLE THAT RUN THE DAY-TO-DAY

5   OPERATIONS ON ELECTION DAY, WHICH ACTUALLY A LOT OF THEM

6   ARE ELDERLY, BUT THEY ARE DEDICATED TO THEIR WORK.

7               THE COURT:  I KNOW JUST HOW THEY FEEL.

8   THESE ARE THE PEOPLE THAT I SEE WHEN I GO INTO THE

9   POLLING PLACE?

10              THE WITNESS:  YES.

11              THE COURT:  OKAY.

12              THE WITNESS:  AND WE ALSO, IF YOU DON'T

13  MIND.  WE ALSO DID OVER 837 PUBLIC TRAININGS WITH THE

14  MACHINE.  WE TOOK THE MACHINES THROUGHOUT THE CITY AND

15  WE ARE STILL DOING IT TODAY.

16              THE COURT:  MR. FIELD.

17  BT MR. FIELD:

18  Q.      AND IN ADDITION TO THE THINGS YOU JUST

19  IDENTIFIED, ARE THERE ANY ACTIVITIES IN RELATION TO THE

20  ACTUAL VOTING PLACES THAT YOU HAVE TO GO THROUGH?

21  A.      YES.  WE WENT THROUGH -- WE CHECKED OVER 800

22  POLLING PLACES TO MAKE SURE THAT THEY CAN ACCOMMODATE

23  THE NEW VOTING SYSTEM, BECAUSE THE MACHINES WERE JUST A

24  LITTLE WIDER THAN THE OTHER MACHINES, AND THEY CAN'T BE

25  CARRIED UP STEPS LIKE THE OTHER ONES WERE.  SO WE HAD TO

1     FIND POLLING PLACES THAT WERE ABLE TO ACCOMMODATE THAT

2     MACHINE.  AND IN SOME CASES, WE HAD TO CHANGE THE

3     POLLING PLACES AND NOTIFY THE PUBLIC.

4     BY THE COURT:

5     Q.     MR. LYNCH, IS IT YOUR AGENCY THAT IS RESPONSIBLE

6     FOR THE PLACING OF THE SEALS ON THE MACHINES?

7     A.     YES, SIR.

8     Q.     AND WHEN THE MACHINES ARRIVED IN PHILADELPHIA,

9     AND YOU HAVE DESCRIBED IT THAT THEY ARRIVED DIFFERENT

10    NUMBERS AT DIFFERENT TIMES, IS THAT A FAIR STATEMENT?

11    A.     YES, THEY CAME IN TRACTOR TRAILERS.

12    Q.     TRACTOR TRAILERS.  WERE THEY SEALED IN THE

13    TRAILERS IN ANY WAY?

14    A.     THE ACTUAL TRUCK DOORS WERE SEALED WITH AN

15    ALUMINUM SEAL THAT HAD A NUMBER ON IT.

16    Q.     BUT THE MACHINES THEMSELVES WERE NOT?

17    A.     NO, THEY WERE NESTED TOGETHER AND THEY HAD

18    PLASTIC BAGS ON THEM.

19    Q.     YOUR PEOPLE PUT THE SEALS IN?

20    A.     YES.

21    Q.     AND THE SEALS WE SAW, I THINK MR. LIEB DESCRIBED

22    THEM ACCURATELY, A SMALL PLASTIC SEAL THAT IS LOOPED

23    WITH A NUMBER ON IT?

24    A.     YES.

25    Q.     AND IT CAN'T BE OPENED OTHER THAN BY BREAKING

1      THEM?

2      A.      YES, TRUE.

3      Q.      AND WHO INSTALLED THOSE?

4      A.      OUR TECHNICIANS.

5      Q.      AND WHEN DO THEY DO THAT?

6      A.      THEY ARE INSTALLED -- ONCE THE LOGIC AND

7      ACCURACY TEST IS DONE, THEY ARE INSTALLED AND RECORDED

8      BY US.

9      Q.      WHAT IS THE LOGIC AND ACCURACY TEST?

10     A.      SO ONCE THE BALLOT IS ACCEPTED -- EXCUSE ME,

11     ONCE THE BALLOT IS ACCEPTED, OUR EMPLOYEES HAVE A SCRIPT

12     THAT THEY GO BY, AND THEY TEST THE FUNCTIONALITY OF THE

13     MACHINE AND THE BUTTONS AND MAKE SURE THAT EVERYBODY

14     GETS A VOTE.

15     Q.      WHY DON'T WE BACK UP FOR A MINUTE.   THE MACHINES

16     HAVE ARRIVED IN THE CITY AND THEY ARE IN THE TWO

17     WAREHOUSES OR ARE BEING DELIVERED TO THE TWO WAREHOUSES.

18     WHAT DOES YOUR AGENCY DO WITH THE MACHINES ONCE THEY GET

19     HERE?

20     A.      OKAY.   SO ONCE THEY GET THERE AND WE RECORD THE

21     SEAL NUMBER OFF THE TRUCK, ONCE THEY GET THERE, WE ROLL

22     THEM INTO A CERTAIN PART OF THE WAREHOUSE AND WE START

23     THE USER ACCEPTANCE TEST.   THAT'S DIFFERENT FROM THE

24     L&A.   THE USER ACCEPTANCE TEST IS A TEST, A SCRIPT THAT

25     WE USE TO CHECK THE SERIAL NUMBERS ON THE MACHINE, THE

1    FUNCTIONALITY OF THE MACHINE AND CHECKING IT FOR DAMAGES

2    AND STUFF LIKE THAT.

3    Q.      WHEN YOU SAY THE FUNCTIONALITY, WHETHER IT

4    WORKS?

5    A.      YES.

6    Q.      AND HOW LONG DOES THAT TAKE FOR A PARTICULAR

7    MACHINE?

8    A.      IT WAS TAKING US LIKE 45 MINUTES TO DO IT.

9    Q.      FOR EACH MACHINE?

10   A.      FOR EACH MACHINE.

11   Q.      OKAY, GO ON.

12   A.      AND THEN ONCE THAT WAS -- THE UAT WAS TESTED,

13   AND IF WE EVER FOUND ANY PROBLEMS WE WOULD PUT THEM

14   ASIDE AND WE WOULD PUT THEM IN WHAT WE CALL SICK BAY.

15   AND THEN ONCE THEY WERE DONE, WE WOULD NEST THEM

16   TOGETHER, THE MACHINES, THEY HAVE -- THE LEGS ARE

17   SPREAD.  THEY WERE LIKE WIDE WHERE YOU CAN NEST THEM

18   TOGETHER, AND WE WOULD LOCK THEM UP.

19   Q.      OKAY.  AND WOULD ANYONE HAVE ANY REASON TO HAVE

20   ACCESS TO MACHINES, THOSE MACHINES, THAT ARE LOCKED UP

21   BETWEEN THE TIME THEY ARE LOCKED UP AND THE TIME THEY

22   ARE TAKEN TO THE POLLING PLACE?

23   A.      NOBODY FROM THE PUBLIC.

24   Q.      HOW ABOUT FROM YOUR ORGANIZATION?

25   A.      WE WERE JUST IN THERE DURING WORKING HOURS,

1    THAT'S IT.

2    Q.        OKAY.  AND WHEN ARE THE SEALS PUT ON THE

3    MACHINES?

4    A.        THE SEALS ARE PUT ON THE MACHINES AFTER WE DO

5    THE LOGIC AND ACCURACY TEST.

6    Q.        THERE'S A UNIQUE SEAL FOR EACH MACHINE?

7    A.        YES, SIR.

8    Q.        WHEN THE MACHINES ARE TAKEN TO THE POLLING

9    PLACES, DOES SOMEONE FROM YOUR AGENCY CHECK TO MAKE SURE

10   THE INTEGRITY OF THE SEAL HAS NOT BEEN BROKEN?

11   A.        NO, BUT THE BOARD WORKERS ARE INSTRUCTED TO CALL

12   US IF ONE OF THE SEALS ARE BROKEN.

13   Q.        IN THE NOVEMBER 2019 ELECTION, WERE ANY OF THE

14   SEALS BROKEN ON ANY OF THE MACHINES?

15   A.        WE DIDN'T HAVE ANY REPORTS OF.

16   Q.        OKAY.

17            THE COURT:  OKAY.  GO ON, MR. FIELD.

18   BY MR. FIELD:

19   Q.        MR. LYNCH, JUST ONE GENERAL QUESTION.  DO YOU

20   KNOW WHEN PHILADELPHIA LAST USED A PAPER BALLOT SYSTEM

21   IN AN ELECTION?

22   A.        I WOULD SAY OVER HALF A CENTURY.  I DON'T EVER

23   RECALL THEM USING THEM AT A POLLING PLACE.

24            MR. FIELD:  NOTHING FURTHER, YOUR HONOR.

25            THE COURT:  I ASSUME THE COMMONWEALTH HAS

1      NOTHING?

2                      MR. WIYGUL:  NO QUESTIONS FROM DEFENSE,

3      YOUR HONOR.

4                      THE COURT:  OKAY, MR. LIEB.

5                      MR. LIEB:  A FEW QUESTIONS PICKING UP ON

6      SOME OF THE SECURITY-RELATED QUESTIONS THAT THE COURT

7      ASKED YOU, SIR.

8                      REDIRECT EXAMINATION

9      BY MR. LIEB:

10     Q.      DO YOU RECALL BEING IN THE COURTROOM FOR MR.

11     BAUMERT'S TESTIMONY REGARDING WHETHER ES&S REQUIRES KEYS

12     THAT ARE UNIQUE TO EACH MACHINE?

13     A.      YES.

14     Q.      DOES PHILADELPHIA HAVE UNIQUE KEYS FOR EVERY

15     MACHINE?

16     A.      THEY USE THE SAME -- IT'S A KEYED-ALIKE MACHINE.

17     IT'S KEYED ALIKE, WE USE THE SAME KEY FOR EVERY MACHINE.

18     Q.      SAME KEY FOR EVERY MACHINE?

19     A.      YES.

20     Q.      APPROXIMATELY HOW MANY PEOPLE -- WELL,

21     WITHDRAWN.

22                      YOU SAID IN RESPONSE TO ONE OF THE

23     COURT'S QUESTIONS THAT WITH REGARD TO THE SPACE WHERE

24     THE MACHINES ARE KEPT NESTED --

25     A.      YES.

1    Q.      -- SOMETHING TO THE EFFECT OF, WE'RE JUST IN

2    THERE DURING WORKING HOURS.  DO YOU RECALL THAT

3    TESTIMONY?

4    A.      YES.

5    Q.      WHEN YOU SAY "WE'RE," YOU MEAN EMPLOYEES OF THE

6    BOARD OF ELECTIONS?

7    A.      YES.

8    Q.      APPROXIMATELY HOW MANY PEOPLE HAVE ACCESS TO

9    THAT SPACE?

10   A.      AS FAR AS KEY-WISE?

11   Q.      WELL --

12   A.      THE ACCESS TO THAT SPACE WOULD BE FOUR OF US.

13   Q.      OKAY.  AND IN TERMS OF HOW MANY PEOPLE ARE IN

14   AND OUT OF THERE DURING THE WORKING DAY?

15   A.      IT COULD BE UPWARDS FROM 18 TO 20 PEOPLE.

16   Q.      WHERE DO YOU ACTUALLY GET THE GREEN PLASTIC

17   SEALS THAT WE HAVE BEEN TALKING ABOUT?

18              MR. FIELD:  YOUR HONOR, I WOULD OBJECT TO

19   THIS LINE OF QUESTIONING.

20              THE COURT:  NO, I WILL LET HIM ASK.

21              GO AHEAD.

22              THE WITNESS:  WE PURCHASED THEM FROM A

23   VENDOR.

24   BY MR. LIEB:

25   Q.      WHAT VENDOR?

1              THE COURT:  ARE YOU GOING TO ASK HIM WHAT

2      PROCESS IS USED, BEST VALUE OR?

3              THE WITNESS:  I DON'T KNOW.  IT'S LIKE

4      FEISS AND SON.  I'M NOT SURE.  I FORGET THE NAME OF THE

5      COMPANY WE PURCHASE THEM FROM.

6              MR. FIELD:  YOUR HONOR, IF I MIGHT JUST

7      FINISH MY OBJECTION FOR THE RECORD, PLEASE?

8              THE COURT:  YES.

9              MR. FIELD:  AS THE COURT NOTED WHEN ES&S

10     WAS BEING QUESTIONED ABOUT THE LOCATION OF THEIR

11     WAREHOUSES, PLAINTIFF'S THEORY IN THIS CASE IS THAT

12     SOMEBODY COULD GAIN AN INAPPROPRIATE ACCESS TO THE

13     MACHINES.  I THINK THE DETAILS OF THE CITY'S PROCESSES

14     COULD REVEAL INFORMATION --

15             THE COURT:  HE HAS NOT SAID ANYTHING THAT

16     COMPROMISES SECURITY YET.  HE SAYS THAT THE CITY BUYS

17     THE SEALS AND HE IS NOT SURE FROM WHOM.  I DON'T REALLY

18     THINK THAT'S -- THAT'S THE ATOM BOMB SECRET.

19             MR. FIELD:  I APOLOGIZE, YOUR HONOR, I

20     WAS JUST OBJECTING TO THE QUESTION ABOUT WHERE THE CITY

21     BUYS ITS SEALS.

22             THE COURT:  HE DOES NOT KNOW, SO IT

23     DOESN'T MATTER.

24             GO AHEAD.

25     BY MR. LIEB:

1    Q.       TO YOUR KNOWLEDGE, ARE THE SEALS A COMMERCIALLY

2    AVAILABLE PRODUCT ON THE MARKET?

3                      THE COURT:  DO YOU KNOW?

4                      THE WITNESS:  I AM SURE.

5                      THE COURT:  YOU ARE SURE, OKAY.

6                      BEFORE YOU FINISH, HOLD ON.

7    BY THE COURT:

8    Q.       WHEN THE MACHINE GETS TO THE POLLING PLACE --

9    A.       YES, SIR.

10   Q.       -- THE POLL WORKERS PRESUMABLY HAVE BEEN TRAINED

11   THROUGH THE 100 TRAINING SESSIONS YOU DESCRIBED?

12   A.       YES.

13   Q.       IS THAT YES?

14   A.       YES.

15   Q.       AND WHAT DO THE POLL WORKERS DO WITH THE

16   MACHINES -- HOW SOON BEFORE THE NOVEMBER ELECTION DO THE

17   MACHINES GET TO THE POLLING PLACE?

18   A.       LIKE I SAID, USUALLY 10 DAYS WOULD BE -- 10 DAYS

19   OUT.

20   Q.       SO THEY GET THERE --

21   A.       WE START 10 DAYS OUT TO DELIVER THEM, BUT A LOT

22   OF THE POLLING PLACES COULD BE LIKE A CHURCH OR

23   RECREATION CENTER OR A SCHOOL.  AND A LOT OF THEM

24   REQUEST THAT WE BRING THEM MONDAY AND TAKE THEM OUT

25   WEDNESDAY.

1    Q.      AND SO WHEN THEY GET TO THE POLLING PLACE, THE

2    POLLING PLACE NEAR MY HOUSE IS A CHURCH.  ARE THE SEALS

3    ON THE MACHINES?

4    A.      YES, SIR.

5    Q.      AND WHEN ARE THE SEALS REMOVED?

6    A.      ELECTION DAY.

7    Q.      AND DOES YOUR STAFF AT THAT POINT, OTHER THAN

8    PLUGGING THE MACHINE IN AND PUTTING IN WHAT I WILL CALL

9    THE PIN CODE THAT WE SAW MR. BAUMERT DO, DID THEY DO

10   ANYTHING ELSE WITH THE MACHINES?

11   A.      WHEN YOU SAID THE BOARD, IT WOULD BE ACTUALLY

12   THE JUDGE OF ELECTIONS, THE BOARDS THAT WORK ON ELECTION

13   DAY.  SO WHEN THEY COME IN, THEY ARE INSTRUCTED.  THERE

14   IS A SEAL CARD IN THE ELECTION MATERIALS BOX, AND THEY

15   ARE INSTRUCTED TO RECORD THOSE SEALS ON THE SEAL CARD.

16   Q.      AND DO THEY RUN ANY CHECK OR DO ANYTHING WITH

17   THE MACHINE OTHER THAN TAKE THE SEAL OFF AND RECORD IT

18   AND PLUG IT IN?

19   A.      AND THEN POWER IT UP AND PUT THEIR CODE IN.

20              THE COURT:  OKAY.

21   BY MR. LIEB:

22   Q.      VERY BRIEF FOLLOW UP WHAT WAS JUST DISCUSSED.

23              THE COURT:  GO AHEAD, GO AHEAD.

24   BY MR. LIEB:

25   Q.      THE PEOPLE WHO ARE ACTUALLY BREAKING THE SEAL

1     AND TURNING ON THE MACHINES ON THE DAY OF VOTING, THEY

2     ARE NOT BOARD OF ELECTIONS EMPLOYEES, RIGHT?

3     A.     NO, THEY ARE ELECTED FROM THE VOTERS OF

4     PHILADELPHIA.  IF THEY ARE NOT ELECTED, THEY ARE COURT

5     APPOINTED.

6     Q.     THEY ARE BASICALLY PEOPLE -- THEY ARE ELECTED?

7     A.     YES, THEY SIGN AN OATH ON ELECTION DAY THAT

8     MENTIONS --

9                    THE COURT:  WHAT DO THEY SWEAR TO?

10                   THE WITNESS:  THEY SWEAR TO CONDUCT A

11    FAIR ELECTION ON ELECTION DAY.

12                   THE COURT:  OKAY.

13    BY MR. LIEB:

14    Q.     AND JUST TO BE CLEAR, THE PEOPLE WHO WOULD BE

15    RESPONSIBLE FOR ALERTING THE BOARD IN THE EVENT THE SEAL

16    WERE BROKEN ARE THESE PERSONS, CORRECT?

17    A.     YES, SIR.

18                   MR. LIEB:  THAT'S ALL I HAVE.

19                   THE COURT:  THANK YOU SO VERY MUCH, MR.

20    LYNCH.

21                   THE WITNESS:  THANK YOU.

22                   THE COURT:  IS THERE ANYTHING MORE YOU

23    WISH TO PRESENT, MR. LIEB?

24                   MR. LIEB:  NO, YOUR HONOR.

25                   THE COURT:  MR. FIELD?

1          MR. FIELD:  YOUR HONOR, I HAVE ONE

2     HOUSEKEEPING MATTER.

3          THE COURT:  WAIT, BEFORE WE GET TO

4     HOUSEKEEPING, ANY OTHER WITNESSES?

5          MR. FIELD:  THIS IS WITH REFERENCE TO

6     POTENTIAL WITNESSES.  WE CAN DO THIS AFTER.

7          THE COURT:  MR. WIYGUL, DOES THE

8     COMMONWEALTH HAVE ANY ADDITIONAL WITNESSES, ANY -- I

9     GUESS IT WOULD BE REBUTTAL WITNESSES?

10         MR. WIYGUL:  WE DO NOT HAVE ANY REBUTTAL

11    WITNESSES, YOUR HONOR.  THERE IS ONE EXHIBIT THAT I

12    WOULD MOVE INTO EVIDENCE AND I DON'T THINK IT WAS MOVED

13    IN YET.

14         THE COURT:  LET'S GO WITH MR. FIELD AND

15    THEN WE WILL GO TO YOUR EXHIBIT.

16         YES, MR. FIELD.

17         MR. FIELD:  THANK YOU, YOUR HONOR.  SO

18    YOUR HONOR ON WEDNESDAY ASKED A QUESTION WHICH THE CITY

19    HAD NOT INTERPRETED TO BE PART OF YOUR HONOR'S

20    DECEMBER 20TH ORDER REGARDING THE EXPENDITURES ON THE

21    ELECTION SYSTEM.

22         THE COURT:  I THOUGHT WE HAD THAT

23    INFORMATION.  WE HAVE THE CONTRACT, IT WAS $29 MILLION

24    AND CHANGE.

25         MR. FIELD:  WE HAD OFFERED A STIPULATION

1    FROM -- OF ACTUAL ADDITIONAL EXPENDITURES.  I JUST

2    WANTED TO ALERT THE COURT AND PLAINTIFF THAT IF THEY

3    REFUSE TO STIPULATE, IF THE COURT WANTED ADDITIONAL

4    INFORMATION, WE CAN PUT IN AN AFFIDAVIT, MAKE SOMEBODY

5    AVAILABLE FOR EXAMINATION, BUT WE DON'T SEE THE NEED TO

6    DO SO, YOUR HONOR.

7               THE COURT:  MR. LIEB, YOU ARE NOT GOING

8    TO STIPULATE TO THE ADDITIONAL EXPENDITURES?

9               MR. LIEB:  JUDGE, I HAVE NO KNOWLEDGE

10   WHATSOEVER OF THIS.  IF THERE IS SOME PUBLIC RECORD THAT

11   THEY CAN OFFER, I AM CERTAINLY NOT GOING TO OBJECT TO IT

12   BEING RECEIVED IN EVIDENCE.  I AM JUST A LITTLE

13   UNCOMFORTABLE SIGNING A DOCUMENT --

14               THE COURT:  YOU JUST DON'T BELIEVE MR.

15   FIELD.

16               MR. LIEB:  NO, I BELIEVE MR. FIELD.  I

17   DON'T NECESSARILY BELIEVE THE CITY BUREAUCRACY THAT GAVE

18   HIM THE INFORMATION, TO BE HONEST WITH YOU.

19               THE COURT:  I WANT YOU TO BE HONEST.

20   THANK YOU, THAT'S EXTREMELY HELPFUL, MR. LIEB.

21               I REALLY DON'T WANT ANY ADDITIONAL

22   EVIDENCE SUBMITTED.  THE COMMISSIONER IS STILL HERE AND

23   MR. LYNCH IS STILL HERE.  BETWEEN THE TWO OF THEM YOU

24   CAN'T -- THEY DON'T KNOW WHAT THESE -- I THOUGHT THE

25   COMMISSIONER ACTUALLY TESTIFIED TO SOME OF THOSE

1    EXPENSES WHEN MR. LIEB, WHO WON'T STIPULATE TO IT, ASKED

2    HER ABOUT THAT.

3                    MR. FIELD:  I BELIEVE THEY MAY HAVE SOME

4    GENERAL KNOWLEDGE, YOUR HONOR, WHEN YOU HAD ASKED FOR A

5    STIPULATION.  THE ACTUAL EXPENDITURES IS OBVIOUSLY THE

6    PURVIEW OF THE FINANCE DEPARTMENT.

7                    THE COURT:  ANY EXECUTIVE GETS HER

8    KNOWLEDGE ALMOST INVARIABLY FROM OTHER PEOPLE.  I DON'T

9    THINK THE COMMISSIONER WAS RUNNING THE CASH REGISTER OR

10   ADDING MACHINE HERSELF.

11                   WHY DON'T WE TAKE A SHORT BREAK AND

12   PERHAPS DURING THAT TIME EITHER MR. LYNCH OR THE

13   COMMISSIONER CAN FAMILIARIZE HERSELF/HIMSELF WITH WHAT

14   THOSE EXPENDITURES WERE AND WE CAN RECALL EITHER WITNESS

15   TO TESTIFY.

16                   MR. FIELD:  THANK YOU, YOUR HONOR.

17                   THE COURT:  OKAY, WE WILL TAKE A SHORT

18   RECESS.

19                   (RECESS TAKEN.)

20                   THE COURT:  ALL RIGHT, PLEASE BE SEATED.

21                   MR. FIELD.

22                   MS. WALSH:  YOUR HONOR --

23                   THE COURT:  MS. WALSH.

24                   MS. WALSH:  GOOD MORNING AGAIN, YOUR

25   HONOR.  YOUR HONOR, AT THIS POINT THE CITY OF

1    PHILADELPHIA RECALLS COMMISSIONER NESMITH-JOYNER TO THE

2    STAND.

3              THE COURT:  WELCOME BACK, COMMISSIONER.

4    YOU ARE STILL UNDER OATH.

5              (MONIQUE NESMITH-JOYNER, HAVING BEEN

6    PREVIOUSLY SWORN, TESTIFIED AS FOLLOWS.)

7              MS. WALSH:  MAY I PROCEED, YOUR HONOR?

8              THE COURT:  YOU MAY.

9              DIRECT EXAMINATION

10   BY MS. WALSH:

11   Q.     AND GOOD MORNING AGAIN, COMMISSIONER.

12   A.     GOOD MORNING.

13   Q.     COMMISSIONER, HAVE YOU HAD AN OPPORTUNITY TO

14   FAMILIARIZE YOURSELF WITH ANY ADDITIONAL EXPENDITURES

15   MADE BY THE CITY OF PHILADELPHIA IN RELATION TO THE ES&S

16   VOTING SYSTEM FOR THE YEAR 2019?

17   A.     YES.

18   Q.     AND WHERE DID YOU OBTAIN THAT INFORMATION FROM?

19   A.     I JUST SPOKE WITH THE DEPUTY DIRECTOR OF

20   FINANCE.

21   Q.     AND COMMISSIONER, CAN YOU PLEASE DETAIL FOR THE

22   COURT SOME OF THOSE ADDITIONAL EXPENDITURES MADE BY THE

23   CITY?

24   A.     YES.  MAY I REFER TO THIS?  I JOTTED DOWN SOME

25   NOTES.

1          THE COURT:  YOU MAY.

2          THE WITNESS:  THANK YOU.  YOU ARE

3    SPECIFICALLY REFERRING TO ADDITIONAL EXPENDITURES

4    OUTSIDE THE CITY?

5    BY MS. WALSH:

6    Q.     OUTSIDE, THAT'S CORRECT.

7    A.     SO I HAVE 1.2 MILLION FOR THE TRANSITION

8    CONSULTANT.  I UNDERSTAND THE CITY WANTED TO CONSULT

9    WITH -- TO CONTRACT, EXCUSE ME, WITH A CONSULTANT WHO

10   HAD DONE IMPLEMENTATION OF NEW SYSTEMS IN OTHER AREAS,

11   SINCE THIS WAS NEW TO THE CITY.

12          THERE IS 1.6 MILLION IN RELATED SUPPLIES,

13   WI-FI THAT NEEDED TO BE RUN, OF THE GROUNDING OF THE

14   ELECTRICAL WIRES AND SUCH; 2 MILLION IN THE ANNUAL

15   RELEASE COST; AND THEN 66,000 IN TENANT IMPROVEMENT

16   COSTS.

17          MS. WALSH:  I HAVE NO FURTHER QUESTIONS

18   AT THIS POINT, YOUR HONOR.

19          THE COURT:  MR. LIEB.

20              CROSS-EXAMINATION

21   BY MR. LIEB:

22   Q.     DO YOU HAVE OR WERE YOU PROVIDED WITH ANY

23   INFORMATION REGARDING THE AMOUNT OF MONEY DUE UNDER THE

24   CONTRACT THAT THE CITY OF PHILADELPHIA HAS ACTUALLY

25   PAID?

```
 1                        THE COURT:  I COULDN'T HEAR THE LAST PART

 2      OF YOUR QUESTION.

 3      BY MR. LIEB:

 4      Q.      THE AMOUNT OF MONEY DUE UNDER THE CONTRACT THAT

 5      HAS ACTUALLY BEEN PAID.  SO THERE HAS BEEN EVIDENCE

 6      INTRODUCED ABOUT AND INFORMATION ABOUT HOW MUCH THE

 7      CONTRACT IS FOR.

 8      A.      YES.

 9      Q.      DO YOU HAVE OR WERE YOU GIVEN INFORMATION ABOUT

10      HOW MUCH MONEY THE CITY OF PHILADELPHIA HAS ACTUALLY

11      PAID?

12      A.      HAS PAID TO THE ES&S CONTRACT?

13      Q.      YES.

14      A.      YES.  IT WAS 20 MILLION.

15                        MR. LIEB:  NOTHING FURTHER.

16                        THE COURT:  OKAY.  THANK YOU AGAIN,

17      COMMISSIONER.

18                        THE WITNESS:  THANK YOU.

19                        THE COURT:  DOES ANYONE HAVE ANY

20      ADDITIONAL EVIDENCE HE OR SHE WOULD LIKE TO PRESENT.

21      LET'S START WITH WITNESSES, ANY ADDITIONAL WITNESSES?

22                        MS. WALSH:  NOTHING FROM THE CITY, YOUR

23      HONOR, THANK YOU.

24                        MR. WIYGUL:  NOTHING FROM THE DEFENDANTS,

25      YOUR HONOR.
```

1                    MR. LIEB:  NO.

2                    THE COURT:  ANY ADDITIONAL EVIDENCE?

3                    MR. WIYGUL:  YOUR HONOR, DEFENDANTS WOULD

4       LIKE TO MOVE INTO EVIDENCE JX 22 THAT IS REFERENCED IN

5       THE FACTUAL STIPULATIONS AT STIPULATION 27.  THAT IS,

6       YOUR HONOR, IF YOU RECALL THAT THE -- THERE WAS THAT

7       FREEDOM TO TINKER ARTICLE THAT DR. HALDERMAN LINKED TO

8       HIS PORTION OF THE OCTOBER 9, 2018 E-MAIL THAT MR.

9       MAAZEL SENT TO DEFENDANTS.  AND THAT ARTICLE ITSELF

10      LINKED TO A VIDEO AND THIS IS THAT VIDEO THAT WAS LINKED

11      TO THAT ARTICLE.

12                   MR. LIEB:  I CAN'T REMEMBER, HONESTLY,

13      JUDGE, WHAT THE STATE OF THE TESTIMONY WAS ABOUT WHETHER

14      THAT ARTICLE WAS -- OR THE VIDEO WAS OR WAS NOT WATCHED,

15      SO I GUESS ON THAT BASIS I WOULD OBJECT.

16                   THE COURT:  I WILL OVERRULE THE

17      OBJECTION.  IT WILL BE ADMITTED.

18                   (JOINT EXHIBIT 22 IS ADMITTED INTO

19      EVIDENCE.)

20                   THE COURT:  ANYTHING ELSE?

21                   MR. WIYGUL:  FOR THE RECORD, YOUR HONOR,

22      WE HAVE PROVIDED THAT TO THE COURT AND WE HAVE PROVIDED

23      IT AS WELL TO THE PLAINTIFFS, BUT THAT OBVIOUSLY IS NOT

24      IN THE BINDER SINCE IT'S A FLASH DRIVE THAT WE SUBMITTED

25      TO THE COURT LAST WEEK.

1                    THE COURT:  UNDERSTOOD.

2                    DO YOU HAVE ANY ADDITIONAL EVIDENCE YOU

3      WISH TO PRESENT, MR. LIEB?

4                    MR. LIEB:  NO, JUDGE.

5                    THE COURT:  OKAY, THEN, IS THERE ANYTHING

6      MORE FOR US TO DO OTHER THAN SET UP A SCHEDULE FOR THE

7      SUBMISSION OF PROPOSED FINDINGS AND CONCLUSIONS?

8                    MR. WIYGUL:  I DON'T BELIEVE SO, YOUR

9      HONOR.

10                    MR. LIEB:  NOR DO I.

11                    THE COURT:  OKAY.  HAVE THE PARTIES BEEN

12      ASKING FOR DAILY COPIES OR NOT?

13                    MR. LIEB:  WE HAVE NOT.

14                    MR. WIYGUL:  NOR HAVE WE.

15                    THE COURT:  YOU ARE GOING TO NEED A COPY

16      FOR ALL THREE DAYS OF THE HEARING.  AND THE PRICE YOU

17      WILL PAY WILL TURN ON HOW QUICKLY YOU WANT IT.

18                    SO ACTUALLY I HAVE TO ASK OUR

19      STENOGRAPHER.  DO YOU KNOW WHAT THE SCHEDULE OF PAYMENT

20      IS?

21                    THE STENOGRAPHER:  YES.  I E-MAILED THE

22      TWO LADIES ON THE END WHAT THE PRICES WERE.

23                    THE COURT:  WHY DON'T YOU IDENTIFY

24      YOURSELF FOR THE RECORD.

25                    MS. MATTHIAS:  CHRISTINA MATTHIAS FOR THE

1       DEFENDANTS, YOUR HONOR.

2                    THE COURT:  NICE TO SEE YOU AGAIN, MS.

3       MATTHIAS.

4                    MS. MATTHIAS:  NICE TO SEE YOU AS WELL.

5                    SO IT'S GOING TO BE 3.65 PER PAGE FOR THE

6       30 DAY.  THERE'S A 14-DAY OF 4.25 PER PAGE, SEVEN DAY

7       WOULD BE 4.85 PER PAGE AND THE THREE DAY IS 5.45 PER

8       PAGE.

9                    THE COURT:  I WOULD PROPOSE THE SEVEN

10      DAYS.  I REALLY DON'T WANT TO -- BECAUSE YOU ARE GOING

11      TO NEED SOME TIME.  ALTHOUGH YOU CAN CERTAINLY GET

12      STARTED NOW, YOU ARE GOING TO STILL NEED SOME TIME AFTER

13      YOU GET THE TRANSCRIPTS.  UNLESS THE PARTIES ARE

14      OPPOSED, I WOULD PROPOSE THAT YOU GET COPY WITHIN SEVEN

15      DAYS AND SUBMIT PROPOSED FINDINGS AND CONCLUSIONS

16      14 DAYS AFTER THAT.  IS THAT DOABLE?

17                    MR. LIEB:  I THINK SO.

18                    MR. WIYGUL:  SO 21 DAYS FROM TODAY?

19                    THE COURT:  TODAY, YES.  21 DAYS, YOU CAN

20      GET STARTED TODAY.  I DON'T KNOW IF THE CITY PLANS ON --

21      WHY DON'T WE ERR ON THE SIDE OF CAUTION.  IS THAT

22      DOABLE, MR. FIELD?

23                    MR. FIELD:  THAT IS FOR THE CITY, YOUR

24      HONOR.

25                    THE COURT:  I DON'T WANT ANY RESPONSIVE

1      PLEADINGS AFTER THAT.  SO THAT THE PROPOSED FINDINGS ARE

2      WHATEVER LENGTH THEY ARE.  AS FOR THE CONCLUSIONS OF

3      LAW, I'M GOING TO LIMIT EACH PARTY TO 25 PAGES, WHICH I

4      THINK IS MORE THAN ENOUGH TO ADDRESS, ESPECIALLY IN

5      LIGHT OF EVERYTHING THAT HAS BEEN SUBMITTED AND ALL THE

6      BRIEFING THAT'S BEEN DONE, THERE'S THE MOTION TO ENFORCE

7      THE CONTRACT.  I THINK 25 PAGES IS QUITE SUFFICIENT.

8                   IS THERE ANYTHING ELSE ANYBODY WOULD LIKE

9      TO PUT ON THE RECORD?

10                  MR. LIEB?

11                  MR. LIEB:  NO, THANK YOU, JUDGE.

12                  THE COURT:  MR. WIYGUL?

13                  MR. WIYGUL:  NO, YOUR HONOR.  IF I CAN

14     JUST CLARIFY, THOSE 25 PAGES WOULD BE THE ACTUAL

15     CONCLUSIONS THAT THE PARTIES WOULD URGE THE COURT TO --

16                  THE COURT:  THE CONCLUSIONS, NOT THE

17     FACTUAL FINDINGS.  THE FACTUAL FINDINGS ARE WHATEVER

18     LENGTH THEY ARE.  IT'S A LEGAL BRIEF.  IT'S JUST A LEGAL

19     MEMORANDUM OF NO MORE THAN 25 PAGES.

20                  MR. WIYGUL:  THANK YOU.

21                  MR. LIEB:  I APPRECIATE THE

22     CLARIFICATION.

23                  MR. FIELD:  NOTHING FURTHER, YOUR HONOR.

24                  THE COURT:  OKAY, THEN MY THANKS TO ALL

25     COUNSEL FOR THEIR VERY HARD WORK ON THIS MATTER.  WHEN

1      SOMETHING IS THIS WELL-PREPARED, AS THIS IS PREPARED AS

2      WELL AS THIS AS BEEN BY ALL THE LAWYERS, IT'S PERFECTLY

3      OBVIOUS, AND IT HAS BEEN PERFECTLY OBVIOUS TO ME THAT

4      YOU ALL WORKED VERY HARD.  AND DON'T TELL MR. MAAZEL AND

5      MR. ARONCHICK I SAID THIS, THEIR EGOS ARE BIG ENOUGH.

6      SO THANK YOU.

7                      ALL COUNSEL:  THANK YOU, YOUR HONOR.

8                      THE COURT:  THANK YOU.

9                      (COURT ADJOURNED.)

10

11

12              I CERTIFY THAT THE FOREGOING IS A CORRECT

13     TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

14     ABOVE-ENTITLED MATTER.

15

16     2/24/20
       DATE                          OFFICIAL COURT REPORTER

17                                    LYNN GLIGOR, RMR

18

19

20

21

22

23

24

25

1

2

3                    I  N  D  E  X

4    WITNESS                DIRECT   CROSS   REDIRECT   RECROSS

5    MONIQUE NESMITH-JOYNER

6       BY MS. WALSH          --        3       --         --

7       BY MR. LIEB           --       --       17         --

8    JOSEPH LYNCH

9       BY MR. LIEB           24       --       47         --

10      BY MR. FIELD          --       38       --         --

11   MONIQUE NESMITH-JOYNER

12      BY MS. WALSH          56       --       --         --

13      BY MR. LIEB           --       57       --         --

14

15   EXHIBIT                                            PAGE

16   PLAINTIFFS' EXHIBITS 1017 AND 1018                  22

17   PLAINTIFFS' EXHIBIT 1019                            24

18   JOINT EXHIBIT 22                                    59

19

20

21

22

23

24

25

## $

**$29** [1] - 53:23

## '

**'19** [1] - 27:12

## 1

**1,500** [1] - 13:15
**1.2** [1] - 57:7
**1.6** [1] - 57:12
**10** [5] - 35:6, 50:18, 50:21
**100** [6] - 15:12, 41:8, 41:18, 41:19, 50:11
**10020** [1] - 1:15
**1017** [3] - 22:12, 22:25, 64:16
**1018** [3] - 22:12, 22:25, 64:16
**1019** [3] - 23:3, 24:2, 64:17
**10TH** [1] - 1:15
**12** [2] - 14:2, 35:13
**14** [1] - 61:16
**14-DAY** [1] - 61:6
**142** [1] - 28:9
**14A** [1] - 1:8
**150-PLUS** [1] - 23:17
**1515** [1] - 2:13
**15TH** [1] - 2:13
**16-6287** [1] - 1:5
**17** [2] - 22:10, 64:7
**1735** [1] - 2:3
**18** [7] - 13:23, 14:3, 14:5, 22:11, 41:1, 41:2, 48:15
**18TH** [2] - 2:8, 33:2
**19** [1] - 24:24
**19102** [1] - 2:13
**19103** [1] - 2:3
**19103-6933** [1] - 2:8
**19106** [2] - 1:9, 1:19

## 2

**2** [1] - 57:14
**20** [4] - 18:6, 32:5, 48:15, 58:14
**2007** [1] - 26:2
**2008** [1] - 26:5
**2018** [7] - 16:9, 17:25, 18:2, 31:17, 32:15, 32:18, 59:8
**2019** [10] - 15:17, 18:6, 29:10, 32:24, 33:3, 33:6, 36:10, 39:19, 46:13, 56:16

**2020** [4] - 1:8, 16:24, 27:8, 27:16
**20TH** [6] - 18:7, 18:8, 32:24, 33:25, 35:9, 53:20
**21** [3] - 1:8, 61:18, 61:19
**22** [4] - 59:4, 59:18, 64:16, 64:18
**24** [5] - 13:23, 14:4, 14:5, 64:9, 64:17
**25** [6] - 24:21, 28:17, 62:3, 62:7, 62:14, 62:19
**25TH** [1] - 26:16
**2609** [1] - 1:18
**27** [1] - 59:5
**27TH** [1] - 2:7

## 3

**3** [2] - 1:12, 64:6
**3,750** [1] - 34:19
**3,800** [1] - 34:18
**3.65** [1] - 61:5
**30** [6] - 6:12, 7:6, 7:9, 7:16, 7:18, 61:6
**300** [2] - 34:21
**304,553** [1] - 33:8
**34,000** [2] - 4:6, 4:7
**38** [1] - 64:10

## 4

**4** [1] - 18:2
**4.25** [1] - 61:6
**4.85** [1] - 61:7
**45** [1] - 45:8
**47** [1] - 64:9
**4TH** [1] - 17:25

## 5

**5.45** [1] - 61:7
**56** [1] - 64:12
**57** [1] - 64:13
**59** [1] - 64:18
**5TH** [2] - 33:6, 35:10

## 6

**6** [1] - 41:13
**600** [1] - 1:15
**601** [1] - 1:18
**66,000** [1] - 57:15

## 7

**77** [2] - 27:12, 28:2

## 8

**8** [1] - 41:14
**8,000** [3] - 40:4, 41:25, 42:2
**800** [2] - 35:4, 42:21
**831** [1] - 33:11
**837** [1] - 42:13
**856)649-4774** [1] - 1:19

## 9

**9** [2] - 14:2, 59:8

## A

**ABADY** [1] - 1:14
**ABLE** [4] - 5:14, 28:14, 29:3, 43:1
**ABOUT** [35] - 4:2, 4:16, 8:2, 8:14, 9:21, 9:22, 13:1, 13:22, 19:7, 19:17, 20:5, 20:19, 20:21, 29:25, 30:10, 31:3, 31:16, 31:21, 32:15, 32:17, 32:21, 34:21, 36:21, 38:25, 40:20, 41:23, 45:24, 48:17, 49:10, 49:20, 55:2, 58:6, 58:9, 59:13
**ABOVE** [1] - 63:14
**ABOVE-ENTITLED** [1] - 63:14
**ACCEPT** [1] - 18:6
**ACCEPTANCE** [2] - 44:23, 44:24
**ACCEPTED** [2] - 44:10, 44:11
**ACCEPTING** [1] - 35:24
**ACCESS** [4] - 45:20, 48:8, 48:12, 49:12
**ACCOMMODATE** [2] - 42:22, 43:1
**ACCOUNT** [2] - 14:8, 14:10
**ACCURACY** [3] - 44:7, 44:9, 46:5
**ACCURATELY** [1] - 43:22
**ACT** [2] - 27:12, 28:2
**ACTIVITIES** [2] - 24:25, 42:19
**ACTUAL** [6] - 40:21, 42:20, 43:14, 54:1, 55:5, 62:14
**ACTUALLY** [16] - 15:12, 16:19, 21:1,

33:25, 36:24, 40:22, 41:5, 42:5, 48:16, 51:11, 51:25, 54:25, 57:24, 58:5, 58:10, 60:18
**ADD** [1] - 23:17
**ADDING** [1] - 55:10
**ADDITION** [2] - 22:22, 42:18
**ADDITIONAL** [15] - 3:15, 11:8, 19:11, 53:8, 54:1, 54:3, 54:8, 54:21, 56:14, 56:22, 57:3, 58:20, 58:21, 59:2, 60:2
**ADDRESS** [2] - 11:15, 62:4
**ADDS** [1] - 14:1
**ADJOURNED** [1] - 63:9
**ADMINISTER** [1] - 39:14
**ADMINISTRATION** [2] - 32:6, 39:4
**ADMINISTRATIVE** [1] - 24:25
**ADMINISTRATOR** [1] - 25:2
**ADMISSIBLE** [1] - 23:11
**ADMIT** [2] - 23:19, 23:25
**ADMITTED** [7] - 22:24, 23:1, 23:7, 23:20, 24:2, 59:17, 59:18
**AFFIDAVIT** [1] - 54:4
**AFTER** [11] - 6:6, 7:8, 10:3, 33:20, 34:25, 40:3, 46:4, 53:6, 61:12, 61:16, 62:1
**AFTERTHOUGHT** [1] - 23:17
**AGAIN** [19] - 5:13, 5:16, 6:15, 7:22, 8:17, 8:21, 9:14, 9:16, 10:9, 12:14, 14:8, 15:22, 15:24, 39:10, 55:24, 56:11, 58:16, 61:2
**AGENCY** [3] - 43:5, 44:18, 46:9
**AGO** [7] - 16:14, 16:15, 19:8, 19:9, 19:17, 29:16, 30:10
**AGREED** [1] - 34:17
**AGREEMENT** [1] - 27:18
**AHEAD** [7] - 12:24, 30:19, 30:23, 48:21, 49:24, 51:23

**AIDED** [1] - 1:21
**AL** [2] - 1:3, 1:6
**ALERT** [1] - 54:2
**ALERTING** [1] - 52:15
**ALIKE** [2] - 47:16, 47:17
**ALL** [23] - 3:4, 9:14, 9:21, 10:12, 12:10, 13:16, 14:19, 17:13, 19:6, 21:17, 33:11, 34:20, 34:21, 34:22, 35:1, 52:18, 55:20, 60:16, 62:5, 62:24, 63:2, 63:4, 63:7
**ALLEGHENY** [1] - 36:22
**ALLOW** [4] - 5:13, 11:6, 21:5, 21:8
**ALLOWS** [5] - 5:2, 5:5, 5:19, 6:3, 6:6
**ALMOST** [2] - 25:3, 55:8
**ALONG** [1] - 10:8
**ALREADY** [1] - 30:19
**ALSO** [9] - 7:18, 8:21, 11:5, 15:1, 15:2, 36:9, 41:9, 42:12, 42:13
**ALTHOUGH** [1] - 61:11
**ALUMINUM** [1] - 43:15
**ALWAYS** [3] - 5:17, 5:18, 30:22
**AM** [15] - 12:22, 15:12, 24:5, 29:11, 30:22, 32:8, 36:5, 36:18, 36:20, 36:24, 38:8, 40:9, 50:4, 54:11, 54:12
**AMENDMENTS** [1] - 13:19
**AMOUNT** [2] - 57:23, 58:4
**AN** [28] - 4:5, 6:2, 6:7, 6:11, 6:12, 6:25, 7:18, 8:16, 8:18, 9:15, 14:11, 15:23, 17:21, 23:7, 23:12, 23:17, 24:24, 25:2, 29:5, 32:14, 36:5, 39:14, 43:14, 46:21, 49:12, 52:7, 54:4, 56:13
**AND** [216] - 3:24, 4:2, 4:7, 4:20, 4:21, 4:23, 5:2, 5:4, 5:25, 6:5, 6:9, 6:13, 6:16, 6:17, 6:23, 7:1, 7:4, 7:6, 7:8, 7:11, 7:13, 7:19, 7:25, 8:2, 8:6, 8:8,

8:22, 8:23, 9:2, 9:3, 9:4, 9:7, 9:16, 9:17, 9:18, 9:19, 10:2, 10:5, 10:9, 10:11, 10:14, 10:16, 10:18, 10:19, 10:23, 10:24, 11:2, 11:5, 11:11, 11:13, 11:15, 12:2, 12:14, 12:19, 13:6, 13:8, 13:16, 14:2, 14:9, 14:16, 14:22, 15:5, 15:10, 15:20, 15:25, 16:2, 16:20, 16:23, 17:25, 18:4, 18:13, 18:18, 18:23, 18:24, 19:16, 21:21, 22:11, 22:12, 22:18, 22:25, 23:2, 24:14, 24:18, 24:20, 24:23, 25:12, 25:23, 26:4, 27:3, 27:11, 27:14, 27:17, 28:10, 28:21, 30:4, 30:5, 30:17, 30:18, 31:12, 31:15, 31:17, 32:3, 33:2, 33:5, 33:8, 33:14, 33:18, 33:22, 33:23, 34:5, 34:9, 34:12, 34:13, 34:16, 34:20, 35:3, 35:15, 35:23, 37:8, 39:3, 39:10, 39:13, 39:18, 39:19, 40:4, 40:20, 40:25, 41:2, 41:4, 41:9, 41:15, 41:24, 41:25, 42:2, 42:12, 42:14, 42:18, 42:24, 43:2, 43:3, 43:8, 43:9, 43:17, 43:21, 43:25, 44:3, 44:5, 44:6, 44:7, 44:9, 44:12, 44:13, 44:16, 44:20, 44:22, 45:1, 45:2, 45:6, 45:12, 45:13, 45:14, 45:15, 45:18, 45:19, 45:21, 46:2, 46:5, 48:13, 48:14, 49:4, 49:17, 50:15, 50:23, 50:24, 51:1, 51:5, 51:7, 51:8, 51:14, 51:16, 51:17, 51:18, 51:19, 52:1, 52:14, 53:12, 53:14, 53:24, 54:2, 54:22, 55:11, 55:14, 56:11, 56:18, 56:21, 57:14, 57:15, 58:6, 59:9, 59:10, 59:22, 60:7, 60:16, 61:7, 61:15, 62:5, 63:3, 63:4, 64:16

ANN [1] - 22:13
ANNUAL [1] - 57:14
ANSWER [5] - 20:15, 28:21, 28:22, 36:5, 39:10
ANSWERED [1] - 30:19
ANSWERING [1] - 35:25
ANTICIPATE [2] - 27:10, 30:18
ANTICIPATING [5] - 27:13, 28:5, 28:6, 28:8, 28:10
ANY [39] - 3:15, 11:6, 11:7, 11:11, 14:10, 17:5, 22:20, 25:15, 27:4, 27:6, 29:24, 30:15, 32:20, 36:25, 37:13, 39:7, 39:12, 42:19, 43:13, 45:13, 45:19, 46:13, 46:14, 46:15, 51:16, 53:4, 53:8, 53:10, 54:21, 55:7, 56:14, 57:22, 58:19, 58:21, 59:2, 60:2, 61:25
ANYBODY [1] - 62:8
ANYONE [2] - 45:19, 58:19
ANYTHING [12] - 4:7, 14:14, 17:19, 38:10, 38:11, 49:15, 51:10, 51:16, 52:22, 59:20, 60:5, 62:8
ANYWHERE [3] - 7:2, 8:9, 12:14
APART [1] - 27:17
APOLOGIZE [1] - 49:19
APPARENTLY [1] - 34:14
APPEAL [3] - 11:7, 11:12, 11:20
APPEALING [1] - 23:14
APPEARANCES [2] - 1:13, 2:1
APPLIES [1] - 17:16
APPOINTED [1] - 52:5
APPRECIATE [1] - 62:21
APPRISED [1] - 20:10
APPROACH [3] - 4:18, 10:5, 22:5
APPROVAL [3] - 7:22, 14:9, 15:3
APPROVE [1] - 7:25
APPROXIMATE [4] - 6:10, 13:10, 13:11,

13:24
APPROXIMATELY [8] - 7:16, 8:3, 12:6, 13:11, 13:23, 16:8, 47:20, 48:8
APPROXIMATING [1] - 14:3
APRIL [2] - 34:9, 34:10
ARCH [1] - 2:13
ARE [114] - 3:11, 4:3, 4:5, 4:6, 5:15, 5:16, 5:21, 5:25, 7:11, 7:22, 7:24, 8:2, 8:13, 8:17, 8:25, 9:1, 9:18, 9:21, 9:22, 9:25, 10:3, 10:13, 11:18, 13:6, 14:12, 15:6, 19:3, 19:4, 20:11, 20:14, 20:24, 21:11, 21:24, 22:9, 22:12, 22:25, 25:6, 26:2, 27:5, 27:13, 27:20, 27:23, 28:5, 28:6, 28:7, 28:10, 28:11, 28:14, 29:8, 30:6, 30:14, 30:16, 30:17, 31:4, 32:14, 35:25, 36:13, 36:22, 37:10, 37:17, 39:21, 39:22, 42:2, 42:4, 42:6, 42:8, 42:15, 42:19, 44:6, 44:7, 44:16, 44:17, 45:16, 45:20, 45:21, 45:22, 46:2, 46:4, 46:8, 46:11, 46:12, 47:12, 47:24, 48:13, 49:1, 50:1, 50:5, 51:2, 51:5, 51:13, 51:15, 51:25, 52:2, 52:3, 52:4, 52:6, 52:16, 54:7, 56:4, 57:2, 60:15, 61:10, 61:12, 61:13, 62:1, 62:2, 62:17, 62:18, 63:5
AREA [1] - 33:18
AREAS [1] - 57:10
ARGUMENT [1] - 30:15
ARONCHICK [3] - 2:7, 22:21, 63:5
AROUND [5] - 26:1, 28:12, 28:13, 29:12, 35:2
ARRANGE [1] - 9:13
ARRANGING [1] - 33:21
ARRIVED [5] - 11:9, 34:5, 43:8, 43:9,

44:16
ARRIVING [1] - 34:9
ARTICLE [4] - 59:7, 59:9, 59:11, 59:14
AS [50] - 5:16, 5:19, 5:23, 6:23, 8:11, 10:16, 10:18, 10:25, 12:17, 13:9, 14:8, 15:3, 16:11, 19:20, 19:24, 22:11, 23:3, 23:7, 23:14, 23:16, 24:24, 26:17, 31:10, 31:14, 31:19, 33:14, 35:19, 36:13, 37:1, 37:6, 39:23, 40:2, 40:17, 48:10, 49:9, 56:6, 59:23, 61:4, 62:2, 63:1, 63:2
ASIDE [1] - 45:14
ASK [5] - 3:16, 39:9, 48:20, 49:1, 60:18
ASKED [6] - 26:25, 27:4, 47:7, 53:18, 55:1, 55:4
ASKING [3] - 13:21, 38:24, 60:12
ASPECTS [1] - 39:3
ASSISTANT [1] - 24:24
ASSUME [1] - 46:25
AT [25] - 6:13, 7:1, 10:12, 11:9, 11:17, 12:18, 18:24, 20:6, 20:21, 22:19, 25:15, 28:8, 29:12, 33:11, 33:24, 35:13, 37:13, 37:15, 39:21, 43:10, 46:23, 51:7, 55:25, 57:18, 59:5
ATOM [1] - 49:18
ATTACHMENTS [1] - 22:12
ATTENTION [3] - 5:23, 8:10, 12:16
AUDITING [1] - 36:9
AUGUST [1] - 35:2
AUTHORITIES [1] - 25:17
AUTHORITY [1] - 20:11
AVAILABLE [3] - 5:25, 50:2, 54:5
AVE [1] - 1:15
AWARD [11] - 5:2, 5:5, 10:22, 11:3, 11:5, 11:16, 11:21, 12:3, 12:8, 12:11
AWARDED [2] - 4:3, 5:1
AWARE [12] - 11:4,

20:1, 20:24, 21:11, 26:2, 26:6, 29:8, 29:12, 29:14, 36:22, 36:24, 37:10
AWAY [1] - 16:18

**B**

BACK [6] - 3:10, 14:6, 27:23, 29:20, 44:15, 56:3
BAGS [1] - 43:18
BALL [1] - 30:4
BALLOT [4] - 28:7, 44:10, 44:11, 46:20
BALLOTS [2] - 36:23, 37:24
BASED [4] - 5:3, 5:6, 5:14, 9:5
BASIC [1] - 6:4
BASICALLY [2] - 4:18, 52:6
BASIS [2] - 37:13, 59:15
BAUMERT [2] - 40:11, 51:9
BAUMERT'S [2] - 40:13, 47:11
BAY [1] - 45:14
BE [54] - 3:3, 5:14, 6:11, 6:20, 6:22, 6:24, 7:18, 8:23, 11:11, 12:19, 15:2, 15:10, 15:22, 16:11, 16:22, 17:13, 19:1, 20:10, 22:24, 24:10, 25:16, 26:14, 27:1, 28:3, 28:9, 28:14, 28:22, 30:23, 31:5, 31:23, 33:18, 35:21, 38:25, 39:16, 42:24, 43:25, 48:12, 48:15, 50:18, 50:22, 51:11, 52:14, 53:9, 53:19, 54:18, 54:19, 55:20, 57:13, 59:17, 61:5, 61:7, 62:14
BECAME [1] - 16:6
BECAUSE [6] - 15:19, 27:10, 28:6, 34:22, 42:23, 61:10
BECOME [1] - 30:9
BECOMING [1] - 24:23
BEEN [29] - 15:19, 19:11, 19:14, 19:20, 19:24, 22:11, 23:2, 24:13, 25:2, 25:25, 28:17, 28:18, 29:19, 30:12, 30:13, 31:1,

31:16, 34:16, 46:10, 48:17, 50:10, 56:5, 58:5, 60:11, 62:5, 62:6, 63:2, 63:3
BEFORE [15] - 1:10, 3:16, 7:17, 7:23, 15:7, 21:20, 24:23, 26:4, 33:18, 34:2, 34:5, 34:16, 50:6, 50:16, 53:3
BEGINS [1] - 7:14
BEING [12] - 4:19, 4:20, 4:22, 7:24, 17:16, 28:2, 29:3, 38:22, 44:17, 47:10, 49:10, 54:12
BELIEVE [10] - 12:18, 13:21, 17:1, 22:3, 41:1, 54:14, 54:16, 54:17, 55:3, 60:8
BENJAMIN [1] - 2:11
BEST [22] - 4:9, 4:15, 4:16, 4:18, 5:2, 5:5, 5:7, 5:18, 5:19, 5:22, 8:11, 10:5, 10:14, 12:17, 13:2, 13:25, 16:2, 17:16, 20:25, 21:12, 49:2
BETWEEN [7] - 10:7, 14:1, 31:17, 33:19, 37:8, 45:21, 54:23
BEYOND [2] - 14:14, 25:15
BID [4] - 4:8, 5:11, 5:16, 7:10
BIDDER [1] - 5:2
BIG [1] - 63:5
BINDER [2] - 22:2, 59:24
BINDERS [2] - 21:25, 22:4
BIT [4] - 4:2, 4:16, 8:14, 13:1
BOARD [34] - 14:16, 15:6, 18:7, 20:9, 20:10, 20:20, 24:19, 24:20, 25:5, 26:9, 27:19, 28:18, 29:24, 30:4, 30:7, 30:12, 31:1, 31:2, 31:5, 31:7, 31:8, 31:20, 32:4, 36:14, 37:2, 37:7, 39:20, 41:25, 42:3, 46:11, 48:6, 51:11, 52:2, 52:15
BOARDS [1] - 51:12
BOMB [1] - 49:18
BOOCKVAR [1] - 23:8
BOX [1] - 51:14
BREAK [1] - 55:11

BREAKING [2] - 43:25, 51:25
BRIEF [2] - 51:22, 62:18
BRIEFING [1] - 62:6
BRING [2] - 9:10, 50:24
BRINKCKERHOFF [1] - 1:14
BROKEN [4] - 46:10, 46:12, 46:14, 52:16
BT [1] - 42:17
BUREAUCRACY [1] - 54:17
BUT [25] - 12:14, 14:12, 14:20, 15:13, 19:10, 23:25, 24:5, 27:23, 28:4, 28:24, 29:1, 29:14, 30:19, 32:7, 33:19, 34:21, 35:20, 36:19, 41:8, 42:6, 43:16, 46:11, 50:21, 54:5, 59:23
BUTTONS [1] - 44:13
BUY [3] - 32:15, 32:18, 32:22
BUYS [2] - 49:16, 49:21
BY [68] - 1:21, 1:21, 3:23, 6:20, 6:21, 6:22, 6:24, 12:25, 13:5, 15:20, 16:4, 16:17, 17:11, 17:14, 18:24, 19:21, 20:18, 20:25, 21:10, 21:12, 22:14, 24:12, 25:16, 26:11, 26:20, 27:15, 27:21, 28:13, 28:16, 29:7, 29:22, 30:24, 32:11, 33:17, 35:8, 36:8, 37:19, 38:21, 39:1, 39:11, 40:6, 40:12, 41:22, 43:4, 43:25, 44:8, 44:12, 46:18, 47:9, 48:24, 49:25, 50:7, 51:21, 51:24, 52:13, 56:10, 56:15, 56:22, 57:5, 57:21, 58:3, 63:2, 64:6, 64:7, 64:9, 64:10, 64:12, 64:13

C

CALL [5] - 24:4, 31:15, 45:14, 46:11, 51:8
CAME [2] - 40:22, 43:11
CAN [30] - 4:1, 4:16, 5:24, 7:18, 8:13,

8:20, 9:5, 9:16, 9:17, 10:4, 10:6, 13:1, 13:11, 18:21, 23:16, 37:24, 38:1, 38:12, 39:17, 42:22, 45:17, 53:6, 54:4, 54:11, 55:13, 55:14, 56:21, 61:11, 61:19, 62:13
CAN'T [4] - 42:24, 43:25, 54:24, 59:12
CANDIDATE [3] - 10:17, 10:18, 11:5
CANDIDATES [4] - 9:11, 9:14, 10:5, 10:25
CARD [2] - 51:14, 51:15
CARRIED [1] - 42:25
CASE [12] - 1:3, 6:5, 6:21, 17:20, 17:24, 17:25, 20:6, 20:22, 21:3, 26:10, 30:1, 49:11
CASES [1] - 43:2
CASH [1] - 55:9
CAST [1] - 33:8
CAUTION [1] - 61:21
CELLI [1] - 1:14
CENTER [1] - 50:23
CENTURY [1] - 46:22
CERTAIN [1] - 44:22
CERTAINLY [3] - 6:22, 54:11, 61:11
CERTIFIED [9] - 15:20, 16:12, 19:10, 19:11, 19:14, 20:5, 25:6, 31:4, 31:16
CERTIFY [3] - 25:9, 25:13, 63:12
CERTIFYING [1] - 31:22
CHAIRPERSON [1] - 10:7
CHAMBERS [1] - 22:13
CHANGE [2] - 43:2, 53:24
CHECK [3] - 44:25, 46:9, 51:16
CHECKED [1] - 42:21
CHECKING [1] - 45:1
CHERRY [1] - 2:8
CHOICE [1] - 27:20
CHRISTINA [2] - 2:6, 60:25
CHURCH [2] - 50:22, 51:2
CIRCUMSTANCES [1] - 10:24
CITY [58] - 2:12, 2:14,

4:3, 4:11, 5:2, 5:11, 6:4, 6:23, 8:12, 8:22, 11:13, 12:4, 14:9, 14:11, 14:12, 14:15, 14:17, 15:4, 15:14, 16:3, 16:10, 16:12, 16:22, 17:15, 18:5, 18:14, 18:23, 18:24, 20:12, 20:25, 21:12, 28:9, 28:22, 31:7, 34:14, 37:2, 38:10, 39:1, 40:5, 40:15, 40:19, 42:14, 44:16, 49:16, 49:20, 53:18, 54:17, 55:25, 56:15, 56:23, 57:4, 57:8, 57:11, 57:24, 58:10, 58:22, 61:20, 61:23
CITY'S [4] - 5:20, 6:8, 15:23, 49:13
CIVIL [1] - 1:3
CLARIFICATION [2] - 9:20, 62:22
CLARIFY [2] - 23:22, 62:14
CLASSES [3] - 41:5, 41:6, 41:7
CLEAR [2] - 17:13, 52:14
CLERK [1] - 3:1
CLIMATE [3] - 35:21, 37:21, 39:25
CLOSE [1] - 41:13
CLOSED [1] - 7:11
CODE [2] - 51:9, 51:19
COLLECTIVELY [1] - 22:17
COME [4] - 4:21, 7:11, 9:3, 9:14, 11:12, 13:13, 34:24, 39:16, 51:13
COMES [1] - 6:18
COMFORTABLE [1] - 9:19
COMING [2] - 27:10, 28:5
COMMERCIALLY [1] - 50:1
COMMISSION [1] - 32:1
COMMISSIONER [32] - 3:6, 3:10, 3:24, 4:1, 4:11, 4:23, 5:7, 5:21, 7:15, 8:1, 8:10, 9:20, 12:1, 13:1, 13:13, 15:14, 16:5, 16:18, 17:12, 21:11, 21:18, 39:24, 54:22, 54:25, 55:9, 55:13, 56:1, 56:3, 56:11,

56:13, 56:21, 58:17
COMMISSIONER'S [2] - 6:23, 29:16
COMMISSIONERS [4] - 8:22, 14:17, 31:8, 32:3
COMMITTEE [12] - 7:12, 7:14, 8:16, 8:24, 9:15, 10:2, 10:8, 10:11, 12:2, 12:9, 12:13
COMMONWEALTH [11] - 19:23, 23:9, 25:7, 25:12, 25:14, 26:3, 29:9, 31:22, 38:11, 46:25, 53:8
COMPANY [1] - 49:5
COMPELS [1] - 25:20
COMPETITIVE [3] - 4:8, 4:24, 5:1
COMPLETE [1] - 39:10
COMPLETED [1] - 3:18
COMPLETELY [1] - 27:17
COMPLETENESS [2] - 23:15
COMPLEX [3] - 5:9, 11:24, 13:8
COMPLIANT [1] - 10:10
COMPLY [1] - 17:21
COMPONENT [2] - 10:16
COMPONENTS [3] - 5:4, 15:21, 39:16
COMPRISE [2] - 22:17, 32:4
COMPROMISES [1] - 49:16
COMPUTER [2] - 1:21, 1:21
COMPUTER-AIDED [1] - 1:21
CONCERN [1] - 36:20
CONCERNED [1] - 36:21
CONCERNS [1] - 11:15
CONCLUSIONS [5] - 60:7, 61:15, 62:2, 62:15, 62:16
CONDITIONS [1] - 13:6
CONDUCT [1] - 52:10
CONFERENCE [2] - 22:15, 22:18
CONFIDENTIALITY [1] - 7:13

CONFLICT [1] - 7:13
CONNECTION [2] -
21:6, 21:13
CONSTITUTE [1] -
31:8
CONSULT [1] - 57:8
CONSULTANT [2] -
57:8, 57:9
CONTEND [1] - 34:11
CONTINGENCY [8] -
26:8, 26:17, 27:4,
27:6, 27:18, 27:22,
30:16, 30:17
CONTINUE [1] - 3:5
CONTINUED [1] - 2:1
CONTRACT [21] -
4:22, 11:5, 12:19,
13:5, 13:7, 14:7,
14:11, 14:14, 16:23,
33:2, 33:20, 37:8,
53:23, 57:9, 57:24,
58:4, 58:7, 58:12,
62:7
CONTRACTS [7] - 4:2,
13:13, 13:16, 13:18,
13:19, 14:12
CONTROL [2] - 25:6,
25:16
CONTROLLED [2] -
35:21, 39:25
CONTROLLER [2] -
20:25, 21:12
CONTROLLING [1] -
37:22
CONVERSATION [1] -
9:17
CONVERSATIONS [1]
- 10:6
COPIES [5] - 22:5,
22:9, 22:10, 60:12
COPY [2] - 60:15,
61:14
CORRECT [18] -
12:20, 17:23, 18:10,
18:15, 19:15, 21:14,
25:1, 25:7, 29:10,
30:8, 33:1, 33:4,
33:10, 36:11, 38:7,
52:16, 57:6, 63:12
CORTES [1] - 1:6
COST [8] - 9:25, 10:3,
10:4, 10:12, 10:13,
18:24, 37:15, 57:15
COSTS [1] - 57:16
COULD [21] - 6:2, 6:7,
6:20, 6:24, 7:21, 8:8,
8:21, 8:23, 12:14,
13:23, 15:15, 15:22,
25:16, 25:19, 38:25,
39:2, 48:15, 49:12,

49:14, 50:22
COULDN'T [1] - 58:1
COUNCIL [5] - 14:9,
14:11, 14:15, 15:4
COUNSEL [13] - 1:15,
2:4, 2:9, 2:14, 3:4,
13:21, 17:15, 18:12,
22:8, 22:10, 23:14,
62:25, 63:7
COUNTIES [2] - 26:4,
26:6
COUNTY [10] - 24:19,
25:5, 26:9, 27:19,
28:4, 31:20, 36:14,
36:22, 37:7
COURSE [3] - 9:13,
17:17, 32:7
COURT [122] - 1:1,
1:17, 3:1, 3:2, 3:5,
3:8, 3:10, 3:14, 3:19,
4:1, 5:24, 8:13,
12:24, 13:25, 16:4,
17:4, 17:9, 17:21,
20:14, 21:5, 21:17,
21:23, 22:1, 22:6,
22:20, 22:24, 23:5,
23:6, 23:11, 23:19,
23:24, 24:10, 26:22,
27:3, 28:2, 28:16,
28:24, 29:6, 29:19,
30:14, 30:22, 32:9,
33:17, 35:7, 36:2,
36:7, 37:17, 38:10,
38:14, 38:19, 39:2,
39:9, 40:6, 40:12,
41:21, 42:7, 42:11,
42:16, 43:4, 46:17,
46:25, 47:4, 47:6,
48:20, 49:1, 49:8,
49:9, 49:15, 49:22,
50:3, 50:5, 50:7,
51:20, 51:23, 52:4,
52:9, 52:12, 52:19,
52:22, 52:25, 53:3,
53:7, 53:14, 53:22,
54:2, 54:3, 54:7,
54:14, 54:19, 55:7,
55:17, 55:20, 55:23,
56:3, 56:8, 56:22,
57:1, 57:19, 58:1,
58:16, 58:19, 59:2,
59:16, 59:20, 59:22,
59:25, 60:1, 60:5,
60:11, 60:15, 60:23,
61:2, 61:9, 61:19,
61:25, 62:12, 62:15,
62:16, 62:24, 63:8,
63:9, 63:16
COURT'S [2] - 22:15,
47:23

COURTHOUSE [1] -
1:18
COURTROOM [4] -
1:8, 29:15, 29:19,
47:10
CRAFT [2] - 6:7, 6:16
CROSS [4] - 3:22,
38:20, 57:20, 64:4
CROSS-
EXAMINATION [3] -
3:22, 38:20, 57:20
CURRENT [2] - 24:5,
24:16
CURRENTLY [1] -
26:9
CYCLE [2] - 39:12,
39:13

═══════════
D
═══════════

DAILY [1] - 60:12
DAMAGES [1] - 45:1
DANIELLE [1] - 2:11
DATE [3] - 19:18,
31:21, 63:16
DAY [15] - 1:12, 14:9,
26:25, 42:4, 42:5,
48:14, 51:6, 51:13,
52:1, 52:7, 52:11,
61:6, 61:7
DAY-TO-DAY [1] -
42:4
DAYS [26] - 6:12, 7:7,
7:9, 7:16, 7:18, 11:1,
11:6, 11:12, 29:20,
34:8, 35:6, 35:12,
35:13, 38:23, 41:11,
50:18, 50:21, 60:16,
61:10, 61:15, 61:16,
61:18, 61:19
DEALING [1] - 27:7
DECADES [1] - 25:3
DECEMBER [1] -
53:20
DECERTIFICATION
[5] - 25:20, 25:23,
27:7, 28:18, 28:23
DECERTIFIED [10] -
18:23, 20:6, 20:22,
25:16, 26:3, 26:11,
26:20, 27:6, 27:21,
37:3
DECERTIFY [4] -
19:22, 27:1, 27:22,
29:9
DECIDED [1] - 18:24
DECISION [1] - 31:10
DEDICATED [1] - 42:6
DEFENDANTS [7] -
1:6, 2:9, 22:22,

58:24, 59:3, 59:9,
61:1
DEFENDANTS' [3] -
22:15, 22:17, 23:7
DEFENSE [1] - 47:2
DEFINITELY [1] -
14:20
DELIVER [1] - 50:21
DELIVERED [1] -
44:17
DEMONSTRATION [2]
- 9:11, 9:13
DEPARTMENT [18] -
2:12, 4:13, 8:20,
10:9, 10:15, 10:19,
11:13, 11:17, 13:5,
13:14, 14:13, 20:4,
20:8, 26:18, 31:11,
31:15, 33:21, 55:6
DEPARTMENTS [2] -
6:21, 28:14
DEPENDING [1] -
10:24
DEPENDS [2] - 12:12,
23:24
DEPUTY [1] - 56:19
DESCRIBED [5] -
21:8, 40:19, 43:9,
43:21, 50:11
DETAIL [1] - 56:21
DETAILS [1] - 49:13
DETERMINE [3] - 9:6,
9:7, 16:19
DETERMINING [1] -
5:25
DIAMOND [1] - 1:10
DID [24] - 20:3, 20:8,
28:12, 29:24, 30:9,
32:14, 32:17, 32:20,
34:24, 40:1, 40:8,
40:23, 40:25, 41:4,
41:5, 41:6, 41:8,
41:9, 41:11, 42:13,
51:9, 56:18
DIDN'T [3] - 34:22,
40:7, 46:15
DIFFERENCE [2] -
14:5, 14:6
DIFFERENT [7] - 4:23,
28:14, 30:21, 31:16,
43:9, 43:10, 44:23
DIFFERS [1] - 21:7
DIRECT [4] - 3:17,
24:11, 56:9, 64:4
DIRECTLY [3] - 13:17,
13:18, 40:25
DIRECTOR [14] - 15:1,
24:17, 24:18, 24:24,
30:6, 30:9, 30:12,
31:1, 31:14, 31:19,

32:5, 36:14, 37:6,
56:19
DISCOVER [1] - 25:19
DISCRETION [2] -
18:17, 31:15
DISCUSS [1] - 9:3
DISCUSSED [1] -
51:22
DISCUSSING [1] -
9:18
DISCUSSION [2] - 9:5,
9:10
DISPUTE [1] - 37:13
DISSEMINATED [1] -
9:1
DISTRIBUTED [1] -
7:11
DISTRICT [2] - 1:1, 1:2
DO [55] - 3:15, 6:17,
10:19, 12:4, 13:17,
13:20, 14:2, 14:17,
15:7, 15:13, 15:20,
16:7, 17:19, 20:23,
23:13, 27:4, 27:6,
28:15, 29:3, 31:6,
31:14, 36:25, 37:10,
37:13, 40:15, 41:7,
44:5, 44:18, 45:8,
46:4, 46:19, 47:10,
48:2, 48:16, 50:3,
50:15, 50:16, 51:9,
51:16, 52:9, 53:6,
53:10, 54:6, 57:22,
58:9, 60:2, 60:6,
60:10, 60:19
DOABLE [2] - 61:16,
61:22
DOCUMENT [3] -
23:4, 23:17, 54:13
DOES [24] - 7:1, 7:19,
10:19, 11:23, 14:8,
16:13, 17:5, 22:8,
23:16, 25:5, 26:8,
26:17, 27:18, 28:22,
35:3, 36:20, 44:18,
45:6, 46:9, 47:14,
49:22, 51:7, 53:7,
58:19
DOESN'T [4] - 5:17,
5:18, 14:10, 49:23
DOING [3] - 35:15,
35:24, 42:15
DON'T [38] - 15:10,
17:1, 26:22, 27:9,
28:20, 28:24, 29:1,
29:2, 29:3, 30:3,
30:19, 31:23, 32:3,
32:7, 35:25, 36:7,
36:20, 39:9, 42:12,
44:15, 46:22, 49:3,

49:17, 53:12, 54:5, 54:14, 54:17, 54:21, 54:24, 55:8, 55:11, 60:8, 60:23, 61:10, 61:20, 61:21, 61:25, 63:4
DONE [6] - 4:7, 35:14, 44:7, 45:15, 57:10, 62:6
DOORS [1] - 43:14
DOUGLAS [1] - 1:14
DOWN [5] - 9:8, 35:22, 35:23, 40:1, 56:24
DR [1] - 59:7
DRAFT [1] - 7:19
DRAFTED [3] - 6:13, 7:4, 7:24
DRAFTING [6] - 6:11, 6:12, 7:6, 8:6, 8:7, 12:7
DRE'S [1] - 27:23
DRIVE [1] - 59:24
DRIVEN [1] - 6:7
DRIVES [1] - 7:5
DUE [2] - 57:23, 58:4
DURING [7] - 11:12, 37:4, 39:6, 45:25, 48:2, 48:14, 55:12
DUST [1] - 40:1
DUTY [1] - 11:13

**E**

E-MAIL [1] - 59:8
E-MAILED [1] - 60:21
E-MAILS [2] - 22:12, 22:17
EACH [7] - 13:24, 41:18, 45:9, 45:10, 46:6, 47:12, 62:3
EARLIER [2] - 22:23, 39:23
EASTERN [1] - 1:2
ECONOMIC [1] - 8:19
EFFECT [1] - 48:1
EGOS [1] - 63:5
EIGHT [3] - 11:1, 11:6, 11:12
EITHER [3] - 4:7, 55:12, 55:14
ELDERLY [1] - 42:6
ELECT [2] - 8:24, 14:14
ELECTED [3] - 52:3, 52:4, 52:6
ELECTION [38] - 15:17, 16:25, 20:11, 24:25, 25:2, 26:12, 26:14, 26:16, 27:14, 27:16, 32:6, 33:6,

33:14, 35:10, 35:11, 35:17, 36:11, 39:4, 39:6, 39:7, 39:12, 39:13, 39:14, 39:22, 41:7, 41:10, 41:15, 42:5, 46:13, 46:21, 50:16, 51:6, 51:12, 51:14, 52:7, 52:11, 53:21
ELECTIONS [26] - 14:16, 15:7, 18:7, 20:9, 20:10, 20:20, 24:19, 24:20, 25:5, 26:9, 26:19, 27:19, 29:24, 30:7, 30:13, 31:2, 31:20, 33:15, 36:14, 37:2, 37:7, 39:20, 48:6, 51:12, 52:2
ELECTRICAL [2] - 35:22, 57:14
ELSE [3] - 51:10, 59:20, 62:8
EMERGENCIES [1] - 17:19
EMERY [1] - 1:14
EMPLOYEE [1] - 40:10
EMPLOYEES [5] - 40:3, 41:24, 44:11, 48:5, 52:2
END [1] - 60:22
ENFORCE [1] - 62:6
ENOUGH [4] - 16:22, 38:4, 62:4, 63:5
ENTAIL [1] - 6:5
ENTIRE [3] - 8:1, 12:6, 30:11
ENTITLED [2] - 36:5, 63:14
EQUIPMENT [2] - 4:3, 26:3
ERR [1] - 61:21
ES&S [11] - 18:24, 36:23, 37:1, 37:8, 37:14, 39:20, 40:10, 47:11, 49:9, 56:15, 58:12
ESPECIALLY [1] - 62:4
ESQUIRE [7] - 1:14, 2:2, 2:6, 2:6, 2:11, 2:11, 2:12
ESTABLISH [1] - 10:21
ESTIMATE [2] - 8:3, 12:5
ESTIMATION [1] - 13:22
ET [2] - 1:3, 1:6

EVALUATE [1] - 5:14
EVALUATED [1] - 6:15
EVALUATING [2] - 4:20, 4:21
EVEN [2] - 16:18, 27:24
EVENT [7] - 6:9, 18:14, 26:19, 27:5, 27:20, 37:3, 52:15
EVENTUAL [1] - 33:23
EVER [2] - 45:13, 46:22
EVERY [5] - 22:3, 28:4, 47:14, 47:17, 47:18
EVERYBODY [2] - 3:2, 44:13
EVERYTHING [2] - 17:14, 62:5
EVIDENCE [12] - 21:22, 23:1, 24:3, 53:12, 54:12, 54:22, 58:5, 58:20, 59:2, 59:4, 59:19, 60:2
EVIDENTIARY [1] - 1:12
EXAMINATION [9] - 3:22, 17:10, 17:14, 24:11, 38:20, 47:8, 54:5, 56:9, 57:20
EXCERPT [1] - 23:8
EXCUSE [6] - 7:6, 7:23, 8:25, 28:6, 44:10, 57:9
EXECUTE [1] - 16:23
EXECUTED [1] - 12:19
EXECUTIVE [13] - 24:17, 24:18, 24:24, 30:6, 30:9, 30:12, 31:1, 31:14, 31:19, 32:5, 36:13, 37:6, 55:7
EXHIBIT [9] - 23:3, 23:7, 24:2, 53:11, 53:15, 59:18, 64:15, 64:17, 64:18
EXHIBITS [3] - 22:11, 22:25, 64:16
EXIST [2] - 16:14
EXISTED [1] - 16:14
EXISTING [2] - 29:25, 31:3
EXISTS [1] - 16:20
EXPENDITURES [6] - 53:20, 54:1, 54:8, 55:5, 55:14, 56:14, 56:22, 57:3
EXPENSES [1] - 55:1
EXPERIENCE [1] -

11:22
EXPERTISE [1] - 33:19
EXPLAIN [3] - 4:1, 28:2, 39:2
EXPLAINED [2] - 4:24, 5:21
EXPRESS [3] - 16:6, 16:7, 27:5
EXPRESSVOTE [4] - 18:1, 21:14, 33:12, 39:21
EXTENDED [1] - 14:11
EXTREMELY [1] - 54:20
EYES [1] - 37:12

**F**

FACT [3] - 18:4, 20:1, 21:13
FACTUAL [3] - 59:5, 62:17
FAIR [4] - 16:11, 22:16, 43:10, 52:11
FALL [2] - 41:9
FAMILIAR [1] - 36:13
FAMILIARIZE [2] - 55:13, 56:14
FAMILIARIZED [1] - 37:7
FAR [4] - 35:19, 40:2, 40:17, 48:10
FEBRUARY [8] - 1:8, 18:6, 18:7, 18:8, 26:16, 32:24, 33:25, 35:9
FEDERAL [5] - 17:21, 25:9, 26:11, 26:20, 27:21
FEEL [1] - 42:7
FEISS [1] - 49:4
FEW [6] - 8:23, 17:12, 21:21, 29:15, 38:17, 47:5
FI [1] - 57:13
FIELD [30] - 2:11, 38:17, 38:21, 39:11, 41:22, 42:16, 42:17, 46:17, 46:18, 46:24, 48:18, 49:6, 49:9, 49:19, 52:25, 53:1, 53:5, 53:14, 53:16, 53:17, 53:25, 54:15, 54:16, 55:3, 55:16, 55:21, 61:22, 61:23, 62:23, 64:10
FIFTH [1] - 1:15
FIGURE [1] - 6:6
FIGURING [1] - 4:19

FILED [3] - 19:21, 29:8, 29:13
FILING [1] - 29:23
FINAL [3] - 10:5, 10:14, 21:21
FINALIZED [1] - 33:2
FINANCE [3] - 15:1, 55:6, 56:20
FINANCES [1] - 14:23
FIND [1] - 43:1
FINDING [2] - 20:25, 21:12
FINDINGS [5] - 60:7, 61:15, 62:1, 62:17
FINE [2] - 20:16, 40:9
FINISH [2] - 49:7, 50:6
FINISHED [1] - 20:15
FIRMED [1] - 9:25
FIRST [8] - 4:18, 9:24, 17:13, 36:10, 37:4, 38:22, 39:15, 39:22
FIT [2] - 5:19, 34:22
FIVE [2] - 8:9, 12:15
FLASH [1] - 59:24
FLAT [1] - 27:2
FLAW [1] - 25:19
FLOOR [5] - 1:15, 2:7, 2:13, 35:22, 37:21
FLOORS [1] - 39:25
FOLLOW [2] - 17:12, 51:22
FOLLOWED [4] - 17:16, 21:1, 21:7, 21:13
FOLLOWS [1] - 56:6
FOR [126] - 1:2, 1:15, 2:4, 2:9, 2:14, 4:2, 4:5, 4:13, 5:8, 5:11, 5:12, 5:14, 5:17, 5:19, 6:3, 7:6, 7:8, 7:14, 7:16, 7:18, 7:21, 8:4, 9:8, 9:11, 9:13, 9:20, 10:5, 10:15, 10:25, 11:6, 11:21, 12:3, 12:4, 13:4, 13:8, 13:11, 13:24, 13:25, 14:4, 14:8, 14:10, 14:11, 14:16, 14:23, 14:25, 15:16, 15:17, 15:24, 16:2, 16:5, 16:22, 16:24, 17:15, 19:10, 23:16, 23:19, 23:21, 24:14, 24:20, 25:3, 25:6, 25:15, 26:12, 26:18, 27:1, 27:7, 27:12, 27:13, 28:2, 28:3, 28:4, 28:22, 28:24, 29:16, 29:20, 31:4, 31:22, 33:21,

34:14, 36:5, 36:10, 36:17, 37:14, 38:6, 38:22, 39:2, 40:10, 40:13, 40:15, 41:9, 41:15, 43:6, 44:15, 45:1, 45:6, 45:9, 45:10, 46:6, 47:10, 47:14, 47:17, 47:18, 49:7, 52:15, 54:5, 55:4, 56:16, 56:21, 57:7, 58:7, 59:21, 60:6, 60:12, 60:16, 60:24, 60:25, 61:5, 61:23, 62:2, 62:25
**FOREGOING** [1] - 63:12
**FORGET** [1] - 49:4
**FORM** [2] - 12:23, 16:14
**FORMS** [1] - 7:13
**FORWARD** [1] - 11:16
**FOUND** [1] - 45:13
**FOUR** [4] - 14:12, 26:4, 35:1, 48:12
**FREEDOM** [1] - 59:7
**FREQUENT** [1] - 11:18
**FREQUENTLY** [2] - 11:23, 11:25
**FROM** [41] - 7:20, 8:9, 12:7, 12:9, 12:15, 16:13, 18:9, 19:1, 19:3, 21:7, 21:21, 22:12, 27:17, 28:14, 34:3, 35:4, 35:9, 36:23, 38:10, 38:11, 38:13, 39:18, 40:15, 44:23, 45:23, 45:24, 46:9, 47:2, 48:15, 48:22, 49:5, 49:17, 52:3, 54:1, 55:8, 56:18, 58:22, 58:24, 61:18, 63:13
**FUNCTIONALITY** [3] - 44:12, 45:1, 45:3
**FURTHER** [7] - 17:2, 21:16, 38:9, 46:24, 57:17, 58:15, 62:23

---

## G

**GAIN** [1] - 49:12
**GARDEN** [1] - 28:10
**GAVE** [1] - 54:17
**GENERAL** [11] - 15:17, 16:25, 26:17, 27:14, 27:16, 33:6, 35:10, 36:10, 41:15, 46:19, 55:4
**GENERALLY** [3] - 4:3,

36:13, 42:2
**GET** [17] - 7:1, 15:24, 30:16, 31:18, 35:14, 44:18, 44:20, 44:21, 48:16, 50:17, 50:20, 51:1, 53:3, 61:11, 61:13, 61:14, 61:20
**GETS** [5] - 7:17, 12:9, 44:14, 50:8, 55:7
**GIVEN** [1] - 58:9
**GLIGOR** [2] - 1:17, 63:17
**GO** [26] - 8:14, 9:17, 12:24, 14:6, 14:15, 14:18, 14:20, 15:2, 15:14, 27:23, 30:19, 30:23, 33:18, 38:13, 39:21, 42:8, 42:20, 44:12, 45:11, 46:17, 48:21, 49:24, 51:23, 53:14, 53:15
**GOES** [2] - 5:24, 13:2
**GOING** [19] - 8:13, 12:22, 19:3, 26:14, 28:3, 28:7, 28:11, 28:14, 29:1, 30:14, 39:16, 49:1, 54:7, 54:11, 60:15, 61:5, 61:10, 61:12, 62:3
**GOOD** [9] - 3:2, 3:4, 3:9, 3:24, 3:25, 24:13, 55:24, 56:11, 56:12
**GOT** [2] - 19:9, 35:20
**GOVERNMENT** [3] - 25:9, 26:21, 27:21
**GOVERNMENTS** [1] - 26:11
**GREATER** [1] - 5:11
**GREEN** [1] - 48:16
**GRIDLINES** [1] - 35:23
**GROUNDING** [1] - 57:13
**GROUP** [1] - 9:1
**GUESS** [5] - 23:3, 28:21, 34:16, 53:9, 59:15
**GUIDELINES** [2] - 21:1, 21:13
**GUY** [1] - 29:20

---

## H

**HAD** [28] - 11:21, 16:10, 18:14, 19:17, 29:14, 34:10, 34:11, 34:14, 35:19, 35:21, 35:22, 39:1, 39:23, 39:24, 40:1, 42:25,

43:2, 43:15, 43:17, 53:19, 53:22, 53:25, 55:4, 56:13, 57:10
**HALDERMAN** [1] - 59:7
**HALF** [1] - 46:22
**HALL** [1] - 28:9
**HANDLED** [1] - 13:5
**HANGLEY** [1] - 2:7
**HAPPEN** [4] - 11:23, 14:25, 28:25, 29:1
**HAPPENED** [1] - 25:23
**HAPPENING** [1] - 29:1
**HAPPENS** [5] - 6:13, 7:8, 10:2, 10:12, 10:15
**HARD** [3] - 35:16, 62:25, 63:4
**HARDEST** [1] - 28:25
**HAS** [29] - 4:19, 5:10, 7:12, 10:11, 14:15, 17:19, 20:10, 22:11, 23:2, 25:9, 25:12, 25:23, 28:18, 29:19, 30:13, 30:19, 31:2, 31:5, 32:5, 46:10, 46:25, 49:15, 57:24, 58:5, 58:10, 58:12, 62:5, 63:3
**HAVE** [100] - 3:15, 6:25, 8:18, 8:20, 8:21, 8:24, 9:3, 9:12, 9:15, 9:17, 9:19, 11:21, 14:14, 14:17, 15:7, 15:19, 15:20, 17:2, 17:5, 19:3, 19:11, 19:14, 19:20, 19:23, 19:24, 20:13, 20:19, 20:20, 22:8, 22:9, 22:22, 24:13, 24:23, 25:2, 25:25, 26:9, 26:15, 26:18, 27:4, 27:6, 27:19, 27:23, 28:7, 28:11, 28:17, 30:12, 30:15, 31:1, 31:12, 31:14, 31:16, 32:14, 35:22, 35:23, 36:2, 36:17, 36:19, 36:25, 37:6, 37:13, 38:12, 39:3, 39:19, 40:8, 42:20, 43:9, 44:11, 44:16, 45:16, 45:19, 46:15, 47:14, 48:8, 48:17, 50:10, 52:18, 53:1, 53:8, 53:10, 53:23, 54:9, 55:3, 56:13, 57:7, 57:17, 57:22, 58:9, 58:19, 59:22,

60:2, 60:11, 60:13, 60:14, 60:18
**HAVING** [2] - 15:9, 56:5
**HE** [12] - 29:19, 29:20, 29:21, 30:16, 30:18, 39:10, 40:19, 49:15, 49:16, 49:17, 49:22, 58:20
**HEAR** [1] - 58:1
**HEARD** [3] - 19:20, 19:23, 37:4
**HEARING** [4] - 1:12, 38:16, 38:23, 60:16
**HEARSAY** [1] - 23:23
**HELPFUL** [1] - 54:20
**HELPS** [1] - 6:16
**HER** [8] - 3:16, 21:6, 21:8, 23:9, 23:10, 55:2, 55:7
**HERE** [12] - 3:6, 19:21, 19:24, 21:7, 23:15, 24:13, 38:22, 40:10, 40:13, 44:19, 54:22, 54:23
**HERSELF** [1] - 55:10
**HERSELF/HIMSELF** [1] - 55:13
**HIGH** [3] - 27:10, 27:11, 28:10
**HIGHEST** [1] - 10:17
**HIM** [4] - 30:15, 48:20, 49:1, 54:18
**HIS** [2] - 24:5, 59:8
**HOLD** [3] - 15:9, 15:13, 50:6
**HONEST** [3] - 31:23, 54:18, 54:19
**HONESTLY** [1] - 59:12
**HONOR** [46] - 3:4, 3:13, 17:3, 17:8, 22:21, 22:23, 23:13, 23:22, 26:24, 27:9, 28:1, 30:20, 33:25, 37:16, 38:13, 38:18, 40:11, 46:24, 47:3, 48:18, 49:6, 49:19, 52:24, 53:1, 53:11, 53:17, 53:18, 54:6, 55:4, 55:16, 55:22, 55:25, 56:7, 57:18, 58:23, 58:25, 59:3, 59:6, 59:21, 60:9, 61:1, 61:24, 62:13, 62:23, 63:7
**HONOR'S** [1] - 53:19
**HONORABLE** [1] - 1:10
**HOUR** [1] - 35:13
**HOURS** [2] - 45:25,

48:2
**HOUSE** [2] - 39:17, 51:2
**HOUSEKEEPING** [2] - 53:2, 53:4
**HOW** [38] - 4:2, 4:23, 6:7, 6:10, 7:16, 7:19, 8:3, 11:9, 12:5, 12:12, 12:13, 13:9, 13:13, 14:2, 15:10, 15:22, 19:7, 34:2, 34:5, 34:7, 34:16, 34:17, 35:3, 40:20, 40:25, 41:4, 41:11, 41:15, 42:7, 45:6, 45:24, 47:20, 48:8, 48:13, 50:16, 58:6, 58:10, 60:17
**HYPOTHETICALLY** [2] - 4:11, 12:4

---

## I

**I'M** [6] - 17:5, 24:4, 32:19, 40:7, 49:4, 62:3
**I'VE** [1] - 36:18
**IDENTIFIED** [4] - 5:23, 8:11, 12:17, 42:19
**IDENTIFY** [2] - 12:14, 60:23
**IF** [41] - 4:11, 7:10, 9:6, 9:7, 11:11, 12:4, 15:8, 15:14, 15:25, 16:5, 16:10, 16:18, 17:16, 18:22, 18:23, 18:24, 26:25, 27:1, 27:22, 28:6, 28:25, 29:24, 30:14, 33:15, 34:6, 38:5, 39:1, 41:4, 42:12, 45:13, 46:12, 49:6, 52:4, 54:2, 54:3, 54:10, 59:6, 61:20, 62:13
**IMPACT** [1] - 5:10
**IMPLEMENT** [1] - 31:12
**IMPLEMENTATION** [1] - 57:10
**IMPLEMENTED** [3] - 28:2, 28:13, 29:4
**IMPLEMENTING** [2] - 36:9, 40:2
**IMPORTANTLY** [1] - 40:4
**IMPROVEMENT** [1] - 57:15
**IN** [162] - 1:1, 4:3, 4:21, 5:15, 6:5, 6:9, 6:18, 6:21, 7:11,

9:11, 9:14, 9:17,
10:15, 11:12, 11:17,
11:18, 13:4, 13:14,
14:12, 14:22, 15:5,
15:11, 16:9, 16:14,
16:21, 16:24, 17:16,
17:20, 17:24, 17:25,
18:4, 18:12, 18:13,
19:23, 20:6, 20:11,
20:21, 21:3, 21:6,
21:13, 21:25, 22:2,
22:4, 22:14, 22:22,
23:8, 23:10, 23:24,
25:2, 25:6, 25:23,
26:2, 26:3, 26:6,
26:9, 26:18, 26:19,
27:4, 27:5, 27:12,
27:14, 27:19, 28:5,
28:7, 28:8, 28:17,
28:19, 28:21, 29:3,
29:10, 29:15, 29:19,
29:20, 29:23, 29:25,
30:25, 31:4, 31:16,
31:18, 31:22, 32:6,
32:15, 32:18, 33:5,
33:8, 33:14, 33:23,
34:5, 34:9, 34:10,
34:12, 34:13, 34:18,
34:20, 34:21, 34:22,
34:24, 35:15, 36:10,
36:15, 37:3, 37:21,
37:24, 38:1, 38:5,
38:16, 39:7, 39:12,
39:19, 40:16, 41:2,
41:6, 41:7, 41:8,
41:9, 41:11, 41:13,
42:18, 42:19, 43:2,
43:8, 43:11, 43:12,
43:13, 43:19, 44:16,
45:14, 45:25, 46:13,
46:21, 47:10, 47:22,
48:1, 48:13, 49:11,
51:8, 51:13, 51:14,
51:18, 51:19, 52:15,
53:13, 54:4, 54:12,
56:15, 57:10, 57:12,
57:14, 57:15, 59:4,
59:24, 62:4, 63:13
**INAPPROPRIATE** [1] -
49:12
**INCLUDING** [1] - 8:18
**INDEPENDENTLY** [3]
- 9:2, 9:16
**INDICATING** [1] - 6:4
**INFORMAL** [1] - 4:5
**INFORMATION** [22] -
6:3, 6:15, 7:20,
10:20, 10:21, 11:2,
11:8, 11:14, 15:24,
19:6, 19:9, 19:12,

19:16, 39:19, 49:14,
53:23, 54:4, 54:18,
56:18, 57:23, 58:6,
58:9
**INITIALLY** [1] - 6:2
**INNOVATION** [2] -
6:22, 8:22
**INPUT** [1] - 32:4
**INSTALLED** [3] - 44:3,
44:6, 44:7
**INSTANCE** [1] - 15:5
**INSTANCES** [2] -
11:18, 14:13
**INSTRUCT** [1] - 40:25
**INSTRUCTED** [5] -
40:20, 41:2, 46:11,
51:13, 51:15
**INTEGRITY** [1] - 46:10
**INTEND** [1] - 37:11
**INTENT** [7] - 10:21,
10:22, 11:3, 11:4,
11:21, 12:3, 12:10
**INTEREST** [3] - 6:25,
7:13, 8:18
**INTERPRETED** [1] -
53:19
**INTERRUPT** [1] - 40:7
**INTERVENING** [1] -
31:17
**INTO** [13] - 5:24, 8:14,
13:2, 14:20, 19:13,
21:22, 23:1, 24:3,
42:8, 44:22, 53:12,
59:4, 59:18
**INTRODUCED** [4] -
10:1, 10:3, 10:4,
58:6
**INVARIABLY** [1] -
55:8
**INVOLVED** [5] - 8:18,
15:2, 15:11, 31:18,
35:18
**IS** [135] - 3:6, 3:18, 4:5,
4:7, 4:8, 4:9, 4:17,
4:18, 4:23, 5:1, 5:4,
5:9, 5:11, 5:25, 6:2,
6:7, 6:13, 6:15, 6:20,
7:3, 7:5, 7:6, 7:8,
7:10, 7:15, 7:16,
8:16, 8:20, 9:20,
9:23, 9:24, 10:1,
10:4, 10:6, 10:10,
10:14, 10:22, 10:25,
11:2, 11:4, 11:12,
11:18, 12:11, 12:19,
13:5, 14:6, 14:7,
14:15, 14:19, 15:18,
16:20, 17:7, 17:16,
17:20, 18:9, 18:17,
19:6, 20:9, 22:1,

22:4, 23:3, 23:11,
23:12, 23:14, 23:24,
24:2, 24:16, 26:10,
26:14, 26:19, 26:20,
27:4, 28:3, 29:20,
30:3, 30:25, 31:22,
31:25, 33:20, 33:21,
36:22, 37:1, 37:3,
37:14, 38:4, 38:6,
43:5, 43:10, 43:22,
44:7, 44:9, 44:10,
44:11, 44:24, 49:2,
49:11, 49:17, 50:13,
51:2, 51:14, 52:22,
53:5, 53:11, 54:10,
54:22, 54:23, 55:5,
57:12, 58:7, 59:4,
59:5, 59:10, 59:18,
59:23, 60:5, 60:20,
61:7, 61:16, 61:21,
61:23, 62:4, 62:7,
62:8, 63:1, 63:12
**ISN'T** [1] - 22:1
**ISSUE** [3] - 6:2, 25:20,
37:10
**ISSUED** [4] - 15:16,
17:24, 18:2, 20:11
**IT** [92] - 5:9, 5:10, 6:3,
6:6, 6:16, 6:20, 6:21,
7:4, 7:5, 7:19, 7:21,
7:25, 8:3, 9:8, 10:17,
10:23, 11:18, 12:12,
12:14, 14:1, 14:8,
14:10, 14:20, 16:1,
16:11, 18:20, 20:9,
22:3, 23:14, 23:19,
23:24, 23:25, 26:7,
26:19, 28:9, 29:1,
29:3, 29:13, 29:14,
30:5, 30:16, 30:19,
31:5, 31:13, 33:20,
33:25, 34:1, 34:2,
34:25, 35:1, 35:3,
35:9, 35:14, 35:15,
37:4, 39:1, 39:22,
41:8, 41:9, 41:13,
42:15, 43:5, 43:9,
43:15, 43:23, 43:25,
45:1, 45:3, 45:8,
46:1, 48:15, 49:22,
51:11, 51:17, 51:18,
51:19, 53:9, 53:12,
53:23, 54:11, 55:1,
58:14, 59:17, 59:23,
60:17, 63:3
**IT'S** [28] - 7:3, 7:24,
9:14, 10:7, 11:5,
14:13, 18:21, 22:16,
23:19, 23:20, 23:23,
26:10, 28:6, 30:20,

31:12, 32:1, 34:16,
35:6, 37:12, 41:18,
47:16, 47:17, 49:3,
59:24, 61:5, 62:18,
63:2
**ITEMS** [1] - 17:12
**ITS** [3] - 27:20, 31:3,
49:21
**ITSELF** [3] - 20:21,
29:25, 59:9

## J

**JILL** [1] - 1:3
**JOHN** [1] - 2:2
**JOINT** [2] - 59:18,
64:18
**JOSEPH** [3] - 24:8,
64:8
**JOTTED** [1] - 56:24
**JOYNER** [4] - 56:1,
56:5, 64:5, 64:11
**JUDGE** [12] - 3:17,
4:25, 21:22, 22:13,
22:18, 23:2, 36:4,
51:12, 54:9, 59:13,
60:4, 62:11
**JUNE** [1] - 17:25,
18:2, 19:23, 29:10,
34:12
**JURISDICTIONS** [2] -
36:16
**JUST** [35] - 4:24, 5:16,
6:4, 8:6, 9:20, 12:22,
17:13, 23:21, 23:22,
27:2, 27:11, 28:3,
29:15, 30:10, 36:5,
38:13, 38:17, 39:2,
39:23, 42:7, 42:18,
42:23, 45:25, 46:19,
48:1, 49:6, 49:20,
51:22, 52:14, 54:1,
54:12, 54:14, 56:19,
62:14, 62:18
**JX** [1] - 59:4

## K

**KEEP** [2] - 31:20, 40:1
**KEPT** [1] - 47:24
**KEY** [3] - 47:17, 47:18,
48:10
**KEY-WISE** [1] - 48:10
**KEYED** [2] - 47:16,
47:17
**KEYED-ALIKE** [1] -
47:16
**KEYS** [2] - 47:11,
47:14
**KIND** [2] - 11:7

**KINDS** [1] - 36:15
**KNOW** [30] - 9:9, 9:12,
10:17, 11:8, 11:9,
13:23, 14:18, 14:22,
15:8, 15:10, 15:13,
16:5, 16:13, 17:20,
24:13, 26:24, 30:3,
32:7, 34:17, 39:15,
40:15, 41:4, 42:7,
46:20, 49:3, 49:22,
50:3, 54:24, 60:19,
61:20
**KNOWLEDGE** [10] -
15:20, 20:3, 20:19,
31:3, 32:20, 36:25,
50:1, 54:9, 55:4,
55:8
**KUNG** [1] - 2:12

## L

**L&A** [1] - 44:24
**L-Y-N-C-H** [1] - 24:9
**LACKAWANNA** [1] -
26:4
**LADIES** [1] - 60:22
**LAID** [1] - 5:15
**LARGE** [1] - 11:24
**LARGER** [1] - 13:18
**LAST** [9] - 19:1, 19:23,
24:23, 28:12, 34:24,
35:2, 46:20, 58:1,
59:25
**LAW** [3] - 2:12, 13:5,
62:3
**LAWYERS** [1] - 63:2
**LEADING** [1] - 30:18
**LEARN** [1] - 31:15
**LEASED** [1] - 34:14
**LED** [1] - 18:1
**LEGAL** [2] - 62:18
**LEGS** [1] - 45:16
**LENGTH** [2] - 62:2,
62:18
**LENGTHIER** [1] - 23:4
**LESS** [5] - 11:23,
11:25, 18:9, 19:7,
19:17
**LET** [2] - 14:5, 48:20
**LET'S** [4] - 16:21,
26:13, 53:14, 58:21
**LEVELS** [1] - 7:22
**LIEB** [67] - 1:14, 3:17,
12:22, 17:4, 17:9,
17:11, 20:18, 21:3,
21:10, 21:16, 21:20,
21:24, 22:3, 22:9,
23:2, 23:6, 24:4,
24:12, 27:4, 27:15,
29:7, 29:22, 30:20,

30:24, 32:10, 32:11, 35:8, 36:3, 36:4, 36:8, 37:19, 38:9, 38:24, 43:21, 47:4, 47:5, 47:9, 48:24, 49:25, 51:21, 51:24, 52:13, 52:18, 52:23, 52:24, 54:7, 54:9, 54:16, 54:20, 55:1, 57:19, 57:21, 58:3, 58:15, 59:1, 59:12, 60:3, 60:4, 60:10, 60:13, 61:17, 62:10, 62:11, 62:21, 64:7, 64:9, 64:13
LIEB'S [1] - 28:21
LIGHT [1] - 62:5
LIKE [17] - 7:21, 9:7, 9:10, 13:8, 13:10, 14:1, 28:1, 42:25, 45:2, 45:8, 45:17, 49:3, 50:18, 50:22, 58:20, 59:4, 62:8
LIKELY [1] - 11:19
LIMIT [1] - 62:3
LINE [1] - 48:19
LINES [2] - 13:24, 35:22
LINKED [3] - 59:7, 59:10
LISTEN [1] - 32:8
LISTS [1] - 10:23
LITIGATION [1] - 27:17
LITTLE [6] - 4:2, 4:16, 8:14, 13:1, 42:24, 54:12
LLP [2] - 1:14, 2:2
LOCATION [1] - 49:10
LOCATIONS [2] - 28:9, 33:11
LOCK [1] - 45:18
LOCKED [2] - 45:20, 45:21
LOGAN [1] - 2:7
LOGIC [3] - 44:6, 44:9, 46:5
LONG [15] - 6:10, 7:16, 7:19, 8:3, 12:5, 12:13, 13:9, 34:2, 34:5, 34:7, 34:16, 35:3, 41:4, 41:15, 45:6
LONGER [1] - 14:14
LOOK [5] - 5:12, 5:19, 19:13
LOOKING [1] - 5:17
LOOPED [1] - 43:22
LOT [8] - 24:14, 27:13, 28:3, 28:5, 28:8,

42:5, 50:21, 50:23
LOWEST [2] - 5:2, 5:17
LYNCH [12] - 24:6, 24:8, 28:17, 33:19, 38:22, 41:23, 43:5, 46:19, 52:20, 54:23, 55:12, 64:8
LYNN [2] - 1:17, 63:17

# M

MAAZEL [2] - 59:9, 63:4
MACHINE [21] - 14:21, 15:22, 40:20, 42:14, 43:2, 44:13, 44:25, 45:1, 45:7, 45:9, 45:10, 46:6, 47:12, 47:15, 47:16, 47:17, 47:18, 50:8, 51:8, 51:17, 55:10
MACHINES [63] - 6:5, 15:8, 15:21, 16:6, 16:7, 16:10, 16:12, 16:13, 18:14, 18:24, 19:10, 19:11, 19:14, 19:17, 19:22, 20:5, 20:7, 20:11, 20:22, 25:21, 27:5, 27:20, 30:4, 31:16, 32:15, 32:18, 32:22, 33:5, 33:22, 34:2, 34:3, 34:5, 34:14, 34:17, 34:24, 35:4, 35:10, 35:24, 38:5, 40:16, 40:17, 42:14, 42:23, 42:24, 43:6, 43:8, 43:16, 44:15, 44:18, 45:16, 45:20, 46:3, 46:4, 46:8, 46:14, 47:24, 49:13, 50:16, 50:17, 51:3, 51:10, 52:1
MADE [4] - 30:15, 36:2, 56:15, 56:22
MAGISTRATE [2] - 22:13, 22:18
MAIL [2] - 28:7, 59:8
MAIL-IN [1] - 28:7
MAILED [1] - 60:21
MAILS [2] - 22:12, 22:17
MAKE [10] - 19:16, 28:25, 30:14, 32:17, 32:21, 35:17, 42:22, 44:13, 46:9, 54:4
MAKING [1] - 10:9
MANY [8] - 13:13, 15:10, 34:17, 40:25,

41:11, 47:20, 48:8, 48:13
MARKED [2] - 22:11, 23:3
MARKET [5] - 1:18, 2:3, 4:19, 6:1, 50:2
MATERIALS [1] - 51:14
MATTER [7] - 23:22, 26:17, 31:24, 49:23, 53:2, 62:25, 63:14
MATTHIAS [5] - 2:6, 60:25, 61:3, 61:4
MAY [18] - 3:13, 6:12, 8:23, 11:9, 15:10, 20:20, 22:5, 23:6, 27:8, 33:2, 33:18, 34:11, 34:25, 55:3, 56:7, 56:8, 56:24, 57:1
MAYBE [6] - 5:18, 10:23, 12:15, 13:12, 16:2
MAYOR'S [1] - 15:3
MCCRACKEN [1] - 2:2
ME [11] - 7:6, 7:23, 8:25, 14:6, 22:10, 31:6, 36:19, 36:20, 44:10, 57:9, 63:3
MEAN [7] - 17:25, 26:15, 31:7, 40:7, 40:18, 41:19, 48:5
MEET [4] - 6:8, 9:3, 9:16, 14:17
MEETING [1] - 9:18
MEETINGS [3] - 15:9, 15:11, 15:13
MEMBER [2] - 8:21, 10:8
MEMBERS [3] - 8:17, 9:15, 9:18
MEMORANDUM [1] - 62:19
MENTIONED [4] - 12:1, 12:18, 39:23, 41:24
MENTIONS [1] - 52:8
METHOD [4] - 4:9, 4:14, 4:15, 4:17
MICHAEL [1] - 2:12
MIGHT [3] - 18:25, 19:13, 49:6
MILLION [5] - 53:23, 57:7, 57:12, 57:14, 58:14
MIND [1] - 42:13
MINUTE [1] - 44:15
MINUTES [3] - 29:16, 38:12, 45:8
MOMENT [1] - 25:15

MONDAY [1] - 50:24
MONEY [3] - 57:23, 58:4, 58:10
MONIQUE [3] - 56:5, 64:5, 64:11
MONTGOMERY [1] - 2:2
MONTH [1] - 30:10
MONTHS [13] - 7:22, 8:9, 12:15, 13:11, 13:23, 14:2, 14:4, 14:5, 18:9, 26:4, 34:8, 35:2
MORE [15] - 5:3, 11:18, 11:23, 22:6, 27:13, 28:5, 28:8, 33:15, 33:16, 40:8, 52:22, 60:6, 62:4, 62:19
MORNING [9] - 3:2, 3:4, 3:9, 3:24, 3:25, 24:13, 55:24, 56:11, 56:12
MOST [1] - 40:4
MOTION [2] - 30:13, 62:6
MOVE [7] - 15:25, 21:20, 21:22, 28:12, 36:7, 53:12, 59:4
MOVED [1] - 53:12
MOVING [2] - 11:16, 28:13
MR [135] - 3:17, 12:22, 17:4, 17:7, 17:9, 17:11, 20:18, 21:3, 21:10, 21:16, 21:20, 21:24, 22:3, 22:9, 22:14, 22:21, 23:2, 23:6, 23:13, 23:21, 24:1, 24:4, 24:5, 24:12, 27:3, 27:15, 28:17, 28:21, 29:7, 29:22, 30:20, 30:24, 32:9, 32:11, 33:19, 35:8, 36:3, 36:4, 36:8, 37:16, 37:19, 38:9, 38:12, 38:15, 38:17, 38:21, 38:22, 38:24, 39:11, 40:10, 40:11, 40:13, 41:22, 41:23, 42:16, 42:17, 43:5, 43:21, 46:17, 46:18, 46:19, 46:24, 47:2, 47:4, 47:5, 47:9, 47:10, 48:18, 48:24, 49:6, 49:9, 49:19, 49:25, 51:9, 51:21, 51:24, 52:13, 52:18, 52:19, 52:23, 52:24, 52:25, 53:1,

53:5, 53:7, 53:10, 53:14, 53:16, 53:17, 53:25, 54:7, 54:9, 54:14, 54:16, 54:20, 54:23, 55:1, 55:3, 55:12, 55:16, 55:21, 57:19, 57:21, 58:3, 58:15, 58:24, 59:1, 59:3, 59:8, 59:12, 59:21, 60:3, 60:4, 60:8, 60:10, 60:13, 60:14, 61:17, 61:18, 61:22, 61:23, 62:10, 62:11, 62:12, 62:13, 62:20, 62:21, 62:23, 63:4, 63:5, 64:7, 64:9, 64:10, 64:13
MS [24] - 3:7, 3:12, 3:13, 3:16, 3:20, 3:21, 3:23, 12:25, 16:17, 17:2, 21:2, 55:22, 55:23, 55:24, 56:7, 56:10, 57:5, 57:17, 58:22, 60:25, 61:2, 61:4, 64:6, 64:12
MUCH [6] - 4:22, 21:18, 38:15, 52:19, 58:6, 58:10
MULTI [1] - 5:22
MULTI-PHASES [1] - 5:22
MULTIFACETED [1] - 5:10
MULTIPLE [1] - 8:17
MY [12] - 3:17, 28:25, 30:5, 31:23, 31:24, 35:25, 37:12, 37:18, 38:13, 49:7, 51:2, 62:24
MYSELF [1] - 35:13

# N

NAME [4] - 49:4
NARROW [3] - 9:8, 16:1, 16:2
NEAR [1] - 51:2
NECESSARILY [2] - 19:5, 54:17
NEED [15] - 7:25, 11:15, 14:10, 14:17, 14:18, 15:12, 15:13, 17:21, 18:25, 20:10, 39:15, 54:5, 60:15, 61:11, 61:12
NEEDED [2] - 30:1, 57:13
NEEDS [8] - 5:20, 6:8, 8:12, 12:18, 13:3,

14:25, 15:2, 15:23
NEGOTIATE [1] -
16:23
NEGOTIATED [1] -
12:19
NEGOTIATING [1] -
13:6
NEGOTIATION [4] -
4:22, 13:4, 13:12,
14:7
NEIGHBORHOOD [1]
- 34:18
NESMITH [4] - 56:1,
56:5, 64:5, 64:11
NESMITH-JOYNER
[4] - 56:1, 56:5, 64:5,
64:11
NEST [2] - 45:15,
45:17
NESTED [2] - 43:17,
47:24
NEVER [1] - 28:18
NEW [31] - 1:15, 4:12,
6:9, 8:4, 8:5, 12:4,
13:9, 13:22, 14:4,
14:20, 14:23, 15:5,
15:8, 15:15, 15:19,
16:10, 16:12, 16:24,
18:14, 18:23, 18:25,
28:13, 29:4, 30:1,
34:23, 38:25, 39:5,
39:14, 42:23, 57:10,
57:11
NEXT [2] - 21:20,
26:13
NICE [2] - 61:2, 61:4
NINE [1] - 18:9
NO [30] - 3:17, 17:8,
18:24, 20:19, 22:22,
27:2, 27:9, 28:24,
29:14, 30:16, 32:16,
32:23, 36:24, 37:9,
37:15, 40:9, 43:17,
46:11, 47:2, 48:20,
52:3, 52:24, 54:9,
54:16, 57:17, 59:1,
60:4, 62:11, 62:13,
62:19
NOBODY [1] - 45:23
NON [1] - 28:6
NON-EXCUSE [1] -
28:6
NONCOMPETITIVE
[1] - 4:9
NONE [1] - 17:19
NONSPECIAL [1] -
26:18
NONVOTING [1] -
8:21
NOR [2] - 60:10, 60:14

NORMALLY [1] - 41:6
NORTHAMPTON [1] -
26:3
NOT [73] - 5:5, 13:17,
13:18, 14:8, 14:19,
15:12, 15:18, 15:20,
16:2, 16:11, 16:13,
18:13, 18:18, 18:20,
18:23, 19:3, 19:5,
20:8, 20:23, 21:1,
21:6, 21:13, 21:24,
22:3, 23:16, 23:21,
24:5, 25:6, 25:25,
26:6, 26:25, 27:12,
27:24, 28:3, 28:14,
28:22, 30:2, 30:15,
31:18, 31:20, 33:15,
33:18, 35:12, 35:20,
36:18, 36:20, 36:24,
38:4, 38:5, 39:12,
39:17, 43:16, 46:10,
49:4, 49:15, 49:17,
49:22, 52:2, 52:4,
53:10, 53:19, 54:7,
54:11, 59:14, 59:23,
60:12, 60:13, 62:16
NOTED [1] - 49:9
NOTES [2] - 38:13,
56:25
NOTHING [10] - 17:2,
21:16, 31:5, 38:9,
46:24, 47:1, 58:15,
58:22, 58:24, 62:23
NOTICE [4] - 10:21,
10:22, 11:2, 12:10
NOTICED [1] - 29:21
NOTIFY [1] - 43:3
NOVEMBER [4] -
33:6, 35:10, 46:13,
50:16
NOW [17] - 4:11, 5:21,
7:15, 8:10, 9:20,
11:17, 12:1, 12:16,
13:13, 13:21, 15:14,
18:12, 18:22, 20:24,
37:10, 38:4, 61:12
NUMBER [8] - 1:3,
6:20, 6:21, 6:24,
8:17, 43:15, 43:23,
44:21
NUMBERS [2] - 43:10,
44:25
NY [1] - 1:15

O

OATH [3] - 3:11, 52:7,
56:4
OBJECT [5] - 12:22,
23:13, 48:18, 54:11,

59:15
OBJECTING [1] -
49:20
OBJECTION [6] -
21:2, 22:20, 23:12,
37:16, 49:7, 59:17
OBJECTIONS [1] -
22:22
OBLIGATED [1] - 37:1
OBTAIN [1] - 56:18
OBTAINED [1] - 15:17
OBTAINING [1] -
14:22
OBVIOUS [2] - 63:3
OBVIOUSLY [3] -
30:17, 55:5, 59:23
OCCASION [1] - 25:23
OCCUR [2] - 13:3,
30:1
OCTOBER [2] - 27:12,
59:8
ODD [2] - 8:16, 35:4
OF [219] - 1:2, 2:12,
2:14, 4:3, 4:11, 4:14,
4:17, 5:22, 6:20,
6:21, 6:22, 6:24,
7:13, 7:22, 8:4, 8:11,
8:17, 8:19, 8:22, 9:7,
9:13, 9:14, 9:17,
10:1, 10:6, 10:7,
10:8, 10:12, 10:21,
10:22, 10:23, 10:25,
11:3, 11:4, 11:7,
11:11, 11:13, 11:19,
12:2, 12:3, 12:7,
12:10, 12:17, 12:23,
13:2, 13:4, 13:6,
13:16, 13:24, 13:25,
14:3, 14:16, 14:19,
14:22, 15:1, 15:5,
15:6, 15:9, 15:10,
15:11, 15:20, 15:21,
16:7, 16:19, 17:13,
17:19, 18:1, 18:7,
19:22, 19:23, 20:1,
20:5, 20:9, 20:10,
20:20, 20:21, 21:3,
21:14, 22:4, 22:10,
23:8, 23:15, 23:21,
24:5, 24:14, 24:18,
24:19, 24:20, 25:5,
25:12, 25:16, 25:20,
26:6, 26:9, 27:8,
27:10, 27:11, 27:12,
27:16, 27:19, 27:20,
28:3, 28:11, 29:9,
29:10, 29:12, 29:14,
29:23, 29:24, 29:25,
30:2, 30:3, 30:6,
30:7, 30:12, 31:1,

31:2, 31:3, 31:11,
31:19, 31:20, 31:21,
32:4, 32:7, 32:24,
33:2, 33:11, 33:19,
33:22, 34:18, 34:24,
35:9, 35:20, 36:6,
36:14, 36:15, 37:2,
37:6, 37:7, 37:8,
37:10, 38:6, 38:23,
39:1, 39:3, 39:15,
39:20, 40:16, 40:17,
41:1, 41:7, 42:5,
43:6, 44:12, 44:22,
45:1, 46:10, 46:12,
46:13, 46:14, 46:15,
47:6, 47:22, 48:1,
48:5, 48:6, 48:12,
48:13, 48:14, 48:19,
49:4, 49:10, 49:13,
50:22, 50:23, 51:12,
52:1, 52:2, 52:3,
53:19, 54:1, 54:10,
54:23, 54:25, 55:6,
55:25, 56:15, 56:19,
56:22, 57:10, 57:13,
57:23, 57:24, 58:2,
58:4, 58:10, 59:8,
59:13, 60:7, 60:16,
60:19, 61:6, 61:21,
62:2, 62:5, 62:19,
63:13
OFF [6] - 7:12, 13:16,
13:18, 29:5, 44:21,
51:17
OFFER [5] - 4:19,
10:5, 10:14, 22:19,
54:11
OFFERED [1] - 53:25
OFFICE [5] - 6:22,
6:24, 8:19, 8:21,
15:3
OFFICES [5] - 6:25,
7:25, 8:17, 8:18,
8:23
OFFICIAL [2] - 1:17,
63:16
OFTEN [1] - 12:12
OFTENTIMES [1] -
10:7
OH [1] - 23:5
OIT [1] - 8:22
OKAY [36] - 3:8, 3:19,
17:12, 18:4, 18:9,
19:20, 20:24, 21:23,
22:20, 22:24, 26:24,
29:6, 29:15, 30:6,
30:11, 35:7, 38:19,
41:21, 41:23, 42:11,
44:20, 45:11, 45:19,
46:2, 46:16, 46:17,

47:4, 48:13, 50:5,
51:20, 52:12, 55:17,
58:16, 60:5, 60:11,
62:24
OLD [2] - 27:23, 34:12
OMAHA [2] - 34:3,
40:15
ON [60] - 5:3, 5:6,
5:14, 6:1, 7:12, 8:24,
9:5, 9:17, 10:24,
12:12, 13:16, 13:18,
17:14, 17:25, 18:2,
18:5, 18:7, 21:8,
21:20, 22:15, 23:10,
23:24, 25:23, 29:5,
32:14, 32:24, 33:2,
33:18, 36:7, 38:25,
42:5, 43:6, 43:15,
43:18, 43:23, 44:25,
45:11, 46:2, 46:4,
46:14, 46:17, 47:5,
50:2, 50:6, 51:3,
51:12, 51:15, 52:1,
52:7, 52:11, 53:18,
53:20, 59:15, 60:17,
60:22, 61:20, 61:21,
62:9, 62:25
ONCE [22] - 6:13,
6:18, 7:3, 7:10, 7:23,
7:24, 9:12, 9:24,
10:4, 10:11, 11:13,
35:20, 39:19, 40:1,
44:6, 44:10, 44:11,
44:18, 44:20, 44:21,
45:12, 45:15
ONE [16] - 2:7, 5:24,
8:2, 14:12, 16:1,
16:19, 20:19, 25:16,
34:10, 36:25, 41:5,
46:12, 46:19, 47:22,
53:1, 53:11
ONES [2] - 22:22,
42:25
ONLY [8] - 14:8,
16:11, 19:10, 30:3,
30:5, 34:10, 36:20,
41:6
OPENED [2] - 37:12,
43:25
OPENS [1] - 3:1
OPERATIONS [1] -
42:5
OPINION [5] - 16:22,
31:23, 31:24, 32:13,
32:15
OPPORTUNITY [3] -
8:19, 9:15, 56:13
OPPOSED [5] - 5:16,
31:10, 61:14
OPTICAL [2] - 38:2,

38:6
OPTION [4] - 5:18, 5:19, 8:13, 16:2
OPTIONS [1] - 5:25
OPTISCANS [2] - 36:23, 38:1
OR [52] - 4:8, 5:3, 5:11, 8:1, 8:4, 9:9, 9:22, 11:8, 11:11, 11:18, 11:19, 11:23, 13:18, 13:19, 14:13, 15:15, 15:22, 16:13, 16:14, 16:19, 16:20, 17:20, 18:20, 20:4, 20:19, 21:6, 22:3, 25:19, 26:11, 26:20, 26:25, 27:21, 28:9, 29:12, 32:20, 36:25, 37:2, 39:17, 41:11, 44:17, 49:2, 50:22, 50:23, 51:16, 55:9, 55:12, 57:22, 58:9, 58:20, 59:14, 60:12
ORDER [5] - 4:6, 13:17, 17:21, 22:15, 53:20
ORDINANCE [1] - 14:10
ORDINARY [1] - 17:17
ORGANIZATION [1] - 45:24
OTHER [22] - 6:24, 8:23, 14:9, 19:17, 20:19, 25:20, 26:25, 32:20, 35:18, 36:15, 36:16, 36:19, 36:25, 42:24, 42:25, 43:25, 51:7, 51:17, 53:4, 55:8, 57:10, 60:6
OTHERS [2] - 20:4, 41:2
OUR [13] - 6:22, 8:19, 11:4, 13:5, 16:2, 21:21, 27:23, 28:3, 28:8, 40:3, 44:4, 44:11, 60:18
OUT [15] - 4:19, 5:15, 5:25, 6:6, 15:23, 16:20, 19:6, 23:10, 27:2, 27:11, 29:21, 48:14, 50:19, 50:21, 50:24
OUTLETS [1] - 37:21
OUTLINED [1] - 13:24
OUTSIDE [3] - 15:9, 57:4, 57:6
OVER [11] - 3:16, 4:7, 20:11, 38:13, 41:8, 41:18, 41:19, 42:13, 42:21, 46:22

OVERRULE [1] - 59:16
OVERRULED [3] - 12:24, 21:5, 22:23
OVERSEE [1] - 39:4

P

PA [5] - 1:9, 1:19, 2:3, 2:8, 2:13
PAGE [6] - 23:17, 61:5, 61:6, 61:7, 61:8, 64:15
PAGES [4] - 62:3, 62:7, 62:14, 62:19
PAID [4] - 57:25, 58:5, 58:11, 58:12
PAINTED [1] - 35:23
PAPER [5] - 22:4, 22:7, 36:23, 37:24, 46:20
PAPIANOU [1] - 2:2
PART [8] - 14:19, 30:2, 30:3, 30:5, 35:20, 44:22, 53:19, 58:1
PARTICULAR [1] - 45:6
PARTIES [3] - 60:11, 61:13, 62:15
PARTS [1] - 29:14
PARTY [2] - 23:16, 62:3
PASS [1] - 14:11
PASSED [1] - 27:11
PAST [1] - 25:24
PATH [1] - 23:9
PATIENCE [1] - 24:15
PAUL [1] - 1:10
PAUSE [1] - 38:16
PAY [4] - 60:17
PAYMENT [1] - 60:19
PEDRO [1] - 1:6
PENDING [1] - 30:13
PENNSYLVANIA [6] - 1:2, 25:3, 25:12, 28:4, 31:4, 32:6
PEOPLE [17] - 28:8, 28:12, 28:13, 35:16, 36:19, 40:25, 42:4, 42:8, 43:19, 47:20, 48:8, 48:13, 48:15, 51:25, 52:6, 52:14, 55:8
PER [4] - 61:5, 61:6, 61:7
PERCENT [1] - 15:12
PERFECTLY [2] - 63:2, 63:3
PERHAPS [1] - 55:12

PERIOD [1] - 30:11
PERSON [2] - 21:4, 28:8
PERSONS [1] - 52:16
PERSPECTIVE [1] - 21:21
PETITION [4] - 19:21, 29:8, 29:12, 29:23
PFAUTZ [1] - 2:12
PHASE [12] - 4:19, 4:20, 4:21, 5:24, 8:1, 8:4, 8:11, 12:17, 13:2, 13:4, 13:25, 16:18
PHASED [1] - 4:18
PHASES [1] - 5:22
PHILADELPHIA [31] - 1:9, 1:19, 2:3, 2:8, 2:12, 2:13, 2:14, 4:4, 4:12, 25:5, 26:8, 27:19, 28:19, 31:19, 32:9, 33:9, 33:22, 34:6, 36:14, 36:21, 37:8, 39:1, 40:22, 43:8, 46:20, 47:14, 52:4, 56:1, 56:15, 57:24, 58:10
PICK [1] - 32:2
PICKING [1] - 47:5
PIECE [1] - 22:4
PILOT [1] - 36:9
PIN [1] - 51:9
PLACE [12] - 10:6, 26:9, 26:18, 27:5, 27:19, 42:9, 45:22, 46:23, 50:8, 50:17, 51:1, 51:2
PLACED [1] - 34:13
PLACEMENT [2] - 33:23, 33:24
PLACES [8] - 33:24, 35:5, 42:20, 42:22, 43:1, 43:3, 46:9, 50:22
PLACING [1] - 43:6
PLAINTIFF [1] - 54:2
PLAINTIFF'S [1] - 49:11
PLAINTIFFS [4] - 1:4, 1:15, 2:4, 59:23
PLAINTIFFS' [3] - 22:11, 22:25, 23:3, 24:2, 64:16, 64:17
PLAN [2] - 27:22, 28:22
PLANS [8] - 26:8, 26:17, 27:4, 27:7, 27:18, 30:16, 30:17, 61:20
PLASTIC [3] - 43:18,

43:22, 48:16
PLAY [1] - 20:21
PLEADINGS [1] - 62:1
PLEASE [5] - 3:3, 24:10, 49:7, 55:20, 56:21
PLEASED [2] - 17:7, 30:22
PLUG [1] - 51:18
PLUGGING [1] - 51:8
PLUS [1] - 14:12
POINT [9] - 6:14, 7:1, 10:12, 12:18, 36:3, 39:22, 51:7, 55:25, 57:18
POLL [3] - 40:4, 50:10, 50:15
POLLING [15] - 33:11, 33:24, 35:4, 42:9, 42:22, 43:1, 43:3, 45:22, 46:8, 46:23, 50:8, 50:17, 50:22, 51:1, 51:2
PORTION [1] - 59:8
POSITION [1] - 22:16
POSSIBLY [3] - 8:9, 9:8, 26:6
POSTED [17] - 7:1, 7:3, 7:6, 7:8, 7:10, 7:16, 7:17, 7:18, 7:24, 10:22, 10:25, 11:2, 11:6, 12:11, 16:8
POSTING [3] - 8:7, 8:8, 12:3
POTENTIAL [2] - 9:10, 53:6
POWER [2] - 37:21, 51:19
PREPARED [2] - 63:1
PRESENT [3] - 52:23, 58:20, 60:3
PRESIDENTIAL [3] - 26:5, 29:4, 39:6
PRESUMABLY [2] - 34:25, 50:10
PRETTY [1] - 4:22
PREVIOUS [1] - 33:15
PREVIOUSLY [2] - 15:16, 56:6
PRICE [4] - 5:6, 5:17, 9:22, 60:16
PRICES [1] - 60:22
PRICING [4] - 5:4, 9:23, 10:1, 10:16
PRIMARIES [1] - 27:1
PRIMARY [7] - 26:5, 26:23, 27:8, 27:13, 34:11, 34:25, 41:7
PRIOR [2] - 7:23,

11:16
PROBABLY [1] - 13:15
PROBLEMS [1] - 45:13
PROCEDURE [1] - 17:15
PROCEDURES [1] - 36:10
PROCEED [3] - 3:13, 39:18, 56:7
PROCEEDINGS [4] - 1:21, 18:5, 24:14, 63:13
PROCESS [37] - 4:5, 4:8, 4:10, 4:24, 5:1, 5:22, 7:5, 7:14, 8:3, 8:6, 8:8, 8:12, 8:15, 9:9, 10:10, 12:2, 12:6, 12:8, 14:8, 14:16, 14:19, 14:20, 14:21, 15:11, 15:25, 16:21, 17:16, 18:25, 21:7, 30:1, 30:2, 30:3, 31:18, 40:2, 41:4, 49:2
PROCESSES [1] - 49:13
PROCURE [8] - 4:12, 6:9, 8:4, 16:24, 18:14, 35:19, 39:24
PROCUREMENT [23] - 4:13, 4:17, 5:8, 5:22, 8:12, 8:19, 10:9, 10:15, 10:19, 10:25, 11:13, 11:17, 12:17, 13:3, 13:8, 13:25, 14:7, 14:19, 18:25, 20:4, 20:8, 29:16, 30:1
PROCUREMENTS [1] - 11:24
PROCURING [6] - 4:14, 8:5, 13:22, 14:23, 15:5, 15:11
PRODUCED [1] - 1:21
PRODUCT [1] - 50:2
PROFESSIONAL [3] - 31:11, 32:5, 32:21
PROPOSAL [2] - 10:4, 10:13
PROPOSALS [14] - 4:21, 5:3, 6:4, 6:7, 7:4, 7:11, 8:25, 9:6, 9:25, 10:3, 10:12, 10:13, 12:10
PROPOSE [2] - 61:9, 61:14
PROPOSED [3] - 60:7, 61:15, 62:1

PROPOSERS [1] - 6:3
PROPOSITION [1] -
23:16
PROTEST [3] - 11:7,
11:11, 11:19
PROVIDE [1] - 37:1
PROVIDED [6] -
18:23, 22:10, 22:14,
57:22, 59:22
PROVIDING [1] -
37:14
PUBLIC [11] - 11:4,
11:8, 15:9, 15:11,
15:13, 40:3, 41:25,
42:13, 43:3, 45:23,
54:10
PUBLICLY [3] - 7:4,
10:23, 14:18
PUDLIN [1] - 2:7
PURCHASE [8] - 4:6,
5:9, 5:10, 16:7,
16:10, 18:5, 21:14,
49:5
PURCHASED [3] -
34:18, 36:23, 48:22
PURCHASES [2] - 4:6,
13:17
PURPOSE [1] - 36:6
PURVIEW [1] - 55:6
PUSHING [1] - 35:14
PUT [9] - 15:23, 43:19,
45:13, 45:14, 46:2,
46:4, 51:19, 54:4,
62:9
PUTTING [2] - 37:21,
51:8

## Q

QUADRUPLE [1] -
27:14
QUALITATIVE [1] -
5:4
QUESTION [16] - 17:6,
21:6, 21:8, 27:3,
28:21, 30:18, 30:21,
30:25, 36:1, 36:5,
38:13, 39:10, 46:19,
49:20, 53:18, 58:2
QUESTIONED [1] -
49:10
QUESTIONING [1] -
48:19
QUESTIONS [8] -
3:15, 38:17, 38:24,
47:2, 47:5, 47:6,
47:23, 57:17
QUICKLY [1] - 60:17
QUITE [1] - 62:7

## R

RAN [1] - 30:5
READY [3] - 27:1,
27:12, 27:24
REALLY [10] - 22:6,
35:12, 35:14, 35:25,
36:18, 36:20, 49:17,
54:21, 61:10
REASON [3] - 9:8,
15:18, 45:19
REASONS [1] - 25:15
REBUTTAL [2] - 53:9,
53:10
RECALL [8] - 23:6,
28:20, 34:6, 46:23,
47:10, 48:2, 55:14,
59:6
RECALLS [1] - 56:1
RECEIVE [2] - 11:14,
11:19
RECEIVED [2] - 9:6,
54:12
RECESS [2] - 55:18,
55:19
RECOMMEND [9] -
4:13, 4:15, 5:7,
15:18, 15:23, 18:13,
18:18, 18:20, 18:21
RECOMMENDATION
[2] - 32:17, 32:21
RECONCILE [1] - 14:2
RECORD [11] - 23:17,
36:6, 44:20, 49:7,
51:15, 51:17, 54:10,
59:21, 60:24, 62:9,
63:13
RECORDED [2] -
1:21, 44:7
RECREATION [1] -
50:23
RECROSS [1] - 64:4
REDIRECT [3] - 17:10,
47:8, 64:4
REFER [1] - 56:24
REFERENCE [1] -
53:5
REFERENCED [1] -
59:4
REFERRING [1] - 57:3
REFUSE [1] - 54:3
REGARD [2] - 27:16,
47:23
REGARDING [4] -
11:9, 47:11, 53:20,
57:23
REGISTER [1] - 55:9
REGISTRATIONS [3] -
27:11, 28:5, 28:11
REGULARLY [1] -

26:18
RELATED [2] - 47:6,
57:12
RELATION [2] - 42:19,
56:15
RELEASE [1] - 57:15
REMEMBER [2] -
16:7, 59:12
REMOVED [1] - 51:5
RENEWALS [1] -
13:19
REPAIRING [1] -
40:18
REPEAT [1] - 32:19
REPLACEMENT [2] -
37:1, 37:14
REPORT [2] - 22:10,
23:8
REPORTER [2] - 1:17,
63:16
REPORTS [1] - 46:15
REPRESENTATION
[1] - 18:6
REPRESENTATIVE
[1] - 8:20
REPRESENTATIVES
[1] - 40:19
REQUEST [2] - 6:3,
50:24
REQUIRED [2] -
14:13, 39:7, 39:13
REQUIREMENTS [3] -
5:3, 5:13, 5:15
REQUIRES [1] - 47:11
RESPECT [1] - 27:7
RESPECTFULLY [2] -
30:20, 36:4
RESPONSE [4] -
18:12, 22:14, 29:23,
47:22
RESPONSIBLE [4] -
33:21, 37:14, 43:5,
52:15
RESPONSIVE [1] -
61:25
RESUMING [1] - 34:12
REVEAL [1] - 49:14
REVIEW [8] - 5:3,
5:13, 6:24, 7:14,
7:25, 9:1, 11:15,
14:9
REVIEWED [8] - 6:16,
6:20, 6:21, 6:22, 7:5,
9:4, 9:19, 10:11
REVIEWING [2] -
4:20, 6:6
RFI [28] - 6:2, 6:11,
6:12, 6:13, 6:15,
6:17, 6:18, 7:1, 7:3,
7:16, 7:18, 7:20, 8:2,

8:6, 12:7, 14:6,
15:15, 15:24, 16:8,
16:20, 17:24, 18:1,
18:9, 18:13, 18:18,
18:22, 18:25
RFP [20] - 5:16, 6:7,
6:16, 7:3, 7:5, 7:6,
7:8, 7:10, 7:15, 7:17,
7:20, 7:23, 8:2, 8:6,
15:15, 15:25, 16:20,
18:13, 18:19
RFPS [1] - 8:25
RHOADS [1] - 2:2
RICE [1] - 22:18
RICE'S [1] - 22:13
RIGHT [26] - 16:21,
17:17, 17:22, 18:2,
19:1, 19:8, 19:13,
19:14, 19:18, 21:17,
25:10, 25:17, 25:21,
25:24, 30:7, 30:13,
32:25, 33:3, 33:6,
33:12, 33:15, 35:11,
37:22, 38:4, 52:2,
55:20
RMR [2] - 1:17, 63:17
ROBERT [1] - 2:6
ROLL [1] - 44:21
ROOM [3] - 1:18, 28:9,
38:4
ROUGHLY [1] - 7:7
RULE [2] - 23:15
RUN [7] - 31:12,
35:11, 35:17, 35:22,
42:4, 51:16, 57:13
RUNNING [1] - 55:9

## S

SAID [6] - 30:16,
47:22, 49:15, 50:18,
51:11, 63:5
SAME [10] - 15:15,
16:1, 16:14, 18:13,
18:18, 41:16, 41:17,
47:16, 47:17, 47:18
SAW [2] - 43:21, 51:9
SAY [18] - 8:8, 9:6,
16:11, 16:21, 17:25,
22:16, 27:2, 27:6,
28:18, 28:24, 31:7,
39:19, 40:8, 40:17,
45:3, 46:22, 48:5
SAYING [1] - 30:15
SAYS [1] - 49:16
SCANNERS [1] - 38:7
SCANS [1] - 38:2
SCHEDULE [2] - 60:6,
60:19
SCHEDULED [1] -

26:19
SCHOOL [1] - 50:23
SCOPE [1] - 16:2
SCORE [5] - 5:14, 9:2,
9:16, 10:17, 12:14
SCORED [8] - 5:4, 9:4,
9:14, 9:19, 9:24,
10:13, 10:14
SCORES [4] - 9:25,
10:23, 10:25, 11:10
SCORING [4] - 9:9,
9:21, 9:22, 12:2
SCRATCH [1] - 19:3
SCRIPT [2] - 44:11,
44:24
SEAL [10] - 43:15,
43:22, 44:21, 46:6,
46:10, 51:14, 51:15,
51:17, 51:25, 52:15
SEALED [10] - 4:8,
4:24, 5:1, 5:11, 5:16,
35:23, 39:25, 40:1,
43:12, 43:14
SEALING [1] - 37:20
SEALS [14] - 43:6,
43:19, 43:21, 46:2,
46:4, 46:12, 46:14,
48:17, 49:17, 49:21,
50:1, 51:2, 51:5,
51:15
SEATED [3] - 3:3,
24:10, 55:20
SECOND [1] - 4:20
SECONDARY [1] -
10:18
SECRET [1] - 49:18
SECRETARY [6] -
19:22, 20:6, 23:8,
26:25, 29:9, 31:21
SECURITY [3] - 25:19,
47:6, 49:16
SECURITY-
RELATED [1] - 47:6
SEE [8] - 3:6, 29:1,
29:2, 29:3, 42:8,
54:5, 61:2, 61:4
SEEMS [1] - 14:1
SEGAL [1] - 2:7
SELECT [3] - 8:12,
15:7, 16:23
SELECTED [5] - 30:4,
32:24, 34:1, 36:17,
39:20
SELECTING [1] -
16:19
SELECTION [17] -
7:12, 7:14, 8:14,
8:16, 8:24, 9:15,
10:2, 10:8, 10:11,
12:2, 12:9, 12:12,

12:13, 16:21, 18:1, 18:10, 35:9
SENT [1] - 59:9
SEPARATE [2] - 27:17, 34:22
SEPARATELY [2] - 5:5, 9:24
SERIAL [1] - 44:25
SERIES [2] - 10:6, 15:10
SERIOUS [1] - 32:8
SESSIONS [2] - 41:19, 50:11
SET [3] - 23:9, 41:7, 60:6
SETTLEMENT [3] - 22:15, 22:17, 27:18
SEVEN [5] - 35:12, 35:13, 61:6, 61:9, 61:14
SEVERAL [2] - 7:24, 38:23
SHALL [1] - 3:5
SHE [3] - 3:6, 21:8, 58:20
SHIPMENT [2] - 34:10, 35:2
SHORT [3] - 38:16, 55:11, 55:17
SHOULD [3] - 32:15, 32:18, 32:22
SICK [1] - 45:14
SIDE [1] - 61:21
SIGN [4] - 13:16, 13:18, 13:20, 52:7
SIGNED [1] - 7:12, 33:20
SIGNING [1] - 54:13
SINCE [5] - 19:11, 25:25, 57:11, 59:24
SIR [23] - 24:13, 24:16, 30:2, 30:25, 31:9, 31:14, 33:16, 34:4, 34:15, 35:1, 35:25, 36:7, 37:23, 40:7, 40:14, 40:24, 41:20, 43:7, 46:7, 47:7, 50:9, 51:4, 52:17
SITTING [2] - 19:21, 19:24
SIX [2] - 9:6, 9:7
SLIGHTLY [1] - 30:21
SMALL [3] - 4:6, 13:17, 43:22
SMOOTHLY [1] - 33:14, 33:15, 33:16, 35:11, 35:17
SO [49] - 4:5, 5:5, 8:1, 8:16, 9:23, 11:4, 11:15, 14:15, 15:1,

15:23, 17:1, 17:24, 18:9, 20:8, 20:13, 21:18, 21:25, 22:9, 22:11, 25:15, 27:13, 27:25, 28:21, 30:2, 30:18, 31:19, 32:24, 35:9, 41:23, 42:25, 44:10, 44:20, 49:22, 50:20, 51:1, 51:13, 52:19, 53:17, 54:6, 57:7, 58:5, 59:15, 60:8, 60:18, 61:5, 61:17, 61:18, 62:1, 63:6
SOLELY [1] - 5:5
SOLICIT [2] - 7:4, 7:20
SOME [17] - 7:1, 11:8, 11:19, 14:13, 15:6, 19:21, 25:19, 38:24, 43:2, 47:6, 54:10, 54:25, 55:3, 56:22, 56:24, 61:11, 61:12
SOMEBODY [2] - 49:12, 54:4
SOMEONE [3] - 8:24, 11:9, 46:9
SOMETHING [11] - 5:12, 7:21, 12:3, 13:8, 13:10, 18:17, 18:21, 22:1, 28:25, 48:1, 63:1
SOMEWHERE [1] - 14:1
SON [1] - 49:4
SOON [1] - 50:16
SORRY [5] - 17:5, 24:5, 32:19, 39:8, 40:7
SORT [1] - 13:24
SPACE [3] - 47:23, 48:9, 48:12
SPEAKING [1] - 42:2
SPECIAL [1] - 26:15
SPECIALLY [1] - 34:14
SPECIFIC [2] - 5:15, 39:12
SPECIFICALLY [3] - 11:6, 17:24, 57:3
SPED [1] - 16:21
SPEEDING [1] - 17:20
SPENT [3] - 24:23, 24:24, 32:5
SPOKE [1] - 56:19
SPREAD [1] - 45:17
SPRING [1] - 28:10
SQUARE [1] - 2:7
STAFF [3] - 31:11, 32:21, 51:7
STAND [2] - 23:16,

56:2
START [7] - 19:3, 26:13, 26:22, 40:2, 44:22, 50:21, 58:21
STARTED [5] - 34:1, 34:9, 34:12, 61:12, 61:20
STATE [15] - 15:20, 17:5, 17:7, 17:8, 20:5, 20:21, 26:11, 26:20, 27:21, 29:25, 31:3, 31:15, 31:22, 36:17, 59:13
STATED [1] - 14:9
STATEMENT [2] - 22:18, 43:10
STATES [1] - 1:1
STEIN [1] - 1:3
STENOGRAPHER [2] - 60:19, 60:21
STENOTYPE [1] - 1:21
STENOTYPE-COMPUTER [1] - 1:21
STEPS [10] - 8:14, 20:3, 20:20, 29:24, 31:2, 39:2, 39:7, 39:13, 39:21, 42:25
STILL [10] - 3:11, 9:21, 16:14, 19:6, 19:18, 42:15, 54:22, 54:23, 56:4, 61:12
STIPULATE [3] - 54:3, 54:8, 55:1
STIPULATED [1] - 18:4
STIPULATION [3] - 53:25, 55:5, 59:5
STIPULATIONS [1] - 59:5
STOOD [1] - 29:21
STOP [1] - 34:10
STORAGE [1] - 38:6
STORE [3] - 37:24, 38:1, 38:2
STREET [4] - 1:18, 2:3, 2:13, 28:10
STREETS [1] - 2:8
STUFF [1] - 45:2
SUBJECT [1] - 32:14
SUBMISSION [1] - 60:7
SUBMIT [2] - 6:3, 61:15
SUBMITTED [3] - 54:22, 59:24, 62:5
SUCCESSFUL [1] - 35:15
SUCH [2] - 13:9, 57:14

SUE [1] - 22:12
SUFFICIENT [3] - 35:11, 35:17, 62:7
SUIT [1] - 15:22
SUITABLE [1] - 38:6
SUMMER [4] - 41:6, 41:9, 41:12, 41:13
SUPPLIES [2] - 4:2, 57:12
SUPPORTING [1] - 10:9
SUPPOSE [1] - 25:22
SURE [15] - 10:9, 15:12, 19:16, 22:6, 24:5, 36:18, 38:8, 38:14, 42:22, 44:13, 46:9, 49:4, 49:17, 50:4, 50:5
SUSTAINED [1] - 37:17
SWEAR [2] - 52:9, 52:10
SWORN [2] - 24:7, 56:6
SYSTEM [27] - 4:12, 4:14, 5:9, 6:10, 8:5, 12:5, 13:22, 14:23, 15:15, 16:24, 25:16, 26:10, 26:19, 28:13, 29:5, 34:12, 37:3, 38:25, 39:5, 39:14, 39:16, 39:17, 39:18, 42:23, 46:20, 53:21, 56:16
SYSTEMS [17] - 5:8, 13:9, 14:4, 15:6, 15:16, 15:19, 15:24, 18:22, 19:7, 25:6, 29:25, 31:4, 31:21, 36:15, 37:2, 37:15, 57:10

T

TAKE [21] - 6:12, 7:19, 7:22, 8:4, 8:8, 10:6, 12:6, 12:14, 13:10, 13:23, 20:4, 29:24, 35:3, 39:3, 41:4, 41:11, 45:6, 50:24, 51:17, 55:11, 55:17
TAKEN [5] - 20:20, 31:2, 45:22, 46:8, 55:19
TAKES [1] - 12:13
TAKING [1] - 45:8
TALKED [1] - 36:18
TALKING [5] - 8:2, 9:21, 9:22, 41:23, 48:17

TALLEST [1] - 29:20
TALLYING [1] - 10:14
TAUGHT [1] - 40:21
TECHNICAL [9] - 5:3, 5:13, 5:15, 9:21, 9:23, 9:24, 9:25, 10:15, 15:21
TECHNICIANS [2] - 41:1, 44:4
TECHNOLOGY [2] - 6:23, 8:22
TELL [6] - 4:16, 5:24, 8:13, 13:1, 36:19, 63:4
TENANT [1] - 57:15
TERMS [5] - 9:17, 13:6, 14:22, 37:8, 48:13
TEST [7] - 44:7, 44:9, 44:12, 44:23, 44:24, 46:5
TESTED [1] - 45:12
TESTIFIED [7] - 7:15, 14:3, 17:14, 18:12, 23:8, 54:25, 56:6
TESTIFY [1] - 55:15
TESTIMONY [9] - 19:20, 19:24, 23:9, 29:17, 37:4, 40:13, 47:11, 48:3, 59:13
THAN [12] - 4:23, 5:11, 18:9, 19:7, 33:15, 42:24, 43:25, 51:7, 51:17, 60:6, 62:4, 62:19
THANK [22] - 3:21, 20:16, 21:18, 21:19, 24:1, 24:14, 38:15, 38:22, 52:19, 52:21, 53:17, 54:20, 55:16, 57:2, 58:16, 58:18, 58:23, 62:11, 62:20, 63:6, 63:7, 63:8
THANKS [1] - 62:24
THAT [233] - 4:6, 4:14, 4:21, 4:23, 4:24, 5:10, 5:12, 5:15, 5:21, 6:7, 6:9, 6:13, 6:14, 6:25, 7:1, 7:14, 7:15, 7:25, 8:4, 8:14, 8:16, 8:18, 8:20, 8:23, 9:1, 9:5, 9:7, 9:17, 10:6, 10:10, 10:12, 10:20, 10:22, 11:2, 11:4, 11:8, 11:12, 11:14, 11:19, 11:22, 11:23, 12:1, 12:4, 12:5, 12:18, 12:19, 12:20, 12:23, 13:2, 13:10, 13:22,

13:23, 14:2, 14:10, 14:15, 14:16, 14:19, 14:25, 15:1, 15:2, 15:6, 15:12, 15:16, 15:18, 15:19, 15:23, 15:25, 16:11, 16:12, 16:23, 17:14, 17:15, 17:19, 18:1, 18:5, 18:6, 18:9, 18:12, 18:17, 18:18, 18:20, 18:21, 19:6, 19:9, 19:10, 19:16, 19:17, 19:21, 19:24, 20:1, 20:6, 20:9, 20:10, 20:21, 20:24, 20:25, 21:7, 21:8, 21:9, 21:11, 21:12, 21:24, 22:1, 22:13, 22:16, 23:6, 23:9, 23:14, 23:16, 23:22, 24:4, 25:20, 27:3, 28:15, 28:25, 29:8, 29:12, 29:14, 29:23, 30:2, 30:5, 30:11, 30:25, 31:4, 31:5, 31:16, 31:18, 31:22, 31:25, 32:7, 32:14, 32:19, 33:14, 33:21, 34:13, 34:20, 35:16, 35:18, 35:19, 35:21, 35:24, 36:22, 37:10, 37:14, 39:17, 39:19, 39:22, 39:25, 40:1, 40:3, 40:19, 41:4, 42:4, 42:8, 42:20, 42:22, 43:1, 43:5, 43:9, 43:10, 43:15, 43:22, 44:5, 44:12, 44:13, 44:24, 45:2, 45:6, 45:12, 45:20, 47:6, 47:12, 47:23, 48:2, 48:9, 48:12, 48:17, 49:11, 49:15, 49:16, 50:13, 50:24, 51:7, 51:9, 51:12, 52:7, 53:11, 53:22, 54:2, 54:10, 54:17, 55:2, 55:12, 56:18, 57:13, 57:24, 58:4, 59:4, 59:5, 59:6, 59:7, 59:8, 59:9, 59:10, 59:11, 59:14, 59:15, 59:22, 59:23, 59:24, 61:14, 61:16, 61:21, 61:23, 62:1, 62:5, 62:15, 63:3, 63:12

**THAT'S** [17] - 16:16, 17:23, 18:17, 20:16, 24:18, 29:4, 29:21, 30:17, 31:10, 44:23, 46:1, 49:18, 52:18,

54:20, 57:6, 62:6

**THE** [804] - 1:1, 1:2, 1:10, 1:15, 2:4, 2:9, 2:14, 3:2, 3:5, 3:8, 3:9, 3:10, 3:14, 3:19, 4:1, 4:3, 4:9, 4:11, 4:13, 4:15, 4:16, 4:19, 4:21, 4:22, 4:23, 4:25, 5:1, 5:2, 5:7, 5:9, 5:10, 5:15, 5:17, 5:18, 5:19, 5:20, 5:22, 5:24, 6:1, 6:2, 6:4, 6:6, 6:8, 6:9, 6:10, 6:15, 6:16, 6:17, 6:18, 6:23, 7:3, 7:4, 7:5, 7:6, 7:8, 7:10, 7:11, 7:13, 7:15, 7:16, 7:17, 7:19, 7:20, 7:23, 8:2, 8:6, 8:7, 8:11, 8:12, 8:13, 8:19, 8:21, 8:24, 8:25, 9:9, 9:12, 9:13, 9:14, 9:18, 9:23, 9:24, 9:25, 10:2, 10:3, 10:4, 10:7, 10:8, 10:10, 10:11, 10:13, 10:14, 10:15, 10:16, 10:17, 10:19, 10:21, 10:23, 10:24, 10:25, 11:4, 11:5, 11:6, 11:8, 11:10, 11:12, 11:13, 11:15, 11:16, 11:17, 11:21, 12:2, 12:3, 12:4, 12:7, 12:9, 12:10, 12:12, 12:13, 12:17, 12:23, 12:24, 13:2, 13:4, 13:6, 13:12, 13:17, 13:18, 13:25, 14:5, 14:6, 14:7, 14:9, 14:13, 14:16, 14:17, 14:19, 14:22, 14:23, 15:1, 15:3, 15:5, 15:6, 15:8, 15:11, 15:14, 15:15, 15:16, 15:17, 15:18, 15:20, 15:21, 15:22, 15:24, 15:25, 16:1, 16:2, 16:3, 16:4, 16:5, 16:6, 16:7, 16:8, 16:10, 16:12, 16:13, 16:14, 16:20, 16:22, 16:24, 17:4, 17:5, 17:7, 17:9, 17:15, 17:16, 17:17, 17:20, 17:24, 18:1, 18:4, 18:5, 18:7, 18:13, 18:14, 18:18, 18:22, 18:23, 18:24, 18:25, 19:9, 19:10, 19:11, 19:16,

19:17, 19:22, 19:23, 20:3, 20:5, 20:6, 20:8, 20:9, 20:10, 20:11, 20:12, 20:14, 20:16, 20:19, 20:20, 20:21, 20:22, 20:25, 21:3, 21:5, 21:6, 21:7, 21:12, 21:14, 21:17, 21:19, 21:20, 21:23, 21:25, 22:1, 22:2, 22:4, 22:5, 22:6, 22:9, 22:10, 22:14, 22:20, 22:21, 22:22, 22:24, 23:3, 23:5, 23:6, 23:9, 23:11, 23:15, 23:16, 23:19, 23:21, 23:22, 23:24, 24:8, 24:10, 24:18, 24:20, 24:23, 25:5, 25:7, 25:9, 25:12, 25:14, 25:20, 25:24, 26:2, 26:4, 26:8, 26:11, 26:13, 26:18, 26:19, 26:20, 26:22, 26:24, 26:25, 27:1, 27:3, 27:5, 27:7, 27:8, 27:9, 27:13, 27:14, 27:16, 27:18, 27:20, 27:21, 28:1, 28:2, 28:6, 28:13, 28:16, 28:17, 28:18, 28:22, 28:24, 29:4, 29:6, 29:8, 29:9, 29:12, 29:15, 29:16, 29:19, 29:20, 29:23, 29:24, 29:25, 30:3, 30:4, 30:6, 30:9, 30:11, 30:12, 30:14, 30:22, 30:25, 31:1, 31:2, 31:3, 31:5, 31:7, 31:8, 31:10, 31:11, 31:14, 31:15, 31:16, 31:17, 31:19, 31:21, 31:22, 32:1, 32:3, 32:4, 32:9, 32:24, 33:2, 33:5, 33:11, 33:17, 33:19, 33:20, 33:22, 33:24, 34:2, 34:5, 34:11, 34:13, 34:18, 34:22, 34:24, 34:25, 35:2, 35:3, 35:4, 35:7, 35:9, 35:10, 35:11, 35:17, 35:19, 35:20, 35:22, 35:24, 36:2, 36:5, 36:6, 36:7, 36:10, 36:13, 36:14, 36:15, 36:17, 36:25, 37:2, 37:3, 37:4, 37:6, 37:8, 37:17, 37:20, 37:21,

38:5, 38:6, 38:10, 38:11, 38:13, 38:14, 38:16, 38:19, 38:25, 39:1, 39:2, 39:3, 39:6, 39:7, 39:9, 39:13, 39:20, 39:21, 39:22, 39:24, 39:25, 40:1, 40:2, 40:3, 40:4, 40:5, 40:6, 40:10, 40:12, 40:15, 40:16, 40:17, 40:20, 40:21, 41:6, 41:8, 41:9, 41:11, 41:12, 41:13, 41:15, 41:21, 41:25, 42:4, 42:7, 42:8, 42:10, 42:11, 42:12, 42:13, 42:14, 42:16, 42:18, 42:19, 42:23, 42:24, 42:25, 43:2, 43:3, 43:4, 43:6, 43:8, 43:12, 43:14, 43:16, 43:19, 43:21, 44:6, 44:9, 44:10, 44:11, 44:12, 44:13, 44:15, 44:16, 44:17, 44:18, 44:20, 44:21, 44:22, 44:23, 44:24, 44:25, 45:1, 45:3, 45:12, 45:16, 45:21, 45:22, 45:23, 46:2, 46:4, 46:5, 46:8, 46:10, 46:11, 46:12, 46:13, 46:14, 46:17, 46:25, 47:4, 47:6, 47:10, 47:16, 47:17, 47:22, 47:23, 47:24, 48:1, 48:5, 48:12, 48:14, 48:16, 48:20, 48:22, 49:1, 49:3, 49:4, 49:7, 49:8, 49:9, 49:10, 49:12, 49:13, 49:15, 49:16, 49:17, 49:18, 49:20, 49:22, 50:1, 50:2, 50:3, 50:4, 50:5, 50:7, 50:8, 50:10, 50:11, 50:15, 50:16, 50:17, 50:22, 51:1, 51:2, 51:3, 51:5, 51:8, 51:9, 51:10, 51:11, 51:12, 51:14, 51:15, 51:17, 51:20, 51:23, 51:25, 52:1, 52:3, 52:9, 52:10, 52:12, 52:14, 52:15, 52:19, 52:21, 52:22, 52:25, 53:3, 53:7, 53:14, 53:18, 53:20, 53:22, 53:23, 54:2, 54:3, 54:5, 54:7, 54:8, 54:14,

54:17, 54:18, 54:19, 54:22, 54:23, 54:24, 55:5, 55:6, 55:7, 55:9, 55:12, 55:17, 55:20, 55:23, 55:25, 56:1, 56:3, 56:8, 56:15, 56:16, 56:19, 56:21, 56:22, 57:1, 57:2, 57:4, 57:7, 57:8, 57:11, 57:13, 57:14, 57:19, 57:23, 57:24, 58:1, 58:4, 58:6, 58:10, 58:12, 58:16, 58:18, 58:19, 58:22, 58:24, 59:2, 59:5, 59:6, 59:8, 59:13, 59:14, 59:16, 59:20, 59:21, 59:22, 59:23, 59:24, 59:25, 60:1, 60:5, 60:6, 60:11, 60:15, 60:16, 60:19, 60:21, 60:22, 60:23, 60:24, 60:25, 61:2, 61:5, 61:7, 61:9, 61:13, 61:19, 61:20, 61:21, 61:23, 61:25, 62:1, 62:2, 62:5, 62:6, 62:7, 62:9, 62:12, 62:14, 62:15, 62:16, 62:17, 62:21, 62:24, 63:2, 63:8, 63:12, 63:13

**THEIR** [13] - 6:5, 9:9, 14:18, 31:10, 32:4, 32:13, 33:23, 42:6, 49:10, 51:19, 62:25, 63:5

**THEM** [27] - 9:1, 9:18, 15:9, 22:19, 25:9, 25:13, 40:18, 41:1, 42:5, 43:18, 43:22, 44:1, 44:22, 45:13, 45:14, 45:15, 45:17, 45:18, 46:23, 48:22, 49:5, 50:21, 50:23, 50:24, 54:23

**THEMSELVES** [3] - 20:5, 20:9, 43:16

**THEN** [34] - 4:7, 5:4, 7:4, 7:6, 9:2, 9:13, 9:15, 9:16, 9:25, 10:14, 10:18, 13:19, 15:25, 18:4, 21:17, 23:2, 26:2, 30:4, 33:5, 34:9, 34:10, 34:12, 39:10, 39:18, 40:20, 41:9, 41:15, 45:12, 45:15, 51:19, 53:15, 57:15, 60:5, 62:24

THEORY [1] - 49:11
THERE [52] - 4:5,
5:21, 6:1, 6:24, 7:22,
7:24, 8:23, 11:11,
11:18, 12:18, 14:15,
15:10, 16:12, 16:20,
16:22, 17:20, 19:6,
19:7, 19:21, 20:24,
21:11, 21:21, 22:1,
23:12, 28:3, 28:18,
30:16, 33:8, 34:21,
35:18, 37:24, 38:1,
38:4, 38:5, 39:18,
42:19, 44:20, 44:21,
45:25, 48:2, 48:14,
50:20, 51:13, 52:22,
53:11, 54:10, 57:12,
58:5, 59:6, 60:5,
62:8
THERE'S [4] - 8:16,
46:6, 61:6, 62:6
THESE [12] - 10:12,
16:5, 18:4, 19:7,
19:22, 22:4, 22:8,
24:14, 42:2, 42:8,
52:16, 54:24
THEY [95] - 7:11, 8:13,
9:1, 9:2, 9:3, 9:5,
9:6, 9:7, 9:12, 9:13,
9:16, 9:19, 11:14,
13:6, 14:17, 14:18,
15:7, 15:12, 15:13,
16:14, 21:24, 22:24,
25:19, 27:11, 27:22,
27:23, 31:12, 32:1,
32:7, 32:15, 32:18,
32:22, 34:9, 34:12,
34:13, 34:20, 34:22,
35:23, 36:19, 40:21,
40:22, 40:23, 40:25,
42:4, 42:6, 42:7,
42:22, 42:24, 43:9,
43:11, 43:12, 43:17,
44:5, 44:6, 44:7,
44:12, 44:16, 44:18,
44:20, 44:21, 45:15,
45:16, 45:17, 45:21,
47:16, 50:20, 51:1,
51:9, 51:13, 51:14,
51:16, 52:1, 52:3,
52:4, 52:6, 52:7,
52:9, 52:10, 54:2,
54:11, 54:24, 55:3,
62:2, 62:18
THEY'D [1] - 9:10
THING [2] - 41:16,
41:17
THINGS [5] - 15:6,
21:22, 21:24, 35:18,
42:18

THINK [19] - 3:17,
15:25, 22:16, 23:11,
23:14, 31:24, 32:3,
35:25, 36:2, 36:4,
41:24, 43:21, 49:13,
49:18, 53:12, 55:9,
61:17, 62:4, 62:7
THIRD [1] - 4:21
THIS [49] - 6:5, 6:21,
7:21, 8:1, 9:21, 9:23,
12:1, 13:25, 16:10,
16:18, 17:14, 17:24,
17:25, 19:6, 22:19,
23:8, 23:11, 26:15,
26:16, 27:6, 27:17,
28:12, 28:15, 30:13,
33:18, 35:14, 37:5,
37:10, 37:13, 38:23,
41:8, 48:19, 49:11,
53:5, 53:6, 54:10,
55:25, 56:24, 57:11,
57:18, 59:10, 62:25,
63:1, 63:2, 63:5
THOSE [18] - 8:18,
13:16, 15:21, 15:24,
17:15, 22:16, 25:17,
26:6, 34:14, 41:2,
44:3, 45:20, 51:15,
54:25, 55:14, 56:22,
62:14
THOUGH [2] - 19:4,
32:13
THOUGHT [2] - 53:22,
54:24
THREE [13] - 8:9, 9:8,
9:10, 10:24, 12:15,
12:17, 13:2, 13:4,
29:20, 31:7, 32:3,
60:16, 61:7
THROUGH [18] - 4:8,
9:9, 12:7, 13:14,
14:6, 14:11, 14:15,
14:18, 15:3, 15:25,
16:20, 30:15, 39:21,
42:20, 42:21, 50:11
THROUGHOUT [6] -
28:4, 30:11, 36:16,
36:17, 40:4, 42:14
TIME [26] - 11:17,
11:19, 12:9, 13:24,
16:22, 16:24, 19:1,
20:6, 20:21, 22:19,
29:13, 30:25, 31:17,
33:19, 35:11, 35:17,
36:10, 37:4, 37:13,
37:18, 41:8, 45:21,
55:12, 61:11, 61:12
TIMEFRAMES [1] -
17:15
TIMELINE [2] - 17:20,

38:25
TIMES [2] - 35:14,
43:10
TINKER [1] - 59:7
TIRES [1] - 5:11
TITLE [2] - 24:5, 24:16
TO [308] - 3:16, 4:1,
4:12, 4:19, 4:24, 5:1,
5:2, 5:5, 5:10, 5:13,
5:14, 5:16, 5:19,
5:23, 6:3, 6:4, 6:6,
6:7, 6:9, 6:16, 7:4,
7:12, 7:19, 7:23,
7:25, 8:4, 8:9, 8:10,
8:11, 8:12, 8:24, 9:1,
9:3, 9:7, 9:8, 9:10,
9:15, 10:22, 11:3,
11:4, 11:5, 11:6,
11:11, 11:15, 11:16,
11:21, 12:3, 12:4,
12:7, 12:10, 12:13,
12:15, 12:16, 12:19,
12:22, 13:3, 13:19,
13:23, 14:1, 14:3,
14:5, 14:6, 14:10,
14:13, 14:14, 14:15,
14:17, 14:18, 14:25,
15:2, 15:7, 15:9,
15:12, 15:13, 15:14,
15:24, 16:1, 16:10,
16:11, 16:19, 16:21,
16:22, 16:24, 17:7,
17:13, 17:14, 17:19,
17:21, 18:1, 18:5,
18:10, 18:12, 18:14,
18:18, 18:20, 18:24,
19:1, 19:3, 19:13,
19:16, 19:18, 19:22,
20:3, 20:4, 20:10,
20:20, 21:6, 21:8,
21:20, 21:22, 22:13,
22:14, 22:16, 22:18,
22:22, 23:7, 23:14,
23:17, 23:22, 25:9,
25:12, 26:14, 27:16,
27:22, 27:23, 28:1,
28:3, 28:7, 28:11,
28:12, 28:14, 28:15,
28:21, 28:25, 29:1,
29:3, 29:8, 29:23,
29:24, 30:1, 30:14,
30:18, 30:22, 31:3,
31:5, 31:6, 31:10,
31:12, 31:15, 31:21,
31:23, 32:1, 32:9,
32:20, 33:22, 34:10,
34:11, 35:3, 35:4,
35:10, 35:11, 35:14,
35:17, 35:19, 35:21,
35:22, 36:5, 36:19,

37:1, 37:2, 37:11,
37:13, 38:13, 39:1,
39:2, 39:3, 39:4,
39:13, 39:15, 39:16,
39:22, 39:23, 39:24,
40:1, 40:2, 40:7,
40:8, 40:15, 40:22,
41:13, 42:4, 42:6,
42:18, 42:19, 42:20,
42:22, 42:25, 43:1,
43:2, 44:17, 44:25,
45:8, 45:19, 45:20,
45:22, 46:8, 46:9,
46:11, 47:12, 47:22,
47:23, 48:1, 48:8,
48:12, 48:15, 48:18,
49:1, 49:12, 49:20,
50:1, 50:8, 50:17,
50:21, 51:1, 51:15,
52:9, 52:10, 52:14,
52:23, 53:3, 53:5,
53:15, 53:19, 54:2,
54:3, 54:5, 54:8,
54:11, 54:18, 54:19,
54:25, 55:1, 55:15,
56:1, 56:13, 56:15,
56:24, 57:3, 57:8,
57:9, 57:11, 57:13,
58:12, 58:20, 59:4,
59:7, 59:9, 59:10,
59:11, 59:22, 59:23,
59:25, 60:3, 60:6,
60:15, 60:18, 61:2,
61:4, 61:5, 61:10,
61:11, 61:12, 62:3,
62:4, 62:6, 62:9,
62:15, 62:24, 63:3
TODAY [6] - 14:1,
31:17, 42:15, 61:18,
61:19, 61:20
TOGETHER [4] - 9:3,
43:17, 45:16, 45:18
TOOK [5] - 16:18,
30:4, 35:1, 41:13,
42:14
TOP [3] - 10:5, 10:23,
11:5
TRACTOR [2] - 43:11,
43:12
TRAILERS [3] - 43:11,
43:12, 43:13
TRAINED [1] - 50:10
TRAINING [7] - 40:2,
40:3, 40:16, 41:11,
41:24, 50:11
TRAININGS [5] - 41:8,
41:18, 41:19, 41:24,
42:13
TRANSCRIPT [2] -
1:21, 63:13

TRANSCRIPTION [1] -
1:21
TRANSCRIPTS [1] -
61:13
TRANSFERRED [1] -
34:3
TRANSITION [3] -
39:4, 39:13, 57:7
TRANSITIONED [1] -
39:1
TRANSPORT [1] -
35:3
TRANSPORTATION
[1] - 33:22
TRASH [1] - 5:12
TRUCK [2] - 43:14,
44:21
TRUCKS [1] - 5:12
TRUE [4] - 16:16,
25:8, 25:18, 44:2
TRULY [1] - 12:12
TRUTH [1] - 23:21
TRYING [1] - 16:19
TUESDAY [3] - 23:7,
26:15, 26:16
TURN [6] - 3:16, 5:23,
8:10, 12:16, 41:2,
60:17
TURNING [1] - 52:1
TWO [20] - 7:22, 8:11,
10:23, 13:11, 16:13,
16:15, 19:8, 19:9,
19:17, 22:5, 22:12,
22:16, 25:3, 35:4,
38:12, 41:5, 44:16,
44:17, 54:23, 60:22
TYPE [3] - 11:7, 11:11,
39:15
TYPICAL [2] - 5:11,
13:14
TYPICALLY [7] - 4:7,
7:19, 8:20, 11:16,
13:5, 14:7, 14:12

**U**

UAT [1] - 45:12
ULTIMATELY [1] -
16:6
UNCOMFORTABLE
[1] - 54:13
UNDER [5] - 3:11, 4:6,
56:4, 57:23, 58:4
UNDERSTAND [3] -
15:19, 23:14, 57:8
UNDERSTANDING [1]
- 35:16
UNDERSTOOD [1] -
60:1
UNDERTAKE [1] -

18:25

**UNEXPECTEDLY** [3] - 26:10, 26:20, 27:20
**UNGER** [1] - 22:13
**UNIQUE** [3] - 46:6, 47:12, 47:14
**UNITED** [1] - 1:1
**UNLESS** [1] - 61:13
**UNTIL** [1] - 9:18
**UP** [20] - 9:25, 14:1, 16:21, 17:12, 17:20, 19:18, 30:18, 31:5, 31:15, 31:21, 32:1, 42:25, 44:15, 45:18, 45:20, 45:21, 47:5, 51:19, 51:22, 60:6
**UPDATE** [5] - 20:4, 20:8, 20:21, 29:24, 31:3
**UPDATED** [2] - 19:1, 37:20
**UPDATES** [1] - 37:20
**UPWARDS** [1] - 48:15
**URGE** [1] - 62:15
**URGENT** [1] - 17:21
**US** [14] - 4:16, 5:5, 5:13, 5:18, 5:19, 6:6, 13:1, 29:3, 35:1, 44:8, 45:8, 46:12, 48:12, 60:6
**USE** [14] - 15:15, 16:1, 18:18, 18:20, 25:6, 31:4, 31:22, 36:17, 40:16, 40:17, 44:25, 47:16, 47:17
**USED** [6] - 26:3, 33:5, 33:11, 36:15, 46:20, 49:2
**USER** [2] - 44:23, 44:24
**USING** [7] - 18:13, 26:10, 26:19, 36:22, 39:16, 39:22, 46:23
**USUALLY** [2] - 35:6, 50:18

**V**

**VALUE** [19] - 4:9, 4:15, 4:17, 4:18, 5:2, 5:5, 5:8, 5:19, 5:22, 8:11, 12:17, 13:2, 13:25, 17:16, 20:25, 21:12, 32:4, 32:13, 49:2
**VARIES** [1] - 7:21
**VARIOUS** [1] - 39:3
**VENDOR** [2] - 48:23, 48:25
**VERSUS** [1] - 1:5

**VERY** [6] - 35:15, 38:15, 51:22, 52:19, 62:25, 63:4
**VIDEO** [3] - 59:10, 59:14
**VIEW** [2] - 23:10, 33:14
**VOLUME** [3] - 27:10, 27:11, 28:11
**VOTE** [1] - 44:14
**VOTED** [2] - 18:5, 18:7
**VOTERS** [4] - 19:22, 27:10, 29:8, 52:3
**VOTES** [1] - 33:8
**VOTING** [29] - 4:12, 5:8, 5:9, 6:5, 6:10, 8:4, 8:5, 12:5, 13:9, 13:22, 14:4, 14:20, 15:5, 15:15, 16:24, 18:14, 19:7, 20:5, 25:6, 25:16, 28:8, 29:25, 31:21, 36:15, 37:2, 42:20, 42:23, 52:1, 56:16

**W**

**WAIT** [5] - 20:14, 53:3
**WALKER** [1] - 2:2
**WALSH** [22] - 2:11, 3:7, 3:12, 3:13, 3:16, 3:20, 3:21, 3:23, 12:25, 16:17, 17:2, 21:2, 55:22, 55:23, 55:24, 56:7, 56:10, 57:5, 57:17, 58:22, 64:6, 64:12
**WANT** [15] - 5:23, 8:10, 11:9, 12:16, 17:13, 19:13, 19:16, 22:6, 23:22, 32:1, 54:19, 54:21, 60:17, 61:10, 61:25
**WANTED** [5] - 3:16, 21:22, 54:2, 54:3, 57:8
**WAREHOUSE** [12] - 33:23, 34:13, 34:20, 34:22, 34:23, 35:19, 35:20, 35:21, 37:20, 38:6, 39:24, 44:22
**WAREHOUSES** [4] - 35:4, 44:17, 49:11
**WAS** [54] - 13:21, 15:16, 16:8, 17:24, 18:2, 19:6, 19:9, 19:18, 19:21, 20:24, 21:7, 21:11, 23:7, 26:6, 29:1, 29:13, 29:14, 30:2, 30:3,

30:5, 32:24, 33:2, 33:25, 34:1, 34:2, 34:21, 34:25, 35:2, 35:9, 35:10, 35:16, 35:18, 35:20, 37:4, 38:24, 39:25, 40:19, 45:8, 45:12, 49:10, 49:20, 51:22, 53:12, 53:23, 55:9, 57:11, 58:14, 59:6, 59:10, 59:13, 59:14
**WASTING** [1] - 37:18
**WATCHED** [1] - 59:14
**WAY** [4] - 12:10, 20:19, 36:25, 43:13
**WAYNE** [1] - 26:4
**WE** [121] - 3:5, 4:15, 5:12, 5:13, 5:16, 6:2, 6:7, 8:21, 9:6, 9:21, 9:22, 10:4, 10:21, 11:9, 11:15, 11:21, 14:10, 15:20, 15:23, 16:1, 18:18, 19:9, 21:20, 22:18, 23:13, 26:15, 26:22, 27:1, 27:9, 27:10, 27:12, 27:13, 27:22, 28:4, 28:5, 28:7, 28:10, 28:11, 28:12, 28:13, 28:14, 28:24, 29:4, 31:12, 32:14, 34:1, 34:9, 34:10, 34:11, 35:1, 35:12, 35:14, 35:15, 35:19, 35:20, 35:21, 35:22, 36:24, 39:16, 39:17, 39:23, 40:1, 41:5, 41:6, 41:7, 41:8, 41:9, 42:12, 42:13, 42:14, 42:15, 42:21, 42:25, 43:2, 43:21, 44:15, 44:20, 44:21, 44:22, 44:25, 45:13, 45:14, 45:15, 45:18, 45:25, 46:4, 46:15, 47:17, 48:17, 48:22, 49:5, 50:21, 50:24, 51:9, 53:3, 53:6, 53:10, 53:15, 53:22, 53:23, 53:25, 54:4, 54:5, 55:11, 55:14, 55:17, 59:22, 59:24, 60:13, 60:14, 61:21
**WE'RE** [2] - 48:1, 48:5
**WEDNESDAY** [2] - 50:25, 53:18
**WEEK** [6] - 27:6, 34:8, 35:12, 35:13, 37:5, 59:25
**WEEKS** [3] - 41:11,

41:13, 41:14
**WEIGHTED** [1] - 5:14
**WELCOME** [3] - 3:10, 32:9, 56:3
**WELL** [25] - 6:23, 10:16, 10:18, 14:5, 15:3, 26:2, 26:13, 30:2, 30:22, 31:17, 32:12, 34:9, 34:17, 35:12, 35:18, 39:7, 39:15, 39:23, 41:5, 47:20, 48:11, 59:23, 61:4, 63:1, 63:2
**WELL-PREPARED** [1] - 63:1
**WENT** [4] - 33:14, 35:1, 40:15, 42:21
**WERE** [61] - 4:12, 6:9, 11:11, 12:4, 15:7, 15:14, 15:16, 16:1, 16:12, 18:22, 18:23, 19:10, 20:1, 20:22, 21:1, 21:13, 21:21, 22:13, 27:12, 27:22, 29:12, 29:15, 33:5, 33:8, 34:3, 34:13, 34:17, 34:20, 35:14, 35:15, 35:18, 35:23, 35:24, 36:9, 37:20, 38:5, 39:16, 39:25, 40:10, 40:13, 40:20, 41:1, 41:23, 42:23, 42:25, 43:1, 43:12, 43:14, 43:16, 43:17, 45:15, 45:17, 45:25, 46:13, 52:16, 55:14, 57:22, 58:9, 60:22
**WHAT** [69] - 4:12, 4:16, 4:19, 5:23, 5:24, 5:25, 6:5, 6:13, 6:17, 7:8, 8:11, 8:14, 9:3, 9:19, 10:2, 10:12, 10:19, 10:24, 11:12, 12:16, 13:2, 13:3, 14:2, 14:25, 15:6, 15:21, 16:6, 16:19, 16:20, 20:3, 20:11, 20:20, 22:11, 23:2, 23:19, 23:24, 24:16, 25:6, 26:8, 26:17, 27:18, 29:23, 30:17, 31:2, 31:21, 32:1, 32:15, 32:17, 32:21, 36:19, 39:15, 39:16, 39:21, 40:19, 44:9, 44:18, 45:14, 48:25, 49:1, 50:15, 51:8, 51:22, 52:9, 54:24, 55:13, 59:13, 60:19, 60:22

**WHATEVER** [8] - 9:8, 14:16, 19:13, 26:10, 26:13, 31:12, 62:2, 62:17
**WHATSOEVER** [1] - 54:10
**WHEN** [31] - 12:10, 14:22, 16:5, 16:8, 17:25, 28:12, 30:3, 30:9, 31:7, 34:1, 34:24, 39:20, 39:22, 40:17, 42:8, 43:8, 44:5, 45:3, 46:2, 46:8, 46:20, 48:5, 49:9, 50:8, 51:1, 51:5, 51:11, 51:13, 55:1, 55:4, 62:25
**WHERE** [11] - 5:16, 8:2, 8:12, 23:18, 28:11, 28:12, 45:17, 47:23, 48:16, 49:20, 56:18
**WHETHER** [9] - 16:13, 21:6, 26:25, 28:9, 37:1, 39:17, 45:3, 47:11, 59:13
**WHICH** [18] - 4:8, 4:9, 5:17, 6:6, 8:12, 11:18, 14:1, 15:22, 23:10, 26:12, 27:12, 33:11, 35:20, 38:25, 41:6, 42:5, 53:18, 62:3
**WHILE** [2] - 32:14, 35:23
**WHO** [11] - 7:12, 31:8, 32:3, 32:5, 40:15, 42:2, 44:3, 51:25, 52:14, 55:1, 57:9
**WHOLE** [3] - 8:7, 12:1, 14:15
**WHOM** [1] - 49:17
**WHY** [14] - 5:7, 11:2, 15:18, 26:22, 29:4, 29:21, 30:19, 31:25, 36:7, 39:9, 44:15, 55:11, 60:23, 61:21
**WI** [1] - 57:13
**WI-FI** [1] - 57:13
**WIDE** [1] - 45:17
**WIDER** [1] - 42:24
**WILL** [22] - 7:10, 9:3, 14:14, 18:6, 21:5, 21:8, 22:24, 23:19, 23:25, 28:9, 28:24, 28:25, 39:10, 41:7, 48:20, 51:8, 53:15, 55:17, 59:16, 59:17, 60:17
**WIRES** [1] - 57:14

WISE [1] - 48:10
WISH [2] - 52:23, 60:3
WITH [60] - 3:5, 6:17,
8:13, 9:19, 10:2,
10:8, 10:17, 10:19,
11:16, 11:23, 14:2,
15:2, 15:14, 17:19,
17:21, 18:23, 19:22,
20:15, 21:6, 21:14,
22:5, 22:12, 24:4,
26:13, 26:22, 27:7,
27:16, 28:2, 28:17,
29:9, 30:5, 31:6,
31:13, 31:23, 34:11,
36:15, 36:23, 37:7,
39:14, 39:17, 42:13,
43:14, 43:23, 44:18,
47:23, 50:15, 51:10,
51:16, 53:5, 53:14,
54:18, 55:13, 56:14,
56:19, 57:9, 57:22,
58:21
WITHDRAWN [1] -
47:21
WITHIN [2] - 18:17,
61:14
WITNESS [20] - 3:9,
20:16, 21:19, 21:21,
24:7, 24:8, 26:24,
27:9, 28:1, 42:10,
42:12, 48:22, 49:3,
50:4, 52:10, 52:21,
55:14, 57:2, 58:18,
64:4
WITNESSES [7] -
53:4, 53:6, 53:8,
53:9, 53:11, 58:21
WIYGUL [22] - 2:6,
17:7, 22:14, 23:13,
23:21, 24:1, 37:16,
38:12, 38:15, 40:11,
47:2, 53:7, 53:10,
58:24, 59:3, 59:21,
60:8, 60:14, 61:18,
62:12, 62:13, 62:20
WON'T [1] - 55:1
WORK [7] - 27:13,
27:14, 28:3, 28:25,
42:6, 51:12, 62:25
WORKED [6] - 19:7,
24:20, 35:12, 35:13,
35:16, 63:4
WORKERS [6] - 40:4,
41:25, 42:3, 46:11,
50:10, 50:15
WORKING [3] - 45:25,
48:2, 48:14
WORKS [2] - 40:20,
45:4
WORLD [1] - 22:4

WORTH [1] - 23:20
WOULD [71] - 4:13,
4:15, 5:7, 5:12, 5:14,
6:10, 6:11, 6:22,
7:25, 8:3, 8:4, 8:8,
9:7, 11:12, 11:19,
12:5, 12:6, 13:9,
13:10, 14:20, 15:1,
15:2, 15:7, 15:18,
15:23, 16:1, 16:11,
16:22, 18:13, 20:9,
22:19, 24:4, 27:1,
27:2, 27:23, 28:1,
28:22, 31:5, 31:18,
31:20, 31:24, 32:4,
32:7, 32:8, 34:17,
39:3, 39:15, 45:13,
45:14, 45:15, 45:18,
45:19, 46:22, 48:12,
48:18, 50:18, 51:11,
52:14, 53:9, 53:12,
58:20, 59:3, 59:15,
61:7, 61:9, 61:14,
62:8, 62:14, 62:15
WRONG [1] - 30:23
WU [1] - 2:12
WU-KUNG [1] - 2:12

## X

XL [11] - 16:6, 16:7,
18:1, 18:5, 21:14,
27:5, 29:9, 32:24,
33:12, 38:5, 39:21

## Y

YEAR [10] - 13:14,
14:12, 16:8, 16:11,
19:23, 28:12, 28:15,
29:4, 29:5, 56:16
YEARS [9] - 16:13,
16:15, 19:8, 19:9,
19:17, 24:21, 24:24,
28:17, 32:5
YES [77] - 3:7, 3:14,
6:19, 9:23, 11:22,
12:21, 13:20, 14:24,
16:16, 17:18, 18:3,
18:8, 18:11, 18:16,
18:21, 19:2, 19:19,
19:25, 20:2, 20:16,
21:15, 23:5, 24:22,
25:4, 25:11, 25:14,
29:11, 29:18, 30:8,
31:9, 33:7, 33:13,
33:25, 34:4, 34:8,
34:15, 35:1, 36:12,
37:17, 37:23, 37:25,
38:3, 40:14, 40:24,
41:3, 41:20, 42:1,

42:10, 42:21, 43:7,
43:11, 43:20, 43:24,
44:2, 45:5, 46:7,
47:13, 47:19, 47:25,
48:4, 48:7, 49:8,
50:9, 50:12, 50:13,
50:14, 51:4, 52:7,
52:17, 53:16, 56:17,
56:24, 58:8, 58:13,
58:14, 60:21, 61:19
YESTERDAY [3] -
13:21, 14:3, 22:14
YET [2] - 49:16, 53:13
YIELD [2] - 5:18, 16:2
YIELDS [1] - 10:17
YORK [1] - 1:15
YOU [216] - 3:11, 3:15,
3:21, 4:1, 4:16, 4:24,
5:7, 5:21, 5:23, 5:24,
6:9, 6:10, 6:17, 7:10,
7:15, 7:20, 8:2, 8:3,
8:11, 8:13, 9:9, 9:12,
10:17, 11:7, 11:9,
11:19, 12:1, 12:5,
12:16, 12:18, 13:1,
13:9, 13:16, 13:21,
13:24, 14:2, 14:3,
14:18, 14:22, 15:8,
15:15, 16:5, 16:7,
16:11, 16:18, 16:21,
17:14, 17:20, 18:6,
18:12, 18:13, 18:20,
19:3, 19:4, 19:13,
19:16, 19:17, 19:20,
19:23, 19:24, 20:1,
20:13, 20:15, 20:17,
20:19, 20:24, 21:5,
21:8, 21:11, 21:18,
21:19, 24:1, 24:13,
24:14, 24:23, 24:24,
25:2, 26:2, 26:15,
26:25, 27:4, 27:6,
28:17, 28:18, 29:2,
29:8, 29:12, 29:15,
30:6, 30:9, 30:11,
30:14, 30:15, 30:17,
30:19, 30:25, 31:7,
31:14, 31:20, 31:23,
32:3, 32:14, 32:17,
32:20, 33:18, 34:6,
34:17, 35:25, 36:2,
36:7, 36:9, 36:13,
36:22, 36:25, 37:6,
37:10, 37:13, 37:17,
37:24, 38:1, 38:15,
38:22, 38:24, 39:2,
39:3, 39:4, 39:9,
39:19, 39:21, 39:22,
40:7, 40:8, 40:10,
40:13, 40:15, 40:17,

40:18, 41:4, 41:6,
41:19, 41:23, 41:24,
42:12, 42:18, 42:20,
43:9, 45:3, 45:17,
46:19, 47:7, 47:10,
47:22, 48:2, 48:5,
48:16, 49:1, 50:3,
50:5, 50:6, 50:11,
51:11, 52:19, 52:21,
52:22, 53:17, 54:7,
54:14, 54:18, 54:19,
54:20, 54:23, 55:4,
55:16, 56:4, 56:8,
56:13, 56:18, 56:21,
57:1, 57:2, 57:22,
58:9, 58:16, 58:18,
58:23, 59:6, 60:2,
60:15, 60:16, 60:17,
60:19, 60:23, 61:2,
61:4, 61:10, 61:11,
61:12, 61:13, 61:14,
61:19, 62:11, 62:20,
63:4, 63:6, 63:7,
63:8
YOU'VE [1] - 24:20
YOUR [77] - 3:4, 3:13,
5:23, 8:10, 11:17,
12:16, 13:14, 13:22,
16:22, 17:2, 17:8,
18:17, 20:3, 20:15,
22:21, 22:23, 23:13,
23:22, 24:14, 24:16,
25:15, 26:24, 27:9,
28:1, 28:22, 30:18,
30:20, 32:20, 33:14,
33:18, 33:21, 33:25,
36:2, 37:16, 38:12,
38:17, 39:9, 40:11,
43:5, 43:19, 44:18,
45:24, 46:9, 46:24,
47:3, 48:18, 49:6,
49:19, 50:1, 51:7,
52:24, 53:1, 53:11,
53:15, 53:17, 53:18,
53:19, 54:6, 55:4,
55:16, 55:22, 55:24,
55:25, 56:7, 57:18,
58:2, 58:22, 58:25,
59:3, 59:6, 59:21,
60:8, 61:1, 61:23,
62:13, 62:23, 63:7
YOURSELF [4] -
31:20, 37:7, 56:14,
60:24