

**HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER**

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

One Logan Square
27th Floor
Philadelphia, PA  19103-6933
215.568.0300/facsimile

www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
HARRISBURG, PA
NORRISTOWN, PA

Mark A. Aronchick
Direct Dial: 215.496.7002
E-mail: maronchick@hangley.com

March 12, 2020

<u>VIA ECF</u>

The Honorable Paul S. Diamond
United States District Court for the
   Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA  19106

     Re:   <u>Stein v. Boockvar</u>, Civil Action No. 16-6287(PD)

Dear Judge Diamond:

    I write on behalf of Defendants to request a short extension of the deadline for the parties to file their proposed findings of fact and post-hearing briefs. Specifically, due to the recent illness of one of Defendants' outside counsel and an emergent matter that has unexpectedly arisen in our client's office, we respectfully request that the deadline be extended from Friday, March 13, 2020, at 5:00 p.m., to Monday, March 16, 2020, at 5:00 p.m. Counsel for Plaintiffs and Intervenors have advised that they consent to the requested extension.

    I thank the Court for its consideration of this request.

                            Respectfully,

                            Mark A. Aronchick

The Honorable Paul S. Diamond
March 12, 2020
Page 2


cc:     (via ECF)
        Ilann M. Maazel, Esquire
        Douglas E. Lieb, Esquire
        Benjamin Field, Esquire
        Robert A. Wiygul, Esquire
        Christina C. Matthias, Esquire
        Joe H. Tucker, Esquire
        Dimitrios Mavroudis, Esquire