# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,**                                      Plaintiffs, | |
| v. | Civ. No. 16-6287 |
| **KATHY BOOCKVAR,** *in her official capacity as Secretary of the Commonwealth of Pennsylvania*, **et al.,**                      Defendants. | |

## O R D E R

**AND NOW**, this 12th day of March, 2020, upon consideration of Defendants' unopposed request (Doc. No. 178) for a three-day extension is **GRANTED**. The Parties shall submit briefs, as described in my previous Order (Doc. No. 171), **no later than** Monday, March 16, 2020 at 5:00 p.m.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.