# HANGLEY ARONCHICK SEGAL PUDLIN & SCHILLER

ATTORNEYS AT LAW / A PROFESSIONAL CORPORATION

**Mark A. Aronchick**
Direct Dial: 215-496-7002
E-mail: maronchick@hangley.com

One Logan Square
27th Floor
Philadelphia, PA 19103-6933
215.568.0300/facsimile
www.hangley.com

PHILADELPHIA, PA
CHERRY HILL, NJ
HARRISBURG, PA
NORRISTOWN, PA

March 19, 2020

**VIA ECF FILING**

The Honorable Paul S. Diamond
United States District Court for the
  Eastern District of Pennsylvania
6613 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Stein v. Boockvar*, Civil Action No. 16-6287(PD)

Dear Judge Diamond:

I write in response to Mr. Maazel's letter of today's date, which asks the Court to strike the proposed findings of fact of amicus curiae Election Systems & Software ("ES&S").

As the Court is aware, an ES&S employee, Dean Baumert, gave detailed testimony regarding the technical details of the ExpressVote XL, as well as a demonstration of the machine. ES&S's proposed findings of fact are a helpful summary of that testimony, which ES&S is uniquely qualified to provide. Respondents respectfully submit that the Court should not strike the ES&S proposed findings, but should give them whatever consideration the Court believes appropriate.

Respectfully,

Mark A. Aronchick

MAA/cas
Cc:   All Counsel of Record (via ECF)