**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Civ. No. 16-6287** |
| | : | |
| **KATHY BOOCKVAR,** | : | |
| *in her official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| **Defendants.** | : | |
| | : | |

## O R D E R

**AND NOW**, this 20th day of March, upon consideration of Plaintiffs' Letter Request (Doc. No. 183) to strike *Amicus Curiae* ES&S's Proposed Findings of Fact (Doc. No. 181) and all related submissions (Doc. Nos. 184 & 185), it is hereby **ORDERED** that Plaintiffs' Request is **GRANTED**. *Amicus Curiae*'s Proposed Findings of Fact (Doc. No. 181) are **STRICKEN**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____
Paul S. Diamond, J.