IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JILL STEIN, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| **KATHY BOOCKVAR,** | : | |
| *in her official capacity as Secretary of the* | : | |
| *Commonwealth of Pennsylvania*, **et al.,** | : | |
| Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 23rd day of March, 2020, upon consideration of Intervenors and Defendants' Motion for Leave to File Limited Response (Doc. No. 187) to Plaintiffs' Post-Hearing Submissions (Doc. No. 180), it is hereby **ORDERED** that the Motion for Leave (Doc. No. 187) is **GRANTED**. Intervenors and Defendants' Response (Ex. A to Doc. No. 187) is deemed filed. Plaintiffs shall reply **no later than** Monday, March 30, 2020 at 12:00 p.m.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.