IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,<br><br>              Plaintiffs,<br>-against-<br><br>KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>              Defendants. | Case No.: 16-CV-6287 (PD) |

## MOTION TO WITHDRAW APPEARANCE BY ALISON FRICK

Upon the accompanying affirmation of Alison Frick, the undersigned respectfully moves this Court to withdraw the appearance of Alison Frick on behalf of Plaintiff.

Dated: March 24, 2020
New York, New York

                                              EMERY CELLI BRINCKERHOFF & ABADY LLP

                                              By: _____
                                                  Alison Frick
                                              600 Fifth Avenue 10th Fl
                                              New York, New York 10020
                                              (212) 763-5000

                                              *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,

        Plaintiffs,

-against-

KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

        Defendants.

Case No.: 16-CV-6287 (PD)

## AFFIRMATION OF ALISON FRICK
## IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE

ALISON FRICK, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate with law firm Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for Plaintiff.

2. I am one of the attorneys of record for Plaintiff in this action.

3. As of March 27, 2020, I am leaving my employment with ECBA.

4. Andrew G. Celli, Jr., Ilann M. Maazel, Jonathan S. Abady and Zoe Salzman are also attorneys of record for Plaintiff, and ECBA continues to represent Plaintiff in this action.

5. I respectfully request the Court grant the motion to withdraw my appearance for Plaintiff in this action.

Dated: March 24, 2020
       New York, New York

                                          _____
                                          Alison Frick