# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
|       Plaintiffs, : | |
|    v. : | Civ. No. 16-6287 |
| : | |
| KATHY BOOCKVAR, : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
|       Defendants. : | |
| : | |

## O R D E R

**AND NOW**, this 25th day of March, 2020, it is hereby **ORDERED** that the Motion to Withdraw Appearance by Alison Frick, Esq. (Doc. No. 190) as counsel to Plaintiffs is **GRANTED**.

                                              **AND IT IS SO ORDERED.**

                                              */s/ Paul S. Diamond*

                                              _____
                                              Paul S. Diamond, J.