UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,

          Plaintiffs,

  -against-

KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,

          Defendants.

No. 16-CV-6287 (PD)

---

## MOTION TO WITHDRAW APPEARANCE BY DOUGLAS E. LIEB

Upon the accompanying affirmation of Douglas E. Lieb, the undersigned respectfully moves this Court to withdraw the appearance of Douglas E. Lieb on behalf of Plaintiffs.

Dated: March 25, 2020
       New York, New York

EMERY CELLI BRINCKERHOFF
& ABADY LLP

By: _/s/ Douglas E. Lieb_
Douglas E. Lieb
600 Fifth Avenue
10th Floor
New York, NY 10020
(212) 763-5000

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, RANDALL REITZ, ROBIN HOWE, SHANNON KNIGHT, and EMILY COOK,<br><br>                        Plaintiffs,<br><br>  -against-<br><br>KATHY BOOCKVAR, in her official capacity as Acting Secretary of the Commonwealth; and JONATHAN MARKS, in his official capacity as Commissioner of the Bureau of Commissions, Elections, and Legislation,<br><br>                        Defendants. | No. 16-CV-6287 (PD) |

**AFFIRMATION OF DOUGLAS E. LIEB
IN SUPPORT OF MOTION TO WITHDRAW APPEARANCE**

DOUGLAS E. LIEB, an attorney duly admitted to practice before this Court, affirms the following to be true under penalty of perjury:

1. I am an associate with the law firm of Emery Celli Brinckerhoff & Abady LLP ("ECBA"), attorneys for Plaintiffs, along with Montgomery McCracken Walker & Rhoads LLP.

2. I am one of the attorneys of record for Plaintiffs in this action.

3. As of March 27, 2020, I am leaving my employment with ECBA.

4. Ilann M. Maazel is also an attorney of record for Plaintiffs, and ECBA continues to represent Plaintiffs in this action.

5. I respectfully request that the Court grant the motion to withdraw my appearance for Plaintiffs in this action.

Dated: March 25, 2020
       New York, New York

                                                      _/s/ Douglas E. Lieb_
                                                        Douglas E. Lieb