# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JILL STEIN, et al., | : | |
|     Plaintiffs, | : | |
| v. | : | Civ. No. 16-6287 |
| | : | |
| KATHY BOOCKVAR, | : | |
| *in her official capacity as Secretary of the Commonwealth of Pennsylvania*, et al., | : | |
|     Defendants. | : | |
| | : | |

# O R D E R

**AND NOW**, this 25th day of March, 2020, it is hereby **ORDERED** that the Motion to Withdraw Appearance by Douglas Lieb, Esq. (Doc. No. 192) as counsel to Plaintiffs is **GRANTED**.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.