IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JILL STEIN, et al., : | |
|    Plaintiffs, : | |
|  v. : | Civ. No. 16-6287 |
| : | |
| KATHY BOOCKVAR, : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, et al., : | |
|    Defendants. : | |
| : | |

# O R D E R

**AND NOW**, this 27th day of March, 2020, it is hereby **ORDERED** that *Amicus Curiae* Election Systems & Software's Motion for Leave to File a Memorandum in Opposition to Plaintiffs' Proposed Conclusions of Law (Doc. No. 194) is **DENIED**.

                 **AND IT IS SO ORDERED.**

                 */s/ Paul S. Diamond*
                 _____
                 Paul S. Diamond, J.