# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JILL STEIN, et al.,** : | |
|         **Plaintiffs,** : | |
|     v. : | Civ. No. 16-6287 |
| : | |
| **KATHY BOOCKVAR,** : | |
| *in her official capacity as Secretary of the* : | |
| *Commonwealth of Pennsylvania*, **et al.,** : | |
|         **Defendants.** : | |
| : | |

## O R D E R

**AND NOW**, this 29th day of April, 2020, for the reasons provided in my Memorandum Opinion (Doc. No. 197), it is hereby **ORDERED** that Plaintiffs' Motion to Enforce the Settlement Agreement (Doc. No. 112) is **DENIED**.

                                                    **AND IT IS SO ORDERED.**

                                                    */s/ Paul S. Diamond*
                                                    _____
                                                    Paul S. Diamond, J.